## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DELAWARE COUNTY EMPLOYEES RETIREMENT SYSTEM, individually and on behalf of all others similarly situated,** | : : : : : | **CIVIL ACTION NO. 3:20-CV-1815** **(Judge Conner)** |
| **Plaintiff** | : : | |
| **v.** | : : | |
| **CABOT OIL & GAS CORPORATION, DAN O. DINGES, and SCOTT C. SCHROEDER,** | : : : : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 12th day of November, 2020, upon consideration of plaintiff's motion (Doc. 4) to appoint lead plaintiff and lead counsel, and the brief in support of said motion, and the response (Doc. 14) to the court's October 29, 2020 show cause order, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that the motion (Doc. 4) is DENIED without prejudice to the right to refile after new notice and a new waiting period.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania