## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DELAWARE COUNTY                     §
EMPLOYEES RETIREMENT                §
SYSTEM, Individually and On Behalf  §
of All Others Similarly Situated,   §
                                    §   Civil Action No. 3:20-cv-01815-CCC
        Plaintiff,                  §
                                    §   (Judge Christopher C. Conner)
v.                                  §
                                    §
CABOT OIL & GAS                     §
CORPORATION, *et al.*,              §
                                    §
        Defendants.                 §

## DEFENDANTS' MOTION TO TRANSFER VENUE TO
## SOUTHERN DISTRICT OF TEXAS

Defendants Cabot Oil & Gas Corporation ("Cabot"), Dan O. Dinges and

Scott C. Schroeder ("Defendants") hereby move to transfer this case to the United

States District Court for the Southern District of Texas. For the reasons set forth in

Defendants' accompanying brief in support of its motion, this Court should

transfer venue to the Southern District of Texas.

Dated:        February 25, 2021        Respectfully submitted,

/s/ Peter A. Stokes
Peter A. Stokes
TX State Bar No. 24028017
peter.stokes@nortonrosefulbright.com
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701-4255
Telephone:  (512) 474-5201
Facsimile:  (512) 536-4598

Amy L. Barrette
PA ID No.: 87318
BUCHANAN INGERSOLL & ROONEY, PC
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219
Telephone: 412-562-1626
Facsimile: 412-562-1041
Email: amy.barrette@bipc.com

*Counsel for Defendants*

OF COUNSEL:
Gerard G. Pecht (application for special admission to be filed)
TX State Bar No. 15701800
1301 McKinney, Suite 5100
Houston, TX 77010-3095
Telephone:  (713) 651-5151
Facsimile:  (713) 651-5246

2

## **CERTIFICATE OF CONCURRENCE**

I hereby certify that pursuant to L.R. 7.1, I conferred by telephone with counsel for Lead Plaintiff regarding the relief requested in this motion and was informed that Lead Plaintiff does not concur with the motion.

/s/ *Peter A. Stokes*

Peter A. Stokes

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed with the Court's electronic case filing (ECF) system on February 25, 2021, which caused an electronic copy of this document to be served on all counsel of record in this matter who have registered for ECF service.

/s/ *Peter A. Stokes*

Peter A. Stokes