# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DELAWARE COUNTY        §
EMPLOYEES RETIREMENT      §
SYSTEM, Individually and On Behalf   §
of All Others Similarly Situated,     §
                         §    Civil Action No. 3:20-cv-01815-CCC
     Plaintiff,               §
                         §    (Judge Christopher C. Conner)
v.                              §
                         §
CABOT OIL & GAS          §
CORPORATION, *et al.*,       §
                         §
     Defendants.           §

## PROPOSED ORDER OF COURT

AND NOW, this __ day of _____, 2021, upon consideration of Defendants' Motion to Transfer Venue to the Southern District of Texas, along with the filings in support and in opposition thereto, it is hereby ORDERED that the Motion is GRANTED, and venue is hereby transferred to the Southern District of Texas.

                                     BY THE COURT:

                                     _____