## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DELAWARE COUNTY        §
EMPLOYEES RETIREMENT        §
SYSTEM, Individually and on Behalf    §
of All Others Similarly Situated,      §
                     §
       Plaintiff,           §   CIVIL ACTION NO. 3:20-cv-1815-
                     §   CCC
v.                         §
                     §   (Judge Christopher C. Conner)
CABOT OIL & GAS         §
CORPORATION, DAN O. DINGES,   §
and SCOTT C. SCHROEDER,     §
                     §
       Defendants.

## DECLARATION OF DEIDRE L. SHEARER IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER VENUE TO SOUTHERN DISTRICT OF TEXAS

I, Deidre L. Shearer, declare as follows pursuant to 28 U.S.C. § 1746:

1.     I am Vice President Administration and Corporate Secretary at Cabot Oil & Gas Corporation ("Cabot"). My office address is Three Memorial City Plaza, 840 Gessner Road, Suite 1400, Houston, Texas 77024. I reside in the Houston area.

2.     I submit this declaration in support of Defendants' motion to transfer venue to the United States District Court for the Southern District of Texas.

3.     The facts set forth in this declaration are based on either my personal knowledge or on information provided to me.

4.     Cabot is an independent oil and gas company engaged in the development, exploitation, exploration and production of oil and gas properties. Cabot is headquartered at Three Memorial City Plaza, 840 Gessner Road, Suite 1400, Houston, Texas 77024. Cabot's Chief Executive Officer and Chairman of the Board, Dan O. Dinges, and its Chief Financial Officer and Executive Vice President, Scott C. Schroeder reside in the Houston area (within the boundaries of the Southern District of Texas) and work primarily from the Houston corporate headquarters, which is where they maintain their offices. Cabot's general counsel is also based in Houston, as is its investor relations team.

5.     Mr. Dinges is the Chairman, President and Chief Executive Officer of Cabot. Mr. Schroeder is Executive President, Chief Financial Officer of Cabot. Both Mr. Dinges and Mr. Schroeder are senior officers of Cabot who have critical roles at the Company. It would be significantly more burdensome and disruptive for Cabot if Mr. Dinges and Mr. Schroeder have to appear physically for trial in the Middle District of Pennsylvania than in the Southern District of Texas.

6.     I have reviewed Plaintiff's Complaint (ECF #1) in the above-captioned action, including paragraphs 17-28. The Cabot employees who were responsible for preparing, certifying, and approving the Company's Form 10-K and Form 10-Q filings referenced in the Complaint – including the Form 10-K filings on February 22, 2016, February 27, 2017, March 1, 2018, February 26, 2019, and February 25,

2

2020 and the Form 10-Q filings on October 23, 2015 and July 26, 2019 – work at Cabot's Houston headquarters, live in the Houston area and completed each of these filings in Houston.   While employees in Houston may periodically obtain information from operations personnel in Pennsylvania in connection with the disclosures, it is the Houston-based employees who ultimately prepared, certified, approved and filed the public disclosures cited in the Complaint.  In addition to Mr. Schroeder and Mr. Dinges, who both live and work in Houston, Cabot maintains a "Disclosure Committee" of four employees who have internal responsibility for reviewing Cabot's SEC filings and other public disclosures.  From the beginning of the alleged class period (*i.e.*, October 23, 2015) to the present, the Disclosure Committee has consisted of myself along with Todd M. Roemer (who serves as Vice President and Chief Accounting Officer), Jeffrey W. Hutton (Senior Vice President, Marketing) and Steven W. Lindeman (Senior Vice President, EHS and Engineering). Mr. Roemer and I serve as co-chairs of the Disclosure Committee.  All four members of the Disclosure Committee live and work in the Houston area.  Several other Houston-based current and former employees also participated in the preparation of Cabot's Form 10-K and 10-Q filings during the alleged class period, including Jennifer Odinet (who served as Manager, Financial Reporting through the filing of Cabot's Form 10-Q for the quarter ended June 30, 2017 and is no longer with Cabot), Marisa R. Lawson (who served as Manager, Financial Reporting beginning with the

February 26, 2019 Form 10-K filing to the present), and Laura F. Vassallo-Lee (who served as Manager, Technical Accounting & Policy beginning with the February 26, 2019 Form 10-K through the present).  All of these individuals currently live and work in the Houston area.  In addition, Gordon P. Ganaway, who serves as Director, Safety & Environmental Compliance for Cabot and who provided input with respect to disclosures relating to environmental issues during the alleged class period, also lives and works in the Houston area.  It would be significantly more burdensome and disruptive for Cabot if these employees have to appear physically for trial in the Middle District of Pennsylvania than in the Southern District of Texas.  The financial statements in Cabot's Form 10-K and Form 10-Q filings during the alleged class period were audited by a Houston-based audit team at PricewaterhouseCoopers LLP. Cabot relies on Houston-based attorneys at Baker Botts LLP as disclosure counsel.

7.    Mr. Dinges and Mr. Schroeder approved and signed the Form 10-K and Form 10-Q filings referenced in paragraph 6 while in Houston.  The documents were filed with the Securities and Exchange Commission from Cabot's headquarters in Houston.

8.    The November 2017 stock sales by Mr. Dinges referenced in paragraph 24 of the Complaint were made by Mr. Dinges while he was in Houston.

9.    Cabot maintains the servers for its IT system at its headquarters in Houston.  The electronic and hard copy documents of Mr. Dinges and Mr. Schroeder

– including substantially all of their correspondence relating to the Form 10-K and Form 10-Q disclosures cited in paragraph 6 –are maintained in Houston.  Likewise, the electronic and hard copy documents of the employees referenced in paragraph 6 are maintained in Houston.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Harris County, Texas on February 24, 2021.

Deidre L. Shearer