## U.S. District Court — Judicial Caseload Profile

**PENNSYLVANIA MIDDLE**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Sep 30 2015 | Sep 30 2016 | Sep 30 2017 | Sep 30 2018 | Sep 30 2019 | Sep 30 2020 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 3,078 | 3,342 | 2,988 | 3,292 | 2,887 | 2,931 | | |
| | Terminations | | 3,030 | 2,948 | 3,002 | 3,009 | 3,260 | 2,772 | | |
| | Pending | | 3,399 | 3,796 | 3,764 | 4,056 | 3,670 | 3,834 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | -4.8 | -12.3 | -1.9 | -11.0 | 1.5 | | 20 | 3 |
| | Number of Judgeships | | 6 | 6 | 6 | 6 | 6 | 6 | | |
| | Vacant Judgeship Months [2] | | 0.0 | 0.0 | 0.0 | 0.0 | 12.0 | 1.2 | | |
| **Actions per Judgeship** | **Filings** | Total | 513 | 557 | 498 | 549 | 481 | 489 | 38 | 3 |
| | | Civil | 429 | 449 | 399 | 437 | 390 | 403 | 25 | 3 |
| | | Criminal Felony | 69 | 92 | 81 | 93 | 70 | 75 | 40 | 1 |
| | | Supervised Release Hearings | 15 | 16 | 18 | 18 | 21 | 12 | 79 | 1 |
| | Pending Cases [2] | | 567 | 633 | 627 | 676 | 612 | 639 | 23 | 3 |
| | Weighted Filings [2] | | 446 | 505 | 447 | 483 | 424 | 432 | 36 | 3 |
| | Terminations | | 505 | 491 | 500 | 502 | 543 | 462 | 43 | 3 |
| | Trials Completed | | 22 | 22 | 26 | 27 | 23 | 17 | 21 | 3 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 11.7 | 13.6 | 13.5 | 13.6 | 15.9 | 20.0 | 92 | 6 |
| | | Civil [2] | 9.3 | 9.0 | 9.7 | 10.1 | 11.0 | 10.6 | 69 | 5 |
| | From Filing to Trial [2] (Civil Only) | | 34.8 | 28.8 | 36.7 | 33.7 | 37.4 | - | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 213 / 8.1 | 227 / 8.1 | 230 / 8.5 | 241 / 8.2 | 264 / 9.9 | 287 / 10.4 | 60 | 3 |
| | Average Number of Felony Defendants Filed per Case | | 1.5 | 1.7 | 1.3 | 1.3 | 1.3 | 1.5 | | |
| | Jurors | Avg. Present for Jury Selection | 45.1 | 38.7 | 66.4 | 49.5 | 46.1 | 50.1 | | |
| | | Percent Not Selected or Challenged | 37.8 | 35.3 | 49.3 | 39.3 | 35.4 | 37.0 | | |

| 2020 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 2,415 | 264 | 84 | 961 | 6 | 27 | 81 | 178 | 180 | 17 | 475 | 1 | 141 |
| Criminal [1] | 447 | - | 210 | 57 | 38 | 53 | 17 | 22 | 9 | 8 | 4 | 11 | 18 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."