## U.S. District Court — Judicial Caseload Profile

**TEXAS SOUTHERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Sep 30 2015 | Sep 30 2016 | Sep 30 2017 | Sep 30 2018 | Sep 30 2019 | Sep 30 2020 | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings [1] | 14,419 | 14,898 | 13,776 | 14,894 | 18,215 | 16,372 | | |
| | | Terminations | 14,056 | 14,277 | 14,440 | 14,189 | 16,658 | 16,459 | | |
| | | Pending | 12,447 | 13,123 | 12,497 | 13,079 | 14,675 | 14,636 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | 13.5 | 9.9 | 18.8 | 9.9 | -10.1 | | 56 | 6 |
| | | Number of Judgeships | 19 | 19 | 19 | 19 | 19 | 19 | | |
| | | Vacant Judgeship Months [2] | 44.6 | 12.0 | 24.0 | 26.1 | 34.5 | 8.1 | | |
| **Actions per Judgeship** | **Filings** | Total | 759 | 784 | 725 | 784 | 959 | 862 | 7 | 2 |
| | | Civil | 315 | 334 | 302 | 329 | 373 | 335 | 42 | 4 |
| | | Criminal Felony | 352 | 364 | 328 | 358 | 491 | 459 | 2 | 2 |
| | | Supervised Release Hearings | 92 | 86 | 95 | 97 | 95 | 68 | 13 | 2 |
| | Pending Cases [2] | | 655 | 691 | 658 | 688 | 772 | 770 | 14 | 3 |
| | Weighted Filings [2] | | 551 | 569 | 551 | 585 | 703 | 619 | 14 | 3 |
| | Terminations | | 740 | 751 | 760 | 747 | 877 | 866 | 6 | 3 |
| | Trials Completed | | 24 | 27 | 24 | 26 | 23 | 18 | 18 | 3 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 5.1 | 5.0 | 5.2 | 4.9 | 4.4 | 4.2 | 3 | 1 |
| | | Civil [2] | 7.1 | 7.8 | 7.8 | 7.6 | 7.5 | 8.1 | 30 | 3 |
| | From Filing to Trial [2] (Civil Only) | | 21.2 | 23.1 | 21.1 | 18.9 | 23.9 | 20.3 | 9 | 3 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 372 7.2 | 363 6.7 | 393 7.4 | 370 6.7 | 326 5.6 | 313 5.5 | 31 | 5 |
| | Average Number of Felony Defendants Filed per Case | | 1.2 | 1.2 | 1.2 | 1.2 | 1.1 | 1.1 | | |
| | Jurors | Avg. Present for Jury Selection | 47.5 | 47.6 | 45.0 | 44.4 | 49.9 | 48.6 | | |
| | | Percent Not Selected or Challenged | 39.4 | 39.8 | 36.2 | 37.6 | 40.8 | 36.9 | | |

### 2020 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense

| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 6,365 | 171 | 153 | 1,470 | 29 | 428 | 449 | 1,152 | 896 | 172 | 603 | 10 | 832 |
| Criminal [1] | 8,720 | 89 | 900 | 6,770 | 295 | 220 | 82 | 74 | - | 48 | 39 | 145 | 58 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."