| Search Results |          🔍  menu

---

🔍  Perform New Search

🔍  Modify Current Criteria

## Filings (130)

---

**Search Results**

Apache Corporation (02/23/2021)
McDermott International, Inc. (07/17/2020)
Conn's Inc. (05/15/2020)
Anadarko Petroleum Corporation (02/19/2020)
Cadence Bancorporation (09/16/2019)
Weatherford International plc (09/06/2019)
SAExploration Holdings, Inc. (08/18/2019)
Keane Group, Inc. (08/07/2019)
Just Energy Group Inc. (07/31/2019)
Venator Materials PLC (07/31/2019)
RCI Hospitality Holdings, Inc. (05/21/2019)
Whitestone REIT (04/16/2019)
Orion Group Holdings, Inc. (04/11/2019)
Bristow Group Inc. (02/14/2019)
Alta Mesa Resources, Inc. (01/30/2019)
Lexicon Pharmaceuticals, Inc. (01/28/2019)
Nobilis Health Corp. (12/14/2018)
McDermott International, Inc. (11/15/2018)

Applied Optoelectronics, Inc. (10/01/2018)

Green Bancorp, Inc. (09/25/2018)

Willbros Group Inc. (04/24/2018)

Layne Christensen Company (04/03/2018)

Kraton Corporation (02/26/2018)

Bellicum Pharmaceuticals, Inc. (02/06/2018)

Chicago Bridge & Iron Company N.V. (01/29/2018)

Civeo Corporation (01/26/2018)

Dynegy Inc. (01/04/2018)

Repros Therapeutics Inc. (12/29/2017)

Calpine Corporation (10/25/2017)

Tesco Corporation (09/28/2017)

Applied Optoelectronics, Inc. (08/05/2017)

TechnipFMC, plc (08/03/2017)

Parkway, Inc. (08/02/2017)

Atwood Oceanics, Inc. (06/23/2017)

Baker Hughes Incorporated (05/10/2017)

Anadarko Petroleum Corporation (05/03/2017)

KBR, Inc. (05/03/2017)

Southwestern Energy Company (12/05/2016)

Spectra Energy Corp. (10/10/2016)

Memorial Resource Development Corp. (07/11/2016)

Columbia Pipeline Group, Inc. (05/02/2016)

Tailored Brands, Inc. (03/29/2016)

Flotek Industries, Inc. (11/12/2015)

Nobilis Health Corp. (10/21/2015)

HCC Insurance Holdings, Inc. (08/21/2015)

Helix Energy Solutions Group, Inc. (07/31/2015)

Uranium Energy Corp. (06/29/2015)

Eagle Rock Energy Partners, L.P. (06/01/2015)

Crestwood Midstream Partners LP (05/20/2015)

Cobalt International Energy, Inc. (11/30/2014)

Willbros Group, Inc. (10/28/2014)

CBD Energy Limited (10/27/2014)

Key Energy Services, Inc. (08/15/2014)

KBR, Inc. (05/09/2014)

Global Geophysical Services, Inc. (03/20/2014)

Hyperdynamics Corporation (03/13/2014)

Conn's, Inc. (03/05/2014)

Kior, Inc. (08/20/2013)

McDermott International Inc. (08/15/2013)

Crestwood Midstream Partners LP (06/17/2013)

Uni-Pixel, Inc. (06/05/2013)

Harvest Natural Resource (03/22/2013)

Ignite Restaurant Group, Inc. (07/20/2012)

Houston American Energy Corp. (04/27/2012)
Hyperdynamics Corporation (04/02/2012)
Global Industries, Ltd. (10/11/2011)
Imperial Sugar Company (09/01/2011)
Encore Energy Partners LP (08/29/2011)
Petrohawk Energy Corporation (08/02/2011)
Duncan Energy Partners L.P. (07/05/2011)
Pride International Inc. (03/08/2011)
Exobox Technologies Corporation (10/29/2010)
Dynegy, Inc. (09/16/2010)
ExpressJet Holdings Inc. (09/10/2010)
Anadarko Petroleum Corporation (06/23/2010)
BP, PLC (05/21/2010)
The Variable Annuity Life Insurance Company (12/21/2009)
Men's Wearhouse Inc. (10/08/2009)
Immunosyn Corporation (08/24/2009)
Flotek Industries, Inc. (08/07/2009)
Repros Therapeutics, Inc. (08/07/2009)
Stanford Group Company (02/17/2009)
McDermott International Inc. (11/17/2008)
Franklin Bank Corporation (06/06/2008)
TETRA Technologies Inc. (03/27/2008)
Superior Offshore International, Inc. (02/28/2008)
HCC Insurance Holdings, Inc. (03/08/2007)
Encysive Pharmaceuticals Inc. (09/26/2006)
Cyberonics, Inc. (06/17/2005)
Willbros Group, Inc. (05/18/2005)
Input/Output, Inc. (01/11/2005)
Integrated Electrical Services, Inc. (08/20/2004)
Gexa Corporation (07/15/2004)
Verdisys, Inc. (03/31/2004)
Dynacq Healthcare, Inc. (12/24/2003)
Service Corporation International (11/10/2003)
Administaff, Inc. (06/13/2003)
Core Laboratories, N.V. (04/08/2003)
El Paso Corporation (07/18/2002)
Reliant Resource, Inc. and Reliant Energy, Inc. (05/15/2002)
Dynegy, Inc. (04/26/2002)
Seitel, Inc. (04/26/2002)
Cornell Companies, Inc. (03/07/2002)
Hanover Compressor Company (02/04/2002)
Dynacq Healthcare, Inc. : Dynacq International, Inc. Securities (01/31/2002)
Tidel Technologies, Inc. (10/31/2001)
Enron Corporation (10/22/2001)
NCI Building Systems, Inc. (04/18/2001)

Azurix Corporation (10/06/2000)
BMC Software, Inc. (02/04/2000)
Baker Hughes, Inc. (12/09/1999)
Plains All American Pipeline LP (11/29/1999)
Benchmark Electronics, Inc. (11/18/1999)
U.S. Liquids, Inc. (08/31/1999)
Evans Systems, Inc. (07/08/1999)
Waste Management, Inc. (07/08/1999)
Landry's Seafood Restaurants, Inc. (06/22/1999)
Stage Stores Inc. (03/30/1999)
Compaq Computer Corporation (03/12/1999)
BMC Software, Inc. (03/09/1999)
Erly Industries (02/18/1999)
Service Corporation International (01/26/1999)
Zapata Corporation (10/21/1998)
Mitcham Industries (04/23/1998)
Compaq Computer Corporation (04/16/1998)
Zonagen, Inc. (03/09/1998)
Offshore Energy Development Corporation (02/06/1998)
Input/Output, Inc. (09/24/1997)
Paracelsus Healthcare Corporation (10/15/1996)
Nutrition for Life International, Inc. (08/19/1996)

## Search Criteria

District Court: S.D. Texas

**Q  Perform New Search**

**Q  Modify Current Criteria**

## About

About Us
Methodology
FAQ

Case 4:21-cv-02045     Document 30-5     Filed 02/25/21 in TXSD     Page 5 of 5

Sponsors & Partners

· *Rock Center for Corporate Governance*

· *Cornerstone Research*

Register

Contact Us

Legal Notices

Back to top

Web site managed by the Research Data Services group of the Arthur and Toni Rembe Rock Center for Corporate Governance. Information licensed under Stanford University.