| Search Results |                                                    🔍    [ menu ]

---

🔍  Perform New Search

🔍  Modify Current Criteria

---

# Filings (5)

---

**Search Results**

Cabot Oil & Gas Corporation (08/13/2020)
Walgreens Boots Alliance, Inc. (11/02/2018)
Rite Aid Corporation (12/18/2015)
Unilife Corporation (11/01/2013)
Orrstown Financial Services, Inc. (05/25/2012)

---

**Search Criteria**

District Court: M.D. Pennsylvania

---

🔍  Perform New Search

🔍  Modify Current Criteria

Case 4:21-cv-02045     Document 30-6     Filed 02/25/21 in TXSD     Page 2 of 2

## About

About Us
Methodology
FAQ

Sponsors & Partners
· *Rock Center for Corporate Governance*
· *Cornerstone Research*

Register
Contact Us

Legal Notices

Back to top

Web site managed by the Research Data Services group of the Arthur and Toni Rembe Rock Center for Corporate Governance. Information licensed under Stanford University.