**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DELAWARE COUNTY EMPLOYEES RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | § § § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 3:20-cv-1815-CCC |
| v. | § § | (Judge Christopher C. Conner) |
| CABOT OIL & GAS CORPORATION, DAN O. DINGES, and SCOTT C. SCHROEDER, | § § § § | |
| Defendants. | § | |

**DECLARATION OF PETER A. STOKES IN SUPPORT OF
DEFENDANTS' BRIEF IN SUPPORT OF MOTION TO TRANSFER
VENUE TO SOUTHERN DISTRICT OF TEXAS**

I, Peter A. Stokes, declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am one of the counsel of record for Cabot Oil & Gas Corporation ("Cabot") in this litigation.  I am over the age of twenty-one and am competent to make this declaration.  I submit this declaration in support of Defendants' brief to transfer venue to the United States District Court for the Southern District of Texas. The facts set forth in this declaration are based on my personal knowledge.

2.      Exhibit 2 in support of Defendants' brief in support of motion to transfer is a true and correct copy of a printout of today's Yahoo! Finance page for Cabot, which I obtained from Yahoo!'s web site.

3.      Exhibit 3 in support of Defendants' brief in support of motion to transfer is a true and correct copy of the "Judicial Caseload Profile" page for the Middle District of Pennsylvania, which I printed from the Federal Court Management Statistics web page located at https://www.uscourts.gov/statistics-reports/analysis-reports/federal-court-management-statistics.

4.      Exhibit 4 in support of Defendants' brief in support of motion to transfer is a true and correct copy of the "Judicial Caseload Profile" page for the Southern District of Texas, which I printed from the Federal Court Management Statistics web page located at https://www.uscourts.gov/statistics-reports/analysis-reports/federal-court-management-statistics.

5.      Exhibit 5 in support of Defendants' brief in support of motion to transfer is a true and correct copy of the search results page for the Southern District of Texas, which I obtained by searching for securities class action filings in the Southern District of Texas using the Stanford Securities Class Action Clearinghouse site at http://securities.stanford.edu/advanced-search.html.

6.      Exhibit 6 in support of Defendants' brief in support of motion to transfer is a true and correct copy of the search results page for the Middle District of Pennsylvania, which I obtained by searching for securities class action filings in the Middle District of Pennsylvania using the Stanford Securities Class Action Clearinghouse site at http://securities.stanford.edu/advanced-search.html.

7. I reviewed the SEC filings cited in paragraphs 17-28 of Plaintiff's Complaint in this matter. As of February 25, 2021, the filings were publicly accessible on the SEC's website at the addresses below. The first page of each filing states that Cabot's principal executive offices are located at Three Memorial City Plaza, 840 Gessner Road, Suite 1400, Houston, Texas 77024.

October 23, 2015 Form 10-Q:

https://www.sec.gov/Archives/edgar/data/858470/000085847015000027/cog-09302015x10q.htm

February 22, 2016 Form 10-K:

https://www.sec.gov/Archives/edgar/data/858470/000085847016000036/cog-12312015x10k.htm

February 27, 2017 Form 10-K:

https://www.sec.gov/Archives/edgar/data/858470/000085847017000007/cog-12312016x10k.htm

March 1, 2018 Form 10-K:

https://www.sec.gov/Archives/edgar/data/858470/000085847018000006/cog-12312017x10k.htm

February 26, 2019 Form 10-K:

https://www.sec.gov/Archives/edgar/data/858470/000085847019000008/cog-12312018x10k.htm

July 26, 2019 Form 10-Q:

https://www.sec.gov/ix?doc=/Archives/edgar/data/858470/00008584701900

0032/cog-06302019x10q.htm

February 25, 2020 Form 10-K:

https://www.sec.gov/ix?doc=/Archives/edgar/data/858470/000085847020000012/c

og-12312019x10k.htm

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Travis County, Texas on February 25, 2021.

*/s/ Peter A. Stokes*
Peter A. Stokes
