## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DELAWARE COUNTY EMPLOYEES RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, §§§§ | |
| Plaintiff, §§ | CIVIL ACTION NO. 3:20-cv-1815-CCC |
| v. §§ | (Judge Christopher C. Conner) |
| CABOT OIL & GAS CORPORATION, DAN O. DINGES, and SCOTT C. SCHROEDER, §§§§ | |
| Defendants. | |

## DECLARATION OF PETER A. STOKES IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

I, Peter A. Stokes, declare as follows pursuant to 28 U.S.C. § 1746:

1.    I am one of the counsel of record for Cabot Oil & Gas Corporation ("Cabot"), Dan O. Dinges, Scott C. Schroeder, and Phil L. Stalnaker ("Defendants") in this litigation.  I am over the age of twenty-one and am competent to make this declaration.  I submit this declaration in support of Defendants' Motion to Dismiss. The facts set forth in this declaration are based on my personal knowledge.  Exhibit 1 in support of Defendants' Motion to Dismiss is a true and correct copy of Cabot's Form 10-Q filed on October 23, 2015.

2.     Exhibit 2 in support of Defendants' Motion to Dismiss is a true and correct copy of Cabot's Form 10-K filed on February 22, 2016.

3.     Exhibit 3 in support of Defendants' Motion to Dismiss is a true and correct copy of Cabot's Form 10-Q filed on May 3, 2016.

4.     Exhibit 4 in support of Defendants' Motion to Dismiss is a true and correct copy of Cabot's Form 10-Q filed on July 29, 2016.

5.     Exhibit 5 in support of Defendants' Motion to Dismiss is a true and correct copy of Cabot's Form 10-Q filed on October 28, 2016.

6.     Exhibit 6 in support of Defendants' Motion to Dismiss contains a true and correct copy of the letter to shareholders referenced in Paragraph 125 of Plaintiff's Amended Complaint.

7.     Exhibit 7 in support of Defendants' Motion to Dismiss is a true and correct copy of Cabot's Form 10-K filed on February 27, 2017.

8.     Exhibit 8 in support of Defendants' Motion to Dismiss is a true and correct copy of Cabot's Form 10-Q filed on April 28, 2017.

9.     Exhibit 9 in support of Defendants' Motion to Dismiss is a true and correct copy of Cabot's Form 10-Q filed on July 28, 2017.

10.     Exhibit 10 in support of Defendants' Motion to Dismiss is a true and correct copy of Cabot's Form 10-Q filed on October 30, 2017.

11.     Exhibit 11 in support of Defendants' Motion to Dismiss is a true and correct copy of Cabot's Form 10-K filed on March 1, 2018.

12.     Exhibit 12 in support of Defendants' Motion to Dismiss is a true and correct copy of Cabot's Form 10-Q filed on April 27, 2018.

13.     Exhibit 13 in support of Defendants' Motion to Dismiss is a true and correct copy of Cabot's Form 10-Q filed on July 27, 2018.

14.     Exhibit 14 in support of Defendants' Motion to Dismiss is a true and correct copy of Cabot's Form 10-Q filed on October 26, 2018.

15.     Exhibit 15 in support of Defendants' Motion to Dismiss is a true and correct copy of Cabot's Form 10-K filed on February 26, 2019.

16.     Exhibit 16 in support of Defendants' Motion to Dismiss is a true and correct copy of Cabot's Form 10-Q filed on April 26, 2019.

17.     Exhibit 17 in support of Defendants' Motion to Dismiss is a true and correct copy of Cabot's Form 10-Q filed on July 26, 2019.

18.     Exhibit 18 in support of Defendants' Motion to Dismiss is a true and correct copy of Cabot's Form 10-Q filed on October 25, 2019.

19.     Exhibit 19 in support of Defendants' Motion to Dismiss contains a true and correct copy of the letter to shareholders referenced in Paragraph 127 of Plaintiff's Amended Complaint.

20.     Exhibit 20 in support of Defendants' Motion to Dismiss is a true and correct copy of Cabot's Form 10-K filed on February 25, 2020.

21.     Exhibit 21 in support of Defendants' Motion to Dismiss is a true and correct copy of Cabot's Form 10-Q filed on May 1, 2020.

22.     Exhibit 22 in support of Defendants' Motion to Dismiss is a true and correct copy of Cabot's Form 10-Q filed on July 31, 2020.

23.     Exhibit 23 in support of Defendants' Motion to Dismiss is a true and correct copy of Cabot's Form 10-Q filed on October 30, 2020.

24.     Exhibit 24 in support of Defendants' Motion to Dismiss is a true and correct copy of Cabot's Form 10-K filed on February 26, 2021.

25.     Exhibit 25 in support of Defendants' Motion to Dismiss is a true and correct copy of the Consent Order and Settlement Agreement between Cabot and the Commonwealth of Pennsylvania, Department of Environmental Protection dated December 15, 2010.

26.     Exhibit 26 in support of Defendants' Motion to Dismiss is a true and correct copy of a chart showing Cabot's daily stock price for each trading day from October 1, 2015, through July 31, 2020, as obtained from Bloomberg Law.

27.     Exhibit 27 in support of Defendants' Motion to Dismiss is a true and correct copy of a chart showing the daily Henry Hub Natural Gas Spot Price for each

4

non-holiday weekday from January 6, 1997, through May 17, 2021, as obtained from the website https://www.eia.gov/dnav/ng/hist/rngwhhdD.htm.

28.    Exhibit 28 in support of Defendants' Motion to Dismiss is a true and correct copy of a July 13, 2020 U.S. Energy Information Administration report entitled "U.S. Henry Hub natural gas spot prices reached record lows in the first half of 2020," as obtained from the website https://www.eia.gov/todayinenergy/detail.php?id=44337#:~:text=The%20daily%20Henry%20Hub%20price,largely%20driven%20by%20regional%20temperatures.

29.    Exhibit 29 in support of Defendants' Motion to Dismiss is a true and correct copy of a chart showing the daily trading price for the United States Natural Gas Fund, LP from June 1, 2020, through July 31, 2020, as obtained from Bloomberg Law.

30.    Exhibit 30 in support of Defendants' Motion to Dismiss is a true and correct copy of excerpts from the Form 10-K filed by the United States Natural Gas Fund, LP on February 26, 2021.

31.    Exhibit 31 in support of Defendants' Motion to Dismiss is a true and correct copy of a chart showing daily trading prices for the S&P GSCI Natural Gas Index from June 1, 2020, through July 31, 2020, as obtained from www.barchart.com.

32.    Exhibit 32 in support of Defendants' Motion to Dismiss is a true and correct screenshot of a search I ran for Cabot inspection violations on the Pennsylvania Department of Environmental Protection database, which can be searched                                                                                                                    at http://cedatareporting.pa.gov/ReportServer/Pages/ReportViewer.aspx?/Public/DEP /OG/SSRS/OG_Inspection_Docs.


I declare under penalty of perjury that the foregoing is true and correct. Executed in Travis County, Texas on June 11, 2021.

/s/ Peter A. Stokes
Peter A. Stokes

6