

Bloomberg Law - Company Performance

Prepared for: KYLE THOMPSON

# Table View   ☆ Favorite

## Market Information

**RETURN TO CHART VIEW**

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| UNG US Equity: Historical Values | | | | | |
| 07/31/20 | 10.43 | 10.4865 | 10.1526 | 10.26 | 3.30M |
| 07/30/20 | 10.78 | 10.829 | 10.36 | 10.42 | 3.70M |
| 07/29/20 | 10.68 | 11.04 | 10.62 | 10.86 | 5.93M |
| 07/28/20 | 10.61 | 10.64 | 10.32 | 10.60 | 4.39M |
| 07/27/20 | 10.49 | 10.555 | 10.075 | 10.16 | 5.38M |
| 07/24/20 | 10.34 | 10.66 | 10.325 | 10.61 | 4.16M |
| 07/23/20 | 9.93 | 10.55 | 9.78 | 10.44 | 7.46M |
| 07/22/20 | 9.58 | 9.90 | 9.53 | 9.84 | 3.35M |
| 07/21/20 | 9.77 | 9.7953 | 9.645 | 9.71 | 3.35M |
| 07/20/20 | 9.73 | 9.73 | 9.39 | 9.61 | 8.71M |
| 07/17/20 | 10.15 | 10.22 | 9.98 | 10.01 | 4.60M |
| 07/16/20 | 10.37 | 10.57 | 9.991 | 10.10 | 6.17M |

| Date | Open | High | Low | Close | Volume |
|------|------|------|-----|-------|--------|
| 07/15/20 | 10.31 | 10.46 | 10.12 | 10.44 | 3.79M |
| 07/14/20 | 10.10 | 10.3637 | 10.06 | 10.24 | 3.86M |
| 07/13/20 | 10.56 | 10.63 | 10.11 | 10.12 | 5.54M |
| 07/10/20 | 10.60 | 10.74 | 10.52 | 10.60 | 5.52M |
| 07/09/20 | 10.96 | 11.008 | 10.38 | 10.39 | 7.22M |
| 07/08/20 | 10.86 | 10.88 | 10.635 | 10.73 | 4.61M |
| 07/07/20 | 11.10 | 11.27 | 10.931 | 10.95 | 7.35M |
| 07/06/20 | 10.58 | 10.75 | 10.38 | 10.71 | 7.85M |
| 07/02/20 | 9.88 | 10.18 | 9.875 | 10.08 | 6.12M |
| 07/01/20 | 9.94 | 9.9999 | 9.74 | 9.89 | 6.43M |
| 06/30/20 | 10.32 | 10.38 | 10.03 | 10.26 | 4.87M |
| 06/29/20 | 9.79 | 10.265 | 9.75 | 9.94 | 13.17M |
| 06/26/20 | 8.97 | 9.18 | 8.96 | 9.05 | 5.65M |
| 06/25/20 | 9.45 | 9.49 | 8.89 | 8.99 | 15.86M |
| 06/24/20 | 9.85 | 10.032 | 9.685 | 9.72 | 5.01M |
| 06/23/20 | 10.03 | 10.06 | 9.85 | 9.90 | 4.90M |
| 06/22/20 | 10.28 | 10.47 | 10.0775 | 10.14 | 4.87M |
| 06/19/20 | 10.19 | 10.35 | 10.17 | 10.25 | 3.53M |

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| 06/18/20 | 10.03 | 10.24 | 9.97 | 10.13 | 3.75M |
| 06/17/20 | 10.04 | 10.1699 | 9.96 | 10.12 | 3.82M |
| 06/16/20 | 10.02 | 10.101 | 9.89 | 10.00 | 6.61M |
| 06/15/20 | 10.60 | 10.60 | 10.27 | 10.37 | 7.19M |
| 06/12/20 | 11.08 | 11.14 | 10.66 | 10.75 | 5.50M |
| 06/11/20 | 11.19 | 11.3061 | 10.975 | 11.19 | 5.54M |
| 06/10/20 | 10.99 | 11.15 | 10.935 | 11.05 | 7.45M |
| 06/09/20 | 10.96 | 11.04 | 10.84 | 10.90 | 4.99M |
| 06/08/20 | 10.99 | 11.15 | 10.935 | 11.15 | 4.84M |
| 06/05/20 | 11.40 | 11.42 | 10.98 | 11.12 | 6.18M |
| 06/04/20 | 11.24 | 11.42 | 11.081 | 11.26 | 4.18M |
| 06/03/20 | 11.41 | 11.46 | 11.03 | 11.16 | 5.92M |
| 06/02/20 | 11.04 | 11.11 | 10.90 | 10.95 | 3.34M |
| 06/01/20 | 10.93 | 11.25 | 10.895 | 10.99 | 6.03M |

Bloomberg Law - Company Performance

