Table of Contents

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# FORM 10-K

☒  **Annual report pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 for the fiscal year ended December 31, 2020.**

or

☐  **Transition report pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 for the transition period from        to      .**

Commission file number: 001-33096

# United States Natural Gas Fund, LP
(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **20-5576760** |
| (State or other jurisdiction of | (I.R.S. Employer |
| incorporation or organization) | Identification No.) |

**1850 Mt. Diablo Boulevard, Suite 640**
**Walnut Creek, California 94596**
(Address of principal executive offices) (Zip code)

**(510) 522-9600**
(Registrant's telephone number, including area code)

**N/A**
(Former name, former address and former fiscal year, if changed since last report)

Securities registered or to be registered pursuant to Section 12(b) of the Act.

| Title of each class: | Trading Symbol(s) | Name of each exchange on which registered: |
|---|---|---|
| Shares of United States Natural Gas Fund, LP | UNG | NYSE Arca, Inc. |

Securities registered or to be registered pursuant to Section 12(g) of the Act: None.

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. ☐  Yes   ☒   No

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. ☐  Yes   ☒   No

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. ☒ Yes   ☐ No

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). ☒  Yes   ☐   No

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer", "accelerated filer", "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | | |
|---|---|---|---|---|
| Large Accelerated Filer | ☐ | | Accelerated Filer | ☒ |
| Non-Accelerated Filer | ☐ | | Smaller Reporting Company | ☐ |
| Emerging Growth Company | ☐ | | | |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided in Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☒

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act.). ☐ Yes ☒   No

The aggregate market value of the registrant's shares held by non-affiliates of the registrant as of June 30, 2020 was $383,565,873.

The registrant had 34,484,588 outstanding shares as of February 10, 2021.

**DOCUMENTS INCORPORATED BY REFERENCE:**
None.

Table of Contents

**United States Natural Gas Fund, LP**

**Table of Contents**

| | Page |
|---|---|
| **Part I** | |
| **Item 1. Business.** | 1 |
| **Item 1A. Risk Factors.** | 31 |
| **Item 1B. Unresolved Staff Comments.** | 47 |
| **Item 2. Properties.** | 47 |
| **Item 3. Legal Proceedings.** | 48 |
| **Item 4. Mine Safety Disclosures.** | 50 |
| **Part II** | |
| **Item 5. Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities.** | 50 |
| **Item 6. Selected Financial Data.** | 50 |
| **Item 7. Management's Discussion and Analysis of Financial Condition and Results of Operations.** | 51 |
| **Item 7A. Quantitative and Qualitative Disclosures About Market Risk.** | 69 |
| **Item 8. Financial Statements and Supplementary Data.** | 71 |
| **Item 9. Changes in and Disagreements With Accountants on Accounting and Financial Disclosure.** | 91 |
| **Item 9A. Controls and Procedures.** | 91 |
| **Item 9B. Other Information.** | 91 |
| **Part III** | |
| **Item 10. Directors, Executive Officers and Corporate Governance.** | 92 |
| **Item 11. Executive Compensation.** | 98 |
| **Item 12. Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters.** | 98 |
| **Item 13. Certain Relationships and Related Transactions, and Director Independence.** | 99 |
| **Item 14. Principal Accountant Fees and Services.** | 99 |
| **Part IV** | |
| **Item 15. Exhibits and Financial Statement Schedules.** | 100 |
| **Exhibit Index.** | 100 |
| **Signatures.** | 102 |

i

Table of Contents

**Part I**

**Item 1. Business.**

**What is UNG?**

The United States Natural Gas Fund, LP ("UNG") is a Delaware limited partnership organized on September 11, 2006. UNG maintains its main business office at 1850 Mt. Diablo Boulevard, Suite 640, Walnut Creek, California 94596. UNG is a commodity pool that issues limited partnership interests ("shares") traded on the NYSE Arca, Inc. (the "NYSE Arca"). UNG's shares began trading on April 18, 2007. It operates pursuant to the terms of the Fifth Amended and Restated Agreement of Limited Partnership dated as of December 15, 2017 (as amended from time to time, the "LP Agreement"), which grants full management control to its general partner, United States Commodity Funds LLC ("USCF").

