S&P GSCI Natural Gas Index(ER) Price History - barchart.com

# S&P GSCI Natural G…  ($SG8B)

**4.69 +0.17** (**+3.76%**) 08:25 ET [INDEX/S&P]

**PRICE HISTORY** for Fri, Jun 11th, 2021

Alerts    Watch    Help

Barchart also offers extensive historical data through Barchart Excel and via API through Barchart OnDemand (Web Services). Both services provide access to historical market data across stocks, options, indices, futures and currencies.

You can also contact Barchart Sales at 866-333-7587 or solutions@barchart.com for more information or additional historical market data options, including file services and one-time deliveries.

| DAILY PRICES | HISTORICAL DATA DOWNLOAD |
|---|---|

3 Months

MM/DD/YYYY

Historical daily price data is available for up to two years prior to today's date.

**download**

MM/DD/YYYY

For more data, Barchart Premier members can download more historical data (going back to Jan. 1, 1980) and can download Intraday, Daily, Weekly, Monthly or Quarterly data **on the Historical Download tab**. Additional underlying chart data and study values can be downloaded using the **Interactive Charts**.

| Time | Open | High | Low | Last | Change | %Chg | Volume |
|---|---|---|---|---|---|---|---|
| 07/31/2020 | 4.29 | 4.36 | 4.17 | 4.22 | -0.07 | -1.63% | 0 |
| 07/30/2020 | 4.52 | 4.52 | 4.26 | 4.29 | -0.23 | -5.09% | 0 |
| 07/29/2020 | 4.37 | 4.54 | 4.28 | 4.52 | +0.15 | +3.43% | 0 |
| 07/28/2020 | 4.19 | 4.38 | 4.17 | 4.37 | +0.18 | +4.30% | 0 |
| 07/27/2020 | 4.38 | 4.38 | 4.14 | 4.19 | -0.19 | -4.34% | 0 |
| 07/24/2020 | 4.30 | 4.39 | 4.20 | 4.38 | +0.08 | +1.86% | 0 |
| 07/23/2020 | 4.03 | 4.34 | 4.02 | 4.30 | +0.27 | +6.70% | 0 |
| 07/22/2020 | 4.02 | 4.07 | 3.89 | 4.03 | +0.01 | +0.25% | 0 |
| 07/21/2020 | 3.95 | 4.03 | 3.89 | 4.02 | +0.07 | +1.77% | 0 |
| 07/20/2020 | 4.14 | 4.14 | 3.86 | 3.95 | -0.19 | -4.59% | 0 |
| 07/17/2020 | 4.16 | 4.21 | 4.09 | 4.14 | -0.02 | -0.48% | 0 |
| 07/16/2020 | 4.26 | 4.32 | 4.12 | 4.16 | -0.10 | -2.35% | 0 |
| 07/15/2020 | 4.19 | 4.27 | 4.15 | 4.26 | +0.07 | +1.67% | 0 |
| 07/14/2020 | 4.20 | 4.25 | 4.13 | 4.19 | -0.01 | -0.24% | 0 |
| 07/13/2020 | 4.34 | 4.36 | 4.20 | 4.20 | -0.14 | -3.23% | 0 |
| 07/10/2020 | 4.28 | 4.40 | 4.18 | 4.34 | +0.06 | +1.40% | 0 |
| 07/09/2020 | 4.39 | 4.54 | 4.27 | 4.28 | -0.11 | -2.51% | 0 |
| 07/08/2020 | 4.53 | 4.53 | 4.35 | 4.39 | -0.12 | -2.66% | 0 |
| 07/07/2020 | 4.40 | 4.63 | 4.40 | 4.51 | +0.11 | +2.50% | 0 |
| 07/06/2020 | 4.17 | 4.48 | 4.17 | 4.40 | +0.23 | +5.52% | 0 |
| 07/02/2020 | 4.02 | 4.18 | 4.02 | 4.17 | +0.15 | +3.73% | 0 |
| 07/01/2020 | 4.21 | 4.21 | 3.98 | 4.02 | -0.19 | -4.51% | 0 |
| 06/30/2020 | 4.11 | 4.29 | 4.06 | 4.21 | +0.10 | +2.43% | 0 |
| 06/29/2020 | 3.71 | 4.22 | 3.71 | 4.11 | +0.40 | +10.78% | 0 |
| 06/26/2020 | 3.72 | 3.77 | 3.65 | 3.71 | -0.01 | -0.27% | 0 |
| 06/25/2020 | 4.00 | 4.00 | 3.65 | 3.72 | -0.28 | -7.00% | 0 |
| 06/24/2020 | 4.07 | 4.12 | 3.97 | 4.00 | -0.07 | -1.72% | 0 |
| 06/23/2020 | 4.16 | 4.17 | 4.05 | 4.07 | -0.11 | -2.63% | 0 |
| 06/22/2020 | 4.23 | 4.30 | 4.14 | 4.18 | -0.03 | -0.71% | 0 |
| 06/19/2020 | 4.16 | 4.25 | 4.14 | 4.21 | +0.05 | +1.20% | 0 |
| 06/18/2020 | 4.15 | 4.21 | 4.09 | 4.16 | +0.01 | +0.24% | 0 |

Case 4:21-cv-02045     Document 65-31     Filed 06/11/21 in TXSD     Page 2 of 2

| Time | Open | High | Low | Last | Change | %Chg | Volume |
|---|---|---|---|---|---|---|---|
| 06/17/2020 | 4.09 | 4.17 | 4.07 | 4.15 | +0.06 | +1.47% | 0 |
| 06/16/2020 | 4.23 | 4.27 | 4.07 | 4.09 | -0.14 | -3.31% | 0 |
| 06/15/2020 | 4.37 | 4.41 | 4.22 | 4.23 | -0.14 | -3.20% | 0 |
| 06/12/2020 | 4.57 | 4.59 | 4.36 | 4.37 | -0.20 | -4.38% | 0 |
| 06/11/2020 | 4.50 | 4.61 | 4.46 | 4.57 | +0.07 | +1.56% | 0 |
| 06/10/2020 | 4.47 | 4.56 | 4.25 | 4.50 | +0.03 | +0.67% | 0 |
| 06/09/2020 | 4.57 | 4.62 | 4.45 | 4.47 | -0.07 | -1.54% | 0 |
| 06/08/2020 | 4.52 | 4.56 | 4.44 | 4.54 | +0.02 | +0.44% | 0 |
| 06/05/2020 | 4.62 | 4.72 | 4.51 | 4.52 | -0.10 | -2.16% | 0 |
| 06/04/2020 | 4.62 | 4.69 | 4.55 | 4.62 | unch | unch | 0 |
| 06/03/2020 | 4.51 | 4.72 | 4.50 | 4.62 | +0.11 | +2.44% | 0 |
| 06/02/2020 | 4.50 | 4.57 | 4.46 | 4.51 | +0.01 | +0.22% | 0 |
| 06/01/2020 | 4.57 | 4.62 | 4.42 | 4.50 | -0.19 | -4.05% | 0 |