OG_Inspection_Docs Report Viewer

| | | | |
|---|---|---|---|
| DATE INSPECTED FROM (MM/DD/YYYY) | 1/1/2017 | DATE INSPECTED TO (MM/DD/YYYY) | 1/1/2019 |
| COUNTY | All | MUNICIPALITY | All |
| REGION | All | OPERATOR | CABOT OIL & GAS CORP (43513) |
| INSPECTIONS WITH DOCUMENTS ONLY | No | | |

View Report

|◁   ◁   1   of 54   ▷   ▷|   ↻   100%   💾 ⌄   🖨     Find | Next

| INSPECTION ID | INSPECTION DATE | INSPECTION TYPE | INSPECTION CATEGORY | INSPECTION RESULT | INSPECTOR | CLIENT ID | OPE |
|---|---|---|---|---|---|---|---|
| 2557852 | 01/06/2017 | Routine/Complete Inspection | Site | Violation(s) Noted | HOEHLE, FRANCIS | 43513 | CABOT OIL & GA |
| 2556035 | 01/25/2017 | Follow-up Inspection | Site | Violation(s) Noted | CUNNINGHAM, BRIANA | 43513 | CABOT OIL & GA |
| 2557613 | 02/02/2017 | Routine/Complete Inspection | Site | Violation(s) Noted | HOEHLE, FRANCIS | 43513 | CABOT OIL & GA |
| 2566286 | 02/22/2017 | Routine/Complete Inspection | Site | Violation(s) Noted | CUNNINGHAM, BRIANA | 43513 | CABOT OIL & GA |
| 2575914 | 03/16/2017 | Follow-up Inspection | PF | Violation(s) Noted | KENNEDY, KENNETH | 43513 | CABOT OIL & GA |
| 2656804 | 06/20/2017 | Administrative/File Review | PF | Violation(s) Noted | BECK, CORY | 43513 | CABOT OIL & GA |
| 2980217 | 06/20/2017 | Administrative/File Review | Clnt | Violation(s) Noted | SOUTHARD, CHRISTOPHER | 43513 | CABOT OIL & GA |
| 2627588 | 07/17/2017 | Routine/Complete Inspection | PF | Violation(s) Noted | SCHOONOVER, DAVID | 43513 | CABOT OIL & GA |
| 2627579 | 08/17/2017 | Routine/Complete Inspection | PF | Violation(s) Noted | SCHOONOVER, DAVID | 43513 | CABOT OIL & GA |
| 2627585 | 08/17/2017 | Routine/Complete Inspection | PF | Violation(s) Noted | SCHOONOVER, DAVID | 43513 | CABOT OIL & GA |
| 2627589 | 08/17/2017 | Routine/Complete Inspection | PF | Violation(s) Noted | SCHOONOVER, DAVID | 43513 | CABOT OIL & GA |
| 2627616 | 08/17/2017 | Routine/Complete Inspection | PF | Violation(s) Noted | SCHOONOVER, DAVID | 43513 | CABOT OIL & GA |
| 2627619 | 08/17/2017 | Routine/Complete Inspection | PF | Violation(s) Noted | SCHOONOVER, DAVID | 43513 | CABOT OIL & GA |
| 2634026 | 08/31/2017 | Complaint Inspection | PF | Violation(s) Noted | KENNEDY, KENNETH | 43513 | CABOT OIL & GA |
| 2634127 | 08/31/2017 | Complaint Inspection | PF | Violation(s) Noted | KENNEDY, KENNETH | 43513 | CABOT OIL & GA |
| 2634135 | 08/31/2017 | Complaint Inspection | PF | Violation(s) Noted | KENNEDY, KENNETH | 43513 | CABOT OIL & GA |
| 2634141 | 08/31/2017 | Complaint Inspection | PF | Violation(s) Noted | KENNEDY, KENNETH | 43513 | CABOT OIL & GA |
| 2634150 | 08/31/2017 | Complaint Inspection | PF | Violation(s) Noted | KENNEDY, KENNETH | 43513 | CABOT OIL & GA |
| 2634165 | 08/31/2017 | Complaint Inspection | PF | Violation(s) Noted | KENNEDY, KENNETH | 43513 | CABOT OIL & GA |
| 2661570 | 11/16/2017 | Administrative/File Review | PF | Violation(s) Noted | BECK, CORY | 43513 | CABOT OIL & GA |
| 2980191 | 11/16/2017 | Administrative/File Review | Clnt | Violation(s) Noted | SOUTHARD, CHRISTOPHER | 43513 | CABOT OIL & GA |
| 2708147 | 03/21/2018 | Administrative/File Review | Clnt | Violation(s) Noted | O'DONNELL, MICHAEL | 43513 | CABOT OIL & GA |
| 2713352 | 04/02/2018 | Complaint Inspection | Site | Violation(s) Noted | RICKARD, GENE | 43513 | CABOT OIL & GA |