## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DELAWARE COUNTY EMPLOYEES RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated, | § § § § | |
| | § | Civil Action No. 3:20-cv-01815-CCC |
| Plaintiff, | § | |
| | § | (Judge Christopher C. Conner) |
| v. | § | |
| | § | |
| CABOT OIL & GAS CORPORATION, *et al.*, | § § | |
| | § | |
| Defendants. | § | |

### DEFENDANTS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO TRANSFER

Defendants Cabot Oil & Gas Corporation ("Cabot"), Dan O. Dinges, Scott C. Schroeder and Phil L. Stalnaker ("Defendants") respectfully move for leave to submit the attached opinion in *Jacobowitz v. Range Resources et al.*, Case No. 2:21-cv-00301-RJC (W.D. Pa. June 16, 2021) in support of Defendants' motion to transfer venue. The *Jacobowitz* case is a similar Rule 10b-5 securities action against a Texas-based company arising from a Pennsylvania Department of Environmental Protection investigation over oil and gas operations in Pennsylvania. Judge Colville found that the factors for transferring venue under 28 U.S.C. §1404(a) favored transfer.

-1-

Plaintiffs do not oppose Defendants' motion for leave to submit this opinion, but disagree that the *Jacobowitz* case is "similar" to this case for several reasons. First, unlike the parties in *Jacobowitz*, both Lead Plaintiff Delaware County Employees Retirement System and additional plaintiff Iron Workers District Council (Philadelphia and Vicinity) Retirement and Pension Plan are located in Pennsylvania, and Defendant Philip L. Stalnaker is located in Pennsylvania. Second, unlike the corporate defendant in *Jacobowitz*, substantially all of Cabot's oil and gas production during the Class Period occurred in Pennsylvania. Finally, unlike in *Jacobowitz*, Pennsylvania residents suffered unique harm as a result of Defendants' scheme perpetrated in Pennsylvania.

Dated:        June 16, 2021          Respectfully submitted,

/s/ Peter A. Stokes
Gerard G. Pecht (*pro hac vice*)
TX ID No. 15701800
1301 McKinney, Suite 5100
Houston, TX 77010-3095
Telephone:  (713) 651-5151
Facsimile:  (713) 651-5246

Peter A. Stokes (*pro hac vice*)
TX ID No. 24028017
peter.stokes@nortonrosefulbright.com
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701-4255
Telephone:  (512) 474-5201
Facsimile:  (512) 536-4598

Amy L. Barrette
PA ID No.: 87318
BUCHANAN INGERSOLL & ROONEY, PC
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219
Telephone: 412-562-1626
Facsimile: 412-562-1041
Email: amy.barrette@bipc.com

*Counsel for Defendants*

- 3 -

## CERTIFICATE OF CONFERENCE – UNOPPOSED MOTION

I hereby certify that pursuant to M.D. Pa. L.R. 7.1, I conferred with Plaintiffs' counsel regarding Defendants' intent to file this motion and that I was advised by Plaintiffs' counsel that Plaintiffs do not oppose Defendants' motion for leave to submit this opinion, but disagree that the *Jacobowitz* case is "similar" to this case for several reasons.  First, unlike the parties in *Jacobowitz*, both Lead Plaintiff Delaware County Employees Retirement System and additional plaintiff Iron Workers District Council (Philadelphia and Vicinity) Retirement and Pension Plan are located in Pennsylvania, and Defendant Philip L. Stalnaker is located in Pennsylvania.  Second, unlike the corporate defendant in *Jacobowitz*, substantially all of Cabot's oil and gas production during the Class Period occurred in Pennsylvania.  Finally, unlike in *Jacobowitz*, Pennsylvania residents suffered unique harm as a result of Defendants' scheme perpetrated in Pennsylvania.

/s/ *Peter A. Stokes*
Peter A. Stokes

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed with the Court's electronic case filing (ECF) system on June 16, 2021, which caused an electronic copy of this document to be served on all counsel of record in this matter who have registered for ECF service.

/s/ *Peter A. Stokes*
Peter A. Stokes