SCR

# United States District Court
## Middle District of Pennsylvania (Scranton)
## CIVIL DOCKET FOR CASE #: 3:20–cv–01815–CCC

Delaware County Employees Retirement System v. Cabot Oil & Gas Corporation et al

Assigned to: Honorable Christopher C. Conner

Related Cases:   3:20–cv–01948–CCC

             1:21–cv–00118–CCC

Cause: 15:78m(a) Securities Exchange Act

Date Filed: 10/05/2020

Jury Demand: Plaintiff

Nature of Suit: 850 Securities/Commodities

Jurisdiction: Federal Question

**Plaintiff**

| | |
|---|---|
| **Delaware County Employees Retirement System** <br> *Individually and on behalf of all others similarly situated* | represented by **Darryl James Alvarado** <br> Robbins Geller Rudman & Dowd LLP <br> 655 W. Broadway <br> Ste 1900 <br> San Diego, CA 92101 <br> 619–231–1058 <br> Fax: 619–231–7423 <br> Email: dalvarado@rgrdlaw.com <br> *LEAD ATTORNEY* <br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* |

**Francisco J. Mejia**
Robbins Geller Rudman & Dowd LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
619–231–1058
Fax: 619–231–7423
Email: fmejia@rgrdlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Lavelle**
Robbins Geller Rudman & Dowd
655 West Broadway, Suite 1900
San Diego, CA 92101
619–231–1058
Email: KLavelle@rgrdlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lawrence F. Stengel**
Saxton & Stump LLC
280 Granite Run Drive
Suite 300
Lancaster, PA 17601

717−556−1080
Email: lfs@saxtonstump.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Iron Workers District Council (Philadelphia and Vicinity) Retirement and Pension Plan**

represented by **Andrew L. Zivitz**
Kessler Topaz Meltzer Check, LLP
280 King of Prussia Road
Radnor, PA 19087
610−667−7706
Fax: 610−667−7056
Email: azivitz@ktmc.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Henry W. Longley**
Kessler Topaz Meltzer Check, LLP
280 King of Prussia Road
Radnor, PA 19087
610−667−7706
Email: hlongley@ktmc.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joshua E. D'Ancona**
Kessler Topaz Meltzer & Check, LLP
280 King of Prussia Road
Radnor, PA 19087
610−667−7706
Email: jdancona@ktmc.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lawrence F. Stengel**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Cabot Oil & Gas Corporation**

represented by **Gerard G. Pecht**
Norton Rose Fulbright US LLP
Fulbright Tower
1301 McKinney
Suite 5100
Houston, TX 77010
713−651−5243
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter Stokes**

