**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| DELAWARE COUNTY EMPLOYEES RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | Civil Action 4:21-cv-02045 |
| Plaintiff, | Chief District Judge Lee H. Rosenthal |
| vs. | CLASS ACTION |
| CABOT OIL & GAS CORPORATION, et al., | |
| Defendants. | |

**DECLARATION OF JOE KENDALL IN SUPPORT OF**
**PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO**
**DEFENDANTS' MOTION TO DISMISS**

I, Joe Kendall, declare as follows:

1.      I am a member in good standing of the State Bar of Texas and am admitted to practice before this Court.  I am owner of the law firm Kendall Law Group, PLLC.  I submit this Declaration in support of Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:    Excerpts (pp. 1, 23 of 78) from Cabot Oil & Gas Corp., Proxy Statement (Form DEF 14A) (Mar. 22, 2016);

Exhibit B:    Excerpts (pp. 1, 23 of 74) from Cabot Oil & Gas Corp., Proxy Statement (Form DEF 14A) (Mar. 21, 2017);

Exhibit C:    Excerpts (pp. 1, 25 of 73) from Cabot Oil & Gas Corp., Proxy Statement (Form DEF 14A) (Mar. 22, 2018);

1

Exhibit D:    Excerpts (pp. 1, 26 of 75) from Cabot Oil & Gas Corp., Proxy

Statement (Form DEF 14A) (Mar. 19, 2019); and

Exhibit E:    Excerpts (pp. 1, 28 of 79) from Cabot Oil & Gas Corp., Proxy

Statement (Form DEF 14A) (Mar. 17, 2020).

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my

knowledge.

Executed this 10th day of August 2021.

*s/ Joe Kendall*
Joe Kendall, Attorney-in-Charge
**KENDALL LAW GROUP, PLLC**
Texas Bar No. 11260700
Southern District Bar No. 30973
3811 Turtle Creek Blvd., Suite 1450
Dallas, TX 75219
Telephone: 214-744-3000
Facsimile: 214-744-3015
jkendall@kendalllawgroup.com

*Local Counsel for Plaintiffs*

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that on August 10, 2021, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

DATED: August 10, 2021

*s/ Joe Kendall*
Joe Kendall