# **EXHIBIT E**



# CABOT OIL & GAS CORP

# FORM DEF 14A
(Proxy Statement (definitive))

## Filed 03/17/20 for the Period Ending 04/30/20

| | |
|---|---|
| Address | 840 GESSNER ROAD, SUITE 1400 |
| | HOUSTON, TX, 77024 |
| Telephone | 2815894600 |
| CIK | 0000858470 |
| Symbol | COG |
| SIC Code | 1311 - Crude Petroleum and Natural Gas |
| Industry | Oil & Gas Exploration and Production |
| Sector | Energy |
| Fiscal Year | 12/31 |

http://pro.edgar-online.com

© Copyright 2021, EDGAR Online, a division of Donnelley Financial Solutions. All Rights Reserved.

Distribution and use of this document restricted under EDGAR Online, a division of Donnelley Financial Solutions, Terms of Use.

# Corporate Governance Guidelines

Our Corporate Governance Guidelines outline the functions and responsibilities of the Board, director qualifications, and various processes and procedures designed to ensure effective and responsive governance. The guidelines are reviewed annually and revised as appropriate to reflect changing regulatory requirements and best practices. The full text of the Corporate Governance Guidelines can be found on the Company's website at www.cabotog.com, under the "Governance" section of "About Cabot."

# Code of Business Conduct

All employees, officers and directors are required to comply with the Company's Code of Business Conduct to help ensure that the Company's business is conducted in accordance with the highest standards of moral and ethical behavior. The Code of Business Conduct covers all areas of professional conduct, including conflicts of interest, customer relationships, insider trading, financial disclosure, intellectual property and confidential information, as well as requiring strict adherence to all laws and regulations applicable to the Company's business.

Employees, officers and directors are required annually to reply to a Code of Conduct Questionnaire, which is designed to elicit information related to any known or possible violation of the Code. The full text of the Code of Business Conduct can be found on the Company's website at www.cabotog.com, under the "Governance" section of "About Cabot." The Company will satisfy the requirement to disclose any amendments to or waivers from certain provisions of its Code of Business Conduct by posting such information on the website at that location.

# Attendance at Board Meetings and Annual Meetings

The Board of Directors held six meetings during 2019. All directors attended at least 75% of the meetings of the Board of Directors and of the committees on which they served.

The Company's policy is that it expects all members of the Board of Directors to attend the Company's annual meeting of stockholders. In 2019, all of the continuing members of the Board attended the annual meeting.

# Director Compensation

Directors who are employees of the Company receive no additional compensation for their duties as directors. During 2019, nonemployee directors' annual compensation included an annual retainer fee of $75,000 each, payable quarterly, for their service on the Company's Board of Directors and its committees. The Lead Director received an additional $25,000 annual retainer, the Audit Committee Chairman and Compensation Committee Chairman each received an additional $20,000 annual retainer, the Executive Committee Chairman received an additional $5,000 annual retainer and the remaining committee chairmen received an additional $15,000 annual retainer, each payable quarterly, for this additional service. Additionally, each nonemployee director will receive $2,000 for each Board of Directors meeting attended in excess of six in-person meetings per year. The directors did not receive additional meeting fees in 2019.

In 2019, nonemployee directors were also entitled to an annual award of restricted stock units under the 2014 Incentive Plan, the restrictions on which lapse the date the nonemployee director leaves the Board of Directors, with a targeted award value at grant date of $230,000. The restricted stock units are paid cash dividend equivalents in the amount of the cash dividend paid on our outstanding Common Stock from the date of grant through the date the restrictions lapse. In 2019, these directors each received 9,220 restricted stock units.

 Cabot Oil & Gas Corporation - *2020 Proxy Statement*    **28**