**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

DELAWARE COUNTY EMPLOYEES
RETIREMENT SYSTEM, Individually and
on Behalf of All Others Similarly Situated,

Plaintiffs,

v.

CABOT OIL & GAS CORPORATION, *et al.*,

Defendants.

Case No: 4:21-CV-02045

**DEFENDANTS' NOTICE REGARDING
FILING OF REPLY IN DERIVATIVE MATTER**

Defendants notify Plaintiffs and the Court that they have filed a reply in the derivative matter to the Securities Action Plaintiffs' Opposition to Defendants' Amended Request Regarding Treatment of Confidential Documents at Hearing. A copy of the reply is attached as Exhibit 1.

1

Dated:  November 24, 2021

Respectfully submitted,

/s/ Peter A. Stokes
Gerard G. Pecht
1301 McKinney, Suite 5100
Houston, TX 77010-3095
Telephone:  (713) 651-5151
Facsimile:  (713) 651-5246
gerard.pecht@nortonrosefulbright.com

Peter A. Stokes
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701-4255
Telephone:  (512) 474-5201
Facsimile:  (512) 536-4598
peter.stokes@nortonrosefulbright.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that I filed this document on November 24, 2021 through the Court's ECF system, which automatically transmits the filing to all counsel of record for all parties in this litigation.

/s/ Peter A. Stokes

2