UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| DELAWARE COUNTY EMPLOYEES RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | § § § § | Civil Action No. 4:21-cv-02045 CLASS ACTION |
| Plaintiff, | § § § | |
| vs. | § § | |
| CABOT OIL & GAS CORPORATION, et al., | § § | |
| Defendants. | § § § § | |

**[PROPOSED] ORDER GRANTING MOTION TO PARTIALLY LIFT THE DISCOVERY STAY**

4860-4718-6438.v1

- 1 -

IT IS HEREBY ORDERED, that Plaintiffs' motion to partially lift the discovery stay imposed by the Private Securities Litigation Reform Act of 1995 is granted.  The discovery stay shall be lifted for the limited purposed of allowing Plaintiffs to obtain documents already produced to plaintiffs in *In re Cabot Oil & Gas Corp. Derivative Litigation*, No. 4:21-cv-02046 (S.D. Tex.) pursuant to an 8 Del. Ch. §220 books and records demand.  No other discovery shall be permitted at this time.

*        *        *

**O R D E R**

IT IS SO ORDERED.

DATED:  _____        _____

THE HONORABLE LEE H. ROSENTHAL
CHIEF UNITED STATES DISTRICT JUDGE

- 1 -