

# GRANTED

## IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

TREPPEL FAMILT TRUST U/A 08/18/18
LAWRENCE A. TREPPEL AND GERI D.
TREPPEL FOR THE BENEFIT OF GERI D.
TREPPEL AND LARRY A. TREPPEL,

      Plaintiff,

  v.

CABOT OIL & GAS CORPORATION,

      Defendants.

C.A. No. 2021-0430-JTL

## NOTICE AND [PROPOSED] ORDER VOLUNTARILY DISMISSING THE ACTION

PLEASE TAKE NOTICE that pursuant to Delaware Court of Chancery Rules 41(a) and 23(e), Treppel Family Trust U/A 08/18/18 Lawrence A. Treppel and Geri D. Treppel For the Benefit of Geri D. Treppel and Larry A. Treppel ("Plaintiff") hereby voluntarily dismisses with prejudice, as to itself only, all claims as set forth in Plaintiff's Verified Complaint for Relief Pursuant to 8 *Del. C.* § 220 to Compel Inspection of Books and Records (the "Complaint"), subject to approval of the Court.  No compensation in any form has passed directly or indirectly from defendant Cabot Oil & Gas Corporation ("Cabot" or the "Company") to Plaintiff or Plaintiff's attorneys in the above-captioned action (the "Action"), and no promise to give any such compensation has been made.

Dated:   September 21, 2021

**BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP**

OF COUNSEL:

*/s/ Gregory V. Varallo*

Jeroen van Kwawegen
Thomas G. James
Margaret Sanborn-Lowing
**BERNSTEIN LITOWITZ
BERGER
& GROSSMANN LLP**
1251 Avenue of the Americas
New York, New York 10020
(212) 554-1400

Gregory V. Varallo (Bar No. 2242)
500 Delaware Avenue, Suite 901
Wilmington, Delaware  19801
(302) 364-3601

*Counsel for Plaintiff*

Brian J. Robbins
Craig W. Smith
Shane P. Sanders
**ROBBINS LLP**
5040 Shoreham Place
San Diego, CA 92101
(619) 525-3990

OF COUNSEL:

*/s/  Joseph A. Sparco*

Peter A. Stokes
NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701
(512) 474-5201

A. Thompson Bayliss (#4379)
Joseph A. Sparco (#6463)
ABRAMS & BAYLISS LLP
20 Montchanin Road, Suite 200
Wilmington, Delaware  19807
(302) 778-1000

*Attorneys for Defendant Cabot Oil & Gas
Corporation*

**APPROVED AND SO ORDERED**, this ___ day of _____, 2021.

_____
Vice Chancellor J. Travis Laster

2

**This document constitutes a ruling of the court and should be treated as such.**

| | |
|---|---|
| **Court:** | DE Court of Chancery Civil Action |
| **Judge:** | J Travis Laster |
| **File & Serve Transaction ID:** | 66944672 |
| **Current Date:** | Sep 21, 2021 |
| **Case Number:** | 2021-0430-JTL |
| **Case Name:** | Treppel Family Trust U/A 08/18/18 Lawrence A. Treppel and Geri D. Treppel For the Benefit of Geri D. Treppel and Larry A. Treppel v. Cabot Oil & Gas Corporation |
| **Court Authorizer:** | J Travis Laster |

**/s/ Judge J Travis Laster**