**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| DELAWARE COUNTY EMPLOYEES RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CABOT OIL & GAS CORPORATION, et al.,<br><br>Defendants. | Civil Action 4:21-cv-02045<br><br>Chief District Judge Lee H. Rosenthal<br><br>CLASS ACTION |

**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION
TO DISMISS AMENDED COMPLAINT**

After considering Defendants' Motion to Dismiss Amended Complaint (ECF No. 111)

(the "Motion), the Court:

DENIES the Motion.

SIGNED ON THIS _____ day of _____ 2022.


_____
THE HONORABLE LEE H. ROSENTHAL
CHIEF UNITED STATED DISTRICT JUDGE