UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| DELAWARE COUNTY EMPLOYEES RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | § § § § | Civil Action No. 4:21-cv-02045 |
| | § | Chief District Judge Lee H. Rosenthal |
| Plaintiff, | § § | CLASS ACTION |
| vs. | § § | |
| CABOT OIL & GAS CORPORATION, et al., | § § § | |
| Defendants. | § § § § § | |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

Plaintiffs and Defendants (collectively, the "Parties"),[1] pursuant to Federal Rules of Civil Procedure 7(b) and 16(b)(4), as well as Local Rule 7.2, jointly move the Court for a modification of certain deadlines set forth in the Court's August 30, 2022 Scheduling and Docket Control Order (ECF 126) relating to the production of documents and class certification. The modifications jointly requested herein do not affect the remaining case deadlines.

---

[1]     "Plaintiffs" are Lead Plaintiff Delaware County Employees Retirement System and additional plaintiff Iron Workers District Council (Philadelphia and Vicinity) Retirement and Pension Plan. "Defendants" are Cabot Oil & Gas Corporation, Dan O. Dinges, and Scott C. Schroeder.

- 1 -

4864-1621-6898.v1

***Substantial Completion Deadline***.   The Parties have been working diligently and cooperatively to reach agreement on search terms, custodians, and scope of discovery.  The Parties have exchanged document requests, interrogatories, an ESI protocol, and a protective order that will govern the treatment of documents produced in this case.  The Parties have also conducted multiple meet and confer teleconferences regarding each party's respective requests and responses thereto.  To date, the Parties have made good progress on reaching agreements and compromise positions, but there remain certain unresolved issues requiring additional negotiations and attendant meet and confers.  While the Parties aim to resolve all remaining issues without Court intervention and to complete document production in a timely and efficient manner, the Parties respectfully request until February 3, 2023 to substantially complete document production.

***Reply in Support of Class Certification***.   The Parties anticipate briefing "price impact" issues germane to class certification, which issues require party and third-party discovery.  *See Goldman Sachs Grp., Inc. v. Arkansas Teacher Ret. Sys.*, 141 S. Ct. 1951, 1960 (2021) (holding that "[i]n assessing price impact at class certification, courts 'should be open to ***all*** probative evidence . . .' . . . regardless whether the evidence is also relevant to a merits question" (quoting *In re Allstate Corp. Sec Litig.*, 966 F.3d 595, 613 n.6 (7th Cir. 2020)) (emphasis in original).  The Parties therefore agree that the deadline for Plaintiffs' reply in support of their motion for class certification should be extended to be due 30 days following the proposed deadline for substantial completion of document production.  Accordingly, the Parties request that the deadline for the reply be set for March 6, 2023 in order to allow Plaintiffs to appropriately respond with evidence to any price impact-related arguments Defendants raise in their opposition to class certification.

Given the status of the Parties' ongoing negotiations, and the necessity that document production be substantially complete before class certification can be fully briefed, the Parties believe there is good cause for, and respectfully request, a modest extension of the current

4864-1621-6898.v1

document production and class certification deadlines.  The requested modifications do not affect any other dates set forth in the operative scheduling order.  Moreover, the requested modifications will not result in a delay of the trial date.

The Parties have met and conferred and, for the convenience of all Parties and the Court, jointly move the Court to amend the schedule as follows:

| Event | Original Deadline | Proposed Deadline |
|---|---|---|
| Motion for Class Certification | December 5, 2022 | December 5, 2022 |
| Opposition to Class Certification | January 6, 2023 | January 13, 2023 |
| Deadline for Substantial Completion of Document Production | Not specified | February 3, 2023 |
| Reply to Opposition to Class Certification | January 20, 2023 | March 6, 2023 |
| Hearing on Motion for Class Certification | January 30, 2023 | At the Court's convenience |
| Motions for Leave to Amend Pleadings | April 28, 2023 | April 28, 2023 |
| Experts on Matters Other Than Attorneys' Fees | May 12, 2023 | May 12, 2023 |
| Rebuttal Experts on Matters Other Than Attorneys' Fees | June 12, 2023 | June 12, 2023 |
| Completion of Discovery | July 10, 2023 | July 10, 2023 |
| Mediation | July 10, 2023 | July 10, 2023 |
| Pretrial Dispositive Motions Deadline | July 24, 2023 | July 24, 2023 |
| Joint Pretrial Order and Motion in Limine Deadline | November 3, 2023 | November 3, 2023 |
| Docket Call | November 10, 2023 | November 10, 2023 |

4864-1621-6898.v1

Submitted herewith is a proposed order adopting the proposed deadlines detailed above.

DATED:  December 6, 2022                    Respectfully submitted,

KENDALL LAW GROUP, PLLC
JOE KENDALL (TEXAS BAR NO. 11260700
S.D. TEXAS BAR NO. 30973, ATTORNEY IN
CHARGE)


                                            s/ JOE KENDALL
                                            JOE KENDALL

3811 Turtle Creek Blvd., Suite 1450
Dallas, TX  75219
Telephone:  214/744-3000
214/744-3015 (fax)
jkendall@kendalllawgroup.com

Local Counsel for Lead Plaintiff

ROBBINS GELLER RUDMAN
   & DOWD LLP
DARRYL J. ALVARADO
KEVIN A. LAVELLE
JACK GEPHART
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
dalvarado@rgrdlaw.com
klavelle@rgrdlaw.com
jgephart@rgrdlaw.com

Lead Counsel for Lead Plaintiff

KESSLER TOPAZ MELTZER
   & CHECK, LLP
ANDREW L. ZIVITZ
JOSHUA E. D'ANCONA
ALEX B. HELLER
MAX JOHNSON
280 King of Prussia Road
Radnor, PA  19087
Telephone:  610/667-7706
610/667-7056 (fax)
azivitz@ktmc.com
jdancona@ktmc.com
aheller@ktmc.com
mjohnson@ktmc.com

- 4 -

- 5 -

Additional Counsel for the Class

DATED:  December 6, 2022

NORTON ROSE FULBRIGHT US LLP
PETER A. STOKES


_s/ PETER A. STOKES_
PETER A. STOKES

PETER A. STOKES
State Bar No. 24028017
98 San Jacinto Boulevard, Suite 1100
Austin, Texas  78701-4255
Telephone: (512) 474-5201
(512) 536-4598 (fax)
peter.stokes@nortonrosefulbright.com

NORTON ROSE FULBRIGHT US LLP
GERARD G. PECHT
1301 McKinney, Suite 5100
Houston, TX 77010-3095
Telephone: (713) 651-5151
(713) 651-5246 (fax)
gerard.pecht@nortonrosefullbright.com

Attorneys for Defendants

4864-1621-6898.v1

- 6 -

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing document was served on all counsel of record

on December 6, 2022 via CM/ECF, in accordance with the Federal Rules of Civil Procedure.

/s/ *Joe Kendall*
JOE KENDALL

4864-1621-6898.v1