**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| DELAWARE COUNTY EMPLOYEES RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CABOT OIL & GAS CORPORATION, *et al.*,<br><br>Defendants. | Case No: 4:21-CV-02045 |

**DECLARATION OF PETER A. STOKES**

In accordance with the Federal Rules of Civil Procedure, I, Peter A. Stokes, do hereby declare as follows. My name is Peter Andrew Stokes. I am an attorney licensed to practice law in the State of Texas. I am an attorney at the law firm of Norton Rose Fulbright US LLP, attorneys of record for Defendants Cabot Oil & Gas Corporation ("Cabot"), Dan O. Dinges and Scott C. Schroeder. The facts contained herein are true and correct based on my personal knowledge and investigation.

1.     Exhibit 1 to this declaration is a true and correct copy of the Notice of Violation ("NOV") issued to Cabot by the Pennsylvania Department of Environmental Protection ("PaDEP") on September 19, 2011.

2.     Exhibit 2 to this declaration is a true and correct copy of the proposed Consent Order and Agreement sent from the PaDEP to Cabot on November 12, 2015.

3.     Exhibit 3 to this declaration is a true and correct copy of the Consent Order and Agreement entered into by and between the PaDEP and Cabot on December 30, 2016.

- 1 -

4.     Exhibit 4 to this declaration is a true and correct copy of the NOV regarding the Howell Wells issued to Cabot by the PaDEP on June 20, 2017.

5.     Exhibit 5 to this declaration is a true and correct copy of the proposed Consent Order and Agreement regarding the Howell Wells sent from the PaDEP to Cabot on June 17, 2019.

6.     Exhibit 6 to this declaration is a true and correct copy of the Consent Order and Agreement regarding the Howell Wells entered into by and between the PaDEP and Cabot on December 28, 2020.

7.     Exhibit 7 to this declaration is a true and correct copy of the NOV regarding the Jeffers Farm Wells issued to Cabot by the PaDEP on November 17, 2017.

8.     Exhibit 8 to this declaration is a true and correct copy of the proposed Consent Order and Agreement regarding the Jeffers Farm Wells sent from the PaDEP to Cabot on June 17, 2019.

9.     Exhibit 9 to this declaration a true and correct copy of a transcript of the Consent Order and Agreement regarding the Jeffers Farm Wells entered into by and between the PaDEP and Cabot on December 28, 2020.

10.     Exhibit 10 to this declaration is a true and correct copy of a July 26, 2019 press release titled *Cabot Oil & Gas Corporation Reports Second Quarter 2019 Results, Expands Share Repurchase Program Authorization*, which was downloaded from the URL https://www.sec.gov/Archives/edgar/data/858470/000085847019000030/cog06302019ex991.htm by an employee of my law firm at my direction.

11.     Exhibit 11 to this declaration is a true and correct copy of the Pennsylvania Attorney General's June 15, 2020 charging announcement pertaining to 25 Cabot gas wells (the "AG Presentment").

12.     Exhibit 12 to this declaration is a true and correct copy of the Nolo Contendere Plea

- 3 -

Agreement and Colloquy of Defendant ("Plea Agreement") entered by Coterra Energy Inc. (as successor to Cabot following the merger) on November 29, 2022 to resolve the charges set forth in the AG Presentment.

13.     Exhibit 13 to this declaration is a true and correct copy of the Consent Order and Agreement entered into by and between Coterra Energy Inc. and PaDEP on November 29, 2022.

14.     Exhibit 14 to this declaration is a true and correct copy of a June 11, 2018 letter from PaDEP to Cabot.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed this 20th day of January, 2023 in Austin, Texas.

*/s/ Peter A. Stokes*
Peter A. Stokes