# Exhibit 1



# pennsylvania

DEPARTMENT OF ENVIRONMENTAL PROTECTION

NORTHCENTRAL REGIONAL OFFICE

September 19, 2011

## <u>NOTICE OF VIOLATION</u>

CERTIFIED MAIL NO. 7010 2780 0001 8652 0148

Mr. Phil Stalnaker
Cabot Oil and Gas
Five Penn Center West
Suite 401
Pittsburgh, PA  15276

Re:     Gas Migration Investigation
        Lenox Township, Susquehanna County

Dear Mr. Stalnaker:

On August 16, 2011, the Department received a complaint of methane being present in a private water supply serving a residence located in Lenox Township, Susquehanna County.  The private water supply is located approximately 1,400 feet from the gas well pad housing the Stalter 1H Well, Permit 115-20517, the Stalter 2H Well, Permit 115-20496, and the Stalter 8V Well, Permit 115-20457.  The Department investigated and collected samples at this private water supply on both August 16 & 18, 2011.  Methane levels in the private water supply increased from 0.290 milligrams per Liter (mg/L) in the pre-drill sample collected on November 11, 2010, to 49.200 mg/L in a sample collected on August 16, 2011, and 57.600 mg/L in a sample collected on August 18, 2011.  Combustible gas was also detected in the headspace of the affected private water supply well.  Additionally, inspections of your company's three natural gas wells referenced above on August 18, 2011, documented the presence of natural gas between the various casing strings of the three wells.  On September 15, 2011, the Department reviewed a down hole video of the Stalter 8V Well which documented the improper construction of the 5 ½ inch casing string.

In light of the information gathered to date, the Department has identified the following violations of the Oil and Gas Act, 58 P.S. § 601.101 et seq., and the Clean Streams Law, 35 P.S. § 691.1 et seq., and the rules and regulations promulgated thereunder:

1.      Failure to prevent the migration of gas or other fluids into sources of fresh groundwater

---

208 West Third Street | Suite 101 | Williamsport, PA  17701-6448

570.327.3636 | Fax 570.327.3565      Printed on Recycled Paper      www.depweb.state.pa.us

Mr. Phil Stalnaker                                        -2-                              September 19, 2011

Our investigation revealed that Cabot Oil and Gas has caused or allowed gas from lower formations to enter fresh groundwater in Lenox Township, Susquehanna County. This is a violation of 25 PA Code § 78.81(a)(2) and (3), which state, in part:

"The operator shall conduct casing and cementing activities under this section and §§ 78.82-78.87 .... The operator shall case and cement a well to accomplish the following: ... (2) Prevent the migration of gas or other fluids into sources of fresh groundwater. (3) Prevent pollution or diminution of fresh groundwater."

2.      Defective Casing or Cementing

Our investigation revealed that Cabot Oil and Gas failed to report the defective, insufficient, or improperly cemented casing. This is a violation of the Department's regulations, 25 Pa Code §78.86(a) which provides:

"In a well that has defective, insufficient or improperly cemented casing, the operator shall report the defect to the Department within 24 hours of discovery by the operator and shall correct the defect. The operator shall correct the defect or submit a plan to correct the defect for approval by the Department within 30 days. If the defect cannot be corrected or an alternate method is not approved by the Department, the well shall be plugged under §§ 78.91 – 78.98 (relating to plugging).

3.      Unpermitted discharge of polluting substances

Our investigation revealed that Cabot Oil and Gas has caused or allowed the unpermitted discharge of natural gas, a polluting substance, to waters of the Commonwealth. This is a violation of Section 401 of the Clean Streams Law, 35 P.S. § 691.401, which provides:

"It shall be unlawful for any person or municipality to put or place into any of the waters of the Commonwealth, or allow or permit to be discharged from property owned or occupied by such person into any waters of the Commonwealth, any substance of any kind or character resulting in pollution as herein defined."

A violation of the Oil and Gas Act or the rules or regulations promulgated thereunder is contrary to Sections 505 and 509 of that Act, for which the Department could institute administrative, civil, and/or criminal proceedings. The Act provides for up to $25,000 in civil penalties plus $1,000 for each day of continued violation, up to $300 in summary criminal penalties, and up to $5,000 in misdemeanor criminal penalties for each violation. Each day of continued violation constitutes a separate offense.

A violation of the Clean Streams Law or the rules or regulations promulgated thereunder is contrary to Sections 602 and 611 of that Act, for which the Department could institute administrative, civil, and/or criminal proceedings. The Act provides for up to $10,000 per day in civil penalties, up to $10,000 in summary criminal penalties, and up to $25,000 in misdemeanor criminal penalties for each violation. Each day of continued violation constitutes a separate offense.

Mr. Phil Stalnaker                                   -3-                         September 19, 2011

Please provide a written response within 30 days of receipt of this letter, as to when the above listed violations were, or will be corrected, and what steps are being taken to prevent their recurrence. The Department requests that your response be in the form of a summary report of your investigation as required by 25 PA Code § 78.89, and that it include:

- Efforts taken, or planned to be taken, to mitigate the problem both at the gas wells and in the areas impacted by the migration including homes, wells, surface waters and subsurface soils;

- A plan to correct the defective casing for approval by the Department;

- On-going measures that will be needed to maintain public safety as a result of the gas migration;

- An explanation of the cause of the gas migration. Please discuss casing pressures and monitoring prior to and during the incident; evidence indicating which well is the likely source of the migration; the hydrologic connection of formations below the depth (or depths) of the surface casings and the surface expression of gas detection; information relative to the specification of the casing pipe utilized for the nearby wells. Please provide copies of all casing and cement information and field documents, daily drilling reports and digital copies of all logging information obtained above the kick off point, i.e. mud log, open hole electric logs, cement bond logs, all down hole videos, etc. At a minimum, this information should be provided for the wells located on the Stalter well pad location, but also for any other nearby Cabot Oil & Gas gas wells that are suspected as potential sources;

- Preventative measures that will be utilized to prevent similar situations from occurring in the future. Include any changes to well construction/materials that Cabot Oil & Gas will employ; also include any changes to casing pressure monitoring, venting, or other relevant practices and procedures.

All reports submitted in accordance with the above requirements that contain an analysis of geological or engineering data shall be prepared and sealed by a geologist or engineer licensed in this Commonwealth.

This Notice of Violation is neither an order nor any other final action of the Department of Environmental Protection. It neither imposes nor waives any enforcement action available to the Department under any of its statutes. If the Department determines that additional action is appropriate, you will be notified of when the Department takes that action.

Mr. Phil Stalnaker      -4-      September 19, 2011

Should you have any questions, please feel free to contact me by telephone at 570.327.0553 or by electronic mail at mcooley@pa.gov.

Sincerely,

Marc B. Cooley
Environmental Group Manager
Oil and Gas Management
Scranton District Office

cc:      Jennifer Means
        Marc B. Cooley
        Kevin P. Costello
        Stephen Watson
        Eric Rooney
        NCRO File