**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| DELAWARE COUNTY EMPLOYEES RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> CABOT OIL & GAS CORPORATION, *et al.*, <br><br> Defendants. | Case No: 4:21-CV-02045 |

**SUPPLEMENTAL DECLARATION OF PETER A. STOKES**
**REGARDING ANALYST REPORTS CITED IN EXPERT REPORT**

In accordance with the Federal Rules of Civil Procedure, I, Peter A. Stokes, do hereby declare as follows. My name is Peter Andrew Stokes. I am an attorney licensed to practice law in the State of Texas. I am an attorney at the law firm of Norton Rose Fulbright US LLP, attorneys of record for Defendants Cabot Oil & Gas Corporation ("Cabot"), Dan O. Dinges and Scott C. Schroeder. The facts contained herein are true and correct based on my personal knowledge and investigation.

1.      Exhibit A to this declaration is a true and correct copy of a GMP analyst report on Cabot dated February 22, 2016, which was obtained by NERA Economic Consulting ("NERA") through an analyst report subscription service at my direction.

2.      Exhibit B to this declaration is a true and correct copy of a KLR Group analyst report on Cabot dated February 22, 2016, which was obtained by NERA through an analyst report subscription service at my direction.

3.      Exhibit C to this declaration is a true and correct copy of a KLR Group analyst report

- 1 -

on Cabot dated February 23, 2016, which was obtained by NERA through an analyst report subscription service at my direction.

4. Exhibit D to this declaration is a true and correct copy of a BMO Capital Markets analyst report on Cabot dated July 26, 2019, which was obtained by NERA through an analyst report subscription service at my direction.

5. Exhibit E to this declaration is a true and correct copy of a Bank of America Merrill Lynch analyst report on Cabot dated July 26, 2019, which was obtained by NERA through an analyst report subscription service at my direction.

6. Exhibit F to this declaration is a true and correct copy of a Cowen analyst report on Cabot dated July 26, 2019, which was obtained by NERA through an analyst report subscription service at my direction.

7. Exhibit G to this declaration is a true and correct copy of a Credit Suisse analyst report on Cabot dated July 26, 2019, which was obtained by NERA through an analyst report subscription service at my direction.

8. Exhibit H to this declaration is a true and correct copy of a second Credit Suisse analyst report on Cabot dated July 26, 2019, which was obtained by NERA through an analyst report subscription service at my direction.

9. Exhibit I to this declaration is a true and correct copy of an Evercore ISI analyst report on Cabot dated July 26, 2019, which was obtained by NERA through an analyst report subscription service at my direction.

10. Exhibit J to this declaration is a true and correct copy of a Jefferies analyst report on Cabot dated July 26, 2019, which was obtained by NERA through an analyst report subscription service at my direction.

11.    Exhibit K to this declaration is a true and correct copy of a J.P.Morgan analyst report on Cabot dated July 26, 2019, which was obtained by NERA through an analyst report subscription service at my direction.

12.    Exhibit L to this declaration is a true and correct copy of a Ladenburg Thalmann analyst report on Cabot dated July 26, 2019, which was obtained by NERA through an analyst report subscription service at my direction.

13.    Exhibit M to this declaration is a true and correct copy of a Macquarie Research analyst report on Cabot dated July 26, 2019, which was obtained by NERA through an analyst report subscription service at my direction.

14.    Exhibit N to this declaration is a true and correct copy of an analyst report by Simmons Energy (a division of PiperJaffray) on Cabot dated July 26, 2019, which was obtained by NERA through an analyst report subscription service at my direction.

15.    Exhibit O to this declaration is a true and correct copy of a Scotiabank analyst report on Cabot dated July 26, 2019, which was obtained by NERA through an analyst report subscription service at my direction.

16.    Exhibit P to this declaration is a true and correct copy of a Seaport Global analyst report on Cabot dated July 26, 2019, which was obtained by NERA through an analyst report subscription service at my direction.

17.    Exhibit Q to this declaration is a true and correct copy of a TD Securities Inc. analyst report on Cabot dated July 26, 2019, which was obtained by NERA through an analyst report subscription service at my direction.

18.    Exhibit R to this declaration is a true and correct copy of a UBS analyst report on Cabot dated July 26, 2019, which was obtained by NERA through an analyst report subscription service

at my direction.

19.     Exhibit S to this declaration is a true and correct copy of a Wells Fargo Securities analyst report on Cabot dated July 26, 2019, which was obtained by NERA through an analyst report subscription service at my direction.

20.     Exhibit T to this declaration is a true and correct copy of a Jefferies analyst report on Cabot dated July 29, 2019, which was obtained by NERA through an analyst report subscription service at my direction.

21.     Exhibit U to this declaration is a true and correct copy of a Macquarie Research analyst report on Cabot dated July 29, 2019, which was obtained by NERA through an analyst report subscription service at my direction.

22.     Exhibit V to this declaration is a true and correct copy of an MKM Partners analyst report on Cabot dated July 29, 2019, which was obtained by NERA through an analyst report subscription service at my direction.

23.     Exhibit W to this declaration is a true and correct copy of a Susquehanna Financial Group, LLLP analyst report on Cabot dated July 29, 2019, which was obtained by NERA through an analyst report subscription service at my direction.

24.     Exhibit X to this declaration is a true and correct copy of a TD Securities Inc. analyst note on Cabot dated July 29, 2019, which was obtained by NERA through an analyst report subscription service at my direction.

25.     Exhibit Y to this declaration is a true and correct copy of a Guggenheim analyst report addressing Cabot and other energy companies dated August 20, 2019, which was obtained by NERA through an analyst report subscription service at my direction.

26.     Exhibit Z to this declaration is a true and correct copy of a J.P.Morgan analyst report

- 4 -

- 5 -

on Cabot dated June 17, 2020, which was obtained by NERA through an analyst report subscription service at my direction.

27.     Exhibit AA to this declaration is a true and correct copy of a J.P.Morgan analyst report on Cabot dated July 13, 2020, which was obtained by NERA through an analyst report subscription service at my direction.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed this 22nd day of January, 2023 in Austin, Texas.

                                        */s/ Peter A. Stokes*
                                        Peter A. Stokes

Dated: January 22, 2023

Respectfully submitted,

/s/ Peter A. Stokes
Gerard G. Pecht (*pro hac vice*)
TX ID No. 15701800
1301 McKinney, Suite 5100
Houston, TX 77010-3095
Telephone:  (713) 651-5151
Facsimile:  (713) 651-5246
gerard.pecht@nortonrosefulbright.com

Peter A. Stokes (*pro hac vice*)
TX ID No. 24028017
peter.stokes@nortonrosefulbright.com
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701-4255
Telephone:  (512) 474-5201
Facsimile:  (512) 536-4598
peter.stokes@nortonrosefulbright.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed with the Court's electronic case filing (ECF) system on January 22, 2023, which caused an electronic copy of this document to be served on all counsel of record in this matter who have registered for ECF service.

/s/ *Peter A. Stokes*
Peter A. Stokes

- 6 -