

**KLR** GROUP

EQUITY **RESEARCH**

Estimate Changes
Oil & Gas Exploration & Production

**February 22, 2016**

## Buy

Price Target: $32.00
Price: $19.91

### Market Data

| | |
|---|---|
| Market Cap (MM) | $8,240.2 |
| EV (MM) | $10,269.4 |
| Shares Out (MM) | 413.9 |
| Avg. Daily Volume | 10,403,194 |
| 52-Wk Range | $35.64-$14.88 |
| Net Debt/Capitalization | 20% |

### Production Data

| | 2015A | 2016E | 2017E |
|---|---|---|---|
| Production (MBoepd) | 275.2 | 287.7 | 302.0 |
| % Liquids | 6 | 5 | 5 |
| % Growth | 13 | 5 | 5 |

### Earnings, Cash Flow and EBITDA Data

| | 2015A | 2016E | 2017E |
|---|---|---|---|
| Q1 (Mar) | 0.12 | (0.10) | 0.18 |
| Q2 (Jun) | 0.04 | (0.02) | 0.24 |
| Q3 (Sep) | (0.01) | 0.04 | 0.32 |
| Q4 (Dec) | (0.02) | 0.11 | 0.35 |
| **FY EPS ($/sh)** | **0.13** | **0.03** | **1.10** |
| Q1 (Mar) | 0.60 | 0.26 | 0.66 |
| Q2 (Jun) | 0.46 | 0.37 | 0.75 |
| Q3 (Sep) | 0.38 | 0.45 | 0.88 |
| Q4 (Dec) | 0.32 | 0.55 | 0.94 |
| **FY CFPS ($/sh)** | **1.75** | **1.62** | **3.23** |
| **EBITDA ($MM)** | **822** | **771** | **1,501** |

### Valuation Metrics

| | 2015A | 2016E | 2017E |
|---|---|---|---|
| P/E | NM | NM | 18.1x |
| P/CF | 11.4x | 12.3x | 6.2x |
| EV/EBITDA | 12.5x | 13.3x | 6.8x |

### Price History



**John Gerdes, Head of Research**
713-255-5090, jjg@klrgroup.com

**Daniel Prather, Research Associate**
713-255-5085, dp@klrgroup.com

# Cabot Oil & Gas Corp. (COG)
*Gas Price Weakness Governing Growth*

### Investment thesis

We are increasing our target price $1 to $32 per share due to a slightly higher gas price realization and slightly lower operating expense. Our '16 production growth estimate of ~5% is at the midpoint of company guidance (2%-7%). As of YE'15, Cabot was curtailing 300+ Mmcfpd of Appalachia production.

### Industry leading capital yield (cash recycle ratio)

Given the absolute lowest capital intensity in the industry, Cabot should generate a mid-cycle ('18) capital yield of ~210% versus the industry median ~125% and its Marcellus peers 140%-150% cash recycle ratio.

### Superior capital productivity evident in ability to generate competitive growth within cash flow

A clean illustration of COG's differential capital productivity is its ability to achieve competitive production/CFPS growth and spend inside cash generation; while its Marcellus peers spend appreciably in excess of cash generation.

### Compelling Marcellus well economics

Cabot is conducting a one-rig program and plans to drill/complete 25/40 net Marcellus wells this year. The company anticipates ~48 net Marcellus wells waiting on completion at YE'16. Lower Marcellus wells on average recover ~3.8 Bcf/1,000' of lateral. In '16, Cabot plans to increase the average lateral length of Marcellus wells almost 20% to ~7,000' (~35 frac stages). Longer lateral wells should recover ~27 Bcf for a cost of ~$6.7 million **(~50% IRR).**

### Gross Marcellus production should increase ~70% to ~3.2 Bcfpd by '20

Cabot's current Marcellus gas transportation capacity is ~2.3 Bcfpd. The company's gross Marcellus production should approximate 1.9 Bcfpd this year, ~2 Bcfpd in '17, and increase ~0.4 Bcfpd per annum to ~3.2 Bcfpd in '20. Notably, our gas production outlook does not necessitate the utility of the Constitution pipeline until 2Q/18.

***Constitution pipeline:*** Cabot has a joint venture (25% WI) to transport 500 Mmcfpd (Constitution pipeline) to Iroquois and Tennessee 200. We expect the New York Department of Environmental Conservation to approve the necessary water quality certificate to allow construction to commence in May. Assuming one year of construction time, the pipeline should be operational in 2Q/17.

Additionally, the company has secured ~850 Mmcfpd of takeaway on the Atlantic Sunrise pipeline commencing in late '17. Cabot has also obtained ~135 Mmcfpd on the TGP Orion, ~125 Mmcfpd on the PennEast pipeline and ~165 Mmcfpd of firm sales to a Northeast power plant commencing in late '18. Further, the company is providing ~350 Mmcfpd associated with the Cove Point LNG export project commencing in late '18. Cabot should have ~4.2 Bcfpd of gross Marcellus take away by '19.



**Cabot Oil & Gas Corp.**

# VARIANCE DISCUSSION

As shown in the table below, reported 4Q/15 production of ~1,642 Mmcfepd was preannounced. Our '16 production estimate decreased ~1% to ~1,726 Mmcfepd.

E&P revenue of ~$323 million was ~2% below our ~$329 million estimate due to a slightly lower oil price realization. Our '16 E&P revenue estimate increased fractionally to ~$1,437 million.

Recurring 4Q/15 EPS of ($0.02) was above our ($0.03) estimate due to lower opex. Our '16 EPS estimate increased from ($0.02) per share to $0.03 per share.

Recurring 4Q/15 CFPS of $0.32 was ~6% below our $0.34 estimate due to lower deferred taxes. Our '16 CFPS estimate increased ~5% to $1.62 per share.

