July 26, 2019 | 08:04 ET | 08:04 ET~

**FLASH**

## Cabot Oil & Gas

**BMO** Capital Markets

IN Fact

Oil & Gas - E&P

| COG-NYSE | Rating **Outperform** | Price: Jul-25 **$21.79** | Target **$28.00** | Total Rtn **30%** |

**Phillip Jungwirth, CFA**  —  Analyst
phillip.jungwirth@bmo.com  —  (303) 436-1127

Jack Kindregan, CFA  —  Senior Associate
Jack.Kindregan@bmo.com  —  (303) 436-1115

Eric Engel, CFA  —  Senior Associate
eric.engel@bmo.com  —  (303) 623-1386

Legal Entity:     BMO Capital Markets Corp.

# 2Q Better, but 2019 Revised Lower and 2020 Weaker Than Expected

**Bottom Line:** Cabot reported a mostly better 2Q19, but positives are outweighed by higher capex, lower 2019 growth, and a less capital efficient 2020 outlook. While Cabot had talked down 2020 production/capital efficiency in mid-June, guidance is slightly weaker and off a lower base, which combined with increased cash taxes results in lower FCF. While 2020 guidance still implies ~4.3% FCF yield at strip, far superior to nat gas peers, we'd expect pressure to the shares.

### Key Points

**2Q19 Beat Offset by Higher Capex**. Cabot reported 2Q19 EPS of $0.36, above our/consensus $0.31/0.34, while EBITDAX of $311mm compared with our/consensus $293/311mm. Production of 2.349Bcf/d was at the high-end (2.3-2.35Bcf/d) and above our/consensus 2.33/2.34Bcf/d. Realizations of $2.20Mcf ($0.44Mcf discount) beat our $2.14Mc. Operating costs (ex stock comp) were ~$0.03Mcf better than guidance or $0.02Mcf better for cash costs. Capex of $224mm was well above our/consensus $204/203mm as completion activity increased. Higher capex offset better EBITDAX in our model, resulting in FCF of $73mm being in line ($69mm BMOe). As of 1H19, Cabot spend ~53% of its $800mm budget, which was raised to $800-820mm with 2.5 additional wells spud/completed (47/54% completion/spud in 1H19). Cabot repurchased ~$126mm of stock in 2Q19 or 5.1mm shares at $24.63, while increasing its authorization to 31.5mm shares (8% outstanding).

**2019 Vols Cut on Pad Delays, FCF Trimmed**. Cabot reduced its 2019 production growth guidance to 16% from 20%, while 3Q19 of 2.36-2.41Bcf/d was in line with our model (2.39Bcf/d), but below consensus (2.46Bcf/d). Production in 4Q19 is implied to be 2.33Bcf/d and well below expectations. Cabot attributed the miss to pad delays from increasing lateral length. As such, 2019 FCF sensitivities imply a ~$25-50mm reduction from prior guidance.

**2020 Production Guidance Below Expectations**. Cabot guided 2020 production growth of 5% on $700-725mm capex, which is below mid-June commentary of mid to-high single digit growth on <$800mm capex, and off a lower base. This implies 2020 production of 2.47Bcf/d (+2.8/5.2% vs. 3Q/4Q19), ~7% below our/consensus 2.65/2.67Bcf/d estimates on capex of $707/720mm. A less capital efficient outlook (prior guidance was $500mm maintenance capex for 3.7Bcf/d gross) leads to $375-400mm FCF in 2020 at $2.50Mcf NYMEX compared to prior 2019 $2.50Mcf guidance of $500-550mm (55-70% deferred tax is in line with our 58%).



2YR Price Volume Chart

LHS: Price ($) / RHS: Volume (mm)        Source: FactSet

### Company Description

Cabot is an independent oil and gas company engaged in the development, exploitation, and exploration of oil and gas properties located in North America. The company's principal area of operation is the Appalachian Basin in northeast Pennsylvania.

   

COG-NYSE Research        Glossary        Company Models

Please refer to pages 3 to 6 for Important Disclosures, including Analyst's Certification.

