# Cabot Oil & Gas Corp.

# 2Q19 earnings recap: solid 2Q19; 2020 guide & capital efficiency may weigh

**Reiterate Rating: UNDERPERFORM | PO: 20.00 USD | Price: 20.08 USD**

**Bank of America Merrill Lynch**

Equity | 26 July 2019

## Cash flow beat on gas realization

COG adj. EPS / CFPS of $.36 / $0.72 slightly bettered consensus of $0.34 / $0.69 (BofA $0.33 / $0.65) with production of 2,349 MMcfe/d at the high end of guidance (2,300-2,350 MMcfe/ d). Versus our estimate, the cash flow beat was gas realizations. Management remains committed to returning more than 50% of free cash flow to shareholders and has increased its share repurchase authorization by 25mm shares to ~31.5mm. During 2Q19, it repurchased ~5.1mm shares (1% of shares outstanding) at an avg. price $24.63 / sh. Despite the solid quarter, we expect the market to focus on preliminary 2020 guidance of 5% yoy (7-8% debt adj. per share) and spending of $700-$725mm. While this underlines COG's commitment to capital discipline in a tough gas tape, the offset is lower growth vs Street expectations (5% vs 10% expected) and may raise questions on capital efficiency. Note 2020 growth is consistent with recent management commentary where it had indicated plans to grow in the mid - high single digits and at the lower end if gas averages $2.50.  Under this plan, it expects to generate free CF of $375-$400mm assuming $2.50 gas.

## Acreage acquisition modifies 2019 growth plans

COG has also lowered 2019 guidance to a growth range of 16-18% yoy (24-26% debt adjusted) from 20% prior while lifting FY capex to $800-$825mm from ~$800mm prior. The change is due to 'a unique opportunity to purchase acreage next to an 8 well pad to increase total footage by 28,000 ft', improving capital efficiency but delaying when the wells will be turned sales.  We have very little issue with the change given $2.23 Henry Hub gas; but the impact is 3Q19 guidance of 2,360-2410 MMcfe/d is light vs street expectations (2,454 MMce/d) and a flat sequential quarter expected in 4Q19 production.

## Reiterate Underperform

Modest growth with free cashflow is the holy grail for mature, US E&P's. But it also defines value - as underlined in our report last year 'why do we have an Underperform rating on what we view as the best gas play in the L48? Simply because it is a 100% gas name fully valued around $20 under our long term $2.60 HH gas assumption. Note our PO drops slightly from $21 prior, on a recent change to BofAML's gas price outlook.

### Estimates (Dec)

| (US$) | 2017A | 2018A | 2019E | 2020E | 2021E |
|---|---|---|---|---|---|
| EPS | 0.53 | 1.19 | 1.97 | 1.53 | 1.48 |
| GAAP EPS | 0.22 | 1.25 | 1.93 | 1.53 | 1.48 |
| EPS Change (YoY) | NM | 124.5% | 65.5% | -22.3% | -3.3% |
| Consensus EPS (Bloomberg) | | | 1.81 | 1.68 | 1.84 |
| DPS | 0.17 | 0.26 | 0.30 | 0.34 | 0.38 |

### Valuation (Dec)

| | 2017A | 2018A | 2019E | 2020E | 2021E |
|---|---|---|---|---|---|
| P/E | 37.9x | 16.9x | 10.2x | 13.1x | 13.6x |
| GAAP P/E | 91.3x | 16.1x | 10.4x | 13.1x | 13.6x |
| Dividend Yield | 0.8% | 1.3% | 1.5% | 1.7% | 1.9% |
| EV / EBITDA* | 8.4x | 6.7x | 5.6x | 6.7x | 6.8x |
| Free Cash Flow Yield* | 2.4% | 4.4% | 8.2% | 5.0% | 4.1% |

* For full definitions of *iQmethod* SM measures, see page 5.

**Doug Leggate**
Research Analyst
BofAS
+1 713 247 6013
doug.leggate@baml.com

**John H. Abbott**
Research Analyst
BofAS
+1 713 247 7144
john.h.abbott@baml.com

**Kalei Akamine**
Research Analyst
BofAS
+1 713 247 7880
kalei.akamine@baml.com

### Key Changes

| (US$) | Previous | Current |
|---|---|---|
| Price Obj. | 21.00 | 20.00 |
| 2019E DPS | 0.28 | 0.30 |

### Stock Data

| | |
|---|---|
| Price | 20.08 USD |
| Price Objective | 20.00 USD |
| Date Established | 26-Jul-2019 |
| Investment Opinion | B-3-7 |
| 52-Week Range | 20.95 USD - 27.65 USD |
| Mrkt Val (mn) / Shares Out (mn) | 8,496 USD / 423.1 |
| Average Daily Value (mn) | 104.73 USD |
| BofAML Ticker / Exchange | COG / NYS |
| Bloomberg / Reuters | COG US / COG.N |
| ROE (2019E) | 36.0% |
| Net Dbt to Eqty (Dec-2018A) | 58.6% |

**BofA Merrill Lynch does and seeks to do business with issuers covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.**
**Refer to important disclosures on page 6 to 8. Analyst Certification on page 4. Price Objective Basis/Risk on page 4.**                    12025619

