Oil & Gas Exploration & Production: Exploration & Production

# COWEN

# CABOT OIL & GAS CORP.

## EQUITY RESEARCH

July 26, 2019

**Price: $21.79** (07/25/2019)
**Price Target: $29.00**

### OUTPERFORM (1)

**David Deckelbaum, CFA**
646 562 1440
david.deckelbaum@cowen.com

**Gabe Daoud, Jr.**
646 562 1411
gabe.daoud@cowen.com

**Adam Meyers**
646 562 1325
adam.meyers@cowen.com

**Kathy Yang**
646 562 1382
kathy.yang@cowen.com

**Hieu Pham, CFA**
646 562 1304
hieu.pham@cowen.com

### Key Data

| | |
|---|---|
| Symbol | NYSE: COG |
| Market Cap (MM) | $9,223.4 |

QUICK TAKE: EARNINGS UPDATE

# 2Q19 QUICK TAKE: COG CONFIRMS LOWER '20 OUTLOOK AMIDST WEAK MACRO

### THE COWEN INSIGHT

COG beat 2Q DCPS by 4% (+pricing, = vols) while capex was +6% vs our ests. Investors will focus on lower '19 prod guide of 16-18% (-3% vs our model) and 1% higher capex while '20 growth is moderated to 5% (-4% vs our ests due to lower '19 guide). FY20 FCF guide of $382.5m at these levels implies a solid 12% decline in cash unit costs. Still, the lower 2H19 implied guide likely weighs on shares.

**Key Points for the Call**

- **Long-Term Production Growth Outlook:** COG issued a preliminary FY20 production growth outlook of 5%, which is half of relatively stale current street expectations but in-line with recent mgmt conversations and our prior 7% growth outlook. Capital prudence in the face of sub-$2.50/Mcf 2020 gas makes perfect sense particularly given an un-hedged profile and we believe the company will discuss its rationale behind this decision. COG is also likely to comment on growth expectations beyond 2020 as it moves away from double-digit growth in favor of higher free cash and dividend yields that can compete with all industries. Prior long-term outlooks suggested annual maintenance capex in 2018-2020 of $500m that presumably reflects sub $500m capex in the latter portion of the outlook as 2020 guidance effectively grows 4Q19 implied production by 1% for $700-725m.

- **FY19 Guidance:** COG lowered its total production growth guidance to 16%-18% (24%-26% on a debt-adj per share basis) from 20% (27% on debt-adj per share basis) previously. This change was partially driven by an adjacent acreage acquisition to an 8-well pad for increased avg lateral lengths of 12,450 ft vs 8,950 ft previously that resulted in expanded cycle times for 4Q production. We expect the company to provide more detail on this dynamic as well as comment on the potential to execute similar transactions across its leasehold. We note that 3Q guidance is 3% below estimates and 4Q is implied 9% below prior estimates.

- **Increased Buybacks vs Dividend Yield:** COG's Board authorized a 25mm share increase in its share repurchase program, bringing the current remaining authorization to 31.5mm shares (~8% of its current shares outstanding). We anticipate that investors will gauge the company's appetite to execute these immediately at current stock price levels vs. 2Q19's average repurchase price of $24.63/sh. The company may also highlight its outlook for future dividend increases as the company left its quarterly dividend unchanged at $0.09/sh.

- **Cost Initiatives:** COG estimates $375-400m of FCF in 2020 at $2.50/Mcf gas that we estimate implies a total unit cast cost reduction of 12% to $0.82/Mcf in 2020 vs. $0.92/Mcf in 2Q19. We expect greater color on where these savings will come in on the call.

- **PA Severance Tax:** Given the severance tax proposal of $0.09/Mcf up to $3/Mcf, we expect COG to comment on the potential FCF impact and likelihood of future severance taxes in PA.

- **Industry Consolidation:** It is our view that COG will comment on potential M&A among Marcellus producers. COG has previously noted that it wasn't interested in merging with other Marcellus players and that most competitors have levered balance sheets, which

Please see pages 4 to 7 of this report for important disclosures.    **COWEN**.COM

makes consolidation challenging. The Company has also abandoned prior exploration forays.

■ **NE Infrastructure Outlook/In-Basin Demand Projects:** COG previously noted it was seeing new midstream projects of interest in northeast and southern markets for its natural gas production so the company may provide more color on the call. In-basin demand projects in northeast PA could also be highlighted as future catalysts for pricing improvement..

■ **Upper Marcellus:** With the Upper Marcellus accounting for roughly half of the company's inventory, we expect investors to look for an update on the productivity of COG's 10-15 wells planned for FY19 compared to its current 2.9 Bcfe/1,000 ft EUR assumption and 4.4 Bcfe/1000 ft. for Lower Marcellus wells.

