

26 July 2019
Americas/United States
**Equity Research**
Oil & Gas Exploration & Production

# Cabot Oil & Gas Corporation (COG)

**DECREASE TARGET PRICE**

## Lowering Target on Disappointing 2019-20 Guide

| Rating | **NEUTRAL** |
|---|---|
| Price (25-Jul-19, US$) | 21.79 |
| Target price (US$) | (from 22.00) 19.00 |
| 52-week price range (US$) | 27.43 - 21.18 |
| Market cap(US$ m) | 9,223 |
| Enterprise value (US$ m) | 10,171 |

Target price is for 12 months.

**Research Analysts**

**William Featherston**
212 325 6283
william.featherston@credit-suisse.com

**Michael Ziffer, CFA**
212 538 0568
michael.ziffer@credit-suisse.com

**William Janela, CFA**
212 325 2646
william.janela@credit-suisse.com

**Christopher Zhang, CFA**
212 325 4431
chris.zhang@credit-suisse.com

■ **Slowing growth/capex strategy reduces 2021+ FCF generation and is modestly dilutive to valuation.** While revised 2019 guidance didn't help, we think the main driver behind today's share price underperformance was COG's disappointing 2020 outlook (+5% YoY growth with a $700-$725MM budget vs. consensus +10% YoY at similar capex). This slower growth/capex strategy is an effort to maximize FCF at lower gas prices, but also suggests COG is losing operational/logistical efficiencies as it moves to larger pads and operates a much larger production base. We've lowered our 2020-23 volume CAGR from ~8% to ~5%, which reduced COG's estimated cumulative FCF surplus by ~$325MM assuming strip prices and leaves it trading ~0.5x more expensive on 2020+ EV/EBITDX. Earlier today we lowered 2020E CFPS by ~3.5% and cut 2021+ forecasts by ~10%.

■ **Increases 2019 budget while lowering growth guidance.** COG raised its 2019 capex budget by ~1% to $800-$825MM (extending lateral footage on a large 8-well pad & adding 4 incremental wells to the 2019 program due to faster drilling times), a relatively negligible increase but nonetheless at odds with heightened investor scrutiny on spending. Meanwhile, it cut 2019 growth guidance to 16-18% (from 20%) as the cycle time associated with longer laterals pushes out the production contribution from the pad project into 1Q20. 3Q19 guidance of ~2,360-2,410 MMcfed was ~3% below expectations.

■ **2Q print modestly better than expected.** Clean 2Q CFPS of $0.73 beat consensus/CSe $0.69/$0.68, with EBITDX of $312MM (+38% YoY) ~3-4% above expectations. 2Q volumes of 2,349 MMcfed (+24% YoY) were at the top-end of guidance but in line with expectations. 2Q capex of $228MM was above consensus/CSe $203/$215MM, still enabling a FCF surplus of $40MM (post-dividends). COG repurchased 5MM shares in 2Q and increased its buyback authorization by 35MM (31.5MM shares remaining).

■ **Expensive vs. peers.** Our $19 TP (was $22) is based on ~7.0x normalized 2020E EV/EBITDX and ~1.0x NAV. Risks: gas prices/differentials, execution.

### Share price performance



On 25-Jul-2019 the S&P 500 INDEX closed at 3003.67
Daily Jul26, 2018 - Jul25, 2019, 07/26/18 = US$24.72

| Quarterly CFPS | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 2018A | 0.61 | 0.44 | 0.69 | 1.16 |
| 2019E | 1.17 | 0.73 | 0.61 | 0.79 |
| 2020E | - | - | - | - |

### Financial and valuation metrics

| Year | 12/18A | 12/19E | 12/20E | 12/21E |
|---|---|---|---|---|
| EBITDX (US$ m) | 1,307.7 | 1,425.8 | 1,251.3 | 1,312.7 |
| CFPS (US$) | 2.88 | 3.30 | 2.75 | 2.80 |
| Prev. CFPS (US$) | - | - | - | - |
| DACF | 1,349.8 | 1,439.1 | 1,166.9 | 1,168.8 |
| ROACE (%) | 0.17 | 0.23 | 0.17 | 0.18 |
| EV/EBITDX | 7.8 | 7.1 | 8.1 | 7.8 |
| EV/DACF | 7.6 | 7.1 | 8.7 | 8.7 |
| Net debt (US$ m) | 969 | 947 | 871 | 744 |
| EPS (CS Adj.) (US$) | 1.19 | 1.75 | 1.45 | 1.60 |

| | | | |
|---|---|---|---|
| Dividend (current qtr., US$) | 149.7 | Dividend yield (%) | 1.6 |
| Net debt (current, US$) | 922.4 | Net debt/Cap (%) | 0.27 |
| NAV/share (12/19E, US$ m) | 19.27 | Net debt/EBITDX (x) | 0.66 |
| P/NAV (x) | 1.1 | Number of shares (m) | 423.3 |
| Free float (%) | 87.2 | | |

Source: Company data, Refinitiv, Credit Suisse estimates

**DISCLOSURE APPENDIX AT THE BACK OF THIS REPORT CONTAINS IMPORTANT DISCLOSURES, ANALYST CERTIFICATIONS, LEGAL ENTITY DISCLOSURE AND THE STATUS OF NON-US ANALYSTS.** US Disclosure: Credit Suisse does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the Firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

taj.parmesar@nera.com Taj Parmesar 12/05/22 09:09:11 PM Oliver Wyman, Inc.

**CREDIT SUISSE**

26 July 2019

# Cabot Oil & Gas Corporation (COG)

Price (25 Jul 2019): **US$21.79**; Rating: **NEUTRAL**; Target Price: **(from 22.00) 19.00**; Analyst: **William Featherston**

| Income Statement | 12/18A | 12/19E | 12/20E | 12/21E |
|---|---|---|---|---|
| **EBITDX (US$ m)** | **1,308** | **1,426** | **1,251** | **1,313** |
| DACF | 1,350 | 1,439 | 1,167 | 1,169 |
| Net interest income (exp) | 70 | 60 | 59 | 60 |
| Net non operating inc (exp) | 26 | 13 | 10 | 7 |
| Share of associates/JVs' equity | - | - | - | - |
| Exceptionals | 26 | 13 | 10 | 7 |
| **Profit before tax (US$ m)** | **706** | **955** | **775** | **839** |
| Taxes | 175 | 222 | 189 | 201 |
| Profit after tax | 531 | 732 | 586 | 638 |
| Extraordinary gain/(loss) | 0 | 0 | 0 | 0 |
| Non-controlling interest (minority) | - | - | - | - |
| Preferred dividends | - | - | - | - |
| **Adjusted net income (US$ m)** | **531** | **732** | **586** | **638** |

| Cash Flow | 12/18A | 12/19E | 12/20E | 12/21E |
|---|---|---|---|---|
| Change in working capital | (163) | 104 | 0 | 0 |
| Other cash and non-cash items | 518 | 376 | 292 | 221 |
| Cash flow from operations | 1,105 | 1,483 | 1,116 | 1,113 |
| Capex | (894) | (813) | (698) | (708) |
| Acquisitions | 0 | 0 | 0 | 0 |
| Divestments | - | - | - | - |
| Other investment/(outflows) | | | | |
| Cashflow from investment | (293) | (815) | (698) | (708) |
| **Operating cash flow** | **1,104.9** | **1,482.7** | **1,116.4** | **1,113.3** |

| Balance Sheet | 12/18A | 12/19E | 12/20E | 12/21E |
|---|---|---|---|---|
| Cash and cash equivalents | 545 | 506 | 489 | 428 |
| Other current assets | 0 | 0 | 0 | 0 |
| **Total current assets** | **545** | **506** | **489** | **428** |
| Total fixed assets | 3,464 | 3,879 | 4,161 | 4,455 |
| Other assets | 191 | 233 | 233 | 233 |
| **Total assets** | **4,199** | **4,618** | **4,882** | **5,116** |
| Total current liabilities | 287 | 234 | 234 | 234 |
| Long-term debt | 1,226 | 1,220 | 1,126 | 938 |
| **Other Liabilities** | **597** | **850** | **964** | **1,026** |
| **Total liabilities** | **2,111** | **2,304** | **2,324** | **2,198** |
| Shareholders' equity | 2,088 | 2,314 | 2,559 | 2,918 |
| Minority interest | - | - | - | - |
| Total equity and liabilities | 4,199 | 4,618 | 4,882 | 5,116 |

