# Evercore ISI

| Flash Note | Energy | Oil & Gas Exploration & Production |
|---|---|

July 26, 2019

## Cabot Oil & Gas
COG | $21.79
**Outperform | TARGET PRICE: $30.00**
Company Update

**Stephen Richardson**
212-446-5639
stephen.richardson@evercoreisi.com
**Eric Boyes**
212-446-9466
eric.boyes@evercoreisi.com

**Todd Firestone**
212-446-5605
todd.firestone@evercoreisi.com
**Daniel Juck**
212-446-9468
daniel.juck@evercoreisi.com

## Taking the Bull by the Horns in a Bear Market

**COG adjusts 2019, outlines 2020 expectations – consistency of strategy all**

In a quarter where it has become apparent that North American natural gas producers require some externality (i.e. higher commodity price) to address de-leveraging goals and / or lift equity value, COG continues to stand apart. Not beholden to the environment, underappreciated by the market, COG dominates a corner of the gas market that enjoys both more limited competition (dry gas in NE PA where offset operators have their own resource / balance sheet challenges) and advantaged market access (the eastern seaboard is as yet insulated by the bubble of gas on gas competition created in West Tx). An in-line 2Q where despite ~28% sequential decline in realized NG prices saw COG generate ~$70 mm and buy back $125 mm of stock. $2.50/mmbtu NYMEX is undoubtedly a price that will stress the industry broadly, while COG can continue to execute a modest growth + free cash strategy generating high ROCE (20%+) and returning cash to shareholders. For those focused on EV/EBITDA multiples vs. the group, we suggest FCF yield and the track record of delivery at COG (justifying lower risk premia) is the right way to look at the stock. Maintain Outperform.

### 2Q19 Results Recap

- **Cash Flow.** COG generated FCF of $73 mm in 2Q bring the 1H total to $381 mm and re-marked full year guidance to $500-525 mm at $2.60/mmbtu or $550-575 mm at $2.70/mmbtu. 2Q CFPS of $0.72 was modestly better than our estimate of $0.69 on continued cost improvements.

- **Shareholder Returns.** Along with its quarterly dividend of $0.09/shr, COG repurchased 5.1 mm shares at a weighted average price of $24.63. The Board of Directors authorized an additional 25 mm shares for repurchase bringing the remaining repurchase authorization total to 31.5 mm shares.

- **Production.** COG produced 2Q volumes of 2.349 bcfe/d (a 3% q/q increase), inline with our estimate of 2.344 bcfe/d and at the high end of guidance (2.30-2.35 bcfe/d). Acquisition of acreage adjacent to an 8-well pad (facilitating 12.5k ft laterals vs 9.0k prior) has altered development timelines pushing pad completion into late December or early January and as a result COG has revised FY19 growth guidance to 16-18%.

- **Realizations.** Natural gas price realizations (post-hedge) for the quarter were $2.27/mcf, equal to our estimate and representing a 14% discount to NYMEX. The company reiterated FY19 differential guidance of ($0.30) to ($0.35)/mcf.

- **Costs & Capex.** Per unit cash costs were roughly ~3% lower sequentially and ~4% y/y primarily driven by lower exploration expense. COG recorded D&C capex of $213 mm (vs our estimate of $201mm) also investing $3 mm in leasehold, $5 mm other, plus an additional $3 mm contribution to its equity pipeline investments. COG adjusted its full year guide from $800 mm to $800-820 mm to reflect the incremental drilling activity associated with the aforementioned 8-well pad expansion.

### What to look for on the call

- **Preliminary 2020 Guidance.** COG outlined a preliminary 2020 development plan of 5% production growth on capital spending of $700-725 mm. Previously we had estimated 8% growth (following 20% growth in 2019) on $760 mm in capex. The program is forecasted to generate FCF of $375-400 mm at $2.50 NYMEX (~4% FCFyld) or $525-550 mm at $2.75 (~6% FCFyld). Look for further details on strategy as management works to maximize value creation while navigating a challenging gas market outlook, and for possible program variations should prices fall below $2.50.

- **Atlantic Sunrise monetization**. Exploration of monetization opportunities for COG's stake in Atlantic Sunrise is underway, and while we don't expect an announcement with this report we anticipate something prior to year end. Listen for any updates on rights discussions with Transco and whether a transaction might entail a sale as a whole or just a partial stake.

