

**Energy - Exploration & Production**
**Price Target Change**
**July 26, 2019**
**BUY**
Michael C. Schmitz, CFA; mschmitz@ladenburg.com
212.409.2028

# CABOT OIL & GAS CORPORATION

## Q2 Results; Reducing 2020 Program/Production Growth to Maximize Free Cash Flow

COG (NYSE)

### Company & Market Data

| | |
|---|---|
| Closing Price (as of 07/25/2019): | $21.79 |
| Rating: | BUY |
| Price Target: | $28.00 |
| *Prior Price Target:* | *$30.00* |
| 52 Week Range: | $20.95 - $27.65 |
| Shares Outstanding (MM): | 423.3 |
| Avg Daily Volume (M): | 6,040.4 |
| Enterprise Value (MM): | $10,170 |
| Market Capitalization (MM): | $9,223 |
| Fiscal Year End: | Dec |

### Estimates

| EPS | 2018A | 2019E | 2020E |
|---|---|---|---|
| 1Q | $0.28 | $0.73A | — |
| 2Q | $0.13 | $0.36A | — |
| *Prior* | | *$0.33* | |
| 3Q | $0.25 | $0.29 | — |
| *Prior* | | *$0.31* | |
| 4Q | $0.55 | $0.49 | — |
| Full Year | $1.19 | $1.87 | $1.70 |
| *Prior* | | *$1.85* | *$2.00* |
| DCFPS | $2.85 | $3.45 | $3.10 |
| *Prior* | | *$3.43* | *$3.75* |

### Ratios

| | | | |
|---|---|---|---|
| P/E | 18.3x | 11.7x | 12.8x |
| EV/EBITDA | 8.0x | 6.8x | 7.2x |
| P/DCFPS | 7.6x | 6.3x | 7.0x |



*Chart data: Bloomberg*

## Highlights

COG reported recurring, diluted Q2 EPS/CFPS of $0.36/$0.72 vs. our $0.33/$0.67 estimates and Consensus of $0.34/$0.71. Q2 production, which was in-line with our estimate, increased 24% y-o-y and 3.2% sequentially. COG generated $73 million of free cash flow in Q2 and $381 million in 1H '19.

COG repurchased 5.1 million shares at a weighted-average price of $24.63/share in Q2 and has now reduced its shares outstanding by 10+% since reactivating the share repurchase program in Q2 '17. COG increased its share repurchase program by 25.0 million shares, bringing the current remaining authorization to 31.5 million shares (~8.0% of its current shares outstanding). COG remains committed to returning 50+% of its annual free cash flow to shareholders via dividends and share repurchases.

COG increased this year's budget to $800-820 million from $800 million due to incremental activity following ~$2.5 million acreage acquisition adjacent to an 8-well pad, which will allow it to increase total lateral footage on the pad by ~28,000 feet, combined with addition of 4 net wells due to continued efficiency gains with its 3 rigs under contract through year-end. However, COG reduced this year's production growth target to 16-18% (24-26% on debt-adjusted per share basis) from 20% (27% on debt adjusted per share basis) due to an increase in lateral lengths pushing production contribution from the 8-well pad to late December/early January. Based on a $2.60/MMBtu/$2.70/MMBtu NYMEX natural gas price, COG is targeting 20-22%/21-23% ROCE and $500-525/$550-575 million of free cash flow in 2019.

COG provided preliminary 2020 production growth target of 5.0% (7.0-8.0% on debt-adjusted per share basis) based on a $700-725 million budget as it plans to maximize free cash flow via a reduction in capital spending/production growth given its current natural gas price outlook. This compares with our 15% production growth target based on a $775 million budget. Based on a $2.50/MMBtu/$2.75/MMBtu NYMEX natural gas price, COG is targeting $375-400/$525-550 million of free cash flow in 2020 (assumes 55-70% deferred tax rate vs. estimated 100+% in 2019). COG plans to provide more details on 2020 operating plans on its Q3 conference call in October. COG estimates its annual maintenance capital budget is ~$550-575 million (including ~$50 million of non D&C capital) based on a current PDP annual decline rate in the mid-to-high 20% range.

COG had $1.7+ billion of liquidity (including $241 million of cash) with net debt/EBITDAX of 0.6x at 6/30.

