# SIMMONS ENERGY

## A DIVISION OF PIPER JAFFRAY℠

HOT COMMENT
July 26, 2019

## Cabot Oil & Gas (COG)                    Overweight

### Q2'19 Quick Look: Adjusts 2019 Guidance and Provides Initial 2020 Look

### CONCLUSION

Earnings and EBITDA for the second quarter were largely in line with the Street but with higher CapEx than anticipated. Additionally, COG expanded its share repurchase program which is now authorized for 8% of the outstanding share count. Looking ahead, COG is lowering 2019 guidance to 2,356 MMcf/d (SE/Street: 2,412/2,431 MMcf/d) while taking CapEx a touch higher to $810M (adjustments to operating plan detailed below). COG is also providing an initial look at 2020 which implies ~2,475 MMcf/d below SE/Street expectations of 2,610/2,674 MMcf/d, respectively, despite largely in-line CapEx (Guide/SE/Street: $713M/$700M$/720M). A reduction in activity next year coupled with a focus on free cash flow is appropriate given the anemic natural gas prices and should be positive for the macro; however, the implied capital efficiency in forward guidance is less favorable vs. expectations ultimately biasing our FCF expectations lower assuming similar gas prices.

**Financial Results:** COG reported adjusted earnings of $0.36/sh, above SE/Street at $0.30/sh and $0.34/sh, respectively. EBITDAX at $306M exceeded Simmons expectation of $284M but was in line with the Street at $306M. The cash flow beat relative to Simmons was a function of larger hedge gains than we modeled.

**Operating Results:** Production of 2,349 Mmcf/d (+3% q/q; +24% y/y) was slightly above SE/Street expectations of 2,345/2,343 MMcf/d, respectively. Total CapEx at ~$223M came in above SE/Street expectations at ~$213M and ~$203M, respectively.

**2019 Guidance Updated:** 3Q production guidance of 2,385 MMcf/d is beneath Simmons/Street expectations of 2,415 MMcf/d and 2,456 MMcf/d. FY'19 production guidance has been lowered to 17% growth at the midpoint from 20% previously. Revised guidance implies ~2,355 MMcf/d from ~2,415 MMcf/d previously (SE/Street:2,412 MMcf/d and 2,431 MMcf/d). The revised production guidance was primarily attributed to alterations in the development schedule (acquiring acreage adjacent to existing pad to drill longer laterals which delays first sales). CapEx was revised to $810M from $800M previously to reflect the longer laterals and a few incremental wells drilled due to drilling efficiency gains. The company expects $513M of free cash flow at $2.60/HH (previously: $525M at $2.50/HH).

**Initial 2020 Guidance:** COG has provided initial 2020 guidance of 5% which implies 2020 production of ~2,475 MMcf/d, below Simmons/Street expectations of 2,610 MMcf/d and 2,674 MMcf/d, respectively. CapEx at $700M-$725M was in line with Simmons/Street estimates of $700M and $720M, respectively. The company expects $388M of free cash flow at $2.50/HH (SE at $2.50: $450M).

**Share Repurchase Update:** During 2Q'19, COG repurchased 5.1M shares at a weighted-average price of $24.63/sh. The company also expanded its share repurchase program by 25M bringing the remaining authorization to 31.5M shares (~8% of outstanding share count).

### COMPANY DESCRIPTION

Cabot Oil & Gas (COG) is a gas levered producer with assets in the Marcellus/Eagle Ford.

---

**PRICE: US$21.79**

**TARGET: US$27.00**
Our ~$27 Price Target is derived from a 50 year DCF discounted at 10 percent in addition to Q1'19 asset values.

---

**Kashy Harrison**
Sr. Research Analyst, Piper Jaffray & Co.
713 546-7330,
kashy.o.harrison@simmonspjc.com

**Ryan M. Todd**
Sr. Research Analyst, Piper Jaffray & Co.
212 284-5037, ryan.m.todd@simmonspjc.com

**Buddy Alpaugh**
Research Analyst, Piper Jaffray & Co.
713 546-7253,
buddy.b.alpaugh@simmonspjc.com

### RISKS TO ACHIEVEMENT OF PT & RECOMMENDATION

Inability to secure permits for key pipelines and gas prices are risks.

