

**Seaport Global Securities LLC**
Equity Sales & Trading Toll Free: (855) 447-3100
Research: (949) 274-8052
www.seaportglobal.com

July 26, 2019
**Flash Note**
**Energy: Exploration & Production**

Mike Kelly, CFA
mkelly@seaportglobal.com
(713) 658-6302
Patrick Sun, CFA
psun@seaportglobal.com
(713) 658-6340

| Rating: | Buy |
|---|---|
| Price Target: | $30.00 |

*Price Target Metrics:*
*NAV based on Strip at 05/15/2019*

| Current Price: | $21.79 |
|---|---|
| Float: | 415.3MM |
| Diluted Shares: | 423.3MM |
| Short Interest: | 22.9MM |
| Average Daily Volume: | 4,897k |
| 52 Week Range: | $20.95 - $27.65 |
| Market Cap: | $9,223MM |
| Working Capital: | $440MM |
| Long Term Debt: | $1,219MM |
| Enterprise Value.: | $10,003MM |

**PRICE & VOLUME CHART**



**ESTIMATES $ (MMs except multiples & EPS)**

| | 2018 | 2019 | 2020 |
|---|---|---|---|
| **Daily Production (MMcfepd)** | | | |
| Q1 (Mar) | 1,884A | 2,276A | 2,554E |
| Q2 (Jun) | 1,895A | 2,330E | 2,559E |
| Q3 (Sep) | 2,027A | 2,500E | 2,581E |
| Q4 (Dec) | 2,242A | 2,550E | 2,605E |
| FY | 2,013A | 2,415E | 2,575E |
| **EPS** | | | |
| Q1 (Mar) | $0.28A | $0.73A | $0.55E |
| Q2 (Jun) | $0.13A | $0.32E | $0.36E |
| Q3 (Sep) | $0.25A | $0.38E | $0.38E |
| Q4 (Dec) | $0.55A | $0.49E | $0.47E |
| FY | $1.19A | $1.92E | $1.76E |
| **CFPS** | | | |
| Q1 (Mar) | $0.61A | $1.20A | $0.87E |
| Q2 (Jun) | $0.44A | $0.66E | $0.65E |
| Q3 (Sep) | $0.68A | $0.75E | $0.69E |
| Q4 (Dec) | $1.14A | $0.91E | $0.78E |
| FY | $2.85A | $3.51E | $2.99E |
| **EBITDA** | | | |
| Q1 (Mar) | $278.6A | $513.7A | $434.5E |
| Q2 (Jun) | $232.1A | $297.5E | $327.3E |
| Q3 (Sep) | $291.6A | $336.2E | $342.5E |
| Q4 (Dec) | $463.1A | $403.8E | $392.7E |
| FY | $1,265A | $1,551E | $1,497E |

*Estimates are under review*

# Cabot Oil & Gas Corp.
(NYSE: COG)

## Q2 First Look: Making the move to optimize for FCF/ROCE

### Summary:

COG's go-forward strategy of moderating activity/production is the focus for this release. With an ugly gas macro backdrop, we applaud management for planning to cut capex in FY20 and refraining from jamming the system with even more product. We hope others (and oil producers too) follow COG's lead, which could give investors some hope that the supply/demand situation isn't utterly hopeless and that just maybe there is a chance for some commodity price stability. Some will undoubtedly be dismayed by COG's 2020 production outlook that is 8% below the Street, but we think it's necessary and we're encouraged that the program yields ~$500MM of FCF on our numbers. With an aggressive share repurchase program in effect (increased 25MM shares with Q2), we like the bottom-line growth that COG will be capable of producing going forward, which we think should be the focus.

