July 26, 2019 | Equity Research



# Flash Comment

Exploration & Production

## COG: 2Q19 First Look: Capital Discipline Continues

**Nitin Kumar, CFA, Senior Analyst (212) 214-8022**
**Gordon Douthat, CFA, Senior Analyst (303) 863-6920**
**Joseph McKay, Associate Analyst (212) 214-8007**
**Daniel Osley, Associate Analyst (212) 214-1416**
**Joseph Civello, Associate Analyst (212) 214-8023**

**Sector Rating: Exploration & Production, Overweight**

Bottom Line: Neutral/Slightly Negative. COG delivered another in-line/beat quarter despite weak natural gas prices. However, we expect investors to focus on the preliminary 2020 guidance that calls for ~$700-725 million for volume growth of ~5%. While the spending is relatively in-line/below WFSe/Street at $704/745 million respectively, implied volumes of ~2475 mmcfe/d (based on lowered 2019 outlook) are ~7%/8% below WFSe/Street consensus. While supporters of the stock may focus on the commitment to free cash flows/cash returns (~$375-400 million at $2.50/mcf gas; >50% returned to shareholders), naysayers may question the implied capital efficiency particularly as the company reduced its 2019 volume outlook to 16-18% y/y (vs 20% prior) to take advantage of a longer laterals on a 8-well pad that is now expected to come on-line in January 2020. Another item to note in the 2020 outlook is the 55-70% deferred tax guidance compared to 100% for 2019, as COG begins to pay cash taxes. On the positive side, COG remains committed to shareholder returns and increased its share repurchase program by 25 million shares, bringing the remaining authorization to 31.5 million shares (8% of current shares outstanding). COG has reduced its share count by ~10% since 2Q17. Volume guidance of 2,360-2,410 mmcf/d for 3Q19 is ~3%/4% below WFSe/Street.

Results: 2Q19 total production of 2,349 mmcf/d was broadly in-line with WFSe/Street estimates of 2,345/2,344 mmcf/d. Adjusted EBITDAX of $311 million beat both WFSe/Street at $254 million/$305 million, with CFPS of $0.72 coming in above/in-line with WFSe/Street estimates of $0.61/$0.72. Compared to our estimates, gas realizations were nearly 10% better, driving the earnings beat. Total Capex of $220 million was relatively in-line with WFSe/Street estimates of $196 million/$226 million even as the company completed ~28 net wells compared to our estimate of 18.

Conference Call Focus:
1) Capital efficiencies for 2020
2) Plans/options to mitigate cash taxes
3) Appalachia basin economics under strip gas prices

Conference Call: July 26, 2019 9:30 AM ET; Dial-in: see COG website

Please see page 3 for rating definitions, important disclosures and required analyst certifications.
All estimates/forecasts are as of 07/26/19 unless otherwise stated. 07/26/19 08:14:00 ET

Wells Fargo Securities, LLC does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of the report and investors should consider this report as only a single factor in making their investment decision.

**Cabot Oil & Gas Corporation (COG)/Outperform (1)**
**Price as of 7/25/2019: $21.79**
FY 19 EPS: $1.70
FY 20 EPS: $1.71
Shares Out.: 441.2 MM
Market Cap.: $9,613.75 MM

**Rating Basis Information:**
**COG Thesis:** COG has been the premier gas producer in U.S. Shale given the strength of its asset portfolio in the northeast Appalachia basin, strong balance, low F&D costs and peer-leading production per debt adjusted share growth since 2011. Management has remained committed to generating free cash flows even at low commodity prices and returning at least 50% of those cash flows to investors. This makes COG a stand out amongst peers in the industry.

