Macquarie Research |

MACQUARIE

29 July 2019

United States

## EQUITIES

# US Exploration & Production
## Marcellus Musings: COG and RRC Takeaways

**Key points**

- We reiterate our Outperform on COG and Neutral on RRC.
- We see well costs and capital efficiencies as a focus for COG.
- Skew to Appalachia production is lower.

### Event

- We update our COG and RRC estimates following 2Q19 earnings.

### Impact

- **COG – FCF Still Supportive with Conservatism Baked-In:** COG's stock responded negatively, down ~12% on Friday, July 26th, we believe due to the increase in maintenance capex and signs of capital efficiency degradation. Productivity aside, COG's well costs at ~US$1,000 per ft. are higher than peers without a path forward provided on future reductions. If other operators actually make tangible progress on more material well cost reductions (i.e. EQT which is targeting US$735 per ft.), COG's large competitive advantage could wane (although we acknowledge a slight variation in sub-basins). However, we think proven FCF generation and a very low break-even is necessary in today's macro environment ahead of potential NT headwinds, namely GCX and worries on LNG exports. We think COG continues to offer an attractive FCF yield at 6%+ while still growing mid-single digits. Importantly, we hold confidence in management and think COG's credit profile is much better than other Appalachia names. We do also think COG's updated guide includes conservatism in assumptions, including 3Q19 production and service costs. We reiterate Outperform as we think the name offers material upside based on our updated TP of US$23 from US$28, supported by FCFF, which we continue to weigh at 50% in our valuation.

- **RRC – Progress Underway:** Range remains focused on continuing to operate more efficiently on all fronts. Main drivers currently include the continuation of drilling long lateral wells in excess of 15kft, existing pad development, further savings on water sourcing through peer water sharing, as well as the introduction of electric frac fleets. Going forward, we would expect the capital efficiency of the company to improve over the next few years as these savings are realized. Investors now balance long-term subdued natural gas prices with more optimistic LPG export potential in the future. Further, investors continue to keep a keen eye on the company's above average leverage profile, and how the company intends to reduce leverage in the coming years. (See Fig 2 for estimate changes.)

- **Appalachia Takeaways:** We have now lowered our EQT and COG gas production estimates with the skew continuing to be lower. We see a lower likelihood for much lower growth for AR and SWN, which will likely be a negative for the names but may already be partially anticipated.

### Outlook

- We reiterate Outperform on COG and Neutral on RRC and continue to view COG as the preferred way to play NG with a focus on potential NT headwinds. We continue to hold a more positive view on EQT Corp. relative to other Appalachia Neutrals.

**Analysts**

Macquarie Capital (USA) Inc.


**Paul Grigel, CFA**  +1 303 952 2754
paul.grigel@macquarie.com

**Matt Henske, CFA**  +1 303 952 2725
matt.henske@macquarie.com

**Daniel Guill**   +1 303 952 2781
daniel.guill@macquarie.com

**Please refer to page 5 for important disclosures and analyst certification, or on our website www.macquarie.com/research/disclosures.**

## Cabot O&G (Outperform; TP: US$23.00; Stock Price: US$19.16)

- Realigning Growth, Capital, and FCFF: We revise our 2019 EPS/CFPS estimates to US$1.85/US$3.50 from US$1.89/US$3.54. We revise our 2020 EPS/CFPS estimates to US$1.64/US$3.01 from US$1.79/US$3.24.

