# MKM PARTNERS

### Your Vision. Our Focus.

**John Gerdes**, Managing Director
(281) 888-4808  jgerdes@mkmpartners.com

Rating Change

## Exploration & Production

# Cabot Oil & Gas (COG, Buy, $25.00)

## Upgrade to Buy on Valuation, Modestly Lower Near-Term Growth

**July 29, 2019**

### Key Data

| | |
|---|---|
| Rating | Buy |
| 12-Mo Price Target | $25.00 |
| | *Prior $26.00* |
| Current Price | $19.16 |
| 52-Wk Range | $27.65 - $19.04 |
| Avg. Vol. (3m) | 6,444 |
| Dividend | 0.36 |
| Dividend Yield | 1.88% |
| Shares Out (mn) | 423.3 |
| Market Cap (mn) | $8,110.2 |
| Enterprise Value (mn) | $10,169.3 |
| Fiscal Year End | Dec. |

### Price Performance



Source: Factset

### Investment overview

We are upgrading our rating on COG shares from Neutral to Buy, though we are decreasing our COG price target by $1 to $25 per share due to slightly lower near-term growth. Specifically, our 2019 production growth expectation was reduced ~2% to ~18% in conformity with the upper end of guidance (16%-18%), while our 2020 growth outlook was lowered from ~9% to ~5%, which reconciles with preliminary guidance. Our 3Q19 production expectation of ~2,410 Mmcfpd is at the high end of guidance (2,360-2,410 Mmcfpd).

Importantly, these near-term growth refinements are within capital intensity measurement error and reflect the expectation that given the current weak gas price outlook, the company plans to maintain a three-rig drilling program in 2020, though periodically it may run its two completion crews as daylight versus 24-hour operations.

COG shares have depreciated ~30% since mid-April, including over 10% on Friday, and now reflect more than 20% intrinsic equity value upside potential, therefore meriting our upgrade from Neutral to Buy. Cabot should generate ~$600 million in free cash flow (FCF) this year, implying a ~7.5% FCF yield. The company plans to distribute over 50% of FCF to shareholders though dividends (~$150 million/annum) and share repurchases. The current share purchase authorization of ~31.5 million shares constitutes approximately 7.5% of shares outstanding. COG shares provide an approximate 1.9% dividend yield.

### Uniquely low capital intensity drives uniquely elevated E&P full-cycle return

With the absolute lowest North American E&P capital intensity, Cabot generates a full-cycle return of ~210%, whereas the gas industry median cash recycle ratio ranges from 90% to 130% and the gas industry median full-cycle return is 100%-105%.

Elucidating the company's unparalleled capital intensity is Cabot's ability to generate an approximate 8% production CAGR (2019-2021) with capital spending 40%-45% less than cash generation, while its Marcellus peers generate ~4% per annum growth spending at 5%-10% beyond cash generation.

### Unrivaled North American gas well recoveries per lateral foot

Lower Marcellus wells recover 4-4.5 Bcf/1,000' of lateral. Marcellus wells (~8,300' laterals, ~150' frac stage spacing, 2,000+ lbs./ft. proppant) should recover ~37 Bcf for a cost of ~$8.3 million (~$1,000/ ft.). Upper Marcellus wells have exhibited no communication with the Lower Marcellus (Purcell frac barrier) and should recover two-thirds of Lower Marcellus wells. The company plans to execute 10-15 Upper Marcellus Gen 5 completions this year.

Approximately 600 remaining Lower Marcellus locations on ~140-acre spacing (~8,300' lateral, ~750' lateral offset, ~35 Bcf per well recovery) and approximately 1,200 Upper Marcellus locations (~24 Bcf average recovery). Assuming a three-rig program, the company has six to seven years of Lower Marcellus drilling inventory.

### Gross Marcellus production should increase over 40% to ~4 Bcfpd by late 2023

The company's gross Marcellus production is currently ~2.8 Bcfpd and should increase to ~4 Bcfpd by late 2023. Cabot's current Marcellus gas transportation capacity is ~3.6 Bcfpd. The Central, Lathrop, Teal, Hawley, Zick and White compressor stations provide access to multiple interstate pipelines. Additionally, Cabot has approximately 150 Mmcfpd on the PennEast pipeline commencing in 2020 and ~250 Mmcfpd on the Leidy South Expansion Project anticipated to start-up in late 2021. In sum, Cabot should have approximately 4.0 Bcfpd of gross Marcellus takeaway in early 2022 excluding the Constitution pipeline system.

Headquarters: 300 First Stamford Place, 4th Floor East, Stamford, CT 06902
Member FINRA and SIPC. Additional Information on all of our research calls is available upon request.
**See pages  10-12 for analyst certification and important disclosures.**



## VALUATION

### Business model net present value (NPV)

Our target price is based on the NPV of free cash flow over the life of a company using a reasonable discount rate. Cabot's valuation applies a 12.5% equity discount rate to determine the NPV of its free cash flow. A 12.5% equity return reflects the long-term nominal performance, including dividends, of the broader large-capitalization equity market (~10%), the greater inherent volatility of cyclical energy investments, and the company's market capitalization of greater than $10 billion (i.e., large-cap). Our equity valuation construct is presented below:

**Equity NPV analysis**

| | @ December 31, | | | | |
|---|---|---|---|---|---|
| | 2020E | 2021E | 2022E | 2023E | 2024E |
| **Levered Cash Flow:** | | | | | |
| Operating Cash Flow (before working cap.) | $1,159.3 | $1,360.8 | $1,510.0 | $1,620.9 | $1,715.5 |
| Working Capital | 0.7 | (17.1) | (5.6) | (4.6) | (4.0) |
| Change in Debt/Preferred | (87.0) | (188.0) | 0.0 | (62.0) | (575.0) |
| Less: Net Capital Expenditures (before cap. int & g&a) | 700.0 | 800.0 | 800.0 | 800.0 | 800.0 |
| **Levered Free Cash Flow from Operations** | **$373.0** | **$355.6** | **$704.5** | **$754.3** | **$336.5** |
| Terminal Value [1] | $0.0 | $0.0 | $0.0 | $0.0 | $15,700.2 |
| **Levered Free Cash Flow [2]** | **$373.0** | **$355.6** | **$704.5** | **$754.3** | **$16,036.7** |

| Discount Rate | PV to Equity | Target | Upside |
|---|---|---|---|
| 0.0% | $18,224 | $44 | 127% |
| 10.0% | $11,635 | $28 | 45% |
| **12.5%** | **$10,477** | **$25** | **30%** |
| 20.0% | $7,774 | $19 | (3%) |
| 25.0% | $6,451 | $15 | (20%) |

(1) Reflects a ~12.5% WACC applied to 2024 EBITDA. Terminal value is computed at year-end 2024.

