**JULY 29, 2019**



## E&P

**LOWERING PRICE TARGET**

**SIG**
**SUSQUEHANNA**
**FINANCIAL GROUP, LLLP**

### Cabot Oil & Gas Corporation

| | |
|---|---|
| Symbol | COG |
| Rating | Positive |
| Price | $19.16 |
| Price target | From $28.00 to $23.00 |
| Downside/ Upside risk | $17.00 |
| Risk | Downside Risk |

### Company market data

| | |
|---|---|
| 52 week range | $27.65-$19.04 |
| Shares out. | 418.391mm |
| Market cap. | $8,016mm |
| Average daily trading volume | 6,048,090 |
| Beta | 0.77 |
| PT Upside/Downside ratio: | 1.78:1 |

### Calendar year December

| EPS | 2019e Prior | 2019e Current | 2020e Prior | 2020e Current | 2021e Prior | 2021e Current |
|---|---|---|---|---|---|---|
| Q1 | | 0.72A | 0.64 | 0.53 | 0.68 | 0.56 |
| Q2 | 0.35 | 0.36A | 0.35 | 0.32 | 0.37 | 0.36 |
| Q3 | 0.34 | 0.33 | 0.38 | 0.37 | 0.41 | 0.40 |
| Q4 | 0.45 | 0.42 | 0.46 | 0.45 | 0.50 | 0.51 |
| CY EPS | 1.86 | 1.82 | 1.83 | 1.67 | 1.96 | 1.83 |
| P/E | | 10.5x | | 11.5x | | 10.5x |

### Derivatives

| | |
|---|---|
| Volume (contracts) | 2,431 |
| Skew rank (2yr %-tile) | 99.80 |



# Cabot Oil & Gas Corporation: Early 2020 Guide Indicates Weaker Capital Efficiency

**Call to action**

Following 2Q results Friday, we are lowering our COG price target to $23 from $28 on reduced production estimates and a lower target multiple to reflect COG's narrowing capital efficiency advantage versus its peers. The company's preliminary 2020 projections seemed to confirm our view (discussed in a June 20 note: 'FCF King Among Gas Names, but Has Capital Efficiency Peaked?') that its capital efficiency has peaked. We maintain a Positive rating given COG's still robust free cash flow profile and our view that gas prices are likely to recover next year.

**Biju Perincheril**
Biju.Perincheril@sig.com
212 701 7128

Nick DeValeria
nick.devaleria@sig.com
212 510 4441

### HIGHLIGHTS

- **Early 2020 look shows lower implied capital efficiency.** COG's decision to moderate 2020 growth in favor of free cash flow is commendable in our view. However, the $700-$725mm forecasted capex next year to generate 5% production growth implies much weaker capital efficiency than current levels and what was implied in consensus expectations. As discussed in our June 20 note, we suspect the fact that a greater proportion of Lower Marcellus wells going forward is offsetting existing wells as well as a higher mix of Upper Marcellus laterals could be weighing on the company's capital efficiency.

- **Free cash flow remains strong.** Despite the weaker outlook, we estimate COG should generate ~$500mm in free cash flow next year at our $2.70 gas price deck, implying an ~7% FCF yield. Importantly, management reiterated its commitment to returning over 50% of excess cash to shareholders, and should shares remain weak, we think it's likely that the company could be much more active on the repurchase front.

Continued on the next page

### Catalysts

Recovery in natural gas prices, step-up in capital return to shareholders (dividend increase/ share buyback), continued Upper Marcellus delineation.

### Downside or Upside risk

Downside risk assessment is $17 (down from $20), based on ~6.5x 2020E EBITDA estimate, using a $45 WTI/$2.50 HH price deck.

IMPORTANT DISCLOSURES AND CERTIFICATIONS.
Susquehanna International Group, LLP (SIG) is comprised of affiliated entities, including Susquehanna Financial Group, LLLP (SFG). SFG is a provider of research and execution services. SFG is a member of FINRA. SFG does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Please see important disclosures on page 5.

**HIGHLIGHTS**

Continued from previous page

- **2Q numbers largely in-line, but guidance was weaker.** Adjusted 2Q EPS of $0.36 topped our estimates by a penny and consensus by $0.02. The modest EPS beat was driven by slightly higher production and lower cash operating costs, offset slightly by weaker gas price realizations. On the guidance, COG lowered its FY19 production growth outlook to 16-18% (from 20%), which is attributed primarily to timing of TILs. For next year, the company is forecasting ~5% growth with $700-$725 million capex. The implied 2020 production is ~7% below consensus with similar capex.

