**TD Securities Inc.**



# Action Note

Equity Research

July 29, 2019

## Energy Producers - US E&P

# Cabot Oil & Gas Corp.
(COG-N) US$19.16

### Brief Conference Call Highlights & Financial Model Update

**Aaron Bilkoski**
403 299 3294
aaron.bilkoski@tdsecurities.com

**Mahad Nadeem, (Associate)**
403 292 1204
Mahad.Nadeem@tdsecurities.com

### Event

Updating our estimates following the conference call and release of 10-Q.

### Impact: SLIGHTLY NEGATIVE

**Preliminary 2020 Guidance Subject to Change. But We Expect Restrained Capex/Growth Under Current Gas Price Outlook:** Management refrained from providing *"granular details"* of the 2020 guidance until later in the year (likely around October). However, management did indicate that marginal exit-to-exit growth of 5% in 2020 is as low as COG can achieve without dropping one of its three rigs or two frac crews. The current 2020 budget is based on gas price of $2.50. The company indicated that it "*thinks it is absolutely wrong*" for Cabot to grow production in the double digits in this market.

- *Our View: Although the growth outlook through 2020 is below what the investment community had anticipated, we acknowledge the merits of a more restrained strategy. Specifically, it allows Cabot to maintain a strong balance sheet, conserve finite drilling inventory, and does not compound the weak gas price environment by adding incremental volumes to the basin through a high-growth program. As the low-cost producer in the basin with negligible balance-sheet leverage, COG is advantaged relative to some of its basin peers.*

**Maintenance Capex Remained a Key Topic of Discussion:** During the conference call, management provided a maintenance capital assumption of $550 million-$575 million based on a corporate decline rate of mid-to-high twenties.

**Commitment to Return of Capital to Shareholders Reiterated:** The negative sentiment around guidance overshadowed the authorization of an increase of 25 million shares to the repurchase program. Based on the company's strategy to return >50% of FCF to shareholders, we forecast that this will equate to 2% dividend yield and ~1.5% of its shares being cancelled through 2019 with an unchanged dividend and ~4% of its shares cancelled through 2020. This is incremental to the aforementioned production growth.

### TD Investment Conclusion

The superior margins (full-cycle CF margin of 60%), industry-leading capital efficiencies (TD estimates ~$4000/BOE/d), robust balance sheet (YE-2019E D/CF 0.6x), modest growth within CF, and ongoing return of capital to shareholders warrant a BUY rating. However, we are reducing our target price to $27.00 from $29.00 to reflect the lower production outlook through 2020.

| Recommendation: | BUY |
|---|---|
| Risk: | HIGH |
| 12-Month Target Price: | US$27.00↓ |
| | *Prior: US$29.00* |
| 12-Month Dividend (Est.): | US$0.36 |
| 12-Month Total Return: | 42.8% |

#### Market Data (US$)

| | |
|---|---|
| Current Price | US$19.16 |
| 52-Week Range | $19.04 - $27.65 |
| Mkt Cap (f.d.) ($mm) | $8,130.5 |
| Mkt Cap (basic) ($mm) | $8,088.2 |
| Float Cap ($mm) | $7,950.6 |
| Current Dividend | $0.36 |
| Dividend Yield | 1.9% |
| Avg. Daily Trading Vol. | 6,048,090 |

#### Financial Data (US$)

| | |
|---|---|
| Fiscal Y-E | December |
| Shares O/S (f.d)(mm) | 424.4 |
| Shares O/S (basic) (mm) | 422.1 |
| Float Shares (mm) | 415.0 |
| Net Cash/Shr (basic) | $0.00 |
| Net Cash/ Shr (f.d.) | $0.00 |
| Net Debt ($mm) | $792.2 |

#### Estimates (US$)

| Year | 2017A | 2018A | 2019E | 2020E |
|---|---|---|---|---|
| CFPS (f.d) | 2.10 | 2.81 | 3.31 | 3.53 |
| CFPS (f.d) (old) | – | – | 3.61 | 3.90 |
| Oil & NGLs (mb/d) | 13.6 | 2.3 | 0.0 | 0.0 |
| Gas (MMcf/d) | 1,796.2 | 1,999.5 | 2,357.6 | 2,477.2 |
| MBOE/d | 312.9 | 335.5 | 392.9 | 412.9 |

#### CFPS (f.d) Quarterly Estimates (US$)

| Year | 2017A | 2018A | 2019E | 2020E |
|---|---|---|---|---|
| Q1 | 0.58 | 0.61 | 1.19 | 1.00 |
| Q2 | 0.55 | 0.43 | 0.71 | 0.76 |
| Q3 | 0.45 | 0.67 | 0.65 | 0.73 |
| Q4 | 0.52 | 1.10 | 0.76 | 1.05 |

