# J.P.Morgan

North America Equity Research
13 July 2020

# Cabot Oil & Gas

## 2Q20 Preview: Gas Pricing at Lows, But Free Cash Flow Should Ramp Back Up in '21

**JPM View:** We expect an EBITDA miss vs consensus (JPMe at $115 MM vs street at $130 MM), though given that we're early in the revision cycle, we expect that many street estimates may have not yet marked to market gas prices for 2Q. We model a pre-hedge gas price realization of just $1.38 per MMBtu, which we believe would be the lowest quarterly realization in company history (Henry Hub's recent bounce off the 25-year lows should help in 3Q+). While there are clearly near-term gas price headwinds, COG continues to focus on generating free cash flow over volume growth and remains focused on returning at least 50% of free cash flow to shareholders (with 2020 being the third consecutive year of that policy). Despite the move higher in the 2021 strip, we continue to model only very minimal growth in 2021 (+1.7%) and our 2021 production is in-line with COG's initial guidance for 2020 (2.4 Bcf/d, revised downward after a well on a large pad required remedial work in 1Q). We believe the street is mis-modeling COG's 2021 program, as numbers continue to point towards modestly higher growth expectations in 2021 (currently ~4% growth for ~$650 MM in capex), which we view as very unlikely as we expect that growth of that magnitude would require COG to put additional capital to work in 2H20 (highly unlikely in the current gas price environment). Management noted at our mid-June conference that it had only run maintenance capex scenarios for 2021-2022 thus far (although noted other sensitivities are likely to be run). We expect that COG may again set some goalposts for 2021 production levels on the 3Q20 earnings release, but will wait until 4Q20 earnings (when withdrawal season is almost in the books) before providing an official plan for 2021. We estimate that COG can generate ~$400 MM of FCF at the strip in 2021, a 5.9% yield at the current share price. COG remains the only E&P on JPM's Analyst Focus List, and we continue to see value in shares given a focus on FCF generation, one of the best balance sheets among the E&Ps, and the best natural gas rock in U.S. shale.

## Overweight

**COG, COG US**

Price (10 Jul 20): $17.60

▼ **Price Target (Dec-20): $21.00**
Prior (Dec-20): $23.00

**Large Cap Oil & Gas Exploration & Production**

**Arun Jayaram** AC
(1-212) 622-8541
arun.jayaram@jpmchase.com
**Bloomberg** JPMA JAYARAM <GO>
J.P. Morgan Securities LLC

**Zach Parham**
(1-212) 622-5837
zach.parham@jpmorgan.com
J.P. Morgan Securities LLC

**Sachin Sharma**
(1-212) 622-1304
sachin.1.sharma@jpmorgan.com
J.P. Morgan Securities LLC

**Pankaj Bhatter**
91-22 61573215
pankaj.bhatter@jpmchase.com
J.P. Morgan India Private Limited

**Elizabeth M Miller**
(1-212) 622-1035
elizabeth.mary.miller@jpmchase.com
J.P. Morgan Securities LLC

### Key Changes (FYE Dec)

|  | Prev | Cur |
| --- | --- | --- |
| Adj. EPS - 20E ($) | 0.45 | 0.21 |
| Adj. EPS - 21E ($) | 1.23 | 1.17 |

### Quarterly Forecasts (FYE Dec)

**Adj. EPS ($)**

|  | 2019A | 2020E | 2021E |
| --- | --- | --- | --- |
| Q1 | 0.73 | 0.14A | 0.48 |
| Q2 | 0.36 | (0.01) | 0.21 |
| Q3 | 0.29 | (0.06) | 0.22 |
| Q4 | 0.30 | 0.13 | 0.25 |
| FY | 1.68 | 0.21 | 1.17 |

### Style Exposure

| Quant Factors | Current %Rank | Hist %Rank (1=Top) | | | |
| --- | --- | --- | --- | --- | --- |
|  |  | 6M | 1Y | 3Y | 5Y |
| Value | 87 | 76 | 81 | 92 | 94 |
| Growth | 50 | 3 | 16 | 11 | 31 |
| Momentum | 6 | 71 | 47 | 16 | 20 |
| Quality | 16 | 10 | 9 | 59 | 55 |
| Low Vol | 4 | 27 | 20 | 35 | 20 |
| ESGQ | 36 | 30 | 20 | 84 | 100 |

Sources for: Style Exposure – J.P. Morgan Quantitative and Derivatives Strategy; all other tables are company data and J.P. Morgan estimates.

**See page 11 for analyst certification and important disclosures, including non-US analyst disclosures.**

J.P. Morgan does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

Arun Jayaram
(1-212) 622-8541
arun.jayaram@jpmchase.com

North America Equity Research
13 July 2020

**J.P.Morgan**

## Price Performance



|  | YTD | 1m | 3m | 12m |
|---|---|---|---|---|
| Abs | 1.1% | -13.0% | -6.8% | -26.8% |
| Rel | 2.5% | -12.8% | -21.0% | -33.2% |

## Company Data

| | |
|---|---|
| Shares O/S (mn) | 422 |
| 52-week range ($) | 24.12-13.06 |
| Market cap ($ mn) | 7,429.68 |
| Exchange rate | 1.00 |
| Free float(%) | 97.9% |
| 3M - Avg daily vol (mn) | 6.24 |
| 3M - Avg daily val ($ mn) | 121.8 |
| Volatility (90 Day) | 72 |
| Index | S&P 500 |
| BBG BUY|HOLD|SELL | 14|10|2 |

## Key Metrics (FYE Dec)

| $ in millions | FY19A | FY20E | FY21E | FY22E |
|---|---|---|---|---|
| **Financial Estimates** | | | | |
| Revenue | 2,107 | 1,345 | 1,880 | 1,739 |
| Adj. EBITDA | 1,388 | 600 | 1,109 | 951 |
| Adj. EBIT | 949 | 153 | 663 | 494 |
| Adj. net income | 699 | 83 | 465 | 335 |
| Adj. EPS | 1.68 | 0.21 | 1.17 | 0.84 |
| BBG EPS | 1.68 | 0.65 | 1.49 | 1.42 |
| Cashflow from operations | 1,446 | 600 | 963 | 822 |
| FCFF | 577 | 32 | 425 | 325 |
| **Margins and Growth** | | | | |
| Revenue growth | (1.3%) | (36.2%) | 39.8% | (7.5%) |
| EBITDA margin | 65.9% | 44.6% | 59.0% | 54.7% |
| EBITDA growth | 20.6% | (56.8%) | 84.9% | (14.2%) |
| EBIT margin | 45.0% | 11.4% | 35.2% | 28.4% |
| Net margin | 33.2% | 6.2% | 24.7% | 19.3% |
| Adj. EPS growth | 41.1% | (87.5%) | 457.1% | (27.9%) |
| **Ratios** | | | | |
| Adj. tax rate | 24.3% | 24.5% | 23.0% | 23.0% |
| Interest cover | 25.3 | 10.2 | 18.8 | 16.1 |
| Net debt/Equity | 0.5 | 0.5 | 0.4 | 0.3 |
| Net debt/EBITDA | 0.7 | 1.9 | 0.8 | 0.8 |
| ROCE | 21.5% | 3.5% | 14.9% | 10.3% |
| ROE | 33.0% | 3.9% | 20.4% | 13.1% |
| **Valuation** | | | | |
| FCFF yield | 7.9% | 0.5% | 6.1% | 4.6% |
| Dividend yield | 2.0% | 2.3% | 2.3% | 2.3% |
| EV/EBITDA | 5.9 | 13.9 | 7.3 | 8.4 |
| Adj. P/E | 10.5 | 84.1 | 15.1 | 20.9 |

## Summary Investment Thesis and Valuation

### Leverage to some of the best rock in L48 . . .

In the Marcellus, Cabot is the dominant player in the core of Susquehanna County, which features among the lowest finding costs (~$0.26/Mcf) and the highest returns of any shale gas asset in the United States.

### . . . which generates significant FCF

Cabot is the premier free cash generator among companies its size in U.S. shale. We model the company free cash flowing roughly 50% of its market cap by 2025, providing optionality to return capital to shareholders. Cabot returned roughly 9% to shareholders last year from dividends, share repurchases, and debt reduction.

### Valuation

Our $21 Dec 2020 price target is derived from a blend of our NAV and a target FCF yield.

