UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| DELAWARE COUNTY EMPLOYEES RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, § § § § | Civil Action No. 4:21-cv-02045 |
| Plaintiff, § § § | CLASS ACTION |
| vs. § § | |
| CABOT OIL & GAS CORPORATION, et al., § § § | |
| Defendants. § § § | |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

Plaintiffs and Defendants (collectively, the "Parties"),[1] pursuant to Federal Rules of Civil Procedure 7(b) and 16(b)(4), as well as Local Rule 7, jointly move the Court for an extension of certain deadlines set forth in the Court's December 7, 2022 Order Granting Joint Motion to Amend Scheduling Order (ECF 136) and January 11, 2023 Order Granting Defendants' Unopposed Motion for One-Week Extension of Time to File Opposition to Class Certification (ECF 141). The Parties request that the Court enter the proposed amended scheduling order attached hereto, which extends the deadline for the substantial completion of document production in this complex securities class action from February 3, 2023 to March 31, 2023, with other remaining deadlines similarly extended, as a result. The proposed amended scheduling order attached hereto also seeks to clarify certain deadlines for fact and expert discovery.

The Parties have been working diligently and cooperatively to meet and confer regarding the scope of discovery, negotiate document production issues, and complete document production. Given the amount of relevant materials maintained electronically, the Parties have engaged in detailed discussions regarding the appropriate time periods, custodians, and search terms for Defendants' document production. Although much progress has been made, these discussions remain ongoing. As agreements were reached, Defendants began producing documents and have continued to do so on a rolling basis in response to Plaintiffs' document requests.

Notwithstanding the Parties' efforts and good faith negotiations to date, Defendants were unable to meet the Court's February 3, 2023 deadline for Substantial Completion of Document Production, and Defendant's collection, review, and production of documents remains ongoing. Defendants anticipate making substantial productions in the coming weeks, including of

---

[1]    "Plaintiffs" are Lead Plaintiff Delaware County Employees Retirement System and Additional Plaintiff Iron Workers District Council (Philadelphia and Vicinity) Retirement and Pension Plan. "Defendants" are Cabot Oil & Gas Corporation, Dan O. Dinges, and Scott C. Schroeder.

- 1 -

documents that are potentially relevant to Plaintiffs' reply in support of their motion for class certification and the "price impact" arguments raised in Defendants' opposition thereto.  While the Parties aim to resolve all remaining issues without Court intervention and for Defendants to complete document production as soon as possible, the Parties respectfully request until March 31, 2023 for Defendants to substantially complete document production.

As was expressed in the Parties' prior Joint Motion to Amend the Scheduling Order (ECF 135), which the Court granted on December 7, 2022 (ECF 136), document production must be substantially complete prior to the deadline for Plaintiffs' Reply in Support of Class Certification so that Plaintiffs can appropriately respond to Defendants' fact-bound price impact arguments.  Accordingly, the Parties request that the deadline for the reply be set to May 8, 2023 – five weeks after the proposed new deadline for Defendants to substantially complete document production.

Because Defendants continue to collect, review, and produce documents, the Parties believe there is good cause for, and respectfully request, the following extension of the schedule:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Motion for Class Certification | December 5, 2022 | December 5, 2022 |
| Opposition to Class Certification | January 20, 2023 | January 20, 2023 |
| Deadline for Substantial Completion of Document Production | February 3, 2023 | March 31, 2023 |
| Reply to Opposition to Class Certification | March 13, 2023 | May 8, 2023 |
| Hearing on Motion for Class Certification | March 29, 2023, at 2:30 pm | At the Court's convenience |
| Mediation | July 10, 2023 | July 10, 2023 |
| Completion of Fact Discovery | N/A | August 18, 2023 |
| Motions for Leave to Amend Pleadings | April 28, 2023 | August 25, 2023 |
| Experts on Matters Other Than Attorneys' Fees | May 12, 2023 | September 11, 2023 |

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Rebuttal Experts on Matters Other Than Attorneys' Fees | June 12, 2023 | October 9, 2023 |
| Completion of Expert Discovery | N/A | November 6, 2023 |
| Pretrial Dispositive Motions Deadline | July 24, 2023 | November 20, 2023 |
| Joint Pretrial Order and Motion in Limine Deadline | November 3, 2023 | February 1, 2024 |
| Docket Call | November 9, 2023 at 2:00 pm | March 21, 2024 at 2:00 pm |

Submitted herewith is a proposed order adopting the proposed deadlines detailed above.

DATED:  February 24, 2023

KENDALL LAW GROUP, PLLC
JOE KENDALL (Texas Bar No. 11260700, S.D. Texas Bar No. 30973, Attorney in Charge)


                                 s/ JOE KENDALL
                                 JOE KENDALL

3811 Turtle Creek Blvd., Suite 1450
Dallas, TX  75219
Telephone:  214/744-3000
214/744-3015 (fax)
jkendall@kendalllawgroup.com

Local Counsel for Lead Plaintiff

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARRYL J. ALVARADO
KEVIN A. LAVELLE
FRANCISCO J. MEJIA
JACK ABBEY GEPHART
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
dalvarado@rgrdlaw.com
klavelle@rgrdlaw.com
fmejia@rgrdlaw.com
jgephart@rgrdlaw.com

Lead Counsel for Lead Plaintiff

- 3 -

KESSLER TOPAZ MELTZER
  & CHECK, LLP
ANDREW L. ZIVITZ
JOSHUA E. D'ANCONA
ALEX B. HELLER
280 King of Prussia Road
Radnor, PA  19087
Telephone:  610/667-7706
610/667-7056 (fax)
azivitz@ktmc.com
jdancona@ktmc.com
aheller@ktmc.com


Additional Counsel for the Class


DATED:  February 24, 2023          NORTON ROSE FULBRIGHT US LLP
                                   PETER A. STOKES


                                   s/ PETER A. STOKES
                                   PETER A. STOKES

PETER A. STOKES
State Bar No. 24028017
98 San Jacinto Boulevard, Suite 1100
Austin, Texas  78701-4255
Telephone: (512) 474-5201
(512) 536-4598 (fax)
peter.stokes@nortonrosefulbright.com

NORTON ROSE FULBRIGHT US LLP
GERARD G. PECHT
1301 McKinney, Suite 5100
Houston, TX 77010-3095
Telephone: (713) 651-5151
(713) 651-5246 (fax)
gerard.pecht@nortonrosefullbright.com

Attorneys for Defendants

- 4 -

- 5 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on all counsel of record on

February 24, 2023 via CM/ECF, in accordance with the Federal Rules of Civil Procedure.

/s/ *Joe Kendall*
JOE KENDALL

- 5 -