UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| DELAWARE COUNTY EMPLOYEES RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | § § § § | Civil Action No. 4:21-cv-02045 |
| | | CLASS ACTION |
| Plaintiff, | § § § | |
| vs. | § § | |
| CABOT OIL & GAS CORPORATION, et al., | § § § | |
| Defendants. | § § § § | |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER**

For good cause shown, the Court grants the Joint Motion to Amend Scheduling Order. The following deadlines shall govern this matter:

| Event | Proposed Deadline |
|---|---|
| Motion for Class Certification | December 5, 2022 |
| Opposition to Class Certification | January 20, 2023 |
| Deadline for Substantial Completion of Document Production | March 31, 2023 |
| Reply to Opposition to Class Certification | May 8, 2023 |
| Hearing on Motion for Class Certification | At the Court's convenience |
| Mediation | July 10, 2023 |
| Completion of Fact Discovery | August 18, 2023 |
| Motions for Leave to Amend Pleadings | August 25, 2023 |
| Experts on Matters Other Than Attorneys' Fees | September 11, 2023 |
| Rebuttal Experts on Matters Other Than Attorneys' Fees | October 9, 2023 |
| Completion of Expert Discovery | November 6, 2023 |
| Pretrial Dispositive Motions Deadline | November 20, 2023 |
| Joint Pretrial Order and Motion in Limine Deadline | February 1, 2024 |
| Docket Call | March 21, 2024 at 2:00 pm |

IT IS SO ORDERED.

DATED: _____   _____

THE HONORABLE LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE

- 1 -