United States District Court
Southern District of Texas

**ENTERED**

April 18, 2023

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| DELAWARE COUNTY EMPLOYEES RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | § § § § | Civil Action No. 4:21-cv-02045 |
| | § | CLASS ACTION |
| Plaintiff, | § § | |
| vs. | § § § | |
| CABOT OIL & GAS CORPORATION, et al., | § § | |
| Defendants. | § § § | |
| | § | |

**ORDER GRANTING JOINT MOTION TO EXTEND SUBSTANTIAL COMPLETION DEADLINE**

For good cause shown, the Court grants the Joint Motion to Extend Substantial Completion.

Defendants' deadline for substantial completion of document production is extended to April 21, 2023.

IT IS SO ORDERED.

DATED: _____April 17, 2023_____

_____
THE HONORABLE LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE

- 1 -

4887-6536-8658.v2