UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| DELAWARE COUNTY EMPLOYEES RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | § § § § | Civil Action No. 4:21-cv-02045 <br><br> CLASS ACTION |
| Plaintiff, | § § | |
| vs. | § § | |
| CABOT OIL & GAS CORPORATION, et al., | § § | |
| Defendants. | § § § § | |

**DECLARATION OF KEVIN LAVELLE IN SUPPORT OF REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

4855-1781-2066.v1

I, KEVIN LAVELLE, declare as follows:

1.      I am an attorney duly licensed to practice before all of the courts of the State of California and have been admitted pro hac vice to this action.  *See* ECF 84.  I am a partner to the law firm of Robbins Geller Rudman & Dowd LLP, one of the counsel of record for Plaintiffs in the above-entitled action.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit 1:      Rebuttal Report of Steven P. Feinstein, Ph.D., CFA, dated May 8, 2023;

Exhibit 2:      Transcript of the Deposition of Lucy Allen dated April 24, 2023;

Exhibit 3:      Transcript of the Deposition of Lucy Allen in *Pearlstein v. Blackberry Ltd.* dated September 20, 2018;

Exhibit 4:      FILED UNDER SEAL;

Exhibit 5:      FILED UNDER SEAL;

Exhibit 6:      Exhibit 99.1 attached to Cabot Oil & Gas Corp SEC Form 10-Q for 2Q 2019 – News Release dated July 26, 2019;

Exhibit 7:      FILED UNDER SEAL;

Exhibit 8:      FILED UNDER SEAL;

Exhibit 9:      FILED UNDER SEAL;

Exhibit 10:     FILED UNDER SEAL;

Exhibit 11:     FILED UNDER SEAL;

Exhibit 12:     FILED UNDER SEAL;

Exhibit 13:     FILED UNDER SEAL;

Exhibit 14:     FILED UNDER SEAL;

Exhibit 15:     FILED UNDER SEAL;

Exhibit 16:     FILED UNDER SEAL;

Exhibit 17:     FILED UNDER SEAL;

4855-1781-2066.v1

- 2 -

Exhibit 18:     FILED UNDER SEAL;

Exhibit 19:     FILED UNDER SEAL;

Exhibit 20:     Excel Spreadsheet Data 2 sheet, Allen Backup Materials;

Exhibit 21:     FILED UNDER SEAL;

Exhibit 22:     FILED UNDER SEAL;

Exhibit 23:     February 28, 2022 Allen Expert Report in *St. Clair Cnty. Employees' Ret. System v. Acadia Healthcare Co., Inc.*;

Exhibit 24:     FILED UNDER SEAL;

Exhibit 25:     FILED UNDER SEAL;

Exhibit 26:     Cabot Oil & Gas Corp SEC Form 10-Q for 2Q 2019 dated July 26, 2019;

Exhibit 27:     Pennsylvania Attorney General Presentment of Criminal Charges;

Exhibit 28:     FILED UNDER SEAL; and

Exhibit 29:     FILED UNDER SEAL.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on May 8, 2023, at San Diego, California.

*s/ Kevin A. Lavelle*

KEVIN LAVELLE

- 2 -

4855-1781-2066.v1