United States District Court
Southern District of Texas

**ENTERED**

May 23, 2023

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| DELAWARE COUNTY EMPLOYEES RETIREMENT SYSTEM, *et al.*, | § § § § | |
| Plaintiffs, | § | CIVIL ACTION NO. H-21-2045 |
| v. | § § | |
| CABOT OIL & GAS CORPORATION, *et al.*, | § § § | |
| Defendants. | § § | |

**ORDER**

The plaintiffs have filed a motion to seal the reply in support of the plaintiffs' motion for class certification.  (Docket Entry No. 152).  The motion is granted.

SIGNED on May 23, 2023, at Houston, Texas.

_____

Lee H. Rosenthal
United States District Judge