# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

Delaware County Employees Retirement System, et al.

v.                                              Case Number: 4:21−cv−02045

Cabot Oil & Gas Corporation, et al.

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Lee H Rosenthal

**PLACE:**
by video
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 7/7/2023

**TIME:** 11:30 AM

**TYPE OF PROCEEDING:** Class Certification Hearing

Date:   May 30, 2023

Nathan Ochsner, Clerk