UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| DELAWARE COUNTY EMPLOYEES RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CABOT OIL & GAS CORPORATION, et al.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 4:21-cv-02045<br><br><u>CLASS ACTION</u> |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

4864-2472-8681.v1

Plaintiffs and Defendants (collectively, the "Parties"),[1] pursuant to Federal Rules of Civil Procedure 7(b) and 16(b)(4), as well as Local Rule 7, jointly move the Court for a modest extension of certain deadlines set forth in the Court's April 18, 2023 Order Granting Joint Motion to Amend Scheduling Order.  ECF 146.  The Parties respectfully request that the Court enter the proposed amended scheduling order attached hereto, which extends the deadline for the completion of fact discovery in this complex securities class action by 8 weeks, from August 18, 2023 to October 13, 2023, with other remaining deadlines similarly extended, as a result.  The extension is sought to allow Plaintiffs sufficient time to review and analyze Defendants' recent productions.  Defendants were previously afforded two extensions to substantially complete their document production, which resulted in voluminous productions to Plaintiffs after March 31, 2023.  The extension request amounts to less time than the Court previously granted Defendants in extending the deadline to substantially complete their document production from February 3, 2023 to April 21, 2023.

On February 24, 2023, the Parties filed a Joint Motion to Amend Scheduling Order, and requested the Court extend the deadline for Defendants' substantial completion of document discovery from February 3, 2023 until March 31, 2023.  ECF 145.  The Parties informed the Court that while they had been working diligently and cooperatively regarding various document production issues, Defendants were unable to meet the February 3 deadline for the substantial completion of document production.  *Id*. at 2.  The Court granted the requested extension.  ECF 146.  On April 10, 2023, the Parties again jointly moved the Court for an extension of the deadline for substantially completing document production from March 31 until April 21, 2023.  ECF 147.

---

[1]   "Plaintiffs" are Lead Plaintiff Delaware County Employees Retirement System and Additional Plaintiff Iron Workers District Council (Philadelphia and Vicinity) Retirement and Pension Plan.  "Defendants" are Cabot Oil & Gas Corporation, Dan O. Dinges, and Scott C. Schroeder.

4864-2472-8681.v1

The request was based on prolonged technical issues during Defendants' collection of documents. *Id.* at 1. The Court granted the requested extension. ECF 148. The two extensions provided Defendants with an additional 11 weeks to substantially complete their document production. Here, the 8-week extension requested is less time than the Court granted in extending the deadline for Defendants to substantially complete their document production.

Following the extensions, Defendants produced a substantial volume of documents between March 31 and April 17, 2023. The document productions made by Defendants include the following: (i) March 31 (approximately 116,000 documents); (ii) April 4 (approximately 58,000 documents); (iii) April 10 (approximately 80,000 documents); and (iv) April 17 (approximately 10,000 documents). Defendants also re-produced 168,000 documents on May 10, 2023, due to an apparent miscommunication between the parties.[2] In total, during this timeframe, Plaintiffs received approximately 807,000 documents.

Given the large volume and timing of Defendants' recent document productions, the Parties seek an 8-week extension to allow them sufficient time to properly review and analyze relevant documents relative to the other milestones set forth in the current schedule, including: (i) the completion of fact discovery (*i.e.*, preparing for and conducting depositions of Cabot and third-party witnesses); (ii) the ability to move to amend the First Amended Consolidated Complaint for Violation of the Federal Securities Laws (ECF 110); and (iii) the completion of expert discovery. These voluminous document reviews include analyzing internal business records, as well as technical and scientific data regarding the environmental issues surrounding Cabot gas wells. In many instances, Plaintiffs will also need to consult with expert witnesses to understand the content

---

[2]    Defendants contend that the documents produced on May 10, 2023 were previously produced on October 31, 2022. Plaintiffs, however, have no record of receiving the documents and thus had no opportunity to commence a review of them until after May 10, 2023.

4864-2472-8681.v1

of the documents.  While Plaintiffs are moving with efficiency and diligence in reviewing these documents, the volume of documents and their complexity warrant the requested modest extension to the deadline to complete fact discovery.

