UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| DELAWARE COUNTY EMPLOYEES RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | § § § | Civil Action No. 4:21-cv-02045 |
| | § § | CLASS ACTION |
| Plaintiff, | § § | |
| vs. | § § | |
| CABOT OIL & GAS CORPORATION, et al., | § § § | |
| Defendants. | § § § | |
| | § | |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER**

4875-6708-6697.v1

For good cause shown, the Court grants the Joint Motion to Amend Scheduling Order.  The following deadlines shall govern this matter:

| Event | Proposed Deadline |
|---|---|
| Hearing on Motion for Class Certification | July 7, 2023 at 11:30 a.m. via Zoom |
| Mediation | July 10, 2023 |
| Completion of Fact Discovery | October 13, 2023 |
| Motions for Leave to Amend Pleadings | October 20, 2023 |
| Experts on Matters Other Than Attorneys' Fees | November 3, 2023 |
| Rebuttal Experts on Matters Other Than Attorneys' Fees | November 22, 2023 |
| Completion of Expert Discovery | December 22, 2023 |
| Pretrial Dispositive Motions Deadline | January 19, 2024 |
| Joint Pretrial Order and Motion in Limine Deadline | March 15, 2024 |
| Docket Call | May 8, 2024 |

IT IS SO ORDERED.

DATED:  _____

_____
THE HONORABLE LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE

- 1 -

4875-6708-6697.v1