**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| DELAWARE COUNTY EMPLOYEES RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:21-CV-02045 |
| CABOT OIL & GAS CORPORATION, *et al.*, | § § § § | |
| Defendants. | § § § | |

**DEFENDANTS' SUPPLEMENT TO CLASS CERTIFICATION OPPOSITION**

Defendants respectfully supplement their Response in Opposition to Class Certification with the following additional exhibits.

**Exhibit A**:  Highlighted Deposition Transcript of Steven Feinstein, Plaintiffs' Expert.

**Exhibit B**:  Declaration of Matthew P. Kerin and Exhibits.

**Exhibit C**:  Opinion in *Qualcomm Inc. Secs. Litig.*, 2023 WL 2583306, at *12-13 (S.D. Cal. Mar. 20, 2023) (assessing "mismatch" issue and applying *Goldman Sachs Group, Inc. v. Arkansas Teacher Ret. Sys.*, 141 S. Ct. 1951 (2021) to deny portion of class certification motion).

Dated:  July 3, 2023

NORTON ROSE FULBRIGHT US LLP

/s/ *Peter A. Stokes*
Gerard G. Pecht
Kelly A. Potter
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone:  (713) 651-5151
Facsimile:  (713) 651-5246
gerard.pecht@nortonrosefulbright.com
kelly.potter@nortonrosefulbright.com

Peter A. Stokes
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701-4255
Telephone:  (512) 474-5201
Facsimile:  (512) 536-4598
peter.stokes@nortonrosefulbright.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed on July 3, 2023 through the ECF system, which automatically transmits a copy to all counsel of record who have registered for ECF service.

/s/ *Peter A. Stokes*
Peter A. Stokes