**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| DELAWARE COUNTY EMPLOYEES RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>CABOT OIL & GAS CORPORATION, *et al.*,<br><br>        Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 4:21-CV-02045 |

## DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY

Defendants respectfully move for leave to submit the attached notice of supplemental authority and the supplemental authorities listed below. Defendants would consent to a responsive filing by Plaintiffs of similar length and scale within seven days. Plaintiffs do not oppose the motion for leave provided that they are permitted to file such a response.

**Exhibit 1-A**: Opinion of Second Circuit Court of Appeals in *Arkansas Teacher Retirement System v. Goldman Sachs Group, Inc.*, -- F.4th --, 2023 WL 5112157 (2d Cir. Aug. 10, 2023) (decertifying class based on failure to establish price impact under *Goldman Sachs Group, Inc. v. Arkansas Teacher Ret. Sys.*, 141 S. Ct. 1951 (2021)). The opinion, including the highlighted passages at pages *20-22 discussing the "mismatch" analysis and lack of analyst discussion regarding the alleged misstatement, supports denial of class certification here.

**Exhibit 1-B**: Deposition Transcript of Guy Shirey, Pages 225:14-226:1 (testifying regarding his involvement with July 26, 2019 guidance and capital budget forecasts); *id.* 231:19-

24 (confirming that Cabot did not "make any changes to any of its July 26, 2019 production guidance or capital budget based on gas migration investigations or remediation").

## ARGUMENT AND AUTHORITIES

Courts frequently permit parties to submit decisions and events occurring after the close of briefing. *See, e.g., Mendoza v. Microsoft, Inc.*, 1 F. Supp. 3d 533, 541 (W.D. Tex. 2014) (allowing submission of supplemental authority); *Landry v. Texas Dep't of Criminal Justice*, 2020 WL 3077562, at *4 (S.D. Tex. June 10, 2020) (allowing supplemental briefing on new authority); *Sisk v. Abbott Labs.*, 1:11 CV 159, 2012 WL 1164559, at *1 (W.D.N.C. Apr. 9, 2012) ("[A] notice of supplemental authority [is] commonly used in the federal court system to alert the Court to a decision of another court issued after the close of the briefing period.... To suggest that a party may not file such a notice and inform the Court of subsequent authority is nonsensical."); *Hornor, Townsend & Kent, Inc. v. Hamilton*, CIV.A. 1:01 CV 2979 J, 2004 WL 2284503, at *11 (N.D.Ga. Sept. 30, 2004) ("[F]iling notices of supplemental authorities that come to a party's attention after briefing is complete is a well-established practice ... [and] such practice is helpful to the Court, which of course always endeavors to apply current authority in resolving the issues before it.").

Defendants submit that the proposed exhibits, which involve a court decision and deposition occurring after the close of briefing, are relevant and helpful to resolving the pending motion for class certification. Accordingly, Defendants respectfully request permission to file these exhibits. Defendants would consent to the filing of a similar response by Plaintiffs, who do not oppose the motion for leave provided that they are afforded the right to file such a response.

Dated: August 11, 2023

NORTON ROSE FULBRIGHT US LLP

/s/ *Peter A. Stokes*

Gerard G. Pecht
Kelly A. Potter
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone:  (713) 651-5151
Facsimile:  (713) 651-5246
gerard.pecht@nortonrosefulbright.com
kelly.potter@nortonrosefulbright.com

Peter A. Stokes
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701-4255
Telephone:  (512) 474-5201
Facsimile:  (512) 536-4598
peter.stokes@nortonrosefulbright.com

*Counsel for Defendants*

## CERTIFICATE OF CONFERENCE – UNOPPOSED MOTION

I hereby certify that I conferred with Plaintiffs' counsel regarding the motion for leave, and that Plaintiffs do not oppose leave to submit the proposed supplemental authority provided that Plaintiffs are permitted to file a response. Defendants consent to the filing of such a response.

/s/ *Peter A. Stokes*
Peter A. Stokes

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed on August 11, 2023 through the ECF system, which automatically transmits a copy to all counsel of record who have registered for ECF service.

/s/ *Peter A. Stokes*
Peter A. Stokes