**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| DELAWARE COUNTY EMPLOYEES RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　Plaintiff,<br><br>v.<br><br>CABOT OIL & GAS CORPORATION, *et al.*,<br><br>　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 4:21-CV-02045 |

**<u>DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY</u>**

Defendants respectfully file the attached supplemental authority in opposition to class certification.

**<u>Exhibit A</u>**:  Opinion of Second Circuit Court of Appeals in *Arkansas Teacher Retirement System v. Goldman Sachs Group, Inc.*, -- F.4th --, 2023 WL 5112157 (2d Cir. Aug. 10, 2023) (decertifying class based on failure to establish price impact under *Goldman Sachs Group, Inc. v. Arkansas Teacher Ret. Sys.*, 141 S. Ct. 1951 (2021)). The opinion, including the highlighted passages at pages *20-22 discussing the "mismatch" analysis and lack of analyst discussion regarding the alleged misstatement, supports denial of class certification here.

**<u>Exhibit B</u>**:  Deposition Transcript of Guy Shirey, Pages 225:14-226:1 (testifying regarding his involvement with July 26, 2019 guidance and capital budget forecasts); *id.* 231:19-24 (confirming that Cabot did not "make any changes to any of its July 26, 2019 production guidance or capital budget based on gas migration investigations or remediation").

Dated: August 11, 2023

NORTON ROSE FULBRIGHT US LLP

/s/ *Peter A. Stokes*
Gerard G. Pecht
Kelly A. Potter
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone:  (713) 651-5151
Facsimile:  (713) 651-5246
gerard.pecht@nortonrosefulbright.com
kelly.potter@nortonrosefulbright.com

Peter A. Stokes
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701-4255
Telephone:  (512) 474-5201
Facsimile:  (512) 536-4598
peter.stokes@nortonrosefulbright.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed on August 11, 2023 through the ECF system, which automatically transmits a copy to all counsel of record who have registered for ECF service.

/s/ *Peter A. Stokes*
Peter A. Stokes