**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| DELAWARE COUNTY EMPLOYEES RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:21-CV-02045 |
| CABOT OIL & GAS CORPORATION, *et al.*, | § § § § | |
| Defendants. | § § § | |

**ORDER GRANTING LEAVE TO FILE SUPPLEMENTAL AUTHORITY**

Defendants are permitted to file the proposed notice of supplemental authority and exhibits attached to their motion for leave. Plaintiffs may file a response within seven days of this order.

SIGNED this ___ day of _____, 2023

_____
UNITED STATES DISTRICT JUDGE