United States District Court
Southern District of Texas
**ENTERED**
August 16, 2023
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| DELAWARE COUNTY EMPLOYEES RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:21-CV-02045 |
| CABOT OIL & GAS CORPORATION, *et al.*, | § § § | |
| Defendants. | § § § | |

## ORDER GRANTING LEAVE TO FILE SUPPLEMENTAL AUTHORITY

Defendants are permitted to file the proposed notice of supplemental authority and exhibits attached to their motion for leave. Plaintiffs may file a response within seven days of this order.

SIGNED this 15th day of ___August___, 2023

_Lee H. Rosenthal_

UNITED STATES DISTRICT JUDGE