UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| DELAWARE COUNTY EMPLOYEES RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | § § § § | Civil Action No. 4:21-cv-02045<br><br>CLASS ACTION |
| Plaintiff, | § § | |
| vs. | § § | |
| CABOT OIL & GAS CORPORATION, et al., | § § § | |
| Defendants. | § § § § | |

**PLAINTIFFS' RESPONSE TO DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

**[REDACTED]**

4855-9736-7159.v4

Attached hereto as Exhibit 1 is *Ark. Tchr. Ret. Sys. v. Goldman Sachs Grp., Inc.*, __ F.4th __, 2023 WL 5112157 (2d Cir. Aug. 10, 2023) ("*ATRS*").[1]  *ATRS* is a non-binding, out-of-circuit decision that is inapposite to the facts of this case.  The *ATRS* court expressly limited its narrow holding to cases involving "generic" policy and risk disclosure statements.  *Id*. at *2, *22.  *See id*. at 2*-*3 (listing challenged statements, including "[i]ntegrity and honesty are at the heart of our business"); *see also id.* at *2, *14, *18-*20.  This case, by contrast, concerns specific misstatements regarding Cabot Oil & Gas Corporation's ("Cabot") purported gas migration remediation efforts in Susquehanna County.  ECF 151 at 7 (distinguishing *Goldman Sachs Grp., Inc. v. Ark. Tchr. Ret. Sys.*, __U.S.__, 141 S. Ct. 1951 (2021), in part, on the same basis).  *ATRS* highlights this distinction*, see ATRS* at *16 (distinguishing between cases concerning a "detailed description of a company's environmental compliance efforts" and cases concerning "generic representations that a company has 'established policies and procedures'"), and identifies the circumstances in which *ATRS* applies – circumstances that do not exist here.  *See id. at* *22.

Moreover, Defendants'[2] select citation to excerpts from the Deposition Transcript of Guy Shirey – during direct examination by defense counsel, who represent Shirey – are (1) incomplete and (2) ignore other relevant record evidence, which continues to develop.[3]  Indeed, testimony from Shirey that Defendants omit, attached hereto as Exhibit 2, supports Plaintiffs'[4] allegation that remedial issues contributed to the disappointing guidance disclosed on July 26, 2019.  *See* ECF

---

[1]  Plaintiffs' counter-highlighting is in green.  Defendants' highlighting remains in yellow.

[2]  Defendants are Cabot, Dan O. Dinges, and Scott C. Schroeder.

[3]  Plaintiffs have 12 additional depositions scheduled before the October 13, 2023 fact discovery deadline.

[4]  "Plaintiffs" are lead plaintiff Delaware County Employees Retirement System and additional plaintiff Iron Workers District Council (Philadelphia and Vicinity) Retirement and Pension Plan.

- 1 -

4855-9736-7159.v4

151 8-9; Ex. 2 at 192:8-193:17 (testifying ████████████████████████████

██████████████████████); *id*. at 188:14-20 (noting ████████████████

██████████████████████).

Furthermore, Defendants ignore other relevant evidence tying the July 2019 corrective event to undisclosed remedial activity, including: (1) testimony of Steve Novakowski, the Drilling Manager for the North Region comprising Susquehanna County, attached hereto as Exhibit 3, describing ████████████████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████ (Ex. 3 at 216:2-222:20); and (2) testimony of Marcus Barnes, District Engineer responsible for remedial operations in the North Region, attached hereto as Exhibit 4, summarizing ████████████████████████████████████

████████████████████████████████████. Ex. 4 at 156:17-174:24. Thus, even at this early stage, the impact of Cabot's ongoing remedial issues is a hotly contested factual dispute.

DATED:  August 18, 2023

Respectfully submitted,

KENDALL LAW GROUP, PLLC
JOE KENDALL (Texas Bar No. 11260700)


_____
s/ Joe Kendall
JOE KENDALL

3811 Turtle Creek Blvd., Suite 1450
Dallas, TX  75219
Telephone:  214/744-3000
214/744-3015 (fax)
jkendall@kendalllawgroup.com

Local Counsel for Lead Plaintiff

- 2 -

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARRYL J. ALVARADO
KEVIN A. LAVELLE
FRANCISCO J. MEJIA
JACK ABBEY GEPHART
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
dalvarado@rgrdlaw.com
klavelle@rgrdlaw.com
fmejia@rgrdlaw.com
jgephart@rgrdlaw.com

Lead Counsel for Lead Plaintiff

KESSLER TOPAZ MELTZER
  & CHECK, LLP
ANDREW L. ZIVITZ
JAMIE M. MCCALL
JOSHUA E. D'ANCONA
ALEX B. HELLER
MAX JOHNSON
280 King of Prussia Road
Radnor, PA  19087
Telephone:  610/667-7706
610/667-7056 (fax)
azivitz@ktmc.com
jmccall@ktmc.com
jdancona@ktmc.com
aheller@ktmc.com
mjohnson@ktmc.com

Additional Counsel for the Class

- 3 -

4855-9736-7159.v4

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on August 18, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Joe Kendall
JOE KENDALL

KENDALL LAW GROUP, PLLC
JOE KENDALL (Texas Bar No. 11260700, S.D. Texas Bar No. 30973, Attorney in Charge)
3811 Turtle Creek Blvd., Suite 1450
Dallas, TX 75219
Telephone: 214/744-3000
214/744-3015 (fax)

Email: jkendall@kendalllawgroup.com

4855-9736-7159.v4