**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| DELAWARE COUNTY EMPLOYEES RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:21-CV-02045 |
| CABOT OIL & GAS CORPORATION, *et al.*, | § § § | |
| Defendants. | § § § | |

## DEFENDANTS' REPLY TO PLAINTIFFS' RESPONSE TO NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs' Response cites no evidence that gas migration issues actually impacted the July 26, 2019 financial guidance, let alone that any issues involving the ***Stalter Wells*** – the only wells referenced in the pre-July 26, 2019 alleged misstatements still at issue in this case – impacted the July 26, 2019 disclosures. Plaintiffs' deposition transcript excerpts also omit Steve Novakowski's testimony that management provided all necessary resources to remediate the wells at issue (*see* Ex. 1 hereto at 274:7-277:24), Marcus Barnes' testimony stating that, to his knowledge, the Jeffers Farm "fish" work was ***not*** related to gas migration remediation (*see* Ex. 2 at 240:17-241:2), and Guy Shirey's testimony that gas migration issues did ***not*** cause turn-in-line delays (*see* Ex. 3 at 190:2-21, which contains the pages between 188 and 192 that were omitted in Plaintiffs' exhibit).

Dated: August 25, 2023                          NORTON ROSE FULBRIGHT US LLP

/s/ *Peter A. Stokes*
Gerard G. Pecht
Kelly A. Potter
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone:  (713) 651-5151
Facsimile:  (713) 651-5246
gerard.pecht@nortonrosefulbright.com
kelly.potter@nortonrosefulbright.com

Peter A. Stokes
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701-4255
Telephone:  (512) 474-5201
Facsimile:  (512) 536-4598
peter.stokes@nortonrosefulbright.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed on August 25, 2023 through the ECF system, which automatically transmits a copy to all counsel of record who have registered for ECF service.

/s/ *Peter A. Stokes*
Peter A. Stokes