UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

Civil Action No. 4:21-cv-02045

DELAWARE COUNTY EMPLOYEES RETIREMENT
SYSTEM, Individually and on behalf
of all others similarly situated,

      Plaintiffs,

v.

CABOT OIL & GAS CORPORATION, et al.,

      Defendants.

_____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

REMOTE VIDEO DEPOSITION OF MARCUS BARNES

August 2, 2023

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

REMOTE VIDEO DEPOSITION OF MARCUS BARNES taken via Zoom in the above-styled and numbered cause on August 2, 2023, commencing at 9:05 a.m. Eastern before Gina Williams, Registered Professional Reporter, Certified Realtime Reporter, and Certified Realtime Captioner.

additives?

A    I can't recall if I had any requests.

MR. HELLER:  Okay.  I have no more questions. Thank you for your time today, Mr. Barnes.

THE WITNESS:  Thank you.

EXAMINATION

BY MR. STOKES:

Q    Mr. Barnes, I just have a couple of questions, and I'd like to --

I'm going to ask you a few questions about Slide 6 on page -- Exhibit 73.

MR. STOKES:  Can the court reporter hear me okay?

COURT REPORTER:  I can hear you.  It's not very loud though.

MR. STOKES:  I will try my best to speak up.

A    Which exhibit?

BY MR. STOKES:

Q    This is Exhibit 73.  I'm going to ask you just a couple of questions.

If you could --

MR. STOKES:  Counsel, could you please exit the screen share so that I can share my screen?

Thank you.

BY MR. STOKES:

Q    Mr. Barnes, I believe you testified earlier that

Exhibit 73 is a presentation that you helped to prepare; is that correct?

A    Yes, I believe so.

Q    Are you familiar with the wells listed on Slide 6 of Exhibit 73?

A    I see four --

Okay.  I'm looking --

I'm looking at your shared screen here.

I am familiar with these wells.

Q    Did you perform remedial or diagnostic work on these wells?

A    Yes.

Q    What was the outcome of the remedial work that you performed on these wells?

MR. HELLER:  Objection.

THE WITNESS:  Do I still answer?

MR. STOKES:  Yes, you can answer.

A    Based on what we're looking at on this slide, it looks like a lot of the work was considered complete as of this presentation for a lot of the wells.

BY MR. STOKES:

Q    Did you deem the remedial work that you performed on these wells as successful?

A    I would agree with that statement.

Q    Did you ever tell anyone at Cabot that you

Deposition of Marcus Barnes

thought the remediation work on these wells or any other wells was insufficient or inappropriate?

MR. HELLER:  Objection.

A     I do not --

I do not recall making those statements to anyone.

BY MR. STOKES:

Q     Did you ever tell anyone at Cabot that you thought the cement that was used in connection with remediation work that you performed was insufficient or inadequate to successfully remediate the wells?

A     I do not recall --

MR. HELLER:  Object to form.

A     I do not recall making those statements to anyone.

BY MR. STOKES:

Q     Do you recall a different document where you were shown a line entry about some fish work that was performed on the Jeffers -- one of the Jeffers Farm wells in the second quarter of 2019?

A     I recall that well from an Excel file that we looked at earlier.

Q     Was the Jeffers Farm fish work referenced in that slide done to remediate any gas migration that might have been an issue?

MR. HELLER:  Object to the form.

A     Not to my knowledge.

MR. STOKES:  Thank you.  I have no further questions.

MR. HELLER:  No further questions here.

VIDEOGRAPHER:  Counsel, okay to conclude?

MR. HELLER:  Yes.

VIDEOGRAPHER:  This now concludes the video deposition of Marcus Barnes.  We're off the record at 5:26 p.m.

(Whereupon, the deposition was concluded at 5:26 p.m.)