UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

Civil Action No. 4:21-cv-02045

DELAWARE COUNTY EMPLOYEES RETIREMENT
SYSTEM, Individually and on behalf
of all others similarly situated,

        Plaintiffs,

v.

CABOT OIL & GAS CORPORATION, et al.,

        Defendants.

_____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

REMOTE VIDEO DEPOSITION OF GUY SHIREY

July 31, 2023

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

        REMOTE VIDEO DEPOSITION OF GUY SHIREY taken via Zoom in the above-styled and numbered cause on July 31, 2023, commencing at 10:04 a.m. Eastern before Gina Williams, Registered Professional Reporter, Certified Realtime Reporter, and Certified Realtime Captioner.

MR. STOKES:  Objection to form.

A     It's simply work that you didn't plan on that causes -- requires more time to fix before you get to the point that you can frac.

BY MR. LAVELLE:

Q     It could be --

Sorry.  Go ahead.

A     I was just going to give you one example.  It could be where you're drilling a well and you just get stuck.  Your bit, your drill pipe, everything is stuck.  You can't move your pipe.

It doesn't happen often, but it happens, and you basically have to pull back and drill an entirely new lateral right next to it.

It's called kicking off, kickoff and drill a twin well right next to it.

So those kinds of things can happen, and they can cause lengthy delays in the completion of a pad of wells.

Again, I don't recall exactly what I'm referring to here.  I'd have to see the data behind this statement.

MR. STOKES:  Hey, we've been going for another hour.  Can we break?

MR. LAVELLE:  I have a few more questions, and then we can take a break, if that's all right.

BY MR. LAVELLE:

Q    And so Mr. Shirey, gas migration and remedial work can also cause turn in line delays; is that fair?

MR. STOKES:  Objection to form.

A    No.  No.  Most of the --

We're addressing these gas migration issues if it's a pad of a few wells, and it's only been a handful of wells over the years.

Considering the overall footprint that Cabot has out here, the large volume of production that we make on a daily basis, the remediation of gas migration issues is very insignificant.

BY MR. LAVELLE:

Q    So it's your testimony that gas migration investigations and remediation do not result in turn in line delays?

A    Yes.  Yes.

As I've stated, when you talk about things like Stalter and Ratzel, those are very small wells, very small volumes.  They don't affect -- they don't affect guidance and forecasting and things like that.

Q    Now, I think you're talking about two different things.

You're saying that gas migration remediation investigations can impact a turn in line, but you're saying

that the impact is not significant?

Is that what your testimony was?

MR. STOKES:  Objection to form.

A     I think you're talking about two different things.

BY MR. LAVELLE:

Q     I'm trying to understand.

A     I've stated that when you're working on those wells over the 2013 to '17 time frame that I worked on them, they're smaller wells, very low volume.  They don't affect your daily or monthly production, and they don't affect your forecasting and meeting budget and meeting production forecasts.

What I'm saying here in this statement refers to some new well drawings, but I don't know exactly what the remediation issues were here, and I don't know what the drilling delays were, but I gave you an example.  A drilling delay could be having to create an entirely new hole, you know.  It could be various things, getting stuck, raining and getting out of holes and things like that.  Those are drilling delays.

I'm not sure what I mean by remediation issues, but I'm not referring to gas migration issues on these wells.

Q     Is there a distinction in your mind between a