UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| DELAWARE COUNTY EMPLOYEES RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | § § § § | Civil Action No. 4:21-cv-02045 |
| | § | CLASS ACTION |
| Plaintiff, | § § | |
| | § | |
| vs. | § § | |
| | § | |
| CABOT OIL & GAS CORPORATION, et al., | § § | |
| | § | |
| Defendants. | § § | |
| | § | |

**SUR-REPLY TO DEFENDANTS' REPLY TO PLAINTIFFS' RESPONSE TO NOTICE
OF SUPPLEMENTAL AUTHORITY
[REDACTED]**

4874-9623-3085.v4

Lead Plaintiff Delaware County Employees Retirement System and additional Plaintiff Iron Workers District Council (Philadelphia and Vicinity) Retirement and Pension Plan (together, "Plaintiffs") respectfully submit this response to Defendants' unauthorized Reply to Plaintiffs' Response to Notice of Supplemental Authority (ECF 169) (the "Supplemental Authority Reply"). As Plaintiffs noted in their Class Certification Reply (ECF 151), Defendants seek to improperly turn class certification into summary judgment on an incomplete record by repeatedly filing selective excerpts of deposition testimony on disputed factual issues that have no bearing on whether a class may be certified.[1]

For example, Defendants claim in their Supplemental Authority Response that there is "no evidence" that gas migration issues impacted the July 26, 2019 financial guidance. First, that is a disputed factual issue common to all class members. Second, consistent with Mr. Shirey's testimony, evidence presented during the deposition of Matt Kerin, Cabot's then Vice President of Finance, established that Cabot's guidance *was* impacted by ▮▮▮▮▮▮▮▮▮▮ event, ***not***, as Defendants told investors on July 26, 2019, a decision to increase the length of certain wells. *See* Ex. 1 (Kerin Dep. Tr.) at 126:8-128:9 ("Drilling July 29-30, 2019" presentation noting that Cabot "▮▮▮▮▮▮▮▮▮▮" just weeks prior to the July 26, 2019 earnings release).

As the parties' filings have made clear, there are hotly disputed issues of fact regarding loss causation in this case, ill-suited for resolution at the Rule 23 stage. Furthermore, loss causation is an

---

[1] To date, only 5 of 15 depositions have been completed.

4874-9623-3085.v4

issue common to all class members.  Plaintiffs respectfully submit that the class should be certified so myriad common factual and legal questions can be adjudicated on the merits.

DATED:  August 31, 2023                    KENDALL LAW GROUP, PLLC
                                           JOE KENDALL (Texas Bar No. 11260700)


                                                    s/ Joe Kendall
                                           JOE KENDALL

                                           3811 Turtle Creek Blvd., Suite 1450
                                           Dallas, TX  75219
                                           Telephone:  214/744-3000
                                           214/744-3015 (fax)
                                           jkendall@kendalllawgroup.com

                                           Local Counsel for Lead Plaintiff

                                           ROBBINS GELLER RUDMAN
                                             & DOWD LLP
                                           DARRYL J. ALVARADO
                                           KEVIN A. LAVELLE
                                           FRANCISCO J. MEJIA
                                           JACK ABBEY GEPHART
                                           655 West Broadway, Suite 1900
                                           San Diego, CA  92101-8498
                                           Telephone:  619/231-1058
                                           619/231-7423 (fax)
                                           dalvarado@rgrdlaw.com
                                           klavelle@rgrdlaw.com
                                           fmejia@rgrdlaw.com
                                           jgephart@rgrdlaw.com

                                           Lead Counsel for Lead Plaintiff

- 2 -

- 3 -

KESSLER TOPAZ MELTZER
   & CHECK, LLP
ANDREW L. ZIVITZ
JAMIE M. MCCALL
JOSHUA E. D'ANCONA
ALEX B. HELLER
MAX JOHNSON
280 King of Prussia Road
Radnor, PA  19087
Telephone:  610/667-7706
610/667-7056 (fax)
azivitz@ktmc.com
jmccall@ktmc.com
jdancona@ktmc.com
aheller@ktmc.com
mjohnson@ktmc.com

Additional Counsel for the Class

4874-9623-3085.v4

- 4 -

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on August 31, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Joe Kendall
JOE KENDALL

KENDALL LAW GROUP, PLLC
JOE KENDALL (Texas Bar No. 11260700, S.D.
Texas Bar No. 30973, Attorney in Charge)
3811 Turtle Creek Blvd., Suite 1450
Dallas, TX  75219
Telephone:  214/744-3000
214/744-3015 (fax)

Email:  jkendall@kendalllawgroup.com

- 4 -

4874-9623-3085.v4

# Mailing Information for a Case 4:21-cv-02045 Delaware County Employees Retirement System v. Cabot Oil & Gas Corporation et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Darryl James Alvarado**
  dalvarado@rgrdlaw.com

- **Helen J Bass**
  hbass@ktmc.com,3956293420@filings.docketbird.com

- **Joshua Edward D'Ancona**
  jdancona@ktmc.com

- **Jack Abbey Gephart**
  jgephart@rgrdlaw.com

- **Joe Kendall**
  jkendall@kendalllawgroup.com,administrator@kendalllawgroup.com

- **Kevin Lavelle**
  klavelle@rgrdlaw.com

- **Henry W. Longley**
  hlongley@ktmc.com

- **Jamie M McCall**
  jmcc@ktmc.com

- **Francisco J Mejia**
  fmejia@rgrdlaw.com,E_File_SD@rgrdlaw.com,kjohnson@rgrdlaw.com,bengfelt@rgrdlaw.com

- **Gerard G Pecht**
  gerard.pecht@nortonrosefulbright.com,sumera.khan@nortonrosefulbright.com,tanya.lowe@nortonrosefulbright.com

- **Kelly A Potter**
  kelly.potter@nortonrosefulbright.com

- **Peter Andrew Stokes**
  peter.stokes@nortonrosefulbright.com,julie.wright@nortonrosefulbright.com

- **Andrew L. Zivitz**
  azivitz@ktmc.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Alex               B Heller
Kessler Topaz Meltzer & Check LLP
280 King of Prussia Rd
Radnor, PA 19087

Lawrence           F. Stengel
Saxton & Stump LLC
```

280 Granite Run Drive
Suite 300
Lancaster, PA 17601