# EXHIBIT 2

| Date | 8H | 6H | 4H | 2H | 14H | 12H | 10H | 1H | Welsh |
|---|---|---|---|---|---|---|---|---|---|
| 3/30/2019 | start drilling surface hole | | | | | | | | |
| 4/1/2019 | Reach target depth, run casing, cement surface casing (45 bbls cement to surface) | start drilling surface hole | | | | | | | |
| 4/2/2019 | | Reach target depth , run casing, cement surface casing (37 bbls cement to surface) | start drilling surface hole | | | | | | |
| 4/3/2019 | Run Nine Energy cement bond log on surface casing to 590'; top of cement surface | Run Nine Energy cement bond log on surface casing to 595'; top of cement surface | Reach target depth, run casing, cement surface casing (31 bbls cement to surface) | start drilling surface hole, Reach target depth, run casing | | | | | |
| 4/4/2019 | Begin drilling intermediate hole | | | Cement surface casing (31 bbls cement to surface) | | | | | |
| 4/5/2019 | Reach target depth, run casing, cement intermediate casing (29 bbls cement to surface) | Begin drilling intermediate hole | | | | | | | |
| 4/6/2019 | | Reach target depth, run casing, cement intermediate casing (35 bbls cement to surface) | Begin drilling intermediate hole | | | | | | |
| 4/7/2019 | | | Reach target depth and run intermediate casing | | | | | | |
| 4/8/2019 | | | Cement intermediate casing (33 bbls cement to surface) | Begin drilling and Reach target depth intermediate hole | | | | | |
| 4/9/2019 | | | | Run and cement intermediate casing (33 bbls cement to surface) | start drilling and Reach target depth surface hole | | | | |
| 4/10/2019 | | | | | Run and cement surface casing (19 bbls cement to surface) | start drilling and Reach target depth surface hole, run casing, cement surface casing (22.5 bbls cement to surface) | | | |
| 4/11/2019 | | | | | | | Begin drilling surface hole, unplanned tripped for anti collision with 12H | start drilling surface hole | |
| 4/12/2019 | | | | | | | | Reach target depth, run casing, cement surface casing (19 bbls cement to surface) | |

| Date | 8H | 6H | 4H | 2H | 14H | 12H | 10H | 1H | Welsh |
|---|---|---|---|---|---|---|---|---|---|
| 4/13/2019 | | | | | Begin drilling intermediate hole | | Reach target depth, run casing, cement surface casing (19 bbls cement to surface) | | |
| 4/14/2019 | | | | | Reach target depth, run intermediate casing | | | | |
| 4/15/2019 | | | | | Cement intermediate casing (32 bbls cement to surface) | Begin drilling, Reach target depth intermediate hole | | | |
| 4/16/2019 | | | | | | run casing, cement intermediate (35 bbls cement to surface) | Begin drilling intermediate hole | | |
| 4/17/2019 | | | | | | | Reach target depth, run casing, cement intermediate casing (36 bbls cement to surface) | Begin drilling intermediate hole | |
| 4/18/2019 | | | | | | | | Reach target depth, run intermediate casing | |
| 4/19/2019 | | | | | | | | Cement intermediate casing (32 bbls cement to surface) | |
| 4/20/2019 | Rig down Precision 181 | | | | | | | | |
| 4/24/2019 | Run Nine Energy cement bond log on intermediate casing to 2004'; top of cement surface | | | | | | | | |
| 5/14/2019 | H&P 259 100% rigged up | | | | | | | | |
| 5/15/2019 | | | | Begin drilling production hole | | | | | |
| 5/21/2019 | | | | Reach target depth production hole | | | | | |
| 5/23/2019 | | | | Land out production casing | | | | | |
| 5/24/2019 | | | | Cement production casing (34 bbls cement to surface) | | | | | |
| 5/25/2019 | | | | | | | | Begin drilling production hole | |
| 5/30/2019 | | | | | | | | Reach target depth production hole | |
| 5/31/2019 | | | | | | | | Land and cement production casing (77 of 100 bbls spacer to surface) | |
| 6/1/2019 | | | | | | | Begin drilling production hole | | |

| Date | 8H | 6H | 4H | 2H | 14H | 12H | 10H | 1H | Welsh |
|---|---|---|---|---|---|---|---|---|---|
| 6/2/2019 | | | | | | | Drill to 4823' and set baker retrievable bridge plug in 9.625" casing @ 280' | | |
| 6/3/2019 | | | | | | Begin drilling production hole | | | |
| 6/4/2019 | | | | | Begin drilling production hole | Drill to 4654' and set baker retrievalbe bridge plug in 9.625" casing @ 280' | | | |
| 6/5/2019 | | | | | Drill to 4917' and set baker retrievable bridge plug in 9.625" @ 280' | | | | |
| 6/6/2019 | Begin drilling production hole | | | | | | | First detection of lower explosive limit in vent tank (11% of lower explosive limit) | |
| 6/7/2019 | Drill to 4900' and set baker retrievable bridge plug in 9.625" @ 280' | Beging drilling production hole | | | | | | | |
| 6/8/2019 | | Drill to 5568' | | | | | | lower explosive limit reaches a high point of 42% | |
| 6/9/2019 | | Set baker retrievable bridge plug in 9.625" at 280' | Begin drilling production hole | | | | | | |
| 6/10/2019 | | | Drill to 5350' and wait on baker retrievable bridge plug | | | | | | |
| 6/11/2019 | | | Set baker retrievable bridge plug in 9.625" @ 280' | | | | Remove baker retrievable bridge plug | | |
| 6/12/2019 | | | | | | | Displace well to 13.1 lb/gal diesel based mud and resume drilling production hole | | |
| 6/13/2019 | First detection of lower explosive limit in vent tank (9% of lower explosive limit) | | | | | | Drilling at 7,459 | | |
| 6/15/2019 | lower explosive limit reaches high point of 87% | | | | | | Drilling at 13,530 | | |
| 6/18/2019 | | | | | | | Reach target depth production hole | | |

| Date | 8H | 6H | 4H | 2H | 14H | 12H | 10H | 1H | Welsh |
|---|---|---|---|---|---|---|---|---|---|
| 6/24/2019 | | | | | | | Land production casing | | |
| 6/25/2019 | | | | | | | Cement production casing, maximum pressure reached ~50 bbls early in displacement | | |
| 6/26/2019 | | | | | | Remove baker retrievable bridge plug, displace to 13.1 lb/gal diesel based mud and resume drilling production hole | | | |
| 7/9/2019 | | | | | | Reach target depth production hole | | | |
| | Landowner observes discolored (orange) earthy/organic/mild sulfur odor with effervescence in groundwater | | | | | | | | |
| 7/12/2019 | | | | | | Land and cement production casing, no spacer to surface | | | |
| 7/13/2019 | | | | | Remove baker retrievable bridge plug, displace to 13.1 lg/gal diesel based mud and resume drilling production hole | | | | |
| 7/16/2019 | Received water complaint | | | | | | | | |
| 7/18/2019 | | | | | | | | | 7600 |
| 7/19/2019 | | | | | drilled to 18,060', trip out of hole for logging | | | Run Baker Hughes segmented cement bond log to 7570'; top of cement 1520' | 13000 |
| 7/20/2019 | | | | Run Baker Hughes segmented cement bond log to 7560'; top of cement at surface | Run Baker Hughes segmented cement bond log on intermediate casing to 2117', top of cement surface; spot cement plugs at 4895'-4595' and 2938-2638' | | | | |
| 7/21/2019 | Remove baker retrievable bridge plug, run Baker Hughes segmented cement bond log on intermediate casing to 2125', top of cement surface | | | | | | | | |

