# EXHIBIT 3

**To:**        Scott Schroeder[Scott.Schroeder@cabotog.com]
**Cc:**        Phil Stalnaker[phil.stalnaker@cabotog.com]
**From:**      Matt Kerin
**Sent:**      2019-10-03T14:39:48-06:00
**Importance:**        Normal
**Subject:**   Re: Powers TC Adjustment
**Received:**          2019-10-03T14:39:50-06:00

Absolutely. I just want to see where capital stands vs the guide we gave on both programs a few months ago. Sorry for the confusion.

On Oct 3, 2019, at 4:38 PM, Scott Schroeder <Scott.Schroeder@cabotog.com> wrote:

> I still want the third case.
>
> **From:** Matt Kerin <Matt.Kerin@cabotog.com>
> **Sent:** Thursday, October 3, 2019 3:36 PM
> **To:** Scott Schroeder <Scott.Schroeder@cabotog.com>
> **Cc:** Phil Stalnaker <phil.stalnaker@cabotog.com>
> **Subject:** Re: Powers TC Adjustment
>
> Phil,
>
> I'll be back in the office tomorrow morning to start rolling things up but do you know what the D&C Capital was for both case 1 and 2?
>
> Thanks,
> Matt
> On Oct 3, 2019, at 4:33 PM, Scott Schroeder <Scott.Schroeder@cabotog.com> wrote:
>
>> Please create a third case
>>
>> Sent from my iPhone
>> On Oct 3, 2019, at 3:04 PM, Phil Stalnaker <phil.stalnaker@cabotog.com> wrote:
>>
>>> The case 1 we submitted today shows a 2020 production growth of 3.9%. The main reason for the drop is the Powers pad getting delayed due to the remedial work required due to the gas migration issue. If we changed the Powers pad back to the old 4.0 BCF type curve, the production growth goes to 4.9% for 2020. Based on where the Powers pad is located this is a reasonable assumption. Let us know if you want us to revise the forecast to reflect this change or create a third case. The only thing that changes is the production profile and reserves.
>>>
>>> **From:** Adam Wolfe

CONFIDENTIAL                                                          CABOT_00195563

**Sent:** Thursday, October 03, 2019 3:53 PM
**To:** Phil Stalnaker <phil.stalnaker@cabotog.com>
**Cc:** Guy Shirey <Guy.Shirey@cabotog.com>; Gary Hlavinka
<Gary.Hlavinka@cabotog.com>; Jim Novacek
<jim.novacek@cabotog.com>; DuWayne Stainbrook
<DuWayne.Stainbrook@cabotog.com>
**Subject:** Powers TC Adjustment

By changing the Powers type curve to the Old 4.0 bcf/1,000'
TC, we gain 9.3 bcf in 2020(1,063.3 bcf vs 1,054.0 bcf), which
takes our percent growth to 4.9% (vs. 3.9%).

<image001.png>

Thanks,

Adam Wolfe, P.E.
Reservoir Engineer
Cabot Oil & Gas Corporation
412-249-3887

CONFIDENTIAL

CABOT_00195564