# EXHIBIT 4

see the **light**

# YTD 2020 Drilling Performance Summary

10/28/2020

CABOT OIL & GAS CORPORATION

## 2017 - 2020 natural gas use in rig fuel mix



**2020**

Total gas burn : 114,423 mcf
DGE of nat gas: ~ 847,874 gal
Total true diesel (rigs): 1,265,503 gal

Diesel Displacement : **40.1%**
Fuel Cost Savings: ~ **$ 1,212,459**

- *Diesel equivalent price of natural gas realized: $0.52 / gal (includes all service charges + commodity)*
- *Diesel price ~ $1.95 / gal*

CABOT OIL & GAS CORPORATION

# Natural gas as a drilling fuel by program year





*2018 included use of non-bifuel rigs PD 181,532

CABOT OIL & GAS CORPORATION

## 2020 Drilling Overview

**Laterals**
- Average Marcellus lateral

- xx wells drilled
- ~ xxx,000' of lateral

**Delivery / Costs**
- **$3xx/lat-ft – down from $344/ lat-ft in 2019**
- **Cycle times continue to decrease, ROP continues to increase**

- Nabors X36 Under contract through to Dec. 1, 2020 – renewal in progress
- Precision 548 under contract through Dec. 31, 2020 – evaluating options

**Rig Fleet**
- Renewal rates ~ $18,500 per day average – down approx. 20% from 2020

**Safety / EHS**
- **No confirmed COVID 19 incidents on drill sites to date**

**Looking ahead**

# Drilling – 2020 vs historic – cycle time continues to improve



**Quarter by quarter**

| Period | Drill days | Spud to release | Spud to spud | Depth, ft. |
|--------|-----------|-----------------|--------------|-----------|
| Q1-18 | 10.7 | 13.8 | 15.7 | 15723 |
| Q2-18 | 10.9 | 15.0 | 15.5 | 14453 |
| Q3-18 | 10.5 | 13.7 | 15.4 | 16033 |
| Q4-18 | 10.4 | 13.2 | 14.5 | 15476 |
| Q1-19 | 10.0 | 12.7 | 14.1 | 15669 |
| Q2-19 | 9.6 | 11.9 | 13.2 | 15510 |
| Q3-19 | 9.1 | 11.0 | 12.0 | 15453 |
| Q4-19 | 9.3 | 12.2 | 13.1 | 17572 |
| Q1-20 | 8.5 | 10.6 | 11.0 | 15440 |
| Q2-20 | 10.6 | 13.2 | 14.1 | 18055 |
| Q3-20 | 7.8 | 9.7 | 10.4 | 14588 |
| Q4-20 | 7.6 | 12.5 | 13.1 | 15067 |

✓ Drilled 64 wells
✓ Busik 20H, 24H lateral issues, Larue 13H remedial cementing cost ~ 70 drill days (5 net wells)

CABOT OIL & GAS CORPORATION

# Effective Marcellus lateral & drill days



- *Cycle time for an 18,000 ft reduced to 13.7 days - +1 day to 2019 record*

- *1,006,089 ft drilled*

- *Laterals shorter by ~ 300' (1-2 hours drill time) versus 2019*

- *Issues on Busik, Corbin, Larue pads negatively impacted performance and set expectation for 2021*

- *8 20,000+ ft wells added to inventory including Busik 24 at 25,807' – 3 in 2021 so far*

CABOT OIL & GAS CORPORATION

## Drilling costs / lat-ft & Well depths, Lat length, Spud cycle

✓ **Slight decrease DHC per lateral foot**
✓ **Net drop of $ 6 / ft versus 2019**

✓ **Cost overruns:**

1. **Busik 20H – fishing, lost RSS tools, re-drill lateral(2)**
2. **Corbin 20H – reamer run, lost tools, re-drill lateral**
3. **Larue 13H - annular integrity issue, remedial cementing operations**
4. **Cumulative 79 drill days lost in the above**

✓ **In previous downturn, pricing bottomed the year following – pattern developing again this year with drilling day rate reductions**



**Cost per lat-ft by program year**

| 58 | 72 | 92 | 112 | 82 | 30 | 54 | 86 | 94 | 64 |
|----|----|----|-----|----|----|----|----|----|----|
| 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |

