# EXHIBIT 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

Civil Action No. 4:21-cv-02045

DELAWARE COUNTY EMPLOYEES RETIREMENT
SYSTEM, Individually and on behalf
of all others similarly situated,

             Plaintiffs,

v.

CABOT OIL & GAS CORPORATION, et al.,

             Defendants.

_____

        ***********************************

        REMOTE VIDEO DEPOSITION OF GUY SHIREY

                 July 31, 2023

        ***********************************

        REMOTE VIDEO DEPOSITION OF GUY SHIREY taken via
Zoom in the above-styled and numbered cause on July 31,
2023, commencing at 10:04 a.m. Eastern before Gina Williams,
Registered Professional Reporter, Certified Realtime
Reporter, and Certified Realtime Captioner.

Q    Understood.

And so the turn in line delays that were referenced here were caused by drilling issues and remediation work.

Do you see that?

A    Yes.

Q    Do you recall what remediation work it was that caused the TIL delays?

A    I don't at this time.  I don't recall specifically which one that was.

Q    Well, asking more generally, how can remediation cause turn in line delays?

MR. STOKES:  Objection to form.

A    In the sense that during the drilling and construction process, and you had some downhill -- downhole problems with either casing or cement or what have you, and that needed to be remediated, you know, that's why it says "drilling issues and remediation work," and that delayed the turn in line of several wells or more a pad of several wells, then that could be what that's referring to.

BY MR. LAVELLE:

Q    And I know it's very apparent to you because you've lived it, but can you expound upon or provide some examples of how remediation can delay turn in line at a well?

well that's being turned in line and an existing well at the time that you are referring to from the earlier days of your career at Cabot in 2013, '14 and '15?

MR. STOKES:  Objection to form.

A     Well, anytime you're drilling a new well and turning it online, I think we all know that new wells make more gas than old wells.

So when you're forecasting and meeting guidance, yes, a delay of new wells is more harmful than remediating old wells for gas migration issues.

But even at that, you know, and I can only recall one incident ever that a significant delay in a well pad caused us to change a production guidance.

BY MR. LAVELLE:

Q     And what was that?

A     That was a Powers pad in 2019, I believe, and it might be what I'm referring to in some of these delays.

There was a Powers pad in Zone 1 that were projected to be very strong wells.  We were trying to get additional acreage, what you would call bolt-on acreage so we could drill them 4,000 feet longer once we started drilling the lateral, and there were eight of them.

So negotiations drug on, but we drove the vertical portions of the wells, and then we had to wait for the leasing to go through, so that delayed this Powers pad.

And then it was further delayed by some downhole issues they had on the Powers pad that Steve would have to speak to it.  I don't know the details.  I wasn't working on drilling and construction of wells.

But it became apparent to us that the delay of this Powers pad, eight strong wells, was going to be -- don't hold me to it -- but a significant amount of time.

So I believe in the summer of 2019 we actually adjusted guidance based on this pad of wells that was significantly delayed.

That's the only time I remember that we changed guidance and were concerned about meeting production forecasts based on delay of pads.

Delay of pads is always concerning, but it's not enough to adjust guidance other than that one occasion.

Q    That was the Powers M pad you are discussing?

A    Yes.

MR. STOKES:  Hey, we've gone another 70 minutes or so.  I think it's time to take a break.

MR. LAVELLE:  Yeah, that's fine with me.  Let's take that break.

VIDEOGRAPHER:  The time is 5:06 p.m.  We're off the record.

(Recess was taken.)

VIDEOGRAPHER:  We're back on the record.  The