# EXHIBIT 4

Deposition of Marcus Barnes                    Delaware County Employees Retirement System v. Cabot Oil & Gas Corp., et al

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

Civil Action No. 4:21-cv-02045

DELAWARE COUNTY EMPLOYEES RETIREMENT
SYSTEM, Individually and on behalf
of all others similarly situated,

            Plaintiffs,

v.

CABOT OIL & GAS CORPORATION, et al.,

            Defendants.

_____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

REMOTE VIDEO DEPOSITION OF MARCUS BARNES

August 2, 2023

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

        REMOTE VIDEO DEPOSITION OF MARCUS BARNES taken
via Zoom in the above-styled and numbered cause on August 2,
2023, commencing at 9:05 a.m. Eastern before Gina Williams,
Registered Professional Reporter, Certified Realtime
Reporter, and Certified Realtime Captioner.

A    Some wells --

Some work on wells could go very quickly, and you would be ready to move the rig in a short amount of time.

Until you perform well work, you don't always have a great estimate of how long the scope of work could take.  It could be a day or maybe a week or two.

So it just made more sense to methodically work through the wells.  And after we performed the work, we'd have the opportunity to evaluate the results from our work.

MR. HELLER:  Alex, can you please pull up Tab 24 and mark as Exhibit 69.

Is that correct?

VIDEOGRAPHER:  Yep.

(Exhibit 69 was marked for identification.)

BY MR. HELLER:

Q    The cover e-mail here is an e-mail that you sent to Mr. Cordes and other Cabot personnel dated June 4, 2019 with the "Subject: 2019 Workover Cost Tracking MSB."

This e-mail has a few attachments.  We'll be looking at the spreadsheet with the same name as the subject of the e-mail.

A    Okay.

Q    Do you see on the cover e-mail where you wrote, "I updated this sheet this morning.  We can reference during the meeting"?

Deposition of Marcus Barnes

A    Okay.  Yes.

Q    Do you recall what meeting you're referring to in this e-mail?

A    I do not.  That was several years ago.

Q    Please turn to the attached spreadsheet.

MR. HELLER:  Alex, if you can pull this up in the native form, please.

VIDEOGRAPHER:  Counsel, do you want to mark this as an additional exhibit?

MR. HELLER:  Yes, please.  We can mark this as Exhibit 70.

(Exhibit 70 was marked for identification.)

BY MR. HELLER:

Q    In the left-hand column, the header says "Expense Type."

Do you see that?

A    Yes.

Q    What does "Capital" mean under there?

A    If equipment was being installed on a well, I believe it would be capitalized.

Q    What does "LOE" mean?

A    It's a lease operating expense.

Q    You then have headers.

Do you recall preparing this spreadsheet?

A    I do not.  I do not remember.

It looks like I --

Based on the e-mail, I prepared some of this, but I don't remember preparing this.

MR. STOKES:  I'm just asking for clarification.  So I'm looking at the second page -- I'm sorry -- third page of Exhibit 69.  And then it looks like you marked the spreadsheet that's a native document as 70.  Can we just confirm that's the same document?

MR. HELLER:  Are you looking at the "Capital LOE" on the third page?  Is that what you're referring to, Mr. Stokes?

MR. STOKES:  Yeah, just the document as a whole.  So I'm looking at --  Is Exhibit 70 that you've marked, is that the same document as the third page of Exhibit 69?

MR. HELLER:  Yeah, the --  Well, the second and third page of Exhibit 69.  Yeah, the third page of Exhibit 69, which I'm not going to be looking at, is what is on sheet three of this native.  It has "Capital" and "LOE."

MR. STOKES:  All right.  Thanks a lot.

BY MR. HELLER:

Q    Under the categories at the top it says, "RBP" under certain -- next to certain project names.  What does "RBP" mean?

A       Retrievable bridge plug.

Q       What is a retrievable bridge plug?

A       Bridge plug that can be retrieved.

Q       You'll see on the headers you have an AFE Cost Estimate and Field Estimates.

What's the difference between an AFE/cost estimate and a field estimate?

A       An AFE estimate, I believe in this context here, would be what was submitted through the AFE approval process for the estimated costs.

And a field estimate would be what our on-site supervisors would be recording that costs were coming in at.

Q       Direct your attention to row 38.  It has, "Jeffers Farm 18H RBP set/pull."

Do you see that?

A       I do.

