# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

Civil Action No. 4:21-cv-02045

DELAWARE COUNTY EMPLOYEES RETIREMENT
SYSTEM, Individually and on behalf
of all others similarly situated,

            Plaintiffs,

v.

CABOT OIL & GAS CORPORATION, et al.,

            Defendants.

_____

        ***********************************

        REMOTE VIDEO DEPOSITION OF MATT KERIN

                August 22, 2023

        ***********************************

        REMOTE VIDEO DEPOSITION OF MATT KERIN taken via
Zoom in the above-styled and numbered cause on August 22,
2023, commencing at 9:07 a.m. Central before Gina Williams,
Registered Professional Reporter, Certified Realtime
Reporter, and Certified Realtime Captioner.

Deposition of Matt Kerin

A      That's what the slide says, yes.

MR. LAVELLE:  I want to look at a new document.
Let's go off the record real quick.

VIDEOGRAPHER:  We're off the record 1:22 p.m.

(Discussion was held off the record.)

VIDEOGRAPHER:  We're back on the record 1:23 p.m.

BY MR. LAVELLE:

Q      Next up I'd like to look at a document that was previously marked as Exhibit 31.

Can you please pull that one up?

So this is a July 30, 2019 e-mail sent from Steve Novakowski to Scott Schroeder, Steve Lindeman and Phil Stalnaker, "Subject: E-mailing Scott S 7/29/19 with the attachments, a PowerPoint with the same name, "Scott S 7/29/19."

The next page has the attached presentation, which is entitled "Drilling July 29-30, 2019."

Have you ever seen this particular presentation?

A      I don't recall seeing this particular one.

Q      If you turn a ways into the presentation to page 40 of the presentation to the slide entitled "Powers M Pad GMI, Status as of July 29, 2019."

Let me know when you get there.

A      I'm there, yep.

Q      If you turn just a few more pages in to

internally marked page 44, the slide "Sequence/Timeline of Activity."

Let me know when you're there.

A    I'm there.

Q    And then there's a table with some commentary in the margin on the right-hand side that states, "After drilling to TD," total depth, "issues with cement ops on both 10H and 12H wells."

It states, "Operation suspended while drilling 14H lateral at 18,060 feet."

Do you see that?

A    No, I'm sorry.  I'm sorry.  Can you repeat where it is exactly?

Q    Sure.  We're on internal page 44.

A    Is it the "After drilling to TD issues," that thing?

Q    Correct.

A    Yeah, I see what you're --

I see the comment.

Q    And then it points to a portion of the table on the left-hand side, some dates, "6/12 to 6/25, 10H, pull plug, drill and land curve, drill to TD of 21,197 feet cement."

It has a note, "Pressured out during displacement of cement approximately 3,000 feet from TD."

Deposition of Matt Kerin

The next box down or row has, "6/26 to 7/12, 12H pull plug, drill and land curve, drill to TD of 21,024 feet and cement.  Note:  No spacer returns to surface.  Plug bumped."

Then the next row, states "7/13 to 7/21, 14H, pull plug, drill and land curve, drill to depth of 18.060 feet.  Set two cement plugs and suspend operations due to GMI reported 7-17 (initial LO Complaint 7-12)."

Do you see that?

A    I do.

Q    Do you have an understanding that "LO" refers to landowner?

A    No.  I was going to say I don't know these acronyms, really, like we talked about.

Q    Is it your understanding that "GMI" refers to a gas migration investigation?

A    I've never used that acronym, so I was not familiar with that.

Q    Have you heard it used at Cabot before?

A    I don't recall hearing the acronym.

I've heard the term "gas migration," but not "GMI."

Q    Specifically looking at the last box we read regarding "Suspend operations due to GMI reported 7-17."

Do you see that?