**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| DELAWARE COUNTY EMPLOYEES RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CABOT OIL & GAS CORPORATION, *et al.*,<br><br>Defendants. | Case No: 4:21-CV-02045 |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO AMEND
ANSWER TO PLAINTIFF'S "FIRST AMENDED CONSOLIDATED COMPLAINT
FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS"**

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Defendants Cabot Oil & Gas Corporation, Dan O. Dinges, and Scott C. Schroeder file their Motion for Leave to Amend Answer to Plaintiff's "First Amended Consolidated Complaint for Violations of the Federal Securities Laws" (the "Motion") and would respectfully show the Court as follows:

Defendants request leave to amend their answer to add four additional defenses, which are set forth below. Plaintiffs do not oppose this request, which if granted would be the first time Defendants have amended their answer in this matter. The deadline for motions for leave to amend pleadings is October 20, 2023. Defendants' motion is therefore timely. Rule 15(a) of the Federal Rules of Civil Procedure provides that a district court "should freely give leave [to amend] when justice so requires." Fed. R. Civ. P. 15(a)(2). Defendants are not filing this motion for purposes of delay, are making no other substantive changes to their answer, and do not foresee any prejudice.

Defendants therefore respectfully request that the Court grant their Motion and allow the filing of their First Amended Answer, a copy of which is attached hereto as Exhibit A.

- 1 -

**Proposed Additional Defenses in First Amended Answer:**

### THIRTY-THIRD DEFENSE

Plaintiffs' claims and/or the claims of any members of the class that Plaintiffs purport to represent are barred, in whole or in part, to the extent that the claims asserted are barred by applicable statutes of limitations or statutes of repose.

### THIRTY-FOURTH DEFENSE

Plaintiffs' claims and/or the claims of any members of the class that Plaintiffs purport to represent are barred, in whole or in part, to the extent that the allegedly undisclosed facts were publicly available and based on the truth-on-the-market doctrine.

### THIRTY-FIFTH DEFENSE

Plaintiffs' damages and/or the damages of any members of the class that Plaintiffs purport to represent are restricted, in whole or in part, based on the limitation on damages set forth in 15 U.S.C. § 78u-4(e).

### THIRTY-SIXTH DEFENSE

Plaintiffs' damages and/or the damages of any members of the class that Plaintiffs purport to represent are restricted, in whole or in part, based on the limitations on joint and several liability and the proportionate liability limitations set forth in 15 U.S.C. § 78u-4(f).

Dated: October 20, 2023                    Respectfully submitted,


                                           /s/ Peter A. Stokes
                                           **NORTON ROSE FULBRIGHT US LLP**
                                           Kelly A. Potter
                                           Texas Bar No. 24119284
                                           Fulbright Tower
                                           1301 McKinney, Suite 5100
                                           Houston, TX 77010-3095
                                           Telephone: (713) 651-5151
                                           Facsimile: (713) 651-5246


                                           Peter A. Stokes
                                           Texas Bar No. 24028017
                                           98 San Jacinto Blvd., Suite 1100
                                           Austin, TX 78701
                                           Telephone: (512) 474-5201
                                           Facsimile: (512) 536-4598


                                           Amy L. Barrette (admitted *pro hac vice*)
                                           Pennsylvania Bar No. 87318
                                           BUCHANAN INGERSOLL & ROONEY, PC
                                           Union Trust Building
                                           501 Grant Street, Suite 200
                                           Pittsburgh, PA 15219
                                           Telephone: 412-562-1626
                                           Facsimile: 412-562-1041
                                           amy.barrette@bipc.com

                                           *Attorneys for Defendants*

**CERTIFICATE OF CONFERENCE – UNOPPOSED MOTION**

I certify that I conferred with Plaintiffs' counsel on October 19, 2023 regarding the relief sought this motion, and that Plaintiffs' counsel indicated they were not opposed to granting leave to amend Defendants' answer.

/s/ Peter A. Stokes

**CERTIFICATE OF SERVICE**

I certify that I filed this document on October 20, 2023 through the Court's ECF system, which automatically transmits the filing to all counsel of record for all parties in this litigation.

/s/ Peter A. Stokes