**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| DELAWARE COUNTY EMPLOYEES RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CABOT OIL & GAS CORPORATION, *et al.*,<br><br>Defendants. | Case No: 4:21-CV-02045 |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION
FOR LEAVE TO AMEND ANSWER**

After considering the Unopposed Motion for Leave to Amend Answer to Plaintiff's "First Amended Consolidated Complaint for Violations of the Federal Securities Laws" (the "Motion") filed by Defendants Cabot Oil & Gas Corporation, Dan O. Dinges, and Scott C. Schroeder, the Court GRANTS the Motion and directs that the First Amended Answer attached as Exhibit A to the Motion be filed on the Court's docket.

SIGNED this _____ day of _____, 2023

_____
LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE

- 1 -