UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| DELAWARE COUNTY EMPLOYEES RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | § § § § | Civil Action No. 4:21-cv-02045 |
| | | District Judge Lee H. Rosenthal |
| Plaintiff, | § § § | CLASS ACTION |
| vs. | § § | |
| CABOT OIL & GAS CORPORATION, et al., | § § § | |
| Defendants. | § § § § | |

## CLASS REPRESENTATIVES' NOTICE OF MOTION FOR LEAVE TO AMEND THE COMPLAINT PURSUANT TO FED. R. CIV. P. 15(a)

TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Class Representatives Delaware County Employees Retirement System and the Iron Workers District Council (Philadelphia & Vicinity) Retirement and Pension Plan hereby move before the United States District Court, Southern District of Texas, under Federal Rule of Civil Procedure 15(a) for leave to amend the First Amended Consolidated Complaint.  Pursuant to Local Civil Rule 7.1.D, the parties met and conferred, and Defendants indicated they will oppose this Motion.

PLEASE TAKE FURTHER NOTICE that a Memorandum of Law, and the Declaration of Andrew L. Zivitz and exhibits thereto, are submitted herewith in support of this motion.

PLEASE TAKE FURTHER NOTICE that a proposed form of order is submitted herewith.

Respectfully submitted,

DATED:  October 20, 2023

KENDALL LAW GROUP, PLLC
JOE KENDALL (S.D. Texas Bar No. 30973,
Texas Bar No. 11260700, Attorney in Charge)

/s/ Joe Kendall
JOE KENDALL

3811 Turtle Creek Blvd., Suite 1450
Dallas, TX  75219
Telephone:  214/744-3000
214/744-3015 (fax)
jkendall@kendalllawgroup.com

Local Counsel

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARRYL J. ALVARADO
KEVIN A. LAVELLE
JACK A. GEPHART
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
dalvarado@rgrdlaw.com
klavelle@rgrdlaw.com
jgephart@rgrdlaw.com

Class Counsel

KESSLER TOPAZ MELTZER
  & CHECK, LLP
ANDREW L. ZIVITZ
JOSHUA E. D'ANCONA
JAMIE M. McCALL
ALEX B. HELLER
280 King of Prussia Road
Radnor, PA  19087
Telephone:  610/667-7706
610/667-7056 (fax)
azivitz@ktmc.com
jdancona@ktmc.com
jmccall@ktmc.com
aheller@ktmc.com


Class Counsel

2

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on October 20, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Joe Kendall

KENDALL LAW GROUP, PLLC
3811 Turtle Creek Boulevard, Suite 1450
Dallas, TX  75219
Telephone:  214/744-3000
214/744-3015 (fax)

Email: jkendall@kendalllawgroup.com

4861-9862-0041.v1

## Mailing Information for a Case 4:21-cv-02045 Delaware County Employees Retirement System v. Cabot Oil & Gas Corporation et al

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Darryl James Alvarado**
  dalvarado@rgrdlaw.com

- **Helen J Bass**
  hbass@ktmc.com,3956293420@filings.docketbird.com

- **Joshua Edward D'Ancona**
  jdancona@ktmc.com

- **Jack Abbey Gephart**
  jgephart@rgrdlaw.com

- **Joe Kendall**
  jkendall@kendalllawgroup.com,administrator@kendalllawgroup.com

- **Kevin Lavelle**
  klavelle@rgrdlaw.com

- **Henry W. Longley**
  hlongley@ktmc.com

- **Jamie M McCall**
  jmcc@ktmc.com

- **Francisco J Mejia**
  fmejia@rgrdlaw.com,E_File_SD@rgrdlaw.com,kjohnson@rgrdlaw.com,bengfelt@rgrdlaw.com

- **Gerard G Pecht**
  gerard.pecht@nortonrosefulbright.com,sumera.khan@nortonrosefulbright.com,tanya.lowe@nortonrosefulbright.com

- **Kelly A Potter**
  kelly.potter@nortonrosefulbright.com

- **Peter Andrew Stokes**
  peter.stokes@nortonrosefulbright.com,julie.wright@nortonrosefulbright.com

- **Andrew L. Zivitz**
  azivitz@ktmc.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Stuart          L. Berman
Kessler Topaz Meltzer & Check LLP
280 King of Prussia Rd.
Radnor, PA 19087

Alex            B Heller
Kessler Topaz Meltzer & Check LLP
280 King of Prussia Rd
Radnor, PA 19087

Lawrence        F. Stengel
Saxton & Stump LLC
280 Granite Run Drive
Suite 300
Lancaster, PA 17601
```