UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| DELAWARE COUNTY EMPLOYEES RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | § § § § | Civil Action No. 4:21-cv-02045 |
| | § | CLASS ACTION |
| Plaintiff, | § § | |
| | § | |
| vs. | § § | |
| | § | |
| CABOT OIL & GAS CORPORATION, et al., | § § | |
| | § | |
| Defendants. | § § | |
| | § § | |

**[PROPOSED] ORDER GRANTING CLASS REPRESENTATIVES' MOTION FOR LEAVE TO AMEND PURSUANT TO FED. R. CIV. P. 15(a)**

THIS MATTER comes before the Court upon Class Representatives' motion for leave to amend the First Amended Consolidated Complaint for Violation of the Federal Securities Laws. The Court having considered the parties' submissions and all other pleadings and arguments finds that the requirements of Federal Rule of Civil Procedure 15(a) are satisfied, and for good cause shown,

**IT IS HEREBY ORDERED THAT**:

1.    Class Representatives' motion is GRANTED; and

2.    Class Representatives shall file its Second Amended Consolidated Complaint for Violation of the Federal Securities Laws within seven days of this Order.

**IT IS SO ORDERED**.

Dated: _____                _____

THE HONORABLE LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE

1