UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| DELAWARE COUNTY EMPLOYEES RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | § § § § | Civil Action No. 4:21-cv-02045 CLASS ACTION |
| Plaintiff, | § § § | |
| vs. | § § | |
| CABOT OIL & GAS CORPORATION, et al., | § § § | |
| Defendants. | § § § § | |

**DECLARATION OF DELAWARE COUNTY EMPLOYEES RETIREMENT SYSTEM**

Class Representative and Lead Plaintiff Delaware County Employees Retirement System ("Delaware County") declares as follows:

1.      Delaware County has reviewed the Second Amended Consolidated Complaint for Violation of the Federal Securities Laws and authorizes its filing.

2.      Delaware County's Class Period purchase and sale transactions in Cabot Oil & Gas Corporation securities that are the subject of this action are set forth in its previously-filed certification (*see* ECF No. 6-3).

3.      Delaware County did not acquire the securities that are the subject of this action at the direction of class counsel or in order to participate in this private action or any other litigation under the federal securities laws.

4.      Delaware County has been serving and will continue to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

5.      Delaware County will continue to actively monitor and vigorously pursue this action for the benefit of the class.

6.      Delaware County will continue to provide fair and adequate representation and work directly with the efforts of class counsel to ensure the largest recovery for the class consistent with good faith and meritorious judgment is obtained.

7.      Delaware County will not accept any payment for serving as a representative party on behalf of the class beyond its pro rata share of any recovery, except such reasonable costs and

- 1 -

- 2 -

expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 19th  day of October, 2023.

_____
JONATHAN LICHTENSTEIN
Solicitor for the Retirement System