UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| DELAWARE COUNTY EMPLOYEES RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, § § § | Civil Action No. 4:21-cv-02045 |
| Plaintiffs, § § § | CLASS ACTION |
| vs. § § | |
| CABOT OIL & GAS CORPORATION, et al., § § § | |
| Defendants. § § § | |

**DECLARATION OF WILLIAM KOLFENBACH**

I, William Kolfenbach, on behalf of Class Representative Iron Workers District Council (Philadelphia and Vicinity) Retirement and Pension Plan ("Plaintiff"), declare that:

1.      Plaintiff did not purchase the securities that are the subject of this action at the direction of Plaintiff's counsel or in order to participate in any private action.

2.      Plaintiff has been serving and will continue to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

3.      Plaintiff's Class Period purchase and sale transactions in Cabot Oil & Gas Corporation securities that are the subject of this action are set forth in its previously-filed certification (ECF No. 47).

4.      Plaintiff has full power and authority to bring suit to recover for its investment losses.

1

5. Plaintiff has fully reviewed the facts and allegations of the Second Amended Consolidated Complaint for Violation of the Federal Securities Laws and authorizes its filing.

6. I, William Kolfenbach, Plan Administrator, am authorized to make legal decisions on Plaintiff's behalf.

7. Plaintiff will continue to monitor and vigorously pursue this action for the benefit of the class.

8. Plaintiff will continue to provide fair and adequate representation and work directly with the efforts of class counsel to ensure the largest recovery for the class consistent with good faith and meritorious judgment is obtained.

9. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of October 2023.

Iron Workers District Council (Philadelphia and Vicinity) Retirement and Pension Plan

By: _____
William Kolfenbach
*Plan Administrator*