UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| DELAWARE COUNTY EMPLOYEES RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | § § § § | Civil Action No. 4:21-cv-02045 CLASS ACTION |
| Plaintiff, | § § § | |
| vs. | § § | |
| CABOT OIL & GAS CORPORATION, et al., | § § § | |
| Defendants. | § § § | |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

4857-6295-0026.v1

Plaintiffs and Defendants (collectively, the "Parties"),[1] pursuant to Federal Rules of Civil Procedure 7(b) and 16(b)(4), as well as Local Rule 7, jointly move the Court to extend certain deadlines set forth in the Court's June 23, 2023 Order Granting Joint Motion to Amend Scheduling Order. ECF 156. The Parties respectfully request that the Court enter the proposed amended scheduling order attached hereto, which extends the remaining case deadlines – expert discovery, dispositive and other pretrial motions, and the docket call – to accommodate the Court's rulings on Plaintiffs' motion for leave to amend the complaint.

On October 20, 2023, pursuant to the operative Scheduling Order (ECF 156), the Parties filed motions for leave to amend the pleadings. *See* ECF 182, 185. Specifically, Plaintiffs filed an opposed motion for leave to amend their complaint to include allegations based on information learned in discovery, and Defendants filed an unopposed motion for leave to amend their answer to include additional defenses. *Id.* On October 20, 2023, the Court granted Defendants' motion to amend their answer. *See* ECF 183. Plaintiffs' motion to amend the complaint is currently pending. Defendants plan to file an opposition within the 21-day time period provided by Local Rule 7.4. The Parties reserve all rights and arguments with respect to Plaintiffs' motion to amend and do not waive or concede any such arguments in entering this agreed motion.

In the meantime, the Parties have largely completed fact discovery (save for one deposition to be completed this week). Expert discovery, dispositive motions, pretrial motions, and the docket call are all that remain before trial. So that the Parties may have the benefit of the Court's ruling on the motion for leave to amend the complaint before conducting the remaining pretrial activities, including but not limited to damages-related expert reports that may be influenced by the ruling,

---

[1] "Plaintiffs" are Lead Plaintiff Delaware County Employees Retirement System and Additional Plaintiff Iron Workers District Council (Philadelphia and Vicinity) Retirement and Pension Plan. "Defendants" are Cabot Oil & Gas Corporation, Dan O. Dinges, and Scott C. Schroeder.

the Parties respectfully request that the Scheduling Order be modified to accommodate the Court's rulings. The Parties' proposal keys the next upcoming deadline – expert discovery – off of the Court's ruling on the motion for leave to amend. Each subsequent deadline is similarly keyed off of the Court's ruling by a number of days commensurate with the current Scheduling Order, as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Experts on Matters Other Than Attorneys' Fees | November 3, 2023 | 30 days after decision on motions for leave to amend the complaint |
| Rebuttal Experts on Matters Other Than Attorneys' Fees | November 22, 2023 | 50 days after decision on motions for leave to amend the complaint |
| Completion of Expert Discovery | December 22, 2023 | 80 days after decision on motions for leave to amend the complaint |
| Pretrial Dispositive Motions Deadline | January 19, 2024 | 110 days after decision on motions for leave to amend the complaint |
| Joint Pretrial Order and Motion in Limine Deadline | March 15, 2024 | 170 days after decision on motions for leave to amend the complaint |
| Docket Call | May 8, 2024 at 2:30 p.m. | At the Court's convenience |

Submitted herewith is a proposed order adopting the proposed deadlines detailed above.

DATED: October 24, 2023

KENDALL LAW GROUP, PLLC
JOE KENDALL (Texas Bar No. 11260700, S.D. Texas Bar No. 30973, Attorney in Charge)


s/ Joe Kendall
JOE KENDALL

3811 Turtle Creek Blvd., Suite 1450
Dallas, TX 75219
Telephone: 214/744-3000
214/744-3015 (fax)
jkendall@kendalllawgroup.com

*Local Counsel for Lead Plaintiff*

4857-6295-0026.v1

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARRYL J. ALVARADO
KEVIN A. LAVELLE
JACK ABBEY GEPHART
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
dalvarado@rgrdlaw.com
klavelle@rgrdlaw.com
jgephart@rgrdlaw.com

*Lead Counsel for Lead Plaintiff*

KESSLER TOPAZ MELTZER
  & CHECK, LLP
ANDREW L. ZIVITZ
JAMIE M. MCCALL
JOSHUA E. D'ANCONA
ALEX B. HELLER
MAX JOHNSON
280 King of Prussia Road
Radnor, PA  19087
Telephone:  610/667-7706
610/667-7056 (fax)
azivitz@ktmc.com
jmccall@ktmc.com
jdancona@ktmc.com
aheller@ktmc.com
mjohnson@ktmc.com

*Additional Counsel for the Class*

DATED: October 24, 2023

NORTON ROSE FULBRIGHT US LLP
PETER ANDREW STOKES

s/ Peter Andrew Stokes
PETER ANDREW STOKES

98 San Jacinto Blvd
Suite 100
Austin, TX  78701
Telephone:  512/536-5287
512/536-4598 (fax)
peter.stokes@nortonrosefulbright.com

*Counsel for Defendants*

4857-6295-0026.v1

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on October 24, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Joe Kendall
JOE KENDALL

KENDALL LAW GROUP, PLLC
3811 Turtle Creek Boulevard, Suite 1450
Dallas, TX 75219
Telephone: 214/744-3000
214/744-3015 (fax)

Email:  jkendall@kendalllawgroup.com

4857-6295-0026.v1