**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

DELAWARE COUNTY EMPLOYEES RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

v.

CABOT OIL & GAS CORPORATION, *et al.*,

Defendants.

Case No: 4:21-CV-02045

**DECLARATION OF PETER A. STOKES**

In accordance with the Federal Rules of Civil Procedure, I, Peter A. Stokes, do hereby declare as follows. My name is Peter Andrew Stokes. I am an attorney licensed to practice law in the State of Texas. I am an attorney at the law firm of Norton Rose Fulbright US LLP, attorneys of record for Defendants Cabot Oil & Gas Corporation ("Cabot"), Dan O. Dinges and Scott C. Schroeder. The facts contained herein are true and correct based on my personal knowledge and investigation.

1.      Exhibit 1 to this declaration is a true and correct copy of excerpts from the remote video deposition of Phil Stalnaker taken on September 29, 2023.

2.      Exhibit 2 to this declaration is a true and correct copy of excerpts from the remote video deposition of John Smelko taken on September 8, 2023.

3.      Exhibit 3 to this declaration is a true and correct copy of excerpts from the remote video deposition of Scott Craig Schroeder taken on September 22, 2023.

4.      Exhibit 4 to this declaration is a true and correct copy excerpts from the remote video

- 1 -

deposition of Gordon Ganaway taken on September 6, 2023.

5.      Exhibit 5 to this declaration is a true and correct copy of excerpts from the remote video deposition of Kenneth James Kennedy taken on October 4, 2023

6.      Exhibit 6 to this declaration is a true and correct copy of excerpts from the remote video deposition of Michael Seth Pelepko taken on October 10, 2023.

7.      Exhibit 7 to this declaration is a true and correct copy of excerpts from the remote video deposition of Michael O'Donnell taken on October 3, 2023.

8.      Exhibit 8 to this declaration is a true and correct copy of excerpts from the in-person deposition of Emily Mercurio taken on October 27, 2023.

9.      Exhibit 9 to this declaration a true and correct copy of a transcript of Cabot's October 26, 2018 earnings call, which an employee of my law firm obtained at my direction from S&P Global Market Intelligence.

10.     Exhibit 10 to this declaration is a true and correct copy of the July 26, 2019 press release titled *Cabot Oil & Gas Corporation Reports Second Quarter 2019 Results, Expands Share Repurchase Program Authorization*, as provided to the U.S. Securities and Exchange Commission (the "SEC") and obtained by an employee of my law firm at my direction from the SEC's public webpage.

11.     Exhibit 11 to this declaration is a true and correct copy of a April 27, 2018 press release titled *Cabot Oil & Gas Corporation Announces First-Quarter 2018 Results,* which an employee of my law firm obtained from the SEC's public webpage at my direction.

12.     Exhibit 12 to this declaration is a true and correct copy of a October 26, 2018 press release titled *Cabot Oil & Gas Corporation Announces Third Quarter 2018 Results, Increases Dividend by 17 Percent, Provides Preliminary 2019 Operating Plan and Capital Allocation*

*Strategy*, which an employee of my law firm obtained from the SEC's public webpage at my direction.

13.     Exhibit 13 to this declaration is a true and correct copy of a February 22, 2019 press release titled *Cabot Oil & Gas Corporation Establishes Several New Full-Year Records, Returns $1.0 Billion to Shareholders, Repays $304 Million of Debt*, which an employee of my law firm obtained from the SEC's public webpage at my direction.

14.     Exhibit 14 to this declaration is a true and correct copy of a April 26, 2019 press release titled *Cabot Oil & Gas Corporation Announces First-Quarter 2019 Results, Increases Dividend by 29 Percent*, which an employee of my law firm obtained from the SEC's public webpage at my direction.

15.     Exhibit 15 to this declaration is a true and correct copy of Cabot's Form 10-K for the fiscal year ended December 31, 2017, dated March 1, 2018, which an employee of my law firm obtained from the SEC's public webpage at my direction.

16.     Exhibit 16 to this declaration is a true and correct copy of Cabot's Form 10-K for the fiscal year ended December 31, 2018, dated February 26, 2019, which an employee of my law firm obtained from the SEC's public webpage at my direction.

17.     Exhibit 17 to this declaration is a true and correct copy of a July 27, 2018 press release titled *Cabot Oil & Gas Corporation Announces Second-Quarter 2018 Results, Expands Share Repurchase Program Authorization*, which an employee of my law firm obtained from the SEC's public webpage at my direction.

18.     Exhibit 18 to this declaration is a true and correct copy of an email sent by Cabot employee Gary Hlavinka on April 11, 2018 and produced in this litigation with the Bates number beginning at CABOT_00663712.

19. Exhibit 19 to this declaration is a true and correct copy of an email sent by Cabot employee Matthew Kerin on April 18, 2018, and produced in this litigation with the Bates number beginning at CABOT_01413223.

20. Exhibit 20 to this declaration is a true and correct copy of an email sent by Cabot employee Gary Hlavinka on April 24, 2018, and produced in this litigation with the Bates number beginning at CABOT_00284005.

21. Exhibit 21 to this declaration is a true and correct copy of an email sent by Cabot employee Gary Hlavinka on October 24, 2018, and produced in this litigation with the Bates number beginning at CABOT_00295488.

22. Exhibit 22 to this declaration is a true and correct copy of an email sent by Cabot employee Matthew Kerin on July 15, 2019, and produced in this litigation with the Bates number beginning at CABOT_00597489.

23. Exhibit 23 to this declaration is a true and correct copy of an email sent by Cabot employee Deidre Shearer on February 25, 2020, and produced in this litigation with the Bates number beginning at CABOT_00516116.

24. Exhibit 24 to this declaration is a true and correct copy of an email and attached presentation sent by Cabot employee Gary Hlavinka on April 24, 2018, and produced in this litigation with the Bates number beginning at CABOT_00295477.

25. Exhibit 25 to this declaration is a true and correct copy of an email sent by Cabot employee Matthew Kerin on April 6, 2018, and produced in this litigation with the Bates number beginning at CABOT_00399004.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed this 13th day of November, 2023 in Austin, Texas.

/s/ *Peter A. Stokes*

Peter A. Stokes

Dated: November 13, 2023

Respectfully submitted,

/s/ Peter A. Stokes
Peter A. Stokes (*pro hac vice*)
TX ID No. 24028017
NORTON ROSE FULBRIGHT US LLP
peter.stokes@nortonrosefulbright.com
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701-4255
Telephone:  (512) 474-5201
Facsimile:  (512) 536-4598
peter.stokes@nortonrosefulbright.com

Kelly A. Potter (*pro hac vice*)
TX ID No. 24119284
1301 McKinney, Suite 5100
Houston, TX 77010-3095
Telephone:  (713) 651-5151
Facsimile:  (713) 651-5246
gerard.pecht@nortonrosefulbright.com

Amy L. Barrette (*pro hac vice*)
PA Bar No. 87318
BUCHANAN INGERSOLL & ROONEY, PC
501 Grant Street, Ste 200
Pittsburgh, PA 15219
Telephone:  (412) 562-1626
Facsimile:  (412) 562-1041
amy.barrette@bipc.com

*Counsel for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

   I hereby certify that a copy of the foregoing document was filed with the Court's electronic case filing (ECF) system on November 13, 2023, which caused an electronic copy of this document to be served on all counsel of record in this matter who have registered for ECF service.


                  /s/ *Peter A. Stokes*
                  Peter A. Stokes