# Exhibit 10

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 8-K

### CURRENT REPORT
**Pursuant to Section 13 or 15(d) of
the Securities Exchange Act of 1934**

Date of Report (date of earliest event reported): July 26, 2019

# CABOT OIL & GAS CORPORATION
(Exact name of registrant as specified in its charter)

| **Delaware** | **1-10447** | **04-3072771** |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (I.R.S. Employer Identification No.) |

**Three Memorial City Plaza
840 Gessner Road, Suite 1400**

| | **Houston** | **Texas** | **77024** |
|---|---|---|---|
| (Address of principal executive offices) | | | (Zip Code) |

Registrant's telephone number, including area code: **(281) 589-4600**

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (*see* General Instruction A.2):

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, par value $0.10 per share | COG | New York Stock Exchange |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 2.02 Results of Operations and Financial Condition.**

On July 26, 2019, we issued a press release with respect to our 2019 second quarter earnings. The press release is furnished as Exhibit 99.1 to this Current Report. The press release contains certain measures (discussed below) which may be deemed "non-GAAP financial measures" as defined in Item 10 of Regulation S-K of the Securities Exchange Act of 1934, as amended (the Exchange Act). In each case, the most directly comparable GAAP financial measure and information reconciling the GAAP and non-GAAP measures is also included in the press release.

Exhibit 99.1 shall not be deemed to be "filed" for the purposes of Section 18 of the Exchange Act, and will not be incorporated by reference into any registration statement filed under the Securities Act of 1933, as amended, unless specifically identified as being incorporated therein by reference.

From time to time management discloses Return on Capital Employed, Discretionary Cash Flow, Free Cash Flow, EBITDAX, Adjusted Net Income, Adjusted Earnings per Share, Earnings per Share Excluding Selected Items and Net Debt calculations and ratios. These non-GAAP financial measures, to the extent included in Exhibit 99.1, are reconciled to the most comparable GAAP financial measures in Exhibit 99.1.

Return on Capital Employed (ROCE) is defined as Adjusted Net Income (defined below) plus after-tax net interest expense divided by average capital employed, which is defined as total debt plus stockholders' equity. ROCE is presented based on management's belief that this non-GAAP measure is useful information to investors when comparing our profitability and the efficiency with which management has employed capital over time relative to other companies. ROCE is not a measure of financial performance under GAAP and should not be considered an alternative to net income, as defined by GAAP.

Discretionary Cash Flow is defined as net cash provided by operating activities excluding changes in assets and liabilities. Discretionary Cash Flow is widely accepted as a financial indicator of an oil and gas company's ability to generate cash which is used to internally fund exploration and development activities, pay dividends and service debt. Discretionary Cash Flow is presented based on management's belief that this non-GAAP measure is useful information to investors when comparing our cash flows with the cash flows of other companies that use the full cost method of accounting for oil and gas producing activities or have different financing and capital structures or tax rates. Discretionary Cash Flow is not a measure of financial performance under GAAP and should not be considered as an alternative to cash flows from operating activities or net income, as defined by GAAP, or as a measure of liquidity.

Free Cash Flow is defined as Discretionary Cash Flow (defined above) less capital expenditures and investment in equity method investments. Free Cash Flow is an indicator of a company's ability to generate cash flow after spending the money required to maintain or expand its asset base. Free Cash Flow is presented based on management's belief that this non-GAAP measure is useful information to investors when comparing our cash flows with the cash flows of other companies. Free Cash Flow is not a measure of financial performance under GAAP and should not be considered as an alternative to cash flows from operating activities or net income, as defined by GAAP, or as a measure of liquidity.

EBITDAX is defined as net income plus loss on debt extinguishment, interest expense, other expense, income tax expense, depreciation, depletion and amortization (including property impairments), exploration expense, gain and loss on sale of assets, non-cash gain and loss on derivative instruments, gains and loss on equity method investments, cash distributions received from equity method investment and stock-based compensation expense. EBITDAX is presented based on management's belief that this non-GAAP measure is useful information to investors when evaluating our ability to internally fund exploration and development activities and to service or incur debt without regard to financial or capital structure. EBITDAX is not a measure of financial performance under GAAP and should not be considered as alternative to cash flows from operating activities or net income, as defined by GAAP, or as a measure of liquidity.

Adjusted Net Income and Adjusted Earnings per Share are presented based on management's belief that these non-GAAP measures enable a user of the financial information to understand the impact of these items on reported results. Adjusted Net Income is defined as net income plus gain and loss on sale of assets, gain and loss on derivative instruments, stock-based compensation expense, severance expense, interest expense related to income tax reserves and tax effect on selected items. Additionally, this presentation provides a beneficial comparison to similarly adjusted measurements of prior periods. Adjusted Net Income and Adjusted Earnings per Share are not measures of financial performance under GAAP and should not be considered as an alternative to net income and earnings per share, as defined by GAAP.

