# Exhibit 12

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 8-K

### CURRENT REPORT
**Pursuant to Section 13 or 15(d) of
the Securities Exchange Act of 1934**

Date of Report (date of earliest event reported): October 26, 2018

# CABOT OIL & GAS CORPORATION
(Exact name of registrant as specified in its charter)

| **Delaware** | **1-10447** | **04-3072771** |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (I.R.S. Employer Identification No.) |

**Three Memorial City Plaza**

**840 Gessner Road, Suite 1400**

**Houston, Texas**      **77024**

(Address of principal executive offices)      (Zip Code)

Registrant's telephone number, including area code: **(281) 589-4600**

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (*see* General Instruction A.2):

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c)

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 2.02 Results of Operations and Financial Condition.**

On October 26, 2018, we issued a press release with respect to our 2018 third quarter earnings. The press release is furnished as Exhibit 99.1 to this Current Report. The press release contains certain measures (discussed below) which may be deemed "non-GAAP financial measures" as defined in Item 10 of Regulation S-K of the Securities Exchange Act of 1934, as amended (the Exchange Act). In each case, the most directly comparable GAAP financial measure and information reconciling the GAAP and non-GAAP measures is also included in the press release.

Exhibit 99.1 shall not be deemed to be "filed" for the purposes of Section 18 of the Exchange Act, and will not be incorporated by reference into any registration statement filed under the Securities Act of 1933, as amended, unless specifically identified as being incorporated therein by reference.

From time to time management discloses Return on Capital Employed, Discretionary Cash Flow, Free Cash Flow, EBITDAX, Net Income Excluding Selected Items, Earnings per Share Excluding Selected Items and Net Debt calculations and ratios. These non-GAAP financial measures, to the extent included in Exhibit 99.1, are reconciled to the most comparable GAAP financial measures in Exhibit 99.1.

Return on Capital Employed (ROCE) is defined as Net Income Excluding Selected Items (defined below) plus after-tax net interest expense divided by average capital employed, which is defined as total debt plus stockholders' equity. ROCE is presented based on management's belief that this non-GAAP measure is useful information to investors when comparing our profitability and the efficiency with which management has employed capital over time relative to other companies. ROCE is not a measure of financial performance under GAAP and should not be considered an alternative to net income, as defined by GAAP.

Discretionary Cash Flow is defined as net cash provided by operating activities excluding changes in assets and liabilities. Discretionary Cash Flow is widely accepted as a financial indicator of an oil and gas company's ability to generate cash which is used to internally fund exploration and development activities, pay dividends and service debt. Discretionary Cash Flow is presented based on management's belief that this non-GAAP measure is useful information to investors when comparing our cash flows with the cash flows of other companies that use the full cost method of accounting for oil and gas producing activities or have different financing and capital structures or tax rates. Discretionary Cash Flow is not a measure of financial performance under GAAP and should not be considered as an alternative to cash flows from operating activities or net income, as defined by GAAP, or as a measure of liquidity.

Free Cash Flow is defined as Discretionary Cash Flow (defined above) less capital expenditures. Free Cash Flow is an indicator of a company's ability to generate cash flow after spending the money required to maintain or expand its asset base. Free Cash Flow is presented based on management's belief that this non-GAAP measure is useful information to investors when comparing our cash flows with the cash flows of other companies. Free Cash Flow is not a measure of financial performance under GAAP and should not be considered as an alternative to cash flows from operating activities or net income, as defined by GAAP, or as a measure of liquidity.

EBITDAX is defined as net income plus loss on debt extinguishment, interest expense, other expense, income tax expense, depreciation, depletion and amortization (including property impairments), exploration expense, gain and loss on sale of assets, non-cash gain and loss on derivative instruments, loss on equity method investments and stock-based compensation expense. EBITDAX is presented based on management's belief that this non-GAAP measure is useful information to investors when evaluating our ability to internally fund exploration and development activities and to service or incur debt without regard to financial or capital structure. EBITDAX is not a measure of financial performance under GAAP and should not be considered as alternative to cash flows from operating activities or net income, as defined by GAAP, or as a measure of liquidity.

Net Income Excluding Selected Items and Earnings per Share Excluding Selected Items are presented based on management's belief that these non-GAAP measures enable a user of the financial information to understand the impact of these items on reported results. Additionally, this presentation provides a beneficial comparison to similarly adjusted measurements of prior periods. Net Income and Earnings per Share Excluding Selected Items is not a measure of financial performance under GAAP and should not be considered as an alternative to net income and earnings per share, as defined by GAAP.

The total debt to total capitalization ratio is calculated by dividing total debt by the sum of total debt and total stockholders' equity. This ratio is a measurement which is presented in our annual and interim filings and management believes this ratio is useful to investors in determining the Company's leverage. Net Debt and the Net Debt to Total Capitalization ratio are non-GAAP measures which have been presented in Exhibit 99.1. Net Debt is calculated by subtracting cash and cash equivalents from total debt. Management believes that these measurements are also useful to investors since the Company has

2

the ability to and may decide to use a portion of its cash and cash equivalents to retire debt. Additionally, as the Company may incur additional expenditures without increasing debt, it is appropriate to apply cash and cash equivalents to debt in calculating the Net Debt to Total Capitalization ratio.

