# Exhibit 14

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 8-K

### CURRENT REPORT
**Pursuant to Section 13 or 15(d) of
the Securities Exchange Act of 1934**

Date of Report (date of earliest event reported): April 26, 2019

# CABOT OIL & GAS CORPORATION
(Exact name of registrant as specified in its charter)

| **Delaware** | **1-10447** | **04-3072771** |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (I.R.S. Employer Identification No.) |

| **Three Memorial City Plaza** | |
| **840 Gessner Road, Suite 1400** | |
| **Houston, Texas** | **77024** |
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code: **(281) 589-4600**

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (*see* General Instruction A.2):

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c)

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 2.02 Results of Operations and Financial Condition.**

On April 26, 2019, we issued a press release with respect to our 2019 first quarter earnings. The press release is furnished as Exhibit 99.1 to this Current Report. The press release contains certain measures (discussed below) which may be deemed "non-GAAP financial measures" as defined in Item 10 of Regulation S-K of the Securities Exchange Act of 1934, as amended (the Exchange Act). In each case, the most directly comparable GAAP financial measure and information reconciling the GAAP and non-GAAP measures is also included in the press release.

Exhibit 99.1 shall not be deemed to be "filed" for the purposes of Section 18 of the Exchange Act, and will not be incorporated by reference into any registration statement filed under the Securities Act of 1933, as amended, unless specifically identified as being incorporated therein by reference.

From time to time management discloses Return on Capital Employed, Discretionary Cash Flow, Free Cash Flow, EBITDAX, Adjusted Net Income, Adjusted Earnings per Share, Earnings per Share Excluding Selected Items and Net Debt calculations and ratios. These non-GAAP financial measures, to the extent included in Exhibit 99.1, are reconciled to the most comparable GAAP financial measures in Exhibit 99.1.

Return on Capital Employed (ROCE) is defined as Adjusted Net Income (defined below) plus after-tax net interest expense divided by average capital employed, which is defined as total debt plus stockholders' equity. ROCE is presented based on management's belief that this non-GAAP measure is useful information to investors when comparing our profitability and the efficiency with which management has employed capital over time relative to other companies. ROCE is not a measure of financial performance under GAAP and should not be considered an alternative to net income, as defined by GAAP.

Discretionary Cash Flow is defined as net cash provided by operating activities excluding changes in assets and liabilities. Discretionary Cash Flow is widely accepted as a financial indicator of an oil and gas company's ability to generate cash which is used to internally fund exploration and development activities, pay dividends and service debt. Discretionary Cash Flow is presented based on management's belief that this non-GAAP measure is useful information to investors when comparing our cash flows with the cash flows of other companies that use the full cost method of accounting for oil and gas producing activities or have different financing and capital structures or tax rates. Discretionary Cash Flow is not a measure of financial performance under GAAP and should not be considered as an alternative to cash flows from operating activities or net income, as defined by GAAP, or as a measure of liquidity.

Free Cash Flow is defined as Discretionary Cash Flow (defined above) less capital expenditures and investment in equity method investments. Free Cash Flow is an indicator of a company's ability to generate cash flow after spending the money required to maintain or expand its asset base. Free Cash Flow is presented based on management's belief that this non-GAAP measure is useful information to investors when comparing our cash flows with the cash flows of other companies. Free Cash Flow is not a measure of financial performance under GAAP and should not be considered as an alternative to cash flows from operating activities or net income, as defined by GAAP, or as a measure of liquidity.

EBITDAX is defined as net income plus loss on debt extinguishment, interest expense, other expense, income tax expense, depreciation, depletion and amortization (including property impairments), exploration expense, gain and loss on sale of assets, non-cash gain and loss on derivative instruments, gains and loss on equity method investments, cash distributions received from equity method investment and stock-based compensation expense. EBITDAX is presented based on management's belief that this non-GAAP measure is useful information to investors when evaluating our ability to internally fund exploration and development activities and to service or incur debt without regard to financial or capital structure. EBITDAX is not a measure of financial performance under GAAP and should not be considered as alternative to cash flows from operating activities or net income, as defined by GAAP, or as a measure of liquidity.

