# Exhibit 18

**To:**        Adam Wolfe[Adam.Wolfe@cabotog.com]; Andrew Destocki[Andrew.Destocki@cabotog.com]; Marcus Barnes[Marcus.Barnes@cabotog.com]
**From:**    Guy Shirey
**Sent:**    2018-04-12T07:31:44-06:00
**Importance:**        Normal
**Subject:**    FW: Production Forecast
**Received:**            2018-04-12T07:31:45-06:00
image001.jpg
image002.jpg

Fyi…. Keep it under the hood….

**From:** Gary Hlavinka
**Sent:** Wednesday, April 11, 2018 8:49 PM
**To:** Phil Stalnaker <phil.stalnaker@cabotog.com>
**Cc:** Guy Shirey <Guy.Shirey@cabotog.com>; Jim Novacek <jim.novacek@cabotog.com>; BJ Cline <BJ.Cline@cabotog.com>; Seth Hallam <Seth.Hallam@cabotog.com>
**Subject:** RE: Production Forecast

Phil,

See email correspondence below, in response to Scott Schroeder's inquiry into the recently updated 2018 production forecast. My preliminary response follows, subject to your review of ongoing engineering work and any changes you might want to suggest.

What happened:

The computer models and engineering workflows we use to predict pressure sensitivity and uplift in the Susquehanna gathering system generated mixed results in early 2018. While our Facility models correctly predicted production uplift beyond Reservoir's unadjusted forecasts in Q1 2018 (meeting budgeted goals), the observed uplift was less than predicted. New facility and pipeline in-service delays certainly contributed complexity to our analysis, but ultimately we reached the end of Q1 (a three month period with no new wellpad TILs) at a lower production rate and at lower field pressures than originally forecast. Beginning the month of April at a lower than expected production rate in our updated forecast has reduced our expectations of attaining previously forecast production levels for the remainder of the year.

During Q1 we identified and implemented a number of adjustments to our models and processes:
- Modified a pressure sensitivity algorithm that was discovered to be predicting a slight production uplift (effectively dampening normal decline) during steady state gathering conditions. This issue generated a positive production error, although less than 1%, that unfortunately compounded from month to

CONFIDENTIAL

EXHIBIT
**48**
Shirey 7/31/2023 G.W.

CABOT_00663712

month in our model.
- Corrected minor compressor and pipeline configuration errors.
- Modified the production profile for new wells in Aries and our pipeline model to more closely model actual TIL practices in the field during the first two months of flow.
- Updated both Aries and pipeline models for current Drilling, Completions, and gathering facility timelines.

Going forward, we have completed our analysis of a more robust pipeline modeling product (the same one used by Williams), which we expect to improve our modeling capabilities:
- Significantly reduced model run times, allowing additional time for analyzing model results, identifying and correcting errors, and running additional scenarios.
- Improved model convergence characteristics and accuracy.
- Improved detailed compressor modeling capabilities.
- Improved data input and reporting capabilities

We will also continue to refine and integrate our Reservoir and Facility modeling efforts, more formally documenting our workflows and processes.

What we are doing to get back to budget:

Reservoir and Facilities are currently working through updated production forecast scenarios which reflect the potential acceleration of certain 2018 wellpad TILs (and a few new delays that have been recognized).  Completions, Production, and Drilling have been working with us to identify these timing based opportunities, and I appreciate their support.  The net effect of this exercise has identified more potential production that can be captured during 2018.  We are working to quantify that potential (and the capital required) and plan to review it with you tomorrow.

Additionally, we are:
- accelerating our plans to commence wellbore cleanouts on wells that have been adversely impacted by adjacent fracs;
- looking into the feasibility of extending production on producing wellpads with 2018 drilling activity through the use of temporary flowback facilities (between RDMO tophole rig and MIRU big rig);
- reevaluating our criteria and track record for shutting in producing wells in advance of offset frac activity;
- moving forward and prioritizing our plans to install tubing and cap strings in wells experiencing liquid loading; and
- maintaining our focus on optimizing our production performance daily, across the Production, Gas Control, and Engineering groups.

CONFIDENTIAL

CABOT_00663713

Please let me know if you have any questions or would like to discuss further.

Gary Hlavinka
412-249-3910

| Forecast Date | April MCFD |
|---|---|
| January, 2018 | 2,239,589 |
| Current | 2,159,829 |
| Reduced Amount | 79,760 |
| TIL Changes | 41,000 |
| Aries Curve Fit Decline Increase | 5,000 |
| Church Compressor Configuration Error in Model | 5,000 |
| Squire Pad Shut In for Williams Pipeline Work | 3,000 |
| Increase in Wells Shut In for Fracking | 1,000 |
| Subtotal | 55,000 |
| Remaining Difference (Reduced Amount - Subtotal) | 24,760 |

The only reason I can think of for the remaining 25 MMCFD difference is that I started the January, 2018 forecast during that month and the system was in a very transient state with MacNew compressor and the new Malina TGP tap off/on over the course of the month and I used a starting point for the wells that was too high.

