# Exhibit 19

EXHIBIT
**175**
Schroeder 9/22/2023 G.W.

**To:**      Phil Stalnaker[phil.stalnaker@cabotg.com]; Matt Kerin[Matt.Kerin@cabotog.com]
**From:**   Scott Schroeder
**Sent:**     2018-04-18T10:03:30-06:00
**Importance:**       Normal
**Subject:**  RE: Updated Forecast
**Received:**        2018-04-18T10:03:32-06:00

Let's discuss at 1:30 central 2:30 eastern.

**From:** Phil Stalnaker
**Sent:** Wednesday, April 18, 2018 10:51 AM
**To:** Matt Kerin <Matt.Kerin@cabotog.com>; Scott Schroeder <Scott.Schroeder@cabotog.com>
**Subject:** RE: Updated Forecast

I have a meeting 1:30 to 2:00 ET and one at 4 pm – 4:30 ET that I could move.  Let me know what works.

**From:** Matt Kerin
**Sent:** Wednesday, April 18, 2018 11:44 AM
**To:** Scott Schroeder <Scott.Schroeder@cabotog.com>; Phil Stalnaker <phil.stalnaker@cabotog.com>
**Subject:** Updated Forecast

Scott/Phil:

Do you have some time to briefly catch up on the forecast? I have three primary concerns and I just haven't been in the loop on some of these discussions. I am available most of the day so whatever works best for you two.

1)  The new forecast shows a month-to-month sequential increase of ~440 Mmcf/d (gross) between July and August. That seems like a huge feat and historically we have tried to cap the month to month growth levels to less than 300/d since we have had issues in the past bringing on that much gas at once. Perhaps the in-service of ASR fixes that but we do run the risk that if it is delayed to September, we would either have to flood the market or miss production by a decent amount.

2)  I want to make sure we are adequately risking the May production for the downtime on Transco and Millennium. Additionally, since we are assuming we will be flooding Tennessee during those days, I have concerns about price dynamics and line pressure challenges.

3)  Given the exit production rate for the year is now coming in lower than the original three-year plan, I am concerned we will need more capital in 2019 to hit the original levels. Since we didn't update 2019 for this forecast, I just want to make sure we aren't caught off guard next time we update 2019.

|  | Apr-18 | May-18 | Jun-18 | Jul-18 | Aug-18 | Sep-18 | Oct-18 | Nov-18 | Dec-18 |
|---|---|---|---|---|---|---|---|---|---|
| Old Fcst | 2,240 | 2,305 | 2,414 | 2,383 | 2,568 | 2,768 | 2,910 | 2,882 | 2,911 |
| New Fcst | 2,170 | 2,250 | 2,259 | 2,318 | 2,757 | 2,780 | 2,783 | 2,823 | 2,837 |
|  |  |  |  |  | 439 |  |  |  |  |

Thanks,
Matt

**Matt Kerin**

CONFIDENTIAL
CABOT_01413223

Treasurer
Cabot Oil & Gas Corporation
matt.kerin@cabotog.com
Direct: (281) 589-4642

CONFIDENTIAL

CABOT_01413224