# Exhibit 21

**To:**         Phil Stalnaker[phil.stalnaker@cabotog.com]
**From:**     Gary Hlavinka
**Sent:**      2018-10-24T15:31:48-06:00
**Importance:**         Normal
**Subject:**   Reservoir_Forecasted_Production_10-24-2018_GH.xlsx
**Received:**          2018-10-24T15:33:39-06:00
Reservoir_Forecasted_Production_10-24-2018_GH.xlsx

Still working on pad efficiency info.

In the meantime thought I'd forward this for your review.

DuWayne, Jim, Guy, and Andrew presented the "October low end growth" tab for my consideration.  Low end growth of 16% for 2019 over 2018.  I don't believe this is reasonable.  The guys then recommended using 20% growth as the low end of our production range.

I'm proposing the modified "October high end growth" tab as the basis for the low end of our production range, showing 22% growth for 2019 over 2018.  It accounts for known wells already impacted by frac hits, adds in 9 days of delay for TILs, includes estimated impacts from outages associated with Zenith facility expansions in 2019, and raises the downstream impact in October to 50 MMCFD.

**EXHIBIT**

**103**

Hlavinka 8/30/2023 A.R.

CONFIDENTIAL

CABOT_00295488

Document Produced in Native Format

CONFIDENTIAL