# Exhibit 22

**To:**        Phil Stalnaker[phil.stalnaker@cabotog.com]
**From:**     Matt Kerin
**Sent:**      2019-07-15T08:53:06-06:00
**Importance:**     Normal
**Subject:**  RE: Preliminary Forecast Draft
**Received:**     2019-07-15T08:53:06-06:00

Correct. We were at 19 and change but we had previously issued a range of 20-25% in October so we didn't want to drop the guidance below the low-end of the previously disclosed range.

**From:** Phil Stalnaker
**Sent:** Monday, July 15, 2019 9:45 AM
**To:** Matt Kerin <Matt.Kerin@cabotog.com>
**Subject:** RE: Preliminary Forecast Draft

Than we were never at 20% production growth based on our forecast.

**From:** Matt Kerin
**Sent:** Monday, July 15, 2019 10:43 AM
**To:** Phil Stalnaker <phil.stalnaker@cabotog.com>
**Subject:** RE: Preliminary Forecast Draft

This is total company. We had South Region production in Q1 2018 so that is why total company is lower than North Region.

**From:** Phil Stalnaker
**Sent:** Monday, July 15, 2019 9:40 AM
**To:** Matt Kerin <Matt.Kerin@cabotog.com>
**Subject:** RE: Preliminary Forecast Draft

Matt,

Where are you getting the 17.3% production growth.  What are you using for 2018 actual?  I have 729.1 BCFE for 2018 actual.  I show 18.2% production growth for 2019.

**From:** Matt Kerin
**Sent:** Monday, July 15, 2019 10:23 AM
**To:** Dan Dinges <Dan.Dinges@cabotog.com>; Scott Schroeder <Scott.Schroeder@cabotog.com>
**Cc:** Phil Stalnaker <phil.stalnaker@cabotog.com>
**Subject:** Preliminary Forecast Draft

Dan/Scott:

See attached for preliminary summary-level slides for the forecast and three-year plan through 2021. I want to highlight that we brought in June actuals over the weekend so the North Region is working on a true-up of full-year capital this morning. I expect 2019 capital to increase from $813mm in these slides to $820mm - $825mm post-true up. As a result, we need to think about IR messaging / guidance for 2019 given our forecasted production growth guidance of 17.3% for $820mm - $825mm vs. our current guidance of 20% growth for $800mm of capital.

I will send around updated slides once the latest numbers are in the model.

**EXHIBIT**

**223**

Stalnaker 9/29/2023 G.W.

CONFIDENTIAL

CABOT_00597489

Thanks,
Matt

**Matt Kerin**
Treasurer
Cabot Oil & Gas Corporation
matt.kerin@cabotog.com
Direct: (281) 589-4642

CONFIDENTIAL

CABOT_00597490