To:        Deidre Shearer[Deidre.Shearer@cabotog.com]; George Stark[george.stark@cabotog.com]
From:      Scott Schroeder
Sent:      2020-02-25T13:47:30-06:00
Importance:        Normal
Subject:    RE: Draft statement
Received:           2020-02-25T13:47:00-06:00

I like this version. Please add an introduction for employees only as we discussed after the call. Once complete we will share with the broader group.

-----Original Message-----
From: Deidre Shearer <Deidre.Shearer@cabotog.com>
Sent: Tuesday, February 25, 2020 1:41 PM
To: George Stark <george.stark@cabotog.com>; Scott Schroeder <Scott.Schroeder@cabotog.com>
Subject: RE: Draft statement

Here's my edit;

Today we learned that the Pennsylvania Attorney General has charged Cabot Oil & Gas Corporation with a misdemeanor violation of [state environmental laws].   Cabot strongly disagrees with the accusations of Pennsylvania's Attorney General Shapiro and we are prepared to strongly defend ourselves and our actions. While we have not had a chance to review in detail the claims made by the AG, it appears the claims relate to alleged water well impacts that have been addressed by Cabot, the DEP, EPA and through private dispute resolutions with landowners years ago.  These claims have been the subject of studies by Cabot and a host of federal and state agencies and experts over the past ten years and these studies have revealed no evidence of systematic impacts to water wells as a result of our actions.  We are disappointed that the AG has chosen to characterize these matters as criminal in view of the history of compliance and cooperation by Cabot with regulatory agencies and landowners.

Cabot has been a leader in the exploration, development and production of natural gas from the Marcellus Shale since 2008. We work closely with members of the communities in which we operate, and we take our commitment to safe and responsible energy development very seriously. We will vigorously defend ourselves against these claims and we stand by our strong record of working constructively with regulators, political representatives, and most importantly our neighbors in Pennsylvania to be a responsible steward of natural resources and the environment.  We are proud of our commitment to compliance and take responsibility for the safe and secure development of energy.

Deidre L. Shearer
Vice President Administration
and Corporate Secretary

Cabot Oil & Gas Corporation
Three Memorial City Plaza
840 Gessner Rd., Suite 1400
Houston, TX 77024
Phone:  281-589-4890
Fax:  281-589-4808
deidre.shearer@cabotog.com

-----Original Message-----
From: George Stark <george.stark@cabotog.com>
Sent: Tuesday, February 25, 2020 1:23 PM

CONFIDENTIAL                                                                                       CABOT_00516116

To: Deidre Shearer <Deidre.Shearer@cabotog.com>; Scott Schroeder <Scott.Schroeder@cabotog.com>
Subject: Draft statement

Are you comfortable with this approach?

Cabot Oil & Gas Corporation strongly disagrees with the accusations of Pennsylvania's Attorney General Shapiro and we are preparing to strongly defend ourselves and our actions. While we have not had a chance to review in detail the claims made by the AG, it appears the claims relate to alleged water well impacts that have been addressed by Cabot, the DEP, EPA and through private dispute resolutions with landowners years ago.
We will defend ourselves against these historic claims, claims that have no basis of a systematic impact to water wells as a result of our actions.
We are disappointed that the AG has chosen to characterize these matters as criminal in view of the history of compliance and cooperation by Cabot with regulatory agencies and landowners.

Cabot stands by our strong record of working constructively with regulators, political representatives, and most importantly our neighbors in Pennsylvania to be a responsible steward of natural resources and the environment. We are proud of our commitment to compliance and take responsibility for the safe and secure development of energy.

Sent from my iPhone

CONFIDENTIAL

CABOT_00516117