The investment objective of UNG is for the daily changes in percentage terms of its shares' per share net asset value ("NAV") to reflect the daily changes in percentage terms of the price of natural gas delivered at the Henry Hub, Louisiana, as measured by the daily changes in the price of a specified short-term futures contract called the "Benchmark Futures Contract", plus interest earned on UNG's collateral holdings, less UNG's expenses. The Benchmark Futures Contract is the futures contract on natural gas as traded on the New York Mercantile Exchange (the "NYMEX") that is the near month contract to expire, except when the near month contract is within two weeks of expiration, in which case it will be measured by the futures contract that is the next month contract to expire.

UNG seeks to achieve its investment objective by investing primarily in futures contracts for natural gas that are traded on the NYMEX, ICE Futures Europe and ICE Futures U.S. (together, "ICE Futures") or other U.S. and foreign exchanges (collectively, "Futures Contracts") and to a lesser extent, in order to comply with regulatory requirements or in view of market conditions, other natural gas-related investments such as cash settled options on Futures Contracts, forward contracts for natural gas, cleared swap contracts, and non-exchange traded ("over-the- counter" or "OTC") transactions that are based on the price of natural gas, crude oil and other petroleum-based fuels, as well as futures contracts for crude oil, heating oil, gasoline, and other petroleum-based fuels, Futures Contracts and indices based on the foregoing (collectively, "Other Natural Gas-Related Investments"). Market conditions that USCF currently anticipates could cause UNG to invest in Other Natural Gas-Related Investments include those allowing UNG to obtain greater liquidity or to execute transactions with more favorable pricing. (For convenience and unless otherwise specified, Futures Contracts and Other Natural Gas-Related Investments collectively are referred to as "Natural Gas Interests" in this annual report on Form 10-K.)

In addition, USCF believes that market arbitrage opportunities will cause daily changes in UNG's share price on the NYSE Arca on a percentage basis to closely track daily changes in UNG's per share NAV on a percentage basis. USCF further believes that the daily changes in prices of the Benchmark Futures Contract have historically closely tracked the daily changes in spot prices of natural gas. USCF believes that the net effect of these relationships will be that the daily changes in the price of UNG's shares on the NYSE Arca on a percentage basis will closely track the daily changes in the spot price of natural gas on a percentage basis less UNG's expenses.

Specifically, UNG seeks to achieve its investment objective by investing so that the average daily percentage change in UNG's NAV for any period of 30 successive valuation days will be within plus/minus ten percent (10%) of the average daily percentage change in the price of the Benchmark Futures Contract over the same period. Investors should be aware that UNG's investment objective is not for its NAV or market price of shares to equal, in dollar terms, the spot price of natural gas or any particular futures contract based on natural gas, nor is UNG's investment objective for the percentage change in its NAV to reflect the percentage change of the price of any particular futures contract as measured over a time period greater than one day. This is because natural market forces called contango and backwardation have impacted the total return on an investment in UNG's shares during the past year relative to a hypothetical direct investment in natural gas and, in the future, it is likely that the relationship between the market price of UNG's shares and changes in the spot prices of natural gas will continue to be so impacted by contango and backwardation. (It is important to note that the disclosure above ignores the potential costs associated with physically owning and storing natural gas, which could be substantial.)

**Who is USCF?**

USCF is a single member limited liability company that was formed in the state of Delaware on May 10, 2005. USCF maintains its main business office at 1850 Mt. Diablo Boulevard, Suite 640, Walnut Creek, California 94596. USCF is a wholly-owned subsidiary of Wainwright Holdings, Inc., a Delaware corporation ("Wainwright"), which is an intermediate