Norton Rose Fulbright US LLP
98 San Jacinto Blvd.
Suite 1100
Austin, TX 78701–4255
512–536–4551
Email: peter.stokes@nortonrosefulbright.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amy L. Barrette**
Buchanan Ingersoll & Rooney PC
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219
412.562.1626
Email: amy.barrette@bipc.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dan O Dinges**                     represented by  **Gerard G. Pecht**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter Stokes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amy L. Barrette**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Scott C Schroeder**                represented by  **Gerard G. Pecht**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter Stokes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amy L. Barrette**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Phil L. Stalnaker**                                      represented by   **Amy L. Barrette**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter Stokes**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/05/2020 | Ï 1 | COMPLAINT against All Defendants ( Filing fee $400, Receipt Number 5283309), filed by Delaware County Employees Retirement System. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit(s))(ga) (Entered: 10/05/2020) |
| 10/05/2020 | Ï 2 | Summons Issued as to All Defendants and provided TO ATTORNEY ELECTRONICALLY VIA ECF for service on Defendant(s)in the manner prescribed by Rule 4 of the Federal Rules of Civil Procedure. (NOTICE TO ATTORNEYS RECEIVING THE SUMMONS ELECTRONICALLY: You must print the summons and the attachment when you receive it in your e–mail and serve them with the complaint on all defendants in the manner prescribed by Rule 4 of the Federal Rules of Civil Procedure). (Attachments: # 1 Summons Packet) (ga) (Entered: 10/05/2020) |
| 10/06/2020 | Ï 3 | ORDER re Case Assignment and Procedures. Signed by Honorable Christopher C. Conner on 10/6/2020. (ve) (Entered: 10/06/2020) |
| 10/13/2020 | Ï 4 | MOTION to Appoint Counsel *and for Appointment as Lead Plaintiff* by Delaware County Employees Retirement System. (Attachments: # 1 Proposed Order)(Stengel, Lawrence) (Entered: 10/13/2020) |
| 10/13/2020 | Ï 5 | BRIEF IN SUPPORT re 4 MOTION to Appoint Counsel *and for Appointment as Lead Plaintiff* filed by Delaware County Employees Retirement System.(Stengel, Lawrence) (Entered: 10/13/2020) |
| 10/13/2020 | Ï 6 | AFFIDAVIT in Support re 4 MOTION to Appoint Counsel *and for Appointment as Lead Plaintiff* filed by Delaware County Employees Retirement System. (Attachments: # 1 Exhibit(s) A – Notice of First–Filed Action, # 2 Exhibit(s) B – Notice of M.D. Pa. Action, # 3 Exhibit(s) C – Certification, # 4 Exhibit(s) D – Estimate of losses)(Stengel, Lawrence) (Entered: 10/13/2020) |
| 10/19/2020 | Ï 7 | RETURN OF SERVICE (Non Summons & Complaint) by Delaware County Employees Retirement System re 2 Summons Issued,, *upon Cabot Oil & Gas Corporation* (Stengel, Lawrence) (Entered: 10/19/2020) |
| 10/26/2020 | Ï 8 | Unopposed MOTION for Extension of Time to Unopposed Motion for Extension of Answer Date by Cabot Oil & Gas Corporation. (Attachments: # 1 Proposed Order Scheduling Order)(Barrette, Amy) (Entered: 10/26/2020) |
| 10/26/2020 | Ï 9 | DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1 by Cabot Oil & Gas Corporation. (Barrette, Amy) (Entered: 10/26/2020) |
| 10/28/2020 | Ï 10 | PETITION FOR SPECIAL ADMISSION (PRO HAC VICE) by Amy L. Barrette on behalf of All Defendants Attorney Peter A. Stokes is seeking special admission. Filing fee $ 50, receipt number APAMDC–5318022.. (Barrette, Amy) (Entered: 10/28/2020) |
| 10/28/2020 | Ï 11 | NOTICE by Delaware County Employees Retirement System re 4 MOTION to Appoint Counsel *and for Appointment as Lead Plaintiff Notice of Non–Opposition to Motion* (Stengel, Lawrence) |