**Figure 1: Actual versus estimated results**

|  | Actual | Estimated | Variance |
|---|---|---|---|
| **Production:** | | | |
| Liquids (Mbopd) | 15.0 | 15.0 | 0.0% |
| Gas (Mmcfpd) | 1,552 | 1,552 | 0.0% |
| Total Equivalent (Mmcfepd) | 1,642 | 1,642 | 0.0% |
| **Financial:** | | | |
| E&P Revenues ($mm) | $323.0 | $328.8 | (1.8%) |
| Net Income ($mm) | ($6.5) | ($11.0) | 41.3% |
| EPS ($/share) | ($0.02) | ($0.03) | 41.3% |
| Cash Flow ($mm) | $131.4 | $139.0 | (5.5%) |
| CFPS ($/share) | $0.32 | $0.34 | (5.5%) |
| EBITDA ($mm) | $166 | $163 | 1.8% |

Source: Company reports and KLR Group



**Cabot Oil & Gas Corp.**

## GROWTH OVERVIEW

Cabot's growth driver is the Appalachian Basin Marcellus Shale. **Our '16 production growth estimate of ~5% is at the midpoint of company guidance (2%-7%).**

## BUSINESS PLAN

### Pennsylvania — Marcellus Shale

Cabot has ~200,000 net acres prospective in the Marcellus Shale in Susquehanna County, Pennsylvania. The Devonian-age Marcellus Shale, at a depth of ~7,000', is modestly over-pressured (~0.6 psi/ft) and up to 400' thick (up to 200 Bcf of gas in place per section). The gross pay section includes the Lower Marcellus, Purcell Lime and Upper Marcellus Shale.

**Figure 2: Marcellus shale isopack**



Source: Cabot Oil & Gas, KLR Group.

Cabot is conducting a one-rig program and plans to drill/complete 25/40 net wells this year. The company anticipates ~48 net wells waiting on completion at YE'16. Appalachian net production increased ~7% q/q to ~1,526 Mmcfpd. As of YE'15, the company was curtailing 300+ Mmcfpd of production.



**Marcellus well performance:** Lower Marcellus wells average recovery is ~3.8 Bcf/1,000' of lateral. In '16, Cabot plans to increase the average lateral length of Marcellus wells from ~5,900' to ~7,000' (~35 frac stages). Longer lateral wells should recover ~27 Bcf for a cost of ~$6.7 million (~50% IRR). The company plans to drill two-thirds of Marcellus wells on at least five-well pads.

Upper Marcellus wells have exhibited no communication with the Lower Marcellus and should recover ~75% of Lower Marcellus wells.

In Susquehanna County, the Marcellus Shale contains no entrained water and produces dry gas (1,020 Mbtu/Mcf) requiring no gas processing.

**Resource potential:** Assuming ~3,000 net locations on 120-acre spacing (~7,000' lateral, 700-800' lateral offset), split between the Upper Marcellus (~15 Bcf average recovery) and Lower Marcellus (~20 Bcf average recovery), Cabot has ~40 Tcfe of net resource potential.

**Marcellus transportation infrastructure:** Cabot's Marcellus gas transportation capacity is ~2.3 Bcfpd. The Central, Lathrop, Teal, Hawley, Zick, and White compressor stations have access to multiple interstate pipelines.

**Figure 3: Regional transportation infrastructure**



Source: Cabot Oil & Gas, KLR Group.

***Constitution pipeline:*** Cabot has a joint venture (25% WI) to transport 500 Mmcfpd (Constitution pipeline) to Iroquois and Tennessee 200. We expect the New York Department of Environmental Conservation to approve the necessary water quality certificate to allow construction to commence in May. Assuming one year of construction time, the pipeline should be operational in 2Q/17.

Additionally, the company has secured ~850 Mmcfpd of takeaway on the Atlantic Sunrise pipeline commencing in late '17. Cabot has also obtained ~135 Mmcfpd on the TGP Orion, ~125 Mmcfpd on the PennEast pipeline and ~165 Mmcfpd of firm sales to a Northeast power plant commencing in late '18. Further, the company is providing ~350 Mmcfpd associated with the Cove Point LNG export project commencing in late '18. ***Cabot should have ~4.2 Bcfpd of gross Marcellus take away by '19.***

***Appalachia comprises ~70% of capex and ~93% of production.***



**South Texas – Eagle Ford Shale**

Cabot has ~85,500 net acres prospective in the moderately over-pressured (0.5-0.6 psi/ft) Cretaceous-age Eagle Ford Shale in the northern oil window (Atascosa, northeast LaSalle, southeast Frio and southwest Zavala Counties). Development is concentrated in the Buckhorn area (~75,000 net acres).

**Figure 4: Eagle Ford Shale**



Source: Cabot Oil & Gas, KLR Group.

Cabot plans to drill/complete 5/15 net wells this year. The company anticipates ~13 net wells waiting on completion at YE'16.

In '16, Cabot plans to increase the average lateral length of Eagle Ford wells from ~7,400' to ~9,500' (~37 frac stages). Longer lateral wells should recover ~700 Mboe (~80% oil) for a cost of ~$7 million (~35% IRR).

**Resource potential**: Assuming development in the Buckhorn area on 70-acre spacing (~9,500' lateral, 300' lateral offset), the company has ~1,300 locations with ~600 Mmboe of net resource potential.

***The Eagle Ford comprises ~30% of capex.***

**KLR GROUP**

**Cabot Oil & Gas Corp.**

# VALUATION

### Business model discounted cash flow analysis

Our target price is based on the net present value of free cash flow over the life of a company using a reasonable discount rate. COG's valuation applies a 12.5% discount rate to determine the net present value of its free cash flow. A 12.5% equity return reflects the long-term nominal performance, including dividends, of the broader equity market (~10%), the greater volatility of cyclical energy investments and the company's market capitalization above $10 billion (i.e. large-cap). Our analysis is presented below:

#### Figure 5: Levered DCF analysis

| | @ December 31, | | | | |
| --- | --- | --- | --- | --- | --- |
| | 2016E | 2017E | 2018E | 2019E | 2020E |
| **Levered Cash Flow:** | | | | | |
| Operating Cash Flow (before working cap.) | $671.2 | $1,338.0 | $1,794.4 | $2,141.6 | $2,410.2 |
| Working Capital | (28.1) | (27.8) | 8.8 | 5.4 | 4.2 |
| Change in Debt/Preferred | (115.5) | (82.1) | (70.1) | (413.8) | (63.4) |
| Less:  Net Capital Expenditures (before cap. int & g&a) | 485.0 | 1,195.0 | 1,700.0 | 1,700.0 | 1,700.0 |
| **Levered Free Cash Flow from Operations** | **$42.6** | **$33.1** | **$33.1** | **$33.1** | **$651.0** |
| Terminal Value [1] | $0.0 | $0.0 | $0.0 | $0.0 | $23,255.4 |
| **Levered Free Cash Flow [2]** | **$42.6** | **$33.1** | **$33.1** | **$33.1** | **$23,906.4** |

| Discount Rate | PV to Equity | Target | Upside |
| --- | --- | --- | --- |
| 0.0% | $24,048 | $58 | 191% |
| 10.0% | $14,958 | $36 | 81% |
| **12.5%** | **$13,374** | **$32** | **61%** |
| 20.0% | $9,701 | $23 | 16% |
| 25.0% | $7,919 | $19 | (5%) |

(1) Reflects a ~11.1% WACC applied to 2020 EBITDA.  Terminal value is computed at year-end 2020.
(2) Assumes investment occurs at beginning of year, levered free cash flow is year-end.