**Exhibit 1: Cabot Oil & Gas Corporation 2Q19 Actuals vs. Estimates**

| | 2Q19A Actual | BMO vs Actual Estimated | Diff | % Diff | Consensus vs Actual Cons | Diff | % Diff | 1Q19A Actual | Q/Q | Q/Q % | 2Q18A Actual | Y/Y | Y/Y % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Average Daily Production Volumes:** | | | | | | | | | | | | | |
| Natural gas (Bcf/d) | 2.35 | 2.33 | 0.01 | 1% | 2.34 | 0.01 | 0% | 2.28 | 0.07 | 3% | 1.89 | 0.45 | 24% |
| Crude oil (MBbls/d) | - | - | - | NA | - | - | NA | - | - | NA | - | - | NA |
| NGLs (MBbls/d) | - | - | - | NA | - | - | NA | - | - | NA | - | - | NA |
| **Combined equivalent volumes (Bcfe/d)** | **2.35** | **2.33** | **0.01** | **1%** | **2.34** | **0.01** | **0%** | **2.28** | **0.07** | **3%** | **1.89** | **0.45** | **24%** |
| | | | | | | | | | | | | | |
| **Realizations (After Hedges)** | | | | | | | | | | | | | |
| Natural gas (per Mcf) | $2.27 | $2.22 | $0.05 | 2% | $2.32 | ($0.05) | -2% | $3.35 | ($1.08) | -32% | $2.15 | $0.12 | 6% |
| **Combined equivalent (per Mcfe)** | **$2.27** | **$2.22** | **$0.05** | **2%** | | | | **$3.35** | **($1.08)** | **-32%** | **$2.15** | **$0.12** | **6%** |
| | | | | | | | | | | | | | |
| **Income Statement ($ in millions)** | | | | | | | | | | | | | |
| E&P revenues | 470 | 471 | (0.3) | 0% | | | | 633 | (163) | -26% | 365 | 106 | 29% |
| Other revenues | 64 | 0 | 63.4 | 25354% | | | | 9 | 55 | 648% | 89 | (25) | -28% |
| **Total revenues** | **534** | **471** | **63.1** | **13%** | **492** | **42** | **9%** | **642** | **(108)** | **-17%** | **453** | **81** | **18%** |
| Lease operating expense | 18 | 19 | (0.5) | -3% | | | | 18 | (0) | -1% | 16 | 2 | 16% |
| Gathering, processing, transportation | 142 | 143 | (1.2) | -1% | | | | 137 | 4 | 3% | 114 | 28 | 24% |
| Production taxes | 4 | 4 | (0.4) | -10% | | | | 6 | (2) | -38% | 5 | (2) | -32% |
| Exploration | 5 | 6 | (1.7) | -28% | | | | 6 | (2) | -25% | 55 | (50) | -92% |
| Impairment | - | - | - | NA | | | | - | - | NA | - | - | NA |
| Depreciation, depletion and amortization | 96 | 96 | 0.3 | 0% | | | | 92 | 4 | 4% | 85 | 11 | 13% |
| Other | - | - | - | NA | | | | - | - | NA | 80 | (80) | -100% |
| General and administrative | 23 | 23 | (0.4) | -2% | | | | 31 | (8) | -26% | 21 | 2 | 8% |
| **EBIT** | **247** | **180** | **67.1** | **37%** | | | | **351** | **(104)** | **-30%** | **77** | **170** | **219%** |
| Interest expense | 15 | 15 | (0.3) | -2% | | | | 12 | 2 | 20% | 23 | (9) | -38% |
| Other | (4) | (2) | (1.7) | 91% | | | | (2) | (1) | 67% | (1) | (3) | 576% |
| **Pretax income** | **236** | **167** | **69.0** | **41%** | | | | **341** | **(105)** | **-31%** | **55** | **182** | **333%** |
| Income tax | 55 | 39 | 15.8 | 40% | | | | 78 | (23) | -29% | 12 | 43 | 353% |
| *Effective tax rate %* | 23.3% | 23.5% | -0.2% | -1% | | | | 22.9% | 0.5% | 2% | 22.3% | 1.1% | 5% |
| **Reported net income** | **181.0** | **127.8** | **53.2** | **42%** | | | | **263** | **(82)** | **-31%** | **42** | **139** | **327%** |
| Non-recurring items | (30.4) | 5.3 | (35.7) | | | | | 45 | (75) | -168% | 15 | (46) | -297% |
| Adjusted net income | 151 | 133 | 17.4 | 13% | | | | 308 | (157) | -51% | 58 | 93 | 160% |
| **Diluted EPS - Adjusted** | **$0.36** | **$0.31** | **$0.04** | **13%** | **$0.34** | **$0.02** | **6%** | **$0.73** | **($0.37)** | **-51%** | **$0.13** | **$0.23** | **178%** |
| **EBITDAX** | **311** | **293** | **18.4** | **6%** | **311** | **0** | **0%** | **472** | **(161)** | **-34%** | **222** | **89** | **40%** |
| Diluted shares (In millions) | 422 | 423 | (1.0) | 0% | | | | 423 | (1) | 0% | 451 | (29) | -6% |
| | | | | | | | | | | | | | |
| **Per Unit Costs ($Mcfe):** | | | | | | | | | | | | | |
| Lease operating expense | $0.08 | $0.09 | $ (0.00) | -3% | | | | $0.09 | ($0.00) | -5% | $0.09 | ($0.01) | -7% |
| Gathering, processing, transportation | $0.66 | $0.67 | ($0.01) | -1% | | | | $0.67 | ($0.01) | -1% | $0.66 | $0.00 | 0% |
| Production taxes | $0.02 | $0.02 | $ (0.00) | -11% | | | | $0.03 | ($0.01) | -40% | $0.03 | ($0.01) | -46% |
| Depreciation, depletion and amortization | $0.45 | $0.45 | $ (0.00) | 0% | | | | $0.45 | ($0.00) | 0% | $0.49 | ($0.04) | -9% |
| General and administrative | $0.11 | $0.11 | $ (0.00) | -2% | | | | $0.15 | ($0.04) | -29% | $0.12 | ($0.02) | -13% |
| | | | | | | | | | | | | | |
| **Discretionary cash flow per share** | **$0.73** | **$0.66** | **$ 0.07** | **10%** | **$ 0.70** | **$ 0.03** | **4%** | **$1.21** | **($0.48)** | **-40%** | **$0.44** | **$0.28** | **64%** |
| Capital expenditures | 226 | 204 | 21 | 11% | 203 | 23 | 12% | 197 | 28 | 14% | 259 | (33) | -13% |