Timestamp: 26 July 2019 09:38AM EDT

CR

# *iQprofile*<sup>SM</sup> Cabot Oil & Gas Corp.

## *iQ*method <sup>SM</sup> – Bus Performance*

| (US$ Millions) | 2017A | 2018A | 2019E | 2020E | 2021E |
|---|---|---|---|---|---|
| Return on Capital Employed | -1.5% | 15.2% | 20.9% | 14.3% | 12.8% |
| Return on Equity | 9.6% | 23.0% | 36.0% | 24.1% | 21.3% |
| Operating Margin | -7.6% | 34.9% | 49.5% | 41.3% | 38.2% |
| Free Cash Flow | 208 | 370 | 700 | 426 | 348 |

## *iQ*method <sup>SM</sup> – Quality of Earnings*

| (US$ Millions) | 2017A | 2018A | 2019E | 2020E | 2021E |
|---|---|---|---|---|---|
| Cash Realization Ratio | 4.0x | 2.4x | 1.8x | 1.8x | 1.8x |
| Asset Replacement Ratio | 1.3x | 2.2x | 2.1x | 1.7x | 1.7x |
| Tax Rate | 144.0% | 20.2% | 22.6% | 22.0% | 22.0% |
| Net Debt-to-Equity Ratio | 29.2% | 58.6% | 37.0% | 34.9% | 36.8% |
| Interest Cover | -1.6x | 10.5x | 20.0x | 14.2x | 13.4x |

## Income Statement Data (Dec)

| (US$ Millions) | 2017A | 2018A | 2019E | 2020E | 2021E |
|---|---|---|---|---|---|
| Sales | 1,764 | 2,192 | 2,315 | 2,092 | 2,132 |
| % Change | 52.7% | 24.2% | 5.6% | -9.6% | 1.9% |
| Gross Profit | 1,662 | 2,122 | 2,239 | 2,010 | 2,045 |
| % Change | 57.5% | 27.7% | 5.5% | -10.2% | 1.7% |
| EBITDA | 1,036 | 1,296 | 1,550 | 1,292 | 1,275 |
| % Change | NM | 25.1% | 19.6% | -16.7% | -1.3% |
| Net Interest & Other Income | (95) | (67) | (96) | (61) | (61) |
| **Net Income (Adjusted)** | **245** | **531** | **826** | **626** | **588** |
| **% Change** | **NM** | **117.2%** | **55.6%** | **-24.3%** | **-6.0%** |

## Free Cash Flow Data (Dec)

| (US$ Millions) | 2017A | 2018A | 2019E | 2020E | 2021E |
|---|---|---|---|---|---|
| Net Income from Cont Operations (GAAP) | 100 | 557 | 812 | 626 | 588 |
| Depreciation & Amortization | 569 | 417 | 386 | 411 | 442 |
| Change in Working Capital | (4) | 0 | 0 | 0 | 0 |
| Deferred Taxation Charge | (321) | 230 | 244 | 88 | 55 |
| Other Adjustments, Net | 628 | 64 | 63 | 0 | 0 |
| Capital Expenditure | (765) | (898) | (804) | (698) | (737) |
| **Free Cash Flow** | **208** | **370** | **700** | **426** | **348** |
| **% Change** | **NM** | **77.9%** | **89.3%** | **-39.2%** | **-18.3%** |

## Balance Sheet Data (Dec)

| (US$ Millions) | 2017A | 2018A | 2019E | 2020E | 2021E |
|---|---|---|---|---|---|
| Cash & Equivalents | 480 | 2 | 293 | 281 | 178 |
| Trade Receivables | 267 | 524 | 347 | 347 | 347 |
| Other Current Assets | 18 | 18 | 18 | 18 | 18 |
| Property, Plant & Equipment | 3,072 | 3,464 | 3,933 | 4,221 | 4,516 |
| Other Non-Current Assets | 890 | 191 | 227 | 227 | 227 |
| **Total Assets** | **4,727** | **4,199** | **4,819** | **5,094** | **5,286** |
| Short-Term Debt | 0 | 0 | 0 | 0 | 0 |
| Other Current Liabilities | 630 | 287 | 240 | 240 | 240 |
| Long-Term Debt | 1,218 | 1,226 | 1,220 | 1,220 | 1,220 |
| Other Non-Current Liabilities | 355 | 597 | 857 | 945 | 1,000 |
| **Total Liabilities** | **2,203** | **2,111** | **2,317** | **2,405** | **2,460** |
| **Total Equity** | **2,524** | **2,088** | **2,502** | **2,689** | **2,826** |
| **Total Equity & Liabilities** | **4,727** | **4,199** | **4,819** | **5,094** | **5,287** |

* For full definitions of *iQ*method <sup>SM</sup> measures, see page 5.

## Company Sector

Oil & Gas Producers

## Company Description

Cabot Oil and Gas produces mostly natural gas in the US with operations primarily in Appalachia with an ancillary position Eagle Ford. The company has lined very high quality growth assets in the Marcellus Shales and is aggressively moving to develop these fields. Production and reserves are 96% natural gas.

## Investment Rationale

A relative commodity preference for oil over gas leads us to have an Underperform rating on COG, on a long term gas price outlook in line with the current average futures strip at $2.75/mcf. As a pure gas company, now 100% levered to natural gas post recent asset sales, the investment case that is a transition to a free cash annuity has not changed.