**Results from the Quarter**

| Cabot Oil & Gas | Actual | Cowen | Street | Guidance | Variance Cowen | Variance Street |
|---|---|---|---|---|---|---|
| **Production** | | | | | | |
| Oil Production (Mbo/d) | 0.0 | 0.0 | 0.0 | | 0% | 0% |
| Gas Production (Mmcf/d) | 2,349.5 | 2,348.0 | 2,342.3 | | 0% | 0% |
| NGL Production (Mboe/d) | 0.0 | 0.00 | 0.0 | | 0% | 0% |
| **Total Production (MMcfe/d)** | **2,349.5** | **2,348.0** | **2,343.3** | **2,300 - 2,350** | **0%** | **0%** |
| | | | | | | |
| **Realized Prices (Ex-Hedges)** | | | | | | |
| Natural Gas ($/Mcf) | $ 2.27 | $ 2.15 | $ 2.32 | | 6% | -2% |
| **Revenue ($/MCFE)** | $ 2.27 | $ 2.15 | | | | |
| | | | | | | |
| **Unit Operating Costs** | | | | **FY19 Guidance** | | |
| Lease Operating Expense ($/MCFE) | $0.08 | $0.08 | | **$0.08 - $0.09** | 0% | |
| Transportation ($/MCFE) | $0.66 | $0.67 | | **$0.66 - $0.68** | -1% | |
| Severance and other taxes ($/MCFE) | $0.02 | $0.03 | | **$0.02 - $0.03** | -20% | |
| G&A - Net ($/MCFE) | $0.08 | $0.08 | | **~$0.07*** | 7% | |
| **Total Unit Cash Op Costs ($/MCFE)** | **$ 0.85** | **$ 0.85** | | **$0.83 - $0.87** | **0%** | |
| | | | | | | |
| **Cash Operating Margin ($/MCFE)** | $ 1.42 | $ 1.30 | | | 9% | |
| **CAPEX** | $220 | $208 | $203 | | 6% | 9% |
| **Earnings** | | | | | | |
| EBITDAX | $311.1 | $302.3 | $298.8 | | 3% | 4% |
| DCF ($/share) | $0.72 | $0.65 | $0.69 | | 10% | 4% |
| **Adj. EPS ($/share)** | **$0.36** | **$0.34** | **$ 0.34** | | | |

*Cash G&A guidance of $62-$66mm, assumes COG's 20% production growth guidance for FY19

| Wells Drilled | Actual | Cowen | Variance |
|---|---|---|---|
| Gross | 24 | 26 | -8% |
| Net | 24 | 26 | -8% |
| **Wells Completed** | **Actual** | **Cowen** | **Variance** |
| Gross | 28 | 18 | 56% |
| Net | 28 | 18 | 56% |

Source: Cowen and Company, Company Reports

■ 2Q total production of 2,349 MMcfe/D was in-line our estimate of ~2,348 MMcfe/D and consensus of ~2,343 MMcfe/D while also at the high end of its 2,300-2,350 MMcfe/D guidance.

■ 2Q adjusted EPS of $0.36 beat our estimate of $0.34 and consensus of $0.34.

COWEN
EQUITY RESEARCH

Case 4:21-cv-02045    Document 143-6    Filed 01/22/23 in TXSD    Page 3 of 7
Cabot Oil & Gas Corp.
July 26, 2019

- 2Q adjusted DCF/sh of $0.72 beat our estimate of $0.65 and consensus of $0.69.

- 2Q EBITDAX of ~$311mm beat our estimate of ~$302.3mm and consensus of ~$299mm.

- 2Q capex of ~$220mm missed our estimate of $208mm and consensus of ~$203mm.

- 2Q FCF of ~$73mm missed our ~$98mm estimate.

- 2Q natural gas realized prices were $2.27/Mcf compared to our estimate of $2.15 and consensus of $2.32.

- 2Q cash unit costs per mcfe of $0.85 was in-line with our estimate of $0.85.

## Guidance Highlights

- **3Q19 Total Production:** COG guided 3Q19 total production at 2,360 - 2,410MMcfe/D which is 3% lower than our ~2,453 MMcfe/D estimate and the street at ~2,456 MMcfe/D.

- **FY19 Capex:** COG increased FY19 total capex guidance to $800-$820mm from $800mm previously to reflect incremental D&C activity on an 8-well pad and increased drilling activity of 4 net wells.

- **FY19 Total Production:** COG reduced its FY19 total production growth guidance to 16%-18% (24%-26% on a debt-adj per share basis) from 20% (27% on debt-adj per share basis) due to a change in operating plan.