| Per share | 12/18A | 12/19E | 12/20E | 12/21E |
|---|---|---|---|---|
| Equiv. FPO (period Avg.) (mn) | 445.63 | 418.01 | 404.89 | 399.39 |
| CFPS (US$) | 2.88 | 3.30 | 2.75 | 2.80 |
| Prev. CFPS (US$) | - | - | - | - |
| DPS (US$) | 0.25 | 0.34 | 0.40 | 0.44 |

| Total Production | 12/18A | 12/19E | 12/20E | 12/21E |
|---|---|---|---|---|
| Total Production (MBoed) | 335.6 | 396.5 | 415.2 | 438.0 |
| Oil Production (MBbld) | 2.1 | .0 | .0 | .0 |
| NGL Production (MBbld) | .2 | .0 | .0 | .0 |
| Gas Production (MMcfd) | 1,999.9 | 2,379.0 | 2,491.4 | 2,627.8 |

| Valuation | 12/18A | 12/19E | 12/20E | 12/21E |
|---|---|---|---|---|
| Dividend yield (%) | 1.1 | 1.6 | 1.8 | 2.0 |
| FCF yield (%) | 0.0 | 0.4 | 0.7 | 1.3 |
| EV/EBITDX (x) | 7.8 | 7.1 | 8.1 | 7.8 |

| Returns | 12/18A | 12/19E | 12/20E | 12/21E |
|---|---|---|---|---|
| ROE (%) | 0.23 | 0.33 | 0.24 | 0.23 |
| ROACE (avg.) (%) | 0.17 | 0.23 | 0.17 | 0.18 |

| Gearing | 12/18A | 12/19E | 12/20E | 12/21E |
|---|---|---|---|---|
| Net debt/Cap (%) | 46.4 | 40.9 | 34.0 | 25.5 |
| Interest coverage ratio (X) | 10.7 | 16.6 | 13.9 | 14.8 |

### Company Background

Cabot Oil & Gas is a gas-weighted E&P with assets concentrated in the northeastern portion of the Marcellus gas shale in Pennsylvania.

### Blue/Grey Sky Scenario



| Our Blue Sky Scenario (US$) | (from 26.00) 25.00 |
|---|---|

Our Blue Sky Scenario assumes a flat $10/Bbl and $0.25/MMBtu premium to the Credit Suisse price deck. However, we note that at these oil and gas prices, COG would be generating additional free cash flow versus our base case. This extra cash would allow the company to accelerate drilling activity which could provide additional upside.

| Our Grey Sky Scenario (US$) | (from 17.00) 16.00 |
|---|---|

Our Grey Sky Scenario assumes a $10/Bbl and $0.25/MMBtu discount to the Credit Suisse price deck. However, we note that at these oil and gas prices, COG would be generating less free cash flow which could mean lower drilling activity than our base case. Under this scenario, value would be deferred and further downside could be warranted.

### Share price performance



On 25-Jul-2019 the S&P 500 INDEX closed at 3003.67
Daily Jul26, 2018 - Jul25, 2019, 07/26/18 = US$24.72

Source: Company data, Refinitiv, Credit Suisse estimates

**Cabot Oil & Gas Corporation (COG)**

2

taj.parmesar@nera.com Taj Parmesar 12/05/22 09:09:11 PM Oliver Wyman, Inc.

CREDIT SUISSE

26 July 2019

## Investment Thesis

**Attractive free cash flow outlook largely baked into the stock.** While COG is meaningfully slowing growth given the dismal gas price environment, it still offers the most attractive free cash flow profile among gas-weighted E&Ps as it operates arguably the best gas rock in the US (NE Marcellus). Moreover, COG is also differentiating itself with a focus on higher ROCE and a commitment to return >50% of its FCF to shareholders via dividends/buybacks, and we'd note its 2020E organic FCF yield of ~5% (assuming current strip prices) is well above E&P peers and competitive with the S&P 500. While we think this strategy makes sense, we believe COG is fully valued, trading at a ~2 turn premium to gassy peers and oil-weighted E&Ps on 2020 EV/EBITDX and at 0.90x NAV (fully valued on an absolute basis and a premium to the E&P average). We rate it Neutral with a $19 target price.

## Key Highlights from 2Q Results

■ **Slight increase to 2019 capex.** COG raised its 2019 capex budget by ~1% to $800-$820 million, primarily associated with a recent acreage extension which enables COG to expand the lateral footage of an existing 8-well pad (increasing average lateral length from 8,950' to 12,450' with 140 incremental completion stages in aggregate). It also added a handful of wells to its 2019 drilling plan as a result of efficiency gains (i.e., faster drilling times) from its existing three-rig program: it now plans to drill/complete ~90 net wells this year (vs. prior guidance ~85-90) and place ~85 on production (~80-85 prior). While the magnitude of the capex increase is trivial, comfortably funded within cash flow and makes sense from an operational perspective, the optics are nonetheless at odds with the prevailing narrative in the E&P sector. Moreover, the accompanying cut to 2019 volume guidance and weaker than expected 2020 growth outlook (see below) makes the higher capex harder to swallow. *At current strip prices, we forecast COG will generate an organic FCF surplus of ~$500 million this year (~$360 million after dividends), little changed vs. our prior forecasts.*

■ **Cuts 2019 volume growth guidance on pad completion timing.** COG lowered 2019 production growth guidance to 16-18% YoY (down from 20% prior and its initial 20-25% range), driven by the longer cycle time associated with the 8-well pad mentioned above which pushes out the production contribution from the project to late December/early January. 3Q19 volume guidance of ~2,360-2,410 MMcfed was ~3% below consensus/CSe and reflects a slight impact from the delayed completion timing as well as some risking of volumes given weak near-term prices. *We lowered our full year 2019 volume forecast by ~2% to ~2,379 MMcfed, or ~18% YoY growth (high-end of revised guidance).Our revised forecasts imply production exits the year (4Q/4Q) up ~12% YoY, down from ~17% YoY prior.*

■ **Initial 2020 guidance disappoints with production growth outlook well below expectations . . . off a lower than expected 2019 base**. Somewhat unexpectedly, COG provided preliminary 2020 guidance along with the release: anticipated capex of $700-$725 million (-12% YoY) was modestly below prior CSe of ~$750 million (but in line with consensus' ~$720 million) but production growth of 5% YoY was much lower than consensus expectations for ~10% YoY growth and our prior forecast of ~8%. Exit-rate growth is expected to be ~5% YoY (4Q/4Q), inferring lower 2Q-3Q production as COG will likely schedule a larger percentage of well completions to occur after generally weak summer prices and in advance of winter. While COG indicated the more muted growth outlook is not a function of degrading well performance, our model does suggest it is losing operational efficiencies as it scales up activity levels through either longer downtime associated with hooking up larger pads or logistical inefficiencies associated with operating a much larger production base. Assuming $2.50/MMBtu Henry Hub and a ($0.30)-($0.35) differential, COG projects the 2020

**Cabot Oil & Gas Corporation (COG)**

3

taj.parmesar@nera.com Taj Parmesar 12/05/22 09:09:11 PM Oliver Wyman, Inc.