**Conference call today, 9:30 am ET. Dial in: (888) 317-6003; Pwd: 3908333.**

Please see the analyst certification and important disclosures on page 4 of this report. Evercore ISI and affiliates do and seek to do business with companies covered in its research reports. Investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.
© 2019. Evercore Group L.L.C. All rights reserved.

**Figure 1: COG Results vs EVR ISI / Prior Quarters**

**Evercore ISI Snapshot**

| | Q219A | Q219E | Diff. | Q119A | Q218A | Seq. | Y/Y |
|---|---|---|---|---|---|---|---|
| **Income Statement: ($mm)** | | | | | | | |
| Total Revenues | 534 | 492 | 9% | 642 | 377 | -17% | 42% |
| Adjusted EBITDA | 307 | 315 | -3% | 508 | 226 | -40% | 35% |
| Depreciation Expense | 96 | 96 | 0% | 92 | 85 | 4% | 13% |
| Net Income | 151 | 152 | -1% | 308 | 58 | -51% | 160% |
| | | | | | | | |
| *Per Share:* | | | | | | | |
| **Adjusted EPS** | **$0.36** | **$0.36** | **-1%** | **$0.73** | **$0.13** | **-51%** | **179%** |
| **Operating CFPS** | **$0.72** | **$0.69** | **3%** | **$1.20** | **$0.43** | **-40%** | **65%** |
| | | | | | | | |
| Shares Outstanding (Diluted) | 422 | 421 | 0% | 423 | 453 | 0% | -7% |
| | | | | | | | |
| **Cash Flow Statement: ($mm)** | | | | | | | |
| Funds from Operations (FFO) | 302 | 292 | 3% | 506 | 274 | -40% | 10% |
| Capital Expenditures (Cash) | (226) | (201) | 12% | (196) | (231) | 15% | -2% |
| **Free Cash Flow (FCF)** | **74** | **89** | **-17%** | **308** | **43** | **NM** | **NM** |
| | | | | | | | |
| **Production:** | | | | | | | |
| Natural Gas (MMcfe/d) | 2,349 | 2,344 | 0% | 2,276 | 1,895 | 3% | 24% |
| **Total Production (Mmcfe/d)** | **2,349** | **2,344** | **0%** | **2,276** | **1,895** | **3%** | **24%** |
| | | | | | | | |
| **Unhedged Realizations** | | | | | | | |
| Gas ($/mcf) | $2.20 | $2.22 | -1% | $3.09 | $2.11 | -29% | 4% |
| | | | | | | | |
| **Hedged Realizations** | | | | | | | |
| Gas ($/mcf) | $2.27 | $2.27 | 0% | $3.35 | $2.15 | -32% | 6% |
| | | | | | | | |
| **Unit Costs (US$/mcf):** | | | | | | | |
| LOE | $0.08 | $0.09 | 0% | $0.09 | $0.09 | -5% | -7% |
| Production Taxes | $0.02 | $0.02 | -17% | $0.03 | $0.03 | -40% | -46% |
| Transportation | $0.66 | $0.67 | -1% | $0.67 | $0.66 | -1% | 0% |
| SG&A | $0.08 | $0.07 | 1% | $0.08 | $0.09 | -3% | -16% |
| DD&A | $0.45 | $0.45 | 0% | $0.45 | $0.49 | 0% | -9% |
| Cash Operating Costs | $0.84 | $0.85 | -1% | $0.87 | $0.87 | -3% | -4% |

Source: Company Data, Evercore ISI Research

**Figure 2: COG NAV**

### Net Asset Value

| | Risked (mmboe) | Value | ISI Price Deck $/Boe | $/Share | $/Acre | NYMEX Strip Value | $/Share |
|---|---|---|---|---|---|---|---|
| **Proved Developed Reserves (PV10)** | | | | | | | |
| PDP | 1,234 | $5,039 | $4.08 | $11.94 | NA | $4,168 | $9.87 |
| Total | 1,234 | $5,039 | $4.08 | $11.94 | NA | $4,168 | $9.87 |
| | | | | | | | |
| **North America Onshore** | | | | | | | |
| Marc-Lower | 4,449 | $7,228 | $1.62 | $17.12 | $40,378 | $4,698 | $11.13 |
| Marc-Upper | 1,346 | $840 | $0.62 | $1.99 | $4,694 | $308 | $0.73 |
| Total | 5,795 | $8,068 | $1.39 | $19.11 | $22,536 | $5,006 | $11.86 |
| | | | | | | | |
| **Other Assets / Liabilities** | | | | | | | |
| Cash | | $241 | | $0.57 | | $241 | $0.57 |
| Debt | | ($1,224) | | ($2.90) | | ($1,224) | ($2.90) |
| Atlantic Sunrise | | $400 | | $0.95 | | $400 | $0.95 |
| Total | | ($583) | | ($1.38) | | ($583) | ($1.38) |
| | | | | | | | |
| **Net Equity Value** | | $12,525 | | **$30.00** | | $8,591 | **$20.00** |
| **Shares Outstanding (MM)** | | | | 422 | | | 422 |