COG estimates its has ~2,900 remaining undrilled locations. COG plans to place 85 net wells on production in 2019. COG's 9 Generation 5 Upper Marcellus completions in 2018 on avg. are producing above its avg. 2.9 Bcf EUR per 1,000 ft. lateral type curve for prior completions. COG plans to allocate a small portion of its capital program (including 10-15 Upper Marcellus wells in 2019) to test Upper Marcellus Generation 5 completions to gather more data before updating its projected Upper Marcellus EURs, although still plans to fully-develop Lower Marcellus (target avg. 4.4 Bcf EUR per 1,000 ft. lateral) before beginning full-development mode in Upper Marcellus.

COG continues to evaluate new opportunities to further increase its production capacity, including both potential new takeaway projects and new in-basin demand projects.

Reiterate Buy rating but reducing price target to $28 (~170% proven reserve LV multiple) from $30.

## Disclosures and Analyst Certifications can be found in Appendix A.

277 Park Avenue 26th Floor • New York, New York 10172 • Telephone: 212-409-2000 • 800-LAD-THAL

Member: NYSE, NYSE American, NYSE Arca, FINRA, all other principal exchanges and SIPC

Michael C. Schmitz 212.409.2028                                          Cabot Oil & Gas Corporation (COG)

## Variance Analysis and Earnings Model

**Table 1:  COG Variance Analysis**

| Cabot Oil & Gas Variance Analysis Second Quarter 2019 | Q2 2018 Actual | Q1 2019 Actual | Q2 2019 Actual | Q2 2019 Estimate | Q2 2019A vs Q2 2019E | Q2 2019A vs Q2 2018A | Q2 2019A vs Q1 2019A |
|---|---|---|---|---|---|---|---|
| **OPERATING SUMMARY** | | | | | | | |
| **Production:** Oil (Bbls/d) | 0 | 0 | 0 | 0 | | | |
| Gas (Mcf/d) | 1,895,000 | 2,275,556 | 2,349,000 | 2,350,000 | 0.0% | 24.0% | 3.2% |
| Equivalent ( Mcfe/d) | **1,895,000** | **2,275,556** | **2,349,000** | **2,350,000** | **0.0%** | **24.0%** | **3.2%** |
| | | | | | | | |
| Ave. Realized Gas Price ($/Mcf) | **$2.15** | **$3.35** | **$2.20** | **$2.30** | **-4.2%** | **2.3%** | **-34.3%** |
| **INCOME STATEMENT ($ ,000)** | | | | | | | |
| Natural Gas Production | 364,660 | 633,174 | 534,131 | 491,163 | 8.7% | 46.5% | -15.6% |
| Crude Oil and Condensate | 0 | 0 | 0 | 0 | | | |
| Brokered Natural Gas Margin | 12,494 | 0 | 0 | 750 | | | |
| Other Income | (3,789) | 8,507 | (14) | 0 | NM | -99.6% | -100.2% |
| **Total Operating Revenue** | **373,365** | **641,681** | **534,117** | **491,913** | **8.6%** | **43.1%** | **-16.8%** |
| | | | | | | | |
| Direct Operation | 15,657 | 18,334 | 18,093 | 16,039 | 12.8% | 15.6% | -1.3% |
| Transportation and Gathering | 114,189 | 137,333 | 141,689 | 142,210 | -0.4% | 24.1% | 3.2% |