**Price Performance - 1 Year**



*Source: Bloomberg*

---

Piper Jaffray does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decisions. This report should be read in conjunction with important disclosure information, including an attestation under Regulation Analyst certification, found on pages 2 - 3 of this report or at the following site: http://www.piperjaffray.com/researchdisclosures.

SIMMONS ENERGY

A DIVISION OF PIPER JAFFRAY℠

HOT COMMENT
July 26, 2019

## IMPORTANT RESEARCH DISCLOSURES



**Created by: BlueMatrix**

Notes: The boxes on the Rating and Price Target History chart above indicate the date of the fundamental Equity Research Note, the rating and the price target. Each box represents a date on which an analyst made a change to a rating or price target, except for the first box, which may only represent the first Note written during the past three years.

Legend:
I: Initiating Coverage
R: Resuming Coverage
T: Transferring Coverage
D: Discontinuing Coverage
S: Suspending Coverage
OW: Overweight
N: Neutral
UW: Underweight
NA: Not Available
UR: Under Review

|  |  |  |  |  |
|---|---|---|---|---|
| **Distribution of Ratings/IB Services** | | | | |
| **Piper Jaffray** | | | | |
|  |  |  | **IB Serv./Past 12 Mos.** | |
| **Rating** | **Count** | **Percent** | **Count** | **Percent** |
| **BUY [OW]** | 412 | 63.29 | 97 | 23.54 |
| **HOLD [N]** | 230 | 35.33 | 15 | 6.52 |
| **SELL [UW]** | 9 | 1.38 | 0 | 0.00 |

Note: Distribution of Ratings/IB Services shows the number of companies currently covered by fundamental equity research in each rating category from which Piper Jaffray and its affiliates received compensation for investment banking services within the past 12 months. FINRA rules require disclosure of which ratings most closely correspond with "buy," "hold," and "sell" recommendations. Piper Jaffray ratings are not the equivalent of buy, hold or sell, but instead represent recommended relative weightings. Nevertheless, Overweight corresponds most closely with buy, Neutral with hold and Underweight with sell. See Stock Rating definitions below.

---

**Analyst Certification  — Kashy Harrison, Sr. Research Analyst**
**— Ryan M. Todd, Sr. Research Analyst**

The views expressed in this report accurately reflect my personal views about the subject company and the subject security. In addition, no part of my compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in this report.

Piper Jaffray research analysts receive compensation that is based, in part, on overall firm revenues, which include investment banking revenues.

---

Time of dissemination: 26 July 2019 08:12EDT.

SIMMONS ENERGY

A DIVISION OF PIPER JAFFRAY℠

HOT COMMENT
July 26, 2019

### Research Disclosures

Piper Jaffray was making a market in the securities of Cabot Oil & Gas at the time this research report was published. Piper Jaffray will buy and sell Cabot Oil & Gas securities on a principal basis.

Affiliate disclosures: Piper Jaffray is the trade name and registered trademark under which the corporate and investment banking products and services of Piper Jaffray Companies and its subsidiaries Piper Jaffray & Co. and Piper Jaffray Ltd. are marketed. Simmons Energy is a division of Piper Jaffray & Co. This report has been prepared by Piper Jaffray & Co. and/or its affiliate Piper Jaffray Ltd. Piper Jaffray & Co. is regulated by FINRA, NYSE and the United States Securities and Exchange Commission, and its headquarters are located at 800 Nicollet Mall, Minneapolis, MN 55402. Piper Jaffray Ltd. is authorized and regulated by the Financial Conduct Authority, and is located at 88 Wood Street, 13th Floor, London EC2V 7RS. Disclosures in this section and in the Other Important Information section referencing Piper Jaffray include all affiliated entities unless otherwise specified.