### Highlights

- **What we like:**
  - **Making the call to slow down growth in 2020, focusing on ROCE, FCF, and return of cash to shareholders.** COG laid out a 2020 budget of $700MM-$725MM (-12.5% vs. FY19 and -1%/-4% vs. 2020 SGS/consensus expectations. With this dialed-down budget, FY20 production growth fails to meet Street expectations (COG's +5% YoY growth guidance translates to absolute production of 2,473 MMcfepd, which is 8% lower than consensus). With that said, FCF is still robust, pegged at $375MM-$550MM with gas prices averaging $2.50-$2.75/Mcf.
  - **Another bump in share repurchase program.** COG increased its share repurchase program by another 25MM and remains committed to return >50% of free cash flow to shareholders. During Q2, COG repurchased ~5.1MM shares at an average price of ~$24.63/share.
  - **Solid Q2 financials.** Q2 EBITDA of $311MM beat SGS/consensus by 5%/2% driven by slightly better gas realizations (+1% vs. SGS) and lower unit costs (-2% vs. SGS). Q2 capex of $220MM is 12%/10% ahead of SGS/consensus.

- **What we don't like:**
  - **Q3:19 guidance fell short of expectations.** Q3 production is guided to 2,360-2,410 MMcfepd, 5%/2% below SGS/consensus.
  - **FY19 production growth forecast revised lower while capital budget revised higher.** FY19 production is now pegged at 16%-18% (vs. 20% previously). FY19 capex was slightly increased to $800MM-$820MM from $800MM. Management noted that the adjustment is primarily due to longer cycle times associated with an 8-well pad that will now be drilled with longer laterals (12,450 ft vs. 8,950 ft previously) following a recent bolt-on acquisition. The 8-well pad is now expected to be online in late Q4 or early 2020. This makes complete sense to us, however, it hurts the headline FY19 financial metrics if viewed in a vacuum.

*Company Description:* *COG is a Houston-based exploration & production company with assets in the Marcellus Shale.*

**SEE ANALYST CERTIFICATION AND OTHER IMPORTANT DISCLOSURES ON PAGES 2 - 4 OF THIS REPORT.**

# Cabot Oil & Gas Corp. (COG) Disclosures

We, Mike Kelly, CFA and Patrick Sun, CFA, hereby certify: (1) that all of the views expressed in this report accurately reflect our personal views about any and all of the subject securities or issuers; and (2) that no part of our compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this report.

As with all employees of Seaport Global Securities LLC, a portion of our analysts' compensation is paid from the total collection of revenues from all areas of the firm including but not limited to Investment Banking and Sales and Trading departments. In no instance are research analysts' compensation directly derived from Investment Banking revenues.

### Risks & Considerations for Cabot Oil & Gas Corp. (COG)

- Exposure to volatile crude oil, natural gas, and natural gas liquids prices.
- Increased costs of drilling and completing wells and gathering, processing and transporting production.
- Ready access to the factors of production.
- Negative revisions to reserve values.
- Unfavorable environmental policies.
- Unforeseen delays in initiating production.
- Critical assessments of comparable companies.
- In addition to the above-mentioned company specific factors, E&P companies in general, due to the largely homogeneous nature of their produced hydrocarbons, are subject to the negative impact of sector rotation within the larger equity market. Similarly, many E&P companies remain dependent on access to third-party financing to fund their future growth initiatives as well as to hedge against large moves in commodity prices. Access to professional talent, given the unique technical requirements necessary to operate an oil and gas company, also represents a unilateral risk to E&P companies.



Please contact Seaport Global Securities LLC, for important disclosure information for covered companies. Contact the Director of Equity Research at (949) 274-8052 or write to Seaport Global Securities LLC, 600 Anton Boulevard, Suite 1700, Costa Mesa, CA 92626.

Clients should also refer to https://sgsecurities.bluematrix.com/sellside/Disclosures.action for price charts, as well as specific disclosures for covered companies.

### Explanation of Ratings

**Seaport Global Securities analyst ratings include (effective Feb. 1, 2017):**

**Buy** - The investment outlook and risk/reward over the following 12 months are favorable on an absolute basis and relative to the peer group.

**Neutral** - The investment outlook and risk/reward over the following 12 months are neutral on an absolute basis and relative to the peer group.

**Sell** - The investment outlook and risk/reward over the following 12 months are unfavorable on an absolute basis and relative to the peer group.