# DISCLOSURE APPENDIX
## Required Disclosures



### Cabot Oil & Gas Corporation (COG)  3-yr. Price Performance

| | Date | Published Price ($) | Rating Code | Price Target | Val. Rng. Low | Val. Rng. High | Close Price ($) |
|---|---|---|---|---|---|---|---|
| | 7/19/2016 | | Douthat | | | | |
| | 7/19/2016 | NA | 1 | NE | 30.00 | 34.00 | 24.94 |
| ● | 7/19/2017 | 25.17 | 1 | 30 | NE | NE | 25.17 |
| ● | 11/3/2017 | 28.25 | 1 | 32 | NE | NE | 28.23 |
| ● | 1/11/2018 | 27.96 | 1 | 35 | NE | NE | 28.40 |
| ● | 3/1/2018 | 24.92 | 1 | 36 | NE | NE | 24.92 |
| ● | 4/20/2018 | 23.56 | 1 | 33 | NE | NE | 23.08 |
| ● | 4/27/2018 | 23.62 | 1 | 30 | NE | NE | 23.62 |
| ● | 7/23/2018 | 24.30 | 1 | 32 | NE | NE | 24.30 |
| ■ | 10/23/2018 | | Kumar | | | | |
| ▼● | 10/23/2018 | 22.86 | 2 | 26 | NE | NE | 22.74 |
| ● | 12/11/2018 | 25.29 | 2 | 27 | NE | NE | 25.19 |
| ● | 3/12/2019 | 25.52 | 2 | 28 | NE | NE | 25.52 |
| ▲ | 7/8/2019 | 23.64 | 1 | 28 | NE | NE | 23.84 |

Source: Wells Fargo Securities, LLC estimates and Reuters data

**Symbol Key**
▼ Rating Downgrade
▲ Rating Upgrade
● Price Target/Val Range Change

◆ Initiation, Resumption, Drop or Suspend
■ Analyst Change
❑ Split Adjustment

**Rating Code Key**
1  Outperform/Buy       SR  Suspended
2  Market Perform/Hold   NR  Not Rated
3  Underperform/Sell     NE  No Estimate

---

## Additional Information Available Upon Request

I certify that:

1) All views expressed in this research report accurately reflect my personal views about any and all of the subject securities or issuers discussed; and

2) No part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by me in this research report.

Wells Fargo Securities, LLC and/or its affiliates, have beneficial ownership of 0.5% or more of any class of the common stock of Cabot Oil & Gas Corporation.

An affiliate of Wells Fargo Securities, LLC has received compensation for products or services other than investment banking services from Cabot Oil & Gas Corporation in the past 12 months.

Wells Fargo Securities, LLC, or any of its affiliates, intends to seek or expects to receive compensation for investment banking services from Cabot Oil & Gas Corporation in the next three months.

Wells Fargo Securities, LLC maintains a market in the common stock of Cabot Oil & Gas Corporation.

Wells Fargo Securities, LLC received compensation for products or services other than investment banking services from Cabot Oil & Gas Corporation in the past 12 months.

Cabot Oil & Gas Corporation currently is, or during the 12-month period preceding the date of distribution of the research report was, a client of Wells Fargo Securities, LLC. Wells Fargo Securities, LLC provided non-investment banking securities-related services to Cabot Oil & Gas Corporation.

Wells Fargo Securities, LLC or its affiliates has a significant financial interest in Cabot Oil & Gas Corporation.

**COG:** Growth remains challenged from both a physical and demand perspective, while current valuation reflects the above peer cash returns. COG will start paying cash taxes in 2020 as deferred NOLs expire making it the only E&P in our coverage with a current cash tax burden. Free cash flow remain vulnerable to weaker gas prices.

Wells Fargo Securities, LLC does not compensate its research analysts based on specific investment banking transactions. Wells Fargo Securities, LLC's research analysts receive compensation that is based upon and impacted by the overall profitability and revenue of the firm, which includes, but is not limited to investment banking revenue.