### Fig 1  COG Model Summary

**CABOT OIL & GAS (COG US, OUTPERFORM, TARGET PRICE: US$23.00)**

| Price Assumption | | 2018A | 2019E | 2020E | 2021E | Quarterly Forecast | | 1Q19A | 2Q19A | 3Q19E | 4Q19E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Oil-WTI | $/b | 65.00 | 57.40 | 55.00 | 52.00 | Oil-WTI | $/b | 54.72 | 59.93 | 60.00 | 55.00 |
| Gas-Henry Hub | $/mmbtu | 3.05 | 2.85 | 2.70 | 2.70 | Gas-Henry Hub | $/mmbtu | 3.04 | 2.61 | 2.65 | 3.00 |
| | | | | | | Liquids Realization | $/b | na | na | na | na |
| **Income Statement** | | **2018A** | **2019E** | **2020E** | **2021E** | Gas Realization | $/mcf | 3.35 | 2.27 | 2.25 | 2.55 |
| Oil & Liquids | kb/d | 2.1 | 0.0 | 0.0 | 0.0 | | | | | | |
| Natural Gas | mmcf/d | 1999.5 | 2359.0 | 2482.3 | 2630.7 | Oil & Liquids | kb/d | 0.0 | 0.0 | 0.0 | 0.0 |
| Total Production | kboe/d (@ 6:1) | 335.3 | 393.2 | 413.7 | 438.4 | Natural Gas | mmcf/d | 2275.6 | 2349.5 | 2379.5 | 2429.5 |
| Gas Production Ratio | % | 99.4 | 100.0 | 100.0 | 100.0 | Total Production | kboe/d (@ 6:1) | 379.3 | 391.6 | 396.6 | 404.9 |
| | | | | | | Gas Production Ratio | % | 100.0 | 100.0 | 100.0 | 100.0 |
| Production per Share Growth YoY | % | 11.5 | 24.9 | 9.1 | 7.5 | | | | | | |
| | | | | | | Net Revenue | m | 641.7 | 534.1 | 491.9 | 570.2 |
| Net Revenue | m | 2004.0 | 2237.9 | 2153.6 | 2239.2 | EBITDA | m | 507.6 | 306.6 | 303.4 | 375.0 |
| *Operating Costs* | m | (589.0) | (665.3) | (712.6) | (762.7) | | | | | | |
| *G&A Costs* | m | (96.6) | (103.3) | (98.7) | (101.7) | Net Income | m | 296.1 | 141.8 | 143.9 | 194.9 |
| | | | | | | EPS (basic) | | | | | |
| EBITDA | m | 1256.3 | 1492.6 | 1347.3 | 1381.8 | EPS (diluted) | | 0.62 | 0.43 | 0.35 | 0.47 |
| | | | | | | Adjusted EPS (diluted) | | 0.70 | 0.34 | 0.35 | 0.47 |
| Interest Costs | m | (73.2) | (55.5) | (56.7) | (46.8) | | | | | | |
| DD&A & Other Non-Cash Costs | m | (680.9) | (660.3) | (623.0) | (652.4) | Cash Flow from Operations | m | 505.9 | 301.9 | 293.2 | 363.7 |
| | | | | | | CFPS | | 1.20 | 0.72 | 0.70 | 0.88 |
| Net Income | m | 502.3 | 776.7 | 667.5 | 682.7 | | | | | | |
| EPS (basic) | | | | | | Production per Share Growth YoY | % | 31.7 | 33.1 | 24.1 | 12.9 |
| EPS (diluted) | | 1.26 | 1.87 | 1.64 | 1.71 | Production per Share Growth QoQ | % | 1.1 | 4.6 | 3.7 | 2.9 |
| Adjusted EPS (diluted) | | 1.15 | 1.85 | 1.64 | 1.71 | | | | | | |
| Dividend Per Share | | 0.25 | 0.34 | 0.36 | 0.40 | CFPS Growth YoY | % | 80.5 | 53.6 | -1.9 | -26.2 |
| | | | | | | CFPS Growth QoQ | % | 2.7 | -40.3 | -2.9 | 24.1 |
| Revenue per Share Growth YoY | % | 19.1 | 19.1 | -0.5 | 5.7 | | | | | | |
| EBITDA per Share Growth YoY | % | 23.3 | 26.7 | -6.7 | 4.3 | Net Revenue/boe | $/boe | 20.10 | 13.62 | 13.48 | 15.31 |
| | | | | | | *Operating costs/boe* | $/boe | (4.73) | (4.59) | (4.59) | (4.65) |
| Basic WA Shares OS | m | | | | | Operating Netback/boe | $/boe | 15.37 | 9.03 | 8.90 | 10.66 |
| Diluted WA Shares OS | m | 446.6 | 418.8 | 405.1 | 398.4 | *G&A/boe* | $/boe | (0.47) | (0.45) | (0.44) | (0.46) |
| | | | | | | *Interest/boe* | $/boe | (0.36) | (0.41) | (0.38) | (0.40) |
| **Balance Sheet** | | **2018A** | **2019E** | **2020E** | **2021E** | *Cash Taxes/boe* | $/boe | 0.30 | 0.27 | 0.00 | 0.00 |
| Cash | m | 2.3 | 293.6 | 295.5 | 470.2 | Cash Netback/boe | $/boe | 14.84 | 8.44 | 8.07 | 9.80 |
| Debt | m | 1226.1 | 1224.0 | 1137.0 | 949.0 | | | | | | |
| Net Debt | m | 1223.8 | 930.4 | 841.5 | 478.8 | **Cashflow Analysis** | | **2018A** | **2019E** | **2020E** | **2021E** |
| Debt/Total Cap | % | 37.0 | 33.1 | 29.3 | 22.5 | Cash Flow from Operations | m | 1268.4 | 1464.6 | 1218.7 | 1256.1 |
| Net Debt/Total Cap | % | 37.0 | 27.3 | 23.5 | 12.8 | *Chgs in Working Cap* | m | (163.5) | 104.2 | 0.0 | 0.0 |
| Net Debt/CF | x | 1.0 | 0.6 | 0.7 | 0.4 | Net Cash Flow from Operations | m | 1104.9 | 1568.8 | 1218.7 | 1256.1 |
| | | | | | | Cash Flow from Investing | m | (293.4) | (823.5) | (724.0) | (734.0) |
| Total Assets | m | 4199 | 4773 | 5094 | 5583 | Cash Flow from Financing | m | (1289.3) | (454.0) | (492.8) | (347.4) |
| Total Liabilities | m | 2111 | 2294 | 2354 | 2319 | Increase in Cash | m | (477.8) | 291.3 | 1.9 | 174.8 |
| Total S/H Equity | m | 2088 | 2479 | 2741 | 3264 | | | | | | |
| | | | | | | Free Cash Flow[1] | m | 323.9 | 635.6 | 494.7 | 522.1 |
| **Ratios Analysis** | | **2018A** | **2019E** | **2020E** | **2021E** | | | | | | |
| ROA | % | 12.7 | 18.3 | 14.4 | 13.5 | Debt Adjusted Cash Flow (DACF) | m | 1326.8 | 1507.3 | 1262.2 | 1292.0 |
| ROCE | % | 10.5 | 15.2 | 12.9 | 12.6 | | | | | | |
| ROE | % | 22.1 | 34.0 | 25.6 | 22.7 | CFPS | | 2.84 | 3.50 | 3.01 | 3.15 |
| Price/Book | x | 4.0 | 3.2 | 2.8 | 2.3 | | | | | | |
| Book Value | | 4.8 | 6.0 | 6.9 | 8.2 | Capital Expenditures | m | 944.5 | 829.1 | 724.0 | 734.0 |
| | | | | | | | | | | | |
| | | | | | | Capex/Cash Flow | x | 0.7 | 0.6 | 0.6 | 0.6 |
| **Valuation** | | **2018A** | **2019E** | **2020E** | **2021E** | **Per Boe Statistics** | | **2018A** | **2019E** | **2020E** | **2021E** |
| P/E | x | 15.2 | 10.3 | 11.6 | 11.2 | Revenue | $/boe | 15.62 | 15.20 | 14.22 | 13.99 |
| P/CF | x | 6.7 | 5.5 | 6.4 | 6.1 | Hedging | $/boe | 0.53 | 0.39 | 0.00 | 0.00 |
| EV/DACF | x | 7.4 | 5.9 | 6.8 | 6.3 | Total Revenue | $/boe | 16.14 | 15.59 | 14.22 | 13.99 |
| Enterprise Value | m | 9781 | 8956 | 8603 | 8112 | | | | | | |
| EV/Reserves[4] | $/boe | | | | | LOE | $/boe | 4.62 | 4.50 | 4.48 | 4.48 |
| EV/Production[4] | $k/boe/d | 29.2 | 22.8 | 20.8 | 18.5 | T&G | $/boe | na | na | na | na |
| Reserve/Production | years | | | | | Production Tax | $/boe | 0.18 | 0.13 | 0.22 | 0.28 |
| Dividend Yield | % | 1.3 | 1.8 | 1.9 | 2.1 | | | | | | |
| | | | | | | Operating Netback | $/boe | 11.33 | 10.96 | 9.52 | 9.23 |
| **FCFF** | **USD** | **22.82** | | | | | | | | | |
| **WACC** | **%** | **6.4** | | | | Cash G&A | $/boe | 0.52 | 0.46 | 0.44 | 0.42 |
| | | | | | | Interest | $/boe | 0.60 | 0.39 | 0.37 | 0.29 |
| | | | | | | Cash Tax | $/boe | (0.72) | (0.14) | 0.57 | 0.58 |
| | | | | | | Other Cash | $/boe | 0.15 | 0.01 | 0.00 | 0.00 |
| | | | | | | Cash Exploration | $/boe | 0.13 | 0.14 | 0.18 | 0.17 |
| | | | | | | | | | | | |
| | | | | | | Cash Netback | $/boe | 10.66 | 10.10 | 7.95 | 7.76 |
| **Sensitivities (Adjusted Cash Flow)** | | **2018A** | **2019E** | **2020E** | **2021E** | **Capital Efficiencies** | | **2017A** | **3-Year** | | |
| Oil WTI +/- US$1.00/b | % | NA | 0.0 | 0.0 | 0.0 | F&D (Proven)[2] | $/boe | 2.22 | 2.51 | | |
| Gas +/- US$0.25/mcf | % | NA | 4.3 | 14.3 | 0.1 | FD&A (Proven)[2] | $/boe | 2.22 | 2.53 | | |
| Oil +/- 100 b/d | % | NA | NA | NA | NA | Recycle Ratio[2] | x | NM | | | |
| Gas +/- 1.0 mmcf/d | % | NA | NA | NA | NA | | | | | | |