(2) Assumes investment occurs at beginning of year, levered free cash flow is year-end.

*Source: Company Reports, MKM Partners.*

As shown above, we believe COG shares should appreciate ~30% to $25 per share assuming a 12.5% equity discount rate. At the July 26, 2019 closing price of $19.16 per share, COG's implied equity return is ~19%.



## VALUATION SENSITIVITY

### Commodity price scenarios

Given our base case commodity price assumptions in the table below, COG should appreciate ~30% to $25 per share to deliver a 12.5% per annum return to shareholders. Our bear case commodity forecast suggests COG could appreciate ~4% to $20 per share, while the bull case implies ~62% upside to $31 per share.

**Sensitivity to ±$0.25/mmbtu change in gas price and ±$7.50/bbl change in oil price**

|  | Bear Case | | | Base Case | | | Bull Case | | |
|---|---|---|---|---|---|---|---|---|---|
|  | 2019E | 2020E | 2021E | 2019E | 2020E | 2021E | 2019E | 2020E | 2021E |
| WTI Oil Price ($/bbl) | $49.43 | $47.50 | $47.50 | $56.93 | $55.00 | $55.00 | $64.43 | $62.50 | $62.50 |
| Henry Hub Gas Price ($/MMBtu) | $2.41 | $2.30 | $2.40 | $2.66 | $2.55 | $2.65 | $2.91 | $2.80 | $2.90 |
| Per Share Price @ 12.5% Return | $20 | | | $25 | | | $31 | | |
| Appreciation/(Depreciation) | 4% | | | 30% | | | 62% | | |

*Source: Bloomberg, MKM Partners.*

### Discount rate/commodity price scenarios

COG's target price at various equity discount rates and commodity price scenarios is presented in the chart below. Assuming a 12.5% per annum equity return and our base case commodity forecast, COG appears fairly valued at $25 per share.

**Sensitivity to various discount rates/commodity prices**



*Source: Bloomberg, MKM Partners.*



## CREDIT ANALYSIS

### Financial leverage/coverage ratios

At June 30, 2019, the company's net debt was ~$1.0 billion. At COG's July 26, 2019 closing share price of $19.16, Cabot's market value is approximately $8.0 billion. The credit analysis below presents the company's principal leverage and coverage ratios.

**Credit statistics**

| Leverage Ratios: | |
|---|---|
| Net Debt/Total Book Cap. | 27% |
| Net Debt/Total Market Cap. [1] | 11% |
| | |
| Net Debt/EBITDA: | |
| 2019E | 0.6x |
| 2020E | 0.5x |
| | |
| Net Debt/Reserves ($/mcfe) [2] | $0.08 |
| **Coverage Ratios:** | |
| EBITDA/Interest: | |
| 2019E | 23.9x |
| 2020E | 22.8x |
| | |
| SEC PV10/Net Debt | 6.6x |
| **Capital Availability ($mm)** [3] | $1,746 |

(1) Reflects COG stock price of $19.16 per share and 418.4 million fully-diluted shares outstanding per the treasury method.
(2) Proven reserves of ~11.6 Tcfe @ YE18.
(3) Reflects credit facility borrowing base of $1,500 million, including cash & equivalents.

*Source: Company reports, MKM Partners.*

Given Cabot's <mark>anticipated</mark> cash flow of ~$1.4 billion and ~$0.8 billion in net capital spending (includes A&D) this year, Cabot should generate ~$0.6 billion in free cash flow in 2019.