- **Updated estimates.** We are lowering '19/'20 production estimates to 2.37/2.48 Bcf/d from 2.42/2.72 Bcf/d. Our '19 and '20 EPS drops to $1.82 and $1.67 from $1.86 and $1.83, respectively. Our price target is lowered to $23 (from $28 on lower production growth), which is based on ~7.0x (down from 7.5x on weaker capital efficiency) 2020E E&P EBITDA.

Exhibit 1: COG Income Statement

| Cabot Oil & Gas | 2018 | 1Q '19 | 2Q '19 | 3Q '19E | 4Q '19E | 2019E | 1Q '20E | 2Q '20E | 3Q '20E | 4Q '20E | 2020E | 1Q '21E | 2Q '21E | 3Q '21E | 4Q '21E | 2021E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Commodity Prices** | | | | | | | | | | | | | | | | |
| WTI Crude Oil ( $/bbl) | $64.81 | $54.72 | $59.90 | $55.00 | $55.00 | $56.16 | $55.00 | $55.00 | $55.00 | $55.00 | $55.00 | $55.00 | $55.00 | $55.00 | $55.00 | $55.00 |
| HH Nat Gas ( $/MMbtu) | $3.11 | $3.17 | $2.65 | $2.35 | $2.70 | $2.72 | $2.80 | $2.60 | $2.65 | $2.75 | $2.70 | $2.80 | $2.60 | $2.65 | $2.75 | $2.70 |
| Realized Crude Oil - $/bbl | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Realized Nat Gas - $/MMbtu | $2.54 | $3.35 | $2.27 | $2.21 | $2.41 | $2.55 | $2.66 | $2.16 | $2.25 | $2.42 | $2.37 | $2.69 | $2.18 | $2.25 | $2.48 | $2.40 |
| **Daily Production** | | | | | | | | | | | | | | | | |
| Crude - bls/d | 2,066 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Nat Gas - Mcf/d | 2,000,000 | 2,275,556 | 2,349,451 | 2,385,000 | 2,448,000 | 2,365,030 | 2,458,000 | 2,434,000 | 2,481,000 | 2,537,000 | 2,477,672 | 2,565,000 | 2,592,000 | 2,619,000 | 2,669,000 | 2,611,556 |
| Equivalent - Mcfe/d | 2,013,629 | 2,275,556 | 2,349,451 | 2,385,000 | 2,448,000 | 2,365,030 | 2,458,000 | 2,434,000 | 2,481,000 | 2,537,000 | 2,477,672 | 2,565,000 | 2,592,000 | 2,619,000 | 2,669,000 | 2,611,556 |
| **Income Statement** | | | | | | | | | | | | | | | | |
| *(data in thousands; except per share)* | | | | | | | | | | | | | | | | |
| Revenues: | | | | | | | | | | | | | | | | |
| Oil & Natural Gas Production | $1,929,872 | $633,174 | $470,482 | $439,718 | $528,357 | $2,071,730 | $594,983 | $477,984 | $514,138 | $564,838 | $2,151,943 | $620,525 | $515,144 | $542,735 | $607,731 | $2,286,136 |
| Brokered Natural gas, net | 25,332 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Realized Gains/Losses | (41,630) | 52,980 | 15,397 | 45,991 | 14,954 | 129,322 | - | - | - | - | - | - | - | - | - | - |
| Unrealized Derivative Gains | 86,062 | (44,723) | 48,252 | - | - | 3,529 | - | - | - | - | - | - | - | - | - | - |
| Other | 4,314 | 250 | (14) | - | - | 236 | - | - | - | - | - | - | - | - | - | - |
| Total revenues | $2,003,950 | $641,681 | $534,117 | $485,708 | $543,311 | $2,204,817 | $594,983 | $477,984 | $514,138 | $564,838 | $2,151,943 | $620,525 | $515,144 | $542,735 | $607,731 | $2,286,136 |
| Costs & expenses: | | | | | | | | | | | | | | | | |