#### Valuations

| Year | 2017A | 2018A | 2019E | 2020E |
|---|---|---|---|---|
| EV/DACF | 9.4x | 6.8x | 5.9x | 5.3x |
| P/NAV MG | – | 72.6% | – | – |

#### Supplemental Data

| Year | 2017A | 2018A | 2019E | 2020E |
|---|---|---|---|---|
| WTI (US$/bbl) | 50.87 | 64.83 | 58.00 | 57.00 |
| H. Hub (US$/mcf) | 2.96 | 3.13 | 2.60 | 2.65 |
| Marcellus (US$/mcf) | 2.69 | 2.68 | 2.25 | 2.20 |

All figures in US$, unless otherwise specified

COG-N: Price

### Company Profile
Cabot is a natural gas producer entirely focused in the dry gas window of the Marcellus shale play. It is a low-cost natural gas producer with robustly economic wells at current pricing and little balance-sheet leverage.

---

Please see the final pages of this document for important disclosure information.

**TD Securities Inc.**



# Action Note

Equity Research

July 29, 2019

## Outlook

### Exhibit 1. Q2/19 Results vs. TD Estimates and Prior Periods

| | Q2/19A | | | Q/Q | | Y/Y | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| **Production** | **Actual** | **TD Est.** | **Variance** | **Q1/19A** | **Variance** | **Q2/18A** | **Variance** |
| Liquids (bbl/d) | 0 | 0 | - | 0 | - | 0 | - |
| Natural Gas (mcf/d) | 2,349,000 | 2,369,052 | -0.8% | 2,276,000 | 3.2% | 1,894,505 | 24.0% |
| **Corporate (BOE/d)** | **391,500** | **394,842** | **-0.8%** | **379,333** | **3.2%** | **315,751** | **24.0%** |
| % Liquids | 0% | 0% | | 0% | | 0% | |
| **Financial** | | | | | | | |
| Cash Flow ($mm) | 302.0 | 311.9 | -3.2% | 505.9 | -40.3% | 196.5 | 53.7% |
| CFPS (fd) | 0.71 | 0.75 | -4.6% | 1.19 | -40.2% | 0.43 | 64.0% |
| E&D Capex ($mm) | 225.9 | 180.0 | 25.5% | 204.3 | 10.6% | 231.0 | -2.2% |
| Total Capex ($mm) | 225.9 | 180.0 | 25.5% | 204.3 | 10.6% | 258.2 | -12.5% |
| Net Debt ($mm) | 883.4 | 779.7 | 13.3% | 792.4 | 11.5% | 817.7 | 8.0% |
| **Netbacks ($/BOE)** | | | | | | | |
| Gross Revenue | 13.21 | 13.91 | -5.0% | 18.55 | -28.8% | 13.12 | 0.6% |
| Hedging Gains (Losses) | 1.79 | 0.54 | - | 0.24 | 638.7% | 0.20 | 782.2% |
| Royalties | (0.10) | (0.14) | -26.5% | (0.17) | -40.3% | (0.19) | -45.6% |
| Transportation Costs | (3.98) | (4.02) | -1.1% | (4.02) | -1.1% | (3.97) | 0.1% |
| Operating Costs | (0.51) | (0.54) | -5.4% | (0.54) | -5.4% | (0.54) | -6.8% |
| **Operating Netback** | **10.41** | **9.75** | **6.7%** | **14.06** | **-26.0%** | **8.62** | **20.7%** |
| General & Administrative | (0.27) | (0.46) | - | (0.49) | -45.5% | (0.74) | -64.1% |
| Interest Expense | (0.41) | (0.42) | -2.9% | (0.36) | 14.6% | (0.81) | -49.6% |
| Cash Taxes/Other | (1.25) | (0.19) | - | 1.60 | -178.5% | (0.23) | 449.0% |
| **Cash Netback** | **8.48** | **8.68** | **-2.3%** | **14.82** | **-42.8%** | **6.84** | **24.0%** |

Source: Company reports, TD Securities Inc.