## Performance Drivers



| Factors | 6M Corr | 1Y Corr |
|---|---|---|
| **Market: MSCI US** | 0.50 | 0.45 |
| **Sect: Energy** | -0.26 | -0.14 |
| **Ind: Energy** | -0.26 | -0.14 |
| **Macro:** | | |
| US 10yr Breakeven | -0.41 | -0.22 |
| Crude Oil | -0.16 | -0.12 |
| Economic Surprise | -0.11 | -0.10 |
| **Quant Styles:** | | |
| Quality | 0.58 | 0.45 |
| LowVol | 0.38 | 0.21 |
| Size | 0.36 | 0.18 |

Source: J.P. Morgan Quantitative and Derivatives Strategy for Performance Drivers; company data, Bloomberg and J.P. Morgan estimates for all other tables.

Arun Jayaram
(1-212) 622-8541
arun.jayaram@jpmchase.com

North America Equity Research
13 July 2020

J.P.Morgan

- **2Q20 expectations.** JPMe 2Q20 EPS/CFPS of ($0.01)/$0.27 vs. the Street estimate of $0.03/$0.29. Our EBITDA estimate of $115 MM is 11% below the street at $130 MM, though we would expect street estimates to fall as sellside analysts mark-to-market for 2Q actual gas prices.

- **2Q20 production and capex.** We are modeling 2Q20 gas production at 2,204 MMcf/d, which compares to the street at 2,200 MMcf/d. Our capex estimate of $210 MM is slightly below the street at $215 MM. Our estimate assumes that COG has spent ~64% of the FY20 budget in 1H20.

- **2Q20 pricing.** We are modeling 2Q20 pre-hedge gas price realizations of $1.38 per MMBtu, which implies a $0.34 per MMBtu basis differential off our reference price of $1.72 per MMBtu.

- **We are below street numbers on 2021 production.** Street numbers continue to point towards moderate growth expectations in 2021 (currently ~4% growth for ~$650 MM in capex), while we continue to model near a maintenance program in 2021 (~1.7% growth for $575 MM of capex), which puts production in-line with COG's original 2020 guidance of 2.4 Bcf/d (recall COG lowered guidance slightly in 1Q, after a well on a large pad required remedial work). If COG was going to grow 4% in 2021, we believe that it would require COG putting additional capital to work in 2H20, which we see virtually no chance of happening given spot gas prices sub-$2. COG continues to focus on generating free cash flow vs volume growth and we expect that to continue into 2021. Management noted at our conference that it had only run maintenance scenarios for 2021-2022 thus far (although noted other sensitivities are likely to be run). We expect that COG may again set some goalposts for 2021 production levels on the 3Q20 earnings release, but will wait until 4Q20 earnings (when withdrawal season is almost in the books) before providing an official plan for 2021.

- **Cash taxes will come into play in 2021.** COG has guided to 125-135% deferred taxes in 2020, but recent commentary at our conference indicated that COG would finally shift to being a cash tax payer in 2021, with initial messaging at 60-66% cash taxes. We had previously been modeling cash taxes approaching 100% in 2022+, but after speaking with the company we have reduced those estimates. We now expect cash taxes in roughly the same range in 2022 (we model 70% cash taxes) as we continue to model a maintenance capital program, though we expect that if COG shifted back to growth that it could actually shift cash taxes slightly lower with more wells drilled (and therefore additional IDCs that could be deducted in year 1).

- **Variable/special dividend could be an option.** COG remains committed to returning at least 50% of free cash flow to shareholders. Given weak gas prices in 2020, the common dividend will utilize all of our projected FCF in 2020. At our mid-June energy conference, COG noted that in comparison to where the stock trades today, that past buybacks hadn't created as much value as hoped. A variable dividend is now something mgmt may consider going forward, which we view as a positive, especially in light of the move higher in the 2021 gas strip (while the 2022+ strips remain sub-$2.50/MMBtu).

- **Recent PA charges.** On June 15, the PA Attorney General formally charged COG with 15 criminal counts of environmental crimes, including illegal discharge of industrial wastes and unlawful conduct under PA's Clean Stream Law. At our mid-

Arun Jayaram
(1-212) 622-8541
arun.jayaram@jpmchase.com

**North America Equity Research**
13 July 2020

J.P.Morgan

June energy conference, COG acknowledged the charges from the PA Attorney General, but did not provide any comment, noting that COG received notice of the charges at the same time they were publicly released and that they were currently negotiating with the parties involved. We do note that news reports indicated the charges came with maximum fines of $50,000 per count, so that even in a worst case scenario any cash outflow would be minimal.

Arun Jayaram
(1-212) 622-8541
arun.jayaram@jpmchase.com

North America Equity Research
13 July 2020

J.P.Morgan

# Investment Thesis, Valuation and Risks

## Cabot Oil & Gas Corp. *(Overweight; Price Target: $21.00)*

## Investment Thesis

### Leverage to some of the best rock in L48

In the Marcellus, Cabot is the dominant player in the core of Susquehanna County, which features among the lowest finding costs (~$0.26/Mcf) and the highest returns of any shale gas asset in the United States. Based on our model, the company's Marcellus wells, which will be drilled with ~8,000 ft laterals in 2020, should generate EURs of ~25 Bcf and IRRs of > 20% based on current strip pricing near $2/MMBtu.

### Low cost, FCF+ operator

Given low maintenance capex and an exceptionally low cost structure, the company should generate a significant amount of free cash flow, providing optionality for increased dividends and/or additional stock buybacks.

## Valuation

Our $21 Dec 2020 price target is based off of a blend of our NYMEX-based net asset value calculation and a 5% target 2021E FCF yield.

### JPM COG Valuation Summary

| Cabot Oil & Gas Corporation (COG) | | | | | RATING: OVERWEIGHT |
|---|---|---|---|---|---|
| **Net Asset Value Estimate** | **Total (Bcfe)** | **% Gas** | **NYMEX Futures** | | |
| | | | ($/Mcfe) | ($MM) | ($/Share) |
| PDP Reserves (Inclusive of Hedges) | 8,000 | 100% | $3.28 | $4,373 | $10.98 |
| **PDP Net Asset Value:** | | | | **$4,373** | **$10.98** |
| **Undeveloped Potential** | **Total (Bcfe)** | **% Gas** | ($/Mcfe) | ($MM) | ($/Share) |
| Marcellus Shale | 12,146 | 100% | $0.38 | $4,619 | $11.59 |
| **Total Undeveloped:** | | | | **$4,619** | **$11.59** |
| **Asset Value Subtotal:** | | | | **$8,992** | **$22.57** |
| **Balance Sheet & Other Items (YE:20)** | | | | **($MM)** | **($/Share)** |
| Long-Term Debt | | | | ($1,148) | ($2.88) |
| Cash & Equivalents | | | | $234 | $0.59 |
| **Total Balance Sheet & Other Items** | | | | **($914)** | **($2.29)** |
| **Net Asset Value** | | | | **$8,078** | **$20.28** |
| Diluted Shares Out. (MM) (Buyback Adjusted) | | | | | 398 |
| **NAV** | | | | | **$20.00** |

Arun Jayaram
(1-212) 622-8541
arun.jayaram@jpmchase.com

**North America Equity Research**
13 July 2020

J.P.Morgan

|  | YE21 | NAV | PT |
|---|---|---|---|
| Free Cash Flow | $425 | | |
| Market Cap | $6,887 | | |
| Implied FCF Yield | 6.2% | | |
| | | | |
| *Target Yield* | *5.0%* | | |
| Target Market Cap | 8,494.8 | | |
| Shares Out | 398.3 | | |
| **Price Target** | **$21.33** | **$20.28** | **$21.00** |
| *Weightings* | *50%* | *50%* | |

Source: J.P. Morgan estimates.

## Risks to Rating and Price Target

### Concentrated portfolio

The vast majority of Cabot's production and reserves are located in Northeastern Pennsylvania. Poor weather or infrastructure issues could impact the company's operations in the area. In addition, supply has outgrown demand in NE PA, resulting in gas-on-gas competition and wide differentials relative to Henry Hub pricing. Poor realizations have incentivized Cabot and others in Appalachia to curtail volumes, which can create volatility in quarter-to-quarter production volumes and pricing.