Accordingly, based on the size and timing of the document productions noted above, the Parties believe there is good cause for, and respectfully request, the following modest extension of the schedule:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Motion for Class Certification | December 5, 2022 | December 5, 2022 |
| Opposition to Class Certification | January 20, 2023 | January 20, 2023 |
| Deadline for Substantial Completion of Document Production | April 21, 2023 | April 21, 2023 |
| Reply to Opposition to Class Certification | May 8, 2023 | May 8, 2023 |
| Hearing on Motion for Class Certification | July 7, 2023 at 11:30 a.m. via Zoom | July 7, 2023 at 11:30 a.m. via Zoom |
| Mediation | July 10, 2023 | July 10, 2023 |
| Completion of Fact Discovery | August 18, 2023 | October 13, 2023 |
| Motions for Leave to Amend Pleadings | August 25, 2023 | October 20, 2023 |
| Experts on Matters Other Than Attorneys' Fees | September 11, 2023 | November 3, 2023 |
| Rebuttal Experts on Matters Other Than Attorneys' Fees | October 9, 2023 | November 22, 2023 |
| Completion of Expert Discovery | November 6, 2023 | December 22, 2023 |
| Pretrial Dispositive Motions Deadline | November 20, 2023 | January 19, 2024 |
| Joint Pretrial Order and Motion in Limine Deadline | February 1, 2024 | March 15, 2024 |
| Docket Call | March 21, 2024 at 2:00 p.m. | May 8, 2024 |

4864-2472-8681.v1

Submitted herewith is a proposed order adopting the proposed deadlines detailed above.

DATED:  June 9, 2023

KENDALL LAW GROUP, PLLC
JOE KENDALL (Texas Bar No. 11260700, S.D. Texas Bar No. 30973, Attorney in Charge)


s/ JOE KENDALL
JOE KENDALL

3811 Turtle Creek Blvd., Suite 1450
Dallas, TX  75219
Telephone:  214/744-3000
214/744-3015 (fax)
jkendall@kendalllawgroup.com

*Local Counsel for Lead Plaintiff*

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARRYL J. ALVARADO
KEVIN A. LAVELLE
FRANCISCO J. MEJIA
JACK ABBEY GEPHART
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
dalvarado@rgrdlaw.com
klavelle@rgrdlaw.com
fmejia@rgrdlaw.com
jgephart@rgrdlaw.com

*Lead Counsel for Lead Plaintiff*

- 4 -

KESSLER TOPAZ MELTZER
  & CHECK, LLP
ANDREW L. ZIVITZ
JAMIE M. MCCALL
JOSHUA E. D'ANCONA
ALEX B. HELLER
MAX JOHNSON
280 King of Prussia Road
Radnor, PA  19087
Telephone:  610/667-7706
610/667-7056 (fax)
azivitz@ktmc.com
jmccall@ktmc.com
jdancona@ktmc.com
aheller@ktmc.com
mjohnson@ktmc.com

*Additional Counsel for the Class*

DATED:  June 9, 2023

NORTON ROSE FULBRIGHT US LLP
PETER ANDREW STOKES

s/ PETER ANDREW STOKES
_____
PETER ANDREW STOKES

98 San Jacinto Blvd
Suite 100
Austin, TX  78701
Telephone:  512/536-5287
512/536-4598 (fax)
peter.stokes@nortonrosefulbright.com

*Counsel for Defendants*

- 5 -

4864-2472-8681.v1

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on June 9, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ JOE KENDALL
JOE KENDALL

KENDALL LAW GROUP, PLLC
3811 Turtle Creek Boulevard, Suite 1450
Dallas, TX 75219
Telephone: 214/744-3000
214/744-3015 (fax)

Email:  jkendall@kendalllawgroup.com

4864-2472-8681.v1

# Mailing Information for a Case 4:21-cv-02045 Delaware County Employees Retirement System v. Cabot Oil & Gas Corporation et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Darryl James Alvarado**
  dalvarado@rgrdlaw.com

- **Helen J Bass**
  hbass@ktmc.com,3956293420@filings.docketbird.com

- **Joshua Edward D'Ancona**
  jdancona@ktmc.com

- **Jack Abbey Gephart**
  jgephart@rgrdlaw.com

- **Joe Kendall**
  jkendall@kendalllawgroup.com,administrator@kendalllawgroup.com

- **Kevin Lavelle**
  klavelle@rgrdlaw.com

- **Henry W. Longley**
  hlongley@ktmc.com

- **Jamie M McCall**
  jmcc@ktmc.com

- **Francisco J Mejia**
  fmejia@rgrdlaw.com,E_File_SD@rgrdlaw.com,kjohnson@rgrdlaw.com,bengfelt@rgrdlaw.com

- **Gerard G Pecht**
  gerard.pecht@nortonrosefulbright.com,sumera.khan@nortonrosefulbright.com,tanya.lowe@nortonrosefulbright.com

- **Kelly A Potter**
  kelly.potter@nortonrosefulbright.com

- **Peter Andrew Stokes**
  peter.stokes@nortonrosefulbright.com,julie.wright@nortonrosefulbright.com

- **Andrew L. Zivitz**
  azivitz@ktmc.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Alex              B Heller
Kessler Topaz Meltzer & Check LLP
280 King of Prussia Rd
Radnor, PA 19087

Lawrence          F. Stengel
Saxton & Stump LLC
```

280 Granite Run Drive
Suite 300
Lancaster, PA 17601