| Date | 8H | 6H | 4H | 2H | 14H | 12H | 10H | 1H | Welsh |
|---|---|---|---|---|---|---|---|---|---|
| 7/22/2019 | | Remove baker retrievable bridge plug, run Baker Hughes segmented cement bond log on intermediate casing to 2125', top of cement surface | Remove baker retrievable bridge plug, run Baker Hughes segmented cement bond log on intermediate casing to 2125', top of cement surface | | | Run Baker Hughes segmented cement bond log to 7196'; top of cement lower than 5000' | | | |
| 7/23/2019 | | | | | | | Run in hole with 2 7/8" DP to drill out cement | | |
| 7/24/2019 | Begin pressure build up test on all annuli; all wells | | | | | | | | |
| 7/25/2019 | | | | | | | washing green cement from 18,740'-19,025' | | |
| 7/28/2019 | Complete pressure build up test on all annuli; all wells | | | | | Run Baker Hughes Intex cement bond log to 7200' | | | |
| 7/29/2019 | | | | | | | Start clean out run | | |
| 7/30/2019 | | | | | | | | | 15000 |
| 7/31/2019 | | | | | | | Finish clean out run; run Baker Hughes Intex cement bond log to 7475' | | |
| 8/1/2019 | Run Weatherford Geophone Array Production Survey acoustic log to 2135' | Run Weatherford Geophone Array Production Survey acoustic log to 2125' | Run Weatherford Geophone Array Production Survey acoustic log to 2125' | | | | | | |
| 8/2/2019 | | | | | Run Weatherford Geophone Array Production Survey acoustic log to 2117' | Run Weatherford Geophone Array Production Survey acoustic log to 4690' | | | |
| 8/3/2019 | | | | Run Weatherford Geophone Array Production Survey acoustic log to 5010' | | | Run Weatherford Geophone Array Production Survey acoustic log to 4840' | Run Weatherford Geophone Array Production Survey acoustic log to 5230' | |
| 8/4/2019 | Shut in all annuli for 2nd pressure build up test (b section annulus does not exist yet) | | | | Resume drilling production hole, ream through cement plugs | | | | |
| 8/10/2019 | | | | | Reach target depth production hole | | | | |
| 8/11/2019 | Finish pressure build up test, built up to 11 psi on 13x20" annulus, no pressure on A section | | | | | | | | |

| Date | 8H | 6H | 4H | 2H | 14H | 12H | 10H | 1H | Welsh |
|---|---|---|---|---|---|---|---|---|---|
| 8/12/2019 | | | | | Land and cement production casing; 111 bbls of 120 bbls spacer to surface | | | | |
| 8/13/2019 | Begin 3rd pressure build up test on all annuli (b section annulus does not exist yet) Set cement plug from 2436' to 2186' | | | | | | | | |
| 8/14/2019 | Perform formation integrity test to 825 psi with fresh water | Set cement plug from 2436' to 2186' | Set cement plug from 2436' to 2186' | | | | | | |
| 8/15/2019 | Finish 3rd pressure build up test, no pressure build observed Injection test to leakoff with fresh water (1410 psi) Squeeze intermediate shoe with expandacem at 1720 psi, squeezed away 0.5 bbls cement | | Perform formation integrity test to 790 psi with fresh water; increase pressure to leakoff (1450 psi) squeeze intermediate shoe with expandacem at 1700 psi, squeezed away 0.9 bbls cement; perforate casing from 1750' to 1760' | | | | | | |
| 8/16/2019 | | Resume drilling production hole, displace to 13.2 diesel based mud | Squeeze perforations with expandacem at 2000 psi. squeezed away 0.2 bbls | | | | | | |
| 8/18/2019 | | Tripping out of hole for lateral bottom hole assembly | | | First detection of lower explosive limit on vent tank (32% of lower explosive limit) | | | | |
| 8/19/2019 | | | | | | | | | 12000 |
| 8/21/2019 | | | | | | | | | 12000 |
| 8/23/2019 | | | | | | | | | 12000 |
| 8/25/2019 | | Reach target depth production hole | | | | | | | |
| 8/26/2019 | Begin 4th pressure build up test on all annuli, 14H 5x9 built 150 psi in 3 hours and was vented, 8H 13x20 built 8 psi after 24 hours | | | | | | | | 13000 |
| 8/27/2019 | Finish 4th pressure build up test on all annuli | | | | | | | | |
| 8/28/2019 | | | | | | | | | 18000 |
| 8/29/2019 | | land production casing | | | | | | | |
| 8/30/2019 | | Cement production casing, 14 bbls cement to surface | | | Run Schlumberger ultrasonic cement bond log without pressure down to 7455' | | | | 17000 |

| Date | 8H | 6H | 4H | 2H | 14H | 12H | 10H | 1H | Welsh |
|---|---|---|---|---|---|---|---|---|---|
| 8/31/2019 | | | Ream through cement from previous squeezes and plugs; Run Schlumberger ultrasonic cement bond log to 2075' with and without pressure | | | | | | |
| 9/1/2019 | | | Shot perforations from 1715' to 1725', established injection rate at 2330 psi, pump resin squeeze at 2660 psi, squeezed away 8.2 bbls of resin | | | | | | |
| 9/3/2019 | | | | | | | | | 15000 |
| 9/4/2019 | Begin 5th pressure build up test on all annuli except 14H 5x9; 8H 13x20 built 10 psi | | | | | | | | |
| 9/5/2019 | | | Shoot perforations from 1415' to 1425', establish injection rate at 2330 psi, squeezed perforations with 10 bbls microfine cement at 2889 psi | | | Run Schlumberger ultrasonic cement bond log without pressure to 7200' | | | | |
| 9/6/2019 | | | Begin reaming out cement and retainers | | | | Run Schlumberger ultrasonic cement bond log without pressure to 7300' | Run Schlumberger ultrasonic cement bond log without pressure to 7550' | 18000 |
| 9/9/2019 | | | Finish reaming out cement and retainers | Begin seeing conistent lower explosive limit readings on vent tank >2% | | | | | 20000 |
| 9/10/2019 | | | | | | | Set bridge plug inside 5.5" and displace to 14 lb/gal diesel based mud; shoot perforations 4787' to 4790' | | |
| 9/11/2019 | | | | | | | Set retainer at 4755' circulate to surface through perforations; pump 208 bbls expandacem; got 20 of 35 bbls spacer back; displace inside of casing back to water | | 18000 |
| 9/12/2019 | | | | | | Set bridge plug indside 5.5" at 6050' | | | |