CABOT OIL & GAS CORPORATION

# Rig performance and 2021 renewal rates



|  | X36 | H&P 259 | PD 548 |
|---|---|---|---|
| Tier | 1 | 1 | 2 |
| 2018 rate | $ 19,500 | $ 21,500 | $ 17,500 |
| 2019 rate | $ 24,900 | $ 24,000 | $ 19,500 |
| 2020 rate | $ 23,900 | $ 23,000 | $ 19,000 |
| 2021 | $ 18,000 | released | $ 16,500 |
| Well count / footage 2020 | 29 / 480,880' | 7 / 105,664' | 27 / 323,612' |
| ~ 2020 depth | 16,582' | 15,095' | 15,154' |

- ✓ Nabors X36 best overall performer
- ✓ Sister rig (X13) brought in at year end
- ✓ Nabors X13 drilled 1 well in 2020 for Cabot
- ✓ Rig rates down ~20% for 2021
- ✓ Precision 548 to be released in early 2021 after 7 year run for Cabot
- ✓ Precision 560 brought in under a Chevron farm out for 3 pads in 2021

CABOT OIL & GAS CORPORATION

# 2021 - Susquehanna Drilling Rig Contracts

| Rig | Configuration | Contract lapse date | Base day rate (delta from 2020) | Depth | Skid type | Comments |
|---|---|---|---|---|---|---|
| **Precision Drilling 548** | • 1200 HP triple<br>• 2 pump, 7500 psi<br>• 3 gen sets<br>• Bi-fuel | ~ 2/05/21 | $19,000<br><br>(0) | 18,000 | • Omni-directional walk<br>• 18,500' rack back | • **Total Cabot footage – 2.80 million ft.**<br>• **Most successful Cabot North Rig – 7 year continuous run since commissioning**<br>• **194 Cabot wells drilled** |
| Precision Drilling 560 | • 1500 HP triple<br>• 2 pump, 7500 psi<br>• 3 gen sets<br>• Catalytic exhaust<br>• High line power option | ~ 7/15/21 | $16,500 | 25,000 | • Omni-directional walk<br>• 25,000' rack back | • Mobilize after release of PD 548 from Austin Pad in February<br>• Chevron rig laid down after Appalachian exit<br>• Positions Cabot for rig better suited to compete with Nabors X rig performance |
| Nabors Drilling x36 | • 1500 HP triple<br>• 3 pump, 7500 psi<br>• 4 gen sets<br>• Bi-fuel | 12/01/21 | $18,000<br><br>(-$ 5,900) | 25,000 | • Omni-directional walk<br>• 25,000' rack back | • Total Cabot footage – 2.1 million ft.<br>• Issues on Busik pad weighing on performance but rig remains best option for renewal<br>• Holds new Cabot depth record @ 25,807' on Busik 24H |
| Nabors Drilling x13 | • 1500 HP triple<br>• 3 pump, 7500 psi<br>• 4 gen sets<br>• Bi-fuel | 12/01/21 | $18,000 | 25,000 | • Omni-directional walk<br>• 25,000' rack back | • Sister rig to X36<br>• Released by Equinor in 2020 due to shut down of program<br>• Cabot has 2 of 3 X rigs in basin under contract |

CABOT OIL & GAS CORPORATION

# NEPA rigs as of Q1-2021

| | NEPA | Other Appalachia | |
|---|---|---|---|
| Chesapeake | 4 | 0 | Likely to run 4 rigs thru 2021 – 2 Bradford, 2 Wyoming |
| SWN | 2 | 3 | Usually scale back H2, 1 Susq., 1 Bradford |
| Chief | 1 | 0 | Bradford County - steady |
| ARD | 1 | 0 | Lycoming County - steady |
| Cabot | 3 | 0 | |
| Seneca | 0 | 0 | Expected to run 1 rig in 2021 but currently west of area |