Q       What does "RBP Set/Pull" mean?

A       Setting and pulling an RBP.

Q       At this time were you performing any work on the Jeffers Farms wells?

A       I don't recall.

All these projects here are not all of my projects.

I believe this was a summary at the time of the team's projects that had been ongoing.

Q    Do you recall that Jeffers Farms had a gas migration investigation?

A    I am aware that the Jeffers Farms wells had a gas migration investigation, but I believe that happened prior to my employment with the company.

Q    In 2018 did you do any work on the Jeffers Farm pad?

A    Not that I recall.

Q    How about in 2019, did you do any work on the Jeffers Farm pad?

A    I don't recall if this was my project or another engineer's on the team.

Q    Do you recall doing any work on the Howell well pad in 2018 or 2019?

A    I do not recall working on the Howell wells during that time.

Q    Do you see under column L on row 38 it says, "RBP recovery turned into a fishing job"?

A    I can't see that on the screen.
     Which well is that referencing?

Q    That is the same Jeffers Farms 18H well.

A    Oh, okay.

Q    What does that mean?

A    Based on what I'm reading, I would assume they had issues recovering a plug, and they had to fish the plug

Delaware County Employees Retirement System v. Cabot Oil & Gas Corp., et al

from the well.

Q        In your experience, why would there be issues recovering the RBP?

MR. STOKES:  Objection to form.

A        I can't speak to why something would become problematic downhole.  If there's an issue, then we'll determine a path to correct the issue.  But as to why they would become an issue, I can't specifically speak to that.

BY MR. HELLER:

Q        The work described here, "RBP recovery turned into a fishing job," is that remedial work?

A        That's well work to recover an RBP.

Q        Is that well work that means something is defective with the well?

A        In this case here, fishing job for the RBP, wouldn't indicate anything defective with the well to me.

Q        Could the well operate with that RBP?

A        When the RBP is set, the well would be offline.

Q        The well would be offline when it's set?

Is that what you said?

A        When an RBP is set in a well, the well is typically not producing.

Q        The well not producing the entire time that the RBP is in the well?

MR. STOKES:  Objection to form.

A       When an RBP is set in a well, it generally is not producing.

BY MR. HELLER:

Q       Would the Jeffers Farm well be able to produce with the necessary fishing job --

I'll state that differently.

When a fishing job like this is necessary, would the well be producing?

MR. STOKES:   Objection to form.

A       During a fishing job, the well would be not producing so that the well work could be safely performed.

BY MR. HELLER:

Q       Is that general practice anytime fishing is being performed, the well is not producing?

A       I would say that that is a fair comment.

Q       Column N next to this it says, "Q2 2019 Expenses" with a total of $804,866.

Do you see that?

A       Sorry.  It's kind of tough to see here.

"Q2 2019 Expenses," I see what looks like the last column on the document I'm looking at on the screen, I believe I see $804,000.

Q       What does it indicate --

At the top of that column that says "Q2 2019 Expenses"?



Are those the actual expenses incurred in Q2 2019?

MR. STOKES:   Objection to form.

A       I believe that is the estimate of what had been spent during that quarter on a given project, when looking at this information.

BY MR. HELLER:

Q       When you say "estimate," what do you mean?

A       From looking at the daily reports from our consultants to see what their job estimates were.

Q       That figure is based on actual daily expenses; is that correct?

A       The consultants enter their daily cost estimates into a software that builds a daily report on that well's work during that day.

Q       Next to that column has nothing in it, has a zero for the cost estimates at N Q1.

Do you see that?

A       Yes.

Q       Does this mean that all of the work was performed in Q2 2019?

A       Without evaluating the well history reports of the work completed, I can't say that with certainty.

Q       Well, if we move over to the start date and end date, you'll see that the start date is 4/29/2019, and the

Deposition of Marcus Barnes

end date is 5/29/2019.

Do you see that?

A    I do.

Q    So during that month period, does that mean that $804,866 was spent to recover this RBP?

A    Without reviewing the specific well history reports, I can't say for certain.

This is from several years ago.  So to give you the most accurate answer, I'd have to review the well history.

Q    What does the header "Cost Estimates at End Q1" mean?

A    I would assume that those are the costs that had been incurred at the end of the first quarter when reviewing this document, but I'd have to go back and review each individual well to ensure that that's an accurate statement.

Q    In your cover e-mail you say that you updated the sheet this morning, June 4, 2019; is that correct?