The total debt to total capitalization ratio is calculated by dividing total debt by the sum of total debt and total stockholders' equity. This ratio is a measurement which is presented in our annual and interim filings and management believes this ratio is useful to investors in determining the Company's leverage. Net Debt and the Net Debt to Total Capitalization ratio are non-GAAP measures which have been presented in Exhibit 99.1. Net Debt is calculated by subtracting cash and cash equivalents from total debt. Management believes that these measurements are also useful to investors since the Company has

2

the ability to and may decide to use a portion of its cash and cash equivalents to retire debt. Additionally, as the Company may incur additional expenditures without increasing debt, it is appropriate to apply cash and cash equivalents to debt in calculating the Net Debt to Total Capitalization ratio.

3

**Item 9.01 Financial Statements and Exhibits.**

(d) Exhibits

99.1 Press release issued by Cabot Oil & Gas Corporation dated July 26, 2019

4

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

CABOT OIL & GAS CORPORATION

By:    /s/ TODD M. ROEMER

Todd M. Roemer

Vice President and Chief Accounting Officer

Date: July 26, 2019

5

**Exhibit 99.1**



**July 26, 2019**

**FOR MORE INFORMATION CONTACT**
**Matt Kerin (281) 589-4642**

**Cabot Oil & Gas Corporation Reports Second Quarter 2019 Results, Expands Share Repurchase Program Authorization**

HOUSTON, July 26, 2019/PRNewswire/ -- Cabot Oil & Gas Corporation (NYSE: COG) ("Cabot" or the "Company") today reported financial and operating results for the second quarter of 2019.

"During the quarter, Cabot successfully executed on its strategic plan of delivering a combination of positive free cash flow generation, improved return on capital employed, and disciplined growth in per share metrics, while continuing to return capital to shareholders through a combination of dividends and opportunistic share repurchases," stated Dan O. Dinges, Chairman, President and Chief Executive Officer. "Our success for the quarter was achieved despite NYMEX natural gas prices retreating to the lowest levels the industry has experienced since the second quarter of 2016, further highlighting Cabot's ability to deliver strong financial results throughout the natural gas price cycle."

**Second Quarter 2019 Highlights**

- Net income of $181.0 million (or $0.43 per share); adjusted net income (non-GAAP) of $150.6 million (or $0.36 per share)
- Net cash provided by operating activities of $326.7 million; discretionary cash flow (non-GAAP) of $301.9 million
- Free cash flow (non-GAAP) of $72.7 million
- Return on capital employed (ROCE) (non-GAAP) for the trailing twelve months of 23.5 percent
- Returned $163.4 million of capital to shareholders through dividends and share repurchases
- Daily equivalent production of 2,349 million cubic feet equivalent (Mmcfe) per day, an increase of 24 percent relative to the prior-year period
- Improved operating expenses per unit to $1.41 per thousand cubic feet equivalent (Mcfe), a 24 percent reduction relative to the prior-year period

1

See the supplemental tables at the end of this press release for a reconciliation of non-GAAP measures including adjusted net income, discretionary cash flow, EBITDAX, free cash flow, net debt to adjusted capitalization ratio, and ROCE.

**Second Quarter 2019 Financial Results**

Second quarter 2019 daily equivalent production was 2,349 Mmcfe per day (100 percent natural gas), meeting the high-end of the Company's guidance range and representing a 24 percent increase relative to the second quarter of 2018.

Second quarter 2019 net income was $181.0 million, or $0.43 per share, compared to net income of $42.4 million, or $0.09 per share, in the prior-year period. Second quarter 2019 adjusted net income (non-GAAP) was $150.6 million, or $0.36 per share, compared to adjusted net income of $57.9 million, or $0.13 per share, in the prior-year period. Second quarter 2019 EBITDAX (non-GAAP) was $311.1 million, compared to $232.1 million in the prior-year period.

Second quarter 2019 net cash provided by operating activities was $326.7 million, compared to $273.9 million in the prior-year period. Second quarter 2019 discretionary cash flow (non-GAAP) was $301.9 million, compared to $196.5 million in the prior-year period. Second quarter 2019 free cash flow (non-GAAP) was $72.7 million, compared to a free cash flow deficit of $62.0 million in the prior-year period.

Second quarter 2019 natural gas price realizations, including the impact of derivatives, were $2.27 per thousand cubic feet (Mcf), an increase of six percent compared to the prior-year period. Excluding the impact of derivatives, second quarter 2019 natural gas price realizations were $2.20 per Mcf, representing a $0.44 discount to NYMEX settlement prices compared to a $0.68 discount in the prior-year period.

Second quarter 2019 operating expenses (including financing) decreased to $1.41 per Mcfe, a 24 percent improvement compared to the prior-year period. The decrease in operating expenses per unit was primarily driven by a reduction in exploration expenses, in addition to improvements in direct operations; taxes other than income; depreciation, depletion, and amortization; general and administrative; and interest expense.

Cabot incurred a total of $220.4 million of capital expenditures in the second quarter of 2019 including $213.1 million of drilling and facilities capital, $2.6 million of leasehold acquisition capital, and $4.7 million of other capital. Additionally, the Company contributed $3.3 million to its equity method pipeline investments. See the supplemental table at the end of this press release reconciling the capital expenditures during the second quarter of 2019.