3

**Item 9.01 Financial Statements and Exhibits.**

(d) Exhibits

99.1 Press release issued by Cabot Oil & Gas Corporation dated October 26, 2018

4

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

CABOT OIL & GAS CORPORATION

By:    /s/ TODD M. ROEMER

Todd M. Roemer

Vice President and Controller

Date: October 26, 2018

5

**Exhibit 99.1**



October 26, 2018

FOR MORE INFORMATION CONTACT
Matt Kerin (281) 589-4642

**Cabot Oil & Gas Corporation Announces Third-Quarter 2018 Results,**
**Increases Dividend by 17 Percent,**
**Provides Preliminary 2019 Operating Plan and Capital Allocation Strategy**

HOUSTON, October 26, 2018/PRNewswire/ -- Cabot Oil & Gas Corporation (NYSE: COG) ("Cabot" or the "Company") today reported financial and operating results for the third-quarter of 2018.

**Third-Quarter 2018 Highlights**

- Daily equivalent production of 2,029 million cubic feet equivalent (Mmcfe) per day
- Net income of $122.3 million (or $0.28 per share); adjusted net income (non-GAAP) of $108.9 million (or $0.25 per share)
- Net cash provided by operating activities of $242.2 million; discretionary cash flow (non-GAAP) of $298.8 million
- Free cash flow (non-GAAP) of $28.6 million
- Return on capital employed (ROCE) (non-GAAP) of 10.8 percent for the trailing twelve months
- Returned $188.5 million of capital to shareholders through dividends and share repurchases
- Announced a 17 percent dividend increase, the Company's third dividend increase in the last 18 months
- Reduced debt by $237.0 million, resulting in annualized interest expense savings of $15.3 million
- Improved operating expenses per unit by 18 percent relative to the prior-year comparable quarter

See the supplemental tables at the end of this press release for a reconciliation of non-GAAP measures including adjusted net income, EBITDAX, discretionary cash flow, free cash flow, ROCE, and net debt to adjusted capitalization ratio.

"We returned to free cash flow generation during the third-quarter while delivering significant year-over-year growth in all financial metrics," stated Dan O. Dinges, Chairman, President and Chief Executive Officer. "We continue to execute on our strategy of delivering returns-focused growth in per share metrics, returning capital to shareholders, and improving our return on capital employed."

1

**Third-Quarter 2018 Financial Results**

Third-quarter 2018 daily equivalent production was 2,029 Mmcfe per day (100 percent natural gas), a 10 percent increase relative to the third-quarter of 2017 and a seven percent sequential increase relative to the second-quarter of 2018. On a divestiture-adjusted basis, third-quarter 2018 daily equivalent production increased 19 percent relative to the prior-year comparable quarter.

Third-quarter 2018 net income was $122.3 million, or $0.28 per share, compared to net income of $17.6 million, or $0.04 per share, in the prior-year period. Third-quarter 2018 adjusted net income (non-GAAP) was $108.9 million, or $0.25 per share, compared to adjusted net income of $32.0 million, or $0.07 per share, in the prior-year period. Third-quarter 2018 EBITDAX (non-GAAP) was $291.6 million, compared to $218.6 million in the prior-year period.

Third-quarter 2018 net cash provided by operating activities was $242.2 million, compared to $189.1 million in the prior-year period. Third-quarter 2018 discretionary cash flow (non-GAAP) was $298.8 million, compared to $207.2 million in the prior-year period. Third-quarter 2018 free cash flow (non-GAAP) was $28.6 million, compared to $4.0 million in the prior-year period.

Third-quarter 2018 natural gas price realizations, both including and excluding the impact of derivatives, were $2.36 per thousand cubic feet (Mcf), an increase of 16 percent compared to the prior-year period. Third-quarter 2018 natural gas price realizations represented a $0.54 discount to NYMEX settlement prices compared to a $0.99 discount in the prior-year comparable quarter.

Third-quarter 2018 operating expenses (including financing) decreased to $1.69 per thousand cubic feet equivalent (Mcfe), an 18 percent improvement compared to the prior-year period. All operating expense categories decreased on a per unit basis relative to last year's comparable quarter except for exploration, which increased primarily as a result of $5.3 million of exploratory dry hole costs related to the final activity in the Company's first exploratory area, for which the Company previously announced its decision to cease further activity.

Cabot incurred a total of $263.2 million of capital expenditures in the third-quarter of 2018 including $237.5 million of drilling and facilities capital; $16.1 million of leasehold acquisition capital; and $9.6 million of other capital. Additionally, the Company contributed $10.0 million to its equity method pipeline investments in the third-quarter of 2018. See the supplemental table at the end of this press release reconciling the capital expenditures during the third-quarter of 2018.