Adjusted Net Income and Adjusted Earnings per Share are presented based on management's belief that these non-GAAP measures enable a user of the financial information to understand the impact of these items on reported results. Additionally, this presentation provides a beneficial comparison to similarly adjusted measurements of prior periods. Adjusted Net Income and Adjusted Earnings per Share are not measures of financial performance under GAAP and should not be considered as an alternative to net income and earnings per share, as defined by GAAP.

The total debt to total capitalization ratio is calculated by dividing total debt by the sum of total debt and total stockholders' equity. This ratio is a measurement which is presented in our annual and interim filings and management believes this ratio is useful to investors in determining the Company's leverage. Net Debt and the Net Debt to Total Capitalization ratio are non-GAAP measures which have been presented in Exhibit 99.1. Net Debt is calculated by subtracting cash and cash equivalents from total debt. Management believes that these measurements are also useful to investors since the Company has the ability to and may decide to use a portion of its cash and cash equivalents to retire debt. Additionally, as the Company may

incur additional expenditures without increasing debt, it is appropriate to apply cash and cash equivalents to debt in calculating the Net Debt to Total Capitalization ratio.

3

**Item 9.01 Financial Statements and Exhibits.**

(d) Exhibits

99.1 Press release issued by Cabot Oil & Gas Corporation dated April 26, 2019

---

4

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

CABOT OIL & GAS CORPORATION

By:     /s/ TODD M. ROEMER
        Todd M. Roemer
        Vice President and Controller

Date: April 26, 2019

5

**Exhibit 99.1**



840 Gessner Rd., Houston, Texas 77024-4152
P. O. Box 4544, Houston, Texas 77210-4544
(281) 589-4600

April 26, 2019

**FOR MORE INFORMATION CONTACT**
**Matt Kerin (281) 589-4642**

**Cabot Oil & Gas Corporation Announces First-Quarter 2019 Results, Increases Dividend by 29 Percent**

HOUSTON, April 26, 2019/PRNewswire/ -- Cabot Oil & Gas Corporation (NYSE: COG) ("Cabot" or the "Company") today reported financial and operating results for the first-quarter of 2019.

"For the quarter, Cabot generated record levels of operating cash flow, free cash flow, adjusted net income, and production, resulting from continued operational success, disciplined capital allocation and cost control, and strong price realizations," stated Dan O. Dinges, Chairman, President and Chief Executive Officer. "For the full-year, we remain on track to deliver earnings per share growth, return on capital employed, and a free cash flow yield that are extremely attractive when compared across all sectors of the market."

**First-Quarter 2019 Highlights**

- Net income of $262.8 million (or $0.62 per share); adjusted net income (non-GAAP) of $307.8 million (or $0.73 per share)
- Net cash provided by operating activities of $585.3 million; discretionary cash flow (non-GAAP) of $505.9 million
- Free cash flow (non-GAAP) of $308.4 million
- Return on capital employed (ROCE) (non-GAAP) for the trailing twelve months of 20.4 percent
- Daily equivalent production of 2,276 million cubic feet equivalent (Mmcfe) per day, an increase of 21 percent relative to the prior-year comparable quarter (25 percent on a divestiture-adjusted basis)
- Improved operating expenses per unit by six percent relative to the prior-year comparable quarter
- Announced a 29 percent dividend increase, the Company's fourth dividend increase in the last two years

See the supplemental tables at the end of this press release for a reconciliation of non-GAAP measures including adjusted net income, discretionary cash flow, EBITDAX, free cash flow, net debt to adjusted capitalization ratio, and ROCE.

1

**First-Quarter 2019 Financial Results**

First-quarter 2019 daily equivalent production was 2,276 Mmcfe per day (100 percent natural gas), exceeding the high-end of the Company's guidance range and representing a 21 percent increase relative to the first-quarter of 2018. On a divestiture-adjusted basis, first-quarter 2019 daily equivalent production increased 25 percent relative to the prior-year comparable quarter.