Improvements to the process:

- Recently made model improvements to match the reservoir engineering declines curves closer
- The compressor calculations will be more accurate when the new modeling software is purchased next month
- The new modeling software will eliminate data entry errors because it can read data in directly from Excel instead of copying and pasting

CONFIDENTIAL

CABOT_00663714

- The new modeling software will drastically reduce the amount of time required to do a run so more detailed analysis of the results can be performed to validate their accuracy

Potential for increasing volumes in 2018:

- The extra units at Potter and MacNew could be run in the third quarter and gain some additional volumes to market
- Moving the Abbott pad (good net out) back up into 2018 and pushing the Moore pad (bad net out) to 2019 might gain some extra volumes

Thanks,

**James P. Novacek, P.E.**
**Facilities Engineering Manager**
 **Cabot Oil & Gas**
North Region
2000 Park Lane, Suite 300
Pittsburgh, PA 15275
412-249-3916

**From:** Guy Shirey
**Sent:** Tuesday, April 10, 2018 7:12 AM
**To:** Jim Novacek <jim.novacek@cabotog.com>; Gary Hlavinka <Gary.Hlavinka@cabotog.com>
**Subject:** RE: Production Forecast

Let's discuss.  I'm not sure what time frame you're referencing; the most recent FC, or the JAN budget?

**From:** Jim Novacek
**Sent:** Tuesday, April 10, 2018 6:41 AM
**To:** Guy Shirey <Guy.Shirey@cabotog.com>; Gary Hlavinka <Gary.Hlavinka@cabotog.com>
**Subject:** RE: Production Forecast

I am still putting together my summary of reasons for why the forecast was too high but I have a question concerning Guy's first two bullet points below.  My model predicts uplift in the base so for the purposes of this question let's assume it correctly captured the 41 mmscfd uplift that the Aries curve fit showed.  The model did not capture the short fall in the new TIL's so it would be predicting about 41 mmscfd more than was actually available.  Does this make sense?

Thanks,

James P. Novacek, P.E.
Facilities Engineering Manager
Cabot Oil & Gas
North Region
2000 Park Lane, Suite 300
Pittsburgh, PA 15275

CONFIDENTIAL

CABOT_00663715

412-249-3916

---

**From:** Guy Shirey
**Sent:** Monday, April 09, 2018 4:13 PM
**To:** Gary Hlavinka <Gary.Hlavinka@cabotog.com>; Jim Novacek <jim.novacek@cabotog.com>
**Subject:** RE: Production Forecast

From our end...........

- Reservoir Performance – after brushing up our ARIES curves in March after the wells were seeing lower Line Pressure in JAN & FEB, & bringing recent TIL's up to new data  (data that we didn't have for the JAN Budget run), the overall improvement in our BASE was ~ +15 bcf for the year, or ~ 41 mmcfd.
- Drill / Frac Delays – due to TIL delays that became apparent "since" the JAN budget run, (caused by drilling issues & remediation work), the overall effect to the new TIL's was a negative ~(-15 bcf).
- Thus, the NET effect of these first 2 bullets is a wash, from the Reservoir standpoint.
- It should be noted that overall spending outlay is down $40mm also (due to delays, less stages frac'd, etc - per Adam checking w/ Mike Wilt ).  Thus, the overall net revenue remains nearly the same for the year.  Just an observation we wanted to point out.
- Regarding refinements – we've tweaked the ramp up of the new TIL type curves a little, but this will not result in anything of great significance.
- We will continue to adjust ARIES curves at least Quarterly, and every time Adam gets ready to make a revised Forecast.
- Pre-Frac Shut-Ins – Andrew continues to update this notice, after Adam notifies him that the Drill/Frac schedule has undergone significant changes.
- The Engr staff has modified & formatted data to meet Jim's needs, and will continue to do so.
- Things we can do to get back closer to Budget:  Cleanouts being prioritized & proposed; Tubing & Capstrings to be installed, Production Reviews on a frequent basis.

Let me know if you need anything further. Thanks.

---

**From:** Gary Hlavinka
**Sent:** Monday, April 09, 2018 11:41 AM
**To:** Jim Novacek <jim.novacek@cabotog.com>; Guy Shirey <Guy.Shirey@cabotog.com>
**Subject:** FW: Production Forecast

See below.  I need the two of you to prepare a joint response for my review by tomorrow morning.  How much variance can be attributed to well performance, in-service delays, model adjustments, etc.  Be specific.  What refinements are being made to our forecasting workflow within and between your shops to improve accuracy going forward…

Gary Hlavinka
412-249-3910

CONFIDENTIAL

CABOT_00663716

**From:** Gary Hlavinka
**Sent:** Monday, April 09, 2018 11:27 AM
**To:** Scott Schroeder <Scott.Schroeder@cabotog.com>
**Cc:** Phil Stalnaker <phil.stalnaker@cabotog.com>; Matt Kerin <Matt.Kerin@cabotog.com>
**Subject:** RE: Production Forecast

Will do.

Gary Hlavinka
412-249-3910

**From:** Scott Schroeder
**Sent:** Monday, April 09, 2018 11:21 AM
**To:** Gary Hlavinka <Gary.Hlavinka@cabotog.com>
**Cc:** Phil Stalnaker <phil.stalnaker@cabotog.com>; Matt Kerin <Matt.Kerin@cabotog.com>
**Subject:** Production Forecast

Gary,

Phil had mentioned last week that production was light from the forecast just 60 days ago. This now places us below the low end of our guidance for the year instead of the middle. I know there is a lot of technical reasons but I need you to boil it down to what has happened, is happening and what we are doing to get back closer to the budget. Phil will need all this and more for the Board meeting in early May.

Matt and I are off to London tomorrow for insurance renewals so please formulate a response by next Monday, April 16, 2018.

Thanks

Scott

CONFIDENTIAL

CABOT_00663717