| | | |
|---|---|---|
| | | (Entered: 10/28/2020) |
| 10/29/2020 | 12 | SHOW CAUSE ORDER – ORDERED that the plaintiff shall show cause on or before Thursday, November 5, 2020, why this court should entertain the motion 4 to appoint lead plaintiff and lead counsel based on the deadline set in the now–dismissed action and not 60 days after the notice issued in this case. Signed by Honorable Christopher C. Conner on 10/29/2020. (spm) (Entered: 10/29/2020) |
| 10/29/2020 | 13 | ORDER granting 8 Motion to Extend Time and suspending defendants obligation to answer, move, or otherwise respond to the complaint until after appointment of lead plaintiff and lead counsel. Signed by Honorable Christopher C. Conner on 10/29/2020. (spm) (Entered: 10/29/2020) |
| 11/02/2020 | | DOCKET ANNOTATION: Petitioner Peter Stokes and Associate Counsel bar status verified (mw) (Entered: 11/02/2020) |
| 11/05/2020 | 14 | RESPONSE by Delaware County Employees Retirement System to 12 Order, . (Stengel, Lawrence) (Entered: 11/05/2020) |
| 11/09/2020 | 15 | SPECIAL ADMISSIONS FORM APPROVED as to Peter A. Stokes. Signed by Honorable Christopher C. Conner on 11/09/2020. (tw) (Entered: 11/09/2020) |
| 11/12/2020 | 16 | MEMORANDUM (Order to follow as separate docket entry), re: MOTION 4 to Appoint Counsel *and for Appointment as Lead Plaintiff* filed by Delaware County Employees Retirement System. Signed by Honorable Christopher C. Conner on 11/12/20. (rw) (Entered: 11/12/2020) |
| 11/12/2020 | 17 | ORDER (memorandum filed previously as separate docket entry)IT IS ORDERED that plaintiffs motion 4 to appoint lead plaintiff and lead counsel is DENIED without prejudice to the right to refile after new notice and a new waiting period. Signed by Honorable Christopher C. Conner on 11/12/20. (rw) (Entered: 11/12/2020) |
| 11/16/2020 | 18 | NOTICE by Delaware County Employees Retirement System *Notice of Issuance of Notice to Class Members* (Attachments: # 1 Exhibit(s) A – Notice)(Stengel, Lawrence) (Entered: 11/16/2020) |
| 12/28/2020 | 19 | SCHEDULING ORDER: Case Management Conference set for 2/11/2021 02:30 PM before Honorable Christopher C. Conner. Signed by Honorable Christopher C. Conner on 12/28/2020. (Attachments: # 1 Term. Calendar)(mw) (Entered: 12/28/2020) |
| 01/12/2021 | 20 | MOTION to Appoint Counsel *and for Appointment as Lead Plaintiff (Renewed)* by Delaware County Employees Retirement System. (Attachments: # 1 Proposed Order)(Stengel, Lawrence) (Entered: 01/12/2021) |
| 01/12/2021 | 21 | BRIEF in Support re 20 MOTION to Appoint Counsel *and for Appointment as Lead Plaintiff (Renewed)* , filed by Delaware County Employees Retirement System. Related document: 20 MOTION to Appoint Counsel *and for Appointment as Lead Plaintiff (Renewed)* filed by Delaware County Employees Retirement System.(Stengel, Lawrence) (Entered: 01/12/2021) |
| 02/01/2021 | 22 | NOTICE by Delaware County Employees Retirement System re 20 MOTION to Appoint Counsel *and for Appointment as Lead Plaintiff (Renewed) Notice of Unopposed Motion* (Stengel, Lawrence) (Entered: 02/01/2021) |
| 02/02/2021 | 23 | Joint MOTION for Extension of Time to Adjournment of February 11, 2021 Conference and Entry of Agreed Proposed Schedule for Amending Complaint and Filing Pre–Answer Motions by Cabot Oil & Gas Corporation, Dan O Dinges, Scott C Schroeder. (Attachments: # 1 Proposed Order)(Stokes, Peter) (Entered: 02/02/2021) |
| 02/03/2021 | 24 | MEMORANDUM (Order to follow as separate docket entry). Signed by Honorable Christopher C. Conner on 2/3/2021. (mw) (Entered: 02/03/2021) |