Source: Company Reports and KLR Group.

As shown above, we believe COG shares should appreciate roughly 61% to $32 per share assuming a 12.5% equity discount rate. At the February 19, 2016 closing price of $19.91 per share, COG's implied equity discount rate is 24%.

## TARGET PRICE SENSITIVITY

### Commodity price scenarios

Given our base case commodity price assumptions in the table below, COG can appreciate to $32 per share and still deliver a 12.5% per annum return to shareholders. Our bear case commodity forecast suggests COG should appreciate 16% to $23 per share, while the bull case implies 111% upside to $42 per share.

**Figure 6: Sensitivity to a $0.50/mmbtu change in gas price and a $10/bbl change in oil price**

|  | Bear Case | | | Base Case | | | Bull Case | | |
|---|---|---|---|---|---|---|---|---|---|
|  | 2016E | 2017E | 2018E | 2016E | 2017E | 2018E | 2016E | 2017E | 2018E |
| WTI Oil Price ($/bbl) | $36.25 | $57.50 | $72.50 | $46.25 | $67.50 | $82.50 | $56.25 | $77.50 | $92.50 |
| Henry Hub Gas Price ($/MMBtu) | $2.30 | $3.30 | $3.50 | $2.80 | $3.80 | $4.00 | $3.30 | $4.30 | $4.50 |
| Per Share Price @ 12.5% Return | $23 | | | $32 | | | $42 | | |

Source: Bloomberg, KLR Group.

### Discount rate scenarios

COG's target price at various equity discount rates and commodity price scenarios are presented in the chart below. Assuming a 12.5% per annum equity return and our base case commodity forecast, COG appears fairly valued at $32 per share.

**Figure 7: Sensitivity to discount rate and commodity prices**



Source: Bloomberg, KLR Group.

# CREDIT ANALYSIS

## Leverage/coverage ratios

At December 31, 2015, long-term net-debt totaled ~$2,025 million. At the February 19, 2016 closing share price of $19.91, COG's market value was approximately $8,245 million. The credit analysis below presents COG's principal leverage and coverage ratios at December 31, 2015.

**Figure 8: Credit statistics**

| Leverage Ratios | |
|---|---:|
| Net Debt/Total Book Cap. | 50.2% |
| Net Debt/Total Market Cap. [1] | 19.7% |
| | |
| Year-End Net Debt/TTM EBITDA: | |
| 2015E | 2.5x |
| 2016E | 2.5x |
| | |
| Net Debt/Reserves ($/mcfe) [2] | $0.25 |
| **Coverage Ratios:** | |
| EBITDA/Interest: | |
| 2015E | 8.5x |
| 2016E | 7.9x |
| | |
| SEC PV10/Net Debt | 3.2x |
| **Capital Availability** [3] | $1,387.5 |

(1) Reflects COG stock price of $19.91 per share and 414.1 million fully-diluted shares outstanding per the treasury method.
(2) Proven reserves of ~8.2 Tcfe @ 12/31/15.
(3) Reflects credit facility borrowing base of $1,800 million, including cash & equivalents.

Source: Company reports and KLR Group.

In '16, given a cash flow expectation of approximately $643 million after working capital and $375 million in net capital spending (includes A&D), COG should generate cash flow of ~$268 million. We anticipate COG's net debt-to-total book capital ratio of ~50% at December 31, 2015 should decrease to ~48% at year-end '16.