Source: BMO Capital Markets, Bloomberg

July 26, 2019

**BMO** Capital Markets



Cabot Oil & Gas Rating History as of 07/25/2019

OP:$33.00 05/15/2017 | OP:$29.00 06/26/2017 | OP:$28.00 07/12/2017 | OP:$30.00 07/28/2017 | OP:$33.00 10/30/2017 | OP:$35.00 01/11/2018 | OP:$31.00 02/26/2018 | OP:$30.00 05/17/2018 | OP:$29.00 07/27/2018 | OP:$25.00 10/09/2018 | OP:$27.00 10/29/2018 | OP:$29.00 11/12/2018

OP:$30.00 01/07/2019 | OP:$31.00 05/13/2019 | OP:$28.00 07/11/2019

Closing Price —— Target Price

Outperform (OP); Market Perform (Mkt); Underperform (Und); Speculative (S); Suspended (Spd); Not Rated (NR); Restricted (R)

Source: FactSet, BMO Capital Markets

## IMPORTANT DISCLOSURES

### Analyst's Certification

I, Phillip Jungwirth, hereby certify that the views expressed in this report accurately reflect my personal views about the subject securities or issuers. I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this report.

Analysts who prepared this report are compensated based upon (among other factors) the overall profitability of BMO Capital Markets and their affiliates, which includes the overall profitability of investment banking services. Compensation for research is based on effectiveness in generating new ideas and in communication of ideas to clients, performance of recommendations, accuracy of earnings estimates, and service to clients.

Analysts employed by BMO Nesbitt Burns Inc. and/or BMO Capital Markets Limited are not registered as research analysts with FINRA. These analysts may not be associated persons of BMO Capital Markets Corp. and therefore may not be subject to the FINRA Rule 2241 and 2242 restrictions on communications with a subject company, public appearances and trading securities held by a research analyst account.

### Company Specific Disclosures

Disclosure 5: BMO Capital Markets or an affiliate received compensation for products or services other than investment banking services within the past 12 months from Cabot Oil & Gas.