## Stock Data

| Average Daily Volume | 5,215,798 |
|---|---|

## Quarterly Earnings Estimates

| | 2018 | 2019 |
|---|---|---|
| Q1 | 0.28A | 0.73A |
| Q2 | 0.13A | 0.36A |
| Q3 | 0.25A | 0.37E |
| Q4 | 0.55A | 0.52E |

Bank of America
Merrill Lynch

CR

# 2Q19 Earnings Summary

The following table compares actuals to estimates and prior results.

**Table 1: COG 2Q19 Earnings Estimates ($ in Millions, except in per share data)**

| Segment Earnings | 2Q19A | 2Q19E | 2Q18A | YOY | 1Q19A | QOQ |
|---|---|---|---|---|---|---|
| Total Rev & Non-Op Inc | 534 | 482 | 453 | 18% | 686 | -22% |
| Production Expenses | (22) | (24) | (21) | 3% | (24) | -10% |
| DD&A | (96) | (95) | (85) | 13% | (92) | 4% |
| Income Tax Expense | (55) | (40) | (12) | 353% | (78) | -29% |
| Other Income / Expenses | (150) | (182) | (308) | -51% | (274) | -45% |
| **Net Income (Adjusted)** | **151** | **141** | **58** | **160%** | **308** | **-51%** |
| Special Items | (30) | - | 15 | -297% | 45 | -168% |
| **Net Income (Reported)** | **181** | **141** | **42** | **327%** | **263** | **-31%** |
| Earnings (Adjusted) | 0.36 | 0.33 | 0.13 | 178% | 0.73 | -51% |
| Earnings (Reported) | 0.43 | 0.33 | 0.09 | 356% | 0.62 | -31% |
| Dividend | 0.07 | 0.07 | 0.06 | 17% | 0.07 | 0% |

Source: BofA Merrill Lynch Global Research

## Estimate changes

Adjusting for results and updated guidance, our estimates change as follows. Note the large decline in our 2021 estimate is due to our Global Commodity's Team's forecast that gas will average $2.40 in that year versus our prior $2.60 assumption.

**Table 2: COG Earnings Estimates**

| | Q1 | Q2 | Q3 | Q4 | FY | BBG Consensus |
|---|---|---|---|---|---|---|
| 2018A | 0.28 | 0.13 | 0.25 | 0.55 | 1.19 | 1.21 |
| 2019E | 0.73 | 0.36 | 0.37 | 0.52 | 1.97 | 1.81 |
| Previous | 0.73 | 0.33 | 0.43 | 0.50 | 1.98 | n/a |
| 2020E | 0.54 | 0.31 | 0.30 | 0.37 | 1.53 | 1.68 |
| Previous | 0.48 | 0.36 | 0.35 | 0.38 | 1.57 | n/a |
| 2021E | 0.42 | 0.30 | 0.32 | 0.45 | 1.48 | 1.84 |
| Previous | 0.41 | 0.44 | 0.46 | 0.49 | 1.81 | n/a |

Source: BofA Merrill Lynch Global Research, Bloomberg

CR

# Price objective basis & risk

### Cabot Oil & Gas Corp. (COG)

We value COG at $20 per share. Our price objective assumes the company as an ex growth free cash annuity, a long term gas price of $2.60 HH and a WACC of 8% reflecting what we perceive as low operational risk.

Upside risks to our price objective are better natural gas benchmark compared to our forecast, unexpected narrowing of basis differentials and exploration success leading to significant positive resource estimate revisions. Downside risks are lower natural gas prices compared to our estimates, unexpected widening of basis differentials and negative revisions in resource estimates.

# Analyst Certification

I, Doug Leggate, hereby certify that the views expressed in this research report accurately reflect my personal views about the subject securities and issuers.  I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or view expressed in this research report.

**US - Large Cap Oils Coverage Cluster**

| Investment rating | Company | BofA Merrill Lynch ticker | Bloomberg symbol | Analyst |
|---|---|---|---|---|
| **BUY** | | | | |
| | Cimarex Energy | XEC | XEC US | Doug Leggate |
| | Concho Resources | CXO | CXO US | Doug Leggate |
| | ConocoPhillips | COP | COP US | Doug Leggate |
| | Continental Resources Inc. | CLR | CLR US | Doug Leggate |
| | Devon Energy Corp. | DVN | DVN US | Doug Leggate |
| | ExxonMobil Corp. | XOM | XOM US | Doug Leggate |
| | Hess Corp. | HES | HES US | Doug Leggate |
| | Marathon Oil Corp. | MRO | MRO US | Doug Leggate |
| | Marathon Petroleum Company | MPC | MPC US | Doug Leggate |
| | Noble Energy | NBL | NBL US | Doug Leggate |
| | Occidental Petroleum Corp. | OXY | OXY US | Doug Leggate |
| | Pioneer Natural Resources | PXD | PXD US | Doug Leggate |
| | Valero Energy Corp. | VLO | VLO US | Doug Leggate |
| **NEUTRAL** | | | | |
| | California Resources Corporation | CRC | CRC US | Doug Leggate |
| | Chevron Corp. | CVX | CVX US | Doug Leggate |
| | Delek US Holdings, Inc. | DK | DK US | Doug Leggate |
| | EOG Resources | EOG | EOG US | Doug Leggate |
| | Holly Frontier Corp | HFC | HFC US | Doug Leggate |
| | PBF Energy | PBF | PBF US | Doug Leggate |
| **UNDERPERFORM** | | | | |
| | Apache Corp | APA | APA US | Doug Leggate |
| | Cabot Oil & Gas Corp. | COG | COG US | Doug Leggate |
| | Chesapeake Energy Corp. | CHK | CHK US | Doug Leggate |
| | Range Resources Corp | RRC | RRC US | Doug Leggate |
| | Southwestern Energy Corp. | SWN | SWN US | Doug Leggate |
| **RSTR** | | | | |
| | Anadarko Petroleum Corp. | APC | APC US | Doug Leggate |
| | Phillips 66 | PSX | PSX US | Doug Leggate |