- **FY19 Differential:** COG reaffirmed its FY19 differential guidance of ($0.35) - ($0.30).

- **2019E FCF:** COG updated its FY19 FCF guidance to $500 - $525mm at $2.60, $550-$575mm at $2.70, and $600-$625mm at $2.80. This is a 2% reduction compared to COG's previous guide of $500-$550mm at $2.50 NYMEX, $600-$650 at $2.75 and $700-$750mm at $3.00/mcf cases.

- **FY19 Wells:** COG increased its guidance for net wells drilled an completed to ~90 compared to 85-90 previously and also increased its guidance for net wells placed on production to 85 from 80-85 previously.

- **FY20 Total Production/Capex/FCF:** COG provided preliminary production growth guidance of 5% (7%-8% on a debt-adjusted per share basis). Preliminary capex guidance for 2020 is $700 - $725mm and is expected to deliver $375-$400mm of FCF at $2.50 NYMEX and $525 - $550mm at a $2.75 NYMEX price. This production growth guide is lower than street estimates at ~10% growth and slightly below our ~7% growth estimate. Capex guide is in-line with us at $708mm and the street at $720mm.

- **FY20 Natural Gas Differential:** COG sees average differentials being similar to FY19 at ($0.30)-($0.35).

## Call Details

- Friday, July 26th at 9:30 AM ET.

## VALUATION METHODOLOGY AND RISKS

### Valuation Methodology

**Exploration & Production:**

Our valuation methodology may include two approaches: a relative value approach or an intrinsic value approach. Our relative value approach relies upon P/CF, EV/DACF, and EV/EBITDA as the most relevant metrics. Our intrinsic value approach utilizes discounted cash flow (DCF) methodology as well as our sum-of-the-parts NAV analysis, which values a company based on its proved reserves, unproved resources and selected balance sheet items. Key assumptions underlying our DCF/NAV analysis include an asset's development timeline, prospectivity and differentials and each well's development costs, initial rates, operating costs and ultimate recovery.

### Investment Risks

**Exploration & Production:**

The oil and gas exploration and production industry is one of the most volatile and unpredictable industries in the economy. The industry's key investment risk is its exposure to oil and gas prices, whose price and volatility are affected by expectations of the strength of the global economy and world's demand for energy. While crude oil is a global market, the natural gas market in North America is more regional in nature and is thus more exposed to market fundamentals in the United States, Canada and Mexico.

The E&P industry has recently undergone a technological shift as unconventional drilling has become more prevalent. Since unconventional drilling and fracturing are recent developments, uncertainty concerning the regulation of these practices presents an investment risk. Environmental concerns relating to waste water disposal and drilling regulations on the state and federal level present risks that may reduce the value of a company's proven or potential reserves. A recent USGS study pointed to an increase in earthquakes caused by waste water disposal. Additionally, the EPA recently issued restrictions on fracking on federal land. Increasing regulation of offshore drilling activities also presents an investment risk in the wake of the BP Macondo disaster.

In Canada the E&P industry is seasonal due to the spring break-up, which is when the ground frost melts and local authorities restrict heavy equipment on the roads and highways. The duration of spring break-up is weather dependent and it annually varies in duration. The length of spring break-up directly impacts an operator's ability to grow production.

### Risks To The Price Target

Risks to our target include higher/lower cash flow per share owing to differences in commodity prices, capital spending, asset productivity, infrastructure availability, cost structure or other factors. In addition, the company's CFPS multiple could expand/contract due to greater/fewer perceived risks, including the risks detailed above: financial risk, reinvestment risk and commodity risk. Future takeaway capacity out of basin may not commence on time and negatively affect our pricing and NAV outlook.

## ADDENDUM

### Stocks Mentioned In Important Disclosures

| Ticker | Company Name |
| --- | --- |
| COG | Cabot Oil & Gas Corp. |

### Analyst Certification

Each author of this research report hereby certifies that (i) the views expressed in the research report accurately reflect his or her personal views about any and all of the subject securities or issuers, and (ii) no part of his or her compensation was, is, or will be related, directly or indirectly, to the specific recommendations or views expressed in this report.

### Important Disclosures

Cowen and Company, LLC and or its affiliates make a market in the stock of Cabot Oil & Gas Corp. securities.

Cowen and Company, LLC compensates research analysts for activities and services intended to benefit the firm's investor clients. Individual compensation determinations for research analysts, including the author(s) of this report, are based on a variety of factors, including the overall profitability of the firm and the total revenue derived from all sources, including revenues from investment banking, sales and trading or principal trading revenues. Cowen and Company, LLC does not compensate research analysts based on specific investment banking transactions or specific sales and trading or principal trading revenues.