CREDIT SUISSE

26 July 2019

program will generate ~$375-$400 million of surplus FCF before dividends (at $2.75/MMBtu, expected FCF increases to $525-$550 million). *We lowered our 2020 volume forecast by ~5% to ~2,500 MMcfed. At current strip prices ($2.45/MMBtu), we forecast COG will generate an organic FCF surplus of ~$360 million (before dividends) next year.*

■ **Reducing long-term production growth estimates; more expensive and less FCF generation in 2021+.** Post update, we've lowered our 2020-23 production CAGR from ~8% to ~5% which management seems to be gravitating towards in a ~$2.50/MMBtu gas price environment. While this has little impact on our 2019-20 organic free cash flow forecasts, our 2021-23 cumulative organic free cash flow surplus decreases by ~$325 million (to ~$1.68 billion) under current strip prices as the reduction to COG's volume base is meaningfully lower in the outer years. *Overall, we now see COG ~0.5x more expensive on 2020+ EV/EBITDX with a ~150 bps reduction to its FCF yield (to ~7% on average) over this time period assuming current futures strip prices.*

**Figure 1: Revised CSe Production, Capex/FCF & Cash Return Forecasts (Current Strip Prices)**

| | Prior CS Forecasts (at Strip Prices) | | | | | Revised CS Forecasts (at Strip Prices) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2019 | 2020 | 2021 | 2022 | 2023 | 2019 | 2020 | 2021 | 2022 | 2023 |
| Henry Hub ($/MMBtu) | $2.57 | $2.45 | $2.54 | $2.59 | $2.67 | $2.57 | $2.45 | $2.54 | $2.59 | $2.67 |
| **Production (MMcfed)** | **2,429** | **2,633** | **2,878** | **3,079** | **3,289** | **2,379** | **2,491** | **2,628** | **2,759** | **2,898** |
| % YoY growth | 21% | 8% | 9% | 7% | 7% | 18% | 5% | 5% | 5% | 5% |
| ($MM) | | | | | | | | | | |
| Discretionary Cash Flow | $1,302 | $1,113 | $1,248 | $1,388 | $1,552 | $1,319 | $1,072 | $1,147 | $1,258 | $1,380 |
| Capex | ($803) | ($753) | ($755) | ($755) | ($675) | ($817) | ($713) | ($723) | ($728) | ($655) |
| **Organic FCF Surplus/(Deficit)** | **$499** | **$360** | **$493** | **$633** | **$876** | **$501** | **$359** | **$424** | **$530** | **$725** |
| **% FCF Yield (before dividend)** | **6%** | **5%** | **6%** | **9%** | **13%** | **6%** | **5%** | **5%** | **7%** | **10%** |
| Net Debt/EBITDX (YE) | 0.7x | 0.8x | 0.8x | 0.7x | 0.5x | 0.7x | 0.8x | 0.6x | 0.4x | 0.2x |
| **EV/EBITDX** | **6.7x** | **7.0x** | **5.9x** | **5.1x** | **4.3x** | **6.6x** | **7.3x** | **6.4x** | **5.6x** | **4.9x** |
| Cash Returns ($MM) | | | | | | | | | | |
| Dividends | ($143) | ($162) | ($173) | ($181) | ($187) | ($142) | ($162) | ($176) | ($189) | ($200) |
| Share Repurchases | ($306) | ($316) | ($395) | ($395) | ($527) | ($387) | ($179) | ($103) | ($179) | ($256) |
| **Total Cash Returns** | **($448)** | **($478)** | **($568)** | **($576)** | **($714)** | **($529)** | **($341)** | **($278)** | **($369)** | **($457)** |
| Cash Returns as % of FCF | 90% | 133% | 115% | 91% | 81% | 106% | 95% | 66% | 69% | 63% |

Source: Company data, Credit Suisse estimates

■ **Executing on shareholder return strategy with expanded share repurchase authorizations.** Along with 3Q18 results, COG unveiled a new capital allocation strategy with plans to return >50% of FCF to shareholders annually through dividends and share buybacks, a narrative closely aligned with current investor demands but one that other gassy E&Ps have thus far struggled to deliver.

– **COG expanded its share repurchase authorization by 25 million shares, bringing the total remaining authorization to 31.5 million shares (~8% of shares outstanding).** This should enable COG to continue executing on its shareholder return strategy as it is tracking to exhaust the previous buyback authorization by year-end 2019. During 2Q19, COG repurchased 5.1 million shares for ~$125 million, well above our expectation of ~$76 million of buybacks but still below its quarterly pace last year of >$200 million. COG has reduced its shares outstanding by >10% since reactivating its share repurchase program in 2Q17. We forecast COG will continue share repurchase near the 2Q pace in 2H19 but slowing down to an average of ~$180 million per annum in 2020+ given our cash flow outlook assuming current strip prices, implying it will return ~100% of surplus FCF to shareholders through buybacks and dividends in 2019-20.

taj.parmesar@nera.com Taj Parmesar 12/05/22 09:09:11 PM Oliver Wyman, Inc.

**CREDIT SUISSE**

26 July 2019

- – Three **dividend** increases since 4Q17 have boosted COG's quarterly payout from $0.05 to $0.09/share, bringing its current dividend yield to just under 2% which still implies a fairly conservative dividend/operating cash flow payout ratio of ~10%.

- – *Longer-term, assuming modest annual dividend growth, we see COG returning a higher ~2/3 of annual FCF to shareholders at current strip prices while keeping its leverage ratio far below its targeted ~1.0x.*

- ■ **We expect COG to generate above-average cash flow and production per debt-adjusted share growth over the next several years.** From 2018-23, we forecast COG will generate cash flow per debt-adjusted share growth of ~5% per annum under current futures strip prices, compared to the gas-weighted E&P average of a ~15% *decline* (with every peer showing a decline) over the same time period, and is also above the oily peers average of a ~2% CAGR. We'd note cash flow per debt-adjusted share growth has consistently been the metric with the highest correlation to intra-sector relative performance. On production per debt-adjusted share growth, we estimate COG will also deliver growth of ~11% per annum from 2018-23, above gassy peers' -8% and the oil-weighted E&P average of +4%.

**Figure 2: COG's Production and Cash Flow Per Debt-Adjusted Share Growth Outlook vs. Peers**

| | Debt-Adjusted Growth Metrics (CS Price Deck) | | | | | | | | Debt-Adjusted Growth Metrics (Strip Prices) | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | YoY DAPPS Growth | | | | YoY DACFPS Growth | | | | YoY DAPPS Growth | | | | YoY DACFS Growth | | | |
| | 2019 | 2020 | 2021 | '18-23 CAGR | 2019 | 2020 | 2021 | '18-23 CAGR | 2019 | 2020 | 2021 | '18-23 CAGR | 2019 | 2020 | 2021 | '18-23 CAGR |
| **Gas-Weighted Resource Plays** | | | | | | | | | | | | | | | | |
| AR | -49% | 5% | 7% | -8% | -72% | -1% | 16% | -19% | -49% | 4% | 5% | -10% | -74% | -2% | -3% | -22% |
| EQT | -15% | -6% | 7% | -2% | -29% | -14% | -8% | -10% | -15% | -7% | 7% | -1% | -31% | -15% | -5% | -7% |
| GPOR | -52% | 1% | -1% | -14% | -58% | -24% | -3% | -20% | -52% | 1% | -1% | -14% | -58% | -27% | -2% | -19% |
| RRC | -45% | 12% | 6% | -5% | -61% | 2% | 17% | -10% | -45% | 11% | 4% | -6% | -63% | -2% | 6% | -12% |
| SWN | -35% | -4% | -1% | -9% | -53% | -32% | 18% | -16% | -35% | -5% | -3% | -10% | -56% | -34% | 15% | -17% |
| **Average** | **-39%** | **2%** | **4%** | **-7%** | **-55%** | **-14%** | **8%** | **-15%** | **-39%** | **1%** | **2%** | **-8%** | **-56%** | **-16%** | **2%** | **-15%** |
| **Oil Resource Play Average** | -15% | 14% | 13% | 7% | -21% | 18% | 24% | 9% | -16% | 13% | 10% | 4% | -25% | 18% | 6% | 2% |
| **Resource Play Average** | -21% | 11% | 11% | 4% | -28% | 11% | 20% | 4% | -21% | 10% | 9% | 1% | -32% | 10% | 5% | -2% |
| **COG** | **23%** | **9%** | **8%** | **11%** | **12%** | **-16%** | **3%** | **3%** | **23%** | **8%** | **8%** | **11%** | **7%** | **-16%** | **9%** | **5%** |

Source: Company data, Credit Suisse estimates

Note: Based on Credit Suisse official Brent, WTI, and Henry Hub commodity price forecasts: 2019 - $67.50/Bbl, $59.20/Bbl, and $2.65/MMBtu, 2020 - $65.00/Bbl, $57.00/Bbl, and $2.50/MMBtu, and 2021+ - $70.00/Bbl, $60.00/Bbl, and $2.50/MMBtu.