### Assumptions

| Prices | ISI Oil | Gas | NYMEX Strip Oil | Gas | Other Oil | Gas | Selected Deck Oil | ISI Gas |
|---|---|---|---|---|---|---|---|---|
| 2019 | $60.92 | $2.88 | $57.40 | $2.64 | $55.00 | $2.25 | $60.92 | $2.88 |
| 2020 | $69.00 | $3.00 | $55.26 | $2.52 | $55.00 | $2.25 | $69.00 | $3.00 |
| 2021 | $65.00 | $3.00 | $53.49 | $2.56 | $55.00 | $2.25 | $65.00 | $3.00 |
| 2022 | $65.00 | $3.00 | $52.80 | $2.60 | $55.00 | $2.25 | $65.00 | $3.00 |
| Long-term | $65.00 | $3.00 | $52.80 | $2.60 | $55.00 | $2.25 | $65.00 | $3.00 |

**Inflation Outlook**

| | | | | |
|---|---|---|---|---|
| Production Costs | 0.0% | | Discount Rate | 10.0% |
| Service/Drilling Costs | 2.2% | | Depreciation Rate | 80.0% |

### Operational Summary and Assumptions

| Asset | Net Acres | Risked % | Risked Acres | Spacing | Risked Wells | Well Cost ($M) | Avg. IP (mmcf/d) | EUR / well (Bcfe) |
|---|---|---|---|---|---|---|---|---|
| Marc-Lower | 179,000 | 90% | 161,100 | 120 | 893 | $8.3 | 40,000 | 36.9 |
| Marc-Upper | 179,000 | 90% | 161,100 | 120 | 1223 | $8.3 | 28,000 | 24.4 |
| Total | 358,000 | 90% | 322,200 | 120 | 2115 | $8.3 | 34,000 | 31 |

| Rig Program | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|
| Marc-Lower | 2.6 | 2.6 | 2.8 | 2.8 |
| Marc-Upper | 0.4 | 0.4 | 0.4 | 0.4 |
| Total | 3.0 | 3.0 | 3.2 | 3.2 |

| Gross Wells | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|
| Marc-Lower | 80 | 80 | 85 | 85 |
| Marc-Upper | 10 | 10 | 10 | 10 |
| Total | 90 | 90 | 95 | 95 |

| Drilling Capex | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|
| Marc-Lower | $664 | $679 | $737 | $753 |
| Marc-Upper | 83 | 85 | 87 | 89 |
| Total | $747 | $763 | $824 | $842 |

Source: Company Data, Evercore ISI Research

**Valuation & Risks**. We value COG based on our Net Asset Value (NAV) model which considers the value of proved developed producing reserves (per YE18 reserve statement). We assign value to COG's development opportunities on a risked basis assuming type wells and economics. Key upside risks include natural gas pricing (particularly in the Northeast) and faster than expected completion of Northeast infrastructure projects. Downside risks beyond the commodity include infrastructure delays and / or a significant departure of strategy by COG to diversify away from the core Marcellus acreage position.

## TIMESTAMP

**(Article 3(1)e and Article 7 of MAR)**

Time of dissemination: July 26 2019 09:11

## ANALYST CERTIFICATION

The analysts, Todd Firestone, Daniel Juck, Eric Boyes, Stephen Richardson, primarily responsible for the preparation of this research report attest to the following: (1) that the views and opinions rendered in this research report reflect his or her personal views about the subject companies or issuers; and (2) that no part of the research analyst's compensation was, is, or will be directly related to the specific recommendations or views in this research report.