| Exploration | 54,500 | 6,044 | 4,504 | 7,000 | -35.7% | -91.7% | -25.5% |
| DD&A | 84,910 | 92,258 | 96,147 | 95,163 | 1.0% | 13.2% | 4.2% |
| Impairment of Long Lived Assets | 0 | 0 | 0 | 0 | NM | NM | NM |
| Impairment of Unproved Properties | 0 | 0 | 0 | 0 | NM | NM | NM |
| General & Administrative | 21,228 | 31,090 | 22,889 | 31,090 | -26.4% | 7.8% | -26.4% |
| Taxes Other Than Income | 5,392 | 5,847 | 3,640 | 7,367 | -50.6% | -32.5% | -37.7% |
| Total Operating Expenses | 295,876 | 290,906 | 286,962 | 298,870 | -4.0% | -3.0% | -1.4% |
| | | | | | | | |
| **Operating Income** | **77,489** | **350,775** | **247,155** | **193,043** | | | |
| | | | | | | | |
| Gain (Loss) on Sale of Assets | 540 | (1,500) | (143) | 0 | | | |
| Interest Expense | 23,328 | 12,181 | 14,567 | 12,943 | | | |
| Other Expenses (Income) | 118 | (3,540) | (3,650) | 0 | | | |
| Pre-tax Income | 54,583 | 340,634 | 236,095 | 180,100 | | | |
| Income Taxes (Benefit) | 12,152 | 77,871 | 55,086 | 40,523 | | | |
| *Effective Tax Rate (Net of Credits)* | 22% | 23% | 23% | 23% | | | |
| Preferred Dividends | 0 | 0 | 0 | 0 | | | |
| Extraordinary (loss) gain, net of tax | 0 | 0 | 0 | 0 | | | |
| **Reported Net Income (Loss)** | **42,431** | **262,763** | **181,009** | **139,578** | **29.7%** | **326.6%** | **-31.1%** |
| | | | | | | | |
| Reported Net Income (Loss) Per Share | $0.09 | $0.62 | $0.43 | $0.33 | 30.0% | 355.8% | -31.0% |
| Recurring Net Income (Loss) Per Share | $0.13 | $0.73 | $0.36 | $0.33 | 8.2% | 178.1% | -51.0% |
| | | | | | | | |
| Adjusted Recurring Diluted Net Income Per Share | $0.13 | $0.73 | $0.36 | $0.33 | 8.2% | 178.1% | -51.0% |
| | | | | | | | |
| **Discretionary Cash Flow** | 196,497 | 505,867 | 301,882 | 285,425 | 5.8% | 53.6% | -40.3% |
| Cash Flow Per Share | $0.44 | $1.20 | $0.72 | $0.67 | 6.1% | 64.2% | -40.2% |
| | | | | | | | |
| Shares Outstanding (,000) | 451,055 | 423,116 | 422,141 | 423,300 | -0.3% | -6.4% | -0.2% |
| | | | | | | | |
| **COMPONENT ANALYSIS ($/MCFE Prod.)** | | | | | | | |
| Operating Revenues | 2.11 | 3.09 | 2.50 | 2.30 | 8.8% | 18.2% | -19.2% |
| Direct Operation | 0.09 | 0.09 | 0.08 | 0.08 | 12.9% | -6.8% | -5.5% |
| Exploration | 0.32 | 0.03 | 0.02 | 0.03 | -35.6% | -93.3% | -28.6% |
| D.D. & A. | 0.49 | 0.45 | 0.45 | 0.45 | 1.1% | -8.7% | -0.2% |
| General & Administrative | 0.12 | 0.15 | 0.11 | 0.15 | -26.3% | -13.0% | -29.5% |
| Interest Expense | 0.14 | 0.06 | 0.07 | 0.06 | 12.6% | -49.6% | 14.6% |
| Discretionary Cash Flow | 1.14 | 2.47 | 1.41 | 1.33 | 5.8% | 23.9% | -42.8% |

*Source: Ladenburg Thalmann & Co. Inc., Company Reports*



Cabot Oil & Gas Corporation (COG)