### Rating Definitions

Stock Ratings: Piper Jaffray fundamental research ratings are indicators of expected total return (price appreciation plus dividend) within the next 12 months. At times analysts may specify a different investment horizon or may include additional investment time horizons for specific stocks. Stock performance is measured relative to the group of stocks covered by each analyst. Lists of the stocks covered by each are available at www.piperjaffray.com/researchdisclosures. Stock ratings and/or stock coverage may be suspended from time to time in the event that there is no active analyst opinion or analyst coverage, but the opinion or coverage is expected to resume. Research reports and ratings should not be relied upon as individual investment advice. As always, an investor's decision to buy or sell a security must depend on individual circumstances, including existing holdings, time horizons and risk tolerance. Piper Jaffray sales and trading personnel may provide written or oral commentary, trade ideas, or other information about a particular stock to clients or internal trading desks reflecting different opinions than those expressed by the research analyst. In addition, Piper Jaffray offers technical research products that are based on different methodologies, may contradict the opinions contained in fundamental research reports, and could impact the price of the subject security. Recommendations based on technical analysis are intended for the professional trader, while fundamental opinions are typically suited for the longer-term institutional investor.

**Overweight (OW):** Anticipated to outperform relative to the median of the group of stocks covered by the analyst.

**Neutral (N):** Anticipated to perform in line relative to the median of the group of stocks covered by the analyst.

**Underweight (UW):** Anticipated to underperform relative to the median of the group of stocks covered by the analyst.

### Other Important Information

The material regarding the subject company is based on data obtained from sources we deem to be reliable; it is not guaranteed as to accuracy and does not purport to be complete. This report is solely for informational purposes and is not intended to be used as the primary basis of investment decisions. Piper Jaffray has not assessed the suitability of the subject company for any person. Because of individual client requirements, it is not, and it should not be construed as, advice designed to meet the particular investment needs of any investor. This report is not an offer or the solicitation of an offer to sell or buy any security. Unless otherwise noted, the price of a security mentioned in this report is the market closing price as of the end of the prior business day. Piper Jaffray does not maintain a predetermined schedule for publication of research and will not necessarily update this report. Piper Jaffray policy generally prohibits research analysts from sending draft research reports to subject companies; however, it should be presumed that the fundamental equity analyst(s) who authored this report has had discussions with the subject company to ensure factual accuracy prior to publication, and has had assistance from the company in conducting diligence, including visits to company sites and meetings with company management and other representatives.Notice to customers: This material is not directed to, or intended for distribution to or use by, any person or entity if Piper Jaffray is prohibited or restricted by any legislation or regulation in any jurisdiction from making it available to such person or entity. Customers in any of the jurisdictions where Piper Jaffray and its affiliates do business who wish to effect a transaction in the securities discussed in this report should contact their local Piper Jaffray representative, or as otherwise noted below. Canada: This research report is distributed in Canada by CIBC World Markets Inc. Investors in Canada wishing to effect a transaction in the securities discussed in this report should contact their CIBC sales representative. This research report has not been prepared in accordance with the disclosure requirements of Dealer Member Rule 3400 – Research Restrictions and Disclosure Requirements of the Investment Industry Regulatory Organization of Canada. For further disclosure related to CIBC conflicts of interest please visit https://researchcentral.cibcwm.com. Europe: This material is for the use of intended recipients only and only for distribution to professional and institutional investors, i.e. persons who are authorised persons or exempted persons within the meaning of the Financial Services and Markets Act 2000 of the United Kingdom, or persons who have been categorised by Piper Jaffray Ltd. as professional clients under the rules of the Financial Conduct Authority. United States: This report is distributed in the United States by Piper Jaffray & Co., member SIPC, FINRA and NYSE, Inc., which accepts responsibility for its contents. The securities described in this report may not have been registered under the U.S. Securities Act of 1933 and, in such case, may not be offered or sold in the United States or to U.S. persons unless they have been so registered, or an exemption from the registration requirements is available.This report is produced for the use of Piper Jaffray customers and may not be reproduced, re-distributed or passed to any other person or published in whole or in part for any purpose without the prior consent of Piper Jaffray & Co. Additional information is available upon request. Copyright 2019 Piper Jaffray. All rights reserved.