**NA** - A rating is not assigned.

**Prior to Feb 1., 2017, Seaport Global Securities analyst ratings included:**

**Buy** - The investment outlook and risk/reward over the following 12 months are very favorable on an absolute basis and relative to the peer group.

**Speculative Buy** - The investment outlook over the following 12 months is very favorable on an absolute basis and relative to the peer group, however, there is higher than average risk associated with the investment that could result in material loss.

**Accumulate** - The investment outlook and risk/reward over the following 12 months are favorable on an absolute basis and relative to the peer group.

**Neutral** - The investment outlook and risk/reward over the following 12 months are neutral on an absolute basis and relative to the peer group.

**Reduce** - The investment outlook and risk/reward over the following 12 months are unfavorable on an absolute basis and relative to the peer group.

**Sell** - The investment outlook and risk/reward over the following 12 months are very unfavorable on an absolute basis and relative to the peer group.

**NA** - A rating is not assigned.

Cabot Oil & Gas Corp. (COG)                                    Flash Note                                    July 26, 2019

### Ratings Distribution

| Rating | Research Coverage | | Investment Banking Clients* | | |
|---|---|---|---|---|---|
| | Count | % of Total | Count | % of Total | % of Rating Category |
| **Buy** | 204 | 66.4% | 9 | 100.0% | 4.4% |
| **Hold (Neutral or NA)** | 86 | 28.0% | 0 | 0.0% | 0.0% |
| **Sell** | 17 | 5.5% | 0 | 0.0% | 0.0% |
| Total | 307 | 100.0% | 9 | 100.0% | 2.9% |

*Investment banking clients are companies for whom Seaport Global Securities has provided investment banking services in the previous 12 months.

*Note: Ratings Distribution as of June 30, 2019*

This material has been prepared by Seaport Global Securities LLC, a U.S. registered broker-dealer, member FINRA and SiPC, employing appropriate expertise, and in the belief that it is fair and not misleading. Seaport Global is the global brand name for Seaport Global Securities LLC ("SPGS") and its affiliates worldwide. Information, opinions or recommendations contained in the reports and updates are submitted solely for advisory and information purposes. The information upon which this material is based was obtained from sources believed to be reliable, but has not been independently verified. Therefore, we cannot guarantee its accuracy. Additional and supporting information is available upon request. This is neither an offer nor solicitation of an offer to buy or sell any security or investment. Any opinions or estimates constitute our best judgment as of this date, and are subject to change without notice. Not all products and services are available outside of the US or in all US states. © 2019. Seaport Global Securities LLC. All rights reserved. No part of this report may be reproduced or distributed in any manner without the written permission of SPGS. SPGS specifically prohibits the re-distribution of this report, via the Internet or otherwise, and accepts no liability whatsoever for the actions of third parties in this respect.

For Canadian Investors:

Seaport Global Securities LLC, is not registered in Canada, but relies on the International Dealer Exemption in each province. This report was not prepared in accordance with Canadian research disclosure requirements. The information contained herein is not, and under no circumstances is to be construed as, a prospectus, an advertisement, a public offering, an offer to sell securities described herein, solicitation of an offer to buy securities described herein, in Canada or any province or territory thereof. Any offer or sale of the securities described herein in Canada will be made only under an exemption from the requirements to file a prospectus with the relevant Canadian securities regulators and only by a dealer properly registered under applicable securities laws or, alternatively, pursuant to an exemption from the dealer registration requirement in the relevant province or territory of Canada in which such offer or sale is made. Under no circumstances is the information contained herein to be construed as investment advice in any province or territory of Canada and is not tailored to the needs of the recipient. To the extent that the information contained herein references securities of an issuer incorporated, formed or created under the laws of Canada or a province or territory of Canada, any trades in such securities must be conducted through a dealer registered in Canada. No securities commission or similar regulatory authority in Canada has reviewed or in any way passed upon these materials, the information contained herein or the merits of the securities described herein and any representation to the contrary is an offence.