**STOCK RATING**
**1=Outperform:** The stock appears attractively valued, and we believe the stock's total return will exceed that of the market over the next 12 months. BUY
**2=Market Perform:** The stock appears appropriately valued, and we believe the stock's total return will be in line with the market over the next 12 months. HOLD
**3=Underperform:** The stock appears overvalued, and we believe the stock's total return will be below the market over the next 12 months. SELL

**SECTOR RATING**
**O=Overweight:** Industry expected to outperform the relevant broad market benchmark over the next 12 months.
**M=Market Weight:** Industry expected to perform in-line with the relevant broad market benchmark over the next 12 months.
**U=Underweight:** Industry expected to underperform the relevant broad market benchmark over the next 12 months.

**VOLATILITY RATING**
**V=**A stock is defined as volatile if the stock price has fluctuated by +/-20% or greater in at least 8 of the past 24 months or if the analyst expects significant volatility. All IPO stocks are automatically rated volatile within the first 24 months of trading.

**As of: July 26, 2019**

48% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Outperform.

Wells Fargo Securities, LLC has provided investment banking services for 34% of its Outperform-rated companies.

50% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Market Perform.

Wells Fargo Securities, LLC has provided investment banking services for 26% of its Market Perform-rated companies.

2% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Underperform.

Wells Fargo Securities, LLC has provided investment banking services for 11% of its Underperform-rated companies.

**Important Disclosure for U.S. Clients**
This report was prepared by Wells Fargo Securities Global Research Department ("WFS Research") personnel associated with Wells Fargo Securities and Structured Asset Investors, LLC ("SAI"), a subsidiary of Wells Fargo & Co. and an investment adviser registered with the SEC. If research payments are made separately from commission payments, this report is being provided by SAI. For all other recipients in the U.S. this report is being provided by Wells Fargo Securities.

**Important Disclosure for International Clients**
**EEA** - The securities and related financial instruments described herein may not be eligible for sale in all jurisdictions or to certain categories of investors. For recipients in the EEA, this report is distributed by Wells Fargo Securities International Limited ("WFSIL"). WFSIL is a U.K. incorporated investment firm authorized and regulated by the Financial Conduct Authority. For the purposes of Section 21 of the UK Financial Services and Markets Act 2000 ("the Act"), the content of this report has been approved by WFSIL, an authorized person under the Act. WFSIL does not deal with retail clients as defined in the Directive 2014/65/EU ("MiFID2"). The FCA rules made under the Financial Services and Markets Act 2000 for the protection of retail clients will therefore not apply, nor will the Financial Services Compensation Scheme be available. This report is not intended for, and should not be relied upon by, retail clients.

**Australia** - Wells Fargo Securities, LLC is exempt from the requirements to hold an Australian financial services license in respect of the financial services it provides to wholesale clients in Australia. Wells Fargo Securities, LLC is regulated under U.S. laws which differ from Australian laws. Any offer or documentation provided to Australian recipients by Wells Fargo Securities, LLC in the course of providing the financial services will be prepared in accordance with the laws of the United States and not Australian laws.

**Canada** - This report is distributed in Canada by Wells Fargo Securities Canada, Ltd., a registered investment dealer in Canada and member of the Investment Industry Regulatory Organization of Canada (IIROC) and Canadian Investor Protection Fund (CIPF). Wells Fargo Securities, LLC's research analysts may participate in company events such as site visits but are generally prohibited from accepting payment or reimbursement by the subject companies for associated expenses unless pre-authorized by members of Research Management.

**Hong Kong** - This report is issued and distributed in Hong Kong by Wells Fargo Securities Asia Limited ("WFSAL"), a Hong Kong incorporated investment firm licensed and regulated by the Securities and Futures Commission to carry on types 1, 4, 6 and 9 regulated activities (as defined in the Securities and Futures Ordinance (Cap. 571 The Laws of Hong Kong), "the SFO"). This report is not intended for, and should not be relied on by, any person other than professional investors (as defined in the SFO). Any securities and related financial instruments described herein are not intended for sale, nor will be sold, to any person other than professional investors (as defined in the SFO). The author or authors of this report is or are not licensed by the Securities and Futures Commission. Professional investors who receive this report should direct any queries regarding its contents to Kelly Chiang and Mandy Wan at WFSAL (email: wfsalresearch@wellsfargo.com).