All figures USD unless noted and production and reserve figures are net of royalties
1) Cash flow from Operations (before chg in WC) Less Capex and Dividends; 2) Includes Revisions; 3) Strip pricing; 4) EV excludes non-producing assets
Source: Company Data, Macquarie Research, July 2019

Source: Company data, FactSet, Macquarie Capital (USA), July 2019

## Range Resources (Neutral; TP: US$6.00; Stock Price: US$5.50)

- Results In-Line with Expectations: We revise 2019 EPS/CFPS estimates to US$0.36/US$2.90 from US$0.30/US$2.96. We revise 2020 EPS/CFPS estimates to US$0.54/US$3.31 from US$0.42/US$3.23. Reiterate our Neutral rating and maintain our US$6.00 target.

**Fig 2   RRC Model Summary**

### RANGE RESOURCES CORP. (RRC US, NEUTRAL, TARGET PRICE: US$6.00)

| Price Assumption | | 2018A | 2019E | 2020E | 2021E |
|---|---|---|---|---|---|
| Oil-WTI | $/b | 65.00 | 57.40 | 55.00 | 52.00 |
| Gas-Henry Hub | $/mmbtu | 3.05 | 2.85 | 2.70 | 2.70 |

| Income Statement | | 2018A | 2019E | 2020E | 2021E |
|---|---|---|---|---|---|
| Oil & Liquids | kb/d | 116.6 | 118.2 | 122.1 | 125.3 |
| Natural Gas | mmcf/d | 1501.6 | 1586.6 | 1683.8 | 1746.9 |
| Total Production | kboe/d (@ 6:1) | 366.9 | 382.7 | 402.7 | 416.5 |
| Gas Production Ratio | % | 68.2 | 69.1 | 69.7 | 69.9 |
| | | | | | |
| Production per Share Growth YoY | % | 8.8 | 2.7 | 5.2 | 3.0 |
| | | | | | |
| Net Revenue | m | 2786.6 | 2584.0 | 2615.6 | 2654.8 |
| *Operating Costs* | m | (1303.5) | (1399.1) | (1412.0) | (1401.0) |
| *Cash G&A Costs* | m | (166.0) | (162.2) | (166.5) | (168.0) |
| | | | | | |
| EBITDA | m | 1415.5 | 921.1 | 1006.3 | 1055.0 |
| | | | | | |
| Interest Costs | m | (210.2) | (193.2) | (172.3) | (166.4) |
| DD&A & Other Non-Cash Costs | m | (2892.2) | (695.0) | (727.6) | (735.5) |
| | | | | | |
| Net Income | m | (1746.5) | 104.0 | 101.8 | 136.4 |
| EPS (basic) | | | | | |
| EPS (diluted) | | (7.05) | 0.41 | 0.40 | 0.54 |
| Adjusted EPS (diluted) | | 1.13 | 0.36 | 0.54 | 0.66 |
| Dividend Per Share | | 0.08 | 0.08 | 0.08 | 0.08 |
| | | | | | |
| Revenue per Share Growth YoY | % | 15.7 | -8.7 | 0.9 | 1.3 |
| EBITDA per Share Growth YoY | % | 32.6 | -35.9 | 8.9 | 4.7 |
| | | | | | |
| Basic WA Shares OS | m | | | | |
| Diluted WA Shares OS | m | 247.0 | 250.8 | 251.7 | 252.1 |