**MKM PARTNERS**

COG: Upgrade to Buy on Valuation, Modestly Lower Near-Term Growth

## Quarterly operating/income/cash flow ($ in millions, except per share amounts)

| Cabot Oil & Gas | 2018A 1QA | 2QA | 3QA | 4QA | Total | 2019E 1QA | 2QA | 3QE | 4QE | Total | 2020E 1QE | 2QE | 3QE | 4QE | Total | 2021E 1QE | 2QE | 3QE | 4QE | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Production Volume:** | | | | | | | | | | | | | | | | | | | | |
| Liquids (mbbls) | 829.1 | 0.0 | 0.0 | 0.0 | 829.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Gas (mmcf) | 164600.0 | 172400.0 | 186500.0 | 206356.0 | 729856.0 | 204840.0 | 213759.0 | 221714.3 | 224802.0 | 865115.3 | 225935.4 | 226122.9 | 229327.5 | 232521.9 | 913907.8 | 237073.5 | 246992.1 | 256219.0 | 264813.1 | 1005097.7 |
| Gas Equiv. (mmcfe) | 169574.6 | 172400.0 | 186500.0 | 206356.0 | 734830.6 | 204840.0 | 213759.0 | 221714.3 | 224802.0 | 865115.3 | 225935.4 | 226123.0 | 229327.5 | 232521.9 | 913907.8 | 237073.5 | 246992.1 | 256219.0 | 264813.1 | 1005097.7 |
| **Production Rate:** | | | | | | | | | | | | | | | | | | | | |
| Liquids (mbpd) | 9.2 | 0.0 | 0.0 | 0.0 | 2.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Gas (mmcfpd) | 1828.9 | 1894.5 | 2027.2 | 2243.0 | 1999.6 | 2276.0 | 2349.0 | 2409.9 | 2443.5 | 2370.2 | 2482.8 | 2484.9 | 2492.7 | 2527.4 | 2497.0 | 2634.1 | 2714.2 | 2785.0 | 2878.4 | 2753.7 |
| Gas Equiv. (mmcfepd) | 1884.2 | 1894.5 | 2027.2 | 2243.0 | 2013.2 | 2276.0 | 2349.0 | 2409.9 | 2443.5 | 2370.2 | 2482.8 | 2484.9 | 2492.7 | 2527.4 | 2497.0 | 2634.1 | 2714.2 | 2785.0 | 2878.4 | 2753.7 |
| **Price Benchmarks:** | | | | | | | | | | | | | | | | | | | | |
| WTI Oil ($/bbl) | $62.96 | $67.85 | $69.60 | $58.82 | $64.81 | $54.87 | $59.81 | $57.00 | $56.00 | $56.92 | $55.00 | $55.00 | $55.00 | $55.00 | $55.00 | $55.00 | $55.00 | $55.00 | $55.00 | $55.00 |
| HHUB Gas ($/mmbtu) | $2.98 | $2.80 | $2.90 | $3.65 | $3.08 | $3.16 | $2.64 | $2.35 | $2.50 | $2.66 | $2.55 | $2.55 | $2.55 | $2.55 | $2.55 | $2.65 | $2.65 | $2.65 | $2.65 | $2.65 |
| **Realized Prices:** | | | | | | | | | | | | | | | | | | | | |
| Liquids ($/bbl) | $60.00 | $67.85 | $69.60 | $58.82 | $60.00 | $54.87 | $59.81 | $57.00 | $56.00 | $56.92 | $55.00 | $55.00 | $55.00 | $55.00 | $55.00 | $55.00 | $55.00 | $55.00 | $55.00 | $55.00 |
| Gas ($/mcf) | $2.44 | $2.15 | $2.36 | $3.11 | $2.54 | $3.35 | $2.27 | $1.99 | $2.21 | $2.44 | $2.20 | $2.20 | $2.20 | $2.20 | $2.20 | $2.30 | $2.30 | $2.30 | $2.30 | $2.30 |
| **Revenue:** | | | | | | | | | | | | | | | | | | | | |
| Oil & Gas | $434.7 | $370.5 | $440.8 | $642.3 | $1,888.2 | $686.2 | $485.9 | $441.7 | $497.4 | $2,111.2 | $497.1 | $497.5 | $504.5 | $511.5 | $2,010.6 | $545.3 | $568.1 | $589.3 | $609.1 | $2,311.7 |
| Gas Marketing | 5.0 | 92.6 | 105.8 | 6.2 | 209.5 | - | - | - | - | 19.4 | 5.0 | 5.0 | 5.0 | 5.0 | 20.0 | 5.0 | 5.0 | 5.0 | 5.0 | 20.0 |
| Other | 0.8 | (0.2) | 1.9 | 2.6 | 5.0 | 3.8 | 5.6 | 5.0 | 5.0 | 19.4 | 5.0 | 5.0 | 5.0 | 5.0 | 20.0 | 5.0 | 5.0 | 5.0 | 5.0 | 20.0 |
| **Total Revenue** | **$440.4** | **$462.8** | **$548.5** | **$651.0** | **$2,102.8** | **$689.9** | **$491.5** | **$446.7** | **$502.4** | **$2,130.6** | **$502.1** | **$502.5** | **$509.5** | **$516.5** | **$2,030.6** | **$550.3** | **$573.1** | **$594.3** | **$614.1** | **$2,331.7** |
| **Expenses:** | | | | | | | | | | | | | | | | | | | | |
| Operating/Transport | $132.2 | $129.8 | $146.6 | $157.8 | $566.4 | $155.7 | $159.8 | $164.1 | $166.4 | $645.9 | $167.2 | $167.3 | $169.7 | $172.1 | $676.3 | $175.4 | $182.8 | $189.6 | $196.0 | $743.8 |
| Gas Marketing | 5.0 | 80.1 | 93.4 | 5.8 | 184.2 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Exploration/Impairment | 3.6 | 54.5 | 10.0 | 45.7 | 113.8 | 6.0 | 4.5 | 5.0 | 4.4 | 19.9 | 4.4 | 4.4 | 4.4 | 4.4 | 17.5 | 5.0 | 5.0 | 5.0 | 5.0 | 20.0 |
| D,D & A | 82.1 | 84.9 | 121.2 | 129.3 | 417.5 | 92.3 | 96.1 | 99.8 | 101.2 | 389.3 | 101.7 | 101.8 | 103.2 | 104.6 | 411.3 | 106.7 | 111.1 | 115.3 | 119.2 | 452.3 |
| G & A | 18.6 | 15.5 | 14.2 | 15.1 | 63.5 | 16.0 | 16.2 | 16.0 | 16.0 | 64.1 | 16.1 | 16.2 | 16.3 | 16.4 | 65.0 | 16.5 | 16.6 | 16.7 | 16.8 | 66.6 |
| Taxes (other than income) | 7.2 | 5.4 | 2.9 | 7.2 | 22.6 | 5.8 | 3.6 | 4.1 | 4.8 | 18.4 | 5.0 | 5.0 | 5.0 | 5.1 | 20.1 | 5.5 | 5.7 | 5.9 | 6.1 | 23.1 |
| Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Operating Expenses** | **$248.7** | **$370.2** | **$388.3** | **$360.8** | **$1,368.0** | **$275.8** | **$280.2** | **$288.9** | **$292.7** | **$1,137.7** | **$294.3** | **$294.6** | **$298.6** | **$302.6** | **$1,190.2** | **$309.1** | **$321.2** | **$332.5** | **$343.0** | **$1,305.8** |
| **EBIT** | **$191.7** | **$92.6** | **$160.3** | **$290.2** | **$734.8** | **$414.2** | **$211.3** | **$157.8** | **$209.7** | **$992.9** | **$207.7** | **$207.8** | **$210.9** | **$214.0** | **$840.4** | **$241.2** | **$251.9** | **$261.8** | **$271.0** | **$1,025.9** |
| Interest | $20.1 | $17.8 | $16.1 | $16.2 | $70.1 | $15.2 | $14.6 | $14.4 | $14.4 | $58.6 | $14.4 | $14.4 | $13.7 | $13.2 | $55.7 | $12.5 | $12.0 | $11.8 | $11.1 | $47.4 |
| **EBT** | **$171.7** | **$74.8** | **$144.2** | **$274.1** | **$664.7** | **$398.9** | **$196.7** | **$143.4** | **$195.3** | **$934.3** | **$193.3** | **$193.4** | **$197.2** | **$200.8** | **$784.7** | **$228.7** | **$239.9** | **$250.0** | **$259.9** | **$978.5** |
| Tax Provision | 43.2 | 16.9 | 35.3 | 38.2 | 133.6 | 91.2 | 46.1 | 33.0 | 44.9 | 215.2 | 44.5 | 44.5 | 45.3 | 46.2 | 180.5 | 52.6 | 55.2 | 57.5 | 59.8 | 225.1 |
| **Net Income** | **$128.5** | **$57.9** | **$108.9** | **$235.9** | **$531.1** | **$307.8** | **$150.6** | **$110.4** | **$150.4** | **$719.2** | **$148.9** | **$148.9** | **$151.8** | **$154.6** | **$604.2** | **$176.1** | **$184.7** | **$192.5** | **$200.1** | **$753.4** |
| **Fully Diluted Shares (Millions)** | **459.7** | **451.1** | **443.1** | **431.0** | **446.2** | **423.1** | **422.1** | **418.0** | **418.0** | **420.3** | **418.0** | **418.0** | **418.0** | **418.0** | **418.0** | **418.0** | **418.0** | **418.0** | **418.0** | **418.0** |
| **Recurring EPS** | **$0.28** | **$0.13** | **$0.25** | **$0.55** | **$1.20** | **$0.73** | **$0.36** | **$0.26** | **$0.36** | **$1.71** | **$0.36** | **$0.36** | **$0.36** | **$0.37** | **$1.45** | **$0.42** | **$0.44** | **$0.46** | **$0.48** | **$1.80** |
| Reported Fully-Diluted EPS | $0.26 | $0.09 | $0.28 | $0.64 | $1.27 | $0.62 | $0.43 | $0.26 | $0.36 | $1.67 | $0.36 | $0.36 | $0.36 | $0.37 | $1.45 | $0.42 | $0.44 | $0.46 | $0.48 | $1.80 |
| **Cash Flow Reconciliation:** | | | | | | | | | | | | | | | | | | | | |
| Net Income | $128.5 | $57.9 | $108.9 | $235.9 | $531.1 | $307.8 | $150.6 | $110.4 | $150.4 | $719.2 | $148.9 | $148.9 | $151.8 | $154.6 | $604.2 | $176.1 | $184.7 | $192.5 | $200.1 | $753.4 |
| Exploration/Impairment | 3.6 | 54.5 | 10.0 | 45.7 | 113.8 | 6.0 | 4.5 | 5.0 | 4.4 | 19.9 | 4.4 | 4.4 | 4.4 | 4.4 | 17.5 | 5.0 | 5.0 | 5.0 | 5.0 | 20.0 |
| D,D & A | 82.1 | 84.9 | 121.2 | 129.3 | 417.5 | 92.3 | 96.1 | 99.8 | 101.2 | 389.3 | 101.7 | 101.8 | 103.2 | 104.6 | 411.3 | 106.7 | 111.1 | 115.3 | 119.2 | 452.3 |
| Deferred Taxes | 67.8 | 7.4 | 60.7 | 86.1 | 222.1 | 101.3 | 55.7 | 33.0 | 44.9 | 234.9 | 31.1 | 31.1 | 31.7 | 32.3 | 126.3 | 31.6 | 33.1 | 34.5 | 35.9 | 135.0 |
| **Cash Flow Before Working Capital** | **$282.1** | **$204.7** | **$300.8** | **$496.9** | **$1,284.5** | **$507.4** | **$306.9** | **$248.2** | **$300.8** | **$1,363.3** | **$286.1** | **$286.2** | **$291.1** | **$295.9** | **$1,159.3** | **$319.3** | **$334.0** | **$347.3** | **$360.1** | **$1,360.8** |
| **CFPS** | **$0.61** | **$0.45** | **$0.68** | **$1.15** | **$2.90** | **$1.20** | **$0.73** | **$0.59** | **$0.72** | **$3.24** | **$0.68** | **$0.68** | **$0.70** | **$0.71** | **$2.77** | **$0.76** | **$0.80** | **$0.83** | **$0.86** | **$3.26** |
| **EBITDA Reconciliation:** | | | | | | | | | | | | | | | | | | | | |
| Cash Flow Before Working Capital | $282.1 | $204.7 | $300.8 | $496.9 | $1,284.5 | $507.4 | $306.9 | $248.2 | $300.8 | $1,363.3 | $286.1 | $286.2 | $291.1 | $295.9 | $1,159.3 | $319.3 | $334.0 | $347.3 | $360.1 | $1,360.8 |
| P & L Interest | 20.1 | 17.8 | 16.1 | 16.2 | 70.1 | 15.2 | 14.6 | 14.4 | 14.4 | 58.6 | 14.4 | 14.4 | 13.7 | 13.2 | 55.7 | 12.5 | 12.0 | 11.8 | 11.1 | 47.4 |
| Cash Taxes | (24.6) | 9.5 | (25.4) | (47.9) | (88.5) | (10.1) | (9.6) | - | - | (19.7) | 13.3 | 13.3 | 13.6 | 13.9 | 54.1 | 21.0 | 22.1 | 23.0 | 23.9 | 90.0 |
| **EBITDA** | **$277.5** | **$232.0** | **$291.5** | **$465.1** | **$1,266.1** | **$512.5** | **$311.9** | **$262.6** | **$315.2** | **$1,402.2** | **$313.8** | **$314.0** | **$318.5** | **$323.0** | **$1,269.2** | **$352.9** | **$368.0** | **$382.1** | **$395.2** | **$1,498.2** |