| Production costs | $589,019 | $161,514 | $163,422 | $168,962 | $175,919 | $669,818 | $170,877 | $168,207 | $173,534 | $177,802 | $690,420 | $176,414 | $179,182 | $183,186 | $187,175 | $725,957 |
| Exploration | 113,820 | 6,044 | 4,504 | 5,000 | 5,000 | 20,548 | 5,000 | 5,000 | 5,000 | 5,000 | 20,000 | 5,000 | 5,000 | 5,000 | 5,000 | 20,000 |
| DD&A | 417,479 | 92,258 | 96,147 | 100,933 | 103,599 | 392,938 | 100,655 | 99,672 | 102,713 | 105,032 | 408,073 | 103,883 | 106,142 | 108,427 | 110,497 | 428,948 |
| G&A | 63,494 | 15,958 | 16,168 | 16,000 | 17,000 | 65,126 | 16,000 | 16,000 | 16,000 | 18,000 | 66,000 | 16,000 | 16,000 | 16,000 | 18,000 | 66,000 |
| Stock-based compensation | 33,147 | 15,132 | 6,721 | 0 | 0 | 21,853 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | (25,644) | - | 0 | 0 | 0 | 0 | - | 0 | 0 | 0 | 0 | - | 0 | 0 | 0 | 0 |
| Total operating expense | $1,191,315 | $290,906 | $286,962 | $290,895 | $301,519 | $1,170,282 | $292,532 | $288,880 | $297,247 | $305,834 | $1,184,493 | $301,296 | $306,324 | $312,613 | $320,672 | $1,240,905 |
| Operating Income | $812,635 | $350,775 | $247,155 | $194,813 | $241,792 | $1,034,535 | $302,452 | $189,104 | $216,891 | $259,003 | $967,450 | $319,229 | $208,820 | $230,123 | $287,060 | $1,045,231 |
| Other expense (income): | | | | | | | | | | | | | | | | |
| Interest Expense | 73,201 | 12,181 | 14,567 | 15,649 | 15,649 | 58,046 | 16,099 | 16,099 | 14,676 | 14,676 | 61,551 | 13,882 | 13,484 | 13,484 | 12,674 | 53,524 |
| Other expense (income) | 41,297 | (2,040) | (3,507) | 0 | 0 | (5,547) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total other expense (income) | 114,498 | 10,141 | 11,060 | 15,649 | 15,649 | 52,499 | 16,099 | 16,099 | 14,676 | 14,676 | 61,551 | 13,882 | 13,484 | 13,484 | 12,674 | 53,524 |
| **Pre-tax income** | **$698,137** | **$340,634** | **$236,095** | **$179,164** | **$226,143** | **$982,036** | **$286,353** | **$173,005** | **$202,214** | **$244,327** | **$905,899** | **$305,347** | **$195,336** | **$216,639** | **$274,386** | **$991,708** |
| Total income taxes | $141,094 | $77,871 | $55,086 | $42,999 | $54,274 | $230,231 | $68,725 | $41,521 | $48,531 | $58,638 | $217,416 | $73,283 | $46,881 | $51,993 | $65,853 | $238,010 |
| Net Income | $557,043 | $262,763 | $181,009 | $136,165 | $171,869 | $751,805 | $217,628 | $131,484 | $153,683 | $185,688 | $688,483 | $232,064 | $148,456 | $164,645 | $208,533 | $753,698 |
| Special items, net of taxes | (25,930) | 44,990 | (30,409) | - | - | 14,581 | - | - | - | - | - | - | - | - | - | - |
| **Adjusted Net Inocme** | **$531,113** | **$307,753** | **$150,600** | **$136,165** | **$171,869** | **$766,386** | **$217,628** | **$131,484** | **$153,683** | **$185,688** | **$688,483** | **$232,064** | **$148,456** | **$164,645** | **$208,533** | **$753,698** |