### Exhibit 2. Revised Estimates

| | | 2019E | | | | 2020E | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **Production** | **Guidance** | **Revised** | **Previous** | **Variance** | **Guidance** | **Revised** | **Previous** | **Variance** |
| Liquids (bbl/d) | | - | - | - | | - | - | - |
| Natural Gas (mcf/d) | | 2,357,650 | 2,426,310 | -3% | | 2,477,208 | 2,708,077 | -9% |
| **Corporate (BOE/d)** | | **392,942** | **404,385** | **-3%** | | **412,868** | **451,346** | **-9%** |
| % Liquids | | - | - | | | - | - | |
| **Financial** | | | | | | | | |
| Cash Flow ($mm) | | 1,388.6 | 1,510.3 | -8% | | 1,419.5 | 1,579.6 | -10% |
| DACF ($mm) | | 1,444.4 | 1,567.9 | -8% | | 1,477.3 | 1,639.6 | -10% |
| CFPS (fd) | | 3.31 | 3.61 | -8% | | 3.53 | 3.90 | -9% |
| Capex ($mm) | 800-820 | 810.1 | 800.0 | 1% | 700-725 | 700.0 | 850.0 | -18% |
| Total Capex ($mm) | | 810.1 | 800.0 | 1% | | 700.0 | 850.0 | -18% |
| Net Debt ($mm) | | 792.2 | 668.1 | 19% | | 656.2 | 445.0 | 47% |
| % Undrawn Credit | | 100% | 100% | | | 100% | 100% | |
| **Netbacks ($/BOE)** | | | | | | | | |
| Gross Revenue | | 14.37 | 15.02 | -4% | | 15.02 | 15.20 | -1% |
| Hedging Gains (Losses) | | 0.77 | 0.53 | - | | 0.00 | 0.00 | - |
| Royalties | | (0.13) | (0.15) | -10% | | (0.15) | (0.15) | -1% |
| Transportation Costs | | (4.01) | (4.02) | 0% | | (4.02) | (4.02) | 0% |
| Operating Costs | | (0.51) | (0.54) | -4% | | (0.51) | (0.54) | -5% |
| **Operating Netback** | | **10.48** | **10.84** | **-3%** | | **10.34** | **10.49** | **-1%** |
| General & Administrative | | (0.31) | (0.45) | - | | (0.25) | (0.40) | - |
| Interest Expense | | (0.39) | (0.39) | 0% | | (0.38) | (0.36) | 5% |
| Cash Taxes/Other | | (0.10) | 0.23 | - | | (0.32) | (0.16) | - |
| **Cash Netback** | | **9.68** | **10.23** | **-5%** | | **9.39** | **9.56** | **-2%** |

Source: Company reports, TD Securities Inc.

**TD Securities Inc.**



# Action Note

Equity Research

July 29, 2019

### Valuation

COG is currently trading at a multiple of 5.9x 2019E EV/DACF, which represents a material discount to its historical average of 7.2x. However, it is trading at a significant premium to its other Marcellus gas weighted peers (see below).