### Common E&P risks

All E&P companies face the same general risks, including commodity price volatility, infrastructure constraints, oilfield service cost inflation upon accelerating activity and prices, and unexpected geologic irregularities. Furthermore, type curves, proved reserves, and resource potential remain underpinned by numerous assumptions subject to uncertainty that can materially change.

**COG Production Summary**

| Price Summary | 2016A | 2017A | 2018A | 1Q19A | 2Q19A | 3Q19A | 4Q19A | 2019A | 1Q20E | 2Q20E | 3Q20E | 4Q20E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Oil - WTI ($/bbl) | $43.24 | $50.81 | $64.95 | $54.87 | $59.82 | $56.60 | $56.96 | $57.06 | $46.20 | $27.83 | $39.38 | $39.26 | $38.17 |
| U.S. Natural Gas ($/MMbtu) | $2.39 | $3.00 | $3.16 | $3.15 | $2.64 | $2.23 | $2.50 | $2.63 | $1.95 | $1.72 | $1.55 | $2.18 | $1.85 |
| | | | | | | | | | | | | | |
| **Realized prices (including hedges)** | | | | | | | | | | | | | |
| Natural Gas ($/Mcf) | $1.71 | $2.31 | $2.54 | $3.35 | $2.27 | $2.11 | $2.15 | $2.45 | $1.72 | $1.44 | $1.29 | $1.76 | $1.55 |
| Crude Oil ($/Bbl) | $37.28 | $48.03 | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM |
| | | | | | | | | | | | | | |
| **Daily Production Data** | | | | | | | | | | | | | |
| Oil (MBbls/d) | 11.0 | 12.2 | 2.1 | - | - | - | - | - | - | - | - | - | - |
| Natural Gas (MMcf/d) | 1,640.4 | 1,795.3 | 1,998.7 | 2,275.6 | 2,349.5 | 2,398.9 | 2,457.0 | 2,370.2 | 2,363.0 | 2,203.8 | 2,405.6 | 2,476.1 | 2,362.1 |
| Total Production (MBoe/d) | 285.6 | 312.8 | 335.4 | 379.3 | 391.6 | 399.8 | 409.5 | 395.0 | 393.8 | 367.3 | 400.9 | 412.7 | 393.7 |
| % Growth (YoY) | 5% | 10% | 7% | 21% | 24% | 18% | 10% | 18% | 4% | -6% | 0% | 1% | 0% |
| % Gas Growth (YoY) | 7% | 9% | 11% | 24% | 24% | 18% | 10% | 19% | 4% | -6% | 0% | 1% | 0% |
| | | | | | | | | | | | | | |
| **Production Summary** | | | | | | | | | | | | | |
| Oil (MMbl) | 4.0 | 4.4 | 0.8 | - | - | - | - | - | - | - | - | - | - |
| Natural Gas (Bcf) | 600.4 | 655.3 | 729.5 | 204.8 | 213.8 | 220.7 | 226.0 | 865.1 | 215.0 | 200.6 | 221.3 | 227.8 | 864.5 |
| NGLs (MMBl) | 1.2 | 1.4 | 0.2 | | | | | - | | | | | - |
| Total Production (MMBoe) | 104.5 | 114.2 | 122.4 | 34.1 | 35.6 | 36.8 | 37.7 | 144.2 | 35.8 | 33.4 | 36.9 | 38.0 | 144.1 |
| % Oil | 4% | 4% | 1% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| % Gas | 96% | 96% | 99% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |

Source: Company reports, J.P. Morgan estimates.

Arun Jayaram
(1-212) 622-8541
arun.jayaram@jpmchase.com

**North America Equity Research**
13 July 2020

J.P.Morgan

### COG Income Statement Summary

| Income Statement | 2016A | 2017A | 2018A | 1Q19A | 2Q19A | 3Q19A | 4Q19A | 2019A | 1Q20E | 2Q20E | 3Q20E | 4Q20E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REVENUE | | | | | | | | | | | | | |
| Crude oil and condensate | $151.11 | $214.89 | $48.72 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Natural gas | $1,014.80 | $1,517.14 | $1,870.21 | $663.36 | $494.55 | $463.94 | $482.00 | $2,103.85 | $370.34 | $289.00 | $284.68 | $400.62 | $1,344.64 |
| NGLs | $3.06 | $10.05 | $1.78 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Brokered natural gas | $13.93 | $17.69 | $209.53 | $0.00 | $0.00 | $4.00 | $0.00 | $4.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other revenues | $30.47 | -$32.15 | $4.31 | $0.25 | -$0.01 | -$0.82 | $0.08 | -$0.51 | $0.06 | $0.00 | $0.00 | $0.00 | $0.06 |
| **TOTAL REVENUE** | **$1,213.36** | **$1,727.62** | **$2,134.55** | **$663.61** | **$494.53** | **$467.12** | **$482.07** | **$2,107.34** | **$370.40** | **$289.00** | **$284.68** | **$400.62** | **$1,344.70** |
| | | | | | | | | | | | | | |
| **COSTS AND EXPENSES** | | | | | | | | | | | | | |
| Oil and natural gas production | | | | | | | | | | | | | |
| Lease operating and workover | $100.70 | $102.31 | $69.65 | $18.33 | $18.09 | $19.18 | $21.35 | $76.96 | $17.24 | $19.05 | $20.29 | $20.12 | $76.71 |
| Production taxes | $29.22 | $33.49 | $22.64 | $5.85 | $3.64 | $4.61 | $2.96 | $17.05 | $3.74 | $5.01 | $5.53 | $5.70 | $19.98 |
| Transportation & gathering | $436.54 | $481.44 | $496.73 | $137.33 | $141.69 | $145.68 | $149.97 | $574.68 | $143.33 | $134.37 | $143.85 | $148.07 | $569.63 |
| Brokered natural gas | $10.79 | $15.25 | $234.20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Exploration | $27.66 | $21.53 | $113.82 | $6.04 | $4.50 | $4.48 | $5.24 | $20.27 | $2.19 | $4.01 | $4.43 | $4.56 | $15.18 |
| DD&A | $590.13 | $568.81 | $417.48 | $92.26 | $96.15 | $110.89 | $106.44 | $405.73 | $100.14 | $94.26 | $104.02 | $107.07 | $405.48 |
| Accretion of discount on ARO | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| G&A (includes non-cash) | $87.24 | $71.60 | $63.49 | $15.96 | $16.17 | $16.27 | $15.69 | $64.09 | $17.13 | $15.50 | $15.50 | $15.50 | $63.63 |
| Other Expenses incl. Non-Cash G&A / (Income) | $433.21 | $94.75 | $33.69 | $15.13 | -$29.44 | $2.12 | $6.81 | -$5.38 | $16.30 | $5.00 | $5.00 | $15.00 | $41.30 |
| **TOTAL OPERATING EXPENSES** | **$1,715.49** | **$1,389.17** | **$1,451.70** | **$290.91** | **$250.81** | **$303.23** | **$308.46** | **$1,153.40** | **$300.07** | **$277.20** | **$298.62** | **$316.01** | **$1,191.90** |
| | | | | | | | | | | | | | |
| **OPERATING INCOME** | | | | | | | | | | | | | |
| Other (Income) Expense | | | | | | | | | | | | | |
| Interest Expense | $88.34 | $82.13 | $73.20 | $12.18 | $14.57 | $13.55 | $14.65 | $54.95 | $14.21 | $14.77 | $14.77 | $14.77 | $58.54 |
| Other (income) expense incl.Derivatives Expenses, net | $69.14 | $479.48 | -$90.76 | $19.89 | -$6.94 | $34.26 | -$48.46 | -$1.24 | -$16.01 | $0.00 | $0.00 | $0.00 | -$16.01 |
| **Total Other (Income) Expense** | **$157.48** | **$561.61** | **-$17.56** | **$32.07** | **$7.63** | **$47.81** | **-$33.81** | **$53.71** | **-$1.80** | **$14.77** | **$14.77** | **$14.77** | **$42.53** |
| | | | | | | | | | | | | | |
| **Income From Continuing Operations Before Taxes** | | | | | | | | | | | | | |
| Income Tax Expense (Benefit) | | | | | | | | | | | | | |
| Current Income Tax Expense | $0.00 | $16.34 | $0.00 | -$10.13 | -$9.56 | -$10.63 | $5.05 | -$25.26 | -$25.83 | $0.00 | $0.00 | -$9.64 | -$35.47 |
| Deferred Income Tax Expense | -$238.28 | -$345.17 | $141.09 | $88.00 | $64.65 | $36.35 | $55.42 | $244.42 | $44.04 | $5.00 | $5.00 | $25.70 | $79.74 |
| **Total Income Tax Expense (Curr + Def)** | **-$238.28** | **-$328.83** | **$141.09** | **$77.87** | **$55.09** | **$25.72** | **$60.48** | **$219.15** | **$18.21** | **-$0.69** | **-$6.60** | **$16.06** | **$26.99** |
| Total Inc Tax Expense (%) | 36% | 147% | 20% | 23% | 23% | 22% | 29% | 24% | 25% | 23% | 23% | 23% | 24% |
| | | | | | | | | | | | | | |
| **Net Income (loss) from Continuing Operations** | **-$421.32** | **$105.66** | **$559.32** | **$262.76** | **$181.01** | **$90.36** | **$146.94** | **$681.07** | **$53.91** | **-$2.29** | **-$22.11** | **$53.77** | **$83.28** |
| **Adjusted Net Income** | -$97.18 | $247.38 | $531.11 | $307.75 | $150.60 | $119.66 | $120.75 | $698.77 | $54.04 | -$2.29 | -$22.11 | $53.77 | $83.41 |
| | | | | | | | | | | | | | |
| **Reported Earnings Per Share (Diluted)** | **-$0.92** | **$0.23** | **$1.26** | $0.62 | $0.43 | $0.22 | $0.36 | **$1.64** | $0.14 | -$0.01 | -$0.06 | $0.13 | **$0.21** |
| **Adjusted Earnings Per Share (Diluted)** | **-$0.21** | **$0.53** | **$1.19** | $0.73 | $0.36 | $0.29 | $0.30 | **$1.68** | $0.14 | -$0.01 | -$0.06 | $0.13 | **$0.21** |