| Date | 8H | 6H | 4H | 2H | 14H | 12H | 10H | 1H | Welsh |
|---|---|---|---|---|---|---|---|---|---|
| 9/13/2019 | | | | | | Shoot perforations 6021' to 6024', pressure up to 5000 psi, no injection Shoot perforations 5689' to 5692', pressure up to 5000 psi, no injection. | | | 20000 |
| 9/14/2019 | Elevated lower explosive limit readings on vent tank (55% to 76% of lower explosive limit) | | | | | Spot 9.5 bbls expandacem cement across perforations and squeeze at 2490 psi; shoot perforations from 4429' to 4432' and establish circulation to surface, set retainer at 4380' | | | |
| 9/15/2019 | | | | | | Pump 196 bbls expandacem cement, retainer did not hold, circulated cement out of hole | | | |
| 9/16/2019 | | | | | | Ream out retainer | | | 19000 |
| 9/17/2019 | | | | | | Set new retainer at 4340', establish circulation to surface, pump 195 bbls expandacem, 5 bbls cement to surface | | | |
| 9/18/2019 | | | | | | | | | 16000 |
| 9/20/2019 | | | Displace well to 10.5 lb/gal diesel based mud and resume drilling production hole | | | | | | 17000 |
| 9/23/2019 | | | | | | | | | 19000 |
| 9/24/2019 | Begin 6th pressure build up test on all wells for 26 hours, 2H 13x20 built to 30 psi after 6 hours and was vented, 8H 13x20 built to 2 psi then reduced to 0, all other annuli were zero | | | | | | | | |
| 9/25/2019 | | | | | | | | | 18000 |
| 9/27/2019 | | | | | | | | | 16000 |
| 9/28/2019 | | | Drilling lateral at 14,204' | Elevated lower explosive limit readings on vent tank (22% to 77%) | | | | | |
| 9/30/2019 | | | | | | | | | 19000 |
| 10/1/2019 | | First detection of lower explosive limit on vent tank for this well (11% of lower explosive limit) | | | | | | | |

| Date | 8H | 6H | 4H | 2H | 14H | 12H | 10H | 1H | Welsh |
|---|---|---|---|---|---|---|---|---|---|
| 10/2/2019 | | | Reach target depth production hole | | | | | | 19000 |
| 10/4/2019 | Begin 7th pressure build up test for 24 hours, no pressure build | | | | | | | | 17000, |
| 10/7/2019 | | | Cement production casing, no spacer or cement to surface | | | | | | 17000 |
| 10/8/2019 | Displace to 13.2 diesel based mud and resume drilling production hole | | | | | | | | |
| 10/9/2019 | | | | | | | | | 16000 |
| 10/10/2019 | | | | | | First detection of lower explosive limit on vent tank for this well (37% of lower explosive limit) | | | |
| 10/14/2019 | Reach target depth production hole | | | | | | | | 18000 |
| 10/16/2019 | | | | | | | | | 22000 |
| 10/18/2019 | | | | | | | | | 15000 |
| 10/21/2019 | Cement Production Casing | | | | | | | | 12000 |
| 10/22/2019 | Begin Moving H&P 259 off pad | | | | | | | | |
| 10/23/2019 | | | | | | | | | 17000 |
| 10/25/2019 | | | | | | | | | 14000 |
| 10/27/2019 | Begin 8th pressure build up test; All wells and all Annuli | | | | | | | | |
| 10/28/2019 | | | Run Schlumberger ultrasonic cement bond log to 6005'; top of cement @ 4150' | Run Schlumberger ultrasonic cement bond log to 6614'; top of cement @ 400' | | | | | 12000 |

| Date | 8H | 6H | 4H | 2H | 14H | 12H | 10H | 1H | Welsh |
|---|---|---|---|---|---|---|---|---|---|
| | End 8th pressure build up test; See Full Pad pressure build up test 10-27-19 tab on this excel sheet for results | | | | | | | | |
| 10/29/2019 | Run Schlumberger fiber optic log for temperature and vibration energy | | | | | | | | |
| 10/30/2019 | | | Run Schlumberger fiber optic log for temperature and vibration energy | Run Schlumberger fiber optic log for temperature and vibration energy | Run Schlumberger fiber optic log for temperature and vibration energy | | | | 13000 |
| 10/31/2019 | Run Schlumberger ultrasonic cement bond log | Run Schlumberger ultrasonic cement bond log | | | | Run Schlumberger ultrasonic cement bond log | Run Schlumberger ultrasonic cement bond log | | |
| 11/1/2019 | | | | | | | Begin cleanout | | 12000 |
| 11/4/2019 | | | | | | | | | 11000 |
| 11/6/2019 | | | | | | | | | 9400 |
| 11/8/2019 | | | | | | | | | 9000 |
| 11/11/2019 | | | | | | Begin cleanout | Finish cleanout, move to 12H | | 9300 |
| 11/12/2019 | | | | | | Finish cleanout | | | |
| 11/13/2019 | First Day workover rig standby, waiting on Fiber Optic results and flow meter installation | | | | | | | | 10000 |
| 11/15/2019 | | | | | | | | | 10000 |
| 11/17/2019 | Begin 9th pressure build up test; All wells and all Annuli; Used flow meter box telemetry to measure pressure | | | | | | | | |
| 11/18/2019 | End workover rig standby | | | | | | | | 10000 |
| 11/20/2019 | | | | | | | | | 9200 |
| 11/21/2019 | Finish 9th pressure build up test; All wells and all Annuli; Used flow meter box telemetry to measure pressure | | | | | | | | |
| 11/22/2019 | | | | | | Finish Setting Patch | | | 11000 |
| 11/23/2019 | | | Run Schlumberger ultrasonic cement bond log with 2000 and 4500 psi pressure | | | | Set casing patch | | |
| 11/25/2019 | | | | | | | Finish cleanout after setting patch | | 10000 |
| 11/26/2019 | | | Set bridge plug @ 5910', perforate at 5799'-5803', injection rate 2 bpm @ 4000 psi | | | | | | |
| 11/27/2019 | | | Squeezed 80 bbls cement, 3600 psi @ 2bpm | | | | | | 7400 |
| 11/30/2019 | | | Perforate from 5,545' to 5,542', set retainer 5462', squeeze 158 bbls cement @ 2400 psi and 2 bpm | | | | | | |