CABOT OIL & GAS CORPORATION

# Looking ahead – 2021 drilling rig bid matrix

2021 Rig Bid Matrix

3 rig program - 2.5 to 2.75 net rigs based on schedule adopted

Rig 3 estimated start date - Dec 1 2020

* = includes mobilization spread over estimated year term

** = includes estimate of rig telemetry, Torque modulation, drilling optimization software

| Company | Rig | Gen Count | Mud Pump Count | HHP | Bi- Fuel (Y/N) | Walking (Y/N) | Shaker Count | Catwalk Orientation | Day Rate | In Basin (Y/N) | Mobilization Est | Rig upgrade | Rig Intelligence ** | Effective Rate* | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| H & P | 471 | 4 | 3 | 1500 | N | Y | 3 | side saddle | $ 18,950 | Y | $ 250,000 | $ - | $ 3,000 | $ 22,635 | Last walking rig for H&P in basi - remaining inventory rail skid |
| Nabors Drilling | X36 | 4 | 3 | 1500 | Y | Y | 3 | side saddle | $ 18,000 | Y | $ - | $ - | $ 3,000 | $ 21,000 | under contract with COG currently - term expires 12-1-2020 |
| | X13 | 4 | 3 | 1500 | Y | Y | 3 | side saddle | $ 18,000 | Y | $ 250,000 | $ - | $ 3,000 | $ 21,685 | stacked in basin - last operated for Equinor |
| | X14 | 4 | 3 | 1500 | Y | Y | 4 | side saddle | $ 18,000 | N | $ 300,000 | $ - | $ 3,000 | $ 21,822 | rig mobilization from Wyoming capped at $300K, larger mud system can accommodate 2 systems which will help with swaps, mud costs rig recently upgraded. |
| Patterson - UTI | 342 | 4 | 3 | 1500 | N | Y | 3 | side saddle | $ 19,000 | Y | $ 250,000 | $ - | | $ 19,685 | |
| | 227 | 4 | 3 | 1500 | N | Y | 3 | either | $ 17,500 | Y | $ 250,000 | $ - | $ 3,000 | $ 21,185 | stand alone bid |
| Pioneer Drilling | 71 | 4 | 3 | 1500 | N | Y | 4 | in line | $ 18,250 | Y | $ 250,000 | $ - | $ 3,000 | $ 21,935 | mud pumps are 2000 HP, largest in basin, stand alone bid |
| Precision Drilling | 548 | 3 | 2 | 1200 | Y | Y | 3 | in line | $ 16,500 | Y | $ - | $ - | $ 2,424 | $ 18,924 | under contract with COG currently - term expires 1-1-2021 renewal rate for 6 month term |
| | 560 | 3 | 2 | 1500 | N | y | 3 | in line | $ 16,500 | Y | $ 250,000 | $ 550,000 | $ 2,424 | $ 21,116 | add 3rd mud pump - DC SCR - not full upgrade to Amphion |
| | 572 | 3 | 2 | 1500 | N | Y | 3 | in line | $ 12,500 | Y | $ 250,000 | $ 550,000 | $ 2,424 | $ 19,368 | subsidized by Chevron through 9/30/21, add 3rd mud pump - DC SCR - not full upgrade to Amphion |

**Boxes indicates mult - rig deal pricing - have not yet asked individual rates**

CABOT OIL & GAS CORPORATION

# 25 wells have exceeded 20,000 ft. (since 2016)

- Overall average "spud to spud" for 25 wells drilled is 21 days at depth 21,536'

- 2019 average "spud to spud" for 10 wells was 19 days at depth 22,112'

- 2019 cost averaged $185.25/ft.  or $ 285.22/ lat-ft. for drilling **but Powers GMI costs increased this cost to $329.96/ lat-ft.**

- Forwood 6, Abbott 2 lowest at $233/lat-ft. in 2019. Overall low cost was Tsourous 4 at $200.25 / lat-ft.