A    I need to bring back the document.  I think there's a different one.

Is this Exhibit 69?

Q    Yes.

A    I see where I said that I updated the sheet this morning.

Q    This is a summary of all workover cost tracking.

Deposition of Marcus Barnes

So were you trying to be as accurate as possible when you prepared this document?

A       Can you repeat the question?

Q       This workover cost tracking is a summary of the workover costs.

So were you trying to be as accurate as possible when you prepared this spreadsheet?

A       Like I said, not all these projects would have been my projects.  The team is included on here.  It is our goal to be accurate in our estimates.

Q       Going back to the spreadsheet, the column we were looking at are the cost estimates at end Q1.

Are these actual figures -- actual expenses that Cabot incurred?

A       I answered that question already.

Q       Did you answer that question for cost estimates at end Q1?

A       I thought I did.  If I didn't, I apologize.

I believe these would have been estimates as stated at the end of Q1.

Q       You sent this on June 4, 2019 after the end of Q1.

Would you have updated this with actual expenses?

A       I don't recall if I would have updated this with actual expenses.

When I look at the field estimates, which come from our daily reporting system in column H, those numbers match the values in column M, and would I believe that the field estimates came from our daily reporting system, which are estimates and not actuals, to the best of my knowledge.

Q    What are those estimates based on?

A    As I stated earlier, those estimates were from our on-site supervisors providing estimates of the daily costs to perform work.

Q    Let's look at row 40, "Ely 1V P&A."

Do you see that?

A    I do.

Q    If you look at column K, it has a total expected capital of 1,402,858; is that correct?

A    That's the number I see in column 40 for Ely 1V.

Q    Column L states, "Preparing for Milling Operations."

Do you see that?

A    I do.

Q    What does that mean?

A    I'd have to review the well history to be sure at this point in time which operations were going to begin happening to the well.

Q    Looking at the same row, column N has a number of $323,553 for Ely 1V for the costs at the end of Q1.

Do you see that?

A    Okay.

Q    Next to that column N has Q2 2019 expenses of $1,079,305.

Do you see that?

A    I do.

Q    Does this mean that at this time you expected the expense to be $1,079,305 in the second quarter?

A    I believe that's what the estimate for Q2 would be because in column J I referenced some potential expected remaining capital to be spent.

So that would be an estimate.

Q    Does this mean at this time you expected the majority of this work to be performed in Q2 2019?

A    I can't specifically know how long work is going to take, but I do my best to perform estimates of how long it will take to complete work.

Q    The "Ely 1V P&A AFE/Cost Estimate" in column G is $585,500.

Do you see that?

A    I do.

Q    What number would Cabot have included in its 2019 budget for this work?

A    I'm not responsible for the budget.  I'm unsure if they would have included the 585 as a number or if they

Deposition of Marcus Barnes

would have included it.  I don't know.  I'm not responsible for the budget to be sure.

Q        Do you know what number Cabot would have used for its 2019 capital expenditures forecast?

A        I don't recall.

Again, I don't deal with managing our budget or preparing it.

Q        At the time of this start date for the Ely 1V P&A, which is dated 1/7/2019, what number would Cabot have been using for the expense for this work?

MR. STOKES:  Objection to form.

A        Again, if you're referring to the budget, I don't deal with the budget, nor do I know what numbers they would have used in the budget.

I do know --

I do know, from looking at this information, that I would have originally AFE'd the cost to perform work at $585,000.

BY MR. HELLER:

Q        And once the work comes in at --

Once the work comes in at over $1 million, would you update the AFE?

A        I believe I prepared a supplement for this work and routed it through our AFE approval system.

Q        What is a supplement?

Deposition of Marcus Barnes

A       Documentation for additional expenditures on an AFE.

Q       Until you submit that supplement, would anybody know about this additional expense?

MR. STOKES:  Objection to form.

A       I'm not sure who all would be aware.

My costs were on daily reports of our cost estimates to date.

I would assume that people have the opportunity to look and see if they wanted to know how much money had been spent.

BY MR. HELLER:

Q       Do you know if anybody in finance looked to see how much money was spent?

A       I don't know.

Q       Who do you submit that supplement to?

A       Goes into our AFE approval system.

Q       And do you know who gets it after that?

A       There are templates for approval processes in there that I'm unaware of the specific template levels.

I can't specifically say, without going back and looking at the software, who would have received that supplemental documentation.