**Year-To-Date 2019 Financial Results**

Daily equivalent production for the six-month period ended June 30, 2019 was 2,313 Mmcfe per day (100 percent natural gas), representing a 22 percent increase relative to the prior-year period.

For the six-month period ended June 30, 2019, net income was $443.8 million, or $1.05 per share, compared to net income of $159.7 million, or $0.35 per share, for the prior-year period. Adjusted net income (non-GAAP) was $458.4 million, or $1.08 per share, compared to adjusted net income of $186.4 million, or $0.41 per share, for the prior-year period. EBITDAX (non-GAAP) for the six-month period ended June 30, 2019 was $824.7 million, compared to $510.7 million for the prior-year period.

For the six-month period ended June 30, 2019, net cash provided by operating activities was $911.9 million, compared to $546.7 million for the prior-year period. Discretionary cash flow (non-GAAP) for the six-month period ended June 30, 2019 was $807.7 million, compared to $476.8 million for the prior-year period. Free cash flow (non-GAAP) was $381.1 million for the six-month period ended June 30, 2019, compared to $26.6 million for the prior-year period. ROCE (non-GAAP) improved to 23.5 percent for the trailing twelve months ended June 30, 2019, compared to 8.5 percent for the trailing twelve months ended June 30, 2018.

Natural gas price realizations, including the impact of derivatives, were $2.80 per Mcf for the six-month period ended June 30, 2019, an increase of 22 percent compared to the prior-year period.

For the six-month period ended June 30, 2019, operating expenses (including financing) decreased to $1.45 per Mcfe, a 16 percent improvement compared to the prior-year period. The decrease in operating expenses per unit was primarily driven by a reduction in exploration expenses, in addition to improvements in direct operations; taxes other than income; depreciation, depletion, and amortization; general and administrative; and interest expense.

Cabot incurred a total of $424.7 million of capital expenditures during the six-month period ended June 30, 2019 including $415.4 million of drilling and facilities capital; $3.3 million of leasehold acquisition capital; and $6.0 million of other capital. Additionally, the Company contributed $5.1 million to its equity method pipeline investments during the six-month period ended June 30, 2019. See the supplemental table at the end of this press release reconciling the capital expenditures during the six-month period ended June 30, 2019.

**Share Repurchase Program Update**

During the second quarter of 2019, Cabot repurchased 5.1 million shares at a weighted-average share price of $24.63. Since reactivating the share repurchase program in the second quarter of 2017, Cabot has reduced its shares outstanding by over 10 percent to 418.4 million shares.

Additionally, the Board of Directors has authorized an increase in the Company's share repurchase program by 25.0 million shares, bringing the current remaining authorization to 31.5 million shares (or approximately eight percent of its current shares outstanding). All purchases will be made in accordance with applicable securities laws from time to time in open market or private transactions, depending on market conditions, and may be discontinued at any time. "Cabot remains committed to returning a minimum of 50 percent of

3

its annual free cash flow to shareholders in any given year, while also preserving cash on the balance sheet to support continued opportunistic returns of capital, even in the lows of the natural gas price cycle," noted Dinges. "Our outlook for continued positive free cash flow generation provides us confidence that we will remain an industry leader in returning capital to shareholders."

**Financial Position and Liquidity**

As of June 30, 2019, Cabot had total debt of $1.2 billion and cash on hand of $241.4 million. The Company's net debt-to-adjusted capitalization ratio and net debt-to-trailing twelve months EBITDAX ratio were 29.4 percent and 0.6x, respectively, compared to 37.0 percent and 1.0x as of December 31, 2018. The Company currently has no debt outstanding under its credit facility, resulting in over $1.7 billion of liquidity.

**Third Quarter and Full-Year 2019 Guidance Update**

Cabot has provided its third quarter 2019 production guidance range of 2,360 to 2,410 Mmcfe per day. The Company has also adjusted its 2019 production growth guidance to a range of 16 to 18 percent (24 to 26 percent on a debt-adjusted per share basis) due in large part to a change in the operating plan resulting from a unique opportunity to acquire acreage adjacent to an eight-well pad, allowing the Company to increase the total lateral footage on the pad by approximately 28,000 feet (increasing the average lateral length per well from 8,950 feet to 12,450 feet). "This increase in lateral lengths will improve the capital efficiency and economics of the pad; however, the longer cycle time will result in a delay in the wells being placed on production, pushing out the production contribution from this pad to late December or early January," said Dinges.

Cabot has updated its 2019 capital budget to a range of $800 million to $820 million to reflect the incremental drilling and completion activity on the previously referenced eight-well pad and an increase in drilling activity for the year by four net wells resulting from continued efficiency gains on the Company's three fully-contracted drilling rigs.