**Year-To-Date 2018 Financial Results**

Daily equivalent production for the nine-month period ended September 30, 2018 was 1,936 Mmcfe per day (99 percent natural gas), a three percent increase relative to the prior-year period. On a divestiture-adjusted basis, daily equivalent production for the nine-month period ended September 30, 2018 increased nine percent relative to the prior-year period.

2

For the nine-month period ended September 30, 2018, net income was $282.0 million, or $0.63 per share, compared to net income of $144.8 million, or $0.31 per share, for the nine-month period ended September 30, 2017. Adjusted net income (non-GAAP) was $295.3 million, or $0.66 per share, compared to adjusted net income of $185.1 million, or $0.40 per share, for the nine-month period ended September 30, 2017. EBITDAX (non-GAAP) for the nine-month period ended September 30, 2018 was $802.3 million, compared to $799.3 million for the nine-month period ended September 30, 2017.

For the nine-month period ended September 30, 2018, net cash provided by operating activities was $788.9 million, compared to $719.0 million for the nine-month period ended September 30, 2017. Discretionary cash flow (non-GAAP) for the nine-months ended September 30, 2018 was $775.6 million, compared to $736.0 million for the nine-month period ended September 30, 2017. Free cash flow (non-GAAP) was $55.2 million for the nine-month period ended September 30, 2018, compared to $125.8 million for the nine-month period ended September 30, 2017. ROCE (non-GAAP) improved to 10.8 percent for the trailing twelve months ended September 30, 2018, compared to 5.7 percent for the trailing twelve months ended September 30, 2017.

Natural gas price realizations, including the impact of derivatives, were $2.32 per Mcf for the nine-month period ended September 30, 2018, a decrease of one percent compared to the nine-month period ended September 30, 2017.

For the nine-month period ended September 30, 2018, operating expenses (including financing) decreased to $1.71 per Mcfe, a 16 percent improvement compared to the prior-year period.

Cabot incurred a total of $593.1 million of capital expenditures during the nine-month period ended September 30, 2018 including $551.4 million of drilling and facilities capital; $27.5 million of leasehold acquisition capital; and $14.2 million of other capital. Additionally, the Company contributed $72.9 million to its equity method pipeline investments during the nine-month period ended September 30, 2018.

**Dividend Increase**

Cabot's Board of Directors today approved a 17 percent increase in its quarterly cash dividend on common stock. Effective with the dividend payable on November 16, 2018, to holders of record as of November 7, 2018, the board declared a quarterly dividend of $0.07 per share on its common stock. "With the in-service of the Atlantic Sunrise pipeline project now in the rearview mirror, we have full confidence in the Company's ability to generate significant free cash flow in the coming years," commented Dinges. "As a result, we are increasing our dividend for the third time in the last 18 months as we continue to increase the focus of our capital allocation on returning cash to our shareholders."

3

**Share Repurchase Program Update**

During the third-quarter of 2018, Cabot repurchased 7.2 million shares at a weighted-average share price of $22.67. Subsequent to the end of the third-quarter, the Company repurchased an additional 2.8 million shares at a weighted-average share price of $23.17 under a Rule 10b5-1 plan, resulting in year-to-date repurchases through the date of this press release of approximately 30.0 million shares at a weighted-average share price of $23.66. Since reactivating the share repurchase program in the second-quarter of 2017, Cabot has reduced its shares outstanding by over seven percent to 431.2 million shares. "Our year-to-date share repurchases, in addition to our expected dividend payments for the year, will result in the Company returning over $820 million of capital to shareholders, implying a total shareholder yield of almost nine percent based on our current market capitalization," said Dinges.

**Financial Position and Liquidity**

As of September 30, 2018, Cabot had total debt of $1.3 billion and cash on hand of $316.1 million. During the third-quarter of 2018, Cabot paid off its $237.0 million tranche of 6.44% senior notes that matured on July 16, 2018, resulting in approximately $15.3 million of annualized interest expense savings going forward.

The Company's net debt-to-adjusted capitalization ratio and net debt-to-trailing twelve months EBITDAX ratio were 31.7 percent and 0.9x, respectively, compared to 29.2 percent and 1.0x as of December 31, 2017. The Company currently has no debt outstanding under the credit facility, resulting in over $2.1 billion of liquidity.

**Fourth-Quarter and Full-Year 2018 Guidance**

Cabot has reaffirmed its previously announced fourth-quarter 2018 net production guidance of 2,225 to 2,275 Mmcfe per day. The Company has also reaffirmed its previously announced 2018 daily production growth guidance range of 7 to 8 percent (12 to 13 percent on a debt-adjusted per share basis) and its full-year capital budget of $940 million. "Due to the recent improvement in the near-term outlook for NYMEX prices and basis differentials, we now expect to generate approximately $200 million of free cash flow during the fourth-quarter and approximately $250 million of free cash flow for the full-year, based on current strip prices", noted Dinges.