First-quarter 2019 net income was $262.8 million, or $0.62 per share, compared to net income of $117.2 million, or $0.26 per share, in the prior-year period. First-quarter 2019 adjusted net income (non-GAAP) was $307.8 million, or $0.73 per share, compared to adjusted net income of $128.5 million, or $0.28 per share, in the prior-year period. First-quarter 2019 EBITDAX (non-GAAP) was $513.7 million, compared to $278.6 million in the prior-year period.

First-quarter 2019 net cash provided by operating activities was $585.3 million, compared to $272.8 million in the prior-year period. First-quarter 2019 discretionary cash flow (non-GAAP) was $505.9 million, compared to $280.3 million in the prior-year period. First-quarter 2019 free cash flow (non-GAAP) was $308.4 million, compared to $88.6 million in the prior-year period.

First-quarter 2019 natural gas price realizations, including the impact of derivatives, were $3.35 per thousand cubic feet (Mcf), an increase of 37 percent compared to the prior-year period. Excluding the impact of derivatives, first-quarter 2019 natural gas price realizations were $3.09 per Mcf, representing a $0.06 discount to NYMEX settlement prices compared to a $0.50 discount in the prior-year comparable quarter. "Given our access to high seasonal demand in the Mid-Atlantic market and improving regional basis differentials, Cabot recognized its best corporate-wide differential since the second-quarter of 2013," commented Dinges.

First-quarter 2019 operating expenses (including financing) decreased to $1.48 per thousand cubic feet equivalent (Mcfe), a six percent improvement compared to the prior-year period.

Cabot incurred a total of $204.3 million of capital expenditures in the first-quarter of 2019 including $202.4 million of drilling and facilities capital, $0.6 million of leasehold acquisition capital, and $1.3 million of other capital. Additionally, the Company contributed $1.8 million to its equity method pipeline investments. See the supplemental table at the end of this press release reconciling the capital expenditures during the first-quarter of 2019.

**Dividend Increase**

Cabot's Board of Directors has approved a 29 percent increase in its quarterly cash dividend to $0.09 per share on the Company's common stock, resulting in the fourth dividend increase in the last two years. The dividend will be paid on May 29, 2019 to all shareholders of record as of the close of business on May 15, 2019. "Our capital allocation strategy remains focused on returning at least 50 percent of our free cash flow to shareholders annually through the combination of a growing dividend and share repurchases," highlighted

Dinges. "Even when stress-testing our five-year plan to natural gas prices that are significantly below the current forward curve, Cabot's anticipated free cash flow profile would enable the Company to continue to grow its dividend over time to a yield that is competitive relative to the broader equity market."

**Financial Position and Liquidity**

As of March 31, 2019, Cabot had total debt of $1.2 billion and cash on hand of $314.9 million. The Company's debt-to-total capitalization ratio and debt-to-trailing twelve months EBITDAX ratio were 34.4 percent and 0.8x, respectively, compared to 37.0 percent and 1.0x as of December 31, 2018.

On April 22, 2019, the Company closed on an amended and restated unsecured revolving credit facility (the "Credit Facility") that matures in April 2024, with an additional one year extension provision. The borrowing base under the Credit Facility remained unchanged from the Company's prior revolving credit facility at $3.2 billion, while the Company elected to reduce its available commitments to $1.5 billion. The Company currently has no debt outstanding under the Credit Facility, resulting in over $1.8 billion of liquidity as of the closing of this Credit Facility.