| | | |
|---|---|---|
| 02/03/2021 | 25 | ORDER (memorandum filed previously as separate docket entry) – it is hereby ORDERED that the motion (Doc. 20) is GRANTED. Signed by Honorable Christopher C. Conner on 2/3/2021. (mw) (Entered: 02/03/2021) |
| 02/08/2021 | 26 | ORDER granting 23 Joint MOTION for Extension of Time to Adjournment of February 11, 2021 Conference and Entry of Agreed Proposed Schedule for Amending Complaint and Filing Pre–Answer Motions filed by Scott C Schroeder, Cabot Oil & Gas Corporation, Dan O Dinges. Signed by Honorable Christopher C. Conner on 2/8/2021. (mw) (Entered: 02/08/2021) |
| 02/15/2021 | 27 | Unopposed MOTION for Extension of Time to File *Motion to Transfer* by Cabot Oil & Gas Corporation, Dan O Dinges, Scott C Schroeder. (Attachments: # 1 Proposed Order)(Stokes, Peter) (Entered: 02/15/2021) |
| 02/16/2021 | 28 | ORDER granting 27 Motion for Extension of Time to File. Signed by Honorable Christopher C. Conner on 2/16/2021 (mw) (Entered: 02/16/2021) |
| 02/25/2021 | 29 | MOTION to Transfer Case *to Southern District of Texas* by Cabot Oil & Gas Corporation, Dan O Dinges, Scott C Schroeder. (Attachments: # 1 Proposed Order)(Barrette, Amy) (Entered: 02/25/2021) |
| 02/25/2021 | 30 | BRIEF IN SUPPORT *Defendants'* re 29 MOTION to Transfer Case *to Southern District of Texas* filed by Cabot Oil & Gas Corporation, Dan O Dinges, Scott C Schroeder. (Attachments: # 1 Exhibit(s), # 2 Exhibit(s), # 3 Exhibit(s), # 4 Exhibit(s), # 5 Exhibit(s), # 6 Exhibit(s))(Barrette, Amy) (Entered: 02/25/2021) |
| 02/25/2021 | 31 | STATEMENT OF FACTS re 30 Brief in Support, 29 MOTION to Transfer Case *to Southern District of Texas Declaration of Peter A. Stokes* filed by Cabot Oil & Gas Corporation, Dan O Dinges, Scott C Schroeder.(Barrette, Amy) (Entered: 02/25/2021) |
| 03/04/2021 | 32 | PETITION FOR SPECIAL ADMISSION (PRO HAC VICE) by Lawrence F. Stengel on behalf of Delaware County Employees Retirement System is seeking special admission. Filing fee $ 50, receipt number APAMDC–5502122.. (Stengel, Lawrence) (Entered: 03/04/2021) |
| 03/04/2021 | 33 | PETITION FOR SPECIAL ADMISSION (PRO HAC VICE) by Lawrence F. Stengel on behalf of Delaware County Employees Retirement System Attorney Kevin Lavelle is seeking special admission. Filing fee $ 50, receipt number APAMDC–5502141.. (Stengel, Lawrence) (Entered: 03/04/2021) |
| 03/04/2021 | 34 | PETITION FOR SPECIAL ADMISSION (PRO HAC VICE) by Lawrence F. Stengel on behalf of Delaware County Employees Retirement System Attorney Darryl Alvarado is seeking special admission. Filing fee $ 50, receipt number APAMDC–5502177.. (Stengel, Lawrence) (Entered: 03/04/2021) |
| 03/04/2021 | 35 | Joint MOTION for Extension of Time to TO EXTEND DEADLINE FOR AMENDED COMPLAINT AND BRIEFING SCHEDULE by Delaware County Employees Retirement System. (Attachments: # 1 Proposed Order [PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE FOR AMENDED COMPLAINT AND BRIEFING SCHEDULE)(Stengel, Lawrence) (Entered: 03/04/2021) |
| 03/05/2021 | 36 | ORDER granting 35 Motion to Extend Time. Signed by Honorable Christopher C. Conner on 3/5/2021 (mw) (Entered: 03/05/2021) |
| 03/16/2021 | | DOCKET ANNOTATION: Petitioner's Francisco Mejia, Kevin Lavelle, and Darryl Alvarado are advised to file a code of professional conduct for their petitions for special admission. Refile as 'document filed', Do not refile the petition. (mw) (Entered: 03/16/2021) |
| 03/18/2021 | 37 | Code of Professional Conduct Lavelle by Delaware County Employees Retirement System. 33 Petition for Special Admission – Pro Hac Vice, . (Stengel, Lawrence) (Entered: 03/18/2021) |