**KLR GROUP**

**Cabot Oil & Gas Corp.**

### Figure 9: Quarterly operating/income/cash flow ($ in millions, except per share amounts)

| Cabot Oil & Gas | 2015A | | | | | 2016E | | | | | 2017E | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1QA | 2QE | 3QA | 4QA | Total | 1QE | 2QE | 3QE | 4QE | Total | 1QE | 2QE | 3QE | 4QE | Total |
| **Production Volume:** | | | | | | | | | | | | | | | |
| Oil (mbbls) | 1594.0 | 1612.0 | 1531.0 | 1377.9 | 6114.9 | 1347.7 | 1324.8 | 1287.5 | 1250.4 | 5210.3 | 1219.0 | 1235.4 | 1272.3 | 1339.5 | 5066.1 |
| Gas (mmcf) | 161800.0 | 128400.0 | 133000.0 | 142784.0 | 565984.0 | 155383.9 | 152681.0 | 148351.8 | 144037.5 | 600454.1 | 153851.9 | 154981.0 | 158477.4 | 165470.9 | 632781.2 |
| Gas Equiv. (mmcfe) | 171364.0 | 138072.0 | 142186.0 | 151051.3 | 602673.3 | 163470.1 | 160629.6 | 156076.9 | 151539.7 | 631716.2 | 161165.6 | 162393.4 | 166111.0 | 173508.0 | 663178.0 |
| **Production Rate:** | | | | | | | | | | | | | | | |
| Oil (mbpd) | 17.7 | 17.7 | 16.6 | 15.0 | 16.8 | 14.8 | 14.6 | 14.0 | 13.6 | 14.2 | 13.5 | 13.6 | 13.8 | 14.6 | 13.8 |
| Gas (mmcfpd) | 1797.8 | 1411.0 | 1445.7 | 1552.0 | 1550.6 | 1707.5 | 1677.8 | 1612.5 | 1565.6 | 1640.6 | 1709.5 | 1703.1 | 1722.6 | 1798.6 | 1728.9 |
| Gas Equiv. (mmcfepd) | 1904.0 | 1517.3 | 1545.5 | 1641.9 | 1651.2 | 1796.4 | 1765.2 | 1696.5 | 1647.2 | 1726.0 | 1790.7 | 1784.5 | 1805.6 | 1886.0 | 1812.0 |
| **Price Benchmarks:** | | | | | | | | | | | | | | | |
| WTI Oil ($/bbl) | $48.80 | $57.80 | $46.70 | $42.15 | $48.86 | $37.50 | $42.50 | $50.00 | $55.00 | $46.25 | $60.00 | $65.00 | $70.00 | $75.00 | $67.50 |
| HHUB Gas ($/mmbtu) | $2.99 | $2.64 | $2.77 | $2.28 | $2.67 | $2.35 | $2.65 | $2.95 | $3.25 | $2.80 | $3.50 | $3.70 | $4.00 | $4.00 | $3.80 |
| **Realized Prices:** | | | | | | | | | | | | | | | |
| Oil ($/bbl) | $43.82 | $56.10 | $43.71 | $34.43 | $44.91 | $30.28 | $34.84 | $41.69 | $46.25 | $38.09 | $50.81 | $55.38 | $59.94 | $64.50 | $57.84 |
| Gas ($/mcf) | $2.46 | $2.15 | $2.02 | $1.94 | $2.16 | $1.65 | $1.93 | $2.19 | $2.51 | $2.06 | $2.80 | $3.00 | $3.30 | $3.30 | $3.10 |
| **Revenue:** | | | | | | | | | | | | | | | |
| Oil & Gas | $460.4 | $357.1 | $327.1 | $323.0 | $1,467.5 | $297.2 | $341.5 | $378.5 | $419.9 | $1,437.1 | $492.7 | $533.4 | $599.2 | $632.5 | $2,257.8 |
| Gas Marketing | 4.8 | 3.8 | 4.0 | 3.7 | 16.4 | 5.0 | 5.0 | 5.0 | 5.0 | 20.0 | 10.0 | 10.0 | 10.0 | 10.0 | 40.0 |
| Other | 4.5 | 4.8 | 3.6 | 4.4 | 17.3 | 4.0 | 4.0 | 4.0 | 4.0 | 16.0 | 4.0 | 4.0 | 4.0 | 4.0 | 16.0 |
| **Total Revenue** | **$469.7** | **$365.7** | **$334.7** | **$331.1** | **$1,501.2** | **$306.2** | **$350.5** | **$387.5** | **$428.9** | **$1,473.1** | **$506.7** | **$547.4** | **$613.2** | **$646.5** | **$2,313.8** |
| **Expenses:** | | | | | | | | | | | | | | | |
| Operating/Transport | $157.3 | $134.4 | $136.9 | $139.8 | $568.4 | $150.4 | $147.8 | $143.6 | $139.4 | $581.2 | $155.7 | $156.9 | $160.5 | $167.6 | $640.6 |
| Gas Marketing | 3.7 | 2.9 | 3.0 | 2.9 | 12.6 | 4.0 | 4.0 | 4.0 | 4.0 | 16.0 | 9.0 | 9.0 | 9.0 | 9.0 | 36.0 |
| Exploration/Impairment | 3.9 | 5.3 | 4.9 | 8.5 | 22.6 | 5.0 | 3.8 | 3.8 | 6.3 | 18.8 | 4.4 | 5.6 | 7.5 | 9.4 | 26.9 |
| D,D & A | 175.5 | 152.5 | 144.3 | 149.9 | 622.2 | 163.5 | 160.6 | 156.1 | 151.5 | 631.7 | 161.2 | 162.4 | 166.1 | 173.5 | 663.2 |
| G & A | 16.6 | 11.4 | 14.0 | 13.8 | 55.8 | 15.0 | 11.4 | 14.0 | 13.8 | 54.1 | 15.8 | 11.9 | 14.7 | 14.5 | 56.9 |
| Taxes (other than income) | 11.3 | 11.6 | 11.4 | 8.5 | 42.8 | 10.4 | 12.0 | 13.6 | 14.9 | 50.9 | 17.2 | 18.7 | 21.0 | 22.1 | 79.0 |
| Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Operating Expenses** | **$368.3** | **$318.1** | **$314.6** | **$323.4** | **$1,324.4** | **$348.3** | **$339.5** | **$335.0** | **$329.9** | **$1,352.7** | **$363.2** | **$364.5** | **$378.8** | **$396.1** | **$1,502.6** |
| **EBIT** | **$101.5** | **$47.7** | **$20.0** | **$7.7** | **$176.9** | **($42.1)** | **$10.9** | **$52.5** | **$99.1** | **$120.5** | **$143.5** | **$182.9** | **$234.5** | **$250.4** | **$811.2** |
| Interest | $23.6 | $24.2 | $24.5 | $24.7 | $96.9 | $25.0 | $24.9 | $24.4 | $23.7 | $98.0 | $23.1 | $22.5 | $22.2 | $22.2 | $89.9 |
| **EBT** | **$77.9** | **$23.5** | **($4.5)** | **($17.0)** | **$79.9** | **($67.1)** | **($14.0)** | **$28.1** | **$75.4** | **$22.4** | **$120.5** | **$160.4** | **$212.3** | **$228.1** | **$721.3** |
| Tax Provision | 28.7 | 8.9 | (2.3) | (10.5) | 24.8 | (24.8) | (5.2) | 10.4 | 27.9 | 8.3 | 44.6 | 59.4 | 78.6 | 84.4 | 266.9 |
| **Net Income** | **$49.2** | **$14.6** | **($2.2)** | **($6.5)** | **$55.1** | **($42.3)** | **($8.8)** | **$17.7** | **$47.5** | **$14.1** | **$75.9** | **$101.1** | **$133.8** | **$143.7** | **$454.4** |
| **Fully Diluted Shares (Millions)** | **413.3** | **413.7** | **413.8** | **413.9** | **413.7** | **413.9** | **413.9** | **413.9** | **413.9** | **413.9** | **413.9** | **413.9** | **413.9** | **413.9** | **413.9** |
| **Recurring EPS** | **$0.12** | **$0.04** | **($0.01)** | **($0.02)** | **$0.13** | **($0.10)** | **($0.02)** | **$0.04** | **$0.11** | **$0.03** | **$0.18** | **$0.24** | **$0.32** | **$0.35** | **$1.10** |
| Reported Fully-Diluted EPS | $0.10 | ($0.07) | ($0.04) | ($0.27) | ($0.28) | ($0.10) | ($0.02) | $0.04 | $0.11 | $0.03 | $0.18 | $0.24 | $0.32 | $0.35 | $1.10 |
| **Cash Flow Reconciliation:** | | | | | | | | | | | | | | | |
| Net Income | $49.2 | $14.6 | ($2.2) | ($6.5) | $55.1 | ($42.3) | ($8.8) | $17.7 | $47.5 | $14.1 | $75.9 | $101.1 | $133.8 | $143.7 | $454.4 |
| Exploration/Impairment | 3.9 | 5.3 | 4.9 | 8.5 | 22.6 | 5.0 | 3.8 | 3.8 | 6.3 | 18.8 | 4.4 | 5.6 | 7.5 | 9.4 | 26.9 |
| D,D & A | 175.5 | 152.5 | 144.3 | 149.9 | 622.2 | 163.5 | 160.6 | 156.1 | 151.5 | 631.7 | 161.2 | 162.4 | 166.1 | 173.5 | 663.2 |
| Deferred Taxes | 20.3 | 16.6 | 8.8 | (20.5) | 25.2 | (19.9) | (4.1) | 8.3 | 22.3 | 6.6 | 32.3 | 43.0 | 57.0 | 61.2 | 193.5 |
| **Cash Flow Before Working Capital** | **$248.9** | **$189.0** | **$155.9** | **$131.4** | **$725.2** | **$106.4** | **$151.4** | **$185.9** | **$227.6** | **$671.2** | **$273.7** | **$312.1** | **$364.3** | **$387.8** | **$1,338.0** |
| **CFPS** | **$0.60** | **$0.46** | **$0.38** | **$0.32** | **$1.75** | **$0.26** | **$0.37** | **$0.45** | **$0.55** | **$1.62** | **$0.66** | **$0.75** | **$0.88** | **$0.94** | **$3.23** |
| **EBITDA Reconciliation:** | | | | | | | | | | | | | | | |
| Cash Flow Before Working Capital | $248.9 | $189.0 | $155.9 | $131.4 | $725.2 | $106.4 | $151.4 | $185.9 | $227.6 | $671.2 | $273.7 | $312.1 | $364.3 | $387.8 | $1,338.0 |
| P & L Interest | 23.6 | 24.2 | 24.5 | 24.7 | 96.9 | 25.0 | 24.9 | 24.4 | 23.7 | 98.0 | 23.1 | 22.5 | 22.2 | 22.2 | 89.9 |
| Cash Taxes | 8.4 | (7.7) | (11.1) | 10.0 | (0.4) | (5.0) | (1.0) | 2.1 | 5.6 | 1.7 | 12.3 | 16.3 | 21.6 | 23.2 | 73.4 |
| **EBITDA** | **$280.9** | **$205.5** | **$169.3** | **$166.0** | **$821.7** | **$126.4** | **$175.3** | **$212.3** | **$256.9** | **$770.9** | **$309.0** | **$350.9** | **$408.1** | **$433.2** | **$1,501.3** |