Disclosure 6C: Cabot Oil & Gas is a client (or was a client) of BMO Nesbitt Burns Inc., BMO Capital Markets Corp., BMO Capital Markets Limited or an affiliate within the past 12 months: C) Non-Securities Related Services.

Disclosure 8C: BMO Capital Markets or an affiliate has a financial interest in 0.5% or more in the issued share capital of Cabot Oil & Gas.

Disclosure 9B: BMO Capital Markets makes a market in Cabot Oil & Gas in United States.

### Methodology and Risks to Target Price/Valuation for Cabot Oil & Gas (COG-NYSE)

**Methodology:** Our target price is based on a NAV analysis and review of comparable company trading multiples.

**Risks:** Risks to our rating and target price include negative changes in overall commodity prices, specifically natural gas and oil prices, weakness in U.S. and global economic activity, and demand for natural gas and oil, and elevated natural gas storage levels from increased supply growth.

### Distribution of Ratings (July 25, 2019)

| Rating category | BMO rating | BMOCM US Universe* | BMOCM US IB Clients** | BMOCM US IB Clients*** | BMOCM Universe**** | BMOCM IB Clients***** | StarMine Universe~ |
|---|---|---|---|---|---|---|---|
| Buy | Outperform | 48.7 % | 20.5 % | 61.6 % | 49.9 % | 60.5 % | 57.7% |
| Hold | Market Perform | 47.7 % | 11.8 % | 34.9 % | 46.9 % | 37.9 % | 37.5% |
| Sell | Underperform | 3.6 % | 15.8 % | 3.5 % | 3.2 % | 1.6 % | 4.8% |

\* Reflects rating distribution of all companies covered by BMO Capital Markets Corp. equity research analysts.

\*\* Reflects rating distribution of all companies from which BMO Capital Markets Corp. has received compensation for Investment Banking services as percentage within ratings category.

July 26, 2019

*** Reflects rating distribution of all companies from which BMO Capital Markets Corp. has received compensation for Investment Banking services as percentage of Investment Banking clients.

**** Reflects rating distribution of all companies covered by BMO Capital Markets equity research analysts.

***** Reflects rating distribution of all companies from which BMO Capital Markets has received compensation for Investment Banking services as percentage of Investment Banking clients.

~ As of April 1, 2019.

## Ratings Key (as of October 2016)

We use the following ratings system definitions:
OP = Outperform - Forecast to outperform the analyst's coverage universe on a total return basis;
Mkt = Market Perform - Forecast to perform roughly in line with the analyst's coverage universe on a total return basis;
Und = Underperform - Forecast to underperform the analyst's coverage universe on a total return basis;
(S) = Speculative investment;
Spd = Suspended - Coverage and rating suspended until coverage is reinstated;
NR = No Rated - No rating at this time; and
R = Restricted - Dissemination of research is currently restricted.

BMO Capital Markets' seven Top 15 lists guide investors to our best ideas according to different objectives (CDN Large Cap, CDN Small Cap, US Large Cap, US Small Cap, Income, CDN Quant, and US Quant have replaced the Top Pick rating).

### Prior BMO Capital Markets Rating System

**(April 2013 - October 2016)**
http://researchglobal.bmocapitalmarkets.com/documents/2013/rating_key_2013_to_2016.pdf

**(January 2010 - April 2013)**
http://researchglobal.bmocapitalmarkets.com/documents/2013/prior_rating_system.pdf

### Other Important Disclosures

For Important Disclosures on the stocks discussed in this report, please go to https://researchglobal0.bmocapitalmarkets.com/public-disclosure/ or write to Editorial Department, BMO Capital Markets, 3 Times Square, New York, NY 10036 or Editorial Department, BMO Capital Markets, 1 First Canadian Place, Toronto, Ontario, M5X 1H3.

### Dissemination of Research

Dissemination of BMO Capital Markets Equity Research is available via our website https://researchglobal0.bmocapitalmarkets.com/ Institutional clients may also receive our research via Thomson Reuters, Bloomberg, FactSet, and Capital IQ. Research reports and other commentary are required to be simultaneously disseminated internally and externally to our clients. Research coverage of licensed cannabis producers and other cannabis-related companies is made available only to eligible approved North American, Australian, and EU-based BMO Nesbitt Burns Inc., BMO Capital Markets Limited, and BMO Capital Markets Corp. clients via email, our website and select third party platforms.