**Bank of America**
**Merrill Lynch**

CR

**iQ**method ᔆᴹ **Measures Definitions**

| Business Performance | Numerator | Denominator |
|---|---|---|
| Return On Capital Employed | NOPAT = (EBIT + Interest Income) * (1 - Tax Rate) + Goodwill Amortization | Total Assets – Current Liabilities + ST Debt + Accumulated Goodwill Amortization |
| Return On Equity | Net Income | Shareholders' Equity |
| Operating Margin | Operating Profit | Sales |
| Earnings Growth | Expected 5-Year CAGR From Latest Actual | N/A |
| Free Cash Flow | Cash Flow From Operations – Total Capex | N/A |

| Quality of Earnings | | |
|---|---|---|
| Cash Realization Ratio | Cash Flow From Operations | Net Income |
| Asset Replacement Ratio | Capex | Depreciation |
| Tax Rate | Tax Charge | Pre-Tax Income |
| Net Debt-To-Equity Ratio | Net Debt = Total Debt, Less Cash & Equivalents | Total Equity |
| Interest Cover | EBIT | Interest Expense |

| Valuation Toolkit | | |
|---|---|---|
| Price / Earnings Ratio | Current Share Price | Diluted Earnings Per Share (Basis As Specified) |
| Price / Book Value | Current Share Price | Shareholders' Equity / Current Basic Shares |
| Dividend Yield | Annualised Declared Cash Dividend | Current Share Price |
| Free Cash Flow Yield | Cash Flow From Operations – Total Capex | Market Cap. = Current Share Price * Current Basic Shares |
| Enterprise Value / Sales | EV = Current Share Price * Current Shares + Minority Equity + Net Debt + Other LT Liabilities | Sales |
| EV / EBITDA | Enterprise Value | Basic EBIT + Depreciation + Amortization |

*iQ*method ᔆᴹ is the set of BofA Merrill Lynch standard measures that serve to maintain global consistency under three broad headings: Business Performance, Quality of Earnings, and validations. The key features of iQmethod are: A consistently structured, detailed, and transparent methodology. Guidelines to maximize the effectiveness of the comparative valuation process, and to identify some common pitfalls.

*iQ*database ® is our real-time global research database that is sourced directly from our equity analysts' earnings models and includes forecasted as well as historical data for income statements, balance sheets, and cash flow statements for companies covered by BofA Merrill Lynch.

*iQ*profile ᔆᴹ, *iQ*method ᔆᴹ are service marks of Bank of America Corporation. *iQ*database ® is a registered service mark of Bank of America Corporation.

CR

# Disclosures

## Important Disclosures

**COG Price Chart**



B: Buy, N: Neutral, U: Underperform, PO: Price Objective, NA: No longer valid, NR: No Rating

The Investment Opinion System is contained at the end of the report under the heading "Fundamental Equity Opinion Key". Dark grey shading indicates the security is restricted with the opinion suspended. Medium grey shading indicates the security is under review with the opinion withdrawn. Light grey shading indicates the security is not covered. Chart is current as of June 30, 2019 or such later date as indicated.

**Equity Investment Rating Distribution: Energy Group (as of 30 Jun 2019)**

| Coverage Universe | Count | Percent | Inv. Banking Relationships* | Count | Percent |
|---|---|---|---|---|---|
| Buy | 100 | 57.14% | Buy | 76 | 76.00% |
| Hold | 35 | 20.00% | Hold | 21 | 60.00% |
| Sell | 40 | 22.86% | Sell | 24 | 60.00% |

**Equity Investment Rating Distribution: Global Group (as of 30 Jun 2019)**

| Coverage Universe | Count | Percent | Inv. Banking Relationships* | Count | Percent |
|---|---|---|---|---|---|
| Buy | 1516 | 51.23% | Buy | 942 | 62.14% |
| Hold | 687 | 23.22% | Hold | 431 | 62.74% |
| Sell | 756 | 25.55% | Sell | 380 | 50.26% |

* Issuers that were investment banking clients of BofA Merrill Lynch or one of its affiliates within the past 12 months. For purposes of this Investment Rating Distribution, the coverage universe includes only stocks. A stock rated Neutral is included as a Hold, and a stock rated Underperform is included as a Sell.