### Disclaimer

Our research reports are simultaneously available to all clients are on our client website. Research reports are for our clients only. Not all research reports are disseminated, e-mailed or made available to third-party aggregators. Cowen and Company, LLC is not responsible for the redistribution of research by third party aggregators. Selected research reports are available in printed form in addition to an electronic form. All published research reports can be obtained on the firm's client website, https://cowenlibrary.bluematrix.com/client/library.jsp.

The information, opinions, estimates and forecasts are as of the date of this report and subject to change without prior notification. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Research reports are published at irregular intervals as appropriate in the analyst's judgement.

Further information on subject securities may be obtained from our offices. This research report is published solely for information purposes, and is not to be construed as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Other than disclosures relating to Cowen and Company, LLC, the information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete statement or summary of the available data. Any opinions expressed herein are statements of our judgment on this date and are subject to change without notice. The opinions and recommendations herein do not take into account individual client circumstances, objectives or needs and are not intended as recommendations of investment strategy. The recipients of this report must make their own independent decisions regarding any securities subject to this research report. In some cases, securities and other financial instruments may be difficult to value or sell and reliable information about the value or risks related to the security or financial instrument may be difficult to obtain. To the extent that this report discusses any legal proceedings or issues, it has not been prepared to express or intended to express any legal conclusion, opinion or advice. Our salespeople, traders and other professionals may provide oral or written market commentary or trading strategies to our clients that reflect opinions that are contrary to the opinions expressed in our research. Our principal trading area and investing businesses may make investment decisions that are inconsistent with recommendations or views expressed in our research. Cowen and Company, LLC maintains physical, electronic and procedural information barriers to address the flow of information between and among departments within Cowen and Company, LLC in order to prevent and avoid conflicts of interest with respect to analyst recommendations.

For important disclosures regarding the companies that are the subject of this research report, please contact Compliance Department, Cowen and Company, LLC, 599 Lexington Avenue, 20th Floor, New York, NY 10022. In addition, the same important disclosures, with the exception of the valuation methods and risks, are available on the Firm's disclosure website at https://cowen.bluematrix.com/sellside/Disclosures.action.

**Equity Research Price Targets:** Cowen and Company, LLC assigns price targets on all companies covered in equity research unless noted otherwise. The equity research price target for an issuer's stock represents the value that the analyst reasonably expects the stock to reach over a performance period of twelve months. Any price targets in equity securities in this report should be considered in the context of all prior published Cowen and Company, LLC equity research reports (including the disclosures in any such equity report or on the Firm's disclosure website), which may or may not include equity research price targets, as well as developments relating to the issuer, its industry and the financial markets. For equity research price target valuation methodology and risks associated with the achievement of any given equity research price target, please see the analyst's equity research report publishing such targets.

**Cowen Cross-Asset Research:** Due to the nature of the fixed income market, the issuers or debt securities of the issuers discussed in "Cowen Cross-Asset Research" reports do not assign ratings and price targets and may not be continuously followed. Accordingly, investors must regard such branded reports as providing stand-alone analysis and reflecting the analyst's opinion as of the date of the report and should not expect continuing analysis or additional reports relating to such issuers or debt securities of the issuers.

From time to time "Cowen Cross-Asset Research" analysts provide investment recommendations on securities that are the subject of this report. These recommendations are intended only as of the time and date of publication and only within the parameters specified in each individual report. "Cowen Cross-Asset Research" investment recommendations are made strictly on a case-by-case basis, and no recommendation is provided as part of an overarching rating system or other set of consistently applied benchmarks. The views expressed in "Cross-Asset Research" report may differ from the views offered in the firm's equity research reports prepared for our clients.

**Notice to UK Investors:** This publication is produced by Cowen and Company, LLC which is regulated in the United States by FINRA. It is to be communicated only to persons of a kind described in Articles 19 and 49 of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005. It must not be further transmitted to any other person without our consent.

**Notice to European Union Investors:** Individuals producing recommendations are required to obtain certain licenses by the Financial Regulatory Authority (FINRA). You can review the author's current licensing status and history, employment history and, if any, reported regulatory, customer dispute, criminal and other matters via "Brokercheck by FINRA" at http://brokercheck.finra.org/. An individual's licensing status with FINRA should not be construed as an endorsement by FINRA. General biographical information is also available for each Research Analyst at www.cowen.com.