Based on current NYMEX Brent, WTI, and Henry Hub futures strip prices: 2019 - $64.55/Bbl, $56.73/Bbl, & $2.57/MMBtu; 2020 - $61.14/Bbl, $55.04/Bbl, & $2.45/MMBtu; 2021 - $59.23/Bbl, $53.09/Bbl, & $2.54/MMBtu; 2022 - $58.37/Bbl, $52.3/Bbl, & $2.59/MMBtu; and 2023+ - $58.48/Bbl, $52.35/Bbl, & $2.67/MMBtu.

- ■ **Below we provide an updated summary of COG's key Marcellus infrastructure projects.** With 250 MMcfd of capacity on the Leidy South expansion project anticipated to be in-service as early as 4Q21, COG has expanded its future gross production capacity to ~4.0 Bcfd from 3.75 Bcfd prior. In addition to interstate takeaway projects, COG has been adding incremental in-basin demand projects and now has just over 0.5 Bcfd sold to the in-basin markets.

- – The **Atlantic Sunrise** pipeline (placed into service on October 6th) was the largest and most critical midstream project for COG. The company has contracted 1.05 Bcfd of net capacity (out of the pipeline's 1.7 Bcfd total), important for its price realizations since the line will deliver volumes out of the basin to markets in the southeast. COG has previously highlighted a willingness to monetize its stake in the project: it has invested ~$160 million in the pipeline to date and realizes annual EBITDA of ~$20 million; assuming a 12x multiple (based on comparable MLP valuations) implies ~$240 million of potential proceeds net to COG. We assume any potential divestiture proceeds would be directed towards share repurchases.

Cabot Oil & Gas Corporation (COG)

taj.parmesar@nera.com Taj Parmesar 12/05/22 09:09:11 PM Oliver Wyman, Inc.

CREDIT SUISSE

26 July 2019

- COG is the sole supplier for the **Moxie Freedom power plant** (~160 MMcfd) which came online in August 2018. Pricing will be based on power netbacks and is expected to be favorable relative to in-basin pricing.

- The company is also the exclusive provider for the **Lackawanna power plant**, where Train 1 and Train 2 (each with demand of ~80 MMcfd) were placed into service last year. Meanwhile, Train 3 started up late last year, with all trains combined to boost total demand to ~240 MMcfd. Similar to Moxie, pricing will be based on power netbacks and is expected to be favorable to in-basin pricing.

- The **PennEast** pipeline received FERC approval in January 2018, but delays in the New Jersey state approval process have likely pushed out the timing of this pipeline (stale guidance is still for a late 2020 start-up). PennEast plans to file necessary permits with the NJ Department of Environmental Protection later this summer; assuming a one-year approval timeframe and ~8 month construction timeframe, we estimate a 2Q21 start-up would be achievable. COG has contracted 150 MMcfd of capacity on the 1.1 Bcfd pipeline (with the ability to increase firm capacity to 400 MMcfd) which will run from NE Pennsylvania and terminate in Mercer County, NJ – also supporting favorable pricing vs. in-basin benchmarks.

- Last October, COG disclosed that it had entered into a precedent agreement with Transco for 250 MMcfd of firm transportation capacity on the **Leidy South expansion** project to deliver natural gas from the Zick interconnect in Susquehanna County to the River Road interconnect in Transco's Zone 6. COG will also be participating as an equity owner through its 20% ownership of the Meade Pipeline Company. The project is anticipated to be in-service as early as 4Q21, providing some volume growth visibility beyond 2020.

## Valuation

- **Competitive growth and attractive free cash flow story is priced into the stock**. Assuming current strip prices, we estimate COG trades at a >2 turn premium to gas-weighted peers on 2019-20 EV/EBITDX, wider than it historical 1.7x relative premium.

- **On P/NAV at futures strip prices**, COG is valued at ~0.90x, modestly below the gas-weighted resource peer average but well above oil-weighted resource E&Ps.

- **Nonetheless, we expect COG to maintain its premium valuation given the superiority of its asset quality and its longer-term commitment to return cash to shareholders.** We believe investors are willing to accord higher EV/EBITDX multiples and price/NAV to E&Ps that show greater commitment to returning cash to shareholders; e.g., COP, XOM, CVX… and now COG. *COG's ~5-6% FCF yield on 2019-20 is superior to gas-weighted E&Ps, but not particularly differentiated vs. the S&P 500 or a fair number of larger E&Ps that are also improving capital discipline.*

taj.parmesar@nera.com Taj Parmesar 12/05/22 09:09:11 PM Oliver Wyman, Inc.

**CREDIT SUISSE**

26 July 2019

### Figure 3: COG's Valuation vs. Peers Under the CS Price Deck and Current Futures Strip Prices

| | | Valuation (CS Price Deck) | | | | | | | | Valuation (Strip Prices) | | | | |
| | | EV/EBITDX | | | | P/NAV | | Reserve | Unbooked | EV/EBITDX | | | P/NAV | |
| Ticker | Share Price | Hist. FY1 | 2019 | 2020 | 2021 | 1P | 2P | Life | to Proved | 2019 | 2020 | 2021 | 1P | 2P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Gas-Weighted Resource Plays** | | | | | | | | | | | | | | |
| AR | $8.58 | 9.9x | 5.3x | 5.4x | 4.8x | 3.12x | 1.13x | 18.2x | 2.0x | 5.6x | 5.7x | 5.9x | 13.62x | 1.88x |
| EQT | $14.46 | 9.3x | 3.8x | 4.1x | 4.5x | 2.77x | 0.71x | 14.7x | 3.9x | 3.9x | 4.3x | 4.5x | 2.36x | 0.61x |
| GPOR | $3.30 | 8.3x | 3.2x | 4.1x | 4.2x | -1.52x | 0.88x | 9.6x | 2.5x | 3.2x | 4.2x | 4.3x | -1.56x | 0.67x |
| RRC | $5.02 | 11.1x | 5.2x | 5.1x | 4.5x | 0.58x | 0.36x | 22.5x | 6.1x | 5.4x | 5.5x | 5.2x | 0.74x | 0.50x |
| SWN | $2.07 | 6.9x | 4.1x | 5.6x | 5.0x | 1.45x | 0.99x | 12.6x | 2.6x | 4.4x | 6.1x | 5.7x | 2.07x | 1.33x |
| **Average** | | **9.1x** | **4.3x** | **4.9x** | **4.6x** | **1.28x** | **0.81x** | **14.7x** | **2.6x** | **4.5x** | **5.2x** | **5.1x** | **3.45x** | **1.00x** |
| **Oil Resource Play Avg.** | | **7.6x** | **4.7x** | **4.1x** | **3.3x** | **1.18x** | **0.44x** | **11.5x** | **3.6x** | **4.9x** | **4.3x** | **4.1x** | **1.71x** | **0.61x** |
| **Resource Play Avg.** | | **7.9x** | **4.6x** | **4.2x** | **3.6x** | **1.20x** | **0.51x** | **12.1x** | **3.4x** | **4.8x** | **4.5x** | **4.3x** | **2.07x** | **0.69x** |
| **COG** | **$19.25** | **10.8x** | **6.3x** | **7.0x** | **6.5x** | **1.84x** | **1.00x** | **15.8x** | **4.0x** | **6.6x** | **7.3x** | **6.4x** | **1.77x** | **0.90x** |

Source: Company data, Credit Suisse estimates

Note: Based on Credit Suisse official Brent, WTI, and Henry Hub commodity price forecasts: 2019 - $67.50/Bbl, $59.20/Bbl, and $2.65/MMBtu, 2020 - $65.00/Bbl, $57.00/Bbl, and $2.50/MMBtu, and 2021+ - $70.00/Bbl, $60.00/Bbl, and $2.50/MMBtu.

Based on current NYMEX Brent, WTI, and Henry Hub futures strip prices: 2019 - $64.55/Bbl, $56.73/Bbl, & $2.57/MMBtu; 2020 - $61.14/Bbl, $55.04/Bbl, & $2.45/MMBtu; 2021 - $59.23/Bbl, $53.09/Bbl, & $2.54/MMBtu; 2022 - $58.37/Bbl, $52.3/Bbl, & $2.59/MMBtu; and 2023+ - $58.48/Bbl, $52.35/Bbl, & $2.67/MMBtu.