## DISCLOSURES

This report is approved and/or distributed by Evercore Group LLC ("Evercore Group"), a U.S. licensed broker-dealer regulated by the Financial Industry Regulatory Authority ("FINRA"), and International Strategy & Investment Group (UK) Limited ("ISI UK"), which is authorised and regulated in the United Kingdom by the Financial Conduct Authority. The institutional sales, trading and research businesses of Evercore Group and ISI UK collectively operate under the global marketing brand name Evercore ISI ("Evercore ISI"). Both Evercore Group and ISI UK are subsidiaries of Evercore Partners Inc. ("Evercore Partners"). The trademarks, logos and service marks shown on this report are registered trademarks of Evercore Partners.

The analysts and associates responsible for preparing this report receive compensation based on various factors, including Evercore Partners' total revenues, a portion of which is generated by affiliated investment banking transactions. Evercore ISI seeks to update its research as appropriate, but various regulations may prevent this from happening in certain instances. Aside from certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the analyst's judgment.

Evercore ISI generally prohibits analysts, associates and members of their households from maintaining a financial interest in the securities of any company in the analyst's area of coverage. Any exception to this policy requires specific approval by a member of our Compliance Department. Such ownership is subject to compliance with applicable regulations and disclosure. Evercore ISI also prohibits analysts, associates and members of their households from serving as an officer, director, advisory board member or employee of any company that the analyst covers.

This report may include a Tactical Call, which describes a near-term event or catalyst affecting the subject company or the market overall and which is expected to have a short-term price impact on the equity shares of the subject company. This Tactical Call is separate from the analyst's long-term recommendation (Outperform, In Line or Underperform) that reflects a stock's forward 12-month expected return, is not a formal rating and may differ from the target prices and recommendations reflected in the analyst's long-term view.

**Applicable current disclosures regarding the subject companies covered in this report are available at the offices of Evercore ISI, and can be obtained by writing to Evercore Group LLC, Attn. Compliance, 666 Fifth Avenue, 11th Floor, New York, NY 10103.**

Evercore Partners and its affiliates, and I or their respective directors, officers, members and employees, may have, or have had, interests or qualified holdings on issuers mentioned in this report. Evercore Partners and its affiliates may have, or have had, business relationships with the companies mentioned in this report.

Additional information on securities or financial instruments mentioned in this report is available upon request.

---

### Ratings Definitions

#### Current Ratings Definition

Evercore ISI's recommendations are based on a stock's total forecasted return over the next 12 months. Total forecasted return is equal to the expected percentage price return plus gross dividend yield. We divide our stocks under coverage into three primary ratings categories, with the following return guidelines:

**Outperform**- the total forecasted return is expected to be greater than the expected total return of the analyst's coverage universe
**In Line**- the total forecasted return is expected to be in line with the expected total return of the analyst's universe
**Underperform**- the total forecasted return is expected to be less than the expected total return of the analyst's universe
**Coverage Suspended**- the rating and target price have been removed pursuant to Evercore ISI policy when Evercore is acting in an advisory capacity in a merger or strategic transaction involving this company and in certain other circumstances.*
**Rating Suspended**- Evercore ISI has suspended the rating and target price for this stock because there is not sufficient fundamental basis for determining, or there are legal, regulatory or policy constraints around publishing, a rating or target price. The previous rating and target price, if any, are no longer in effect for this company and should not be relied upon.*

*Prior to October 10, 2015, the "Coverage Suspended" and "Rating Suspended" categories were included in the category "Suspended."

**FINRA requires that members who use a ratings system with terms other than "Buy," "Hold/Neutral" and "Sell" to equate their own ratings to these categories. For this purpose, and in the Evercore ISI ratings distribution below, our Outperform, In Line, and Underperform ratings can be equated to Buy, Hold and Sell, respectively.**

#### Historical Ratings Definitions

Prior to March 2, 2017, Evercore ISI's recommendations were based on a stock's total forecasted return over the next 12 months:

**Buy**- the total forecasted return is expected to be greater than 10%

**Hold**- the total forecasted return is expected to be greater than or equal to 0% and less than or equal to 10%
**Sell** -the total forecasted return is expected to be less than 0%

On October 31, 2014, Evercore Partners acquired International Strategy & Investment Group LLC ("ISI Group") and ISI UK (the "Acquisition") and transferred Evercore Group's research, sales and trading businesses to ISI Group. On December 31, 2015, the combined research, sales and trading businesses were transferred back to Evercore Group in an internal reorganization. Since the Acquisition, the combined research, sales and trading businesses have operated under the global marketing brand name Evercore ISI.