**Table 2: COG Earnings Model**

| Cabot Oil & Gas | 2020E | 2019E | Q4E | Q3E | Q2 | Q1 | 2018 |
|---|---|---|---|---|---|---|---|
| WTI Crude Oil | $60.00 | $57.96 | $60.00 | $57.00 | $59.83 | $55.00 | $64.86 |
| Natural Gas | $2.75 | $2.75 | $2.85 | $2.40 | $2.60 | $3.14 | $3.09 |
| | | | | | | | |
| **OPERATING SUMMARY** | | | | | | | |
| Production: Oil and NGL (Bbls/Day) | 0 | 0 | 0 | 0 | 0 | 0 | 2,272 |
| Natural Gas (Mcf/Day) | 2,500,896 | 2,381,805 | 2,500,000 | 2,400,000 | 2,349,000 | 2,275,556 | 2,000,036 |
| **Equivalent (Mcfe/Day)** | 2,500,896 | 2,381,805 | 2,500,000 | 2,400,000 | 2,349,000 | 2,275,556 | 2,013,665 |
| | | | | | | | |
| Breakdown: Oil | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.7% |
| Gas | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 99.3% |
| | | | | | | | |
| **INCOME STATEMENT ($ ,000)** | | | | | | | |
| Natural Gas Production | 2,190,785 | 2,219,325 | 586,500 | 465,520 | 534,131 | 633,174 | 1,881,150 |
| Crude Oil and Condensate | 0 | 0 | 0 | 0 | 0 | 0 | 48,722 |
| Brokered Natural Gas Margin | 0 | 0 | 0 | 0 | 0 | 0 | 25,332 |
| Other Income | 0 | 8,493 | 0 | 0 | (14) | 8,507 | 48,746 |
| **Total Operating Revenue** | 2,190,785 | 2,227,818 | 586,500 | 465,520 | 534,117 | 641,681 | 2,003,950 |
| | | | | | | | |
| Direct Operation | 68,462 | 70,237 | 17,250 | 16,560 | 18,093 | 18,334 | 69,646 |
| Transportation and Gathering | 607,030 | 578,804 | 152,950 | 146,832 | 141,689 | 137,333 | 496,731 |
| Exploration | 25,000 | 24,548 | 7,000 | 7,000 | 4,504 | 6,044 | 113,820 |
| DD&A | 410,772 | 389,011 | 102,350 | 98,256 | 96,147 | 92,258 | 417,479 |
| Impairment of Long Lived Assets | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| General & Administrative | 80,000 | 99,757 | 22,889 | 22,889 | 22,889 | 31,090 | 96,641 |
| Taxes Other Than Income | 31,766 | 25,267 | 8,798 | 6,983 | 3,640 | 5,847 | 22,642 |
| **Total Operating Expenses** | 1,223,030 | 1,187,624 | 311,237 | 298,520 | 286,962 | 290,906 | 1,216,959 |
| **Operating Income** | 967,754 | 1,040,194 | 275,264 | 167,000 | 247,155 | 350,775 | 786,991 |
| | | | | | | | |
| Gain (Loss) on Sale of Assets | 0 | (1,643) | 0 | 0 | (143) | (1,500) | (17,336) |
| | | | | | | | |
| Interest Expense | 55,291 | 55,384 | 14,193 | 14,443 | 14,567 | 12,181 | 73,201 |
| Other Expenses (Income) | (14,500) | (14,490) | (3,650) | (3,650) | (3,650) | (3,540) | 0 |
| Pre-tax Income | 926,963 | 997,657 | 264,721 | 156,207 | 236,095 | 340,634 | 696,454 |
| Income Taxes (Benefit) | 216,909 | 227,666 | 59,562 | 35,147 | 55,086 | 77,871 | 141,094 |
| *Effective Tax Rate (Net of Credits)* | 23% | 23% | 23% | 23% | 23% | 23% | 20% |
| **Reported Net Income (Loss)** | 710,054 | 769,991 | 205,159 | 121,061 | 181,009 | 262,763 | 555,360 |
| Reported Net Income (Loss) Per Share | 1.70 | 1.83 | 0.49 | 0.29 | 0.43 | 0.62 | 1.25 |
| Recurring Net Income (Loss) Per Share | 1.70 | 1.87 | 0.49 | 0.29 | 0.36 | 0.73 | 1.19 |
| Adjusted Recurring Diluted Net Income Per Share | 1.70 | 1.87 | 0.49 | 0.29 | 0.36 | 0.73 | 1.19 |
| | | | | | | | |
| **Discretionary Cash Flow** | 1,295,310 | 1,450,162 | 377,809 | 264,604 | 301,882 | 505,867 | 1,268,364 |
| Cash Flow Per Share | 3.10 | 3.45 | 0.90 | 0.63 | 0.72 | 1.20 | 2.85 |
| | | | | | | | |
| Shares Outstanding (,000) | 418,400 | 420,496 | 418,400 | 418,400 | 422,141 | 423,116 | 445,538 |
| | | | | | | | |
| **COMPONENT ANALYSIS ($/MCFE Prod.)** | | | | | | | |
| Operating Revenues | 2.40 | 2.55 | 2.55 | 2.11 | 2.50 | 3.09 | 2.64 |
| Direct Operation | 0.08 | 0.08 | 0.08 | 0.08 | 0.08 | 0.09 | 0.09 |
| Transportation and Gathering | 0.67 | 0.67 | 0.67 | 0.67 | 0.66 | 0.67 | 0.68 |
| Exploration | 0.03 | 0.03 | 0.03 | 0.03 | 0.02 | 0.03 | 0.15 |
| D.D. & A. | 0.45 | 0.45 | 0.45 | 0.45 | 0.45 | 0.45 | 0.57 |
| General & Administrative | 0.09 | 0.11 | 0.10 | 0.10 | 0.11 | 0.15 | 0.13 |
| Production Taxes (% of Oil & Gas Revenues) | 1.5% | 1.2% | 1.5% | 1.5% | 0.7% | 0.9% | 1.2% |
| Production Taxes | 0.03 | 0.03 | 0.04 | 0.03 | 0.02 | 0.03 | 0.03 |
| Interest Expense | 0.06 | 0.06 | 0.06 | 0.07 | 0.07 | 0.06 | 0.10 |
| Discretionary Cash Flow | 1.42 | 1.67 | 1.64 | 1.20 | 1.41 | 2.47 | 1.73 |