For UK and European Investors:

MARKETING COMMUNICATION

The Seaport Group Europe LLP ("SGE") and Sea Port Group Securities (Europe) LLP ("SPGSE") are authorized and regulated by the Financial Conduct Authority. Due to their size and structure, their analysts may represent the interests of the firm or of companies referred to in its research. As a result, SGE or SPGSE does not hold its research out as being impartial. This research is non-independent and is classified as a Marketing Communication under the FCA's rule COBS 12.2.18. As such it has not been prepared in accordance with legal requirements designed to promote the independence of investment research and it is not subject to the prohibition on dealing ahead of the dissemination of investment research in COBS 12.2.21. However, SGE and SPGSE have adopted internal procedures which prohibit employees from dealing ahead of the publication of non- independent research, except for legitimate market making and fulfilling clients' unsolicited orders.

Analysts may forward a draft copy of the non-independent research, prior to publication, to the subject company in order to verify facts. Where such verification is sought, the analyst must remove any rating or investment summary from the non-independent research prior to forwarding it to the subject company. Any subsequent amendments to the non-independent research are to correct factual inaccuracies only. Any matters of judgment are the author's own and our analysts will not amend the non-independent research on the basis of an issuer's contrary view.

Price targets or Projections

Price targets or projections, if discussed, reflect in part the analyst's estimates for the company's earnings. The achievement of any price target or projection may be impeded by general market and macroeconomic trends, and by other risks related to the company or the market, and may not occur if the company's earnings fall short of estimate.

DISCLAIMERS

This material is: (i) for your private information, and we are not soliciting any action based upon it; (ii) not to be construed as an offer to sell or a solicitation of an offer to buy any investments or other related financial instruments in any jurisdiction where such offer or solicitation would be illegal; and (iii) is based upon information that we consider reliable, but we do not represent that it is accurate or complete, and it should not be relied upon as such.

Opinions expressed are current opinions as of the original publication date appearing on this material only and the information, including the opinions contained herein, are subject to change without notice. Members of Seaport Global may from time to time perform investment banking or other services (including acting as advisor, manager or lender) for, or solicit investment banking or other business from, companies mentioned herein. Further, members of Seaport Global, and / or its officers, directors and employees, may, from time to time, have long or short positions in, and buy or sell, the investments, securities, derivatives (including options) or other related financial instruments thereof, of companies mentioned herein, or related investments, securities, derivatives or other related financial instruments. In addition, members of Seaport Global may act as a market maker and principal, willing to buy and sell certain of the investments, securities or other related financial instruments of companies mentioned herein. Further, members of Seaport Global may buy and sell certain of the investments, securities or other related financial instruments of companies mentioned herein, as agent for its clients.

Investors should consider this report as only a single factor in making their investment decision and, as such, the report should not be viewed as identifying or suggesting all risks, direct or indirect, that may be associated with any investment decision. SGE, SPGSE and other non-US members of Seaport Global, their officers, directors and employees may, to the extent it relates to non-US issuers and is permitted by applicable law, have acted upon or used this material immediately following, its publication.

The securities described herein may not have been registered under the U.S. Securities Act of 1933 ("ACT") , and, in such case, may not be offered or sold in the United States or to U.S. persons unless they have been registered under such Act, or except in compliance with an exemption from the registration requirements of such Act.

Unless governing law permits otherwise, you must contact a Seaport Global entity in your home jurisdiction if you want to use our services in effecting a transaction in the investments, securities or other related financial instruments mentioned in this material.

This publication has been approved for distribution in the United Kingdom by The Seaport Group Europe LLP and Sea Port Group Securities (Europe) LLP, which are authorized and regulated by the Financial Conduct Authority (FCA). It is intended only for investors who are professional clients and eligible counterparties as defined by the FCA, and may not, therefore, be redistributed to other classes of investors.

The Seaport Group Europe LLP, Sea Port Group Securities (Europe) LLP and other Seaport Global entities manage conflicts identified through the following: their Chinese Wall, confidentiality and conflicts of interest policies, maintenance of a Restricted List and a Watch List, personal account dealing rules, policies and procedures for managing conflicts of interest arising from the allocation and pricing of investments, securities or other related financial instruments and disclosure to clients via client documentation.