**Japan** - This report is distributed in Japan by Wells Fargo Securities (Japan) Co., Ltd, registered with the Kanto Local Finance Bureau to conduct broking and dealing of type 1 and type 2 financial instruments and agency or intermediary service for entry into investment advisory or discretionary investment contracts. This report is intended for distribution only to professional investors (Tokutei Toushika) and is not intended for, and should not be relied upon by, ordinary customers (Ippan Toushika).

The ratings stated on the document are not provided by rating agencies registered with the Financial Services Agency of Japan (JFSA) but by group companies of JFSA-registered rating agencies. These group companies may include Moody's Investors Services Inc., Standard & Poor's Rating Services and/or Fitch Ratings. Any decisions to invest in securities or transactions should be made after reviewing policies and methodologies used for assigning credit ratings and assumptions, significance and limitations of the credit ratings stated on the respective rating agencies' websites.

**About Wells Fargo Securities**

Wells Fargo Securities is the trade name for the capital markets and investment banking services of Wells Fargo & Company and its subsidiaries, including but not limited to Wells Fargo Securities, LLC, a U.S. broker-dealer registered with the U.S. Securities and Exchange Commission and a member of NYSE, FINRA, NFA and SIPC, Wells Fargo Prime Services, LLC, a member of FINRA, NFA and SIPC, Wells Fargo Securities Canada, Ltd., a member of IIROC and CIPF, Wells Fargo Bank, N.A. and Wells Fargo Securities International Limited, authorized and regulated by the Financial Conduct Authority.

This report is for your information only and is not an offer to sell, or a solicitation of an offer to buy, the securities or instruments named or described in this report. Interested parties are advised to contact the entity with which they deal, or the entity that provided this report to them, if they desire further information or they wish to effect transactions in the securities discussed in this report. The information in this report has been obtained or derived from sources believed by Wells Fargo Securities Global Research Department ("WFS Research"), to be reliable, but WFS Research does not represent that this information is accurate or complete. Any opinions or estimates contained in this report represent the judgment of WFS Research, at this time, and are subject to change without notice. Certain text, images, graphics, screenshots and audio or video clips included in this report are protected by copyright law and owned by third parties (collectively, "Third Party Content"). Third Party Content is made available to clients by Wells Fargo under license or otherwise in accordance with applicable law. Any use or publication of Third Party Content included in this report for purposes other than fair use requires permission from the copyright owner. Any external website links included in this publication are not maintained, controlled or operated by Wells Fargo Securities. Wells Fargo Securities does not provide the products and services on these websites and the views expressed on these websites do not necessarily represent those of Wells Fargo Securities. Please review the applicable privacy and security policies and terms and conditions for the website you are visiting. All Wells Fargo Securities and SAI research reports published by WFS Research are disseminated and available to all clients simultaneously through electronic publication to our internal client websites. Additional distribution may be done by sales personnel via email, fax or regular mail. Clients may also receive our research via third party vendors. Not all research content is redistributed to our clients or available to third-party aggregators, nor is WFS Research responsible for the redistribution of our research by third party aggregators. Equity Strategists focus on investment themes across the equity markets and sectors. Any discussion within an Equity Strategy report of specific securities is not intended to provide a fundamental analysis of any individual company described therein. The information provided in Equity Strategy reports is subject to change without notice, and investors should not expect continuing information or additional reports relating to any security described therein. For research or other data available on a particular security, please contact your sales representative or go to http://www.wellsfargoresearch.com. For the purposes of the U.K. Financial Conduct Authority's rules, this report constitutes impartial investment research. Each of Wells Fargo Securities, LLC and Wells Fargo Securities International Limited is a separate legal entity and distinct from affiliated banks.
Copyright © 2019 Wells Fargo Securities, LLC

| SECURITIES NOT FDIC-INSURED/NOT BANK-GUARANTEED/MAY LOSE VALUE |
| --- |