| Balance Sheet | | 2018A | 2019E | 2020E | 2021E |
|---|---|---|---|---|---|
| Cash | m | 0.5 | 1.0 | 1.0 | 1.0 |
| Debt | m | 3836.9 | 3264.5 | 3148.7 | 2979.3 |
| Net Debt | m | 3836.3 | 3263.5 | 3147.7 | 2978.3 |
| Debt/Total Cap | % | 48.6 | 44.0 | 42.6 | 40.6 |
| Net Debt/Total Cap | % | 48.6 | 44.0 | 42.6 | 40.6 |
| Net Debt/CF | x | 3.8 | 4.5 | 3.8 | 3.4 |
| | | | | | |
| Total Assets | m | 9708 | 9235 | 9235 | 9231 |
| Total Liabilities | m | 5649 | 5075 | 4994 | 4873 |
| Total S/H Equity | m | 4059 | 4160 | 4241 | 4357 |

| Ratios Analysis | | 2018A | 2019E | 2020E | 2021E |
|---|---|---|---|---|---|
| ROA | % | 3.7 | 2.6 | 2.5 | 2.8 |
| ROCE | % | 4.5 | 3.2 | 3.1 | 3.5 |
| ROE | % | 4.9 | 2.5 | 2.4 | 3.2 |
| Price/Book | x | 0.4 | 0.4 | 0.4 | 0.4 |
| Book Value | | 16.4 | 16.5 | 16.8 | 17.3 |

| Valuation | | 2018A | 2019E | 2020E | 2021E |
|---|---|---|---|---|---|
| P/E | x | nmf | 15.3 | 15.7 | 11.8 |
| P/CF | x | 1.6 | 2.2 | 1.9 | 1.8 |
| EV/DACF | x | 4.5 | 5.6 | 4.9 | 4.5 |
| Enterprise Value | m | 5408 | 4859 | 4748 | 4582 |
| EV/Reserves[4] | $/boe | | | | |
| EV/Production[4] | $k/boe/d | 14.7 | 12.7 | 11.8 | 11.0 |
| Reserve/Production | years | | | | |
| Dividend Yield | % | 1.3 | 1.3 | 1.3 | 1.3 |
| | | | | | |
| Core Net Asset Value (PV10AT)[3] | | NA | | | |
| P/NAV | x | | | | |
| Core NAV + Risked Resource Upside (PV10AT)[3] | | NA | | | |
| P/(NAV+Risked Upside) | x | | | | |

| Sensitivities (Adjusted Cash Flow) | | 2018A | 2019E | 2020E | 2021E |
|---|---|---|---|---|---|
| Oil WTI +/- US$1.00/b | % | NA | 0.9 | 2.4 | 2.7 |
| Gas +/- US$0.25/mcf | % | NA | 0.2 | 12.0 | 19.1 |
| Oil +/- 100 b/d | % | NA | NA | NA | NA |
| Gas +/- 1.0 mmcf/d | % | NA | NA | NA | NA |

| Quarterly Forecast | | 1Q19A | 2Q19A | 3Q19E | 4Q19E |
|---|---|---|---|---|---|
| Oil-WTI | $/b | 54.72 | 59.93 | 60.00 | 55.00 |
| Gas-Henry Hub | $/mmbtu | 3.04 | 2.61 | 2.65 | 3.00 |
| Liquids Realization | $/b | 25.21 | 20.04 | 19.24 | 23.22 |
| Gas Realization | $/mcf | 3.09 | 2.56 | 2.49 | 2.63 |
| | | | | | |
| Oil & Liquids | kb/d | 115.8 | 119.0 | 117.5 | 120.6 |
| Natural Gas | mmcf/d | 1561.4 | 1573.0 | 1559.1 | 1652.3 |
| Total Production | kboe/d (@ 6:1) | 376.0 | 381.2 | 377.3 | 396.0 |
| Gas Production Ratio | % | 69.2 | 68.8 | 68.9 | 69.5 |
| | | | | | |
| Net Revenue | m | 615.8 | 750.3 | 562.7 | 655.2 |
| EBITDA | m | 305.6 | 203.2 | 167.6 | 244.7 |
| | | | | | |
| Net Income | m | 1.4 | 115.2 | (32.9) | 20.3 |
| EPS (basic) | | | | | |
| EPS (diluted) | | 0.01 | 0.46 | (0.13) | 0.08 |
| Adjusted EPS (diluted) | | 0.32 | 0.02 | (0.09) | 0.12 |
| | | | | | |
| Cash Flow from Operations | m | 261.2 | 143.0 | 121.3 | 201.1 |
| CFPS | | 1.05 | 0.57 | 0.48 | 0.80 |
| | | | | | |
| Production per Share Growth YoY | % | 2.0 | 2.1 | -1.8 | 8.9 |
| Production per Share Growth QoQ | % | 2.1 | 1.7 | 0.0 | 4.9 |
| | | | | | |
| CFPS Growth YoY | % | -17.4 | -37.0 | -51.9 | -1.2 |
| CFPS Growth QoQ | % | 28.3 | -45.2 | -15.2 | 65.9 |
| | | | | | |
| Net Revenue/boe | $/boe | 20.59 | 16.83 | 16.30 | 18.06 |
| *Operating costs/boe* | $/boe | (10.26) | (9.95) | (9.97) | (9.90) |
| Operating Netback/boe | $/boe | 10.33 | 6.89 | 6.32 | 8.17 |
| *G&A/boe* | $/boe | (1.12) | (1.19) | (1.18) | (1.16) |
| *Interest/boe* | $/boe | (1.52) | (1.49) | (1.34) | (1.20) |
| *Cash Taxes/boe* | $/boe | 0.00 | 0.00 | 0.00 | 0.00 |
| Cash Netback/boe | $/boe | 7.69 | 4.21 | 3.80 | 5.81 |