Note: Recurring net income excludes non-cash (gains)/losses on disposal of assets, debt repurchases, asset impairments and risk management activities.

*Source: Company reports, MKM Partners.*

MKM PARTNERS

COG: Upgrade to Buy on Valuation, Modestly Lower Near-Term Growth

## Annual operating/income/cash flow ($ in millions, except per share amounts)

| | 2016A | 2017A | 2018A | 2019E | 2020E | 2021E | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|---|---|---|---|
| **Production Volume:** | | | | | | | | | |
| Liquids (mbbls) | 4454.4 | 4953.1 | 829.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Gas (mmcf) | 600400.0 | 655600.0 | 729856.0 | 865115.3 | 913907.8 | 1005097.7 | 1125391.8 | 1222729.3 | 1306981.3 |
| Gas Equiv. (mmcfe) | 627126.4 | 685318.6 | 734830.6 | 865115.3 | 913907.8 | 1005097.7 | 1125391.8 | 1222729.3 | 1306981.3 |
| **Production Rate:** | | | | | | | | | |
| Liquids (mbpd) | 12.2 | 13.6 | 2.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Gas (mmcfpd) | 1640.4 | 1796.2 | 1999.6 | 2370.2 | 2497.0 | 2753.7 | 3083.3 | 3349.9 | 3571.0 |
| Gas Equiv. (mmcfepd) | 1713.5 | 1877.6 | 2013.2 | 2370.2 | 2497.0 | 2753.7 | 3083.3 | 3349.9 | 3571.0 |
| **Price Benchmarks:** | | | | | | | | | |
| WTI Oil ($/bbl) | $43.39 | $50.97 | $64.81 | $56.92 | $55.00 | $55.00 | $55.00 | $55.00 | $55.00 |
| HHUB Gas ($/mmbtu) | $2.46 | $3.11 | $3.08 | $2.66 | $2.55 | $2.65 | $2.65 | $2.65 | $2.65 |
| **Realized Prices:** | | | | | | | | | |
| Liquids ($/bbl) | $34.33 | $45.19 | $60.00 | $56.92 | $55.00 | $55.00 | $55.00 | $55.00 | $55.00 |
| Gas ($/mcf) | $1.71 | $2.31 | $2.54 | $2.44 | $2.20 | $2.30 | $2.30 | $2.30 | $2.30 |
| **Revenues:** | | | | | | | | | |
| Oil & Gas | $1,172.0 | $1,726.5 | $1,888.2 | $2,111.2 | $2,010.6 | $2,311.7 | $2,588.4 | $2,812.3 | $3,006.1 |
| Gas Marketing | 13.6 | 17.2 | 209.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Other | 5.4 | 10.9 | 5.0 | 19.4 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 |
| **Total Revenues** | **$1,191.0** | **$1,754.6** | **$2,102.8** | **$2,130.6** | **$2,030.6** | **$2,331.7** | **$2,608.4** | **$2,832.3** | **$3,026.1** |
| **Operating Expenses:** | | | | | | | | | |
| Operating/Transport | $537.2 | $583.7 | $566.4 | $645.9 | $676.3 | $743.8 | $832.8 | $904.8 | $967.2 |
| Gas Marketing | 10.8 | 15.3 | 184.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Exploration/Impairment | 27.7 | 21.5 | 113.8 | 19.9 | 17.5 | 20.0 | 20.0 | 20.0 | 20.0 |
| D,D & A | 590.1 | 568.8 | 417.5 | 389.3 | 411.3 | 452.3 | 506.4 | 550.2 | 588.1 |
| G & A | 61.3 | 63.7 | 63.5 | 64.1 | 65.0 | 66.6 | 67.3 | 67.3 | 67.3 |
| Taxes (other than income) | 29.2 | 33.5 | 22.6 | 18.4 | 20.1 | 23.1 | 25.9 | 28.1 | 30.1 |
| Other | - | - | - | - | - | - | - | - | - |
| **Total Operating Expenses** | **$1,256.3** | **$1,286.6** | **$1,368.0** | **$1,137.7** | **$1,190.2** | **$1,305.8** | **$1,452.4** | **$1,570.4** | **$1,672.6** |
| **EBIT** | **($65.3)** | **$468.0** | **$734.8** | **$992.9** | **$840.4** | **$1,025.9** | **$1,156.0** | **$1,261.8** | **$1,353.4** |
| Interest | 88.3 | 82.1 | 70.1 | 58.6 | 55.7 | 47.4 | 44.6 | 43.0 | 33.6 |
| **EBT** | **($153.7)** | **$385.9** | **$664.7** | **$934.3** | **$784.7** | **$978.5** | **$1,111.4** | **$1,218.9** | **$1,319.8** |
| Tax Provision | (55.8) | 141.4 | 133.6 | 215.2 | 180.5 | 225.1 | 255.6 | 280.3 | 303.6 |
| **Net Income** | **($97.9)** | **$244.6** | **$531.1** | **$719.2** | **$604.2** | **$753.4** | **$855.8** | **$938.5** | **$1,016.3** |
| **Fully Diluted Shares (Millions)** | **456.8** | **463.7** | **446.2** | **420.3** | **418.0** | **418.0** | **418.0** | **418.0** | **418.0** |
| **Recurring EPS** | **($0.22)** | **$0.53** | **$1.20** | **$1.71** | **$1.45** | **$1.80** | **$2.05** | **$2.25** | **$2.43** |
| Reported Fully-Diluted EPS | ($0.93) | $0.22 | $1.27 | $1.67 | $1.45 | $1.80 | $2.05 | $2.25 | $2.43 |
| **Cash Flow Reconciliation:** | | | | | | | | | |
| Net Income | ($97.9) | $244.6 | $531.1 | $719.2 | $604.2 | $753.4 | $855.8 | $938.5 | $1,016.3 |
| Exploration/Impairment | 27.7 | 21.5 | 113.8 | 19.9 | 17.5 | 20.0 | 20.0 | 20.0 | 20.0 |
| D,D & A | 590.1 | 568.8 | 417.5 | 389.3 | 411.3 | 452.3 | 506.4 | 550.2 | 588.1 |
| Deferred Taxes | (44.0) | 149.1 | 222.1 | 234.9 | 126.3 | 135.0 | 127.8 | 112.1 | 91.1 |
| **Cash Flow Before Working Capital** | **$475.9** | **$984.0** | **$1,284.5** | **$1,363.3** | **$1,159.3** | **$1,360.8** | **$1,510.0** | **$1,620.9** | **$1,715.5** |
| **CFPS** | **$1.04** | **$2.12** | **$2.88** | **$3.24** | **$2.77** | **$3.26** | **$3.61** | **$3.88** | **$4.10** |
| **EBITDA Reconciliation:** | | | | | | | | | |
| Cash Flow Before Working Capital | $475.9 | $984.0 | $1,284.5 | $1,363.3 | $1,159.3 | $1,360.8 | $1,510.0 | $1,620.9 | $1,715.5 |
| P & L Interest | 88.3 | 82.1 | 70.1 | 58.6 | 55.7 | 47.4 | 44.6 | 43.0 | 33.6 |
| Cash Taxes | (11.8) | (7.7) | (88.5) | (19.7) | 54.1 | 90.0 | 127.8 | 168.2 | 212.5 |
| **EBITDA** | **$552.4** | **$1,058.4** | **$1,266.1** | **$1,402.2** | **$1,269.2** | **$1,498.2** | **$1,682.5** | **$1,832.1** | **$1,961.6** |

Note: Recurring net income excludes non-cash (gains)/losses on disposal of assets, non-cash compensation, asset impairments and risk management activities.