| **Adjusted EPS - Diluted** | **$1.19** | **$0.72** | **$0.36** | **$0.33** | **$0.42** | **$1.82** | **$0.53** | **$0.32** | **$0.37** | **$0.45** | **$1.67** | **$0.56** | **$0.36** | **$0.40** | **$0.51** | **$1.83** |
| Diluted shares outstanding | 447,568 | 425,189 | 424,349 | 418,215 | 413,562 | 420,329 | 411,289 | 411,289 | 411,289 | 411,289 | 411,289 | 411,289 | 411,289 | 411,289 | 411,289 | 411,289 |
| **Discretionary Cashflow (DCF):** | | | | | | | | | | | | | | | | |
| Net Income | $557,043 | $262,763 | $181,009 | $136,165 | $171,869 | $751,805 | $217,628 | $131,484 | $153,683 | $185,688 | $688,483 | $232,064 | $148,456 | $164,645 | $208,533 | $753,698 |
| DD&A | 417,479 | 92,258 | 96,147 | 100,933 | 103,599 | 392,938 | 100,655 | 99,672 | 102,713 | 105,032 | 408,073 | 103,883 | 106,142 | 108,427 | 110,497 | 428,948 |
| Deferred taxes | 229,603 | 88,002 | 64,645 | 42,999 | 54,274 | 249,921 | 41,235 | 24,913 | 29,119 | 35,183 | 130,449 | 24,183 | 15,471 | 17,158 | 21,731 | 78,543 |
| Unrealized derivative loss (gain) | (86,062) | 44,723 | (48,252) | 0 | 0 | (3,529) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 150,301 | 18,121 | 8,333 | 6,375 | 6,375 | 39,204 | 6,375 | 6,375 | 6,375 | 6,375 | 25,500 | 6,375 | 6,375 | 6,375 | 6,375 | 25,500 |
| Discretionary cash flow (DCF) | $1,268,364 | $505,867 | $301,882 | $286,472 | $336,117 | $1,430,339 | $365,893 | $262,444 | $291,890 | $332,278 | $1,252,506 | $366,505 | $276,444 | $296,605 | $347,136 | $1,286,689 |
| **Diluted DCFPS** | **$2.83** | **$1.19** | **$0.71** | **$0.68** | **$0.81** | **$3.40** | **$0.89** | **$0.64** | **$0.71** | **$0.81** | **$3.05** | **$0.89** | **$0.67** | **$0.72** | **$0.84** | **$3.13** |
| **Margin Analysis ($/mcfe):** | | | | | | | | | | | | | | | | |
| E&P Revenue | $2.63 | $3.09 | $2.20 | $2.00 | $2.35 | $2.40 | $2.66 | $2.16 | $2.25 | $2.42 | $2.37 | $2.69 | $2.18 | $2.25 | $2.48 | $2.40 |
| Production, gathering, and transport costs | $0.80 | 0.79 | $0.76 | $0.77 | $0.78 | $0.78 | 0.76 | $0.76 | $0.76 | $0.76 | $0.76 | 0.76 | $0.76 | $0.76 | $0.76 | $0.76 |
| DD&A | 0.57 | 0.45 | 0.45 | 0.46 | 0.46 | 0.46 | 0.45 | 0.45 | 0.45 | 0.45 | 0.45 | 0.45 | 0.45 | 0.45 | 0.45 | 0.45 |
| G&A | 0.09 | 0.08 | 0.08 | 0.07 | 0.08 | 0.08 | 0.07 | 0.07 | 0.07 | 0.08 | 0.07 | 0.07 | 0.07 | 0.07 | 0.07 | 0.07 |
| Interest | 0.10 | 0.06 | 0.07 | 0.07 | 0.07 | 0.07 | 0.07 | 0.07 | 0.06 | 0.06 | 0.07 | 0.06 | 0.06 | 0.06 | 0.05 | 0.06 |
| Cash taxes | (0.12) | (0.05) | (0.04) | 0.00 | 0.00 | (0.02) | 0.12 | 0.07 | 0.09 | 0.10 | 0.10 | 0.21 | 0.13 | 0.14 | 0.18 | 0.17 |
| Discretionary cash flow | 1.73 | 2.47 | 1.41 | 1.31 | 1.49 | 1.66 | 1.64 | 1.18 | 1.28 | 1.42 | 1.38 | 1.59 | 1.17 | 1.23 | 1.41 | 1.35 |
| **EBITDAX** | $1,265,375 | $513,661 | $311,054 | $300,746 | $350,391 | $1,475,852 | $408,107 | $293,777 | $324,604 | $369,035 | $1,395,523 | $428,111 | $319,963 | $343,549 | $402,556 | $1,494,179 |