### Exhibit 3. Peer Group Comparison

| | 2019E Yield | D/CF 2019E | % Drawn 2019E | (Capex+Div)/ CF | BOE/d 2019E | Gas | Gwth* | EV/DACF 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|
| **Canadian Peers** | | | | | | | | | |
| PMT | 0% | 6.3x | 103% | 121% | 9,200 | 80% | (14%) | 4.3x | 4.7x |
| BNE | 2% | 2.9x | 77% | 63% | 12,473 | 32% | (6%) | 4.0x | 3.8x |
| PNE | 0% | 5.6x | 0% | 80% | 18,761 | 92% | (9%) | 9.4x | 17.2x |
| CJ | 6% | 2.1x | 55% | 63% | 20,495 | 13% | (3%) | 4.7x | 5.1x |
| CR | 0% | 3.7x | 8% | 111% | 22,217 | 72% | (7%) | 3.9x | 4.4x |
| PGF | 0% | 4.2x | 26% | 15% | 21,463 | 16% | (3%) | 4.7x | 6.5x |
| KEL | 0% | 1.6x | 61% | 126% | 34,000 | 53% | 25% | 4.6x | 4.7x |
| BXE | 0% | 7.4x | 43% | 93% | 35,000 | 72% | (82%) | 4.3x | 4.6x |
| AAV | 0% | 1.5x | 68% | 92% | 45,126 | 93% | 8% | 3.2x | 2.4x |
| NVA | 0% | 1.9x | 56% | 100% | 53,137 | 60% | 7% | 4.3x | 3.9x |
| PONY | 0% | 3.7x | 39% | 106% | 54,329 | 91% | (6%) | 4.0x | 5.0x |
| BNP | 0% | 4.1x | 2% | 80% | 65,028 | 71% | (8%) | 4.3x | 4.8x |
| BIR | 4% | 2.1x | 54% | 74% | 76,660 | 79% | (1%) | 4.0x | 4.0x |
| PEY | 4% | 2.4x | 31% | 55% | 84,543 | 87% | (8%) | 4.2x | 5.0x |
| POU | 0% | 2.3x | 41% | 143% | 83,200 | 63% | (1%) | 4.6x | 5.0x |
| ERF | 1% | 0.6x | 2% | 91% | 99,715 | 45% | 11% | 4.3x | 4.0x |
| ARX | 10% | 1.3x | 0% | 131% | 138,563 | 76% | 5% | 4.2x | 3.7x |
| VII | 0% | 1.5x | 0% | 88% | 197,668 | 41% | 1% | 3.5x | 3.6x |
| TOU | 3% | 1.3x | 43% | 98% | 303,026 | 79% | 15% | 4.5x | 4.1x |
| **Median** | **0%** | **2.3x** | **41%** | **92%** | **53,137** | **72%** | **(3%)** | **4.3x** | **4.6x** |
| | | | | | | | | | |
| **Permian Peers** | | | | | | | | | |
| CDEV | 0% | 2.0x | 16% | 160% | 69,842 | 22% | 14% | 4.4x | 3.9x |
| CXO | 1% | 1.4x | 2% | 100% | 329,149 | 35% | 7% | 7.6x | 6.0x |
| ECA | 2% | 2.2x | 0% | 87% | 563,892 | 47% | 8% | 3.5x | 3.0x |
| EOG | 1% | 0.5x | 0% | 89% | 816,667 | 29% | 13% | 6.7x | 6.2x |
| FANG | 1% | 1.2x | 25% | 93% | 279,650 | 15% | 36% | 6.2x | 4.7x |
| PE | 0% | 2.0x | 0% | 111% | 129,790 | 15% | 18% | 5.4x | 4.3x |
| PDCE | 0% | 1.2x | 0% | 87% | 129,182 | 34% | 18% | 2.9x | 2.3x |
| PXD | 0% | 0.5x | 0% | 96% | 330,866 | 18% | 5% | 6.7x | 5.6x |
| WPX | 0% | 1.8x | 0% | 99% | 157,100 | 22% | 20% | 4.8x | 4.1x |
| **Median** | **0%** | **1.3x** | **0%** | **95%** | **218,375** | **25%** | **16%** | **5.1x** | **4.2x** |
| | | | | | | | | | |
| **Marcellus Peers** | | | | | | | | | |
| **COG** | **2%** | **0.6x** | **0%** | **69%** | **392,942** | **100%** | **25%** | **5.9x** | **5.3x** |
| RRC | 2% | 4.3x | 7% | 95% | 374,261 | 69% | 1% | 4.7x | 4.9x |
| AR | 0% | 2.8x | 0% | 100% | 528,762 | 72% | 20% | 3.3x | 3.3x |
| EQT | 1% | 2.5x | 3% | 87% | 693,937 | 95% | 5% | 3.9x | 3.6x |
| **Median** | **2%** | **2.4x** | **4%** | **82%** | **383,601** | **84%** | **13%** | **5.3x** | **5.1x** |
| | | | | | | | | | |
| **Median** | **0%** | **2.0x** | **7%** | **93%** | **99,715** | **60%** | **5%** | **4.3x** | **4.4x** |

*Y/Y Growth Per Share

Source: Company reports, TD Securities Inc.

**TD Securities Inc.**



# Action Note

Equity Research

July 29, 2019

### Justification of Target Price

Our target price combines 1.0x our modified growth NAV at a 50% weighting and an EV/DACF multiple of 7.5x 2020E DACF at a 50% weighting.

### Key Risks to Target Price

The key risks associated with our target price include business risks of the company and industry, including, but not limited to: loss of key employees; drilling success; volatile commodity prices; operating costs; capital cost overruns; product supply and demand; financing/access to capital; government regulations; legislation; royalties; taxes; exchange rates; interest rates; environment and weather concerns; and changes in government attitudes towards fracking. Company-specific risks include concentrated asset exposure based on the single asset, a relatively high corporate base decline rate, and access to egress capacity beyond 2020.