Source: Company reports, J.P. Morgan estimates.

7

Arun Jayaram
(1-212) 622-8541
arun.jayaram@jpmchase.com

North America Equity Research
13 July 2020

J.P.Morgan

## COG Cash Flow Statement and Balance Sheet Summary

| CASH FLOW STATEMENT($MM) | 2016A | 2017A | 2018A | 1Q19A | 2Q19A | 3Q19A | 4Q19A | 2019A | 1Q20E | 2Q20E | 3Q20E | 4Q20E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CASH FLOWS FROM OPERATING ACTIVITIES | | | | | | | | | | | | | |
| Adjusted Net Income | -$97.18 | $202.93 | $531.11 | $307.75 | $150.60 | $119.66 | $120.75 | $698.77 | $53.91 | -$2.29 | -$22.11 | $53.77 | $83.28 |
| Depreciation, depletion and amortization | $590.13 | $568.81 | $417.48 | $92.26 | $96.15 | $110.89 | $106.44 | $405.73 | $100.14 | $94.26 | $104.02 | $107.07 | $405.48 |
| Exploration Expense | $6.40 | $0.00 | $113.82 | $6.04 | $4.50 | $4.48 | $5.24 | $20.27 | $0.00 | $4.01 | $4.43 | $4.56 | $12.99 |
| Deferred income taxes | -$238.28 | -$325.06 | $141.09 | $88.00 | $64.65 | $36.35 | $55.42 | $244.42 | $44.04 | $5.00 | $5.00 | $25.70 | $79.74 |
| Other Non Cash Charges | $199.64 | $532.28 | $64.86 | $11.81 | -$14.01 | $4.09 | -$10.31 | -$8.42 | $0.44 | $5.00 | $5.00 | $15.00 | $41.30 |
| Discretionary Cash Flow from Operations | $460.70 | $978.96 | $1,268.36 | $505.87 | $301.88 | $275.47 | $277.54 | $1,360.77 | $198.53 | $105.98 | $96.34 | $206.09 | $606.94 |
| Changes in working capital | -$44.49 | -$77.94 | -$163.46 | $79.42 | $24.77 | -$4.60 | -$14.56 | $85.03 | $6.37 | $0.00 | $0.00 | $0.00 | $6.37 |
| Net Cash Provided By Operating Activities | $416.21 | $901.01 | $1,104.90 | $585.29 | $326.65 | $270.87 | $262.98 | $1,445.79 | $204.90 | $105.98 | $96.34 | $206.09 | $613.30 |
| | | | | | | | | | | | | | |
| CAPEX | -$375.17 | -$794.59 | -$894.60 | -$204.30 | -$220.38 | -$197.46 | -$161.16 | -$783.30 | -$160.30 | -$209.70 | -$113.28 | -$91.29 | -$574.57 |
| | | | | | | | | | | | | | |
| Free Cash Flow | $41.04 | $106.43 | $210.30 | $301.57 | $81.50 | $78.01 | $116.39 | $577.47 | $38.23 | -$103.73 | -$16.94 | $114.81 | $32.36 |

| BALANCE SHEET ($MM) | 2016A | 2017A | 2018A | 1Q19A | 2Q19A | 3Q19A | 4Q19A | 2019A | 1Q20E | 2Q20E | 3Q20E | 4Q20E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash | $499 | $480 | $2 | $315 | $241 | $82 | $214 | $214 | $214 | $67 | $6 | $4 | $4 |
| Total Assets | $5,123 | $4,727 | $4,199 | $4,482 | $4,564 | $4,443 | $4,487 | $4,487 | $4,522 | $4,490 | $4,438 | $4,421 | $4,421 |
| Total Debt | $1,521 | $1,218 | $1,226 | $1,219 | $1,220 | $1,220 | $1,220 | $1,220 | $1,220 | $1,220 | $1,220 | $1,148 | $1,148 |
| Total Shareholder Equity | $2,568 | $2,524 | $2,088 | $2,321 | $2,345 | $2,214 | $2,151 | $2,151 | $2,168 | $2,131 | $2,074 | $2,103 | $2,103 |

| Credit Stats | 2016A | 2017A | 2018A | 1Q19A | 2Q19A | 3Q19A | 4Q19A | 2019A | 1Q20E | 2Q20E | 3Q20E | 4Q20E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Debt-To-Equity | 59% | 48% | 59% | 53% | 52% | 55% | 57% | 57% | 56% | 57% | 59% | 55% | 55% |
| Net Debt-To-Equity | 40% | 29% | 59% | 39% | 42% | 51% | 47% | 47% | 46% | 54% | 59% | 54% | 54% |
| | | | | | | | | | | | | | |
| Debt-to-Cash Flow (Annualized) | 3.7x | 1.4x | 1.1x | 0.5x | 0.9x | 1.1x | 1.2x | 0.8x | 1.5x | 2.9x | 3.2x | 1.4x | 1.9x |
| Net Debt-to-Cash Flow (Annualized) | 2.5x | 0.8x | 1.1x | 0.4x | 0.7x | 1.0x | 1.0x | 0.7x | 1.2x | 2.7x | 3.2x | 1.4x | 1.9x |
| | | | | | | | | | | | | | |
| Debt-to-EBITDA (TTM) | 2.7x | 1.1x | 1.0x | 0.8x | 0.8x | 0.8x | 0.9x | 0.9x | 1.1x | 1.4x | 1.7x | 1.9x | 1.9x |
| Debt-to-EBITDA (NTM) | 1.4x | 1.0x | 0.9x | 1.1x | 1.4x | 1.7x | 2.0x | 2.0x | 1.5x | 1.3x | 1.1x | 1.0x | 1.0x |
| Debt-to-EBITDA (YE) | 1.8x | 0.7x | 1.0x | | | | | 0.7x | | | | | 1.9x |
| Interest Coverage | 6.3x | 12.9x | 17.3x | 42.2x | 21.4x | 20.9x | 20.5x | 25.6x | 13.3x | 7.8x | 6.7x | 14.3x | 10.5x |
| | | | | | | | | | | | | | |
| EV-to-DACF (NTM) | 10.1x | 6.9x | 5.9x | | | | | 12.2x | | | | | 7.4x |
| EV (YE)/DACF (YE) | 17.8x | 9.9x | 7.0x | | | | | 5.4x | | | | | 11.9x |
| | | | | | | | | | | | | | |
| EV (Cur)/EBITDA (NTM) | 8.4x | 6.9x | 6.3x | 10.9x | 18.0x | 20.8x | 9.5x | 13.3x | 5.2x | 8.3x | 8.2x | 7.3x | 7.0x |
| EV (YE) /EBITDA (YE) | 16.1x | 8.3x | 7.1x | | | | | 5.8x | | | | | 13.1x |
| | | | | | | | | | | | | | |
| P/E (YE) | N.A | 32.4x | 14.5x | | | | | 10.3x | | | | | 82.6x |
| P/DCFPS (YE) | 17.1x | 8.2x | 6.1x | | | | | 5.3x | | | | | 11.3x |

Source: Company reports, J.P. Morgan estimates.