| Date | 8H | 6H | 4H | 2H | 14H | 12H | 10H | 1H | Welsh |
|------|----|----|----|----|-----|-----|-----|-----|-------|
| 12/1/2019 | | | Perforate from 4900' to 4903', got injection rate 2 bpm at 4250 psi for 10 bbl | | | | | | |
| 12/2/2019 | | | shutdown for weather | | | | | | |
| 12/3/2019 | | | Pump zonesafe polymer and microfine cement squeeze in perforations at 4900'; perforate at 4097' to 4100' for next squeeze | | | | | | 9600 |
| 12/4/2019 | | | shoot second set of perforations 3965 to 3968'; injection rate 2 bpm @ 3750 psi; set retainer 3882' | | | | | | |
| 12/5/2019 | Ran Weatherford Geophone Array Production Survey acoustic log to 6660' | | Squeezed 148 bbls cement at 2bpm and 2700 psi, pressure went as low as 800 psi at 1 bpm; shoot perforations at 2490-2493' and 2452-2455' for next squeeze | | | | | | 9600 |
| 12/6/2019 | | | | | Ran Weatherford Geophone Array Production Survey acoustic log to 5560 | | | | |
| 12/7/2019 | | | | Ran Weatherford Geophone Array Production Survey acoustic log to 6560 | | | | | |
| 12/8/2019 | | | Set retainer at 2422'; Squeezed 166 bbls cement at 2bpm and 2100 psi; squeezed 5 bbls of resin behind cement; final pressure 3,099 psi | | | | | | |
| 12/9/2019 | Begin 72 hour pressure build up test with DEP | | | | | | | | |
| 12/9/2019 | | | | | | Begin clean out run to shoe | | Ran Baker Hughes deep shear wave "XMAC" log | 8400 |
| 12/10/2019 | | | | | Ran Baker Hughes deep shear wave "XMAC" log | | | | |
| 12/11/2019 | | | Begin clean out run | Ran Baker Hughes deep shear wave "XMAC" log | | finish clean out run | | | |
| 12/12/2019 | Complete 72 Hour pressure build up test with DEP | | | | | | | | 7000 |

| Date | 8H | 6H | 4H | 2H | 14H | 12H | 10H | 1H | Welsh |
|---|---|---|---|---|---|---|---|---|---|
| 12/15/2019 | | | finish clean out run; all perforations presssure tested to 2100 psi and passed; Run Baker Hughes Segemented Bond Tool cement bond log | | | | | | |
| 12/16/2019 | | | | Shoot perforations 2500' to 2503'; injection rate at 2 bpm 4000 psi; set retainer at 2415', squeeze 11 bbls ultrafine cement and 315 bbls class a cement | | | | | 8500 |
| 12/17/2019 | Shoot perforations 4850-4853' and 4890'-4893'; injection rate 1.7 bpm at 4500 psi; | | | | | | | | |
| 12/18/2019 | Set retainer at 4780'; hesitation squeeze 164 bbls of cement at 0.3 bpm and 3740 psi at end | | | | | | | | 7900 |
| 12/19/2019 | | | | Set bridge plug at 2240', perforate at 2132', set retainer 2080' | | | | | |
| 12/20/2019 | Shoot holes at 4540' | | | Pump hesitation squeeze with 6 bbls microfine cement, 80 bbls class A cement; 1 bpm 2000 psi | | | | | 8300 |
| 12/21/2019 | Set retainer at 4466', hesitation squeezed 164 bbls cement at 1 BPM 900 psi, retainer was leaking and some cement was circulated out | | | | | | | | |
| 12/23/2019 | | | | | | | | | 8700 |
| 12/27/2019 | drill retainer and cement and pressure test perforations, pressure test failed | | | | | | | | 8800 |
| 12/28/2019 | Set cement retainer at 4450'; hesitation squeezed 10 bbls microfine cement, 164 bbls class a cement | | | | | | | | |

| Date | 8H | 6H | 4H | 2H | 14H | 12H | 10H | 1H | Welsh |
|---|---|---|---|---|---|---|---|---|---|
| | Begin 24 hour pressure build up test on all annuli | | | | | | | | |
| 12/29/2019 | Perforate at 2530-2533' | | | | | | | | |
| | End 24 hour pressure build up test on all annuli | | | | | | | | |
| 12/30/2019 | Hesitation squeeze 10 bbls ultrafine cement and 80 bbls class A cement | | | | | | | | 10000 |
| | Begin 24 hour pressure build up test on all annuli | | | | | | | | |
| 12/31/2019 | drill out retainer and pressure test perforations, perforations did not hold | | | | | | | | |
| | End 24 hour pressure build up test on all annuli | | | | | | | | |
| 1/1/2020 | Spot 10 bbls class a cement across perforations (2530-2533') and bradenhead squeeze at 3600 psi | | | begin drilling out cement and retainers and pressure test perforations | | | | | |
| 1/3/2020 | | | drill out bridge plug | Spot 15 bbls class a cement across perforations and bradenhead squeeze at 3500 psi (2132' to 2135' and 2500' to 2503') | | | | | 7400 |
| 1/4/2020 | drill out cement from bradenhead squeeze, perforations held pressure test; continue to drill out retainers and cement | | | | | | | | |
| 1/6/2020 | | | | | | | | | 8700 |
| 1/7/2020 | perforations at 4850-4853' failed pressure test, bradenhead squeeze with 15 bbls class a cement | | | | | | | | |
| 1/8/2020 | | | | drill out cement from bradenhead squeeze and pressure test perforations | | | | | 8700 |
| 1/10/2020 | Drill out cement from bradenhead squeeze and pressure test perforations | | | | | | | | 7400 |
| | Begin 24 hour pressure build up test on all annuli | | | | | | | | |
| 1/13/2020 | End 24 hour pressure build up test on all annuli | | | | | | | | 9000 |

# Powers M Pad  1 Shut in Pressure 10/27/2019 to 1

| Time | 16:00 | 17:00 | 18:00 | 19:00 | 20:00 | 21:00 |
|---|---|---|---|---|---|---|
| 001H well | Psi | Psi | Psi | Psi | Psi | Psi |
| A Section | | 0 | 0 | 0 | 0 | 0 |
| B Section | | 0 | 0 | 0 | 0 | 0 |
| 13 X 20 Section | | 0 | 0 | 20 | 0 | 0 |
| | | | | | | |
| 002H well | | | | | | |
| A Section | | 0 | 0 | 0 | 0 | 0 |
| B Section | | 0 | 0 | 20 | 120 | 180 |
| 13 X 20 Section | | 0 | 22 | 33 | 38 | 45 |
| | | | | | | |
| 004H well | | | | | | |
| A Section | | 0 | 0 | 0 | 0 | 0 |
| B Section | | 0 | 0 | 200 | 100 | 100 |
| 13 X 20 Section | | 0 | 0 | 0 | 0 | 0 |
| | | | | | | |
| 006H well | | | | | | |
| A Section | | 0 | 0 | 0 | 0 | 0 |
| B Section | | 0 | 95 | 0 | 320 | 400 |
| 13 X 20 Section | | 0 | 0 | 0 | 0 | 0 |
| | | | | | | |
| 008H well | | | | | | |
| A Section | | 0 | 0 | 0 | 0 | 0 |
| B Section | | 0 | 750 | 0 | 0 | 0 |
| 13 X 20 Section | | 0 | 0 | 0 | 0 | 0 |
| | | | | | | |
| 010H well | | | | | | |
| A Section | | 0 | 0 | 0 | 0 | 0 |

| B Section | 0 | 0 | 0 | 0 | 0 |
| 13 X 20 Section | 0 | 0 | 0 | 0 | 0 |

**012H well**

| A Section | 0 | 0 | 0 | 0 | 0 |
| B Section | 0 | 0 | 0 | 0 | 0 |
| 13 X 20 Section | 0 | 0 | 0 | 0 | 0 |