- <span style="color:red">Only 5 20,000 ft. wells confirmed on 2020 schedule</span>

- Longest well is Forwood 8 at 25,763 ft. (20 days spud to release)



CABOT OIL & GAS CORPORATION

# 2019 – cost per lateral ft.



Field Estimated Cost / Lateral Length vs. Lateral Length

| Rig | Ave lateral | Ave cost |
|-----|-------------|----------|
| PD 548 | 7289' | $ 412.90 |
| H&P 259 | 10100' | $ 400.60 |
| Nabors X36 | 7669' | $ 370.14 |

Marker by: (Row Number)
Color by: Rig name

- H & P 259
- Nabors PaceX 36
- Precision 548

- To get notable drilling cost reductions, must drill as long a well as possible
- Weakest rig to be released after current pad

CABOT OIL & GAS CORPORATION

# Rig performance and 2020 renewal rates



surface shoe

intermediate shoe

kick off pt.

base of curve

TMD

Precision 548 - last 8    Nabors X36 - last 8    H&P 259 - last 8

|  | X36 | H&P 259 | PD 548 |
|---|---|---|---|
| Tier | 1 | 1 | 2 |
| 2018 rate | $ 19,500 | $ 21,500 | $ 17,500 |
| 2019 rate | $ 24,900 | $ 24,000 | $ 19,500 |
| *2020 rate* | *$ 23,900* | *$ 23,000* | *$ 19,000* |
| **Well count 2019** | **38** | **17** | **33** |
| ~ depth | 15,686' | 17,909' | 15,329' |
| $/ft. 2019 | $ 171.96 | $ 209.83 | $ 180.40 |
| $/ft. last 8 wells | $ 166.97 | $ 216.37 | $ 172.61 |

✓ PD 548 ~ 2.3 million feet drilled for Cabot since commissioning (162 wells)

✓ H&P 259 holds **Marcellus lateral** record at 18,279' for Cabot

CABOT OIL & GAS CORPORATION

# 2019 v 2020 Drilling costs



**2019 - $182/FT.**

**2020 -$161/FT.**

- Issues resolution cost represented ~ 4% of all DHC budget in 2019 – **translates to $6.63/ft drilled**

- Never factored in to budget ("don't plan for failure")

- 12% drop in DHC cost expected in 2020 due to cost reductions, continued efficiency gains

CABOT OIL & GAS CORPORATION

# 2020 cost change estimates

| Activity Group | 2019 $/ft. | 2020 $/ft. | Delta | Comments |
|---|---|---|---|---|
| Location & Construction | 8.01 | 6.81 | (1.20) | Some volatility to drill plan changes |
| Contract Drilling - Day work | 25.30 | 23.42 | (1.88) | Rigs down ~ $1000/day, reduce automation processes |
| Drilling Mud & Chemicals | 18.34 | 16.50 | (1.83) | Efficiency gains due to reduced pit cleanings & mud system swaps |
| Disposal | 13.99 | 13.99 | - | Higher landfill costs offset by above efficiency gains, reduced tonnage |
| Directional Drilling | 13.11 | 11.14 | (1.97) | Sector leveraged due to rig count reduction and plethora of RSS tools |
| Well Site Supervision | 5.68 | 5.68 | - | |
| Mud Logging | 2.52 | 2.52 | - | |
| Logging | 2.08 | 1.04 | (1.04) | Higher in 2019 due to regulatory requirements and GMI's |
| Equipment Rentals | 6.81 | 6.47 | (0.34) | |
| Well Equipment Surface | 3.71 | 3.53 | (0.19) | |
| Well Supplies - Surface | 0.94 | 0.94 | - | |
| Tubulars | 31.56 | 29.04 | (2.53) | Year end 2019 pricing should hold fairly flat through 2020 |
| Cementing | 15.94 | 13.55 | (2.39) | Continue to improve economics of slurry performance |
| Bits | 4.72 | 4.48 | (0.24) | |
| Well Supplies Subsurface | 4.97 | 4.97 | - | |
| Contract Labor | 5.56 | 5.56 | - | |
| Rig Mob / Demob | 4.76 | 4.05 | (0.71) | |
| Transportation | 0.88 | 0.79 | (0.09) | |
| Power, Fuel & Water | 6.72 | 6.72 | - | |
| Drilling issues, GMI, cement, squeezes, drill outs | 6.63 | - | (6.63) | ELIMINATE WELL CONSTRUCTION ISSUES |
| Grand Total | $ 182.23 | $ 161.19 | | |

*Currently averaging $163.91 through 1st 5 wells in 2020*

CABOT OIL & GAS CORPORATION