Q       For an ongoing project like this, when would you put in that supplement?

A    I don't recall when the supplement was submitted.

Q    Would you do it near the time that the work was being performed?

A    If I knew that I was going to exceed my AFE cost estimates substantially, I would make efforts to submit supplemental AFE for the additional costs to be incurred.

Q    Once you became aware in Q2 2019 that an expense would be more than the AFE estimate, you would submit a supplement; is that correct?

A    Supplements are submitted when it was believed that an AFE is going to be overspent.

I don't know the specific policy for the metrics that deem the requirements of the supplemental.  I know that, you know, even based on looking at this and the work on the well, we were going to spend several hundred thousand dollars more to finish the work, so this would have had a supplemental documentation ran through the system.

Q    Row 41 has "Gesford 2V Remedial Squeeze Work."

Do you see that?

A    "Gesford 2V" --

Q    This has a start date of 1/7/2019, is ongoing at this time.

Do you see that?

A    Okay.

Q    AFE cost estimate of $585,800.

Deposition of Marcus Barnes

Do you see that?

A    I do.

Q    It has a total expected capital of $1,042,257.

Do you see that?

A    I do.

Q    Go to column, I believe M.  Column M has $762,724 for the cost estimates at end of Q1.

Do you see that?

A    I do.

Q    The Q2 2019 expenses is $279,533.

Do you see that?

A    I do.

Q    Would you have submitted a supplement for this work for the difference between the $585,500 AFE estimate and the total work performed?

A    I believe a supplement was submitted for this work.

Q    Would you submit two supplements, or when would a supplement be submitted?

A    I believe I only submitted one supplement.

If your supplemental costs were expected to be continually overran due to change in job scope, there is potential that you would submit an additional supplement.

Q    So at the end of Q1 the costs are $762,724.

You would then submit a supplement around that

Deposition of Marcus Barnes

time; is that correct?

A    I can't specifically tell you the date in which I submitted a supplement.  I believe I did submit a supplement, but the actual specific date I don't recall.

Q    Do you see that the end date is ongoing for both the Ratzel -- or for the Gesford 2V and Ely 1V work; is that correct?

A    I do see that.

Q    Is your testimony that you believe that you submitted one supplement for each of these?

A    To the best of my knowledge, I believe I submitted one supplement.

Q    Row 48 has "Ratzel 3V Remedial Squeeze Work."

Do you see that?

A    I do.

Q    The last row -- or not the last row -- almost the last row.

In this column in the category column, like the category column for "Gesford 2V Squeeze Work," it says, "Remedial."

Do you see that?

A    I do.

Q    And if you scroll over to the "Ratzel 3V" column M, it has $285,525.

A    I see that.

Delaware County Employees Retirement System v. Cabot Oil & Gas Corp., et al

Q    For the Q2 2019 it has $196,485.

Do you see that?

A    I do.

Q    And the next row is "Gesford 7H Wellhead Replacement."

Do you see that?

A    I do.

Q    And for the start date you see that it says June 2, 2019?

A    I do.

Q    Is it your understanding that this work would be included as an expense in the second quarter only?

A    Based on the information in this Excel sheet and that date, it looks like it would have all occurred during the second quarter, I think.

Q    How far before a start date --

Scratch that.

For this Gesford 7H wellhead replacement, how far before that start date would you typically submit an AFE cost estimate?

A    When I'm aware that work is going to need completed, I'll work to submit AFEs in advance of starting the job.

Q    When would the Q2 2019 expenses be added to the budget?

Deposition of Marcus Barnes

MR. STOKES:  Objection to form.

A    I don't --

I don't deal with the budget.  I'm not sure when.

BY MR. HELLER:

Q    You are the person most knowledgeable at this time for the wells that you're working on for the cost that's going to be incurred; is that correct?

MR. STOKES:  Objection to form.

A    I was working on several wells that you've asked questions about here in this spreadsheet.

BY MR. HELLER:

Q    For the company's capital expenditures, did you have any role in putting those together?

A    I was not responsible for preparing our budget.

Q    How would Cabot know how much remediation cost is going to -- how much to expense for remediation cost without information provided by you?

MR. STOKES:  Objection to form.

A    They may have requested information on workovers, but I don't know how they included that in the budget.

There's an AFE system that we submit our paperwork to that the approval templates would have folks aware of cost estimates for work, but beyond that I don't know how they would implement that into the budget.