Additionally, the Company has updated its NYMEX price assumption range for 2019 to reflect a tighter band of expected outcomes resulting from seven months of actual NYMEX settlements year-to-date. The Company has provided updated guidance on its estimated key financial metrics based on this NYMEX price assumption range in the table below.

| Estimated 2019 Key Financial Metrics [1] | $2.60 NYMEX | $2.70 NYMEX | $2.80 NYMEX |
|---|---|---|---|
| Adjusted Earnings Per Share Growth (%) | 38% - 42% | 45% - 49% | 52% - 56% |
| Free Cash Flow ($mm) | $500 - $525 | $550 - $575 | $600 - $625 |
| Return on Capital Employed (%) | 20% - 22% | 21% - 23% | 22% - 24% |

*(1) Includes the impact of derivative instruments*

4

For further disclosure on Cabot's expected third quarter 2019 natural gas pricing exposure by index and cost guidance, please see the current Guidance slide in the Investor Relations section of the Company's website.

**Preliminary Full-Year 2020 Guidance**

Cabot has provided its preliminary 2020 production growth guidance of five percent (seven to eight percent on a debt-adjusted per share basis). This production growth is based on a preliminary capital budget range of $700 million to $725 million. The Company's 2020 program is expected to deliver $375 million to $400 million of free cash flow at a $2.50 NYMEX price and $525 million to $550 million of free cash flow at a $2.75 NYMEX price. "Based on our current outlook for the natural gas market, we believe a strategy that focuses on maximizing free cash flow generation through a reduction in capital spending and production growth will create the most value for our shareholders," explained Dinges. "This strategy, which is underpinned by disciplined capital allocation, will allow the Company to sustainably deliver a combination of free cash flow generation, high return on capital employed, consistent return of capital to shareholders, low leverage, and growth in production and reserves per share."

**Conference Call Webcast**

A conference call is scheduled for Friday, July 26, 2019, at 9:30 a.m. Eastern Time to discuss second quarter 2019 financial and operating results. To access the live audio webcast, please visit the Investor Relations section of the Company's website. A replay of the call will also be available on the Company's website.

Cabot Oil & Gas Corporation, headquartered in Houston, Texas, is a leading independent natural gas producer with its entire resource base located in the continental United States. For additional information, visit the Company's website at **www.cabotog.com**.

This press release includes forward-looking statements within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended. The statements regarding future financial and operating performance and results, returns to shareholders, strategic pursuits and goals, market prices, future hedging and risk management activities, and other statements that are not historical facts contained in this report are forward-looking statements. The words "expect", "project", "estimate", "believe", "anticipate", "intend", "budget", "plan", "forecast", "outlook", "predict", "may", "should", "could", "will" and similar expressions are also intended to identify forward-looking statements. Such statements involve risks and uncertainties, including, but not limited to, market factors, market prices (including geographic basis differentials) of natural gas and crude oil, results of future drilling and marketing activity, future production and costs, legislative and regulatory initiatives, electronic, cyber or physical security breaches and other factors detailed herein and in our other Securities and Exchange Commission (SEC) filings. See "Risk Factors" in Item 1A of the Form 10-K and subsequent public filings for additional information about these risks and uncertainties. Should one or more of these risks or uncertainties materialize, or should underlying assumptions prove incorrect, actual outcomes may vary materially from those indicated. Any forward-looking statement speaks only as of the date on which such statement is made,

5

and the Company does not undertake any obligation to correct or update any forward-looking statement, whether as the result of new information, future events or otherwise, except as required by applicable law.

**FOR MORE INFORMATION CONTACT**
**Matt Kerin (281) 589-4642**

6

**OPERATING DATA**

| | Quarter Ended June 30, | | Six Months Ended June 30, | |
| --- | --- | --- | --- | --- |
| | 2019 | 2018 | 2019 | 2018 |
| **PRODUCTION VOLUMES** | | | | |
| Natural gas (Bcf) | 213.8 | 172.4 | 418.6 | 337.0 |
| Crude oil and condensate (Mbbl) | - | - | - | 754.0 |
| Natural gas liquids (NGLs) (Mbbl) | - | - | - | 75.1 |
| Equivalent production (Bcfe) | 213.8 | 172.4 | 418.6 | 342.0 |
| Daily equivalent production (Mmcfe/day) | 2,349 | 1,895 | 2,313 | 1,890 |
| | | | | |
| **AVERAGE SALES PRICE** | | | | |
| Natural gas, including hedges ($/Mcf) | $ 2.27 | $ 2.15 | $ 2.80 | $ 2.29 |
| Natural gas, excluding hedges ($/Mcf) | $ 2.20 | $ 2.11 | $ 2.64 | $ 2.30 |
| Crude oil and condensate, including hedges ($/Bbl) | $ - | $ - | $ - | $ 63.68 |
| Crude oil and condensate, excluding hedges ($/Bbl) | $ - | $ - | $ - | $ 64.68 |
| NGL ($/Bbl) | $ - | $ - | $ - | $ 21.49 |
| | | | | |
| **AVERAGE UNIT COSTS ($/Mcfe)** | | | | |
| Direct operations | $ 0.08 | $ 0.09 | $ 0.09 | $ 0.10 |
| Transportation and gathering | 0.66 | 0.66 | 0.67 | 0.66 |
| Taxes other than income | 0.02 | 0.03 | 0.02 | 0.04 |
| Exploration | 0.02 | 0.32 | 0.03 | 0.17 |
| Depreciation, depletion and amortization | 0.45 | 0.49 | 0.45 | 0.49 |
| General and administrative (excluding stock-based compensation) | 0.08 | 0.09 | 0.08 | 0.10 |
| Stock-based compensation | 0.03 | 0.03 | 0.05 | 0.03 |
| Interest expense | 0.07 | 0.14 | 0.06 | 0.13 |
| | $ 1.41 | $ 1.85 | $ 1.45 | $ 1.72 |
| | | | | |
| **WELLS DRILLED** [1] | | | | |
| Gross | 24 | 24 | 49 | 39 |
| Net | 24.0 | 24.0 | 49.0 | 39.0 |
| | | | | |
| **WELLS COMPLETED** [1] | | | | |
| Gross | 28 | 23 | 42 | 34 |
| Net | 28.0 | 23.0 | 42.0 | 34.0 |