**Preliminary 2019 Operating Plan**

Cabot has provided its preliminary 2019 production growth guidance range of 20 to 25 percent (25 to 30 percent on a debt-adjusted per share basis). This production growth range is based on a capital budget of $800 million to $850 million. Based on current market indications for basis differentials at the time of this press release, Cabot expects its natural gas price realizations to average $0.30 below NYMEX for the full-year of 2019. Based on current strip prices and these differential assumptions, the Company's 2019 program is expected to deliver between $650 million and $700 million of free cash flow. "Our preliminary 2019 operating

4

plan and capital budget can deliver greater than 60 percent growth in earnings per share, an improvement in ROCE to over 20 percent, and a free cash flow yield over seven percent based on our current market capitalization" said Dinges. "I would also highlight that our focus, first and foremost, is on maximizing returns and free cash flow with production growth simply being a result of disciplined capital allocation to high-quality assets. To the extent that our outlook for commodity prices in 2019 and beyond changes as a result of supply and demand dynamics during this coming winter heating season, we may reevaluate our plans in early 2019 to remain aligned with our strategic focus on maximizing returns and free cash flow."

**Capital Allocation Strategy**

Cabot plans to distribute greater than 50 percent of free cash flow to shareholders annually through a combination of dividends and share repurchases. The allocation of the remaining free cash flow will be dependent on market conditions with a focus preserving financial flexibility and increasing optionality throughout all commodity price cycles. "Given the inflection point we are reaching for free cash flow generation this year, we are excited to highlight our capital allocation plans beyond investing through the drill-bit in our high-return Marcellus Shale assets," stated Dinges. "Cabot has been at the forefront of the shift in strategy across the exploration and production sector to focusing on generating free cash flow, improving return on capital, and increasing return of capital. We believe our commitment to provide this level of payout to shareholders annually while still preserving financial flexibility to remain opportunistic through all cycles, maximizes Cabot's ability to create long-term shareholder value."

**Conference Call Webcast**

A conference call is scheduled for Friday, October 26, 2018, at 9:30 a.m. Eastern Time to discuss third-quarter 2018 financial and operating results. To access the live audio webcast, please visit the Investor Relations section of the Company's website. A replay of the call will also be available on the Company's website.

Cabot Oil & Gas Corporation, headquartered in Houston, Texas, is a leading independent natural gas producer with its entire resource base located in the continental United States. For additional information, visit the Company's website at **www.cabotog.com**.

This press release includes forward-looking statements within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended. The statements regarding future financial and operating performance and results, strategic pursuits and goals, market prices, future hedging and risk management activities, and other statements that are not historical facts contained in this report are forward-looking statements. The words "expect", "project", "estimate", "believe", "anticipate", "intend", "budget", "plan", "forecast", "outlook", "predict", "may", "should", "could", "will" and similar expressions are also intended to identify forward-looking statements. Such statements involve risks and uncertainties, including, but not limited to, market factors, market prices (including geographic basis differentials) of natural gas and crude oil, results of future drilling and marketing activity,

5

future production and costs, legislative and regulatory initiatives, electronic, cyber or physical security breaches and other factors detailed herein and in our other Securities and Exchange Commission (SEC) filings. See "Risk Factors" in Item 1A of the Form 10-K and subsequent public filings for additional information about these risks and uncertainties. Should one or more of these risks or uncertainties materialize, or should underlying assumptions prove incorrect, actual outcomes may vary materially from those indicated. Any forward-looking statement speaks only as of the date on which such statement is made, and the Company does not undertake any obligation to correct or update any forward-looking statement, whether as the result of new information, future events or otherwise, except as required by applicable law.

**FOR MORE INFORMATION CONTACT**

**Matt Kerin (281) 589-4642**

6

**OPERATING DATA**

| | Quarter Ended September 30, | | | | Nine Months Ended September 30, | | | |
|---|---|---|---|---|---|---|---|---|
| | 2018 | | 2017 | | 2018 | | 2017 | |
| **PRODUCTION VOLUMES** | | | | | | | | |
| Natural gas (Bcf) | 186.5 | | 161.2 | | 523.6 | | 491.2 | |
| Crude oil and condensate (Mbbl) | - | | 1,268.0 | | 754.0 | | 3,202.8 | |
| Natural gas liquids (NGLs) (Mbbl) | - | | 124.7 | | 75.1 | | 380.6 | |
| Equivalent production (Bcfe) | 186.5 | | 169.5 | | 528.6 | | 512.7 | |
| Daily equivalent production (Mmcfe/day) | 2,029 | | 1,843 | | 1,936 | | 1,878 | |
| | | | | | | | | |
| **AVERAGE SALES PRICE** | | | | | | | | |
| Natural gas, including hedges ($/Mcf) | $ | 2.36 | $ | 2.03 | $ | 2.32 | $ | 2.35 |
| Natural gas, excluding hedges ($/Mcf) | $ | 2.36 | $ | 2.01 | $ | 2.33 | $ | 2.35 |
| Crude oil and condensate, including hedges ($/Bbl) | $ | - | $ | 45.53 | $ | 63.68 | $ | 45.70 |
| Crude oil and condensate, excluding hedges ($/Bbl) | $ | - | $ | 44.88 | $ | 64.68 | $ | 45.13 |
| NGL ($/Bbl) | $ | - | $ | 17.04 | $ | 21.49 | $ | 18.08 |
| | | | | | | | | |
| **AVERAGE UNIT COSTS ($/Mcfe)** | | | | | | | | |
| Direct operations | $ | 0.09 | $ | 0.15 | $ | 0.10 | $ | 0.15 |
| Transportation and gathering | | 0.69 | | 0.70 | | 0.67 | | 0.71 |
| Taxes other than income | | 0.02 | | 0.05 | | 0.03 | | 0.05 |
| Exploration | | 0.05 | | 0.04 | | 0.13 | | 0.03 |
| Depreciation, depletion and amortization | | 0.65 | | 0.86 | | 0.55 | | 0.83 |
| General and administrative (excluding stock-based compensation) | | 0.08 | | 0.09 | | 0.09 | | 0.09 |
| Stock-based compensation | | 0.03 | | 0.05 | | 0.03 | | 0.05 |
| Interest expense | | 0.08 | | 0.12 | | 0.11 | | 0.12 |
| | $ | 1.69 | $ | 2.06 | $ | 1.71 | $ | 2.03 |
| | | | | | | | | |
| **WELLS DRILLED** [1] | | | | | | | | |
| Gross | | 21 | | 23 | | 60 | | 71 |
| Net | | 21.0 | | 20.4 | | 60.0 | | 62.5 |
| | | | | | | | | |
| **WELLS COMPLETED** [1] | | | | | | | | |
| Gross | | 27 | | 30 | | 61 | | 81 |
| Net | | 27.0 | | 22.2 | | 61.0 | | 70.2 |