**Second-Quarter and Full-Year 2019 Guidance Update**

Cabot has provided its second-quarter 2019 production guidance range of 2,300 to 2,350 Mmcfe per day. The Company has also reiterated its 2019 production growth guidance of 20 percent and its capital budget of $800 million. Additionally, the Company has updated its guidance on estimated key financial metrics for 2019 in the table below.

| Estimated 2019 Key Financial Metrics [1] | $2.50 NYMEX | $2.75 NYMEX | $3.00 NYMEX |
| --- | --- | --- | --- |
| Adjusted Earnings Per Share Growth (%) | 25% - 35% | 45% - 55% | 65% - 75% |
| Free Cash Flow ($mm) | $500 - $550 | $600 - $650 | $700 - $750 |
| Return on Capital Employed (%) | 20% - 21% | 22% - 23% | 24% - 25% |

*(1) Ranges for estimated key financial metrics based on guidance ranges for operating expenses*

For further disclosure on Cabot's natural gas pricing exposure by index and cost guidance, please see the current Guidance slide in the Investor Relations section of the Company's website.

**Conference Call Webcast**

A conference call is scheduled for Friday, April 26, 2019, at 9:30 a.m. Eastern Time to discuss first-quarter 2019 financial and operating results. To access the live audio webcast, please visit the Investor Relations section of the Company's website. A replay of the call will also be available on the Company's website.

3

Cabot Oil & Gas Corporation, headquartered in Houston, Texas, is a leading independent natural gas producer with its entire resource base located in the continental United States. For additional information, visit the Company's website at **www.cabotog.com**.

This press release includes forward-looking statements within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended. The statements regarding future financial and operating performance and results, returns to shareholders, strategic pursuits and goals, market prices, future hedging and risk management activities, and other statements that are not historical facts contained in this report are forward-looking statements. The words "expect", "project", "estimate", "believe", "anticipate", "intend", "budget", "plan", "forecast", "outlook", "predict", "may", "should", "could", "will" and similar expressions are also intended to identify forward-looking statements. Such statements involve risks and uncertainties, including, but not limited to, market factors, market prices (including geographic basis differentials) of natural gas and crude oil, results of future drilling and marketing activity, future production and costs, legislative and regulatory initiatives, electronic, cyber or physical security breaches and other factors detailed herein and in our other Securities and Exchange Commission (SEC) filings. See "Risk Factors" in Item 1A of the Form 10-K and subsequent public filings for additional information about these risks and uncertainties. Should one or more of these risks or uncertainties materialize, or should underlying assumptions prove incorrect, actual outcomes may vary materially from those indicated. Any forward-looking statement speaks only as of the date on which such statement is made, and the Company does not undertake any obligation to correct or update any forward-looking statement, whether as the result of new information, future events or otherwise, except as required by applicable law.

**FOR MORE INFORMATION CONTACT**
**Matt Kerin (281) 589-4642**

4

**OPERATING DATA**

| | Three Months Ended March 31, | | | |
|---|---|---|---|---|
| | 2019 | | 2018 | |
| **PRODUCTION VOLUMES** | | | | |
| Natural gas (Bcf) | | 204.8 | | 164.6 |
| Crude oil and condensate (Mbbl) | | - | | 754.0 |
| Natural gas liquids (NGLs) (Mbbl) | | - | | 75.1 |
| Equivalent production (Bcfe) | | 204.8 | | 169.6 |
| Daily equivalent production (Mmcfe/day) | | 2,276 | | 1,884 |
| | | | | |
| **AVERAGE SALES PRICE** | | | | |
| Natural gas, including hedges ($/Mcf) | $ | 3.35 | $ | 2.44 |
| Natural gas, excluding hedges ($/Mcf) | $ | 3.09 | $ | 2.50 |
| Crude oil and condensate, including hedges ($/Bbl) | $ | - | $ | 63.61 |
| Crude oil and condensate, excluding hedges ($/Bbl) | $ | - | $ | 64.61 |
| NGL ($/Bbl) | $ | - | $ | 23.75 |
| | | | | |
| **AVERAGE UNIT COSTS ($/Mcfe)** | | | | |
| Direct operations | $ | 0.09 | $ | 0.12 |
| Transportation and gathering | | 0.67 | | 0.66 |
| Taxes other than income | | 0.03 | | 0.04 |
| Exploration | | 0.03 | | 0.02 |
| Depreciation, depletion and amortization | | 0.45 | | 0.48 |
| General and administrative (excluding stock-based compensation) | | 0.08 | | 0.11 |
| Stock-based compensation | | 0.07 | | 0.03 |
| Interest expense | | 0.06 | | 0.12 |
| | $ | 1.48 | $ | 1.58 |
| | | | | |
| **WELLS DRILLED** [1] | | | | |
| Gross | | 25 | | 15 |
| Net | | 25.0 | | 15.0 |
| | | | | |
| **WELLS COMPLETED** [1] | | | | |
| Gross | | 14 | | 11 |
| Net | | 14.0 | | 11.0 |