| | | |
|---|---|---|
| 03/18/2021 | 38 | Code of Professional Conduct Alvarado by Delaware County Employees Retirement System. 34 Petition for Special Admission – Pro Hac Vice, . (Stengel, Lawrence) (Entered: 03/18/2021) |
| 03/18/2021 | 39 | Code of Professional Conduct Mejia by Delaware County Employees Retirement System. 32 Petition for Special Admission – Pro Hac Vice . (Stengel, Lawrence) (Entered: 03/18/2021) |
| 03/18/2021 | 40 | PETITION FOR SPECIAL ADMISSION (PRO HAC VICE) by Amy L. Barrette on behalf of Cabot Oil & Gas Corporation Attorney Gerard G. Pecht is seeking special admission. Filing fee $ 50, receipt number APAMDC–5516576.. (Barrette, Amy) (Entered: 03/18/2021) |
| 03/25/2021 | 41 | BRIEF IN OPPOSITION re 29 MOTION to Transfer Case *to Southern District of Texas* filed by Delaware County Employees Retirement System. (Attachments: # 1 Declaration Declaration of Lawernce F. Stengel in Support of Lead Plaintiff's Memorandum of Law In Opposition)(Stengel, Lawrence) (Entered: 03/25/2021) |
| 03/26/2021 | Ï | DOCKET ANNOTATION: Attorney's Francisco Mejia, Kevin Lavelle, Darryl Alvarado, and Gerard Pecht and associate counsel bar status verified. (mw) (Entered: 03/26/2021) |
| 03/26/2021 | 42 | SPECIAL ADMISSIONS FORM APPROVED as to Francisco J. Mejia. Signed by Honorable Christopher C. Conner on 3/26/2021. (mw) (Entered: 03/26/2021) |
| 03/26/2021 | 43 | SPECIAL ADMISSIONS FORM APPROVED as to Kevin A. Lavelle. Signed by Honorable Christopher C. Conner on 3/26/2021. (mw) (Entered: 03/26/2021) |
| 03/26/2021 | 44 | SPECIAL ADMISSIONS FORM APPROVED as to Darryl J. Alvarado. Signed by Honorable Christopher C. Conner on 3/26/2021. (mw) (Entered: 03/26/2021) |
| 03/26/2021 | 45 | SPECIAL ADMISSIONS FORM APPROVED as to Gerard G. Pecht. Signed by Honorable Christopher C. Conner on 3/26/2021. (mw) (Entered: 03/26/2021) |
| 04/05/2021 | 46 | BRIEF IN SUPPORT re 29 MOTION to Transfer Case *to Southern District of Texas* filed by Cabot Oil & Gas Corporation.(Barrette, Amy) (Entered: 04/05/2021) |
| 04/12/2021 | 47 | AMENDED COMPLAINT *CONSOLIDATED COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS* against All Defendants, filed by Delaware County Employees Retirement System. (Attachments: # 1 Summons Summons–Stalnaker)(Stengel, Lawrence) (Entered: 04/12/2021) |
| 04/13/2021 | 48 | Summons Issued (Amended Complaint filed) as to Cabot Oil & Gas Corporation, Dan O Dinges, Scott C Schroeder, Phil L. Stalnaker and provided TO ATTORNEY ELECTRONICALLY VIA ECF for service on Defendant(s)in the manner prescribed by Rule 4 of the Federal Rules of Civil Procedure. (NOTICE TO ATTORNEYS RECEIVING THE SUMMONS ELECTRONICALLY: You must print the summons and the attachment when you receive it in your e–mail and serve the complaint on all defendants in the manner prescribed by Rule 4 of the Federal Rules of Civil Procedure). (Attachments: # 1 Summons Packet) (ep) (Entered: 04/13/2021) |
| 04/15/2021 | 49 | SUMMONS Returned Executed by Delaware County Employees Retirement System. Phil L. Stalnaker served on 4/14/2021, answer due 5/5/2021. (Lavelle, Kevin) (Entered: 04/15/2021) |
| 04/20/2021 | 50 | PETITION FOR SPECIAL ADMISSION (PRO HAC VICE) by Lawrence F. Stengel on behalf of Delaware County Employees Retirement System Attorney Joshua D'Ancona is seeking special admission. Filing fee $ 50, receipt number APAMDC–5551370.. (Stengel, Lawrence) (Entered: 04/20/2021) |
| 04/20/2021 | 51 | PETITION FOR SPECIAL ADMISSION (PRO HAC VICE) by Lawrence F. Stengel on behalf of Delaware County Employees Retirement System Attorney Henry Longley is seeking special admission. Filing fee $ 50, receipt number APAMDC–5551389.. (Stengel, Lawrence) (Entered: 04/20/2021) |