Note: Recurring net income excludes non-cash (gains)/losses on disposal of assets, debt repurchases, asset impairments and risk management activities.

Source: Company reports and KLR Group estimates.

KLR GROUP

Cabot Oil & Gas Corp.

**Figure 10: Annual operating/income/cash flow ($ in millions, except per share amounts)**

|  | 2013A | 2014A | 2015A | 2016E | 2017E | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|
| **Production Volume:** | | | | | | | | |
| Oil (mbbls) | 3221.0 | 3962.0 | 6114.9 | 5210.3 | 5066.1 | 6278.5 | 7585.9 | 8638.8 |
| Gas (mmcf) | 394300.0 | 508100.0 | 565984.0 | 600454.1 | 632781.2 | 759771.2 | 899870.0 | 1012766.2 |
| Gas Equiv. (mmcfe) | 413626.0 | 531872.0 | 602673.3 | 631716.2 | 663178.0 | 797442.5 | 945385.6 | 1064598.8 |
| **Production Rate:** | | | | | | | | |
| Oil (mbpd) | 8.8 | 10.9 | 16.8 | 14.2 | 13.9 | 17.2 | 20.8 | 23.6 |
| Gas (mmcfpd) | 1080.3 | 1392.1 | 1550.6 | 1640.6 | 1733.6 | 2081.6 | 2465.4 | 2767.1 |
| Gas Equiv. (mmcfepd) | 1133.2 | 1457.2 | 1651.2 | 1726.0 | 1816.9 | 2184.8 | 2590.1 | 2908.7 |
| **Price Benchmarks:** | | | | | | | | |
| WTI Oil ($/bbl) | $98.01 | $93.00 | $48.86 | $46.25 | $67.50 | $82.50 | $82.50 | $82.50 |
| HHUB Gas ($/mmbtu) | $3.66 | $4.42 | $2.67 | $2.80 | $3.80 | $4.00 | $4.00 | $4.00 |
| **Realized Prices:** | | | | | | | | |
| Oil ($/bbl) | $101.05 | $88.62 | $44.91 | $38.09 | $57.84 | $71.34 | $71.34 | $71.34 |
| Gas ($/mcf) | $3.56 | $3.28 | $2.16 | $2.06 | $3.10 | $3.30 | $3.30 | $3.30 |
| **Revenues:** | | | | | | | | |
| Oil & Gas | $1,696.7 | $1,986.2 | $1,467.5 | $1,437.1 | $2,257.8 | $2,955.2 | $3,510.8 | $3,958.5 |
| Gas Marketing | 36.5 | 34.4 | 16.4 | 20.0 | 40.0 | 50.0 | 50.0 | 50.0 |
| Other | 13.1 | 17.8 | 17.3 | 16.0 | 16.0 | 16.0 | 16.0 | 16.0 |
| **Total Revenues** | **$1,746.3** | **$2,038.5** | **$1,501.2** | **$1,473.1** | **$2,313.8** | **$3,021.2** | **$3,576.8** | **$4,024.5** |
| **Operating Expenses:** | | | | | | | | |
| Operating/Transport | $370.3 | $494.9 | $568.4 | $581.2 | $640.6 | $789.6 | $936.1 | $1,054.1 |
| Gas Marketing | 29.9 | 30.0 | 12.6 | 16.0 | 36.0 | 46.0 | 46.0 | 46.0 |
| Exploration/Impairment | 18.2 | 28.7 | 22.6 | 18.8 | 26.9 | 42.5 | 42.5 | 42.5 |
| D,D & A | 651.1 | 632.8 | 622.2 | 631.7 | 663.2 | 797.4 | 945.4 | 1064.6 |
| G & A | 52.8 | 61.1 | 55.8 | 54.1 | 56.9 | 59.7 | 59.7 | 59.7 |
| Taxes (other than income) | 43.0 | 47.0 | 42.8 | 50.9 | 79.0 | 103.4 | 122.9 | 138.5 |
| Other | - | - | - | - | - | - | - | - |
| **Total Operating Expenses** | $1,165.3 | $1,294.5 | $1,324.4 | $1,352.7 | $1,502.6 | $1,838.7 | $2,152.5 | $2,405.5 |
| **EBIT** | **$581.0** | **$744.0** | **$176.9** | **$120.5** | **$811.2** | **$1,182.5** | **$1,424.2** | **$1,619.0** |
| Interest | 64.9 | 73.8 | 96.9 | 98.0 | 89.9 | 86.0 | 70.1 | 55.6 |
| **EBT** | **$516.0** | **$670.2** | **$79.9** | **$22.4** | **$721.3** | **$1,096.5** | **$1,354.1** | **$1,563.4** |
| Tax Provision | 217.8 | 265.0 | 24.8 | 8.3 | 266.9 | 405.7 | 501.0 | 578.4 |
| **Net Income** | **$298.2** | **$405.2** | **$55.1** | **$14.1** | **$454.4** | **$690.8** | **$853.1** | **$984.9** |
| **Fully Diluted Shares (Millions)** | **420.2** | **415.8** | **413.7** | **413.9** | **413.9** | **413.9** | **413.9** | **413.9** |
| **Recurring EPS** | **$0.71** | **$0.97** | **$0.13** | **$0.03** | **$1.10** | **$1.67** | **$2.06** | **$2.38** |
| Reported Fully-Diluted EPS | $0.67 | $0.24 | ($0.28) | $0.03 | $1.10 | $1.67 | $2.06 | $2.38 |
| **Cash Flow Reconciliation:** | | | | | | | | |
| Net Income | $298.2 | $405.2 | $55.1 | $14.1 | $454.4 | $690.8 | $853.1 | $984.9 |
| Exploration/Impairment | 18.2 | 28.7 | 22.6 | 18.8 | 26.9 | 42.5 | 42.5 | 42.5 |
| D,D & A | 651.1 | 632.8 | 622.2 | 631.7 | 663.2 | 797.4 | 945.4 | 1,064.6 |
| Deferred Taxes | 150.4 | 224.5 | 25.2 | 6.6 | 193.5 | 263.7 | 300.6 | 318.1 |
| **Cash Flow Before Working Capital** | **$1,117.8** | **$1,291.2** | **$725.2** | **$671.2** | **$1,338.0** | **$1,794.4** | **$2,141.6** | **$2,410.2** |
| **CFPS** | **$2.66** | **$3.10** | **$1.75** | **$1.62** | **$3.23** | **$4.34** | **$5.17** | **$5.82** |
| **EBITDA Reconciliation:** | | | | | | | | |
| Cash Flow Before Working Capital | $1,117.8 | $1,291.2 | $725.2 | $671.2 | $1,338.0 | $1,794.4 | $2,141.6 | $2,410.2 |
| P & L Interest | 64.9 | 73.8 | 96.9 | 98.0 | 89.9 | 86.0 | 70.1 | 55.6 |
| Cash Taxes | 67.4 | 40.5 | (0.4) | 1.7 | 73.4 | 142.0 | 200.4 | 260.3 |
| **EBITDA** | **$1,250.2** | **$1,405.5** | **$821.7** | **$770.9** | **$1,501.3** | **$2,022.5** | **$2,412.1** | **$2,726.1** |