~ Research distribution and approval times are provided on the cover of each report. Times are approximations as system and distribution processes are not exact and can vary based on the sender and recipients' services. Unless otherwise noted, times are Eastern Standard and when two times are provided, the approval time precedes the distribution time.

BMO Capital Markets may use proprietary models in the preparation of reports. Material information about such models may be obtained by contacting the research analyst directly. There is no planned frequency of updates to this report.

For recommendations disseminated during the preceding 12-month period, please visit: https://researchglobal0.bmocapitalmarkets.com/public-disclosure/.

### General Disclaimer

"BMO Capital Markets" is a trade name used by the BMO Investment Banking Group, which includes the wholesale arm of Bank of Montreal and its subsidiaries BMO Nesbitt Burns Inc., BMO Capital Markets Limited in the U.K., Bank of Montreal Ireland Plc in Ireland and BMO Capital Markets Corp. in the U.S. BMO Nesbitt Burns Inc., BMO Capital Markets Limited, Bank of Montreal Ireland Plc and BMO Capital Markets Corp are affiliates. Bank of Montreal or its subsidiaries ("BMO Financial Group") has lending arrangements with, or provide other remunerated services to, many issuers covered by BMO Capital Markets. The opinions, estimates and projections contained in this report are those of BMO Capital Markets as of the date of this report and are subject to change without notice. BMO Capital Markets endeavours to ensure that the contents have been compiled or derived from sources that we believe are reliable and contain information and opinions that are accurate and complete. However, BMO Capital Markets makes no representation or warranty, express or implied, in respect thereof, takes no responsibility for any errors and omissions contained herein and accepts no liability whatsoever for any loss arising from any use of, or reliance on, this report or its contents. Information may be available to BMO Capital Markets or its affiliates that is not reflected in this report. The information in this report is not intended to be used as the primary basis of investment decisions, and because of individual client objectives, should not be construed as advice designed to meet the particular investment needs of any investor. Nothing herein constitutes any investment, legal, tax or other advice nor is it to be relied on in any investment or decision. If you are in doubt about any of the contents of this document, the reader should obtain independent professional advice. This material is for information purposes only and is not an offer to sell or the solicitation of an offer to buy any security. BMO Capital Markets or its affiliates will buy from or sell to customers the securities of issuers mentioned in this report on

a principal basis. BMO Capital Markets or its affiliates, officers, directors or employees have a long or short position in many of the securities discussed herein, related securities or in options, futures or other derivative instruments based thereon. The reader should assume that BMO Capital Markets or its affiliates may have a conflict of interest and should not rely solely on this report in evaluating whether or not to buy or sell securities of issuers discussed herein.

**Additional Matters**

This report is directed only at entities or persons in jurisdictions or countries where access to and use of the information is not contrary to local laws or regulations. Its contents have not been reviewed by any regulatory authority. BMO Capital Markets does not represent that this report may be lawfully distributed or that any financial products may be lawfully offered or dealt with, in compliance with regulatory requirements in other jurisdictions, or pursuant to an exemption available thereunder.

To Australian residents: BMO Capital Markets Limited is exempt from the requirement to hold an Australian financial services licence under the Corporations Act and is regulated by the UK Financial Conduct Authority under UK laws, which differ from Australian laws. This document is only intended for wholesale clients (as defined in the Corporations Act 2001) and Eligible Counterparties or Professional Clients (as defined in Annex II to MiFID II).

To Canadian Residents: BMO Nesbitt Burns Inc. furnishes this report to Canadian residents and accepts responsibility for the contents herein subject to the terms set out above. Any Canadian person wishing to effect transactions in any of the securities included in this report should do so through BMO Nesbitt Burns Inc.