**FUNDAMENTAL EQUITY OPINION KEY: Opinions include a Volatility Risk Rating, an Investment Rating and an Income Rating. *VOLATILITY RISK RATINGS*, indicators of potential price fluctuation, are: A - Low, B - Medium and C - High. *INVESTMENT RATINGS* reflect the analyst's assessment of a stock's: (i) absolute total return potential and (ii) attractiveness for investment relative to other stocks within its *Coverage Cluster* (defined below). There are three investment ratings: 1 - Buy stocks are expected to have a total return of at least 10% and are the most attractive stocks in the coverage cluster; 2 - Neutral stocks are expected to remain flat or increase in value and are less attractive than Buy rated stocks and 3 - Underperform stocks are the least attractive stocks in a coverage cluster. Analysts assign investment ratings considering, among other things, the 0-12 month total return expectation for a stock and the firm's guidelines for ratings dispersions (shown in the table below). The current price objective for a stock should be referenced to better understand the total return expectation at any given time. The price objective reflects the analyst's view of the potential price appreciation (depreciation).**

| Investment rating | Total return expectation (within 12-month period of date of initial rating) | Ratings dispersion guidelines for coverage cluster* |
|---|---|---|
| Buy | ≥ 10% | ≤ 70% |
| Neutral | ≥ 0% | ≤ 30% |
| Underperform | N/A | ≥ 20% |

* Ratings dispersions may vary from time to time where BofA Merrill Lynch Research believes it better reflects the investment prospects of stocks in a Coverage Cluster.

**INCOME RATINGS, indicators of potential cash dividends, are: 7 - same/higher (dividend considered to be secure), 8 - same/lower (dividend not considered to be secure) and 9 - pays no cash dividend.** *Coverage Cluster* is comprised of stocks covered by a single analyst or two or more analysts sharing a common industry, sector, region or other classification(s). A stock's coverage cluster is included in the most recent BofA Merrill Lynch report referencing the stock.

Price charts for the securities referenced in this research report are available at https://pricecharts.baml.com, or call 1-800-MERRILL to have them mailed.
BofAS or one of its affiliates acts as a market maker for the equity securities recommended in the report: Cabot Oil & Gas.
The issuer is or was, within the last 12 months, an investment banking client of BofAS and/or one or more of its affiliates: Cabot Oil & Gas.
BofAS or an affiliate has received compensation from the issuer for non-investment banking services or products within the past 12 months: Cabot Oil & Gas.
The issuer is or was, within the last 12 months, a non-securities business client of BofAS and/or one or more of its affiliates: Cabot Oil & Gas.
BofAS or an affiliate has received compensation for investment banking services from this issuer within the past 12 months: Cabot Oil & Gas.
BofAS or one of its affiliates is willing to sell to, or buy from, clients the common equity of the issuer on a principal basis: Cabot Oil & Gas.
The issuer is or was, within the last 12 months, a securities business client (non-investment banking) of BofAS and/or one or more of its affiliates: Cabot Oil & Gas.
BofA Merrill Lynch Research Personnel (including the analyst(s) responsible for this report) receive compensation based upon, among other factors, the overall profitability of Bank of America Corporation, including profits derived from investment banking. The analyst(s) responsible for this report may also receive compensation based upon, among other factors, the overall profitability of the Bank's sales and trading businesses relating to the class of securities or financial instruments for which such analyst is responsible.

## Other Important Disclosures

From time to time research analysts conduct site visits of covered issuers. BofA Merrill Lynch policies prohibit research analysts from accepting payment or reimbursement for travel expenses

**Bank of America**
**Merrill Lynch**

CR

from the issuer for such visits.

Prices are indicative and for information purposes only. Except as otherwise stated in the report, for the purpose of any recommendation in relation to: (i) an equity security, the price referenced is the publicly traded price of the security as of close of business on the day prior to the date of the report or, if the report is published during intraday trading, the price referenced is indicative of the traded price as of the date and time of the report; or (ii) a debt security (including equity preferred and CDS), prices are indicative as of the date and time of the report and are from various sources including Bank of America Merrill Lynch trading desks.

The date and time of completion of the production of any recommendation in this report shall be the date and time of dissemination of this report as recorded in the report timestamp.

Recipients who are not institutional investors or market professionals should seek the advice of their independent financial advisor before considering information in this report in connection with any investment decision, or for a necessary explanation of its contents.

Officers of BofAS or one or more of its affiliates (other than research analysts) may have a financial interest in securities of the issuer(s) or in related investments.

**BofA Merrill Lynch Global Research policies relating to conflicts of interest are described at https://rsch.baml.com/coi**

**"BofA Merrill Lynch" includes BofA Securities, Inc. ("BofAS"), Merrill Lynch, Pierce, Fenner & Smith Incorporated ("MLPF&S") and its affiliates. Investors should contact their BofA Merrill Lynch representative or Merrill Lynch Global Wealth Management financial advisor if they have questions concerning this report or concerning the appropriateness of any investment idea described herein for such investor. "BofA Merrill Lynch" and "Merrill Lynch" are each global brands for BofA Merrill Lynch Global Research.**