Additionally, the complete preceding 12-month recommendations history related to recommendation in this research report is available at https://cowen.bluematrix.com/sellside/Disclosures.action

The recommendation contained in this report was produced at July 26, 2019, 08:44 ET. and disseminated at July 26, 2019, 08:44 ET.

**Copyright, User Agreement and other general information related to this report**

**COWEN**
EQUITY RESEARCH

**Cabot Oil & Gas Corp.**
July 26, 2019

© 2019 Cowen and Company, LLC. All rights reserved. Member NYSE, FINRA and SIPC. This research report is prepared for the exclusive use of Cowen clients and may not be reproduced, displayed, modified, distributed, transmitted or disclosed, in whole or in part, or in any form or manner, to others outside your organization without the express prior written consent of Cowen. Cowen research reports are distributed simultaneously to all clients eligible to receive such research reports. Any unauthorized use or disclosure is prohibited. Receipt and/or review of this research constitutes your agreement not to reproduce, display, modify, distribute, transmit, or disclose to others outside your organization. All Cowen trademarks displayed in this report are owned by Cowen and may not be used without its prior written consent.

**Cowen and Company, LLC. New York** 646 562 1010 **Boston** 617 946 3700 **San Francisco** 415 646 7200 **Chicago** 312 577 2240 **Cleveland** 440 331 3531 **Atlanta** 866 544 7009 **Stamford** 646 616 3000 **Washington, D.C.** 202 868 5300 **London** (affiliate) 44 207 071 7500

**COWEN AND COMPANY EQUITY RESEARCH RATING DEFINITIONS**

**Outperform (1):** The stock is expected to achieve a total positive return of at least 15% over the next 12 months

**Market Perform (2):** The stock is expected to have a total return that falls between the parameters of an Outperform and Underperform over the next 12 months

**Underperform (3):** Stock is expected to achieve a total negative return of at least 10% over the next 12 months

**Assumption:** The expected total return calculation includes anticipated dividend yield

## Cowen and Company Equity Research Rating Distribution

**Distribution of Ratings/Investment Banking Services (IB) as of 06/30/19**

| Rating | Count | Ratings Distribution | Count | IB Services/Past 12 Months |
|---|---|---|---|---|
| Buy (a) | 495 | 63.38% | 114 | 23.03% |
| Hold (b) | 279 | 35.72% | 14 | 5.02% |
| Sell (c) | 7 | 0.90% | 0 | 0.00% |

(a) Corresponds to "Outperform" rated stocks as defined in Cowen and Company, LLC's equity research rating definitions. (b) Corresponds to "Market Perform" as defined in Cowen and Company, LLC's equity research ratings definitions. (c) Corresponds to "Underperform" as defined in Cowen and Company, LLC's equity research ratings definitions. Cowen and Company Equity Research Rating Distribution Table does not include any company for which the equity research rating is currently suspended or any debt security followed by Cowen Credit Research and Trading.

Note: "Buy", "Hold" and "Sell" are not terms that Cowen and Company, LLC uses in its ratings system and should not be construed as investment options. Rather, these ratings terms are used illustratively to comply with FINRA regulation.



Cabot Oil & Gas Corp. Rating History as of 07/25/2019

**Legend for Price Chart:**

I = Initiation | 1 = Outperform | 2 = Market Perform | 3 = Underperform | UR = Price Target Under Review | T = Terminated Coverage | $xx = Price Target | NA = Not Available | S=Suspended

**COWEN**.COM

## POINTS OF CONTACT

**Reaching Cowen**

### Main U.S. Locations

| **New York** | **Boston** | **Cleveland** | **San Francisco** |
|---|---|---|---|
| 599 Lexington Avenue | Two International Place | 20006 Detroit Road | One Maritime Plaza, 9th Floor |
| New York, NY 10022 | Boston, MA 02110 | Suite 100 | San Francisco, CA 94111 |
| 646 562 1010 | 617 946 3700 | Rocky River, OH 44116 | 415 646 7200 |
| 800 221 5616 | 800 343 7068 | 440 331 3531 | 800 858 9316 |

| **Atlanta** | **Chicago** | **Stamford** | **Washington, D.C.** |
|---|---|---|---|
| 3399 Peachtree Road NE | 181 West Madison Street | 262 Harbor Drive | 2900 K Street, NW |
| Suite 417 | Suite 3135 | Stamford, CT 06902 | Suite 520 |
| Atlanta, GA 30326 | Chicago, IL 60602 | 646 616 3000 | Washington, DC 20007 |
| 866 544 7009 | 312 577 2240 | | 202 868 5300 |

### International Location

**Cowen International Limited**

**London**

1 Snowden Street - 11th Floor
London EC2A 2DQ
United Kingdom
44 20 7071 7500