### Figure 4: Snapshot of COG's 2P NAV (CSe)

**Cabot Oil & Gas**

**Net Asset Value Summary**

**CREDIT SUISSE**

Shares Out. (MM) **423**

| Proved Reserves Oil & Gas Properties | Liquids (MMBbls) | Gas (Bcf) | Total (Bcfe) | % Gas | NPV-10 ($/Boe) | ($MM) | ($/Share) |
|---|---|---|---|---|---|---|---|
| United States | 0 | 11,604 | 11,604 | 100% | $0.46 | $5,293 | $12.50 |
| **Total Proved Properties** | **0** | **11,604** | **11,604** | **0%** | **$0.46** | **$5,293** | **$12.50** |

| Other Assets | | | | | | ($MM) | ($/Share) |
|---|---|---|---|---|---|---|---|
| Other Assets | | | | | | $95 | $0.20 |

| Liabilities | | | | | | ($MM) | ($/Share) |
|---|---|---|---|---|---|---|---|
| Long-Term Debt | | | | | | ($1,226) | ($2.90) |
| Working Capital | | | | | | $257 | $0.61 |
| **Total Liabilities** | | | | | | **($969)** | **($2.30)** |
| **Proved Net Asset Value (1P NAV)** | | | | | | **$4,419** | **$10.45** |

| Unbooked Reserves Oil & Gas Properties | Liquids (MMBbls) | Gas (Bcf) | Total (Bcfe) | % Gas | NPV-10 ($/Mcfe) | ($MM) | ($/Share) |
|---|---|---|---|---|---|---|---|
| Marcellus | 0 | 45,852 | 45,852 | 100% | $0.08 | $3,726 | $8.80 |
| **Total Unbooked Resources** | **0** | **45,852** | **45,852** | **100%** | **$0.08** | **$3,726** | **$8.82** |

| **Total Net Asset Value** | **0** | **57,456** | **57,456** | **0%** | **$0.14** | **$8,145** | **$19.27** |

Source: Company data, Credit Suisse estimates

**Cabot Oil & Gas Corporation (COG)**

7

taj.parmesar@nera.com Taj Parmesar 12/05/22 09:09:11 PM Oliver Wyman, Inc.

CREDIT SUISSE

26 July 2019

**Figure 5: COG's 2Q19 Operating and Financial Results vs. Prior CSe and Consensus**

| | Second Quarter Results | | | Results vs. Estimates | | | | Bbg Consensus | |
|---|---|---|---|---|---|---|---|---|---|
| | **2Q19** | **2Q18** | **% Change** | **2Q19A** | **2Q19E** | **% Change** | | | |
| **Production Volumes:** | | | | | | | | | |
| **Total Production (MMcfed)** | **2,349.5** | **1,894.5** | **24%** | **2,349.5** | **2,341.2** | **0%** | | **2,343.3** | **0%** |
| Total Production (Bcfe) | 213.8 | 172.4 | 24% | 213.8 | 213.0 | 0% | | | |
| | | | | | | | | | |
| **Prices:** | | | | | | | | | |
| Natural Gas ($/Mcf) | $2.20 | $2.11 | 4% | $2.20 | $2.21 | 0% | | | |
| Hedging Impact ($/Mcfe) | 0.07 | 0.00 | NM | 0.07 | 0.05 | 37% | | | |
| Total ($/Mcfe) | **$2.27** | **$2.11** | **7%** | **$2.27** | **$2.26** | **0%** | | | |
| | | | | | | | | | |
| **E&P Unit Costs ($/Mcfe):** | | | | | | | | | |
| Production Expense | $0.08 | $0.09 | -7% | $0.08 | $0.09 | -5% | | | |
| Transportation | 0.66 | 0.66 | 0% | 0.66 | 0.66 | 0% | | | |
| Production Taxes | 0.02 | 0.03 | -46% | 0.02 | 0.03 | -40% | | | |
| Exploration Expense | 0.02 | 0.32 | -93% | 0.02 | 0.03 | -29% | | | |
| DD&A | 0.45 | 0.49 | -9% | 0.45 | 0.45 | 0% | | | |
| G&A | 0.07 | 0.09 | -27% | 0.07 | 0.08 | -16% | | | |
| Interest Expense | 0.07 | 0.10 | -34% | 0.07 | 0.07 | -8% | | | |
| Total ($/Mcfe) | **$1.37** | **$1.79** | **-23%** | **$1.37** | **$1.41** | **-3%** | | | |
| | | | | | | | | | |
| **Pre-Tax Income Per Mcfe** | **$0.90** | **$0.33** | **175%** | **$0.90** | **$0.85** | **6%** | | | |
| **Cash Flow Per Mcfe** | **$1.44** | **$1.16** | **24%** | **$1.44** | **$1.35** | **7%** | | | |
| | | | | | | | | | |
| **Earnings Per Share** | **$0.36** | **$0.13** | **178%** | **$0.36** | **$0.33** | **7%** | | **$0.34** | **6%** |
| **Cash Flow Per Share** | **$0.73** | **$0.44** | **64%** | **$0.73** | **$0.68** | **7%** | | **$0.69** | **6%** |
| | | | | | | | | | |
| **DACF ($MM)** | **$321** | **$216** | **49%** | **$321** | **$303** | **6%** | | | |
| **EBITDX ($MM)** | **$312** | **$226** | **38%** | **$312** | **$303** | **3%** | | **$299** | **4%** |

Source: Company data, Credit Suisse estimates, the BLOOMBERG PROFESSIONAL™ service

**Cabot Oil & Gas Corporation (COG)**

8

taj.parmesar@nera.com Taj Parmesar 12/05/22 09:09:11 PM Oliver Wyman, Inc.



26 July 2019

**Companies Mentioned** *(Price as of 25-Jul-2019)*
**Antero Resources Corp.** (AR.N, $4.49)
**Cabot Oil & Gas Corporation** (COG.N, $21.79, NEUTRAL, TP $19.0)
**Chevron Corporation** (CVX.N, $125.63)
**EQT Corporation** (EQT.N, $14.82)
**ExxonMobil Corporation** (XOM.N, $74.93)
**Gulfport Energy Corp.** (GPOR.OQ, $3.42)
**Range Resources Corporation** (RRC.N, $5.13)
**Southwestern Energy Co.** (SWN.N, $2.17)

## Disclosure Appendix

### Analyst Certification

I, William Featherston, certify that (1) the views expressed in this report accurately reflect my personal views about all of the subject companies and securities and (2) no part of my compensation was, is or will be directly or indirectly related to the specific recommendations or views expressed in this report.

### 3-Year Price and Rating History for Cabot Oil & Gas Corporation (COG.N)

| COG.N Date | Closing Price (US$) | Target Price (US$) | Rating |
|---|---|---|---|
| 11-Dec-17 | 28.33 | 30.00 | N * |
| 12-Apr-18 | 23.56 | 26.00 | |
| 19-Dec-18 | 22.56 | 25.00 | |
| 09-Jul-19 | 23.93 | 22.00 | |

*\* Asterisk signifies initiation or assumption of coverage.*



### 3-Year Price and Rating History for Chevron Corporation (CVX.N)

| CVX.N Date | Closing Price (US$) | Target Price (US$) | Rating |
|---|---|---|---|
| 29-Jul-16 | 102.48 | 105.00 | N |
| 13-Oct-16 | 100.79 | 100.00 | |
| 28-Oct-16 | 103.82 | 110.00 | |
| 24-Jan-17 | 116.37 | 120.00 | |
| 10-Jul-17 | 103.04 | | NC |
| 11-Dec-17 | 120.42 | 123.00 | N * |
| 22-Jan-18 | 132.56 | 130.00 | |
| 02-Feb-18 | 118.58 | 129.00 | |
| 06-Mar-18 | 113.65 | 123.00 | |
| 12-Apr-18 | 119.23 | 129.00 | |
| 27-Apr-18 | 126.62 | 132.00 | |
| 10-Jul-18 | 127.59 | 138.00 | |
| 04-Nov-18 | 114.73 | 138.00 | O |
| 19-Dec-18 | 107.83 | 130.00 | |
| 01-Feb-19 | 118.37 | 135.00 | |
| 12-Apr-19 | 119.76 | | R |
| 10-May-19 | 121.99 | 140.00 | O |

*\* Asterisk signifies initiation or assumption of coverage.*

Effective July 3, 2016, NC denotes termination of coverage.