**ISI Group and ISI UK:**

Prior to October 10, 2014, the ratings system of ISI Group LLC and ISI UK which was based on a 12-month risk adjusted total return:

Strong Buy- Return > 20%
Buy- Return 10% to 20%
Neutral - Return 0% to 10%
Cautious- Return -10% to 0%
Sell-  Return< -10%

For disclosure purposes, ISI Group and ISI UK ratings were viewed as follows: Strong Buy and Buy equate to Buy, Neutral equates to Hold, and Cautious and Sell equate to Sell.

**Evercore Group:**

Prior to October 10, 2014, the rating system of Evercore Group was based on a stock's expected total return relative to the analyst's coverage universe over the following 12 months. Stocks under coverage were divided into three categories:

Overweight- the stock is expected to outperform the average total return of the analyst's coverage universe over the next 12 months.
Equal-Weight- the stock is expected to perform in line with the average total return of the analyst's coverage universe over the next 12 months.
Underweight -the stock is expected to underperform the average total return of the analyst's coverage universe over the next 12 months.
Suspended- the company rating, target price and earnings estimates have been temporarily suspended.

For disclosure purposes, Evercore Group's prior "Overweight," "Equal-Weight" and "Underweight" ratings were viewed as "Buy," "Hold" and "Sell," respectively.

**Ratings Definitions for Portfolio-Based Coverage**

Evercore ISI utilizes an alternate rating system for companies covered by analysts who use a model portfolio-based approach to determine a company's investment recommendation. Covered companies are included or not included as holdings in the analyst's Model Portfolio, and have the following ratings:

**Long**- the stock is a positive holding in the model portfolio; the total forecasted return is expected to be greater than 0%.
**Short**- the stock is a negative holding in the model portfolio; the total forecasted return is expected to be less than 0%.
**No Position**- the stock is not included in the model portfolio.
**Coverage Suspended**- the rating and target price have been removed pursuant to Evercore ISI policy when Evercore is acting in an advisory capacity in a merger or strategic transaction involving this company, and in certain other circumstances; a stock in the model portfolio is removed.
**Rating Suspended** - Evercore ISI has suspended the rating and/or target price for this stock because there is not sufficient fundamental basis for determining, or there are legal, regulatory or policy constraints around publishing, a rating or target price. The previous rating and target price, if any, are no longer in effect for this company and should not be relied upon; a stock in the model portfolio is removed.

Stocks included in the model portfolio will be weighted from 0 to 100% for Long and 0 to -100% for Short. A stock's weight in the portfolio reflects the analyst's degree of conviction in the stock's rating relative to other stocks in the portfolio. The model portfolio may also include a cash component. At any given time the aggregate weight of the stocks included in the portfolio and the cash component must equal100%.

Stocks assigned ratings under the alternative model portfolio-based coverage system cannot also be rated by Evercore ISI's Current Ratings definitions of Outperform, In Line and Underperform.

**FINRA requires that members who use a ratings system with terms other than "Buy," "Hold/Neutral" and "Sell," to equate their own ratings to these categories. For this purpose, and in the Evercore ISI ratings distribution below, our Long, No Position and Short ratings can be equated to Buy, Hold and Sell respectively.**

**Evercore ISI rating (as of 26 July 2019)**

| Coverage Universe | | | Investment Banking Services I Past 12 Months | | |
|---|---|---|---|---|---|
| Ratings | Count | Pct. | Ratings | Count | Pct. |
| Buy | 397 | 51 | Buy | 268 | 68 |
| Hold | 315 | 40 | Hold | 170 | 54 |
| Sell | 39 | 5 | Sell | 16 | 41 |
| Coverage Suspended | 21 | 3 | Coverage Suspended | 16 | 76 |
| Rating Suspended | 8 | 1 | Rating Suspended | 2 | 25 |

**Issuer-Specific Disclosures** 26 July 2019

5

Evercore ISI or an affiliate expects to receive or intends to seek compensation for investment banking services from this subject company Cabot Oil &amp; Gas within the next three months.

**Price Charts**



**Ratings Key**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| B | Buy | OP | Outperform | L | Long | CS | Coverage Suspended |
| H | Hold | IL | In Line | NP | No Position | RS | Rating Suspended |
| S | Sell | UP | Underperform | S | Short | | |

# GENERAL DISCLOSURES

This report is approved and/or distributed by Evercore Group L.L.C. ("Evercore Group"), a U.S. licensed broker-dealer regulated by the Financial Industry Regulatory Authority ("FINRA") and by International Strategy & Investment Group (UK) Limited ("ISI UK"), which is authorised and regulated in the United Kingdom by the Financial Conduct Authority. The institutional sales, trading and research businesses of Evercore Group and ISI UK collectively operate under the global marketing brand name Evercore ISI ("Evercore ISI"). Both Evercore Group and ISI UK are subsidiaries of Evercore Inc. ("Evercore"). The trademarks, logos and service marks shown on this report are registered trademarks of Evercore Inc.