*Source: Ladenburg Thalmann & Co. Inc., Company Reports*


LADENBURG THALMANN ESTABLISHED 1876

## Risks include, but are not limited to:

Declines in commodity prices (including regional pricing) could result in COG not being able to generate sufficient cash flow to fund its budget, which could result in it not being able to make its production growth forecast and would significantly reduce its free cash flow.

Risks of primarily operating in one geographic area (Marcellus) could negatively impact COG's operations.

COG's ability to sell its natural gas and oil production and/or the prices it receives for its production could be materially harmed if it fails to obtain adequate services such as transportation and processing and/or if these projects are delayed.

COG's drilling plans for the Marcellus Shale play are subject to change. If COG fails to drill all of the wells that are necessary to hold its acreage, the initial lease terms could expire, which would result in the loss of certain leasehold rights.

If COG's Marcellus Shale drilling program fails to produce its projected supply of natural gas, its investments in its gas gathering operations could be lost. In addition, COG's commitments for transportation on third-party pipelines and gathering systems could make the sale of its natural gas uneconomic, which could have an adverse effect on its operations, financial condition and cash flows.

COG's operations require substantial capital and it may be unable to obtain needed capital or financing on satisfactory terms or at all, which could lead to a loss of properties and a decline in its oil and natural gas reserves.

Difficulty in predicting production performance of new wells, production, operational or permit delays; weather delays that negatively impact drilling activities and difficulty in accessing needed pipeline infrastructure or applying well completion methods could negatively impact the company's operations.

The number of viable drilling locations may prove to be lower than the company's current identified locations and estimated proven reserves are subject to negative revisions.

Potential acquisitions and/or divestitures may not be completed as planned, which could negatively impact COG's operations.

The inadequate performance by its partners, particularly in its non-operated properties, for its current and planned projects could negatively impact the company's reserve and production growth.

Unfavorable regulatory or environmental rulings may hamper the company's ability to develop its properties as planned. Federal, state and local legislation and regulatory initiatives relating to hydraulic fracturing could prohibit certain projects or result in materially increased costs and additional operating restrictions or delays because of the significance of hydraulic fracturing in COG's business.

Certain U.S. federal income tax deductions currently available with respect to oil and gas exploration and development may be eliminated as a result of future legislation.  COG's hedging activities could result in financial losses or could reduce its income. Federal legislation may decrease COG's ability, and increase the cost, to enter into hedge transactions.  Unexpected negative outcomes from pending or potential lawsuits could negatively impact the company.



# APPENDIX A: IMPORTANT RESEARCH DISCLOSURES

**ANALYST CERTIFICATION**

I, Michael C. Schmitz, attest that the views expressed in this research report accurately reflect my personal views about the subject security and issuer. Furthermore, no part of my compensation was, is, or will be directly or indirectly related to the specific recommendation or views expressed in this research report, provided, however, that:

The research analyst primarily responsible for the preparation of this research report has or will receive compensation based upon various factors, including the volume of trading at the firm in the subject security, as well as the firm's total revenues, a portion of which is generated by investment banking activities.