| Cashflow Analysis | | 2018A | 2019E | 2020E | 2021E |
|---|---|---|---|---|---|
| Cash Flow from Operations | m | 998.9 | 726.5 | 834.0 | 888.6 |
| *Chgs in Working Cap* | m | (8.2) | 41.4 | 0.0 | 0.0 |
| Net Cash Flow from Operations | m | 990.7 | 767.9 | 834.0 | 888.6 |
| Cash Flow from Investing | m | (695.4) | (130.9) | (698.0) | (699.0) |
| Cash Flow from Financing | m | (295.2) | (636.5) | (136.0) | (189.6) |
| Increase in Cash | m | 0.1 | 0.5 | 0.0 | 0.0 |
| | | | | | |
| Free Cash Flow[1] | m | 91.7 | (28.2) | 136.0 | 189.6 |
| | | | | | |
| Debt Adjusted Cash Flow (DACF) | m | 1205.5 | 864.7 | 961.8 | 1012.0 |
| | | | | | |
| CFPS | | 4.04 | 2.90 | 3.31 | 3.52 |
| | | | | | |
| Capital Expenditures | m | 907.2 | 754.7 | 698.0 | 699.0 |
| | | | | | |
| Capex/Cash Flow | x | 0.9 | 1.0 | 0.8 | 0.8 |

| Per Boe Statistics | | 2018A | 2019E | 2020E | 2021E |
|---|---|---|---|---|---|
| Revenue | $/boe | 20.64 | 17.81 | 17.72 | 17.54 |
| Hedging | $/boe | 0.18 | 0.69 | 0.02 | (0.08) |
| Total Revenue | $/boe | 20.81 | 18.50 | 17.75 | 17.47 |
| | | | | | |
| LOE | $/boe | 1.04 | 0.95 | 0.81 | 0.69 |
| T&G | $/boe | 8.35 | 8.76 | 8.46 | 8.22 |
| Production Tax | $/boe | 0.34 | 0.31 | 0.31 | 0.31 |
| | | | | | |
| Operating Netback | $/boe | 11.08 | 8.48 | 8.17 | 8.25 |
| | | | | | |
| Cash G&A | $/boe | 1.24 | 1.16 | 1.13 | 1.11 |
| Interest & Preferred | $/boe | 1.57 | 1.38 | 1.17 | 1.09 |
| Cash Tax | $/mcf | 0.00 | 0.00 | 0.00 | 0.00 |
| Other Cash | $/boe | 0.00 | 0.00 | 0.00 | 0.00 |
| Cash Exploration | $/boe | 0.25 | 0.23 | 0.21 | 0.20 |
| | | | | | |
| Cash Netback | $/boe | 8.01 | 5.71 | 5.66 | 5.85 |

| Capital Efficiencies | | 2017.000 | 3-Year | | |
|---|---|---|---|---|---|
| F&D (Proven)[2] | $/boe | 13.55 | 5.34 | | |
| FD&A (Proven)[2] | $/boe | 7.68 | 4.49 | | |
| Recycle Ratio[2] | x | NA | | | |

All figures USD unless noted and production and reserve figures are net of royalties
1) Cash flow from Operations (before chg in WC) Less Capex and Dividends; 2) Includes Revisions; 3) Strip pricing; 4) EV excludes non-producing assets
Source: Company Data, Macquarie Research, July 2019

Source: Company data, FactSet, Macquarie Capital (USA), July 2019

**Other stocks mentioned**

EQT Corp. (EQT US, US$14.82, Neutral, TP: US$16.00)

Antero Resources (AR US, US$4.49, Underperform, TP: US$5.00)

Southwestern Energy (SWN US, US$2.17, Neutral, TP: US$3.00)

**Important disclosures:**

### Recommendation definitions

**Macquarie – Asia, USA, Europe and Mazi Macquarie (SA):**
Outperform – expected return >10%
Neutral – expected return from -10% to +10%
Underperform – expected return <-10%

**Macquarie - Australia/New Zealand**
Outperform – expected return >10%
Neutral – expected return from 0% to 10%
Underperform – expected return <0%

Note: expected return is reflective of a Medium Volatility stock and should be assumed to adjust proportionately with volatility risk

### Volatility index definition*

This is calculated from the volatility of historical price movements.

**Very high–highest risk** – Stock should be expected to move up or down 60–100% in a year – investors should be aware this stock is highly speculative.

**High** – stock should be expected to move up or down at least 40–60% in a year – investors should be aware this stock could be speculative.

**Medium** – stock should be expected to move up or down at least 30–40% in a year.

**Low–medium** – stock should be expected to move up or down at least 25–30% in a year.

**Low** – stock should be expected to move up or down at least 15–25% in a year.
* Applicable to select stocks in Asia/Australia/NZ

**Recommendations** – 12 months
**Note:** Quant recommendations may differ from Fundamental Analyst recommendations

### Financial definitions

All "Adjusted" data items have had the following adjustments made:
Added back: goodwill amortisation, provision for catastrophe reserves, IFRS derivatives & hedging, IFRS impairments & IFRS interest expense
Excluded: non recurring items, asset revals, property revals, appraisal value uplift, preference dividends & minority interests

**EPS** = adjusted net profit / efpowa*
**ROA** = adjusted ebit / average total assets
**ROA Banks/Insurance** = adjusted net profit /average total assets
**ROE** = adjusted net profit / average shareholders funds
**Gross cashflow** = adjusted net profit + depreciation
*equivalent fully paid ordinary weighted average number of shares

All Reported numbers for Australian/NZ listed stocks are modelled under IFRS (International Financial Reporting Standards).