*Source: Company reports, MKM Partners.*

**MKM** PARTNERS

COG: Upgrade to Buy on Valuation, Modestly Lower Near-Term Growth

**Annual balance sheet ($ in millions)**

| | 2016A | 2017A | 2018A | 2019E | 2020E | 2021E | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | | | |
| Current Assets: | | | | | | | | | |
| Cash | $498.5 | $480.0 | $2.3 | $319.7 | $542.1 | $747.1 | $1,301.0 | $1,904.7 | $2,090.5 |
| Accounts Rec. | 191.0 | 216.0 | 362.4 | 247.8 | 254.0 | 302.8 | 333.9 | 359.4 | 381.5 |
| Other | 26.3 | 68.9 | 179.9 | 206.6 | 206.6 | 206.6 | 206.6 | 206.6 | 206.6 |
| **Total Current Assets** | **$715.9** | **$765.0** | **$544.5** | **$774.1** | **$1,002.7** | **$1,256.5** | **$1,841.5** | **$2,470.7** | **$2,678.6** |
| | | | | | | | | | |
| Property Plant & Equipment | $4,250.1 | $3,851.1 | $3,463.6 | $4,074.6 | $4,774.6 | $5,574.6 | $6,374.6 | $7,174.6 | $7,974.6 |
| Less D,D&A | - | - | - | (210.3) | (639.1) | (1,111.4) | (1,637.8) | (2,208.0) | (2,816.2) |
| Net Property, Plant & Equipment | $4,250.1 | $3,851.1 | $3,463.6 | $3,864.3 | $4,135.5 | $4,463.2 | $4,736.8 | $4,966.6 | $5,158.4 |
| | | | | | | | | | |
| Goodwill | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Other Assets | 156.6 | 111.3 | 190.7 | 232.8 | 232.8 | 232.8 | 232.8 | 232.8 | 232.8 |
| **Total Assets** | **$5,122.6** | **$4,727.3** | **$4,198.8** | **$4,871.2** | **$5,371.1** | **$5,952.6** | **$6,811.1** | **$7,670.0** | **$8,069.9** |
| | | | | | | | | | |
| **Liabilities** | | | | | | | | | |
| Current Liabilities: | | | | | | | | | |
| Accounts Payable | $168.4 | $238.0 | $241.9 | $224.6 | $231.5 | $263.2 | $288.6 | $309.6 | $327.7 |
| Accrued Liabilities | 89.4 | 88.0 | 45.3 | 49.1 | 49.1 | 49.1 | 49.1 | 49.1 | 49.1 |
| **Total Current Liabilities** | **$257.8** | **$326.1** | **$287.3** | **$273.6** | **$280.6** | **$312.2** | **$337.7** | **$358.6** | **$376.8** |
| | | | | | | | | | |
| Long-term Debt | $1,520.5 | $1,521.9 | $1,226.1 | $1,224.0 | $1,137.0 | $949.0 | $949.0 | $887.0 | $312.0 |
| Deferred Income Taxes | 579.4 | 227.0 | 458.6 | 689.1 | 815.4 | 950.4 | 1,078.3 | 1,190.4 | 1,281.5 |
| Other Long-Term Liabilities | 197.1 | 128.5 | 138.7 | 154.2 | 154.2 | 154.2 | 154.2 | 154.2 | 154.2 |
| | | | | | | | | | |
| **Shareholders Equity** | | | | | | | | | |
| Preferred Stock | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Common Stock (net of Treasury Stock) | 1,469.0 | 1,361.5 | 480.5 | 361.1 | 361.1 | 361.1 | 361.1 | 361.1 | 361.1 |
| Retained Earnings | 1,098.7 | 1,162.4 | 1,607.7 | 2,169.2 | 2,622.8 | 3,225.7 | 3,930.8 | 4,718.8 | 5,584.4 |
| **Total Liabilities and Shareholders Equity** | **$5,122.6** | **$4,727.3** | **$4,198.8** | **$4,871.2** | **$5,371.1** | **$5,952.6** | **$6,811.1** | **$7,670.0** | **$8,069.9** |
| **Net Debt-to-EBITDA** | **1.8x** | **1.0x** | **1.0x** | **0.6x** | **0.5x** | **0.1x** | **-0.2x** | **-0.6x** | **-0.9x** |