Source: SFG Estimates, Company Financials

**Price target valuation and risks**

Cabot Oil & Gas Corporation(COG, Price: $19.16, Price Target: $23.00):

Our $23 (down from $28 on lower production growth) price target is based on ~7.0x (down from 7.5x on lower capital efficiency) on our 2020E EBITDA at $55 WTI and $2.70 HH price deck.

Key risks to the E&P sector and COG include commodity price volatility and geologic & well performance variability.

## Analyst Certification

I, Biju Perincheril, hereby certify that the views each of us has expressed in this research report accurately reflect each of our respective personal views about the subject securities and issuers. We also certify that no part of our respective compensation was, is, or will be, directly or indirectly, related to the specific recommendations or view expressed in this research report.

## Important Disclosures

SFG is a market maker in the securities of Cabot Oil & Gas Corporation (COG).

Susquehanna International Group, LLP (SIG) is comprised of a number of trading and investment related entities under common control, including Susquehanna Financial Group, LLLP (SFG). SIG, its affiliates and/or its principals may have long or short positions in securities or related issues mentioned here. SIG, in its capacity as specialist and/or market maker may execute orders on a principal basis in the subject securities. Information presented is from sources believed to be reliable, but is not guaranteed to be accurate or complete. Past performance should not be taken as an indication or guarantee of future results. Hyperlinks provided in this report are for your convenience. Please be aware that the products and information supplied on these hyperlinked pages are not endorsed or approved by SFG.

The following data elements on this report were sourced from Bloomberg LP: Price (yesterday's close), 52-week high, 52-week low, Shares outstanding, Average daily trading volume, Volume (contracts). Any others will be specifically sourced.

SFG employs the following rating system:

Positive: We expect this stock to appreciate by at least 15% over the next 12 months.

Neutral: We expect this stock to perform within a range of +/-15 percentage points over the next 12 months.

Negative: We expect this stock to depreciate by at least 15% over the next 12 months. .

Suspended: The previously published rating and/or estimates are currently suspended and under review.

Prior to July 2015 our rating system also required a 20% +/- expected return over 12 months to initiate with a Positive/Negative rating.

Defined Credit Terms

Gross debt + preferred TEV: (Gross Debt + Preferred) / Total Enterprise Value (expressed as a %).

Net debt/EBITDA: Net Debt (gross debt less cash on hand) / EBITDA = forward year EBITDA estimate.

Free cash flow: Forward EBITDA estimate less cash taxes less cash interest less total capex.

FCF yield: FCF Yield ((FCF/ Fully Diluted shares outstanding/current share price) (expressed as a %)).

YTM: Yield-to-maturity ("YTM") implied by any of its bonds outstanding that are due in 5 years ((or closest to)(expressed as a %)).

5-yr treasury yield: 5-year US Treasury yield (expressed as a %).

Volatility Definitions

Volume: The 20-day average option contract volume for the symbol.

Skew Rank: The current day's Skew values compared to the past year's worth of skew values and then rank the current day's value. Past year in the calculation is 252 previous trading days which includes the last trading day.

Implied Volatility: Implied Volatility is the at-the-forward volatility level implied by market option prices for 90 days. While implied volatility is specific to the time frame selected, it is always presented as an annualized standard deviation.

Realized Volatility: It is the Realized Volatility of a financial instrument over 90 days. Generally, this measure is calculated by determining the average deviation from the average price of a financial instrument in the given time period. This measure is frequently compared with implied volatility to determine if options prices are over- or undervalued. It is also known as historical volatility.

## Ratings Distribution & Investment Banking Disclosure

| Covered companies in each Category | Investment banking client in each category |
|---|---|
| Positive (Buy) 54.04% (127) | Positive (Buy) 0.00% (0) |
| Neutral (Hold) 43.40% (102) | Neutral (Hold) 0.00% (0) |
| Negative (Sell) 2.55% (6) | Negative (Sell) 0.00% (0) |

This is a proprietary SFG product prepared, and intended, solely for the use of sophisticated and professional institutional traders and managers and not for the general investing public. Unauthorized redistribution of this report, by any means, represents a violation of US copyright laws and could result in legal action and the suspension of the intended recipient's privileges. If you have any questions regarding this transmission please contact ResearchDistribution@sig.com. The information in this communication is not intended for distribution to, or use by, any person or entity in any jurisdiction or country where such distribution or use would be contrary to law or regulation or which would subject Susquehanna Financial Group, LLLP or its affiliates to any registration requirement within such jurisdiction or country.

Copyright © 2019 Susquehanna Financial Group, LLLP. All rights reserved.

### Rating and Price Target History for: Cabot Oil & Gas Corporation (COG) as of 07-26-2019