**TD Securities Inc.**

# Action Note

Equity Research

July 29, 2019



---

**Exhibit 4. Summary**

---

## Cabot Oil & Gas Corporation

| | Price Target: | $27.00 | Rating: | BUY |
|---|---|---|---|---|
| | Total Return: | 43% | Risk: | HIGH |

| Company Overview | |
|---|---|
| Market Capitalization ($mm) | $8,131 |
| Net Debt ($mm) | $792 |
| Enterprise Value ($mm) | $8,923 |
| | |
| Current Price | $19.16 |
| 52 Week Low /High | $19.04  $27.65 |
| Current Yield | 1.9% |

| Key Valuation Ratios | 2017A | 2018A | 2019E | 2020E |
|---|---|---|---|---|
| P/CF (x) | 9.1x | 6.8x | 5.8x | 5.4x |
| EV/DACF (x) | 9.4x | 6.8x | 5.9x | 5.3x |
| EV/Production ($000/BOE/d) | $31.9 | $27.0 | $21.8 | $19.0 |
| EV/1P Reserves ($/BOE) | $6.16 | $4.69 | $5.28 | $4.83 |
| | | | | |
| P/NAV (1P) | | 116% | | |
| P/NAV (Modified Grow th) | | 73% | | |
| ROCE | -5% | 20% | 164% | 110% |

| Production | 2017A | 2018A | 2019E | 2020E |
|---|---|---|---|---|
| Crude Oil & NGLs (bbl/d) | 13,570 | 2,272 | 0 | 0 |
| Heavy Oil (bbl/d) | 0 | 0 | 0 | 0 |
| Total Liquids (bbl/d) | 13,570 | 2,272 | 0 | 0 |
| Natural Gas (mcf/d) | 1,796,164 | 1,999,452 | 2,357,650 | 2,477,208 |
| Total Production (BOE/d) | 312,931 | 335,514 | 392,942 | 412,868 |
| % Gas | 96% | 99% | 100% | 100% |
| Production Hedged (%) | - | 6% | 22% | - |

| Leverage | 2017A | 2018A | 2019E | 2020E |
|---|---|---|---|---|
| Bank Debt ($mm) | $0 | $0 | $0 | $0 |
| Term Debt ($mm) | $1,528 | $1,226 | $1,220 | $1,133 |
| Net Debt ($mm) | $1,362 | $969 | $792 | $656 |
| Net Debt-CF (x) | 1.4x | 0.8x | 0.6x | 0.5x |
| Credit Facility ($mm) | $3,200 | $3,200 | $3,200 | $3,200 |
| % Drawn | 0% | 0% | 0% | 0% |
| Dividend PoR (%) (Pre-DRIP) | 8% | 9% | 10% | 10% |
| Dividend PoR (%) (Post-DRIP) | 8% | 9% | 10% | 10% |
| Corporate PoR (%) (Pre-DRIP) | 86% | 73% | 69% | 60% |
| Corporate PoR (%) (Post-DRIP) | 86% | 73% | 69% | 60% |

| Growth | 2017A | 2018A | 2019E | 2020E |
|---|---|---|---|---|
| Y/Y Production Grow th | 10% | 7% | 17% | 5% |
| Y/Y Production Per Share Grow th | 8% | 11% | 25% | 8% |
| Y/Y DAPPS Grow th | 9% | 11% | 26% | 8% |

| Cash Flow Summary ($mm) | 2017A | 2018A | 2019E | 2020E |
|---|---|---|---|---|
| Funds Flow from Operations | $976 | $1,268 | $1,389 | $1,420 |
| Debt-Adjusted Cash Flow | $1,058 | $1,342 | $1,444 | $1,477 |
| Investing Activities | | | | |
| Exploration and Development | ($757) | ($816) | ($810) | ($700) |
| Acquisitions/Divestitures | $49 | ($78) | $9 | $0 |
| Total Capital Expenditures | ($708) | ($894) | ($802) | ($700) |
| Financing Activities | | | | |
| Net Change in Debt | $0 | ($297) | ($7) | ($87) |
| Dividends | ($79) | ($111) | ($142) | ($146) |
| DRIP | $0 | $0 | $0 | $0 |
| Other / Share Issue Proceeds | ($132) | ($881) | ($231) | ($438) |
| EBITDA | $444 | $1,281 | $1,416 | $1,485 |

| Pricing Assumptions | 2017A | 2018A | 2019E | 2020E |
|---|---|---|---|---|
| WTI (US$/bbl) | $50.87 | $64.83 | $58.00 | $57.00 |
| Nymex (US$/mcf) | $2.96 | $3.13 | $2.60 | $2.65 |
| Marcellus Differential (US$/mcf) | $0.83 | $0.45 | $0.35 | $0.45 |
| Marcellus (US$/mcf) | $2.13 | $2.68 | $2.25 | $2.20 |

| CFPS (diluted) | 2017A | 2018A | 2019E | 2020E |
|---|---|---|---|---|
| Q1 | $0.58 | $0.61 | $1.19 | $1.00 |
| Q2 | $0.55 | $0.43 | $0.71 | $0.76 |
| Q3 | $0.45 | $0.67 | $0.65 | $0.73 |
| Q4 | $0.52 | $1.10 | $0.76 | $1.05 |
| Annual | $2.10 | $2.81 | $3.31 | $3.53 |