8

Arun Jayaram
(1-212) 622-8541
arun.jayaram@jpmchase.com

**North America Equity Research**
13 July 2020

**J.P.Morgan**

# Cabot Oil & Gas: Summary of Financials

| Income Statement - Annual | FY18A | FY19A | FY20E | FY21E | FY22E | Income Statement - Quarterly | 1Q20A | 2Q20E | 3Q20E | 4Q20E |
|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 2,135 | 2,107 | 1,345 | 1,880 | 1,739 | Revenue | 370A | 289 | 285 | 401 |
| SG&A | (63) | (64) | (64) | (80) | (80) | SG&A | (17)A | (16) | (16) | (16) |
| Adj. EBITDAX | 1,265 | 1,409 | 615 | 1,144 | 986 | Adj. EBITDAX | 189A | 115 | 100 | 211 |
| Exploration expense | (114) | (20) | (15) | (35) | (35) | Exploration expense | (2)A | (4) | (4) | (5) |
| Adj. EBITDA | 1,152 | 1,388 | 600 | 1,109 | 951 | Adj. EBITDA | 187A | 111 | 95 | 207 |
| D&A | (417) | (406) | (405) | (412) | (423) | D&A | (100)A | (94) | (104) | (107) |
| Adj. EBIT | 683 | 949 | 153 | 663 | 494 | Adj. EBIT | 70A | 12 | (14) | 85 |
| Net Interest | (73) | (55) | (59) | (59) | (59) | Net Interest | (14)A | (15) | (15) | (15) |
| Adj. PBT | 700 | 900 | 110 | 603 | 435 | PBT | 72A | (3) | (29) | 70 |
| Tax | (141) | (219) | (27) | (139) | (100) | Tax | (18)A | 1 | 7 | (16) |
| Minority Interest | 0 | 0 | 0 | 0 | 0 | Minority Interest | 0A | 0 | 0 | 0 |
| Adj. Net Income | 531 | 699 | 83 | 465 | 335 | Adj. Net Income | 54A | (2) | (22) | 54 |
| Reported EPS | 1.26 | 1.64 | 0.21 | 1.17 | 0.84 | Reported EPS | 0.14A | (0.01) | (0.06) | 0.13 |
| Adj. EPS | 1.19 | 1.68 | 0.21 | 1.17 | 0.84 | Adj. EPS | 0.14A | (0.01) | (0.06) | 0.13 |
| DPS | 0.25 | 0.35 | 0.40 | 0.40 | 0.40 | DPS | 0.10A | 0.10 | 0.10 | 0.10 |
| Payout ratio | 19.9% | 21.4% | 191.3% | 34.3% | 47.6% | Payout ratio | 73.9%A | NM | NM | 74.1% |
| Shares outstanding | 446 | 416 | 398 | 398 | 398 | Shares outstanding | 398A | 398 | 398 | 398 |

| Balance Sheet & Cash Flow | FY18A | FY19A | FY20E | FY21E | FY22E | Ratio Analysis | FY18A | FY19A | FY20E | FY21E | FY22E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash and cash equivalents | 2 | 214 | 4 | 234 | 366 | ROE | 23.0% | 33.0% | 3.9% | 20.4% | 13.1% |
| Accounts receivable | 362 | 209 | 136 | 136 | 136 | ROA | 11.9% | 16.1% | 1.9% | 10.1% | 6.8% |
| Inventories | - | - | - | - | - | ROCE | 15.5% | 21.5% | 3.5% | 14.9% | 10.3% |
| Other current assets | 180 | 145 | 192 | 192 | 192 | Net debt/equity | 0.6 | 0.5 | 0.5 | 0.4 | 0.3 |
| Current assets | 545 | 568 | 331 | 562 | 693 | Net debt/capital | 0.3 | 0.3 | 0.3 | 0.3 | 0.2 |
| PP&E | 3,464 | 3,856 | 4,029 | 4,191 | 4,300 | Interest cover (x) | 15.7 | 25.3 | 10.2 | 18.8 | 16.1 |
| LT investments | - | - | - | - | - | | | | | | |
| Other non current assets | 191 | 63 | 60 | 60 | 60 | P/E (x) | 14.8 | 10.5 | 84.1 | 15.1 | 20.9 |
| Total assets | 4,199 | 4,487 | 4,421 | 4,813 | 5,052 | EV/EBITDA (x) | 7.3 | 5.9 | 13.9 | 7.3 | 8.4 |
| | | | | | | EV/BOE (x) | - | - | - | - | - |
| Short term borrowings | - | - | - | - | - | EV/EBITDAX (x) | 6.6 | 5.8 | 13.6 | 7.1 | 8.1 |
| Payables | 242 | 190 | 184 | 184 | 184 | Dividend yield | 1.4% | 2.0% | 2.3% | 2.3% | 2.3% |
| Other short term liabilities | 287 | 51 | 28 | 28 | 28 | | | | | | |
| Current liabilities | 529 | 241 | 212 | 212 | 212 | Tax rate | 20.1% | 24.3% | 24.5% | 23.0% | 23.0% |
| Long-term debt | 1,226 | 1,220 | 1,148 | 1,148 | 1,148 | | | | | | |
| Other long term liabilities | 355 | 875 | 957 | 1,010 | 1,040 | Sector data | FY18A | FY19A | FY20E | FY21E | FY22E |
| Total liabilities | 2,111 | 2,336 | 2,317 | 2,370 | 2,400 | Natural gas price - $/mcf | 3.16 | 2.63 | 1.85 | 2.61 | 2.41 |
| Shareholders' equity | 2,088 | 2,151 | 2,103 | 2,443 | 2,652 | Crude oil (WTI) -$/bbl | 64.95 | 57.06 | 38.17 | 40.21 | 40.67 |
| Minority interests | - | - | - | - | - | Daily oil production (mbblpd) | 2 | 0 | 0 | 0 | 0 |
| Total liabilities & equity | 4,199 | 4,487 | 4,421 | 4,813 | 5,052 | NGLs Production (MMbbl) | 0.21 | 0.00 | 0.00 | 0.00 | 0.00 |
| BVPS | 4.69 | 5.18 | 5.28 | 6.13 | 6.66 | Daily gas production (mmcfpd) | 1,999 | 2,370 | 2,362 | 2,402 | 2,464 |
| y/y Growth | (13.9%) | 10.5% | 2.0% | 16.1% | 8.6% | Daily production (mboed) | - | - | - | - | - |
| Net debt/(cash) | 1,224 | 1,006 | 1,144 | 914 | 783 | Total Production (mmboe) | 122 | 144 | 144 | 146 | 150 |
| | | | | | | Proved reserves (mmboe) | - | - | - | - | - |
| Cash flow from operating activities | 1,105 | 1,446 | 600 | 963 | 822 | Unit costs per boe | | | | | |
| o/w Depreciation & amortization | 417 | 406 | 405 | 412 | 423 | Lease operating expense | 0.57 | 0.53 | 0.53 | 0.49 | 0.49 |
| o/w Changes in working capital | (163) | 85 | 6 | 0 | 0 | Taxes other than income | 0.18 | 0.12 | 0.14 | 0.15 | 0.15 |
| Cash flow from investing activities | (294) | (539) | (584) | (574) | (531) | DD&A | 3.41 | 2.81 | 2.81 | 2.82 | 2.82 |
| o/w Capital expenditure | (895) | (783) | (575) | (574) | (531) | G&A | 0.52 | 0.44 | 0.44 | 0.55 | 0.53 |
| as % of sales | 41.9% | 37.2% | 42.7% | 30.5% | 30.5% | Exploration expense | 0.93 | 0.14 | 0.11 | 0.24 | 0.23 |
| Cash flow from financing activities | (1,289) | (690) | (238) | (159) | (159) | | | | | | |
| o/w Dividends paid | (111) | (146) | (159) | (159) | (159) | Operating margin/boe | 21.58 | 18.60 | 13.65 | 17.34 | 16.05 |
| o/w Net debt issued/(repaid) | (297) | (7) | (72) | 0 | 0 | Cash margin/boe | 18.17 | 15.79 | 10.84 | 14.52 | 13.23 |
| Net change in cash | (478) | 217 | (221) | 230 | 131 | EBITDAX margin | 59.3% | 66.8% | 45.7% | 60.8% | 56.7% |
| Adj. Free cash flow to firm | 210 | 577 | 32 | 425 | 325 | | | | | | |
| y/y Growth | 97.6% | 174.6% | (94.4%) | 1212.4% | (23.4%) | CFFO ex WC | 1,268 | 1,361 | 607 | 998 | 857 |
| | | | | | | CFFO ex WC/share | 2.85 | 3.27 | 1.52 | 2.51 | 2.15 |

Source: Company reports and J.P. Morgan estimates.