**014H well**

| A Section | 0 | 0 | 0 | 0 | 0 |
| B Section | 0 | 180 | 320 | 420 | 500 |
| 13 X 20 Section | 0 | 0 | 0 | 0 | 0 |

## Powers M Pad 1 Sh

| Time | 6:00 | 7:00 | 8:00 | 9:00 | 10:00 | 11:00 |
|---|---|---|---|---|---|---|
| 001H well | Psi | Psi | Psi | Psi | Psi | Psi |
| A Section | | 0 | 0 | 0 | 0 | 0 |
| B Section | | 120 | 120 | 120 | 120 | 120 |
| 13 X 20 Section | | 0 | 0 | 0 | 0 | 0 |

**002H well**

| A Section | | 0 | 0 | 0 | 0 | 0 |
| B Section | | 320 | 320 | 320 | 320 | 320 |
| 13 X 20 Section | | 0 | 0 | 5 | 5 | 5 |

**004H well**

| A Section | | 0 | 0 | 0 | 0 | 0 |
| B Section | | 160 | 160 | 160 | 160 | 160 |
| 13 X 20 Section | | 0 | 0 | 0 | 0 | 0 |

**006H well**

| | | | | | |
|---|---|---|---|---|---|
| A Section | 0 | 0 | 0 | 0 | 0 |
| B Section | 0 | 0 | 40 | 200 | 320 |
| 13 X 20 Section | 0 | 0 | 0 | 0 | 0 |

**008H well**

| | | | | | |
|---|---|---|---|---|---|
| A Section | 0 | 0 | 0 | 0 | 0 |
| B Section | 0 | 0 | 750 | 750 | 0 |
| 13 X 20 Section | 0 | 0 | 0 | 0 | 0 |

**010H well**

| | | | | | |
|---|---|---|---|---|---|
| A Section | 0 | 0 | 0 | 0 | 0 |
| B Section | 0 | 0 | 0 | 0 | 0 |
| 13 X 20 Section | 0 | 0 | 0 | 0 | 0 |

**012H well**

| | | | | | |
|---|---|---|---|---|---|
| A Section | 0 | 0 | 0 | 0 | 0 |
| B Section | 50 | 50 | 50 | 50 | 50 |
| 13 X 20 Section | 0 | 0 | 0 | 0 | 0 |

**014H well**

| | | | | | |
|---|---|---|---|---|---|
| A Section | 0 | 0 | 0 | 0 | 0 |
| B Section | 0 | 0 | 100 | 280 | 420 |
| 13 X 20 Section | 0 | 0 | 0 | 0 | 0 |

0/28/19

| 22:00 | 23:00 | 0:00 | 1:00 | 2:00 | 3:00 | 4:00 | 5:00 | 6:00 |
|---|---|---|---|---|---|---|---|---|
| Psi | Psi | Psi | Psi | Psi | Psi | Psi | Psi | Psi |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 10 | 20 | 30 | 40 | 50 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | 30 | 0 | 30 | 50 | 40 | 50 | 40 | 30 |
| 200 | 240 | 0 | 60 | 100 | 140 | 160 | 180 | 210 |
| 48 | 50 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 120 | 120 | 100 | 100 | 160 | 160 | 160 | 160 | 160 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 500 | 560 | 580 | 610 | 630 | 680 | 700 | 700 | 720 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 580 | 620 | 680 | 700 | 740 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

## ut in Pressure  10/29/2019

| 12:00 | 13:00 | 14:00 | 15:00 | 16:00 | 17:00 | 18:00 | 19:00 | 20:00 |
|---|---|---|---|---|---|---|---|---|
| Psi | Psi | Psi | Psi | Psi | Psi | Psi | Psi | Psi |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 120 | 120 | 120 | 120 | 120 | 120 | 120 | 130 | |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 320 | 330 | 330 | 330 | 330 | 330 | 330 | 330 |
| 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 160 | 160 | 160 | 160 | 160 | 160 | 160 | 160 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 400 | 480 | 540 | 580 | 620 | 640 | 670 | 700 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 0 | 750 | 750 | 120 | 1040 | 1300 | 1200 | 1410 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 520 | 580 | 640 | 690 | 730 | 760 | 780 | 820 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| 7:00 Psi | 8:00 Psi | 9:00 Psi | 10:00 Psi | 11:00 Psi | 12:00 Psi | 13:00 Psi | 14:00 Psi | 15:00 Psi |
|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 50 | 50 | 60 | 60 | 75 | 75 | 75 | 85 | 85 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 40 | 30 | 30 | 30 | 30 | 30 | 30 | 0 | 0 |
| 240 | 280 | 320 | 320 | 370 | 410 | 410 | 420 | 440 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 160 | 170 | 170 | 170 | 180 | 180 | 180 | 180 | 180 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 730 | 0 | 750 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Comments

Venting to tank

Vent to tank @ 09:00 hours max pressure reached

Venting
to tank

Venting to tank

| 16:00 | 17:00 | 18:00 | 19:00 | 20:00 | 21:00 |
|-------|-------|-------|-------|-------|-------|
| Psi | Psi | Psi | Psi | Psi | Psi |
| 0 | 0 | 0 | 0 | 0 | |
| 85 | 100 | 100 | 100 | 100 | |
| 0 | 0 | 0 | 0 | 0 | |
| | | | | | |
| 0 | 0 | 0 | 0 | 0 | |
| 280 | 280 | 290 | 290 | 300 | |
| 0 | 0 | 0 | 0 | 0 | |
| | | | | | |
| 0 | 0 | 0 | 0 | 0 | |
| 200 | 200 | 160 | 160 | 160 | |
| 0 | 0 | 0 | 0 | 0 | |
| | | | | | |
| 0 | 0 | 0 | 0 | 0 | |
| 0 | 0 | 0 | 0 | 0 | |
| 0 | 0 | 0 | 0 | 0 | |
| | | | | | |
| 0 | 0 | 0 | 0 | 0 | |
| 0 | 0 | 0 | 0 | 0 | |
| 0 | 0 | 0 | 0 | 0 | |
| | | | | | |
| 0 | 0 | 0 | 0 | 0 | |