_____

(1)  *Wells drilled represents wells drilled to total depth during the period. Wells completed includes wells completed during the period, regardless of when they were drilled.*

**CONDENSED CONSOLIDATED STATEMENT OF OPERATIONS (Unaudited)**

| (In thousands, except per share amounts) | Quarter Ended June 30, 2019 | | Quarter Ended June 30, 2018 | | Six Months Ended June 30, 2019 | | Six Months Ended June 30, 2018 | |
|---|---|---|---|---|---|---|---|---|
| **OPERATING REVENUES** | | | | | | | | |
| Natural gas | $ | 470,482 | $ | 364,660 | $ | 1,103,656 | $ | 776,768 |
| Crude oil and condensate | | - | | - | | - | | 48,722 |
| Gain (loss) on derivative instruments | | 63,649 | | (3,668) | | 71,906 | | 1,909 |
| Brokered natural gas | | - | | 92,576 | | - | | 97,526 |
| Other | | (14) | | (121) | | 236 | | 1,749 |
| | | 534,117 | | 453,447 | | 1,175,798 | | 926,674 |
| **OPERATING EXPENSES** | | | | | | | | |
| Direct operations | | 18,093 | | 15,657 | | 36,427 | | 35,727 |
| Transportation and gathering | | 141,689 | | 114,189 | | 279,022 | | 226,314 |
| Brokered natural gas | | - | | 80,082 | | - | | 85,032 |
| Taxes other than income | | 3,640 | | 5,392 | | 9,487 | | 12,582 |
| Exploration | | 4,504 | | 54,500 | | 10,548 | | 58,117 |
| Depreciation, depletion and amortization | | 96,147 | | 84,910 | | 188,405 | | 167,038 |
| General and administrative (excluding stock-based compensation) | | 16,168 | | 15,533 | | 32,126 | | 34,146 |
| Stock-based compensation[1] | | 6,721 | | 5,695 | | 21,853 | | 11,142 |
| | | 286,962 | | 375,958 | | 577,868 | | 630,098 |
| Earnings (loss) on equity method investments | | 3,650 | | (4) | | 7,334 | | (998) |
| Gain (loss) on sale of assets | | - | | 544 | | (1,500) | | (40,505) |
| **INCOME FROM OPERATIONS** | | 250,805 | | 78,029 | | 603,764 | | 255,073 |
| Interest expense, net | | 14,567 | | 23,328 | | 26,748 | | 43,386 |
| Other expense | | 143 | | 118 | | 287 | | 232 |
| Income before income taxes | | 236,095 | | 54,583 | | 576,729 | | 211,455 |
| Income tax expense | | 55,086 | | 12,152 | | 132,957 | | 51,793 |
| **NET INCOME** | $ | 181,009 | $ | 42,431 | $ | 443,772 | $ | 159,662 |
| Earnings per share - Basic | $ | 0.43 | $ | 0.09 | $ | 1.05 | $ | 0.35 |
| Weighted-average common shares outstanding | | 422,141 | | 451,055 | | 422,626 | | 455,361 |

_____

(1)      *Includes the impact of our performance share awards and restricted stock.*

8

**CONDENSED CONSOLIDATED BALANCE SHEET (Unaudited)**

| (In thousands) | | June 30, 2019 | | December 31, 2018 |
|---|---|---|---|---|
| **ASSETS** | | | | |
| Current assets | $ | 631,330 | $ | 544,545 |
| Properties and equipment, net (Successful efforts method) | | 3,699,575 | | 3,463,606 |
| Other assets | | 232,824 | | 190,678 |
| | $ | 4,563,729 | $ | 4,198,829 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | | | |
| Current liabilities | $ | 234,026 | $ | 287,264 |
| Long-term debt, net | | 1,219,555 | | 1,226,104 |
| Deferred income taxes | | 611,163 | | 458,597 |
| Other liabilities | | 154,181 | | 138,705 |
| Stockholders' equity | | 2,344,804 | | 2,088,159 |
| | $ | 4,563,729 | $ | 4,198,829 |