---

(1)    *Wells drilled represents wells drilled to total depth during the period. Wells completed includes wells completed during the period, regardless of when they were drilled.*

7

**CONDENSED CONSOLIDATED STATEMENT OF OPERATIONS (Unaudited)**

| (In thousands, except per share amounts) | Quarter Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2018 | 2017 | 2018 | 2017 |
| **OPERATING REVENUES** | | | | |
| Natural gas | $ 440,835 | $ 323,319 | $ 1,217,603 | $ 1,152,089 |
| Crude oil and condensate | - | 56,913 | 48,722 | 144,528 |
| Gain (loss) on derivative instruments | (3,537) | (836) | (1,628) | 46,353 |
| Brokered natural gas | 105,849 | 3,528 | 203,375 | 12,260 |
| Other | 2,026 | 2,492 | 3,775 | 8,486 |
| | 545,173 | 385,416 | 1,471,847 | 1,363,716 |
| **OPERATING EXPENSES** | | | | |
| Direct operations | 17,030 | 26,282 | 52,757 | 78,185 |
| Transportation and gathering | 129,534 | 117,891 | 355,848 | 361,909 |
| Brokered natural gas | 93,405 | 2,797 | 178,437 | 10,262 |
| Taxes other than income | 2,852 | 9,194 | 15,434 | 26,562 |
| Exploration | 10,049 | 6,466 | 68,166 | 16,623 |
| Depreciation, depletion and amortization | 121,172 | 146,267 | 288,210 | 425,689 |
| Impairment of oil and gas properties | - | - | - | 68,555 |
| General and administrative (excluding stock-based compensation) | 14,235 | 15,395 | 48,382 | 44,724 |
| Stock-based compensation[1] | 6,489 | 7,849 | 17,631 | 26,178 |
| | 394,766 | 332,141 | 1,024,865 | 1,058,687 |
| Loss on equity method investments | (11) | (1,417) | (1,009) | (3,986) |
| Gain (loss) on sale of assets | 25,655 | (11,872) | (14,850) | (13,498) |
| **INCOME FROM OPERATIONS** | 176,051 | 39,986 | 431,123 | 287,545 |
| Interest expense, net | 14,191 | 20,331 | 57,577 | 61,720 |
| Other expense (income) | 115 | (5,083) | 347 | (4,974) |
| Income before income taxes | 161,745 | 24,738 | 373,199 | 230,799 |
| Income tax expense | 39,408 | 7,151 | 91,201 | 85,965 |
| **NET INCOME** | $ 122,337 | $ 17,587 | $ 281,998 | $ 144,834 |
| Earnings per share - Basic | $ 0.28 | $ 0.04 | $ 0.63 | $ 0.31 |
| Weighted-average common shares outstanding | 440,772 | 462,498 | 450,445 | 464,194 |

(1)     *Includes the impact of the Company's performance share awards and restricted stock.*

8

**CONDENSED CONSOLIDATED BALANCE SHEET (Unaudited)**

| (In thousands) | | September 30, 2018 | | December 31, 2017 |
|---|---|---|---|---|
| **ASSETS** | | | | |
| Current assets | $ | 619,864 | $ | 764,957 |
| Properties and equipment, net (Successful efforts method) | | 3,366,237 | | 3,072,204 |
| Assets held for sale | | 6,114 | | 778,855 |
| Other assets | | 186,828 | | 111,328 |
| | $ | 4,179,043 | $ | 4,727,344 |
| | | | | |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | | | |
| Current liabilities | $ | 366,098 | $ | 630,050 |
| Long-term debt, net (excluding current maturities) | | 1,218,848 | | 1,217,891 |
| Deferred income taxes | | 358,708 | | 227,030 |
| Liabilities held for sale | | 381 | | 15,748 |
| Other liabilities | | 140,861 | | 112,720 |
| Stockholders' equity | | 2,094,147 | | 2,523,905 |
| | $ | 4,179,043 | $ | 4,727,344 |