_____

(1)    *Wells drilled represents wells drilled to total depth during the period. Wells completed includes wells completed during the period, regardless of when they were drilled.*

5

**CONDENSED CONSOLIDATED STATEMENT OF OPERATIONS (Unaudited)**

| (In thousands, except per share amounts) | | Three Months Ended March 31, | | |
| --- | --- | --- | --- | --- |
| | | **2019** | | **2018** |
| **OPERATING REVENUES** | | | | |
| Natural gas | $ | 633,174 | $ | 412,108 |
| Crude oil and condensate | | - | | 48,722 |
| Gain on derivative instruments | | 8,257 | | 5,577 |
| Brokered natural gas | | - | | 4,950 |
| Other | | 250 | | 1,870 |
| | | 641,681 | | 473,227 |
| **OPERATING EXPENSES** | | | | |
| Direct operations | | 18,334 | | 20,070 |
| Transportation and gathering | | 137,333 | | 112,125 |
| Brokered natural gas | | - | | 4,950 |
| Taxes other than income | | 5,847 | | 7,190 |
| Exploration | | 6,044 | | 3,617 |
| Depreciation, depletion and amortization | | 92,258 | | 82,128 |
| General and administrative (excluding stock-based compensation) | | 15,958 | | 18,613 |
| Stock-based compensation[1] | | 15,132 | | 5,447 |
| | | 290,906 | | 254,140 |
| Earnings (loss) on equity method investments | | 3,684 | | (994) |
| Loss on sale of assets | | (1,500) | | (41,049) |
| **INCOME FROM OPERATIONS** | | 352,959 | | 177,044 |
| Interest expense, net | | 12,181 | | 20,058 |
| Other expense | | 144 | | 114 |
| Income before income taxes | | 340,634 | | 156,872 |
| Income tax expense | | 77,871 | | 39,641 |
| **NET INCOME** | $ | 262,763 | $ | 117,231 |
| Earnings per share - Basic | $ | 0.62 | $ | 0.26 |
| Weighted-average common shares outstanding | | 423,116 | | 459,715 |

_____

(1)    *Includes the impact of our performance share awards and restricted stock.*

6

**CONDENSED CONSOLIDATED BALANCE SHEET (Unaudited)**

| (In thousands) | | March 31, 2019 | | December 31, 2018 |
|---|---|---:|---|---:|
| **ASSETS** | | | | |
| Current assets | $ | 680,191 | $ | 544,545 |
| Properties and equipment, net (Successful efforts method) | | 3,574,622 | | 3,463,606 |
| Other assets | | 226,734 | | 190,678 |
| | $ | 4,481,547 | $ | 4,198,829 |
| | | | | |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | | | |
| Current liabilities | $ | 240,315 | $ | 287,264 |
| Long-term debt, net | | 1,219,338 | | 1,226,104 |
| Deferred income taxes | | 546,559 | | 458,597 |
| Other liabilities | | 154,396 | | 138,705 |
| Stockholders' equity | | 2,320,939 | | 2,088,159 |
| | $ | 4,481,547 | $ | 4,198,829 |