| 04/20/2021 | 52 | PETITION FOR SPECIAL ADMISSION (PRO HAC VICE) by Lawrence F. Stengel on behalf of Delaware County Employees Retirement System Attorney Andrew Zivitz is seeking special admission. Filing fee $ 50, receipt number APAMDC–5551398.. (Stengel, Lawrence) (Entered: 04/20/2021) |
|---|---|---|
| 04/20/2021 | | DOCKET ANNOTATION: Petitioning attorneys and associate counsel's bar status verified. (mw) (Entered: 04/20/2021) |
| 04/20/2021 | 53 | SPECIAL ADMISSIONS FORM APPROVED as to Joshua E. D'Ancona. Signed by Honorable Christopher C. Conner on 4/20/2021. (mw) (Entered: 04/20/2021) |
| 04/20/2021 | 54 | SPECIAL ADMISSIONS FORM APPROVED as to Henry W. Longley. Signed by Honorable Christopher C. Conner on 4/20/2021. (mw) (Entered: 04/20/2021) |
| 04/20/2021 | 55 | SPECIAL ADMISSIONS FORM APPROVED as to Andrew L. Zivitz. Signed by Honorable Christopher C. Conner on 4/20/2021. (mw) (Entered: 04/20/2021) |
| 04/21/2021 | | DOCKET ANNOTATION: Per telephone conversation with Atty Stengel's office, Attys D'Ancona, Longley and Zivitz are urged to enter their appearance after they have acquired ECF privileges; (ep) (Entered: 04/21/2021) |
| 04/22/2021 | 56 | NOTICE of Appearance by Andrew L. Zivitz on behalf of Iron Workers District Council (Philadelphia and Vicinity) Retirement and Pension Plan (Zivitz, Andrew) (Entered: 04/22/2021) |
| 04/22/2021 | 57 | NOTICE of Appearance by Joshua E. D'Ancona on behalf of Iron Workers District Council (Philadelphia and Vicinity) Retirement and Pension Plan (D'Ancona, Joshua) (Entered: 04/22/2021) |
| 04/22/2021 | 58 | NOTICE of Appearance by Henry W. Longley on behalf of Iron Workers District Council (Philadelphia and Vicinity) Retirement and Pension Plan (Longley, Henry) (Entered: 04/22/2021) |
| 04/28/2021 | 59 | Joint MOTION for Extension of Time to MOTION TO ADJOURN CLASS CERTIFICATION BRIEFING DEADLINES by Delaware County Employees Retirement System, Iron Workers District Council (Philadelphia and Vicinity) Retirement and Pension Plan. (Attachments: # 1 Proposed Order PROPOSED ORDER GRANTING JOINT MOTION TO ADJOURN CLASS CERTIFICATION BRIEFING DEADLINES)(Stengel, Lawrence) (Entered: 04/28/2021) |
| 05/03/2021 | 60 | ORDER granting 59 Motion to Extend Time. Signed by Honorable Christopher C. Conner on 5/3/2021 (mw) (Entered: 05/03/2021) |
| 05/28/2021 | 61 | Joint MOTION to Exceed Page Limitation *for Motion to Dismiss Briefing* by Cabot Oil & Gas Corporation, Dan O Dinges, Scott C Schroeder, Phil L. Stalnaker. (Attachments: # 1 Proposed Order)(Stokes, Peter) (Entered: 05/28/2021) |
| 05/29/2021 | 62 | VERBAL ORDER – It is ORDERED that the motion Motion 61 for Leave to File Excess Pages is GRANTED. Defendants may file a joint memorandum in support of their forthcoming motion to dismiss of up to 8,500 words. Plaintiffs shall have up to 8,500 words for their memorandum in opposition. Defendants shall have 2,500 words for a joint reply memorandum. Signed by Honorable Christopher C. Conner on 5/29/21. **(Text–only entry; no PDF document will issue. This text–only entry constitutes the order of the court or notice on the matter.)** (spm) (Entered: 05/29/2021) |
| 06/11/2021 | 63 | MOTION to Dismiss by Cabot Oil & Gas Corporation, Dan O Dinges, Scott C Schroeder, Phil L. Stalnaker. (Attachments: # 1 Proposed Order)(Barrette, Amy) (Entered: 06/11/2021) |
| 06/11/2021 | 64 | BRIEF IN SUPPORT re 63 MOTION to Dismiss filed by Cabot Oil & Gas Corporation, Dan O Dinges, Scott C Schroeder, Phil L. Stalnaker.(Barrette, Amy) (Entered: 06/11/2021) |
| 06/11/2021 | 65 | |