Note: Recurring net income excludes non-cash (gains)/losses on disposal of assets, non-cash compensation, asset impairments and risk management activities.

Source: Company reports and KLR Group estimates.

February 22, 2016

Cabot Oil & Gas Corp.

**Figure 11: Annual balance sheet ($ in millions)**

| | 2013A | 2014A | 2015A | 2016E | 2017E | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | | |
| Current Assets: | | | | | | | | |
| Cash | $23.4 | $21.0 | $0.5 | $10.0 | $10.0 | $10.0 | $10.0 | $627.9 |
| Accounts Rec. | 222.5 | 239.0 | 108.8 | 140.6 | 212.5 | 268.4 | 309.7 | 342.8 |
| Other | 133.0 | 153.5 | 86.9 | 86.9 | 86.9 | 86.9 | 86.9 | 86.9 |
| **Total Current Assets** | **$378.9** | **$413.4** | **$196.3** | **$237.5** | **$309.4** | **$365.3** | **$406.6** | **$1,057.5** |
| | | | | | | | | |
| Property Plant & Equipment | $4,546.2 | $4,925.7 | $5,285.2 | $5,770.2 | $6,965.2 | $8,665.2 | $10,365.2 | $12,065.2 |
| Less D,D&A | - | - | (158.4) | (808.8) | (1,498.9) | (2,338.8) | (3,326.7) | (4,433.8) |
| Net Property, Plant & Equipment | $4,546.2 | $4,925.7 | $5,126.8 | $4,961.3 | $5,466.3 | $6,326.3 | $7,038.4 | $7,631.3 |
| | | | | | | | | |
| Goodwill | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Other Assets | 56.0 | 98.6 | 127.8 | 127.8 | 127.8 | 127.8 | 127.8 | 127.8 |
| **Total Assets** | **$4,981.1** | **$5,437.7** | **$5,450.9** | **$5,326.7** | **$5,903.6** | **$6,819.5** | **$7,572.9** | **$8,816.7** |
| | | | | | | | | |
| **Liabilities** | | | | | | | | |
| Current Liabilities: | | | | | | | | |
| Accounts Payable | $288.8 | $400.1 | $212.7 | $216.3 | $260.4 | $325.2 | $371.8 | $409.1 |
| Accrued Liabilities | 119.1 | 98.9 | 46.4 | 46.4 | 46.4 | 46.4 | 46.4 | 46.4 |
| **Total Current Liabilities** | **$407.9** | **$499.0** | **$259.1** | **$262.7** | **$306.9** | **$371.6** | **$418.2** | **$455.5** |
| | | | | | | | | |
| Long-term Debt | $1,147.0 | $1,752.0 | $2,025.0 | $1,909.5 | $1,827.4 | $1,757.2 | $1,343.4 | $1,280.0 |
| Deferred Income Taxes | 1,067.9 | 843.9 | 854.2 | 860.8 | 1,054.3 | 1,318.0 | 1,618.6 | 1,936.8 |
| Other Long-Term Liabilities | 153.7 | 200.1 | 205.6 | 205.6 | 205.6 | 205.6 | 205.6 | 205.6 |
| | | | | | | | | |
| **Shareholders Equity** | | | | | | | | |
| Preferred Stock | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Common Stock (net of Treasury Stock) | 576.8 | 443.7 | 450.3 | 450.3 | 450.3 | 450.3 | 450.3 | 450.3 |
| Retained Earnings | 1,627.8 | 1,699.0 | 1,656.7 | 1,637.7 | 2,059.0 | 2,716.7 | 3,536.6 | 4,488.4 |
| **Total Liabilities and Shareholders Equity** | **$4,981.1** | **$5,437.7** | **$5,450.9** | **$5,326.7** | **$5,903.6** | **$6,819.5** | **$7,572.9** | **$8,816.7** |
| **Net Debt-to-EBITDA** | **0.9x** | **1.2x** | **2.5x** | **2.5x** | **1.2x** | **0.9x** | **0.6x** | **0.2x** |