The following applies if this research was prepared in whole or in part by Colin Hamilton, Alexander Pearce, David Round or Edward Sterck: This research is not prepared subject to Canadian disclosure requirements. This research is prepared by BMO Capital Markets Limited and distributed by BMO Capital Markets Limited or Bank of Montreal Ireland Plc and is subject to the regulations of the Financial Conduct Authority (FCA) in the United Kingdom and the Central Bank of Ireland (CBI) in Ireland. FCA and CBI regulations require that a firm providing research disclose its ownership interest in the issuer that is the subject of the research if it and its affiliates own 5% or more of the equity of the issuer. Canadian regulations require that a firm providing research disclose its ownership interest in the issuer that is the subject of the research if it and its affiliates own 1% or more of the equity of the issuer that is the subject of the research. Therefore each of BMO Capital Markets Limited and Bank of Montreal Ireland Plc will disclose its and its affiliates' ownership interest in the subject issuer only if such ownership exceeds 5% of the equity of the issuer.

To E.U. Residents: In an E.U. Member State this document is issued and distributed by Bank of Montreal Ireland plc which is authorised and regulated in Ireland and operates in the E.U. on a passported basis. This document is only intended for Eligible Counterparties or Professional Clients, as defined in Annex II to "Markets in Financial Instruments Directive" 2014/65/EU ("MiFID II").

Singapore: This disclaimer applies to research reports distributed by the Private Banking unit of Bank of Montreal, Singapore Branch ("BMO SG"), an exempt financial adviser under the Financial Advisers Act (Cap. 110) of Singapore ("FAA") only. This research report is prepared by BMO Capital Markets and distributed by BMO SG pursuant to an arrangement under regulation 32C of the Financial Advisers Regulations of Singapore. This research report is distributed by BMO SG solely to persons who qualify as accredited investors as defined in the FAA only, and is not intended for and may not be circulated to the general public. This report and any information contained in this report shall not be disclosed to any other person. If you are not an accredited investor, please disregard this report. BMO SG does not accept legal responsibility for the contents of the report. Recipients should contact BMO SG at 65-6535 2323 for matters arising from, or in connection with the report.

To U.S. Residents: BMO Capital Markets Corp. furnishes this report to U.S. residents and accepts responsibility for the contents herein, except to the extent that it refers to securities of Bank of Montreal. Any U.S. person wishing to effect transactions in any security discussed herein should do so through BMO Capital Markets Corp.

To U.K. Residents: In the UK this document is published by BMO Capital Markets Limited which is authorised and regulated by the Financial Conduct Authority. The contents hereof are intended solely for the use of, and may only be issued or passed on to, (I) persons who have professional experience in matters relating to investments falling within Article 19(5) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (the "Order") or (II) high net worth entities falling within Article 49(2)(a) to (d) of the Order (all such persons together referred to as "relevant persons"). The contents hereof are not intended for the use of and may not be issued or passed on to retail clients.

These documents are provided to you on the express understanding that they must be held in complete confidence and not republished, retransmitted, distributed, disclosed, or otherwise made available, in whole or in part, directly or indirectly, in hard or soft copy, through any means, to any person, except with the prior written consent of BMO Capital Markets.

Click here for data vendor disclosures when referenced within a BMO Capital Markets research document.

**ADDITIONAL INFORMATION IS AVAILABLE UPON REQUEST**

BMO Financial Group (NYSE, TSX: BMO) is an integrated financial services provider offering a range of retail banking, wealth management, and investment and corporate banking products. BMO serves Canadian retail clients through BMO Bank of Montreal and BMO Nesbitt Burns. In the United States, personal and commercial banking clients are served by BMO Harris Bank N.A., (Member FDIC). Investment and corporate banking services are provided in Canada and the US through BMO Capital Markets.

BMO Capital Markets is a trade name used by BMO Financial Group for the wholesale banking businesses of Bank of Montreal, BMO Harris Bank N.A, (Member FDIC), Bank of Montreal Ireland Plc, and Bank of Montreal (China) Co. Ltd. and the institutional broker dealer businesses of BMO Capital Markets Corp. (Member FINRA and SIPC) in the U.S., BMO Nesbitt Burns Inc. (Member Canadian Investor Protection Fund) in Canada, Europe and Asia, Bank of Montreal Ireland Plc in Europe, BMO Capital Markets Limited in the U.K. and Australia and BMO Advisors Private Limited in India.

® Registered trademark of Bank of Montreal in the United States, Canada and elsewhere.

TM Trademark Bank of Montreal

©COPYRIGHT 2019 BMO CAPITAL MARKETS CORP.