**Information relating to Non-US affiliates of BofA Merrill Lynch and Distribution of Affiliate Research Reports:**

BofAS and/or MLPF&S or may in the future distribute, information of the following non-US affiliates in the US (short name: legal name, regulator): Merrill Lynch (South Africa): Merrill Lynch South Africa (Pty) Ltd., regulated by The Financial Service Board; MLI (UK): Merrill Lynch International, regulated by the Financial Conduct Authority (FCA) and the Prudential Regulation Authority (PRA); BofASE (France): BofA Securities Europe SA is authorized by the Autorité de Contrôle Prudentiel et de Résolution (ACPR) and regulated by the ACPR and the Autorité des Marchés Financiers (AMF); BAMLI DAC (Milan): Bank of America Merrill Lynch International DAC, Milan Branch, regulated by the Bank of Italy, the European Central Bank (ECB) and the Central Bank of Ireland (CBI); Merrill Lynch (Australia): Merrill Lynch Equities (Australia) Limited, regulated by the Australian Securities and Investments Commission; Merrill Lynch (Hong Kong): Merrill Lynch (Asia Pacific) Limited, regulated by the Hong Kong Securities and Futures Commission (HKSFC); Merrill Lynch (Singapore): Merrill Lynch (Singapore) Pte Ltd, regulated by the Monetary Authority of Singapore (MAS); Merrill Lynch (Canada): Merrill Lynch Canada Inc, regulated by the Investment Industry Regulatory Organization of Canada; Merrill Lynch (Mexico): Merrill Lynch Mexico, SA de CV, Casa de Bolsa, regulated by the Comisión Nacional Bancaria y de Valores; Merrill Lynch (Argentina): Merrill Lynch Argentina SA, regulated by Comisión Nacional de Valores; Merrill Lynch (Japan): Merrill Lynch Japan Securities Co., Ltd., regulated by the Financial Services Agency; Merrill Lynch (Seoul): Merrill Lynch International, LLC Seoul Branch, regulated by the Financial Supervisory Service; Merrill Lynch (Taiwan): Merrill Lynch Securities (Taiwan) Ltd., regulated by the Securities and Futures Bureau; DSP Merrill Lynch (India): DSP Merrill Lynch Limited, regulated by the Securities and Exchange Board of India; Merrill Lynch (Indonesia): PT Merrill Lynch Sekuritas Indonesia, regulated by Otoritas Jasa Keuangan (OJK); Merrill Lynch (Israel): Merrill Lynch Israel Limited, regulated by Israel Securities Authority; Merrill Lynch (Russia): OOO Merrill Lynch Securities, Moscow, regulated by the Central Bank of the Russian Federation; Merrill Lynch (DIFC): Merrill Lynch International (DIFC Branch), regulated by the Dubai Financial Services Authority (DFSA); Merrill Lynch (Spain): Merrill Lynch Capital Markets Espana, S.A.S.V., regulated by Comisión Nacional del Mercado De Valores; Merrill Lynch (Brazil): Bank of America Merrill Lynch Banco Multiplo S.A., regulated by Comissão de Valores Mobiliários; Merrill Lynch KSA Company: Merrill Lynch Kingdom of Saudi Arabia Company, regulated by the Capital Market Authority.

This information: has been approved for publication and is distributed in the United Kingdom (UK) to professional clients and eligible counterparties (as each is defined in the rules of the FCA and the PRA) by MLI (UK), which is authorized by the PRA and regulated by the FCA and the PRA - details about the extent of our regulation by the FCA and PRA are available from us on request; has been approved for publication and is distributed in the European Economic Area (EEA) by BofASE (France), which is authorized by the ACPR and regulated by the ACPR and the AMF; has been considered and distributed in Japan by Merrill Lynch (Japan), a registered securities dealer under the Financial Instruments and Exchange Act in Japan, or its permitted affiliates; is issued and distributed in Hong Kong by Merrill Lynch (Hong Kong) which is regulated by HKSFC; is issued and distributed in Taiwan by Merrill Lynch (Taiwan); is issued and distributed in India by DSP Merrill Lynch (India); and is issued and distributed in Singapore to institutional investors and/or accredited investors (each as defined under the Financial Advisers Regulations) by Merrill Lynch (Singapore) (Company Registration No 198602883D). Merrill Lynch (Singapore) is regulated by MAS. Bank of America N.A., Australian Branch (ARBN 064 874 531), AFS License 412901 (BANA Australia) and Merrill Lynch Equities (Australia) Limited (ABN 65 006 276 795), AFS License 235132 (MLEA) distribute this information in Australia only to 'Wholesale' clients as defined by s.761G of the Corporations Act 2001. With the exception of BANA Australia, neither MLEA nor any of its affiliates involved in preparing this information is an Authorised Deposit-Taking Institution under the Banking Act 1959 nor regulated by the Australian Prudential Regulation Authority. No approval is required for publication or distribution of this information in Brazil and its local distribution is by Merrill Lynch (Brazil) in accordance with applicable regulations. Merrill Lynch (DIFC) is authorized and regulated by the DFSA. Information prepared and issued by Merrill Lynch (DIFC) is done so in accordance with the requirements of the DFSA conduct of business rules. Bank of America Merrill Lynch International DAC, Frankfurt Branch (BAMLI DAC (Frankfurt)) distributes this information in Germany and is regulated by BaFin, the ECB and the CBI. BofA Merrill Lynch entities, including BAMLI DAC and BofASE (France), may outsource/delegate the marketing and/or provision of certain research services or aspects of research services to other branches or members of the BofA Merrill Lynch group. You may be contacted by a different BofA Merrill Lynch entity acting for and on behalf of your service provider where permitted by applicable law. This does not change your service provider. Please use this link http://www.bankofamerica.com/emaildisclaimer for further information.