**Cabot Oil & Gas Corporation (COG)**

taj.parmesar@nera.com Taj Parmesar 12/05/22 09:09:11 PM Oliver Wyman, Inc.



26 July 2019

## 3-Year Price and Rating History for ExxonMobil Corporation (XOM.N)

| XOM.N Date | Closing Price (US$) | Target Price (US$) | Rating |
|---|---|---|---|
| 29-Jul-16 | 88.95 | 78.00 | U |
| 13-Oct-16 | 86.56 | 74.00 | |
| 24-Jan-17 | 85.09 | 75.00 | |
| 01-Feb-17 | 82.94 | 78.00 | |
| 02-Mar-17 | 83.30 | 83.00 | N |
| 10-Jul-17 | 80.16 | | NC |
| 11-Dec-17 | 83.03 | 83.00 | N * |
| 22-Jan-18 | 88.25 | 84.00 | |
| 02-Feb-18 | 84.53 | 80.00 | |
| 12-Apr-18 | 77.22 | 82.00 | |
| 27-Apr-18 | 77.79 | 79.00 | |
| 10-Jul-18 | 83.66 | 80.00 | |
| 19-Dec-18 | 70.78 | 79.00 | |
| 09-Jul-19 | 76.43 | 74.00 | |



*Asterisk signifies initiation or assumption of coverage.*

Effective July 3, 2016, NC denotes termination of coverage.

### As of December 10, 2012 Analysts' stock rating are defined as follows:

**Outperform (O) :** The stock's total return is expected to outperform the relevant benchmark* over the next 12 months.

**Neutral (N) :** The stock's total return is expected to be in line with the relevant benchmark* over the next 12 months.

**Underperform (U) :** The stock's total return is expected to underperform the relevant benchmark* over the next 12 months.

*Relevant benchmark by region: As of 10th December 2012, Japanese ratings are based on a stock's total return relative to the analyst's coverage universe which consists of all companies covered by the analyst within the relevant sector, with Outperforms representing the most attractive, Neutrals the less attractive, and Underperforms the least attractive investment opportunities. As of 2nd October 2012, U.S. and Canadian as well as European ratings are based on a stock's total return relative to the analyst's coverage universe which consists of all companies covered by the analyst within the relevant sector, with Outperforms representing the most attractive, Neutrals the less attractive, and Underperforms the least attractive investment opportunities. For Latin American and Asia stocks (excluding Japan and Australia), ratings are based on a stock's total return relative to the average total return of the relevant country or regional benchmark (India - S&P BSE Sensex Index); prior to 2nd October 2012 U.S. and Canadian ratings were based on (1) a stock's absolute total return potential to its current share price and (2) the relative attractiveness of a stock's total return potential within an analyst's coverage universe. For Australian and New Zealand stocks, the expected total return (ETR) calculation includes 12-month rolling dividend yield. An Outperform rating is assigned where an ETR is greater than or equal to 7.5%; Underperform where an ETR less than or equal to 5%. A Neutral may be assigned where the ETR is between -5% and 15%. The overlapping rating range allows analysts to assign a rating that puts ETR in the context of associated risks. Prior to 18 May 2015, ETR ranges for Outperform and Underperform ratings did not overlap with Neutral thresholds between 15% and 7.5%, which was in operation from 7 July 2011.*

**Restricted (R) :** In certain circumstances, Credit Suisse policy and/or applicable law and regulations preclude certain types of communications, including an investment recommendation, during the course of Credit Suisse's engagement in an investment banking transaction and in certain other circumstances.

**Not Rated (NR) :** Credit Suisse Equity Research does not have an investment rating or view on the stock or any other securities related to the company at this time.

**Not Covered (NC) :** Credit Suisse Equity Research does not provide ongoing coverage of the company or offer an investment rating or investment view on the equity security of the company or related products.

**Volatility Indicator [V] :** A stock is defined as volatile if the stock price has moved up or down by 20% or more in a month in at least 8 of the past 24 months or the analyst expects significant volatility going forward.

Analysts' sector weightings are distinct from analysts' stock ratings and are based on the analyst's expectations for the fundamentals and/or valuation of the sector* relative to the group's historic fundamentals and/or valuation:

**Overweight :** The analyst's expectation for the sector's fundamentals and/or valuation is favorable over the next 12 months.

**Market Weight :** The analyst's expectation for the sector's fundamentals and/or valuation is neutral over the next 12 months.

**Underweight :** The analyst's expectation for the sector's fundamentals and/or valuation is cautious over the next 12 months.

*An analyst's coverage sector consists of all companies covered by the analyst within the relevant sector. An analyst may cover multiple sectors.*

Credit Suisse's distribution of stock ratings (and banking clients) is:

### Global Ratings Distribution

| Rating | Versus universe (%) | Of which banking clients (%) |
|---|---|---|
| Outperform/Buy* | 46% | (33% banking clients) |
| Neutral/Hold* | 39% | (28% banking clients) |
| Underperform/Sell* | 13% | (23% banking clients) |
| Restricted | 2% | |

*For purposes of the NYSE and FINRA ratings distribution disclosure requirements, our stock ratings of Outperform, Neutral, and Underperform most closely correspond to Buy, Hold, and Sell, respectively; however, the meanings are not the same, as our stock ratings are determined on a relative basis. (Please refer to definitions above.) An investor's decision to buy or sell a security should be based on investment objectives, current holdings, and other individual factors.*

taj.parmesar@nera.com Taj Parmesar 12/05/22 09:09:11 PM Oliver Wyman, Inc.

CREDIT SUISSE

26 July 2019

## Important Global Disclosures

Credit Suisse's research reports are made available to clients through our proprietary research portal on CS PLUS. Credit Suisse research products may also be made available through third-party vendors or alternate electronic means as a convenience. Certain research products are only made available through CS PLUS. The services provided by Credit Suisse's analysts to clients may depend on a specific client's preferences regarding the frequency and manner of receiving communications, the client's risk profile and investment, the size and scope of the overall client relationship with the Firm, as well as legal and regulatory constraints. To access all of Credit Suisse's research that you are entitled to receive in the most timely manner, please contact your sales representative or go to https://plus.credit-suisse.com .

Credit Suisse's policy is to update research reports as it deems appropriate, based on developments with the subject company, the sector or the market that may have a material impact on the research views or opinions stated herein.

Credit Suisse's policy is only to publish investment research that is impartial, independent, clear, fair and not misleading. For more detail please refer to Credit Suisse's Policies for Managing Conflicts of Interest in connection with Investment Research: https://www.credit-suisse.com/sites/disclaimers-ib/en/managing-conflicts.html .

Any information relating to the tax status of financial instruments discussed herein is not intended to provide tax advice or to be used by anyone to provide tax advice. Investors are urged to seek tax advice based on their particular circumstances from an independent tax professional.

Credit Suisse has decided not to enter into business relationships with companies that Credit Suisse has determined to be involved in the development, manufacture, or acquisition of anti-personnel mines and cluster munitions. For Credit Suisse's position on the issue, please see https://www.credit-suisse.com/media/assets/corporate/docs/about-us/responsibility/banking/policy-summaries-en.pdf .

The analyst(s) responsible for preparing this research report received compensation that is based upon various factors including Credit Suisse's total revenues, a portion of which are generated by Credit Suisse's investment banking activities

### Target Price and Rating

**Valuation Methodology and Risks: (12 months) for Cabot Oil & Gas Corporation (COG.N)**

**Method:** Our $19 target price is based on ~7.0x normalized 2020E EBITDX and implies ~1.0x NAV. We rate COG Neutral as we expect it to perform in-line with its peers.

**Risk:** Risks to our $19 target price and Neutral rating for COG are commodity price volatility (particularly natural gas prices), infrastructure constraints and/or delays associated with pipeline start-ups which could adversely impact its medium-term growth targets.

Please refer to the firm's disclosure website at https://rave.credit-suisse.com/disclosures/view/selectArchive for the definitions of abbreviations typically used in the target price method and risk sections.

*See the Companies Mentioned section for full company names*

Credit Suisse currently has, or had within the past 12 months, the following as investment banking client(s): CVX.N

Credit Suisse provided investment banking services to the subject company (CVX.N) within the past 12 months.