This report is provided for informational purposes only. It is not to be construed as an offer to buy or sell or a solicitation of an offer to buy or sell any financial instruments or to participate in any particular trading strategy in any jurisdiction. The information and opinions in this report were prepared by employees of affiliates of Evercore. The information herein is believed by Evercore ISI to be reliable and has been obtained from public sources believed to be reliable, but Evercore ISI makes no representation as to the accuracy or completeness of such information. Opinions, estimates and projections in this report constitute the current judgment of the author as of the date of this report. They do not necessarily reflect the opinions of Evercore or its affiliates and are subject to change without notice. In addition, opinions, estimates and projections in this report may differ from or be contrary to those expressed by other business areas or groups of Evercore and its affiliates. Evercore ISI has no obligation to update, modify or amend this report or to otherwise notify a reader thereof in the event that any matter stated herein, or any opinion, projection, forecast or estimate set forth herein, changes or subsequently becomes inaccurate. Facts and views in Evercore ISI research reports and notes have not been reviewed by, and may not reflect information known to, professionals in other Evercore affiliates or business areas, including investment banking personnel.

Evercore ISI does not provide individually tailored investment advice in research reports. This report has been prepared without regard to the particular investments and circumstances of the recipient. The financial instruments discussed in this report may not suitable for all investors and investors must make their own investment decisions using their own independent advisors as they believe necessary and based upon their specific financial situations and investment objectives. Securities and other financial instruments discussed in this report, or recommended or offered by Evercore ISI, are not insured by the Federal Deposit Insurance Corporation and are not deposits of or other obligations of any insured depository institution. If a financial instrument is denominated in a currency other than an investor's currency, a change in exchange rates may adversely affect the price or value of, or the income derived from the financial instrument, and such investor effectively assumes such currency risk. In addition, income from an investment may fluctuate and the price or value of financial instruments described in this report, either directly or indirectly, may rise or fall. Estimates of future performance are based on assumptions that may not be realized. Furthermore, past performance is not necessarily indicative of future performance.

Evercore ISI salespeople, traders and other professionals may provide oral or written market commentary or trading strategies to our clients that reflect opinions that are contrary to the opinions expressed in this research. Our asset management affiliates and investing businesses may make investment decisions that are inconsistent with the recommendations or views expressed in this research.

Electronic research is simultaneously available to all clients. This report is provided to Evercore ISI clients and may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the express written consent of Evercore ISI. Receipt and review of this research report constitutes your agreement not to redistribute, retransmit, or disclose to others the contents, opinions, conclusion or

Case 4:21-cv-02045    Document 143-9    Filed 01/22/23 in TXSD    Page 7 of 7

information contained in this report (including any investment recommendations, estimates or target prices) without first obtaining express permission from Evercore ISI.

This report is not intended for distribution to, or use by any person or entity in any jurisdiction or country where such distribution or use would be contrary to local law or regulation.

For investors in the UK: In making this report available, Evercore makes no recommendation to buy, sell or otherwise deal in any securities or investments whatsoever and you should neither rely or act upon, directly or indirectly, any of the information contained in this report in respect of any such investment activity. This report is being directed at or distributed to, (a) persons who fall within the definition of Investment Professionals (set out in Article 19(5) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (the "Order")); (b) persons falling within the definition of high net worth companies, unincorporated associations, etc. (set out in Article 49(2) of the Order); (c) other persons to whom it may otherwise lawfully be communicated (all such persons together being referred to as "relevant persons"). This report must not be acted on or relied on by persons who are not relevant persons.

Applicable current disclosures regarding the subject companies covered in this report are available at the offices of Evercore ISI, and can be obtained by writing to Evercore Group L.L.C., Attn. Compliance, 666 Fifth Avenue, 11th Floor, New York, NY 10103.

In compliance with the European Securities and Markets Authority's Market Abuse Regulation, a list of all Evercore ISI recommendations disseminated in the preceding 12 months for the subject companies herein, may be found at the following site: https://evercoreisi.mediasterling.com/disclosure.

© 2019. Evercore Group L.L.C. All rights reserved.