Additional information regarding the contents of this publication will be furnished upon request. Please contact Ladenburg Thalmann, Compliance Department, 277 Park Avenue, 26th floor, New York, New York 10172 (or call 212-409-2000) for any information regarding current disclosures, and where applicable, relevant price charts, in regard to companies that are the subject of this research report.

**COMPANY BACKGROUND**

Cabot Oil & Gas (COG) is a domestic independent oil and gas company focused in the Marcellus Shale.

**VALUATION METHODOLOGY**

We value E&P companies based on a multiple of proven reserve liquidation value.

**RISKS**

In addition to normal economic and market risk factors that impact most all equities, COG is at risk to changes to commodity prices (including regional pricing), hedging risks, operational risks, disappointing drilling results, production shortfalls, government regulations, weather-related delays/shut-ins, difficulty in obtaining oilfield services, midstream constraints/issues. COG is also at risk to potential changes in tax laws and unexpected negative outcomes from pending or potential lawsuits.

The abovementioned risk factors do not constitute all the potential risks of investing in the subject company's shares. Investors should refer to the company's SEC filings including the most recent forms 10-K and 10-Q for further details on the risks associated with an investment in the subject company's shares.

**STOCK RATING DEFINITIONS**

Buy: The stock's return is expected to exceed 12.5% over the next twelve months.
Neutral: The stock's return is expected to be plus or minus 12.5% over the next twelve months.
Sell: The stock's return is expected to be negative 12.5% or more over the next twelve months.

Investment Ratings are determined by the ranges described above at the time of initiation of coverage, a change in risk, or a change in target price. At other times, the expected returns may fall outside of these ranges because of price movement and/or volatility. Such interim deviations from specified ranges will be permitted but will become subject to review.

**RATINGS DISPERSION AND BANKING RELATIONSHIPS AS OF (July 26, 2019)**

| Rating | % | IB % |
|---|---|---|
| **BUY** | 77.7 | 50.3 |
| **NEUTRAL** | 22.3 | 40.9 |
| **SELL** | 0.0 | 0.0 |

**COMPANIES UNDER MICHAEL'S COVERAGE**

| | |
|---|---|
| Antero Midstream Corporation (AM) | Abraxas Petroleum Corporation (AXAS) |
| Chesapeake Energy Corporation (CHK) | Continental Resources, Inc. (CLR) |
| Cabot Oil & Gas Corporation (COG) | Comstock Resources, Inc. (CRK) |
| Concho Resources, Inc. (CXO) | Enterprise Products Partners LP (EPD) |
| EQM Midstream Partners, LP (EQM) | EQT Corporation (EQT) |
| Equitrans Midstream Corporation (ETRN) | HighPoint Resources Corporation (HPR) |
| Contango Oil & Gas Company (MCF) | Magellan Midstream Partners, L.P. (MMP) |
| Oasis Petroleum Inc. (OAS) | Oasis Midstream Partners LP (OMP) |
| Ring Energy, Inc. (REI) | Range Resources Corporation (RRC) |



Michael C. Schmitz 212.409.2028

Cabot Oil & Gas Corporation (COG)

Southwestern Energy Co. (SWN)  
Western Midstream Partners, LP (WES)

TC PipeLines, LP (TCP)  
Whiting Petroleum Corp. (WLL)

## INVESTMENT RATING AND PRICE TARGET HISTORY



### GENERAL DISCLAIMERS

Information and opinions presented in this report have been obtained or derived from sources believed by Ladenburg Thalmann & Co. Inc. to be reliable. The opinions, estimates and projections contained in this report are those of Ladenburg Thalmann as of the date of this report and are subject to change without notice.

Ladenburg Thalmann & Co. Inc. accepts no liability for loss arising from the use of the material presented in this report, except that this exclusion of liability does not apply to the extent that such liability arises under specific statutes or regulations applicable to Ladenburg Thalmann & Co. Inc. This report is not to be relied upon in substitution for the exercise of independent judgment. Ladenburg Thalmann & Co. Inc. may have issued, and may in the future issue, other reports that are inconsistent with, and reach different conclusions from, the information presented in this report. Those reports reflect the different assumptions, views and analytical methods of the analysts who prepared them and Ladenburg Thalmann & Co. Inc. is under no obligation to ensure that such other reports are brought to the attention of any recipient of this report. Investors should consider this report as only a single factor in making their investment decisions.