### Recommendation proportions – For quarter ending 30 June 2019

|  | AU/NZ | Asia | RSA | USA | EUR | |
|---|---|---|---|---|---|---|
| Outperform | 47.41% | 58.03% | 49.38% | 52.16% | 51.95% | (for global coverage by Macquarie, 3.22% of stocks followed are investment banking clients) |
| Neutral | 36.30% | 29.24% | 32.10% | 42.65% | 40.69% | (for global coverage by Macquarie, 3.02% of stocks followed are investment banking clients) |
| Underperform | 16.30% | 12.74% | 18.52% | 5.19% | 7.36% | (for global coverage by Macquarie, 0.96% of stocks followed are investment banking clients) |

### COG US vs S&P 500, & rec history



(all figures in USD currency unless noted)

### RRC US vs S&P 500, & rec history



(all figures in USD currency unless noted)

### EQT US vs S&P 500, & rec history

(all figures in USD currency unless noted)

### AR US vs S&P 500, & rec history

(all figures in USD currency unless noted)

### SWN US vs S&P 500, & rec history



(all figures in USD currency unless noted)

Note: Recommendation timeline – if not a continuous line, then there was no Macquarie coverage at the time or there was an embargo period.
Source: FactSet, Macquarie Research, July 2019

### 12-month target price methodology

COG US: US$23.00 based on a EV/EBITDA, DCF methodology

RRC US: US$6.00 based on a EV/EBITDA, DCF methodology

EQT US: US$16.00 based on a DCF, EV/EBITDA methodology

AR US: US$5.00 based on a DCF, EV/EBITDA methodology

SWN US: US$3.00 based on a EV/EBITDA methodology

**Company-specific disclosures**:
**RRC US:** Macquarie Capital (USA) Inc. or one of its affiliates received compensation for products and services other than investment advisory services from Range Resources during the past 12 months. During this time, Macquarie Capital (USA) Inc. or one of its affiliates has provided Range Resources with non-securities services. **EQT US:** Macquarie Capital (USA) Inc or one of its affiliates has provided non-investment banking non-securities services in the past 12 months. **AR US:** Macquarie Capital (USA) Inc or one of its affiliates has provided non-investment banking non-securities services in the past 12 months.

**SWN US:** Macquarie Capital (USA) Inc. or one of its affiliates received compensation for products and services other than investment advisory services from Southwestern Energy during the past 12 months. During this time, Macquarie Capital (USA) Inc. or one of its affiliates has provided Southwestern Energy with non-securities services.

Important disclosure information regarding the subject companies covered in this report is available publically at www.macquarie.com/research/disclosures. Clients receiving this report can additionally access previous recommendations (from the year prior to publication of this report) issued by this report's author at https://www.macquarieinsights.com.

**Target price risk disclosures:**

**COG US:** The primary risk to owning the E&P stocks in general is the potential for a correction in oil and natural gas prices. Disappointing results from the Marcellus or Eagle Ford Shale and prolonged uncertainty surrounding the Marcellus gas pricing environment could also have a negative impact on Cabot's share price.

**RRC US:** Even though Range is ahead on locking up adequate Marcellus infrastructure, more will be required to meet the industry's needs. Inability to acquire or construct sufficient incremental capacity could hamper future volume growth. Any inability to compete successfully in their markets may harm the business. This could be a result of many factors which may include geographic mix and introduction of improved products or service offerings by competitors. The results of operations may be materially affected by global economic conditions including conditions in financial markets. The company is exposed to market risks, such as changes in interest rates, foreign exchange rates and input prices. From time to time, the company will enter into transactions, including transactions in derivative instruments, to manage certain of these exposures.

**EQT US:** EQT is subject to commodity price changes, particularly natural gas. Any future reduction in commodity prices could impact the company's future cash flow, available liquidity and reserve levels among other items. Infrastructure and takeaway capacity constraints represent a potential risk, particularly on natural gas. Other risks include unsuccessful drilling and exploration, any management turnover, lawsuits/environmental/regulatory risks.

**AR US:** AR is subject to commodity price changes, particularly natural gas and NGLs. Any future reduction in commodity prices could impact the company's future cash flow, available liquidity and reserve levels among other items. Infrastructure and takeaway capacity constraints represent a potential risk, particularly on natural gas and NGLs. Other risks include unsuccessful drilling and exploration, any management turnover, lawsuits/environmental/regulatory risks.

**SWN US:** The primary risk to the company is any potential weakening in NG prices, particularly in the Appalachia region. Any production shortfall also represents a potential risk.

**Sensitivity analysis:**

Clients receiving this report can request access to a model which allows for further in-depth analysis of the assumptions used, and recommendations made, by the author relating to the subject companies covered. To request access please contact insights@macquarie.com.

**Analyst certification:**

We hereby certify that all of the views expressed in this report accurately reflect our personal views about the subject company or companies and its or their securities. We also certify that no part of our compensation was, is or will be, directly or indirectly, related to the specific recommendations or views expressed in this report. The Analysts responsible for preparing this report receive compensation from Macquarie that is based upon various factors including Macquarie Group Ltd total revenues, a portion of which are generated by Macquarie Group's Investment Banking activities.