*Source: Company reports, MKM Partners.*

**MKM** PARTNERS

COG: Upgrade to Buy on Valuation, Modestly Lower Near-Term Growth

**Annual cash flow statement ($ in millions)**

| | 2016A | 2017A | 2018A | 2019E | 2020E | 2021E | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|---|---|---|---|
| **Operating Activities:** | | | | | | | | | |
| Net Income (Loss) | ($97.9) | $244.6 | $531.1 | $719.2 | $604.2 | $753.4 | $855.8 | $938.5 | $1,016.3 |
| D,D&A/Exploration/Dry Hole | 617.8 | 590.3 | 531.3 | 409.3 | 428.8 | 472.3 | 526.4 | 570.2 | 608.1 |
| Deferred Taxes | (44.0) | 149.1 | 222.1 | 234.9 | 126.3 | 135.0 | 127.8 | 112.1 | 91.1 |
| Other - net | 32.0 | (44.0) | (153.6) | (23.0) | - | - | - | - | - |
| Accounts Rec. | ($70.8) | ($25.0) | ($146.4) | $114.6 | ($6.3) | ($48.8) | ($31.1) | ($25.5) | ($22.1) |
| Accounts Payable | 8.0 | 69.6 | 3.9 | (17.4) | 6.9 | 31.7 | 25.5 | 20.9 | 18.1 |
| Other - net | (52.7) | (86.5) | 116.5 | (1.4) | - | - | - | - | - |
| | | | | | | | | | |
| **Net Cash f/Operating Activities** | **$392.4** | **$898.2** | **$1,104.9** | **$1,436.2** | **$1,160.0** | **$1,343.6** | **$1,504.5** | **$1,616.3** | **$1,711.5** |
| | | | | | | | | | |
| **Investing Activities:** | | | | | | | | | |
| E&P Capital Expenditures | ($375.2) | ($764.6) | ($894.5) | ($796.5) | ($700.0) | ($800.0) | ($800.0) | ($800.0) | ($800.0) |
| E&P Acq./Divest. | 50.4 | 115.4 | 678.4 | 2.3 | - | - | - | - | - |
| Other - net | (28.5) | (57.0) | (77.3) | (4.4) | - | - | - | - | - |
| | | | | | | | | | |
| **Net Cash f/Investing Activities** | **($353.2)** | **($706.2)** | **($293.4)** | **($798.5)** | **($700.0)** | **($800.0)** | **($800.0)** | **($800.0)** | **($800.0)** |
| | | | | | | | | | |
| **Financing Activities:** | | | | | | | | | |
| Debt | ($504.5) | $1.4 | ($295.8) | ($2.1) | ($87.0) | ($188.0) | $0.0 | ($62.0) | ($575.0) |
| Equity (includes common dividend) | 963.3 | (211.9) | (993.5) | (318.1) | (150.6) | (150.6) | (150.6) | (150.6) | (150.6) |
| Preferred Financing/Other | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | |
| **Net Cash f/Financing Activities** | **$458.9** | **($210.5)** | **($1,289.3)** | **($320.2)** | **($237.6)** | **($338.6)** | **($150.6)** | **($212.6)** | **($725.6)** |
| | | | | | | | | | |
| Net Increase (Decrease) in Cash | **$498.0** | **($18.5)** | **($477.8)** | **$317.5** | **$222.4** | **$205.0** | **$553.8** | **$603.7** | **$185.9** |
| Cash @ Beginning of Year | **0.5** | **498.5** | **480.0** | **2.3** | **319.7** | **542.1** | **747.1** | **1,301.0** | **1,904.7** |
| Cash @ End of Year | **498.5** | **480.0** | **2.3** | **319.7** | **542.1** | **747.1** | **1,301.0** | **1,904.7** | **2,090.5** |

*Source: Company reports, MKM Partners.*

**MKM** PARTNERS

**Production/pricing/per unit analysis**

| | 2016A | 2017A | 2018A | 2019E | 2020E | 2021E | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|---|---|---|---|
| **Liquids Production Volume (mbbls):** | | | | | | | | | |
| US | 4,454 | 4,953 | 829 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Liquids** | **4,454** | **4,953** | **829** | **0** | **0** | **0** | **0** | **0** | **0** |
| **Gas Production Volume (mmcf):** | | | | | | | | | |
| US | 600,400 | 655,600 | 729,856 | 865,115 | 913,908 | 1,005,098 | 1,125,392 | 1,222,729 | 1,306,981 |
| **Total Gas** | **600,400** | **655,600** | **729,856** | **865,115** | **913,908** | **1,005,098** | **1,125,392** | **1,222,729** | **1,306,981** |
| **Gas Equiv. (mmcfe)** | **627,126** | **685,319** | **734,831** | **865,115** | **913,908** | **1,005,098** | **1,125,392** | **1,222,729** | **1,306,981** |
| **Liquids Production Rate (mbpd):** | | | | | | | | | |
| US | 12.2 | 13.6 | 2.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Total Liquids** | **12.2** | **13.6** | **2.3** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** |
| **Gas Production Rate (mmcfpd):** | | | | | | | | | |
| US | 1640.4 | 1796.2 | 1999.6 | 2370.2 | 2497.0 | 2753.7 | 3083.3 | 3349.9 | 3571.0 |
| **Total Gas** | **1640.4** | **1796.2** | **1999.6** | **2370.2** | **2497.0** | **2753.7** | **3083.3** | **3349.9** | **3571.0** |
| **Gas Equiv. (mmcfepd)** | **1713.5** | **1877.6** | **2013.2** | **2370.2** | **2497.0** | **2753.7** | **3083.3** | **3349.9** | **3571.0** |
| **Price Benchmarks:** | | | | | | | | | |
| WTI Oil ($/bbl) | $43.39 | $50.97 | $64.81 | $56.92 | $55.00 | $55.00 | $55.00 | $55.00 | $55.00 |
| HHUB Gas ($/mmbtu) | 2.46 | 3.11 | 3.08 | 2.66 | 2.55 | 2.65 | 2.65 | 2.65 | 2.65 |
| **Realized Prices:** | | | | | | | | | |
| Liquids ($/bbl) | $34.33 | $45.19 | $60.00 | $56.92 | $55.00 | $55.00 | $55.00 | $55.00 | $55.00 |
| Gas ($/mcf) | 1.71 | 2.31 | 2.54 | 2.44 | 2.20 | 2.30 | 2.30 | 2.30 | 2.30 |
| ***Per Unit Analysis ($/mcfe)*** | | | | | | | | | |
| **Oil & Gas Revenue** | **$1.87** | **$2.52** | **$2.57** | **$2.44** | **$2.20** | **$2.30** | **$2.30** | **$2.30** | **$2.30** |
| Less: | | | | | | | | | |
| Operating Exp. [1] | $0.90 | $0.90 | $0.80 | $0.77 | $0.76 | $0.76 | $0.76 | $0.76 | $0.76 |
| G&A Exp. | 0.10 | 0.09 | 0.09 | 0.07 | 0.07 | 0.07 | 0.06 | 0.06 | 0.05 |
| **E&P Operating Cash Margin** | **$0.87** | **$1.53** | **$1.68** | **$1.60** | **$1.37** | **$1.47** | **$1.48** | **$1.48** | **$1.49** |
| Less: | | | | | | | | | |
| D,D&A [2] | $0.99 | $0.86 | $0.72 | $0.47 | $0.47 | $0.47 | $0.47 | $0.47 | $0.47 |
| **Gross Profit Margin** | **-$0.12** | **$0.66** | **$0.96** | **$1.13** | **$0.90** | **$1.00** | **$1.01** | **$1.02** | **$1.02** |

(1) Includes production taxes.

(2) Includes exploration charges.

*Source: Company reports, MKM Partners.*

**MKM** PARTNERS



Power by: BlueMatrix

**Valuation Methodology:**

COG: Our $25 fair value estimate is based on the NPV of free cash flow over the life of the company, assuming a 12.5% discount rate and using our base-case commodity forecast.