| Corporate Netback ($/BOE) | 2017A | 2018A | 2019E | 2020E |
|---|---|---|---|---|
| Revenue | $15.16 | $16.00 | $14.37 | $15.02 |
| Hedging | ($0.01) | ($0.34) | $0.77 | $0.00 |
| Royalties | ($0.29) | ($0.18) | ($0.13) | ($0.15) |
| Transportation | ($4.22) | ($4.06) | ($4.01) | ($4.02) |
| Operating | ($0.90) | ($0.57) | ($0.51) | ($0.51) |
| Operating Netback | $9.75 | $10.85 | $10.48 | $10.34 |
| G&A | ($0.56) | ($0.79) | ($0.31) | ($0.25) |
| Interest Expense | ($0.72) | ($0.60) | ($0.39) | ($0.38) |
| Cash Taxes and Other | $0.07 | $0.89 | ($0.10) | ($0.32) |
| Cash Flow Netback | $8.55 | $10.36 | $9.68 | $9.39 |

| Per Share Metrics | 2017A | 2018A | 2019E | 2020E |
|---|---|---|---|---|
| WA Outstanding Shares (diluted) | 465.6 | 451.3 | 419.3 | 402.0 |
| CFPS (diluted) | $2.10 | $2.81 | $3.31 | $3.53 |
| EPS (diluted) | $0.22 | $1.19 | $1.73 | $1.88 |
| 1P NAV | | $16.54 | | |
| Modified Grow th NAV | | $26.39 | | |

| Quarterly Production (BOE/d) | 2017A | 2018A | 2019E | 2020E |
|---|---|---|---|---|
| Q1 | 314,939 | 314,027 | 379,333 | 412,944 |
| Q2 | 316,993 | 315,751 | 391,500 | 412,890 |
| Q3 | 307,167 | 337,862 | 395,656 | 412,841 |
| Q4 | 312,712 | 373,732 | 404,965 | 412,798 |
| Annual | 312,931 | 335,514 | 392,942 | 412,868 |

Source: Company reports, TD Securities Inc. estimates

**TD Securities Inc.**



# Action Note

Equity Research                                                                                      July 29, 2019

---

**TD Securities Equity Research Disclosures**





**Current as of**: July 29, 2019

^ Percentage of subject companies under each rating category: BUY (covering ACTION LIST BUY, BUY and SPECULATIVE BUY ratings), HOLD, and REDUCE (covering TENDER and REDUCE ratings).

* Percentage of subject companies within each of the three categories (BUY, HOLD, and REDUCE) for which TD Securities Inc. has provided investment banking services within the last 12 months.

**Definition of Research Ratings**

**ACTION LIST BUY:** The stock's total return is expected to exceed a minimum of 15% (with higher thresholds for less liquid, more risky securities) over the next 12 months and it is a top pick in the Analyst's sector.
**BUY:** The stock's total return is expected to exceed a minimum of 10% (with higher thresholds for less liquid, more risky securities) over the next 12 months.
**SPECULATIVE BUY:** The stock's total return is expected to exceed a minimum of 30% over the next 12 months (with higher thresholds for less liquid securities); however, there is material event risk associated with the investment that could result in a significant loss.
**HOLD:** The stock's total return is expected to be between 0% and 10%, (with higher thresholds for less liquid, more risky securities) over the next 12 months.
**TENDER:** Investors are advised to tender their shares to a specific offer for the company's securities or to support a proposed combination reflecting our view that a superior offer is not forthcoming.
**REDUCE:** The stock's total return is expected to be negative over the next 12 months.
**SUSPENDED:** Due to evolving circumstances, we can no longer generate what we consider a defensible target price and rating at the current time.
**UNDER REVIEW:** Our rating is under review pending additional information and/or analysis. The prior rating should not be relied on.

**Overall Risk Rating in order of increasing risk:** Low (6.1% of coverage universe), Medium (39.2%), High (45.0%), Speculative (9.4%)

**Research Dissemination Policy**
TD Securities makes its research products available in electronic and/or printed formats. If there are any subsequent material changes to the reports it publishes, TD Securities will as soon as practicable distribute such reports with the relevant changes to its institutional clients who are entitled to receive them. Entitled institutional clients may also receive our research via third-party platforms including, but not limited to, Bloomberg, FactSet, Refinitiv, and S&P Capital IQ. All research is available by password to entitled institutional clients at https://www.tdsresearch.com/equities. TD Securities may also update proprietary models; these models may be obtained by entitled institutional clients by contacting the research analyst directly. There is no planned frequency of updates to these models.