Arun Jayaram
(1-212) 622-8541
arun.jayaram@jpmchase.com

**North America Equity Research**
13 July 2020

J.P.Morgan

Note: $ in millions (except per-share data).Fiscal year ends Dec. o/w - out of which

Arun Jayaram
(1-212) 622-8541
arun.jayaram@jpmchase.com

**North America Equity Research**
13 July 2020

J.P.Morgan

**Analyst Certification:** The research analyst(s) denoted by an "AC" on the cover of this report certifies (or, where multiple research analysts are primarily responsible for this report, the research analyst denoted by an "AC" on the cover or within the document individually certifies, with respect to each security or issuer that the research analyst covers in this research) that: (1) all of the views expressed in this report accurately reflect the research analyst's personal views about any and all of the subject securities or issuers; and (2) no part of any of the research analyst's compensation was, is, or will be directly or indirectly related to the specific recommendations or views expressed by the research analyst(s) in this report. For all Korea-based research analysts listed on the front cover, if applicable, they also certify, as per KOFIA requirements, that their analysis was made in good faith and that the views reflect their own opinion, without undue influence or intervention.

All authors named within this report are research analysts unless otherwise specified. In Europe, Sector Specialists may be shown on this report as contacts but are not authors of the report or part of the Research Department.

## Important Disclosures

- **Market Maker/ Liquidity Provider:** J.P. Morgan is a market maker and/or liquidity provider in the financial instruments of/related to Cabot Oil & Gas.

- **Client:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients: Cabot Oil & Gas.

- **Client/Investment Banking:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as investment banking clients: Cabot Oil & Gas.

- **Client/Non-Investment Banking, Securities-Related:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients, and the services provided were non-investment-banking, securities-related: Cabot Oil & Gas.

- **Client/Non-Securities-Related:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients, and the services provided were non-securities-related: Cabot Oil & Gas.

- **Investment Banking (past 12 months):** J.P. Morgan received in the past 12 months compensation for investment banking services from Cabot Oil & Gas.

- **Investment Banking (next 3 months):** J.P. Morgan expects to receive, or intends to seek, compensation for investment banking services in the next three months from Cabot Oil & Gas.

- **Non-Investment Banking Compensation:** J.P. Morgan has received compensation in the past 12 months for products or services other than investment banking from Cabot Oil & Gas.

- **Debt Position:** J.P. Morgan may hold a position in the debt securities of Cabot Oil & Gas, if any.

**Company-Specific Disclosures:** Important disclosures, including price charts and credit opinion history tables, are available for compendium reports and all J.P. Morgan–covered companies by visiting https://www.jpmm.com/research/disclosures, calling 1-800-477-0406, or e-mailing research.disclosure.inquiries@jpmorgan.com with your request. J.P. Morgan's Strategy, Technical, and Quantitative Research teams may screen companies not covered by J.P. Morgan. For important disclosures for these companies, please call 1-800-477-0406 or e-mail research.disclosure.inquiries@jpmorgan.com.

Arun Jayaram
(1-212) 622-8541
arun.jayaram@jpmchase.com

North America Equity Research
13 July 2020

J.P.Morgan

**Cabot Oil & Gas (COG, COG US) Price Chart**



Source: Bloomberg and J.P. Morgan; price data adjusted for stock splits and dividends.
Initiated coverage Jun 17, 1999. All share prices are as of market close on the previous business day.

| Date | Rating | Price ($) | Price Target ($) |
|---|---|---|---|
| 12-Jul-17 | OW | 24.89 | 28 |
| 22-Aug-17 | OW | 24.50 | 30 |
| 05-Oct-17 | OW | 26.43 | 31 |
| 30-Oct-17 | OW | 26.75 | 32 |
| 27-Nov-17 | OW | 29.25 | 37 |
| 26-Apr-18 | OW | 23.17 | 35 |
| 15-May-18 | OW | 23.27 | 29 |
| 17-Jul-18 | OW | 23.70 | 28 |
| 02-Aug-18 | OW | 23.29 | 27 |
| 10-Oct-18 | OW | 24.41 | 26 |
| 29-Oct-18 | OW | 22.92 | 27 |
| 13-Nov-18 | OW | 25.39 | 29 |
| 07-Dec-18 | OW | 25.21 | 32 |
| 25-Jan-19 | OW | 25.48 | 30 |
| 15-May-19 | OW | 26.30 | 29 |
| 09-Jul-19 | OW | 23.84 | 26 |
| 15-Aug-19 | OW | 16.16 | 22 |
| 15-Jan-20 | OW | 17.51 | 20 |
| 07-Feb-20 | OW | 14.77 | 18 |
| 25-Mar-20 | OW | 16.35 | 19 |
| 20-Apr-20 | OW | 20.96 | 23 |

The chart(s) show J.P. Morgan's continuing coverage of the stocks; the current analysts may or may not have covered it over the entire period.
J.P. Morgan ratings or designations: OW = Overweight, N= Neutral, UW = Underweight, NR = Not Rated

**Explanation of Equity Research Ratings, Designations and Analyst(s) Coverage Universe:**
J.P. Morgan uses the following rating system: Overweight [Over the next six to twelve months, we expect this stock will outperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Neutral [Over the next six to twelve months, we expect this stock will perform in line with the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Underweight [Over the next six to twelve months, we expect this stock will underperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Not Rated (NR): J.P. Morgan has removed the rating and, if applicable, the price target, for this stock because of either a lack of a sufficient fundamental basis or for legal, regulatory or policy reasons. The previous rating and, if applicable, the price target, no longer should be relied upon. An NR designation is not a recommendation or a rating. In our Asia (ex-Australia and ex-India) and U.K. small- and mid-cap equity research, each stock's expected total return is compared to the expected total return of a benchmark country market index, not to those analysts' coverage universe. If it does not appear in the Important Disclosures section of this report, the certifying analyst's coverage universe can be found on J.P. Morgan's research website, www.jpmorganmarkets.com.

**Coverage Universe: Jayaram, Arun**: Antero (AR), Apache Corp (APA), Chesapeake Energy (CHKAQ), Cimarex (XEC), Concho Resources (CXO), Continental Resources (CLR), Devon Energy (DVN), EOG Resources (EOG), EP Energy (EPEGQ), EQT Corp (EQT), Hess (HES), Marathon (MRO), Montage Resources Corp (MR), Murphy (MUR), Noble Energy (NBL), Ovintiv Inc (OVV), Pioneer Natural Resources (PXD), Range Resources (RRC), Seven Generations Energy Ltd. (VII.TO), Southwestern Energy (SWN), Vermilion Energy, Inc. (VET.TO)

**J.P. Morgan Equity Research Ratings Distribution, as of July 04, 2020**

| | Overweight (buy) | Neutral (hold) | Underweight (sell) |
|---|---|---|---|
| J.P. Morgan Global Equity Research Coverage | 46% | 39% | 15% |
| IB clients* | 53% | 49% | 38% |
| JPMS Equity Research Coverage | 43% | 42% | 15% |
| IB clients* | 75% | 70% | 58% |

*Percentage of subject companies within each of the "buy," "hold" and "sell" categories for which J.P. Morgan has provided investment banking services within the previous 12 months. Please note that the percentages might not add to 100% because of rounding.
For purposes only of FINRA ratings distribution rules, our Overweight rating falls into a buy rating category; our Neutral rating falls into a hold rating category; and our Underweight rating falls into a sell rating category. Please note that stocks with an NR designation are not included in the table above. This information is current as of the end of the most recent calendar quarter.