| | | | | |
|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 |

| | | | | |
|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 25 |
| 0 | 0 | 0 | 0 | 0 |

| | | | | |
|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 |

Comments

Built to 20 psi and then drop off to 0 psi did not build anymore pressu

Vent to tank @ 23:00 hours max pressure reached; Venting to ta

B section built to 95 psi17:00 to 18:00 and then drop to 0 psi by

Built pressure to 750 psi max pressure reached open up to vent tank

Vent to tank@ 02:00 max pressure reached; Venting to tank

re

ank

19:00. Started building again @ 20:00 Hours; Vent to tank @ (

)9:00 hours max pressure reached

| WELL | 8-H | 6-H | 4-H | 2-H |
|---|---|---|---|---|
| 4/1/2019 | 0 | 0 | 0 | 0 |
| 4/2/2019 | 0 | 0 | 0 | 0 |
| 4/3/2019 | 0 | 0 | 0 | 0 |
| 4/4/2019 | 0 | 0 | 0 | 0 |
| 4/5/2019 | 0 | 0 | 0 | 0 |
| 4/6/2019 | 0 | 0 | 0 | 0 |
| 4/7/2019 | | | | |
| 4/8/2019 | 0 | 0 | 0 | 0 |
| 4/9/2019 | 0 | 0 | 0 | 0 |
| 4/10/2019 | 0 | 0 | 0 | 0 |
| 4/11/2019 | 0 | 0 | 0 | 0 |
| 4/12/2019 | 0 | 0 | 0 | 0 |
| 4/13/2019 | 0 | 0 | 0 | 0 |
| 4/14/2019 | 0 | 0 | 0 | 0 |
| 4/15/2019 | 0 | 0 | 0 | 0 |
| 4/16/2019 | 0 | 0 | 0 | 0 |
| 4/17/2019 | 0 | 0 | 0 | 0 |
| 4/18/2019 | 0 | 0 | 0 | 0 |
| 4/19/2019 | 0 | 0 | 0 | 0 |
| 4/20/2019 | | | | Rig N |
| 4/21/2019 | | | | |
| 4/22/2019 | | | | |
| 4/23/2019 | | | | |
| 4/24/2019 | | | | |
| 4/25/2019 | | | | |
| 4/26/2019 | | | | |
| 4/27/2019 | | | | |
| 4/28/2019 | | | | |
| 4/29/2019 | | | | |
| 4/30/2019 | | | | |
| 5/1/2019 | | | | |
| 5/2/2019 | | | | |
| 5/3/2019 | | | | |
| 5/4/2019 | | | | |
| 5/5/2019 | | | | |
| 5/6/2019 | | | | |
| 5/7/2019 | | | | |
| 5/8/2019 | | | | Rig N |
| 5/9/2019 | 0 | 0 | 0 | 0 |
| 5/10/2019 | 0 | 0 | 0 | 0 |
| 5/11/2019 | 0 | 0 | 0 | 0 |
| 5/12/2019 | 0 | 0 | 0 | 0 |
| 5/13/2019 | 0 | 0 | 0 | 0 |
| 5/14/2019 | 0 | 0 | 0 | 0 |
| 5/15/2019 | 0 | 0 | 0 | 0 |
| 5/16/2019 | 0 | 0 | 0 | 0 |

| | | | | |
|---|---|---|---|---|
| 5/17/2019 | 0 | 0 | 0 | 0 |
| 5/18/2019 | 0 | 0 | 0 | 0 |
| 5/19/2019 | 0 | 0 | 0 | 0 |
| 5/20/2019 | 0 | 0 | 0 | 0 |
| 5/21/2019 | 0 | 0 | 0 | 0 |
| 5/22/2019 | 0 | 0 | 0 | 0 |
| 5/23/2019 | 0 | 0 | 0 | 0 |
| 5/24/2019 | 0 | 0 | 0 | 0 |
| 5/25/2019 | 0 | 0 | 0 | 0 |
| 5/26/2019 | 0 | 0 | 0 | 0 |
| 5/27/2019 | 0 | 0 | 0 | 0 |
| 5/28/2019 | 0 | 0 | 0 | 0 |
| 5/29/2019 | 0 | 0 | 0 | 0 |
| 5/30/2019 | 0 | 0 | 0 | 0 |
| 5/31/2019 | 0 | 0 | 0 | 0 |
| 6/1/2019 | 0 | 0 | 0 | 0 |
| 6/2/2019 | 0 | 0 | 0 | 0 |
| 6/3/2019 | 0 | 0 | 0 | 0 |
| 6/4/2019 | 0 | 0 | 0 | 0 |
| 6/5/2019 | 0 | 0 | 0 | 0 |
| 6/6/2019 | 0 | 0 | 0 | 0 |
| 6/7/2019 | 0 | 0 | 0 | 0 |
| 6/8/2019 | 0 | 0 | 0 | 0 |
| 6/9/2019 | 0 | 0 | 0 | 0 |
| 6/10/2019 | 0 | 0 | 0 | 0 |
| 6/11/2019 | 0 | 0 | 0 | 0 |
| 6/12/2019 | 0 | 0 | 0 | 0 |
| 6/13/2019 | 9 | 0 | 0 | 0 |
| 6/14/2019 | 6 | 0 | 0 | 0 |
| 6/15/2019 | 87 | 0 | 0 | 0 |
| 6/16/2019 | 3 | 0 | 0 | 0 |
| 6/17/2019 | 1 | 0 | 0 | 0 |
| 6/18/2019 | 9 | 0 | 0 | 0 |
| 6/19/2019 | 11 | 0 | 0 | 0 |
| 6/20/2019 | 2 | 0 | 0 | 0 |
| 6/21/2019 | 0 | 0 | 0 | 0 |
| 6/22/2019 | 0 | 0 | 0 | 0 |
| 6/23/2019 | 0 | 0 | 0 | 0 |
| 6/24/2019 | 0 | 0 | 0 | 0 |
| 6/25/2019 | 0 | 0 | 0 | 0 |
| 6/26/2019 | 8 | 0 | 0 | 0 |
| 6/27/2019 | 6 | 0 | 0 | 0 |
| 6/28/2019 | 2 | 0 | 0 | 0 |
| 6/29/2019 | 2 | 0 | 0 | 0 |
| 6/30/2019 | 0 | 0 | 0 | 0 |
| 7/1/2019 | 1 | 0 | 0 | 0 |
| 7/2/2019 | 2 | 1 | 0 | 0 |