**CONDENSED CONSOLIDATED STATEMENT OF CASH FLOWS (Unaudited)**

| (In thousands) | | Quarter Ended June 30, | | | | Six Months Ended June 30, | | |
|---|---|---|---|---|---|---|---|---|
| | | 2019 | | 2018 | | 2019 | | 2018 |
| **CASH FLOWS FROM OPERATING ACTIVITIES** | | | | | | | | |
| Net income | $ | 181,009 | $ | 42,431 | $ | 443,772 | $ | 159,662 |
| Deferred income tax expense | | 64,645 | | 2,689 | | 152,647 | | 66,976 |
| (Gain) loss on sale of assets | | - | | (544) | | 1,500 | | 40,505 |
| Exploratory dry hole cost | | 3 | | 51,145 | | 16 | | 51,085 |
| Gain on derivative instruments | | (63,649) | | 3,668 | | (71,906) | | (1,909) |
| Net cash received (paid) in settlement of derivative instruments | | 15,397 | | 5,819 | | 68,377 | | (20,312) |
| Income charges not requiring cash | | 104,477 | | 91,289 | | 213,343 | | 180,790 |
| Changes in assets and liabilities | | 24,768 | | 77,403 | | 104,188 | | 69,863 |
| Net cash provided by operating activities | | 326,650 | | 273,900 | | 911,937 | | 546,660 |
| | | | | | | | | |
| **CASH FLOWS FROM INVESTING ACTIVITIES** | | | | | | | | |
| Capital expenditures | | (225,850) | | (231,014) | | (421,500) | | (387,271) |
| Proceeds from sale of assets | | - | | 323 | | 2,346 | | 646,868 |
| Investment in equity method investments | | (3,303) | | (27,487) | | (5,131) | | (62,905) |
| Distribution of investment from equity method investments | | 758 | | - | | 758 | | - |
| Net cash (used in) provided by investing activities | | (228,395) | | (258,178) | | (423,527) | | 196,692 |
| | | | | | | | | |
| **CASH FLOWS FROM FINANCING ACTIVITIES** | | | | | | | | |
| Net borrowings (repayments) of debt | | - | | - | | (7,000) | | - |
| Treasury stock repurchases | | (125,260) | | (212,520) | | (156,638) | | (419,654) |
| Dividends paid | | (38,092) | | (27,071) | | (67,697) | | (54,718) |
| Tax withholdings on vesting of stock awards | | (987) | | (65) | | (10,557) | | (8,033) |
| Capitalized debt issuance costs | | (7,411) | | - | | (7,411) | | - |
| Net cash used in financing activities | | (171,750) | | (239,656) | | (249,303) | | (482,405) |
| Net (decrease) increase in cash and cash equivalents | $ | (73,495) | $ | (223,934) | $ | 239,107 | $ | 260,947 |

9

**Explanation and Reconciliation of Non-GAAP Financial Measures**

We report our financial results in accordance with accounting principles generally accepted in the United States (GAAP). However, we believe certain non-GAAP performance measures may provide financial statement users with additional meaningful comparisons between current results, the results of our peers and of prior periods. In addition, we believe these measures are used by analysts and others in the valuation, rating and investment recommendations of companies within the oil and natural gas exploration and production industry. See the reconciliations throughout this release of GAAP financial measures to non-GAAP financial measures for the periods indicated.

We have also included herein certain forward-looking non-GAAP financial measures. Due to the forward-looking nature of these non-GAAP financial measures, we cannot reliably predict certain of the necessary components of the most directly comparable forward-looking GAAP measures, such as future impairments and future changes in capital. Accordingly, we are unable to present a quantitative reconciliation of such forward-looking non-GAAP financial measures to their most directly comparable forward-looking GAAP financial measures. Reconciling items in future periods could be significant.

**Reconciliation of Net Income to Adjusted Net Income and Adjusted Earnings Per Share**

Adjusted Net Income and Adjusted Earnings per Share are presented based on our belief that these non-GAAP measures enable a user of the financial information to understand the impact of these items on reported results. Additionally, this presentation provides a beneficial comparison to similarly adjusted measurements of prior periods. Adjusted Net Income and Adjusted Earnings per Share are not measures of financial performance under GAAP and should not be considered as alternatives to net income and earnings per share, as defined by GAAP.