**CONDENSED CONSOLIDATED STATEMENT OF CASH FLOWS (Unaudited)**

| (In thousands) | | Quarter Ended September 30, | | | | Nine Months Ended September 30, | | |
|---|---|---|---|---|---|---|---|---|
| | | 2018 | | 2017 | | 2018 | | 2017 |
| **CASH FLOWS FROM OPERATING ACTIVITIES** | | | | | | | | |
| Net income | $ | 122,337 | $ | 17,587 | $ | 281,998 | $ | 144,834 |
| Deferred income tax expense | | 64,823 | | 16,336 | | 131,799 | | 89,731 |
| Impairment of oil and gas properties | | - | | - | | - | | 68,555 |
| (Gain) loss on sale of assets | | (25,655) | | 11,872 | | 14,850 | | 13,498 |
| Exploratory dry hole cost | | 5,340 | | - | | 56,425 | | 2,842 |
| (Gain) loss on derivative instruments | | 3,537 | | 836 | | 1,628 | | (46,353) |
| Net cash received (paid) in settlement of derivative instruments | | (41) | | 3,906 | | (20,354) | | 3,587 |
| Income charges not requiring cash | | 128,422 | | 156,693 | | 309,212 | | 459,265 |
| Changes in assets and liabilities | | (56,569) | | (18,130) | | 13,294 | | (16,912) |
| Net cash provided by operating activities | | 242,194 | | 189,100 | | 788,852 | | 719,047 |
| | | | | | | | | |
| **CASH FLOWS FROM INVESTING ACTIVITIES** | | | | | | | | |
| Capital expenditures | | (260,232) | | (193,480) | | (647,503) | | (586,813) |
| Proceeds from sale of assets | | 28,657 | | 31,236 | | 675,525 | | 32,711 |
| Investment in equity method investments | | (9,961) | | (9,756) | | (72,866) | | (23,382) |
| Net cash used in investing activities | | (241,536) | | (172,000) | | (44,844) | | (577,484) |
| | | | | | | | | |
| **CASH FLOWS FROM FINANCING ACTIVITIES** | | | | | | | | |
| Repayments of debt | | (237,000) | | - | | (237,000) | | - |
| Treasury stock repurchases | | (162,071) | | - | | (581,725) | | (68,255) |
| Dividends paid | | (26,467) | | (23,125) | | (81,185) | | (55,707) |
| Tax withholdings on vesting of stock awards | | (37) | | (257) | | (8,068) | | (5,929) |
| Other | | - | | 4 | | - | | 42 |
| Net cash used in financing activities | | (425,575) | | (23,378) | | (907,978) | | (129,849) |
| | | | | | | | | |
| Net increase (decrease) in cash and cash equivalents | $ | (424,917) | $ | (6,278) | $ | (163,970) | $ | 11,714 |

9

**Explanation and Reconciliation of Non-GAAP Financial Measures**

We report our financial results in accordance with accounting principles generally accepted in the United States (GAAP). However, we believe certain non-GAAP performance measures may provide financial statement users with additional meaningful comparisons between current results, the results of our peers and of prior periods. In addition, we believe these measures are used by analysts and others in the valuation, rating and investment recommendations of companies within the oil and natural gas exploration and production industry. See the reconciliations throughout this release of GAAP financial measures to non-GAAP financial measures for the periods indicated.

We have also included herein certain forward-looking non-GAAP financial measures. Due to the forward-looking nature of these non-GAAP financial measures, we cannot reliably predict certain of the necessary components of the most directly comparable forward-looking GAAP measures, such as future impairments and future changes in capital. Accordingly, we are unable to present a quantitative reconciliation of such forward-looking non-GAAP financial measures to their most directly comparable forward-looking GAAP financial measures. Reconciling items in future periods could be significant.

**Reconciliation of Net Income to Adjusted Net Income and Adjusted Earnings Per Share**

Adjusted Net Income and Adjusted Earnings per Share are presented based on our belief that these non-GAAP measures enable a user of the financial information to understand the impact of these items on reported results. Additionally, this presentation provides a beneficial comparison to similarly adjusted measurements of prior periods. Adjusted Net Income and Adjusted Earnings per Share are not measures of financial performance under GAAP and should not be considered as alternatives to net income and earnings per share, as defined by GAAP.