**CONDENSED CONSOLIDATED STATEMENT OF CASH FLOWS (Unaudited)**

| (In thousands) | | Three Months Ended March 31, | | |
|---|---|---:|---|---:|
| | | 2019 | | 2018 |
| **CASH FLOWS FROM OPERATING ACTIVITIES** | | | | |
| Net income | $ | 262,763 | $ | 117,231 |
| Deferred income tax expense | | 88,002 | | 64,287 |
| Loss on sale of assets | | 1,500 | | 41,049 |
| Exploratory dry hole cost | | 13 | | (60) |
| Gain on derivative instruments | | (8,257) | | (5,577) |
| Net cash received (paid) in settlement of derivative instruments | | 52,980 | | (26,131) |
| Income charges not requiring cash | | 108,866 | | 89,501 |
| Changes in assets and liabilities | | 79,420 | | (7,540) |
| Net cash provided by operating activities | | 585,287 | | 272,760 |
| | | | | |
| **CASH FLOWS FROM INVESTING ACTIVITIES** | | | | |
| Capital expenditures | | (195,650) | | (156,257) |
| Proceeds from sale of assets | | 2,346 | | 646,545 |
| Investment in equity method investments | | (1,828) | | (35,418) |
| Net cash provided by (used in) investing activities | | (195,132) | | 454,870 |
| | | | | |
| **CASH FLOWS FROM FINANCING ACTIVITIES** | | | | |
| Net borrowings (repayments) of debt | | (7,000) | | - |
| Treasury stock repurchases | | (31,378) | | (207,134) |
| Dividends paid | | (29,605) | | (27,647) |
| Tax withholdings on vesting of stock awards | | (9,570) | | (7,968) |
| Net cash used in financing activities | | (77,553) | | (242,749) |
| | | | | |
| Net increase in cash and cash equivalents | $ | 312,602 | $ | 484,881 |

7

**Explanation and Reconciliation of Non-GAAP Financial Measures**

We report our financial results in accordance with accounting principles generally accepted in the United States (GAAP). However, we believe certain non-GAAP performance measures may provide financial statement users with additional meaningful comparisons between current results, the results of our peers and of prior periods. In addition, we believe these measures are used by analysts and others in the valuation, rating and investment recommendations of companies within the oil and natural gas exploration and production industry. See the reconciliations throughout this release of GAAP financial measures to non-GAAP financial measures for the periods indicated.

We have also included herein certain forward-looking non-GAAP financial measures. Due to the forward-looking nature of these non-GAAP financial measures, we cannot reliably predict certain of the necessary components of the most directly comparable forward-looking GAAP measures, such as future impairments and future changes in capital. Accordingly, we are unable to present a quantitative reconciliation of such forward-looking non-GAAP financial measures to their most directly comparable forward-looking GAAP financial measures. Reconciling items in future periods could be significant.

**Reconciliation of Net Income to Adjusted Net Income and Adjusted Earnings Per Share**

Adjusted Net Income and Adjusted Earnings per Share are presented based on our belief that these non-GAAP measures enable a user of the financial information to understand the impact of these items on reported results. Additionally, this presentation provides a beneficial comparison to similarly adjusted measurements of prior periods. Adjusted Net Income and Adjusted Earnings per Share are not measures of financial performance under GAAP and should not be considered as alternatives to net income and earnings per share, as defined by GAAP.

|  | Three Months Ended March 31, | | | |
|---|---|---|---|---|
| (In thousands, except per share amounts) | 2019 | | 2018 | |
| As reported - net income | $ | 262,763 | $ | 117,231 |
| Reversal of selected items: | | | | |
| Loss on sale of assets | | 1,500 | | 41,049 |
| (Gain) loss on derivative instruments[1] | | 44,723 | | (31,708) |
| Stock-based compensation expense | | 15,132 | | 5,447 |
| Interest expense related to income tax reserves | | (3,052) | | - |
| Tax effect on selected items | | (13,313) | | (3,481) |
| Adjusted net income | $ | 307,753 | $ | 128,538 |
| As reported - earnings per share | $ | 0.62 | $ | 0.26 |
| Per share impact of selected items | | 0.11 | | 0.02 |
| Adjusted earnings per share | $ | 0.73 | $ | 0.28 |
| Weighted-average common shares outstanding | | 423,116 | | 459,715 |