| | | |
|---|---|---|
| | | AFFIDAVIT in Support re 63 MOTION to Dismiss filed by Cabot Oil & Gas Corporation, Dan O Dinges, Scott C Schroeder, Phil L. Stalnaker. (Attachments: # 1 Exhibit(s) 1, # 2 Exhibit(s) 2, # 3 Exhibit(s) 3, # 4 Exhibit(s) 4, # 5 Exhibit(s) 5, # 6 Exhibit(s) 6, # 7 Exhibit(s) 7, # 8 Exhibit(s) 8, # 9 Exhibit(s) 9, # 10 Exhibit(s) 10, # 11 Exhibit(s) 11, # 12 Exhibit(s) 12, # 13 Exhibit(s) 13, # 14 Exhibit(s) 14, # 15 Exhibit(s) 15, # 16 Exhibit(s) 16, # 17 Exhibit(s) 17, # 18 Exhibit(s) 18, # 19 Exhibit(s) 19, # 20 Exhibit(s) 20, # 21 Exhibit(s) 21, # 22 Exhibit(s) 22, # 23 Exhibit(s) 23, # 24 Exhibit(s) 24, # 25 Exhibit(s) 25, # 26 Exhibit(s) 26, # 27 Exhibit(s) 27, # 28 Exhibit(s) 28, # 29 Exhibit(s) 29, # 30 Exhibit(s) 30, # 31 Exhibit(s) 31, # 32 Exhibit(s) 32)(Barrette, Amy) (Entered: 06/11/2021) |
| 06/16/2021 | 66 | Unopposed MOTION for Leave to File *Supplemental Authority in Support of Motion to Transfer* by Cabot Oil & Gas Corporation, Dan O Dinges, Scott C Schroeder, Phil L. Stalnaker. (Attachments: # 1 Exhibit(s) 1 (Jacobowitz v. Range Resources transfer opinion))(Stokes, Peter) (Entered: 06/16/2021) |
| 06/17/2021 | 67 | VERBAL ORDER – It is ORDERED that the motion 66 for leave to file supplemental authority is GRANTED and the supplemental authority attached to the motion is accepted as filed. Signed by Honorable Christopher C. Conner on 6/17/21. **(Text–only entry; no PDF document will issue. This text–only entry constitutes the order of the court or notice on the matter.)** (spm) (Entered: 06/17/2021) |
| 06/22/2021 | 68 | ORDER – IT IS ORDERED that the motion 29 is GRANTED to the extent it requests transfer to the United States District Court for the Southern District of Texas. The Clerk of Court shall TRANSFER this case to the United States District Court for the Southern District of Texas. The Clerk of Court shall also TRANSFER the case captioned as In re Cabot Oil & Gas Corporation Derivative Litigation, No. 3:20–CV–1948, to the United States District Court for the Southern District of Texas. See In re Cabot Oil & Gas, No. 3:20–CV–1948, Doc. 18 1. The Clerk of Court shall thereafter CLOSE both cases. Signed by Honorable Christopher C. Conner on 6/22/21. (rw) (Entered: 06/22/2021) |