**Source: Company reports and KLR Group estimates.**

**KLR GROUP**

**Cabot Oil & Gas Corp.**

### Figure 12: Annual cash flow statement ($ in millions)

| | 2013A | 2014A | 2015A | 2016E | 2017E | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|
| **Operating Activities:** | | | | | | | | |
| Net Income (Loss) | $298.2 | $405.2 | $55.1 | $14.1 | $454.4 | $690.8 | $853.1 | $984.9 |
| D,D&A/Exploration/Dry Hole | 669.2 | 661.5 | 644.8 | 650.5 | 690.1 | 839.9 | 987.9 | 1,107.1 |
| Deferred Taxes | 150.4 | 224.5 | 25.2 | 6.6 | 193.5 | 263.7 | 300.6 | 318.1 |
| Other - net | (3.4) | (40.6) | 14.1 | - | - | - | - | - |
| Accounts Rec. | ($50.1) | ($16.5) | $130.2 | ($31.8) | ($71.9) | ($55.9) | ($41.3) | ($33.1) |
| Accounts Payable | (23.7) | 111.3 | (187.4) | 3.6 | 44.1 | 64.7 | 46.6 | 37.3 |
| Other - net | (16.2) | (108.9) | 58.8 | - | - | - | - | - |
| **Net Cash f/Operating Activities** | **$1,024.5** | **$1,236.4** | **$740.8** | **$643.1** | **$1,310.2** | **$1,803.2** | **$2,146.9** | **$2,414.4** |
| **Investing Activities:** | | | | | | | | |
| E&P Capital Expenditures | ($1,194.7) | ($1,479.6) | ($955.6) | ($375.0) | ($1,075.0) | ($1,700.0) | ($1,700.0) | ($1,700.0) |
| E&P Acq./Divest. | 323.5 | (175.2) | (8.7) | - | - | - | - | - |
| Other - net | (47.0) | (10.0) | (29.1) | (110.0) | (120.0) | - | - | - |
| **Net Cash f/Investing Activities** | **($918.2)** | **($1,664.8)** | **($993.3)** | **($485.0)** | **($1,195.0)** | **($1,700.0)** | **($1,700.0)** | **($1,700.0)** |
| **Financing Activities:** | | | | | | | | |
| Debt | $60.0 | $605.0 | $273.0 | ($115.5) | ($82.1) | ($70.1) | ($413.8) | ($63.4) |
| Equity (includes common dividend) | (173.7) | (179.0) | (40.8) | (33.1) | (33.1) | (33.1) | (33.1) | (33.1) |
| Preferred Financing/Other | - | - | - | - | - | - | - | - |
| **Net Cash f/Financing Activities** | **($113.7)** | **$426.0** | **$232.2** | **($148.6)** | **($115.2)** | **($103.2)** | **($446.9)** | **($96.5)** |
| Net Increase (Decrease) in Cash | **($7.3)** | **($2.4)** | **($20.4)** | **$9.5** | **$0.0** | **($0.0)** | **$0.0** | **$617.9** |
| Cash @ Beginning of Year | **30.7** | **23.4** | **21.0** | **0.5** | **10.0** | **10.0** | **10.0** | **10.0** |
| Cash @ End of Year | **23.4** | **21.0** | **0.5** | **10.0** | **10.0** | **10.0** | **10.0** | **627.9** |

Source: Company reports and KLR Group estimates.

**KLR GROUP**

**Cabot Oil & Gas Corp.**

**Figure 13: Production/pricing/per unit analysis**

| | 2013A | 2014A | 2015A | 2016E | 2017E | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|
| **Oil Production Volume (mbbls):** | | | | | | | | |
| US | 3,221 | 3,962 | 6,115 | 5,210 | 5,066 | 6,279 | 7,586 | 8,639 |
| **Total Oil** | **3,221** | **3,962** | **6,115** | **5,210** | **5,066** | **6,279** | **7,586** | **8,639** |
| **Gas Production Volume (mmcf):** | | | | | | | | |
| US | 394,300 | 508,100 | 565,984 | 600,454 | 632,781 | 759,771 | 899,870 | 1,012,766 |
| **Total Gas** | **394,300** | **508,100** | **565,984** | **600,454** | **632,781** | **759,771** | **899,870** | **1,012,766** |
| **Gas Equiv. (mmcfe)** | **413,626** | **531,872** | **602,673** | **631,716** | **663,178** | **797,443** | **945,386** | **1,064,599** |
| | | | | | | | | |
| **Oil Production Rate (mbpd):** | | | | | | | | |
| US | 8.8 | 10.9 | 16.8 | 14.2 | 13.9 | 17.2 | 20.8 | 23.6 |
| **Total Oil** | **8.8** | **10.9** | **16.8** | **14.2** | **13.9** | **17.2** | **20.8** | **23.6** |
| **Gas Production Rate (mmcfpd):** | | | | | | | | |
| US | 1080.3 | 1392.1 | 1550.6 | 1640.6 | 1733.6 | 2081.6 | 2465.4 | 2767.1 |
| **Total Gas** | **1080.3** | **1392.1** | **1550.6** | **1640.6** | **1733.6** | **2081.6** | **2465.4** | **2767.1** |
| **Gas Equiv. (mmcfepd)** | **1133.2** | **1457.2** | **1651.2** | **1726.0** | **1816.9** | **2184.8** | **2590.1** | **2908.7** |
| | | | | | | | | |
| **Price Benchmarks:** | | | | | | | | |
| WTI Oil ($/bbl) | $98.01 | $93.00 | $48.86 | $46.25 | $67.50 | $82.50 | $82.50 | $82.50 |
| HHUB Gas ($/mmbtu) | 3.66 | 4.42 | 2.67 | 2.80 | 3.80 | 4.00 | 4.00 | 4.00 |
| | | | | | | | | |
| **Realized Prices:** | | | | | | | | |
| Oil ($/bbl) | $101.05 | $88.62 | $44.91 | $38.09 | $57.84 | $71.34 | $71.34 | $71.34 |
| Gas ($/mcf) | 3.56 | 3.28 | 2.16 | 2.06 | 3.10 | 3.30 | 3.30 | 3.30 |
| | | | | | | | | |
| ***Per Unit Analysis ($/mcfe)*** | | | | | | | | |
| **Oil & Gas Revenue** | **$4.10** | **$3.73** | **$2.44** | **$2.27** | **$3.40** | **$3.71** | **$3.71** | **$3.72** |
| | | | | | | | | |
| Less: | | | | | | | | |
| Operating Exp. [1] | $1.00 | $1.02 | $1.01 | $1.00 | $1.09 | $1.12 | $1.12 | $1.12 |
| G&A Exp. | 0.13 | 0.11 | 0.09 | 0.09 | 0.09 | 0.07 | 0.06 | 0.06 |
| **E&P Operating Cash Margin** | **$2.97** | **$2.60** | **$1.33** | **$1.19** | **$2.23** | **$2.51** | **$2.53** | **$2.54** |
| | | | | | | | | |
| Less: | | | | | | | | |
| D,D&A [2] | $1.62 | $1.24 | $1.07 | $1.03 | $1.04 | $1.05 | $1.04 | $1.04 |
| **Gross Profit Margin** | **$1.36** | **$1.36** | **$0.26** | **$0.16** | **$1.19** | **$1.46** | **$1.49** | **$1.50** |