This information has been prepared and issued by BofAS and/or one or more of its non-US affiliates. The author(s) of this information may not be licensed to carry on regulated activities in your jurisdiction and, if not licensed, do not hold themselves out as being able to do so. BofAS and/or MLPF&S is the distributor of this information in the US and accepts full responsibility for information distributed to BofAS and/or MLPF&S clients in the US by its non-US affiliates. Any US person receiving this information and wishing to effect any transaction in any security discussed herein should do so through BofAS and/or MLPF&S and not such foreign affiliates. Hong Kong recipients of this information should contact Merrill Lynch (Asia Pacific) Limited in respect of any matters relating to dealing in securities or provision of specific advice on securities or any other matters arising from, or in connection with, this information. Singapore recipients of this information should contact Merrill Lynch (Singapore) Pte Ltd in respect of any matters arising from, or in connection with, this information.

**General Investment Related Disclosures:**

Taiwan Readers: Neither the information nor any opinion expressed herein constitutes an offer or a solicitation of an offer to transact in any securities or other financial instrument. No part of this report may be used or reproduced or quoted in any manner whatsoever in Taiwan by the press or any other person without the express written consent of BofA Merrill Lynch.

This document provides general information only, and has been prepared for, and is intended for general distribution to, BofA Merrill Lynch clients. Neither the information nor any opinion expressed constitutes an offer or an invitation to make an offer, to buy or sell any securities or other financial instrument or any derivative related to such securities or instruments (e.g., options, futures, warrants, and contracts for differences). This document is not intended to provide personal investment advice and it does not take into account the specific investment objectives, financial situation and the particular needs of, and is not directed to, any specific person(s). This document and its content do not constitute, and should not be considered to constitute, investment advice for purposes of ERISA, the US tax code, the Investment Advisers Act or otherwise. Investors should seek financial advice regarding the appropriateness of investing in financial instruments and implementing investment strategies discussed or recommended in this document and should understand that statements regarding future prospects may not be realized. Any decision to purchase or subscribe for securities in any offering must be based solely on existing public information on such security or the information in the prospectus or other offering document issued in connection with such offering, and not on this document.

Securities and other financial instruments referred to herein, or recommended, offered or sold by BofA Merrill Lynch, are not insured by the Federal Deposit Insurance Corporation and are not deposits or other obligations of any insured depository institution (including, Bank of America, N.A.). Investments in general and, derivatives, in particular, involve numerous risks, including, among others, market risk, counterparty default risk and liquidity risk. No security, financial instrument or derivative is suitable for all investors. In some cases, securities and other financial instruments may be difficult to value or sell and reliable information about the value or risks related to the security or financial instrument may be difficult to obtain. Investors should note that income from such securities and other financial instruments, if any, may fluctuate and that price or value of such securities and instruments may rise or fall and, in some cases, investors may lose their entire principal investment. Past performance is not necessarily a guide to future performance. Levels and basis for taxation may change.

This report may contain a short-term trading idea or recommendation, which highlights a specific near-term catalyst or event impacting the issuer or the market that is anticipated to have a short-term price impact on the equity securities of the issuer. Short-term trading ideas and recommendations are different from and do not affect a stock's fundamental equity rating, which reflects both a longer term total return expectation and attractiveness for investment relative to other stocks within its Coverage Cluster. Short-term trading ideas and recommendations may be more or less positive than a stock's fundamental equity rating.

BofA Merrill Lynch is aware that the implementation of the ideas expressed in this report may depend upon an investor's ability to "short" securities or other financial instruments and that such action may be limited by regulations prohibiting or restricting "shortselling" in many jurisdictions. Investors are urged to seek advice regarding the applicability of such regulations prior to executing any short idea contained in this report.

Foreign currency rates of exchange may adversely affect the value, price or income of any security or financial instrument mentioned herein. Investors in such securities and instruments, including ADRs, effectively assume currency risk.

UK Readers: The protections provided by the U.K. regulatory regime, including the Financial Services Scheme, do not apply in general to business coordinated by BofA Merrill Lynch entities located outside of the United Kingdom.

BofAS or one of its affiliates is a regular issuer of traded financial instruments linked to securities that may have been recommended in this report. BofAS or one of its affiliates may, at any time, hold a trading position (long or short) in the securities and financial instruments discussed in this report.

BofA Merrill Lynch, through business units other than BofA Merrill Lynch Global Research, may have issued and may in the future issue trading ideas or recommendations that are inconsistent with, and reach different conclusions from, the information presented herein. Such ideas or recommendations may reflect different time frames, assumptions, views and analytical methods of the persons who prepared them, and BofA Merrill Lynch is under no obligation to ensure that such other trading ideas or recommendations are brought to the attention of any recipient of this information.