Within the last 12 months, Credit Suisse has received compensation for non-investment banking services or products from the following issuer(s): XOM.N

Within the past 12 months, Credit Suisse has received compensation for investment banking services from the following issuer(s): CVX.N

Credit Suisse expects to receive or intends to seek investment banking related compensation from the subject company (COG.N, CVX.N, XOM.N) within the next 3 months.

Credit Suisse currently has, or had within the past 12 months, the following issuer(s) as client(s), and the services provided were non-investment-banking, securities-related: XOM.N

Credit Suisse or a member of the Credit Suisse Group is a market maker or liquidity provider in the securities of the following subject issuer(s): COG.N, CVX.N, XOM.N

A member of the Credit Suisse Group is party to an agreement with, or may have provided services set out in sections A and B of Annex I of Directive 2014/65/EU of the European Parliament and Council ("MiFID Services") to, the subject issuer (CVX.N) within the past 12 months.

Kofi Adjepong-Boateng, a Senior Advisor of Credit Suisse, is a Senior Advisor to Exxon Mobil (XOM)

For date and time of production, dissemination and history of recommendation for the subject company(ies) featured in this report, disseminated within the past 12 months, please refer to the link: https://rave.credit-suisse.com/disclosures/view/report?i=445797&v=6j596s8in6tlpl88xhr3d29mr .

## Important Regional Disclosures

Singapore recipients should contact Credit Suisse AG, Singapore Branch for any matters arising from this research report.

The analyst(s) involved in the preparation of this report may participate in events hosted by the subject company, including site visits. Credit Suisse does not accept or permit analysts to accept payment or reimbursement for travel expenses associated with these events.

For Credit Suisse Securities (Canada), Inc.'s policies and procedures regarding the dissemination of equity research, please visit https://www.credit-suisse.com/sites/disclaimers-ib/en/canada-research-policy.html.

Investors should note that income from such securities and other financial instruments, if any, may fluctuate and that price or value of such securities and instruments may rise or fall and, in some cases, investors may lose their entire principal investment.

This research report is authored by:

**Credit Suisse Securities (USA) LLC** ...........................William Featherston ; Michael Ziffer, CFA ; William Janela, CFA ; Christopher Zhang, CFA

taj.parmesar@nera.com Taj Parmesar 12/05/22 09:09:11 PM Oliver Wyman, Inc.

CREDIT SUISSE

26 July 2019

Important disclosures regarding companies that are the subject of this report are available by calling +1 (877) 291-2683. The same important disclosures, with the exception of valuation methodology and risk discussions, are also available on Credit Suisse's disclosure website at https://rave.credit-suisse.com/disclosures  . For valuation methodology and risks associated with any recommendation, price target, or rating referenced in this report, please refer to the disclosures section of the most recent report regarding the subject company.

**Cabot Oil & Gas Corporation (COG)**

12

taj.parmesar@nera.com Taj Parmesar 12/05/22 09:09:11 PM Oliver Wyman, Inc.

CREDIT SUISSE

26 July 2019

This report is produced by subsidiaries and affiliates of Credit Suisse operating under its Global Markets Division. For more information on our structure, please use the following link: https://www.credit-suisse.com/who-we-are This report may contain material that is not directed to, or intended for distribution to or use by, any person or entity who is a citizen or resident of or located in any locality, state, country or other jurisdiction where such distribution, publication, availability or use would be contrary to law or regulation or which would subject Credit Suisse or its affiliates ("CS") to any registration or licensing requirement within such jurisdiction. All material presented in this report, unless specifically indicated otherwise, is under copyright to CS. None of the material, nor its content, nor any copy of it, may be altered in any way, transmitted to, copied or distributed to any other party, without the prior express written permission of CS. All trademarks, service marks and logos used in this report are trademarks or service marks or registered trademarks or service marks of CS or its affiliates.The information, tools and material presented in this report are provided to you for information purposes only and are not to be used or considered as an offer or the solicitation of an offer to sell or to buy or subscribe for securities or other financial instruments. CS may not have taken any steps to ensure that the securities referred to in this report are suitable for any particular investor. CS will not treat recipients of this report as its customers by virtue of their receiving the report. The investments and services contained or referred to in this report may not be suitable for you and it is recommended that you consult an independent investment advisor if you are in doubt about such investments or investment services. Nothing in this report constitutes investment, legal, accounting or tax advice, or a representation that any investment or strategy is suitable or appropriate to your individual circumstances, or otherwise constitutes a personal recommendation to you. Please note in particular that the bases and levels of taxation may change. Information and opinions presented in this report have been obtained or derived from sources believed by CS to be reliable, but CS makes no representation as to their accuracy or completeness. CS accepts no liability for loss arising from the use of the material presented in this report, except that this exclusion of liability does not apply to the extent that such liability arises under specific statutes or regulations applicable to CS. This report is not to be relied upon in substitution for the exercise of independent judgment. CS may have issued, and may in the future issue, other communications that are inconsistent with, and reach different conclusions from, the information presented in this report. Those communications reflect the different assumptions, views and analytical methods of the analysts who prepared them and CS is under no obligation to ensure that such other communications are brought to the attention of any recipient of this report. Some investments referred to in this report will be offered solely by a single entity and in the case of some investments solely by CS, or an associate of CS or CS may be the only market maker in such investments. Past performance should not be taken as an indication or guarantee of future performance, and no representation or warranty, express or implied, is made regarding future performance. Information, opinions and estimates contained in this report reflect a judgment at its original date of publication by CS and are subject to change without notice. The price, value of and income from any of the securities or financial instruments mentioned in this report can fall as well as rise. The value of securities and financial instruments is subject to exchange rate fluctuation that may have a positive or adverse effect on the price or income of such securities or financial instruments. Investors in securities such as ADR's, the values of which are influenced by currency volatility, effectively assume this risk. Structured securities are complex instruments, typically involve a high degree of risk and are intended for sale only to sophisticated investors who are capable of understanding and assuming the risks involved. The market value of any structured security may be affected by changes in economic, financial and political factors (including, but not limited to, spot and forward interest and exchange rates), time to maturity, market conditions and volatility, and the credit quality of any issuer or reference issuer. Any investor interested in purchasing a structured product should conduct their own investigation and analysis of the product and consult with their own professional advisers as to the risks involved in making such a purchase. Some investments discussed in this report may have a high level of volatility. High volatility investments may experience sudden and large falls in their value causing losses when that investment is realised. Those losses may equal your original investment. Indeed, in the case of some investments the potential losses may exceed the amount of initial investment and, in such circumstances, you may be required to pay more money to support those losses. Income yields from investments may fluctuate and, in consequence, initial capital paid to make the investment may be used as part of that income yield. Some investments may not be readily realisable and it may be difficult to sell or realise those investments, similarly it may prove difficult for you to obtain reliable information about the value, or risks, to which such an investment is exposed. This report may provide the addresses of, or contain hyperlinks to, websites. Except to the extent to which the report refers to website material of CS, CS has not reviewed any such site and takes no responsibility for the content contained therein. Such address or hyperlink (including addresses or hyperlinks to CS's own website material) is provided solely for your convenience and information and the content of any such website does not in any way form part of this document. Accessing such website or following such link through this report or CS's website shall be at your own risk.