Some companies that Ladenburg Thalmann & Co. Inc. follows are emerging growth companies whose securities typically involve a higher degree of risk and more volatility than the securities of more established companies. The securities discussed in Ladenburg Thalmann & Co. Inc. research reports may not be suitable for some investors. Investors must make their own determination as to the appropriateness of an investment in any securities referred to herein, based on their specific investment objectives, financial status and risk tolerance.

Past performance should not be taken as an indication or guarantee of future performance, and no representation or warranty, express or implied, is made regarding future performance. The price, value of and income from any of the securities mentioned in this report can fall as well as rise. The value of securities is subject to exchange rate fluctuation that may have a positive or adverse effect on the price or income of such securities. Investors in securities such as ADRs, the values of which are influenced by currency volatility, effectively assume this risk. Securities recommended, offered or sold by Ladenburg Thalmann & Co. Inc. (1) are not insured by the Federal Deposit Insurance Company; (2) are not deposits or other obligations of any insured depository institution; and (3) are subject to investment risks, including the possible loss of some or all of principal invested. Indeed, in the case of some investments, the potential losses may exceed the amount of initial investment and, in such circumstances; you may be required to pay more money to support these losses.

The information and material presented in this report are provided to you for information purposes only and are not to be used or considered as an offer or the solicitation of an offer to sell or to buy any securities mentioned herein. This publication is confidential for the information of the addressee only and may not be reproduced in whole or in part, copies circulated, or disclosed to another party, without the prior written consent of Ladenburg Thalmann & Co. Inc.

Ladenburg Thalmann & Co. Inc. does not provide tax advice. Please consult your tax advisor to tax related matters.

*Member: NYSE, NYSE American, NYSE Arca, FINRA, all other principal exchanges and SIPC*

*Additional Information Available Upon Request*

*©2019 - Ladenburg Thalmann & Co. Inc. All Rights Reserved.*




_____

## EQUITY RESEARCH

### ENERGY, POWER & INFRASTRUCTURE

**Energy Exploration & Production, Upstream**
Michael Schmitz, CFA                    (212) 409-2028            mschmitz@ladenburg.com

**Master Limited Partnerships, Midstream**
Michael Schmitz, CFA                    (212) 409-2028            mschmitz@ladenburg.com

### HEALTHCARE

**Biotechnology**
Matthew L. Kaplan                       (212) 891-5247            mkaplan@ladenburg.com

**Biotechnology**
Wangzhi Li, PhD                         (212) 409-2051            wli@ladenburg.com

**Biopharmaceuticals**
Michael Higgins                         (212) 409-2074            mhiggins@ladenburg.com

**Healthcare & Medical Technologies**
Jeffrey S. Cohen                        (561) 620-2049            jcohen@ladenburg.com

### FINANCIAL INSTITUTIONS

**Financial Services – Business Development Co. & Specialty Finance**
Mickey M. Schleien, CFA                 (305) 572-4131            mschleien@ladenburg.com

**Financial Services – Business Development Co. & Specialty Finance**
Christopher Nolan, CFA                  (212) 409-2068            cnolan@ladenburg.com

**Financial Services – Equity REITs**
John J. Massocca                        (212) 409-2543            jmassocca@ladenburg.com

### SPECIALTY CONSUMER/CANNABIS

**Specialty Consumer/Cannabis**
Glenn G. Mattson                        (212) 409-2073            gmattson@ladenburg.com

### TECHNOLOGY

**Internet & Software Services**
Jon R. Hickman                          (510) 918-4045            jhickman@ladenburg.com

**Software and Services**
Glenn G. Mattson                        (212) 409-2073            gmattson@ladenburg.com

ADDITIONAL CONTACTS
Kenneth Brush, Head of Trading          (212) 409-2011            kbrush@ladenburg.com
Eric Novotny                            (212) 409-2011            enovotny@ladenburg.com