**General disclaimers:**

Macquarie Securities (Australia) Ltd; Macquarie Capital (Europe) Ltd; Macquarie Capital (Ireland) DAC; Macquarie Capital Markets North America Ltd; Macquarie Capital (USA) Inc; Macquarie Capital Limited, Taiwan Securities Branch; Macquarie Capital Securities (Singapore) Pte Ltd; Macquarie Securities (NZ) Ltd; Mazi Macquarie Securities (RF) (Pty) Ltd; Macquarie Capital Securities (India) Pvt Ltd; Macquarie Capital Securities (Malaysia) Sdn Bhd; Macquarie Securities Korea Limited and Macquarie Securities (Thailand) Ltd are not authorized deposit-taking institutions for the purposes of the Banking Act 1959 (Commonwealth of Australia), and their obligations do not represent deposits or other liabilities of Macquarie Bank Limited ABN 46 008 583 542 (MBL) or MGL. MBL does not guarantee or otherwise provide assurance in respect of the obligations of any of the above mentioned entities. MGL provides a guarantee to the Monetary Authority of Singapore in respect of the obligations and liabilities of Macquarie Capital Securities (Singapore) Pte Ltd for up to SGD 35 million. This research has been prepared for the general use of the wholesale clients of the Macquarie Group and must not be copied, either in whole or in part, or distributed to any other person. If you are not the intended recipient you must not use or disclose the information in this research in any way. If you received it in error, please tell us immediately by return e-mail and delete the document. We do not guarantee the integrity of any e-mails or attached files and are not responsible for any changes made to them by any other person. MGL has established and implemented a conflicts policy at group level (which may be revised and updated from time to time) (the "Conflicts Policy") pursuant to regulatory requirements (including the FCA Rules) which sets out how we must seek to identify and manage all material conflicts of interest. Nothing in this research shall be construed as a solicitation to buy or sell any security or product, or to engage in or refrain from engaging in any transaction. In preparing this research, we did not take into account your investment objectives, financial situation or particular needs. Macquarie salespeople, traders and other professionals may provide oral or written market commentary or trading strategies to our clients that reflect opinions which are contrary to the opinions expressed in this research. Macquarie Research produces a variety of research products including, but not limited to, fundamental analysis, macro-economic analysis, quantitative analysis, and trade ideas. Recommendations contained in one type of research product may differ from recommendations contained in other types of research, whether as a result of differing time horizons, methodologies, or otherwise. Before making an investment decision on the basis of this research, you need to consider, with or without the assistance of an adviser, whether the advice is appropriate in light of your particular investment needs, objectives and financial circumstances. There are risks involved in securities trading. The price of securities can and does fluctuate, and an individual security may even become valueless. International investors are reminded of the additional risks inherent in international investments, such as currency fluctuations and international stock market or economic conditions, which may adversely affect the value of the investment. This research is based on information obtained from sources believed to be reliable but we do not make any representation or warranty that it is accurate, complete or up to date. We accept no obligation to correct or update the information or opinions in it. Opinions expressed are subject to change without notice. No member of the Macquarie Group accepts any liability whatsoever for any direct, indirect, consequential or other loss arising from any use of this research and/or further communication in relation to this research. Clients should contact analysts at, and execute transactions through, a Macquarie Group entity in their home jurisdiction unless governing law permits otherwise. The date and timestamp for above share price and market cap is the closed price of the price date. #CLOSE is the final price at which the security is traded in the relevant exchange on the date indicated. Members of the Macro Strategy team are Sales & Trading personnel who provide desk commentary that is not a product of the Macquarie Research department or subject to FINRA Rule 2241 or any other regulation regarding independence in the provision of equity research.

**Country-specific disclaimers:**

**Australia**: In Australia, research is issued and distributed by Macquarie Securities (Australia) Ltd (AFSL No. 238947), a participating organization of the Australian Securities Exchange. Macquarie Securities (Australia) Limited staff involved with the preparation of research have regular interaction with companies they cover. Additionally, Macquarie Group Limited does and seeks to do business with companies covered by Macquarie Research. There are robust information barriers in place to protect the independence of Macquarie Research's product. However, recipients of Macquarie Research should be aware of this potential conflict of interest. **New Zealand**: In New Zealand, research is issued and distributed by Macquarie Securities (NZ) Ltd, a NZX Firm. **United Kingdom**: In the United Kingdom, research is issued and distributed by Macquarie Capital (Europe) Ltd, which is authorised and regulated by the Financial Conduct Authority (No. 193905). **Germany**: In Germany, this research is issued and/or distributed by Macquarie Capital (Ireland) DAC, which is authorised and regulated by the Central Bank of Ireland (No. C186531). **France**: In France, research is issued and distributed by Macquarie Capital (Ireland) DAC, which is authorised and regulated by the Central Bank of Ireland (No. C186531). **Hong Kong & Mainland China**: In Hong Kong, research is issued and distributed by Macquarie Capital Limited, which is licensed and regulated by the Securities and Futures Commission. In Mainland China, Macquarie Securities (Australia) Limited Shanghai Representative Office only engages in non-business operational activities excluding issuing and distributing research. Only non-A share research is distributed into Mainland China by Macquarie Capital Limited. **Japan**: In Japan, research is Issued and distributed by Macquarie Capital Securities (Japan) Limited, a member of the Tokyo Stock Exchange, Inc. and Osaka Exchange, Inc. (Financial Instruments Firm, Kanto