**Risks:**

COG: There are always risks that the target price for any security will not be realized. In addition to general market and macroeconomic risks, for COG, these risks include, among other things: Global crude oil prices are affected by supply and demand, political developments worldwide, pricing decisions and production quotas of OPEC and the volatile trading patterns in the commodity futures markets. U.S. natural gas prices are affected by supply and demand, seasonal weather patterns and the volatile trading patterns in the commodity futures markets. In periods of sharply lower oil and natural gas prices, a company may curtail capital spending projects. E&P companies compete with many other participants in the industry for the resources necessary to explore for and develop oil and gas reserves. These resources include everything from attractive leaseholds to drilling rigs to the human capital necessary to operate machinery at the drill site. These competitive pressures can pressure oilfield service prices higher. Consequently, during periods high industry activity, a company may experience margin contraction.

In addition to the substantial risk that wells drilled will not be productive, hazards such as unusual or unexpected geologic formations, pressures, mechanical failures, uncontrollable flows of oil and/or natural gas, pollution and other physical and environmental risks are inherent in oil and natural gas exploration and production. These hazards could result in substantial losses to a company due to injury and/or loss of life, severe damage or destruction of property and equipment and environmental damage. Companies generally carry insurance that they believe is in accordance with customary industry practices. However, as is common in the oil and natural gas industry, a company does not fully insure against all risks associated with its business, either because such insurance is not available, or because it is considered cost prohibitive.

**Explanation of MKM Partners Rating System**

"Buy" Security is expected to appreciate 15% or more on an absolute basis in the next 12 months.

"Neutral" Security is not expected to significantly appreciate or depreciate in value in the next 12 months.

"Sell" Security is expected to depreciate 15% or more on an absolute basis in the next 12 months.

**Investment Risks:** Risks associated with the achievement of revenue and earnings projections and price targets include, but are not limited to, unforeseen macroeconomic and/or industry events that weaken demand for the subject company's products or services, product obsolescence, changes in investor sentiment regarding the company or industry, the company's ability to retain or recruit competent personnel and market conditions. For a complete discussion of risk factors that could affect the market price of the securities, refer to the most recent 10-Q or 10-K filed with the SEC.

**MKM** PARTNERS

| | | | Investment Banking Serv./Past 12 Mos. | |
|---|---|---|---|---|
| **Rating** | **Count** | **Percent** | **Count** | **Percent** |
| **BUY [ BUY ]** | 51 | 60.00 | 0 | 0 |
| **HOLD [ NEUTRAL ]** | 34 | 40.00 | 0 | 0 |
| **SELL [ SELL ]** | 0 | 0.00 | 0 | 0 |

**Distribution of Ratings**
**MKM Partners, Equity Research**

## Analyst Certification

I, John Gerdes, certify that the views expressed in this research report about securities and issuers accurately reflect my personal views. I further certify that there has not been, is not, and will not be direct or indirect compensation from MKM Partners LLC or the subject company(ies) related to the specific recommendations or views in this report.

## Important Disclosures

John Gerdes (including his/her/their household) does not have a financial interest in the securities of the subject company(ies). The Firm has not engaged in transactions with issuers identified in the report. MKM Partners LLC does not make a market in the subject company(ies). The subject company(ies) is(are) not currently, nor for the past 12 months was(were), a client(s) of the Firm. The research analyst does not serve as an officer, director or advisory board member of the company(ies) and receives no compensation from it(them).

This report has been prepared by MKM Partners LLC. It does not constitute an offer or solicitation of any transaction in any securities referred to herein. Any recommendation contained in this report may not be suitable for all investors. Although the information contained herein has been obtained from recognized services, issuer reports or communications, or other services and sources believed to be reliable, its accuracy or completeness cannot be guaranteed. This report may contain links to third-party websites, and MKM Partners LLC is not responsible for their content or any linked content contained therein. Such content is not part of this report and is not incorporated by reference into this report. The inclusion of a link in this report does not imply any endorsement by or affiliation with MKM Partners LLC; access to these links is at your own risk.

Any opinions, estimates or projections expressed herein may assume some economic, industry and political considerations and constitute current opinions, at the time of issuance, that are subject to change. Any quoted price is as of the last trading session unless otherwise noted. Foreign currency rates of exchange may adversely affect the value, price or income of any security or financial instrument mentioned in this report. Investors in such securities and instruments, including ADRs, effectively assume currency risk.

This information is being furnished to you for informational purposes only, and on the condition that it will not form a primary basis for any investment decision. Investors must make their own determination of the appropriateness of an investment in any securities referred to herein based on the applicable legal, tax and accounting considerations and their own investment strategies. By virtue of this publication, neither the Firm nor any of its employees shall be responsible for any investment decision. This information is intended for institutional clients only.

This communication may involve technical and/or event-driven analysis. Technical analysis solely examines the past trading history of a security to arrive at anticipated market fluctuations. Technical and event-driven analyses do not consider the fundamentals of an underlying security and therefore offer an incomplete picture of the value or potential value of a security. Customers should not rely on technical or event-driven analysis alone in making an investment decision, but should review all publicly available information regarding the security(ies), including, but not limited to, the fundamentals of the underlying security(ies) and other information provided in any filings with the Securities Exchange Commission (SEC).

MKM Partners LLC has multiple analysts, and their views may differ from time to time. We encourage readers to call with any questions. This report may contain a short-term trading idea or recommendation that highlights a specific near-term catalyst or event that is anticipated to have a short-term effect on the equity securities of the subject company(ies). Short-term trading ideas and recommendations are different from and do not affect a stock's fundamental equity rating, which reflects a longer-term total return expectation. Short-term trading ideas and recommendations may be more or less positive than a stock's fundamental equity rating. Any discussions of legal proceedings or issues are not and do not express any, legal conclusion, opinion or advice; investors should consult their own legal advisers as to issues of law relating to the subject matter of this report.



Regarding the use of instant messages (IMs) and e-mail, you consent to the following: IMs or e-mail sent from or received by MKM Partners LLC employees are presumed to contain confidential or proprietary information and are intended only for the designated recipient(s). If you are not the designated recipient, please inform the sender that you received this e-mail or IM in error and do not use, copy or disseminate its contents. MKM Partners LLC and its analysts may from time to time make informal technical, fundamental and economic comments on IM and e-mail.

Additional information on all of our research calls is available upon request. MKM Partners LLC is a U.S. registered broker-dealer and a member of FINRA and SIPC.