**Analyst Certification**
Each analyst of TD Securities Inc. whose name appears on page 1 of this research report hereby certifies that (i) the recommendations and opinions expressed in the research report accurately reflect the research analyst's personal views about any and all of the securities or issuers discussed herein that are within the analyst's coverage universe and (ii) no part of the research analyst's compensation was, is, or will be, directly or indirectly, related to the provision of specific recommendations or views expressed by the research analyst in the research report.

**Disclaimer**
This material is for general informational purposes only and is not investment advice nor does it constitute an offer, recommendation or solicitation to buy or sell a particular financial instrument. It does not have regard to the specific investment objectives, financial situation, risk profile or the particular needs of any specific person who may receive this material. No representation is made that the information contained herein is accurate in all material respects, complete or up to date, nor that it has been independently verified by TD Securities. Recipients of this analysis or report are to contact the representative in their local jurisdiction with regards to any matters or questions arising from, or in connection with, the analysis or report.

Historic information regarding performance is not indicative of future results and investors should understand that statements regarding future prospects may not be realized. All investments entail risk, including potential loss of principal invested. Performance analysis is based on certain assumptions, the results of which may vary significantly depending on the modelling inputs assumed. This material, including all opinions, estimates and other information, constitute TD Securities' judgment as of the date hereof and is subject to change without notice. The price, value of and income from any of the securities mentioned in this material can fall as well as rise. Any market valuations contained herein are indicative values as of the time and date indicated. Such market valuations are believed to be reliable, but TD Securities does not warrant their completeness or accuracy. Different prices and/or valuations may be available elsewhere and TD Securities suggests that valuations from other sources be obtained for comparison purposes. Any price or valuation constitutes TD Securities' judgment and is subject to change without notice. Actual quotations could differ subject to market conditions and other factors.

TD Securities disclaims any and all liability relating to the information herein, including without limitation any express or implied representations or warranties for, statements contained in, and omissions from, the information. TD Securities is not liable for any errors or omissions in such information or for any loss or damage suffered, directly or indirectly, from the use

# TD Securities Inc.



# Action Note

Equity Research

July 29, 2019

of this information. TD Securities may have effected or may effect transactions for its own account in the securities described herein. No proposed customer or counterparty relationship is intended or implied between TD Securities and a recipient of this document.

TD Securities makes no representation as to any tax, accounting, legal or regulatory issues. Investors should seek their own legal, financial and tax advice regarding the appropriateness of investing in any securities or pursuing any strategies discussed herein. Investors should also carefully consider any risks involved. Any transaction entered into is in reliance only upon the investor's judgment as to financial, suitability and risk criteria. TD Securities does not hold itself out to be an advisor in these circumstances, nor do any of its representatives have the authority to do so.

The information contained herein is not intended for distribution to, or use by, any person in any jurisdiction where such distribution or use would be contrary to applicable law or regulation or which would subject TD Securities to additional licensing or registration requirements. It may not be copied, reproduced, posted, transmitted or redistributed in any form without the prior written consent of TD Securities.

If you would like to unsubscribe from our email distribution lists at any time, please contact your TD Securities Sales Contact. If you are located in Europe, Asia, Australia or New Zealand you may also unsubscribe by emailing us at Privacy.EAP@tdsecurities.com.

You can access our Privacy Policy here (http://www.tdsecurities.com/tds/content/AU_PrivacyPage).

Australia: If you receive this document and you are domiciled in Australia, please note that this report is intended to be issued for general information purposes only and distributed through the Toronto Dominion Australia Limited ("TDAL"). TDAL does not hold itself out to be providing financial advice in these circumstances. TD Securities is a trademark and represents certain investment dealing and advisory activities of Toronto-Dominion Bank and its subsidiaries, including TDAL. The Toronto-Dominion Bank is not an authorized deposit-taking or financial services institution in Australia. TDAL is a holder of an Australian Financial Services License (404698) and is regulated by the Australian Securities and Investments Commission.

Canada: Canadian clients wishing to effect transactions in any security discussed herein should do so through a qualified salesperson of TD Securities or TD Securities Inc. TD Securities Inc. is a member of the Canadian Investor Protection Fund.