Arun Jayaram
(1-212) 622-8541
arun.jayaram@jpmchase.com

**North America Equity Research**
13 July 2020

J.P.Morgan

**Equity Valuation and Risks:** For valuation methodology and risks associated with covered companies or price targets for covered companies, please see the most recent company-specific research report at http://www.jpmorganmarkets.com, contact the primary analyst or your J.P. Morgan representative, or email research.disclosure.inquiries@jpmorgan.com. For material information about the proprietary models used, please see the Summary of Financials in company-specific research reports and the Company Tearsheets, which are available to download on the company pages of our client website, http://www.jpmorganmarkets.com. This report also sets out within it the material underlying assumptions used.

**Analysts' Compensation:** The research analysts responsible for the preparation of this report receive compensation based upon various factors, including the quality and accuracy of research, client feedback, competitive factors, and overall firm revenues.

**Registration of non-US Analysts:** Unless otherwise noted, the non-US analysts listed on the front of this report are employees of non-US affiliates of J.P. Morgan Securities LLC, may not be registered as research analysts under FINRA rules, may not be associated persons of J.P. Morgan Securities LLC, and may not be subject to FINRA Rule 2241 or 2242 restrictions on communications with covered companies, public appearances, and trading securities held by a research analyst account.

## Other Disclosures

J.P. Morgan is a marketing name for investment banking businesses of JPMorgan Chase & Co. and its subsidiaries and affiliates worldwide.

All research reports made available to clients are simultaneously available on our client website, J.P. Morgan Markets. Not all research content is redistributed, e-mailed or made available to third-party aggregators. For all research reports available on a particular stock, please contact your sales representative.

Any data discrepancies in this report could be the result of different calculations and/or adjustments.

Any long form nomenclature for references to China; Hong Kong; Taiwan; and Macau within this research report are Mainland China; Hong Kong SAR, China; Taiwan, China; Macau SAR, China.

**Options and Futures related research:** If the information contained herein regards options or futures related research, such information is available only to persons who have received the proper options or futures risk disclosure documents. Please contact your J.P. Morgan Representative or visit https://www.theocc.com/components/docs/riskstoc.pdf for a copy of the Option Clearing Corporation's Characteristics and Risks of Standardized Options or http://www.finra.org/sites/default/files/Security_Futures_Risk_Disclosure_Statement_2018.pdf for a copy of the Security Futures Risk Disclosure Statement.

**Changes to Interbank Offered Rates (IBORs) and other benchmark rates:** Certain interest rate benchmarks are, or may in the future become, subject to ongoing international, national and other regulatory guidance, reform and proposals for reform. For more information, please consult: https://www.jpmorgan.com/global/disclosures/interbank_offered_rates

**Private Bank Clients:** Where you are receiving research as a client of the private banking businesses offered by JPMorgan Chase & Co. and its subsidiaries ("J.P. Morgan Private Bank"), research is provided to you by J.P. Morgan Private Bank and not by any other division of J.P. Morgan, including but not limited to the J.P. Morgan corporate and investment bank and its research division.

**Legal entity responsible for the production of research**: The legal entity identified below the name of the Reg AC research analyst who authored this report is the legal entity responsible for the production of this research. Where multiple Reg AC research analysts authored this report with different legal entities identified below their names, these legal entities are jointly responsible for the production of this research.

**Legal Entities Disclosures**
**U.S**.: JPMS is a member of NYSE, FINRA, SIPC and the NFA. JPMorgan Chase Bank, N.A. is a member of FDIC. **Canada**: J.P. Morgan Securities Canada Inc. is a registered investment dealer, regulated by the Investment Industry Regulatory Organization of Canada and the Ontario Securities Commission and is the participating member on Canadian exchanges. **U.K.**: JPMorgan Chase N.A., London Branch, is authorised by the Prudential Regulation Authority and is subject to regulation by the Financial Conduct Authority and to limited regulation by the Prudential Regulation Authority. Details about the extent of our regulation by the Prudential Regulation Authority are available from J.P. Morgan on request. J.P. Morgan Securities plc (JPMS plc) is a member of the London Stock Exchange and is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority. Registered in England & Wales No. 2711006. Registered Office 25 Bank Street, London, E14 5JP. **Germany**: This material is distributed in Germany by J.P. Morgan Securities plc, Frankfurt Branch which is regulated by the Bundesanstalt für Finanzdienstleistungsaufsich and also by J.P. Morgan AG (JPM AG) which is a member of the Frankfurt stock exchange and is regulated by the Federal Financial Supervisory Authority (BaFin), JPM AG is a company incorporated in the Federal Republic of Germany with registered office at Taunustor 1, 60310 Frankfurt am Main, the Federal Republic of Germany. **South Africa**: J.P. Morgan Equities South Africa Proprietary Limited is a member of the Johannesburg Securities Exchange and is regulated by the Financial Services Board. **Hong Kong**: J.P. Morgan Securities (Asia Pacific) Limited (CE number AAJ321) is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission in Hong Kong and/or J.P. Morgan Broking (Hong Kong) Limited (CE number AAB027) is regulated by the Securities and Futures Commission in Hong Kong. JP Morgan Chase Bank, N.A., Hong Kong is organized under the laws of U.S.A. with limited liability. **China**: J.P. Morgan Securities (China) Company Limited has been approved by CSRC to conduct the securities investment consultancy business. **Korea**: This material is issued and distributed in Korea by or through J.P. Morgan Securities (Far East) Limited, Seoul Branch, which is a member of the Korea Exchange(KRX) and is regulated by the Financial Services Commission (FSC) and the Financial Supervisory Service (FSS). **Australia**: J.P. Morgan Securities Australia Limited (JPMSAL) (ABN 61 003 245 234/AFS Licence No: 238066) is regulated by ASIC and is a Market, Clearing and Settlement Participant of ASX Limited and CHI-X. **Taiwan**: J.P. Morgan Securities (Taiwan) Limited is a participant of the Taiwan Stock Exchange (company-type) and regulated by the Taiwan Securities and Futures Bureau. **India:** J.P.