| | | | | |
|---|---|---|---|---|
| 7/3/2019 | 1 | 1 | 0 | 0 |
| 7/4/2019 | 3 | 0 | 0 | 0 |
| 7/5/2019 | 0 | 0 | 0 | 0 |
| 7/6/2019 | 2 | 0 | 0 | 0 |
| 7/7/2019 | 0 | 0 | 0 | 0 |
| 7/8/2019 | 8 | 0 | 0 | 0 |
| 7/9/2019 | 13 | 0 | 0 | 0 |
| 7/10/2019 | 15 | 0 | 0 | 5 |
| 7/11/2019 | 4 | 0 | 0 | 0 |
| 7/12/2019 | 4 | 0 | 0 | 0 |
| 7/13/2019 | 8 | 0 | 0 | 0 |
| 7/14/2019 | 6 | 0 | 0 | 0 |
| 7/15/2019 | | | | Meter |
| 7/16/2019 | 2 | 0 | 0 | 0 |
| 7/17/2019 | 0 | 0 | 0 | 0 |
| 7/18/2019 | 16 | 0 | 0 | 0 |
| 7/19/2019 | 2 | 0 | 0 | 0 |
| 7/20/2019 | 11 | 0 | 0 | 0 |
| 7/21/2019 | 0 | 0 | 0 | 0 |
| 7/22/2019 | 0 | 0 | 0 | 0 |
| 7/23/2019 | 0 | 0 | 0 | 0 |
| 7/24/2019 | 0 | 0 | 0 | 0 |
| 7/25/2019 | | | | Pressure Test On We |
| 7/26/2019 | | | | Pressure Test On We |
| 7/27/2019 | | | | Pressure Test On We |
| 7/28/2019 | | | | Pressure Test On We |
| 7/29/2019 | 0 | 0 | 0 | 3 |
| 7/30/2019 | 0 | 0 | 0 | 0 |
| 7/31/2019 | 0 | 0 | 0 | 0 |
| 8/1/2019 | 0 | 0 | 0 | 0 |
| 8/2/2019 | 5 | 0 | 0 | 0 |
| 8/3/2019 | 9 | 0 | 0 | 0 |
| 8/4/2019 | 4 | 0 | 0 | 0 |
| 8/5/2019 | 4 | 0 | 0 | 0 |
| 8/6/2019 | 0 | 0 | 0 | 0 |
| 8/7/2019 | 0 | 0 | 0 | 0 |
| 8/8/2019 | 0 | 0 | 0 | 0 |
| 8/9/2019 | 0 | 0 | 0 | 0 |
| 8/10/2019 | 0 | 0 | 0 | 0 |
| 8/11/2019 | 0 | 0 | 0 | 0 |
| 8/12/2019 | 0 | 0 | 0 | 2 |
| 8/13/2019 | 6 | 0 | 0 | 0 |
| 8/14/2019 | 0 | 0 | 0 | 0 |
| 8/15/2019 | 0 | 0 | 0 | 2 |
| 8/16/2019 | 0 | 0 | 0 | 0 |
| 8/17/2019 | 0 | 0 | 0 | 0 |
| 8/18/2019 | 0 | 0 | 0 | 0 |

| Date | | | | |
|---|---|---|---|---|
| 8/19/2019 | 0 | 0 | 0 | 0 |
| 8/20/2019 | 1 | 0 | 0 | 0 |
| 8/21/2019 | 0 | 0 | 0 | 0 |
| 8/22/2019 | 1 | 0 | 0 | 0 |
| 8/23/2019 | 2 | 0 | 0 | 0 |
| 8/24/2019 | 2 | 0 | 0 | 0 |
| 8/25/2019 | 3 | 0 | 0 | 0 |
| 8/26/2019 | 1 | 0 | 0 | 0 |
| 8/27/2019 | Shut In | Shut In | Shut In | Shut In |
| 8/28/2019 | Shut In | Shut In | Shut In | Shut In |
| 8/29/2019 | Shut In | Shut In | Shut In | Shut In |
| 8/30/2019 | 7 | 0 | 0 | 2 |
| 8/31/2019 | 4 | 0 | 0 | 2 |
| 9/1/2019 | 5 | 0 | 0 | 2 |
| 9/2/2019 | 2 | 0 | 0 | 0 |
| 9/3/2019 | 4 | 0 | 0 | 1 |
| 9/4/2019 | Flow Meter | 0 | 0 | 0 |
| 9/5/2019 | Flow Meter | 0 | 0 | 0 |
| 9/6/2019 | Flow Meter | 0 | 0 | 6 |
| 9/7/2019 | Flow Meter | 0 | 0 | 2 |
| 9/8/2019 | Flow Meter | 0 | 0 | 2 |
| 9/9/2019 | Flow Meter | 0 | 0 | 8 |
| 9/10/2019 | Flow Meter | 0 | 0 | 7 |
| 9/11/2019 | 20 | 0 | 0 | 8 |
| 9/12/2019 | 15 | 0 | 0 | 9 |
| 9/13/2019 | 17 | 0 | 0 | 4 |
| 9/14/2019 | 55 | 0 | 0 | 4 |
| 9/15/2019 | 70 | 0 | 0 | 6 |
| 9/16/2019 | | | | SPILL REMEDIATION - |
| 9/17/2019 | | | | SPILL REMEDIATION - |
| 9/18/2019 | | | | SPILL REMEDIATION - |
| 9/19/2019 | | | | SPILL REMEDIATION - |
| 9/20/2019 | 78 | 0 | 0 | 9 |
| 9/21/2019 | 60 | 0 | 0 | 5 |
| 9/22/2019 | 76 | 0 | 0 | 10 |
| 9/23/2019 | 17 | 0 | 0 | 7 |
| 9/24/2019 | 8 | 0 | 0 | 35 |
| 9/25/2019 | 0 | 0 | 0 | 12 |
| 9/26/2019 | 0 | 0 | 0 | 9 |
| 9/27/2019 | 0 | 0 | 0 | 9 |
| 9/28/2019 | 0 | 0 | 0 | 64 |
| 9/29/2019 | 0 | 0 | 0 | 59 |
| 9/30/2019 | 0 | 0 | 0 | 42 |
| 10/1/2019 | 0 | 11 | 0 | 33 |
| 10/2/2019 | 0 | 15 | 0 | 58 |
| 10/3/2019 | 0 | 16 | 0 | 45 |
| 10/4/2019 | 0 | 44 | 0 | 29 |

| | | | |
|---|---|---|---|
| 10/5/2019 | 0 | 8 | 0 | 61 |
| 10/6/2019 | 0 | 70 | 0 | 22 |
| 10/7/2019 | 0 | 48 | 0 | 29 |
| 10/8/2019 | 0 | 74 | 0 | 77 |
| 10/9/2019 | 0 | 9 | 0 | 6 |
| 10/10/2019 | 0 | 9 | 0 | 46 |
| 10/11/2019 | 0 | 5 | 0 | 64 |
| 10/12/2019 | 0 | 14 | 0 | 7 |
| 10/13/2019 | 0 | 13 | 0 | 7 |
| 10/14/2019 | 0 | 9 | 0 | 75 |
| 10/15/2019 | 0 | 13 | 15 | 9 |
| 10/16/2019 | 0 | 6 | 7 | 48 |
| 10/17/2019 | 0 | 4 | 5 | 40 |
| 10/18/2019 | 0 | 21 | 5 | 17 |
| 10/19/2019 | 0 | 9 | 6 | 11 |
| 10/20/2019 | 0 | 6 | 6 | 33 |
| 10/21/2019 | 28 | 6 | 9 | 9 |
| 10/22/2019 | | | | RIG N |
| 10/23/2019 | | | | RIG N |
| 10/24/2019 | | | | RIG N |
| 10/25/2019 | | | | RIG N |
| 10/26/2019 | | | | RIG N |
| 10/27/2019 | | | | RIG N |
| 10/28/2019 | | | | RIG N |

| 14-H | 12-H | 10-H | 1-H |
|---|---|---|---|
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| | | | |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |

Move

| | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Move

| | | | |
|---|---|---|---|
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |

| | | | |
|---|---|---|---|
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 11 |
| 0 | 0 | 0 | 24 |
| 0 | 0 | 0 | 42 |
| 0 | 0 | 0 | 11 |
| 0 | 0 | 0 | 4 |
| 0 | 0 | 0 | 4 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 13 |
| 0 | 0 | 0 | 5 |
| 0 | 0 | 0 | 34 |
| 0 | 0 | 0 | 14 |
| 0 | 0 | 0 | 5 |
| 0 | 0 | 0 | 6 |
| 0 | 0 | 0 | 10 |
| 0 | 0 | 0 | 4 |
| 0 | 0 | 0 | 2 |
| 0 | 0 | 0 | 2 |
| 0 | 0 | 0 | 3 |
| 0 | 0 | 0 | 4 |
| 0 | 0 | 0 | 2 |
| 0 | 0 | 0 | 32 |
| 0 | 0 | 0 | 32 |
| 0 | 0 | 0 | 14 |
| 0 | 0 | 0 | 15 |
| 0 | 0 | 0 | 4 |
| 0 | 0 | 0 | 4 |
| 0 | 0 | 0 | 14 |

| | | | |
|---|---|---|---|
| 0 | 0 | 0 | 2 |
| 0 | 0 | 0 | 12 |
| 0 | 0 | 0 | 2 |
| 0 | 0 | 0 | 8 |
| 0 | 0 | 0 | 5 |
| 0 | 0 | 0 | 5 |
| 0 | 0 | 0 | 8 |
| 0 | 0 | 0 | 8 |
| 0 | 0 | 0 | 2 |
| 0 | 0 | 0 | 2 |
| 0 | 0 | 0 | 2 |
| 0 | 0 | 0 | 0 |
| Issues | | | |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 3 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 2 |
| 0 | 0 | 0 | 15 |
| 0 | 0 | 0 | 11 |
| 0 | 0 | 0 | 27 |
| 0 | 0 | 0 | 7 |
| 0 | 0 | 0 | 37 |
| lls for Gas Migration | | | |
| lls for Gas Migration | | | |
| lls for Gas Migration | | | |
| lls for Gas Migration | | | |
| 0 | Connected to Flow Meter | | 26 |
| 0 | Connected to Flow Meter | | 8 |
| 0 | Connected to Flow Meter | | 17 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 4 |
| 0 | 0 | 0 | 6 |
| 0 | 0 | 0 | 1 |
| 0 | 0 | 0 | 3 |
| 0 | 0 | 0 | 2 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 3 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 3 |
| 0 | 0 | 0 | 5 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 5 |
| 0 | 0 | 0 | 3 |
| 0 | 0 | 0 | 3 |
| 32 | 0 | 0 | 3 |

| | | | |
|---|---|---|---|
| 27 | 0 | 0 | 3 |
| 57 | 0 | 0 | 4 |
| 10 | 0 | 0 | 0 |
| 28 | 0 | 0 | 0 |
| 38 | 0 | 0 | 0 |
| 48 | 0 | 0 | 1 |
| 33 | 0 | 0 | 3 |
| 12 | 0 | 0 | 0 |
| 4 | Shut In | Shut In | Shut In |
| 5 | Shut In | Shut In | Shut In |
| 53 | Shut In | Shut In | Shut In |
| 35 | 0 | 0 | 2 |
| 45 | 0 | 0 | 3 |
| 14 | 0 | 0 | 1 |
| 6 | 0 | 0 | 0 |
| 29 | 0 | 0 | 2 |
| Flow Meter | Flow Meter | 0 | 10 |
| Flow Meter | 0 | 0 | 0 |
| Flow Meter | 0 | 0 | 0 |
| Flow Meter | 0 | 0 | 0 |
| Flow Meter | 0 | 0 | 0 |
| Flow Meter | 0 | 0 | 0 |
| Flow Meter | 0 | 0 | 0 |
| 100 | 0 | 0 | 0 |
| 100 | 0 | 0 | 2 |
| 100 | 0 | 0 | 1 |
| 100 | 0 | 0 | 1 |
| 100 | 0 | 0 | 1 |
| NO READINGS TAKEN | | | |
| NO READINGS TAKEN | | | |
| NO READINGS TAKEN | | | |
| NO READINGS TAKEN | | | |
| 22 | 0 | 0 | 71 |
| 18 | 0 | 0 | 40 |
| 28 | 0 | 0 | 47 |
| 23 | 0 | 0 | 50 |
| 17 | 0 | 0 | 15 |
| 0 | 0 | 0 | 7 |
| 26 | 0 | 0 | 31 |
| 23 | 0 | 0 | 7 |
| 15 | 0 | 0 | 22 |
| 19 | 0 | 0 | 47 |
| 0 | 0 | 0 | 19 |
| 0 | 0 | 0 | 41 |
| 0 | 0 | 0 | 5 |
| 0 | 0 | 0 | 7 |
| 0 | 0 | 0 | 26 |

| | | | |
|---|---|---|---|
| 0 | 0 | 0 | 78 |
| 0 | 0 | 0 | 17 |
| 0 | 0 | 0 | 19 |
| 0 | 1 | 0 | 6 |
| 0 | 0 | 0 | 30 |
| 0 | 37 | 0 | 21 |
| 0 | 9 | 0 | 25 |
| 0 | 12 | 0 | 45 |
| 0 | 14 | 0 | 51 |
| 0 | 12 | 0 | 24 |
| 0 | 21 | 0 | 61 |
| 0 | 6 | 0 | 6 |
| 0 | 2 | 0 | 5 |
| 0 | 6 | 0 | 6 |
| 0 | 15 | 0 | 37 |
| 0 | 0 | 0 | 0 |
| 0 | 22 | 0 | 23 |
| MOVE | | | |
| MOVE | | | |
| MOVE | | | |
| MOVE | | | |
| MOVE | | | |
| MOVE | | | |
| MOVE | | | |