| (In thousands, except per share amounts) | Quarter Ended June 30, | | | | Six Months Ended June 30, | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 2019 | | 2018 | | 2019 | | 2018 | |
| As reported - net income | $ | 181,009 | $ | 42,431 | $ | 443,772 | $ | 159,662 |
| Reversal of selected items: | | | | | | | | |
| (Gain) loss on sale of assets | | - | | (544) | | 1,500 | | 40,505 |
| (Gain) loss on derivative instruments[1] | | (48,252) | | 9,487 | | (3,529) | | (22,221) |
| Stock-based compensation expense | | 6,721 | | 5,695 | | 21,853 | | 11,142 |
| Severance expense | | 2,124 | | 28 | | 2,124 | | 28 |
| Interest expense related to income tax reserves | | - | | 5,517 | | (3,052) | | 5,517 |
| Tax effect on selected items | | 8,998 | | (4,751) | | (4,315) | | (8,232) |
| Adjusted net income | $ | 150,600 | $ | 57,863 | $ | 458,353 | $ | 186,401 |
| As reported - earnings per share | $ | 0.43 | $ | 0.09 | $ | 1.05 | $ | 0.35 |
| Per share impact of selected items | | (0.07) | | 0.04 | | 0.03 | | 0.06 |
| Adjusted earnings per share | $ | 0.36 | $ | 0.13 | $ | 1.08 | $ | 0.41 |
| Weighted-average common shares outstanding | | 422,141 | | 451,055 | | 422,626 | | 455,361 |

_____

(1)     *This amount represents the non-cash mark-to-market changes of our commodity derivative instruments recorded in Gain (loss) on derivative instruments in the Condensed Consolidated Statement of Operations.*

10

**Return on Capital Employed**

Return on Capital Employed (ROCE) is defined as adjusted net income (defined above) plus after-tax net interest expense divided by average capital employed, which is defined as total debt plus stockholders' equity. ROCE is presented based on our belief that this non-GAAP measure is useful information to investors when comparing our profitability and the efficiency with which we have employed capital over time relative to other companies. ROCE is not a measure of financial performance under GAAP and should not be considered an alternative to net income.

| | | Twelve Months Ended June 30, | | |
|---|---|---|---|---|
| (In thousands) | | 2019 | | 2018 |
| Interest expense, net | $ | 56,563 | $ | 84,127 |
| Interest expense related to income tax reserves [1] | | 5,453 | | (5,517) |
| Tax benefit | | (14,274) | | (23,966) |
| After-tax interest expense, net (A) | | 47,742 | | 54,644 |
| | | | | |
| As reported - net income | | 841,153 | | 132,808 |
| Adjustments to as reported - net income, net of tax | | (38,088) | | 145,012 |
| Adjusted net income (B) | | 803,065 | | 277,820 |
| | | | | |
| Adjusted net income before interest expense, net (A + B) | $ | 850,807 | $ | 332,464 |
| | | | | |
| Total debt - beginning of twelve month period | $ | 1,522,572 | $ | 1,521,211 |
| Stockholders' equity - beginning of twelve month period | | 2,154,174 | | 2,642,031 |
| Capital employed - beginning of twelve month period | | 3,676,746 | | 4,163,242 |
| | | | | |
| Total debt - end of twelve month period | | 1,219,555 | | 1,522,572 |
| Stockholders' equity - end of twelve month period | | 2,344,804 | | 2,154,174 |
| Capital employed - end of twelve month period | | 3,564,359 | | 3,676,746 |
| | | | | |
| Average capital employed (C) | $ | 3,620,553 | $ | 3,919,994 |
| | | | | |
| Return on average capital employed (ROCE) (A+B) / C | | 23.5% | | 8.5% |

_____

(1)     *Interest expense related to income tax reserves is included in the adjustments to as reported - net income, net of tax.*

11

**Discretionary Cash Flow and Free Cash Flow Calculation and Reconciliation**

Discretionary Cash Flow is defined as net cash provided by operating activities excluding changes in assets and liabilities. Discretionary Cash Flow is widely accepted as a financial indicator of an oil and gas company's ability to generate cash which is used to internally fund exploration and development activities, pay dividends and service debt. Discretionary Cash Flow is presented based on our belief that this non-GAAP measure is useful information to investors when comparing our cash flows with the cash flows of other companies that use the full cost method of accounting for oil and gas producing activities or have different financing and capital structures or tax rates. Discretionary Cash Flow is not a measure of financial performance under GAAP and should not be considered as an alternative to cash flows from operating activities, as defined by GAAP, or as a measure of liquidity, or an alternative to net income.

Free Cash Flow is defined as Discretionary Cash Flow (defined above) less capital expenditures and investment in equity method investments. Free Cash Flow is an indicator of a company's ability to generate cash flow after spending the money required to maintain or expand its asset base. Free Cash Flow is presented based on our belief that this non-GAAP measure is useful information to investors when comparing our cash flows with the cash flows of other companies. Free Cash Flow is not a measure of financial performance under GAAP and should not be considered as an alternative to cash flows from operating activities, as defined by GAAP, or as a measure of liquidity, or an alternative to net income.