| (In thousands, except per share amounts) | Quarter Ended September 30, | | | | Nine Months Ended September 30, | | | |
|---|---|---|---|---|---|---|---|---|
| | 2018 | | 2017 | | 2018 | | 2017 | |
| As reported - net income | $ | 122,337 | $ | 17,587 | $ | 281,998 | $ | 144,834 |
| Reversal of selected items: | | | | | | | | |
| Impairment of oil and gas properties | | - | | - | | - | | 68,555 |
| (Gain) loss on sale of assets | | (25,655) | | 11,872 | | 14,850 | | 13,498 |
| (Gain) loss on derivative instruments[1] | | 3,496 | | 4,742 | | (18,726) | | (42,766) |
| Stock-based compensation expense | | 6,489 | | 7,849 | | 17,631 | | 26,178 |
| Severance expense | | - | | 3,192 | | 28 | | 3,192 |
| OPEB curtailment | | - | | (4,850) | | - | | (4,850) |
| Interest expense related to income tax reserves | | (1,863) | | - | | 3,654 | | - |
| Tax effect on selected items | | 4,127 | | (8,427) | | (4,104) | | (23,577) |
| Adjusted net income | $ | 108,931 | $ | 31,965 | $ | 295,331 | $ | 185,064 |
| As reported - earnings per share | $ | 0.28 | $ | 0.04 | $ | 0.63 | $ | 0.31 |
| Per share impact of selected items | | (0.03) | | 0.03 | | 0.03 | | 0.09 |
| Adjusted earnings per share | $ | 0.25 | $ | 0.07 | $ | 0.66 | $ | 0.40 |
| Weighted-average common shares outstanding | | 440,772 | | 462,498 | | 450,445 | | 464,194 |

_____

(1)    *This amount represents the non-cash mark-to-market changes of our commodity derivative instruments recorded in (gain) loss on derivative instruments in the Condensed Consolidated Statement of Operations.*

10

**Return on Capital Employed**

Return on Capital Employed (ROCE) is defined as adjusted net income (defined above) plus after-tax net interest expense divided by average capital employed, which is defined as total debt plus stockholders' equity. ROCE is presented based on our belief that this non-GAAP measure is useful information to investors when comparing our profitability and the efficiency with which we have employed capital over time relative to other companies. ROCE is not a measure of financial performance under GAAP and should not be considered an alternative to net income, as defined by GAAP.

| | Twelve Months Ended September 30, | | | |
|---|---|---|---|---|
| (In thousands) | | 2018 | | 2017 |
| Interest expense, net | $ | 77,987 | $ | 82,236 |
| Less: Interest expense related to income tax reserves [(1)] | | (3,681) | | - |
| Tax benefit | | (20,227) | | (30,386) |
| After-tax interest expense, net (A) | | 54,079 | | 51,850 |
| | | | | |
| As reported - net income (loss) | | 237,558 | | (147,926) |
| Adjustments to as reported - net income, net of tax | | 117,228 | | 338,100 |
| Adjusted net income (B) | | 354,786 | | 190,174 |
| | | | | |
| Adjusted net income before interest expense, net (A + B) | $ | 408,865 | $ | 242,024 |
| | | | | |
| Total debt - beginning of twelve month period | $ | 1,521,551 | $ | 1,520,190 |
| Stockholders' equity - beginning of twelve month period | | 2,644,594 | | 2,863,250 |
| Capital employed - beginning of twelve month period | | 4,166,145 | | 4,383,440 |
| | | | | |
| Total debt - end of twelve month period | | 1,285,848 | | 1,521,551 |
| Stockholders' equity - end of twelve month period | | 2,094,147 | | 2,644,594 |
| Capital employed - end of twelve month period | | 3,379,995 | | 4,166,145 |
| | | | | |
| Average capital employed (C) | $ | 3,773,070 | $ | 4,274,793 |
| | | | | |
| Return on average capital employed (ROCE) (A+B) / C | | 10.8% | | 5.7% |

_____

*(1)      Interest expense related to income tax reserves is included in the adjustments to as reported - net income, net of tax.*

11

**Discretionary Cash Flow and Free Cash Flow Calculation and Reconciliation**

Discretionary Cash Flow is defined as net cash provided by operating activities excluding changes in assets and liabilities. Discretionary Cash Flow is widely accepted as a financial indicator of an oil and gas company's ability to generate cash which is used to internally fund exploration and development activities, pay dividends and service debt. Discretionary Cash Flow is presented based on our belief that this non-GAAP measure is useful information to investors when comparing our cash flows with the cash flows of other companies that use the full cost method of accounting for oil and gas producing activities or have different financing and capital structures or tax rates. Discretionary Cash Flow is not a measure of financial performance under GAAP and should not be considered as an alternative to cash flows from operating activities, as defined by GAAP, or as a measure of liquidity, or an alternative to net income.