_____

(1)    *This amount represents the non-cash mark-to-market changes of our commodity derivative instruments recorded in Gain on derivative instruments in the Condensed Consolidated Statement of Operations.*

8

**Return on Capital Employed**

Return on Capital Employed (ROCE) is defined as adjusted net income (defined above) plus after-tax net interest expense divided by average capital employed, which is defined as total debt plus stockholders' equity. ROCE is presented based on our belief that this non-GAAP measure is useful information to investors when comparing our profitability and the efficiency with which we have employed capital over time relative to other companies. ROCE is not a measure of financial performance under GAAP and should not be considered an alternative to net income.

|  | Twelve Months Ended March 31, | |
| --- | --- | --- |
| (In thousands) | 2019 | 2018 |
| Interest expense, net | $ 65,324 | $ 81,418 |
| Interest expense related to income tax reserves [1] | (64) | - |
| Tax benefit | (15,140) | (27,393) |
| After-tax interest expense, net (A) | 50,120 | 54,025 |
|  |  |  |
| As reported - net income (loss) | 702,575 | 111,904 |
| Adjustments to as reported - net income, net of tax | 7,753 | 172,096 |
| Adjusted net income (B) | 710,328 | 284,000 |
|  |  |  |
| Adjusted net income before interest expense, net (A + B) | $ 760,448 | $ 338,025 |
|  |  |  |
| Total debt - beginning of twelve month period | $ 1,522,231 | $ 1,520,870 |
| Stockholders' equity - beginning of twelve month period | 2,406,516 | 2,707,179 |
| Capital employed - beginning of twelve month period | 3,928,747 | 4,228,049 |
|  |  |  |
| Total debt - end of twelve month period | 1,219,338 | 1,522,231 |
| Stockholders' equity - end of twelve month period | 2,320,939 | 2,406,516 |
| Capital employed - end of twelve month period | 3,540,277 | 3,928,747 |
|  |  |  |
| Average capital employed (C) | $ 3,734,512 | $ 4,078,398 |
|  |  |  |
| Return on average capital employed (ROCE) (A+B) / C | 20.4% | 8.3% |

(1)    Interest expense related to income tax reserves is included in the adjustments to as reported - net income, net of tax.

9

**Discretionary Cash Flow and Free Cash Flow Calculation and Reconciliation**

Discretionary Cash Flow is defined as net cash provided by operating activities excluding changes in assets and liabilities. Discretionary Cash Flow is widely accepted as a financial indicator of an oil and gas company's ability to generate cash which is used to internally fund exploration and development activities, pay dividends and service debt. Discretionary Cash Flow is presented based on our belief that this non-GAAP measure is useful information to investors when comparing our cash flows with the cash flows of other companies that use the full cost method of accounting for oil and gas producing activities or have different financing and capital structures or tax rates. Discretionary Cash Flow is not a measure of financial performance under GAAP and should not be considered as an alternative to cash flows from operating activities, as defined by GAAP, or as a measure of liquidity, or an alternative to net income.

Free Cash Flow is defined as Discretionary Cash Flow (defined above) less capital expenditures and investment in equity method investments. Free Cash Flow is an indicator of a company's ability to generate cash flow after spending the money required to maintain or expand its asset base. Free Cash Flow is presented based on our belief that this non-GAAP measure is useful information to investors when comparing our cash flows with the cash flows of other companies. Free Cash Flow is not a measure of financial performance under GAAP and should not be considered as an alternative to cash flows from operating activities, as defined by GAAP, or as a measure of liquidity, or an alternative to net income.

| (In thousands) | Three Months Ended March 31, 2019 | | Three Months Ended March 31, 2018 | |
|---|---|---|---|---|
| Net cash provided by operating activities | $ | 585,287 | $ | 272,760 |
| Changes in assets and liabilities | | (79,420) | | 7,540 |
| Discretionary cash flow | | 505,867 | | 280,300 |
| Capital expenditures | | (195,650) | | (156,257) |
| Investment in equity method investments | | (1,828) | | (35,418) |
| Free cash flow | $ | 308,389 | $ | 88,625 |