(1) Includes production taxes.

(2) Includes exploration charges.

Source: Company reports and KLR Group estimates.



## IMPORTANT DISCLOSURES

**Rating and Price Target History: Cabot Oil & Gas Corp. (COG) as of 02/19/2016**



## Rating System

KLR Group, LLC employs a five tier rating system for evaluating the potential return associated with owning common equity shares of rated firms. The expected return of any given equity is measured on a quantitative basis in relation to our target price. Since stock prices are volatile on a daily basis KLR will utilize at least a +/- 5% variance tolerance in determining our ratings. Descriptions of the ratings are as follows:

**Buy** - The common stock of the company is estimated to have over 30% upside to our target price.
**Accumulate** - The common stock of the company is estimated to have 10%-30% upside to our target price.
**Hold** - The common stock of the company is estimated to be within +/-10% of our target price.
**Reduce** - The common stock of the company is estimated to have 10%-30% downside to our target price.
**Sell** - The common stock of the company is estimated to have over 30% downside to our target price.

## Risk Factors

This report was prepared for general circulation and does not provide investment recommendations specific to individual investors. As such, the stocks discussed in this report may not be suitable for all investors, and investors must make their own investment decisions based on their specific objectives and financial situation. The price and value of any of the stocks mentioned in this report can rise and fall and may be affected by changes in economic, financial, and political factors.

Global crude oil prices are affected by overall supply and demand, political developments worldwide, pricing decisions and production quotas of OPEC and the volatile trading patterns in the commodity futures markets. U.S. natural gas prices are affected by overall supply and demand, seasonal weather patterns and the volatile trading patterns in the commodity futures markets. In periods of sharply lower oil and natural gas prices, a company may curtail capital spending projects. Furthermore, changes in oil and natural gas prices can impact a company's determination of proven reserves and a company's calculation of the standardized measure of discounted future net cash flows relating to oil and natural gas reserves.

E&P companies compete with many other participants in the industry for the resources necessary to explore for and develop oil and gas reserves. These resources include everything from attractive leaseholds to drilling rigs to the human capital necessary to operate machinery at the drill site. These competitive pressures can force oilfield service prices upward, and thereby increase the cost of securing them. Consequently, given a high level of industry activity, a company could experience margin contraction.

The stated quantity and value of a company's oil and natural gas reserves is based on numerous estimates, which are subject to uncertainty. Reserve estimates are projections based on engineering data, the projection of future rates of production and the timing of future expenditures. There can be no assurance that the prices used to compile the estimate of a company's reserves will be realized or that the estimated production volumes will be produced during the periods indicated. Actual future production, natural gas and oil prices, revenues, taxes, development expenditures, operating expenses and the quantities of recoverable natural gas and oil reserves will likely vary from original estimates.

In addition to the substantial risk that wells drilled will not be productive, hazards such as unusual or unexpected geologic formations, pressures, mechanical failures, uncontrollable flows of oil and/or natural gas, pollution and other physical and environmental risks are inherent in oil and natural gas exploration and production. These hazards could result in substantial losses to a company due to injury and/or loss of life, severe damage or destruction of property and equipment and environmental damage. Companies typically carry insurance that they believe is in accordance with customary industry practices. However, as is common in the oil and natural gas industry, a company does not fully insure against all risks associated with its business, either because such insurance is not available, or because it is considered cost prohibitive.



## Distribution of Ratings

| Rating | Count | Percent | IB Serv./Past 12 Mos. Count | Percent |
|---|---|---|---|---|
| **Buy** | 56 | 74.67 | 0 | 0 |
| **Accumulate** | 8 | 10.67 | 0 | 0 |
| **Hold** | 8 | 10.67 | 0 | 0 |
| **Reduce** | 1 | 1.33 | 0 | 0 |
| **Sell** | 2 | 2.67 | 0 | 0 |

## Additional Disclosures

KLR Group, LLC is a member of FINRA and SIPC and a registered U.S. Broker-Dealer.

Investment Banking services include, but are not limited to, acting as a manager/co-manager in the underwriting or placement of securities, acting as financial advisor, and/or providing corporate finance or capital markets-related services to a company or one of its affiliates or subsidiaries within the past 12 months.

## Analyst Certification

We, John Gerdes and Daniel Prather, hereby certify that the views expressed in this research report accurately reflect our personal views about the subject company(ies) and its (their) securities and that no part of our compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by us in this research report.
The Firm and/or its affiliates intend(s) to seek compensation from Cabot Oil & Gas Corp. for investment banking services within three months, following publication of the research report.

Any opinions expressed herein are statements of our judgment as of the date of publication and are subject to change without notice.

Reproduction without written permission is prohibited.

The closing prices of securities mentioned in this report are as of Feb 19 2016. Additional information is available to clients upon written request.For complete research report on Cabot Oil & Gas Corp., please call (713) 654-8080.

Readers are advised that this report is issued solely for informational purposes and is not to be construed as an offer to sell or the solicitation of an offer to buy. The information contained herein is based on sources which we believe to be reliable but is not guaranteed by us as being accurate and does not purport to be a complete statement or summary of the available data. Past performance is no guarantee of future results.