In the event that the recipient received this information pursuant to a contract between the recipient and BofAS for the provision of research services for a separate fee, and in connection therewith BofAS may be deemed to be acting as an investment adviser, such status relates, if at all, solely to the person with whom BofAS has contracted directly and does not extend beyond the delivery of this report (unless otherwise agreed specifically in writing by BofAS If such recipient uses the services of BofAS in connection with the sale or purchase of a security referred to herein, BofAS may act as principal for its own account or as agent for another person. BofAS is and continues to act solely as a broker-dealer in connection with the execution of any transactions, including transactions in any securities referred to herein.

**Copyright and General Information:**

Copyright 2019 Bank of America Corporation. All rights reserved. iQprofile℠, iQmethod℠ are service marks of Bank of America Corporation. iQdatabase® is a registered service mark of Bank of America Corporation. This information is prepared for the use of BofA Merrill Lynch clients and may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the express written consent of BofA Merrill Lynch. BofA Merrill Lynch Global Research information is distributed simultaneously to internal and client websites and other portals by BofA Merrill Lynch and is not publicly-available material. Any unauthorized use or disclosure is prohibited. Receipt and review of this information constitutes your agreement not to redistribute, retransmit, or disclose to others the contents, opinions, conclusion, or information contained herein (including any investment recommendations, estimates or price targets) without first obtaining express permission from an authorized officer of BofA Merrill Lynch.

Materials prepared by BofA Merrill Lynch Global Research personnel are based on public information. Facts and views presented in this material have not been reviewed by, and may not reflect information known to, professionals in other business areas of BofA Merrill Lynch, including investment banking personnel. BofA Merrill Lynch has established information barriers between BofA Merrill Lynch Global Research and certain business groups. As a result, BofA Merrill Lynch does not disclose certain client relationships with, or compensation received from, such issuers. To the extent this material discusses any legal proceeding or issues, it has not been prepared as nor is it intended to express any legal conclusion, opinion or advice. Investors should consult their own legal advisers as to issues of law relating to the subject matter of this material. BofA Merrill Lynch Global Research personnel's knowledge of legal proceedings in which any BofA Merrill Lynch entity and/or its directors, officers and employees may be plaintiffs, defendants, co-defendants or co-plaintiffs with or involving issuers mentioned in this material is based on public information. Facts and views presented in this material that relate to any such proceedings have not been reviewed by, discussed with, and may not reflect information known to, professionals in other business areas of BofA Merrill Lynch in connection with the legal proceedings or matters relevant to such proceedings.

This information has been prepared independently of any issuer of securities mentioned herein and not in connection with any proposed offering of securities or as agent of any issuer of any securities. None of BofAS any of its affiliates or their research analysts has any authority whatsoever to make any representation or warranty on behalf of the issuer(s). BofA Merrill Lynch Global Research policy prohibits research personnel from disclosing a recommendation, investment rating, or investment thesis for review by an issuer prior to the publication of a research report containing such rating, recommendation or investment thesis.

Any information relating to the tax status of financial instruments discussed herein is not intended to provide tax advice or to be used by anyone to provide tax advice. Investors are urged to seek tax advice based on their particular circumstances from an independent tax professional.

The information herein (other than disclosure information relating to BofA Merrill Lynch and its affiliates) was obtained from various sources and we do not guarantee its accuracy. This information may contain links to third-party websites. BofA Merrill Lynch is not responsible for the content of any third-party website or any linked content contained in a third-party website. Content contained on such third-party websites is not part of this information and is not incorporated by reference. The inclusion of a link does not imply any endorsement by or any affiliation with BofA Merrill Lynch. Access to any third-party website is at your own risk, and you should always review the terms and privacy policies at third-party websites before submitting any personal information to them. BofA Merrill Lynch is not responsible for such terms and privacy policies and expressly disclaims any liability for them.

All opinions, projections and estimates constitute the judgment of the author as of the date of publication and are subject to change without notice. Prices also are subject to change without notice. BofA Merrill Lynch is under no obligation to update this information and BofA Merrill Lynch's ability to publish information on the subject issuer(s) in the future is subject to applicable quiet periods. You should therefore assume that BofA Merrill Lynch will not update any fact, circumstance or opinion contained herein.

Subject to the quiet period applicable under laws of the various jurisdictions in which we distribute research reports and other legal and BofA Merrill Lynch policy-related restrictions on the publication of research reports, fundamental equity reports are produced on a regular basis as necessary to keep the investment recommendation current.

Certain outstanding reports or investment opinions relating to securities, financial instruments and/or issuers may no longer be current. Always refer to the most recent research report relating to an issuer prior to making an investment decision.

In some cases, an issuer may be classified as Restricted or may be Under Review or Extended Review. In each case, investors should consider any investment opinion relating to such issuer (or its security and/or financial instruments) to be suspended or withdrawn and should not rely on the analyses and investment opinion(s) pertaining to such issuer (or its securities and/or financial instruments) nor should the analyses or opinion(s) be considered a solicitation of any kind. Sales persons and financial advisors affiliated with BofAS or any of its affiliates may not solicit purchases of securities or financial instruments that are Restricted or Under Review and may only solicit securities under Extended Review in accordance with firm policies.

Neither BofA Merrill Lynch nor any officer or employee of BofA Merrill Lynch accepts any liability whatsoever for any direct, indirect or consequential damages or losses arising from any use of this information.

Bank of America
Merrill Lynch

CR