This report is issued and distributed in **European Union (except Switzerland):** by Credit Suisse Securities (Europe) Limited, One Cabot Square, London E14 4QJ, England, which is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority. **Germany:** Credit Suisse (Deutschland) Aktiengesellschaft regulated by the Bundesanstalt fuer Finanzdienstleistungsaufsicht ("BaFin"). **United States and Canada:** Credit Suisse Securities (USA) LLC; **Switzerland:** Credit Suisse AG; **Brazil:** Banco de Investimentos Credit Suisse (Brasil) S.A or its affiliates; **Mexico:** Banco Credit Suisse (México), S.A., Institución de Banca Múltiple, Grupo Financiero Credit Suisse (México) and Casa de Bolsa Credit Suisse (México), S.A. de C.V., Grupo Financiero Credit Suisse (México) ("Credit Suisse Mexico"). This document has been prepared for information purposes only and is exclusively distributed in Mexico to Institutional Investors. Credit Suisse Mexico is not responsible for any onward distribution of this report to non-institutional investors by any third party. The authors of this report have not received payment or compensation from any entity or company other than from the relevant Credit Suisse Group company employing them; **Japan:** by Credit Suisse Securities (Japan) Limited, Financial Instruments Firm, Director-General of Kanto Local Finance Bureau ( *Kinsho*) No. 66, a member of Japan Securities Dealers Association, The Financial Futures Association of Japan, Japan Investment Advisers Association, Type II Financial Instruments Firms Association; **Hong Kong:** Credit Suisse (Hong Kong) Limited; **Australia:** Credit Suisse Equities (Australia) Limited; **Thailand:** Credit Suisse Securities (Thailand) Limited, regulated by the Office of the Securities and Exchange Commission, Thailand, having registered address at 990 Abdulrahim Place, 27th Floor, Unit 2701, Rama IV Road, Silom, Bangrak, Bangkok10500, Thailand, Tel. +66 2614 6000; **Malaysia:** Credit Suisse Securities (Malaysia) Sdn Bhd; **Singapore:** Credit Suisse AG, Singapore Branch; **India:** Credit Suisse Securities (India) Private Limited (CIN no.U67120MH1996PTC104392) regulated by the Securities and Exchange Board of India as Research Analyst (registration no. INH 000001030) and as Stock Broker (registration no. INZ000248233), having registered address at 9th Floor, Ceejay House, Dr.A.B. Road, Worli, Mumbai - 18, India, T- +91-22 6777 3777; **South Korea:** Credit Suisse Securities (Europe) Limited, Seoul Branch; **Taiwan:** Credit Suisse AG Taipei Securities Branch; **Indonesia:** PT Credit Suisse Sekuritas Indonesia; **Philippines:**Credit Suisse Securities (Philippines ) Inc., and elsewhere in the world by the relevant authorised affiliate of the above.

**Additional Regional Disclaimers**

**Australia:** Credit Suisse Securities (Europe) Limited ("CSSEL") and Credit Suisse International ("CSI") are authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority ("FCA") and the Prudential Regulation Authority under UK laws, which differ from Australian Laws. CSSEL and CSI do not hold an Australian Financial Services Licence ("AFSL") and are exempt from the requirement to hold an AFSL under the Corporations Act (Cth) 2001 ("Corporations Act") in respect of the financial services provided to Australian wholesale clients (within the meaning of section 761G of the Corporations Act) (hereinafter referred to as "Financial Services"). This material is not for distribution to retail clients and is directed exclusively at Credit Suisse's professional clients and eligible counterparties as defined by the FCA, and wholesale clients as defined under section 761G of the Corporations Act. Credit Suisse (Hong Kong) Limited ("CSHK") is licensed and regulated by the Securities and Futures Commission of Hong Kong under the laws of Hong Kong, which differ from Australian laws. CSHKL does not hold an AFSL and is exempt from the requirement to hold an AFSL under the Corporations Act in respect of providing Financial Services. Investment banking services in the United States are provided by Credit Suisse Securities (USA) LLC, an affiliate of Credit Suisse Group. CSSU is regulated by the United States Securities and Exchange Commission under United States laws, which differ from Australian laws. CSSU does not hold an AFSL and is exempt from the requirement to hold an AFSL under the Corporations Act in respect of providing Financial Services. Credit Suisse Asset Management LLC (CSAM) is authorised by the Securities and Exchange Commission under US laws, which differ from Australian laws. CSAM does not hold an AFSL and is exempt from the requirement to hold an AFSL under the Corporations Act in respect of providing Financial Services. This material is provided solely to Institutional Accounts (as defined in the FINRA rules) who are Eligible Contract Participants (as defined in the US Commodity Exchange Act). Credit Suisse Equities (Australia) Limited (ABN 35 068 232 708) ("CSEAL") is an AFSL holder in Australia (AFSL 237237).

**Malaysia:** Research provided to residents of Malaysia is authorised by the Head of Research for Credit Suisse Securities (Malaysia) Sdn Bhd, to whom they should direct any queries on +603 2723 2020.

**Singapore:** This report has been prepared and issued for distribution in Singapore to institutional investors, accredited investors and expert investors (each as defined under the Financial Advisers Regulations) only, and is also distributed by Credit Suisse AG, Singapore Branch to overseas investors (as defined under the Financial Advisers Regulations). Credit Suisse AG, Singapore Branch may distribute reports produced by its foreign entities or affiliates pursuant to an arrangement under Regulation 32C of the Financial Advisers Regulations. Singapore recipients should contact Credit Suisse AG, Singapore Branch at +65-6212-2000 for matters arising from, or in connection with, this report. By virtue of your status as an institutional investor, accredited investor, expert investor or overseas investor, Credit Suisse AG, Singapore Branch is exempted from complying with certain compliance requirements under the Financial Advisers Act, Chapter 110 of Singapore (the "FAA"), the Financial Advisers Regulations and the relevant Notices and Guidelines issued thereunder, in respect of any financial advisory service which Credit Suisse AG, Singapore Branch may provide to you.

**EU:** This report has been produced by subsidiaries and affiliates of Credit Suisse operating under its Global Markets Division

In jurisdictions where CS is not already registered or licensed to trade in securities, transactions will only be effected in accordance with applicable securities legislation, which will vary from jurisdiction to jurisdiction and may require that the trade be made in accordance with applicable exemptions from registration or licensing requirements.

This material is issued and distributed in the U.S. by CSSU, a member of NYSE, FINRA, SIPC and the NFA, and CSSU accepts responsibility for its contents. Clients should contact analysts and execute transactions through a Credit Suisse subsidiary or affiliate in their home jurisdiction unless governing law permits otherwise.

Please note that this research was originally prepared and issued by CS for distribution to their market professional and institutional investor customers. Recipients who are not market professional or institutional investor customers of CS should seek the advice of their independent financial advisor prior to taking any investment decision based on this report or for any necessary explanation of its contents.

CS may provide various services to US municipal entities or obligated persons ("municipalities"), including suggesting individual transactions or trades and entering into such transactions. Any services CS provides to municipalities are not viewed as "advice" within the meaning of Section 975 of the Dodd-Frank Wall Street Reform and Consumer Protection Act. CS is providing any such services and related information solely on an arm's length basis and not as an advisor or fiduciary to the municipality. In connection with the provision of the any such services, there is no agreement, direct or indirect, between any municipality (including the officials,management, employees or agents thereof) and CS for CS to provide advice to the municipality. Municipalities should consult with their financial, accounting and legal advisors regarding any such services provided by CS. In addition, CS is not acting for direct or indirect compensation to solicit the municipality on behalf of an unaffiliated broker, dealer, municipal securities dealer, municipal advisor, or investment adviser for the purpose of obtaining or retaining an engagement by the municipality for or in connection with Municipal Financial Products, the issuance of municipal securities, or of an investment adviser to provide investment advisory services to or on behalf of the municipality. If this report is being distributed by a financial institution other than Credit Suisse AG, or its affiliates, that financial institution is solely responsible for distribution. Clients of that institution should contact that institution to effect a transaction in the securities mentioned in this report or require further information. This report does not constitute investment advice by Credit Suisse to the clients of the distributing financial institution, and neither Credit Suisse AG, its affiliates, and their respective officers, directors and employees accept any liability whatsoever for any direct or consequential loss arising from their use of this report or its content. No information or communication provided herein or otherwise is intended to be, or should be construed as, a recommendation within the meaning of the US Department of Labor's final regulation defining "investment advice" for purposes of the Employee Retirement Income Security Act of 1974, as amended and Section 4975 of the Internal Revenue Code of 1986, as amended, and the information provided herein is intended to be general information, and should not be construed as, providing investment advice (impartial or otherwise).

Copyright © 2019 CREDIT SUISSE AG and/or its affiliates. All rights reserved.

When you purchase non-listed Japanese fixed income securities (Japanese government bonds, Japanese municipal bonds, Japanese government guaranteed bonds, Japanese corporate bonds) from CS as a seller, you will be requested to pay the purchase price only.

**Cabot Oil & Gas Corporation (COG)**

taj.parmesar@nera.com Taj Parmesar 12/05/22 09:09:11 PM Oliver Wyman, Inc.