Financial Bureau (kin-sho) No. 231, a member of Japan Securities Dealers Association).  **India:** In India, research is issued and distributed by Macquarie Capital Securities (India) Pvt. Ltd. (CIN: U65920MH1995PTC090696), 92, Level 9, 2 North Avenue, Maker Maxity, Bandra Kurla Complex, Bandra (East), Mumbai – 400 051, India, which is a SEBI registered Research Analyst having registration no. INH000000545.  **Malaysia**: In Malaysia, research is issued and distributed by Macquarie Capital Securities (Malaysia) Sdn. Bhd. (Company registration number: 463469-W) which is a Participating Organisation of Bursa Malaysia Berhad and a holder of Capital Markets Services License issued by the Securities Commission.  **Taiwan**: In Taiwan, research is issued and distributed by Macquarie Capital Limited, Taiwan Securities Branch, which is licensed and regulated by the Financial Supervisory Commission.  No portion of the report may be reproduced or quoted by the press or any other person without authorisation from Macquarie.  Nothing in this research shall be construed as a solicitation to buy or sell any security or product. The recipient of this report shall not engage in any activities which may give rise to potential conflicts of interest to the report. Research Associate(s) in this report who are registered as Clerks only assist in the preparation of research and are not engaged in writing the research. Macquarie may be in past one year or now being an Issuer of Structured Warrants on securities mentioned in this report. **Thailand**: In Thailand, research is produced, issued and distributed by Macquarie Securities (Thailand) Ltd. Macquarie Securities (Thailand) Ltd. is a licensed securities company that is authorized by the Ministry of Finance, regulated by the Securities and Exchange Commission of Thailand and is an exchange member of the Stock Exchange of Thailand. The Thai Institute of Directors Association has disclosed the Corporate Governance Report of Thai Listed Companies made pursuant to the policy of the Securities and Exchange Commission of Thailand. Macquarie Securities (Thailand) Ltd does not endorse the result of the Corporate Governance Report of Thai Listed Companies but this Report can be accessed at: http://www.thai-iod.com/en/publications.asp?type=4. **South Korea**: In South Korea, unless otherwise stated, research is prepared, issued and distributed by Macquarie Securities Korea Limited, which is regulated by the Financial Supervisory Services. Information on analysts in MSKL is disclosed at http://dis.kofia.or.kr/websquare/index.jsp?w2xPath=/wq/fundMgr/DISFundMgrAnalystStut.xml&divisionId= MDIS03002001000000&serviceId=SDIS03002001000. **South Africa**: In South Africa, research is issued and distributed by Mazi Macquarie Securities (RF) (Pty) Ltd, a member of the JSE Limited.  **Singapore**: In Singapore, research is issued and distributed by Macquarie Capital Securities (Singapore) Pte Ltd (Company Registration Number: 198702912C), a Capital Markets Services license holder under the Securities and Futures Act to deal in securities and provide custodial services in Singapore. Pursuant to the Financial Advisers (Amendment) Regulations 2005, Macquarie Capital Securities (Singapore) Pte Ltd is exempt from complying with sections 25, 27 and 36 of the Financial Advisers Act. All Singapore-based recipients of research produced by Macquarie Capital (Europe) Limited, Mazi Macquarie Securities (RF) (Pty) Ltd and Macquarie Capital (USA) Inc. represent and warrant that they are institutional investors as defined in the Securities and Futures Act. **United States**: In the United States, research is issued and distributed by Macquarie Capital (USA) Inc., which is a registered broker-dealer and member of FINRA.  Macquarie Capital (USA) Inc, accepts responsibility for the content of each research report prepared by one of its non-US affiliates when the research report is distributed in the United States by Macquarie Capital (USA) Inc. Macquarie Capital (USA) Inc.'s affiliate's analysts are not registered as research analysts with FINRA, may not be associated persons of Macquarie Capital (USA) Inc., and therefore may not be subject to FINRA rule restrictions on communications with a subject company, public appearances, and trading securities held by a research analyst account. Information regarding futures is provided for reference purposes only and is not a solicitation for purchases or sales of futures. Any persons receiving this report directly from Macquarie Capital (USA) Inc. and wishing to effect a transaction in any security described herein should do so with Macquarie Capital (USA) Inc.  Important disclosure information regarding the subject companies covered in this report is available at www.macquarie.com/research/disclosures, or contact your registered representative at 1-888-MAC-STOCK, or write to the Supervisory Analysts, Research Department, Macquarie Securities, 125 W.55th Street, New York, NY 10019.

© Macquarie Group

Macquarie Research |

**Equities**

# Research

| **Head of US Equity Research** | | **Financials** | | **TMET** | |
|---|---|---|---|---|---|

**Head of US Equity Research**

| Christine Farkas (US) | (1 212) 231 6668 |
|---|---|

**Consumer**

**Gaming & Leisure**

| Chad Beynon (Head of US Consumer) | (1 212) 231 2634 |
|---|---|

**Beverages & HPC**

| Caroline Levy (New York) | (1 212) 231 1818 |
|---|---|

**Consumer Discretionary**

| Laurent Vasilescu (New York) | (1 212) 231 8046 |
|---|---|
| Stephanie Wakeham (London) | (44 20) 3037 1257 |

**Leisure & Online Travel**

| Paul Golding (New York) | (1 212) 231 8003 |
|---|---|

**Energy**

**Oil & Gas**

| Vikas Dwivedi (Head of Oil & Gas, Global Energy Strategist) | (1 713) 275 6352 |
|---|---|

**US Exploration & Production**

| Paul Grigel (Denver) | (1 303) 952 2754 |
|---|---|
| Matt Henske (Denver) | (1 303) 952 2725 |

**US Refining**

| Jay Tobin (Houston) | (1 713) 275 6123 |
|---|---|

**Oilfield Services**

| Walt Chancellor (Houston) | (1 713) 275 6230 |
|---|---|

**Financials**

**Banks/Trust Banks**

| David Konrad (New York) | (1 212) 231 0525 |
|---|---|

**Industrials**

**Chemicals**

| Cooley May (Head of US Basics & Industrials) | (1 212) 231 2586 |
|---|---|

**Airlines/Aircraft Leasing**

| Susan Donofrio (New York) | (1 212) 231 6535 |
|---|---|

**Construction & Engineering/Machinery**

| Sameer Rathod (San Francisco) | (1 415) 762 5034 |
|---|---|

**Materials**

**Global Metals & Mining**

| David Lipschitz (New York) | (1 212) 231 1232 |
|---|---|
| Xiao Feng (New York) | (1 212) 231 1245 |

**TMET**

**Media, Entertainment, Ad, and Cable**

| Tim Nollen (Head of TMET) | (1 212) 231 0635 |
|---|---|

**Automotive & Disruptive Technology**

| Maynard Um (New York) | (1 212) 231 8098 |
|---|---|

**Internet**

| Ben Schachter (New York) | (1 212) 231 0644 |
|---|---|

**Semiconductors**

| Srini Pajjuri (San Francisco) | (1 415) 762 5018 |
|---|---|

**Software**

| Sarah Hindlian (New York) | (1 212) 231 1371 |
|---|---|

**Utilities & Alternative Energy**

| Angie Storozynski (New York) | (1 212) 231 2569 |
|---|---|

**Find our research at**

| Macquarie: | www.macquarieresearch.com/ideas/ |
|---|---|
| Thomson: | www.thomson.com/financial |
| Reuters: | www.knowledge.reuters.com |
| Bloomberg: | MAC GO |
| Factset: | http://www.factset.com/home.aspx |
| CapitalIQ | www.capitaliq.com |

Contact macresearch@macquarie.com for access requests.

**Email addresses**

FirstName.Surname@macquarie.com

# Equities

**Head of US Equities**

| Dan Ritchie (New York) | (1 212) 231 1621 |
|---|---|

# Sales

**Head of US Sales**

| Rob Moderelli (New York) | (1 212) 231 2495 |
|---|---|

# Trading

**US Sales Trading**

| Mike Gray (New York) | (1 212) 231 0928 |
|---|---|