China, India and South Korea: Insofar as the document is received by any persons in the People's Republic of China ("PRC"), India and South Korea, it is intended only to be issued to persons who have the relevant qualifications to engage in the investment activity mentioned in this document. The recipient is responsible for obtaining all relevant government regulatory approvals/licenses themselves, and represents and warrants to TD Bank that the recipient's investments in those securities do not violate any law or regulation, including, but not limited to, any relevant foreign exchange regulations and/or overseas investment regulations. The Toronto-Dominion Bank has a representative office in Shanghai, Mumbai and Seoul which should be contacted for any general enquiry related to The Toronto-Dominion Bank or its business. However, neither any of the Toronto-Dominion Bank offshore branches/subsidiaries nor its representative offices are permitted to conduct business within the borders of the PRC, India and South Korea. In locations in Asia where the Bank does not hold licenses to conduct business in financial services, it is not our intention to, and the information contained in this document should not be construed as, conducting any regulated financial activity, including dealing in, or the provision of advice in relation to, any regulated instrument or product. This publication is for general information only, without addressing any particular needs of any individual or entity, and should not be relied upon without obtaining specific advice in the context of specific circumstances.

Hong Kong SAR (China): This document, which is intended to be issued in Hong Kong SAR (China) ("Hong Kong") only to Professional Investors within the meaning of the Securities and Futures Ordinance (the "SFO") and the Securities and Futures (Professional Investor) Rules made under the SFO, has been distributed through Toronto-Dominion Bank, Hong Kong Branch, which is regulated by the Hong Kong Monetary Authority.

Japan: For Japanese residents, please note that if you have received this document from Toronto-Dominion Bank entities based outside Japan, it is being provided to qualified financial institutions ("QFI") only under a relevant exemption to the Financial Instruments and Exchange Act.

If you have received this document from TD Securities (Japan) Co., Ltd., it is being provided only to institutional investors. TD Securities (Japan) Co., Ltd. is regulated by the Financial Services Agency of Japan and is distributing this document in Japan as a Type 1 Financial Instruments Business Operator registered with the Kanto Local Finance Bureau under registration number, Kinsho 2992, and a member of Japan Securities Dealers Association.

New Zealand: The Toronto-Dominion Bank is not a "registered bank" in New Zealand under the Reserve Bank Act 1989.

Singapore: This report is distributed in Singapore by The Toronto-Dominion Bank, Singapore Branch, and recipients in Singapore of this report are to contact The Toronto-Dominion Bank, Singapore Branch in respect of any matters arising from, or in connection with, this report. The Toronto-Dominion Bank, Singapore Branch is regulated by the Monetary Authority of Singapore. Where this report is issued or promulgated in Singapore, it is only intended for distribution to a person who is an accredited investor, expert investor or institutional investor as defined in the Securities and Futures Act (Cap. 289), or the Securities and Futures (Prescribed Specific Classes of Investors) Regulations 2005, or the Securities and Futures (Classes of Investors) Regulations 2018 issued by the Monetary Authority of Singapore.

United Kingdom and Europe: This document is prepared, issued or approved for issuance in the UK and Europe by TD Securities Limited in respect of investment business as agent and introducer for TD Bank. The Toronto-Dominion Bank is authorised by the Prudential Regulation Authority and subject to regulation by the Financial Conduct Authority and limited regulation by the Prudential Regulation Authority. TD Securities Limited is authorised and regulated by the Financial Conduct Authority. Insofar as the document is issued in or to the United Kingdom or Europe, it is intended only to be issued to persons who (i) are persons falling within Article 19(5) ("Investment professional") of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (as amended, the "Financial Promotion Order"), (ii) are persons falling within Article 49(2)(a) to (d) ("High net worth companies, unincorporated associations, etc.") of the Financial Promotion Order, or (iii) are persons to whom an invitation or inducement to engage in investment activity (within the meaning of section 21 of the Financial Services and Markets Act 2000) in connection with the issue or sale of any securities may otherwise lawfully be communicated or caused to be communicated. European clients wishing to effect transactions in any security discussed herein should do so through a qualified salesperson of TD Securities Limited. Insofar as the information in this report is issued in the U.K. and Europe, it has been issued with the prior approval of TD Securities Limited.

United States: U.S. clients wishing to effect transactions in any security discussed herein must do so through a registered representative of TD Securities (USA) LLC.

TD Securities is a trademark of TD Bank and represents TD Securities Inc., TD Securities (USA) LLC and TD Securities Limited and certain investment and corporate banking activities of TD Bank and its subsidiaries.

© Copyright 2019 The Toronto-Dominion Bank. All rights reserved.

**TD Securities Inc.**



# Action Note

Equity Research

July 29, 2019

**Full disclosures for all companies covered by TD Securities can be viewed at https://www.tdsresearch.com/equities/welcome.important.disclosure.action**