Arun Jayaram
(1-212) 622-8541
arun.jayaram@jpmchase.com

North America Equity Research
13 July 2020

J.P.Morgan

Morgan India Private Limited (Corporate Identity Number - U67120MH1992FTC068724), having its registered office at J.P. Morgan Tower, Off. C.S.T. Road, Kalina, Santacruz - East, Mumbai – 400098, is registered with Securities and Exchange Board of India (SEBI) as a 'Research Analyst' having registration number INH000001873. J.P. Morgan India Private Limited is also registered with SEBI as a member of the National Stock Exchange of India Limited and the Bombay Stock Exchange Limited (SEBI Registration Number – INZ000239730) and as a Merchant Banker (SEBI Registration Number - MB/INM000002970). Telephone: 91-22-6157 3000, Facsimile: 91-22-6157 3990 and Website: www.jpmipl.com. For non local research reports, this material is not distributed in India by J.P. Morgan India Private Limited. **Thailand**: This material is issued and distributed in Thailand by JPMorgan Securities (Thailand) Ltd., which is a member of the Stock Exchange of Thailand and is regulated by the Ministry of Finance and the Securities and Exchange Commission and its registered address is 3rd Floor, 20 North Sathorn Road, Silom, Bangrak, Bangkok 10500. **Indonesia**: PT J.P. Morgan Sekuritas Indonesia is a member of the Indonesia Stock Exchange and is regulated by the OJK a.k.a. BAPEPAM LK. **Philippines**: J.P. Morgan Securities Philippines Inc. is a Trading Participant of the Philippine Stock Exchange and a member of the Securities Clearing Corporation of the Philippines and the Securities Investor Protection Fund. It is regulated by the Securities and Exchange Commission. **Brazil**: Banco J.P. Morgan S.A. is regulated by the Comissao de Valores Mobiliarios (CVM) and by the Central Bank of Brazil. **Mexico**: J.P. Morgan Casa de Bolsa, S.A. de C.V., J.P. Morgan Grupo Financiero is a member of the Mexican Stock Exchange and authorized to act as a broker dealer by the National Banking and Securities Exchange Commission. **Singapore:** This material is issued and distributed in Singapore by or through J.P. Morgan Securities Singapore Private Limited (JPMSS) [MCI (P) 018/04/2020 and Co. Reg. No.: 199405335R], which is a member of the Singapore Exchange Securities Trading Limited and/or JPMorgan Chase Bank, N.A., Singapore branch (JPMCB Singapore) [MCI (P) 070/09/2019], both of which are regulated by the Monetary Authority of Singapore. This material is issued and distributed in Singapore only to accredited investors, expert investors and institutional investors, as defined in Section 4A of the Securities and Futures Act, Cap. 289 (SFA). This material is not intended to be issued or distributed to any retail investors or any other investors that do not fall into the classes of "accredited investors," "expert investors" or "institutional investors," as defined under Section 4A of the SFA. Recipients of this document are to contact JPMSS or JPMCB Singapore in respect of any matters arising from, or in connection with, the document. **Japan**: JPMorgan Securities Japan Co., Ltd. and JPMorgan Chase Bank, N.A., Tokyo Branch are regulated by the Financial Services Agency in Japan. **Malaysia**: This material is issued and distributed in Malaysia by JPMorgan Securities (Malaysia) Sdn Bhd (18146-X) which is a Participating Organization of Bursa Malaysia Berhad and a holder of Capital Markets Services License issued by the Securities Commission in Malaysia. **Pakistan**: J. P. Morgan Pakistan Broking (Pvt.) Ltd is a member of the Karachi Stock Exchange and regulated by the Securities and Exchange Commission of Pakistan. **Dubai**: JPMorgan Chase Bank, N.A., Dubai Branch is regulated by the Dubai Financial Services Authority (DFSA) and its registered address is Dubai International Financial Centre - Building 3, Level 7, PO Box 506551, Dubai, UAE. **Russia:** CB J.P. Morgan Bank International LLC is regulated by the Central Bank of Russia. **Argentina:** JPMorgan Chase Bank Sucursal Buenos Aires is regulated by Banco Central de la República Argentina ("BCRA"- Central Bank of Argentina) and Comisión Nacional de Valores ("CNV"- Argentinian Securities Commission")

**Country and Region Specific Disclosures**

**U.K. and European Economic Area (EEA):** Unless specified to the contrary, issued and approved for distribution in the U.K. and the EEA by JPMS plc. Investment research issued by JPMS plc has been prepared in accordance with JPMS plc's policies for managing conflicts of interest arising as a result of publication and distribution of investment research. Many European regulators require a firm to establish, implement and maintain such a policy. Further information about J.P. Morgan's conflict of interest policy and a description of the effective internal organisations and administrative arrangements set up for the prevention and avoidance of conflicts of interest is set out at the following link https://www.jpmorgan.com/jpmpdf/1320742677360.pdf. This report has been issued in the U.K. only to persons of a kind described in Article 19 (5), 38, 47 and 49 of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). This document must not be acted on or relied on by persons who are not relevant persons. Any investment or investment activity to which this document relates is only available to relevant persons and will be engaged in only with relevant persons. In other EEA countries, the report has been issued to persons regarded as professional investors (or equivalent) in their home jurisdiction. **Australia:** This material is issued and distributed by JPMSAL in Australia to "wholesale clients" only. This material does not take into account the specific investment objectives, financial situation or particular needs of the recipient. The recipient of this material must not distribute it to any third party or outside Australia without the prior written consent of JPMSAL. For the purposes of this paragraph the term "wholesale client" has the meaning given in section 761G of the Corporations Act 2001. J.P. Morgan's research coverage universe spans listed securities across the ASX All Ordinaries index, securities listed on offshore markets, unlisted issuers and investment products which Research management deem to be relevant to the investor base from time to time. J.P. Morgan seeks to cover companies of relevance to the domestic and international investor base across all GIC sectors, as well as across a range of market capitalisation sizes. **Germany:** This material is distributed in Germany by J.P. Morgan Securities plc, Frankfurt Branch which is regulated by the Bundesanstalt für Finanzdienstleistungsaufsicht. **Korea:** This report may have been edited or contributed to from time to time by affiliates of J.P. Morgan Securities (Far East) Limited, Seoul Branch. **Singapore:** As at the date of this report, JPMSS is a designated market maker for certain structured warrants listed on the Singapore Exchange where the underlying securities may be the securities discussed in this report. Arising from its role as designated market maker for such structured warrants, JPMSS may conduct hedging activities in respect of such underlying securities and hold or have an interest in such underlying securities as a result. The updated list of structured warrants for which JPMSS acts as designated market maker may be found on the website of the Singapore Exchange Limited: http://www.sgx.com. In addition, JPMSS and/or its affiliates may also have an interest or holding in any of the securities discussed in this report – please see the Important Disclosures section above. For securities where the holding is 1% or greater, the holding may be found in the Important Disclosures section above. For all other securities mentioned in this report, JPMSS and/or its affiliates may have a holding of less than 1% in such securities and may trade them in ways different from those discussed in this report. Employees of JPMSS and/or its affiliates not involved in the preparation of this report may have investments in the securities (or derivatives of such securities) mentioned in this report and may trade them in ways different from those discussed in this report. **Taiwan**: Research relating to equity securities is issued and distributed in Taiwan by J.P. Morgan Securities (Taiwan) Limited, subject to the license scope and the applicable laws and the regulations in Taiwan. According to Paragraph 2, Article 7-1 of Operational Regulations Governing Securities Firms Recommending Trades in Securities to Customers (as amended or supplemented) and/or other applicable laws or regulations, please note that the recipient of this material is not permitted to engage in any activities in connection with the material which may give rise to conflicts of interests, unless otherwise disclosed in the "Important Disclosures" in this material. **India:** For private circulation only, not for sale. **Pakistan:** For private circulation only, not for sale. **New Zealand:** This material is issued and distributed by JPMSAL in New Zealand only to "wholesale clients" (as defined in the Financial Advisers Act 2008). The recipient of this material must not distribute it to any third party or outside New Zealand without the prior written consent of JPMSAL. **Canada:** This report is distributed in Canada by or on behalf of J.P.Morgan Securities Canada Inc. The information contained herein is not, and under no circumstances is to be construed as an offer to sell securities described herein, or solicitation of an offer to buy securities described herein, in Canada or any province or territory thereof. The information contained herein is under no circumstances to be construed as investment advice in any province or territory of Canada and is not tailored to the needs of the recipient. **Dubai:** This

14

Arun Jayaram
(1-212) 622-8541
arun.jayaram@jpmchase.com

**North America Equity Research**
13 July 2020

J.P.Morgan

report has been distributed to persons regarded as professional clients or market counterparties as defined under the DFSA rules. **Brazil:** Ombudsman J.P. Morgan: 0800-7700847 / ouvidoria.jp.morgan@jpmorgan.com.

**General:** Additional information is available upon request. Information has been obtained from sources believed to be reliable but JPMorgan Chase & Co. or its affiliates and/or subsidiaries (collectively J.P. Morgan) do not warrant its completeness or accuracy except with respect to any disclosures relative to JPMS and/or its affiliates and the analyst's involvement with the issuer that is the subject of the research. All pricing is indicative as of the close of market for the securities discussed, unless otherwise stated. Opinions and estimates constitute our judgment as of the date of this material and are subject to change without notice. Past performance is not indicative of future results. This material is not intended as an offer or solicitation for the purchase or sale of any financial instrument. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments or strategies to particular clients. The recipient of this report must make its own independent decisions regarding any securities or financial instruments mentioned herein. JPMS distributes in the U.S. research published by non-U.S. affiliates and accepts responsibility for its contents. Periodic updates may be provided on companies/industries based on company specific developments or announcements, market conditions or any other publicly available information. Clients should contact analysts and execute transactions through a J.P. Morgan subsidiary or affiliate in their home jurisdiction unless governing law permits otherwise.

"Other Disclosures" last revised July 04, 2020.

**Copyright 2020 JPMorgan Chase & Co. All rights reserved. This report or any portion hereof may not be reprinted, sold or redistributed without the written consent of J.P. Morgan.**