| | Quarter Ended June 30, | | | | Six Months Ended June 30, | | | |
|---|---|---|---|---|---|---|---|---|
| (In thousands) | 2019 | | 2018 | | 2019 | | 2018 | |
| Net cash provided by operating activities | $ | 326,650 | $ | 273,900 | $ | 911,937 | $ | 546,660 |
| Changes in assets and liabilities | | (24,768) | | (77,403) | | (104,188) | | (69,863) |
| Discretionary cash flow | | 301,882 | | 196,497 | | 807,749 | | 476,797 |
| Capital expenditures | | (225,850) | | (231,014) | | (421,500) | | (387,271) |
| Investment in equity method investments | | (3,303) | | (27,487) | | (5,131) | | (62,905) |
| Free cash flow | $ | 72,729 | $ | (62,004) | $ | 381,118 | $ | 26,621 |

**EBITDAX Calculation and Reconciliation**

EBITDAX is defined as net income plus interest expense, other expense, income tax expense, depreciation, depletion and amortization (including impairments), exploration expense, gain and loss on sale of assets, non-cash gain and loss on derivative instruments, earnings and loss on equity method investments, cash distributions received from equity method investments, and stock-based compensation expense. EBITDAX is presented based on our belief that this non-GAAP measure is useful information to investors when evaluating our ability to internally fund exploration and development activities and to service or incur debt without regard to financial or capital structure. EBITDAX is not a measure of financial performance under GAAP and should not be considered as an alternative to cash flows from operating activities or net income, as defined by GAAP, or as a measure of liquidity.

| | Quarter Ended June 30, | | | | Six Months Ended June 30, | | | |
|---|---|---|---|---|---|---|---|---|
| (In thousands) | 2019 | | 2018 | | 2019 | | 2018 | |
| Net income | $ | 181,009 | $ | 42,431 | $ | 443,772 | $ | 159,662 |
| Plus (less): | | | | | | | | |
| Interest expense, net | | 14,567 | | 23,328 | | 26,748 | | 43,386 |
| Other expense | | 143 | | 118 | | 287 | | 232 |
| Income tax expense | | 55,086 | | 12,152 | | 132,957 | | 51,793 |
| Depreciation, depletion and amortization | | 96,147 | | 84,910 | | 188,405 | | 167,038 |
| Exploration | | 4,504 | | 54,500 | | 10,548 | | 58,117 |
| (Gain) loss on sale of assets | | - | | (544) | | 1,500 | | 40,505 |
| Non-cash (gain) loss on derivative instruments | | (48,252) | | 9,487 | | (3,529) | | (22,221) |
| (Earnings) loss on equity method investments | | (3,650) | | 4 | | (7,334) | | 998 |
| Equity method investment distributions | | 4,779 | | - | | 9,508 | | - |
| Stock-based compensation | | 6,721 | | 5,695 | | 21,853 | | 11,142 |
| EBITDAX | $ | 311,054 | $ | 232,081 | $ | 824,715 | $ | 510,652 |

12

**Net Debt Reconciliation**

The total debt to total capitalization ratio is calculated by dividing total debt by the sum of total debt and total stockholders' equity. This ratio is a measurement which is presented in our annual and interim filings and we believe this ratio is useful to investors in determining our leverage. Net Debt is calculated by subtracting cash and cash equivalents from total debt. Net Debt and the Net Debt to Adjusted Capitalization ratio are non-GAAP measures which we believe are also useful to investors since we have the ability to and may decide to use a portion of our cash and cash equivalents to retire debt. Additionally, as we may incur additional expenditures without increasing debt, it is appropriate to apply cash and cash equivalents to debt in calculating the Net Debt to Adjusted Capitalization ratio.

| (In thousands) | | June 30, 2019 | | December 31, 2018 |
|---|---|---|---|---|
| Total debt | $ | 1,219,555 | $ | 1,226,104 |
| Stockholders' equity | | 2,344,804 | | 2,088,159 |
| Total capitalization | $ | 3,564,359 | $ | 3,314,263 |
| | | | | |
| Total debt | $ | 1,219,555 | $ | 1,226,104 |
| Less: Cash and cash equivalents | | (241,394) | | (2,287) |
| Net debt | $ | 978,161 | $ | 1,223,817 |
| | | | | |
| Net debt | $ | 978,161 | $ | 1,223,817 |
| Stockholders' equity | | 2,344,804 | | 2,088,159 |
| Total adjusted capitalization | $ | 3,322,965 | $ | 3,311,976 |
| | | | | |
| Total debt to total capitalization ratio | | 34.2% | | 37.0% |
| Less: Impact of cash and cash equivalents | | 4.8% | | -% |
| Net debt to adjusted capitalization ratio | | 29.4% | | 37.0% |

**Capital Expenditures**

| (In thousands) | | Quarter Ended June 30, | | | | Six Months Ended June 30, | | |
|---|---|---|---|---|---|---|---|---|
| | | 2019 | | 2018 | | 2019 | | 2018 |
| Cash paid for capital expenditures | $ | 225,850 | $ | 231,014 | $ | 421,500 | $ | 387,271 |
| Change in accrued capital costs | | (5,466) | | (17,308) | | 3,168 | | (6,275) |
| Exploratory dry hole cost | | (3) | | (51,145) | | (16) | | (51,085) |
| Capital expenditures | $ | 220,381 | $ | 162,561 | $ | 424,652 | $ | 329,911 |

13