Free Cash Flow is defined as Discretionary Cash Flow (defined above) less capital expenditures and investment in equity method investments. Free Cash Flow is an indicator of a company's ability to generate cash flow after spending the money required to maintain or expand its asset base. Free Cash Flow is presented based on our belief that this non-GAAP measure is useful information to investors when comparing our cash flows with the cash flows of other companies. Free Cash Flow is not a measure of financial performance under GAAP and should not be considered as an alternative to cash flows from operating activities, as defined by GAAP, or as a measure of liquidity, or an alternative to net income.

| | Quarter Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| (In thousands) | 2018 | 2017 | 2018 | 2017 |
| Net cash provided by operating activities | $ 242,194 | $ 189,100 | $ 788,852 | $ 719,047 |
| Changes in assets and liabilities | 56,569 | 18,130 | (13,294) | 16,912 |
| Discretionary cash flow | 298,763 | 207,230 | 775,558 | 735,959 |
| Capital expenditures | (260,232) | (193,480) | (647,503) | (586,813) |
| Investment in equity method investments | (9,961) | (9,756) | (72,866) | (23,382) |
| Free cash flow | $ 28,570 | $ 3,994 | $ 55,189 | $ 125,764 |

**EBITDAX Calculation and Reconciliation**

EBITDAX is defined as net income plus loss on debt extinguishment, interest expense, other expense, income tax expense, depreciation, depletion and amortization (including impairments), exploration expense, gain and loss on sale of assets, non-cash gain and loss on derivative instruments, loss on equity method investments and stock-based compensation expense. EBITDAX is presented based on our belief that this non-GAAP measure is useful information to investors when evaluating our ability to internally fund exploration and development activities and to service or incur debt without regard to financial or capital structure. EBITDAX is not a measure of financial performance under GAAP and should not be considered as alternative to cash flows from operating activities or net income, as defined by GAAP, or as a measure of liquidity.

| | Quarter Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| (In thousands) | 2018 | 2017 | 2018 | 2017 |
| Net income | $ 122,337 | $ 17,587 | $ 281,998 | $ 144,834 |
| Plus (less): | | | | |
| Interest expense, net | 14,191 | 20,331 | 57,577 | 61,720 |
| Other expense (income) | 115 | (5,083) | 347 | (4,974) |
| Income tax expense | 39,408 | 7,151 | 91,201 | 85,965 |
| Depreciation, depletion and amortization | 121,172 | 146,267 | 288,210 | 425,689 |
| Impairment of oil and gas properties | - | - | - | 68,555 |
| Exploration | 10,049 | 6,466 | 68,166 | 16,623 |
| (Gain) loss on sale of assets | (25,655) | 11,872 | 14,850 | 13,498 |
| Non-cash (gain) loss on derivative instruments | 3,496 | 4,742 | (18,726) | (42,766) |
| Loss on equity method investments | 11 | 1,417 | 1,009 | 3,986 |
| Stock-based compensation | 6,489 | 7,849 | 17,631 | 26,178 |
| EBITDAX | $ 291,613 | $ 218,599 | $ 802,263 | $ 799,308 |

12

**Net Debt Reconciliation**

The total debt to total capitalization ratio is calculated by dividing total debt by the sum of total debt and total stockholders' equity. This ratio is a measurement which is presented in our annual and interim filings and we believe this ratio is useful to investors in determining our leverage. Net Debt is calculated by subtracting cash and cash equivalents from total debt. Net Debt and the Net Debt to Total Capitalization ratio are non-GAAP measures which we believe are also useful to investors since we have the ability to and may decide to use a portion of our cash and cash equivalents to retire debt. Additionally, as we may incur additional expenditures without increasing debt, it is appropriate to apply cash and cash equivalents to debt in calculating the Net Debt to Total Capitalization ratio.

| (In thousands) | | September 30, 2018 | | December 31, 2017 |
|---|---|---|---|---|
| Current portion of long-term debt | $ | 67,000 | $ | 304,000 |
| Long-term debt, net | | 1,218,848 | | 1,217,891 |
| Total debt | $ | 1,285,848 | $ | 1,521,891 |
| Stockholders' equity | | 2,094,147 | | 2,523,905 |
| Total capitalization | $ | 3,379,995 | $ | 4,045,796 |
| | | | | |
| Total debt | $ | 1,285,848 | $ | 1,521,891 |
| Less: Cash and cash equivalents | | (316,077) | | (480,047) |
| Net debt | $ | 969,771 | $ | 1,041,844 |
| | | | | |
| Net debt | $ | 969,771 | $ | 1,041,844 |
| Stockholders' equity | | 2,094,147 | | 2,523,905 |
| Total adjusted capitalization | $ | 3,063,918 | $ | 3,565,749 |
| | | | | |
| Total debt to total capitalization ratio | | 38.0% | | 37.6% |
| Less: Impact of cash and cash equivalents | | 6.3% | | 8.4% |
| Net debt to adjusted capitalization ratio | | 31.7% | | 29.2% |

**Capital Expenditures**

| (In thousands) | | Quarter Ended September 30, | | | | Nine Months Ended September 30, | | |
|---|---|---|---|---|---|---|---|---|
| | | 2018 | | 2017 | | 2018 | | 2017 |
| Cash paid for capital expenditures | $ | 260,232 | $ | 193,480 | $ | 647,503 | $ | 586,813 |
| Change in accrued capital costs | | 8,296 | | (18,005) | | 2,020 | | (1,207) |
| Exploratory dry hole cost | | (5,340) | | - | | (56,425) | | (2,842) |
| Capital expenditures | $ | 263,188 | $ | 175,475 | $ | 593,098 | $ | 582,764 |

13