**EBITDAX Calculation and Reconciliation**

EBITDAX is defined as net income plus interest expense, other expense, income tax expense, depreciation, depletion and amortization (including impairments), exploration expense, loss on sale of assets, non-cash gain and loss on derivative instruments, earnings and loss on equity method investments, cash distributions received from equity method investments, and stock-based compensation expense. EBITDAX is presented based on our belief that this non-GAAP measure is useful information to investors when evaluating our ability to internally fund exploration and development activities and to service or incur debt without regard to financial or capital structure. EBITDAX is not a measure of financial performance under GAAP and should not be considered as alternative to cash flows from operating activities or net income, as defined by GAAP, or as a measure of liquidity.

| (In thousands) | Three Months Ended March 31, 2019 | | Three Months Ended March 31, 2018 | |
|---|---|---|---|---|
| Net income | $ | 262,763 | $ | 117,231 |
| Plus (less): | | | | |
| Interest expense, net | | 12,181 | | 20,058 |
| Other expense | | 144 | | 114 |
| Income tax expense | | 77,871 | | 39,641 |
| Depreciation, depletion and amortization | | 92,258 | | 82,128 |
| Exploration | | 6,044 | | 3,617 |
| Loss on sale of assets | | 1,500 | | 41,049 |
| Non-cash (gain) loss on derivative instruments | | 44,723 | | (31,708) |
| (Earnings) loss on equity method investments | | (3,684) | | 994 |
| Equity method investment distributions | | 4,729 | | - |
| Stock-based compensation | | 15,132 | | 5,447 |
| EBITDAX | $ | 513,661 | $ | 278,571 |

10

**Net Debt Reconciliation**

The total debt to total capitalization ratio is calculated by dividing total debt by the sum of total debt and total stockholders' equity. This ratio is a measurement which is presented in our annual and interim filings and we believe this ratio is useful to investors in determining our leverage. Net Debt is calculated by subtracting cash and cash equivalents from total debt. Net Debt and the Net Debt to Adjusted Capitalization ratio are non-GAAP measures which we believe are also useful to investors since we have the ability to and may decide to use a portion of our cash and cash equivalents to retire debt. Additionally, as we may incur additional expenditures without increasing debt, it is appropriate to apply cash and cash equivalents to debt in calculating the Net Debt to Adjusted Capitalization ratio.

| (In thousands) | | March 31, 2019 | | December 31, 2018 |
|---|---|---|---|---|
| Total debt | $ | 1,219,338 | $ | 1,226,104 |
| Stockholders' equity | | 2,320,939 | | 2,088,159 |
| Total capitalization | $ | 3,540,277 | $ | 3,314,263 |
| | | | | |
| Total debt | $ | 1,219,338 | $ | 1,226,104 |
| Less: Cash and cash equivalents | | (314,889) | | (2,287) |
| Net debt | $ | 904,449 | $ | 1,223,817 |
| | | | | |
| Net debt | $ | 904,449 | $ | 1,223,817 |
| Stockholders' equity | | 2,320,939 | | 2,088,159 |
| Total adjusted capitalization | $ | 3,225,388 | $ | 3,311,976 |
| | | | | |
| Total debt to total capitalization ratio | | 34.4% | | 37.0% |
| Less: Impact of cash and cash equivalents | | 6.4% | | -% |
| Net debt to adjusted capitalization ratio | | 28.0% | | 37.0% |

**Capital Expenditures**

| (In thousands) | | Three Months Ended March 31, | | |
|---|---|---|---|---|
| | | 2019 | | 2018 |
| Cash paid for capital expenditures | $ | 195,650 | $ | 156,257 |
| Change in accrued capital costs | | 8,634 | | 11,032 |
| Exploratory dry hole cost | | (13) | | 60 |
| Capital expenditures | $ | 204,271 | $ | 167,349 |