# Exhibit 24

**To:**       Phil Stalnaker[phil.stalnaker@cabotog.com]
**From:**     Gary Hlavinka
**Sent:**     2018-04-24T05:58:07-06:00
**Importance:**       Normal
**Subject:**  Production & Gathering Presentation
**Received:**         2018-04-24T05:58:16-06:00
Production & Gathering Update 04 23 2018.pptx

For your records.

Gary J. Hlavinka
Regional Operations Manager
Cabot Oil & Gas Corporation, North Region
412-249-3910

CONFIDENTIAL

Case 4:21-cv-02045    Document 190-24    Filed 11/13/23 in TXSD    Page 3 of 17

where we stand
where we are going



# North Region Production and Gathering

**April 23, 2018**


Cabot Oil & Gas Corporation

# Production Update



Cabot Oil & Gas Corporation

# North Region Production





# North Region Production



### Daily Transient Production Model (Gross Operated MMCFD)

**Transco Outage for ASR Tie-ins**

**APRIL MTD Actual:  2,152 MMCFD**
Pressure Sensitized Fcst: 2,189 MMCFD
**Unsch DT + Press Sens Fcst:  2,150 MMCFD**

**MAY Actual:  N/A**
Pressure Sensitized Fcst:  2,327 MMCFD
**Unsch DT + Press Sens Fcst:  2,248 MMCFD**

Legend: **Actual Daily Production** — **Pressure Sensitized Fcst** — **Unsch DT + Press Sens Forecast**

Cabot Oil & Gas Corporation

# Gathering Update



MacNew Compressor Station
January 2018

Cabot Oil & Gas Corporation

# Zenith Expansion



| Project Name | Project Description | In-Service Date | Total Horsepower | Total Compression Capacity @ 450# (MMCFD) | Total Dehydration Capacity (MMCFD) |
|---|---|---|---|---|---|
| Central Compressor Station | Existing Facility | | 47,610 | 580 | 580 |
| Zick Compressor Station | Existing Facility | | 17,360 | 295 | 450 |
| Miller Compressor Station | Existing Facility | | 20,120 | 275 | 450 |
| Church Compressor Station | Existing Facility | | 17,360 | 260 | 450 |
| Lathrop Compressor Station | Existing Facility | | 15,000 | 230 | 450 |
| Teel Compressor Station | Existing Facility | | 6,390 | 100 | 200 |
| Jones Compressor Station | Existing Facility | | 4,740 | 75 | 150 |
| Hawley Compressor Station | Existing Facility | | 4,140 | 50 | 150 |
| CNG Delivery Point (Springville PL) | Install 6" tap and valve for new CNG Facility | 10/01/2018 | | | |
| Gibson Re-cylinder Project | Install 10.750 bore cylinders on all units (25 MMCFD) | 03/31/2019 | 16,570 | 300 | 450 |
| White Re-cylinder Project | Install 10.750 bore cylinders on all units (25 MMCFD) | 03/31/2019 | 16,570 | 300 | 450 |
| Potter Compressor Station (Phase II) | Addition of two 5,000 hp EMD Units (160 MMCFD) | 07/01/2019 | 38,218 | 580 | 600 |
| Columbia Extension | 10,100' of 10" pipeline | 09/15/2019 | | | |
| Shields Compressor Station (Phase II) | Addition of two 4,735 HP CAT 3616 Units (180 MMCFD) | 10/01/2019 | 14,205 | 270 | 270 |
| Kasson - Shields Bridgeline | 1,200' of 12" pipeline | 10/01/2019 | | | |
| Corbin to MacNew Loop | 12,500' of 12" pipeline | 10/24/2019 | | | |
| Round Top Loop | 7,400' of 12" pipeline | 12/01/2019 | | | |
| Diamond Bridgeline | 15,840' of 10" pipeline | 12/01/2019 | | | |
| Retta Extension | 4,300' of 10" pipeline | 12/01/2019 | | | |
| Sheldon Hill Bridgeline | 11,700' of 12" pipeline | 12/01/2019 | | | |
| Kinner Bridgeline | 12,800' of 12" pipeline | 12/01/2019 | | | |
| MacNew Compressor Station (Phase II) | Addition of four 5,000 hp EMD Units (300 MMCFD) | 03/01/2020 | 40,218 | 600 | 600 |
| MacNew Compressor Station (Phase II) | Addition of 125 MMCFD dehydration | 03/01/2020 | | | |
| Springville Expansion | 52,800' of 24" pipeline | 06/01/2020 | | | |
| System Total | | | 258,501 | 3,915 | 5,250 |



Cabot Oil & Gas Corporation

# Susquehanna Gathering (through Zenith)



**Hawley**
4,140 HP
**50 MMCFD**
Laser/MPC

**Central**
47,610 HP
**580 MMCFD**
Transco,
TGP &
Constitution

**Miller**
20,120 HP
**275 MMCFD**
Bluestone/MPC,
TGP & ASR

**Jones**
4,740 HP
**75 MMCFD**
Laser/MPC

**Church**
17,360 HP
**260 MMCFD**
Laser/MPC,
Transco,
TGP & UGI

**Gibson**
20,120 HP
**300 MMCFD**
TGP & UGI

**Teel**
6,390 HP
**100 MMCFD**
TGP

**Potter**
38,218 HP
**580 MMCFD**
TGP & ASR

**Shields**
14,205 HP
**270 MMCFD**
TGP, UGI &
Transco

**Lathrop**
15,000 HP
**230 MMCFD**
Transco,
TGP & UGI

**MacNew**
40,218 HP
**600 MMCFD**
TGP & ASR

**Zick**
17,360 HP
**295 MMCFD**
TGP & ASR

**White**
20,120 HP
**300 MMCFD**
Transco

Station capacities @ 450#
suction, including **Zenith**
upgrades, if applicable.

▲ Compressor Station
● Drilled Location
● Proposed Location
— Williams Gathering
▪▪▪▪ Williams Proposed Gathering
— Williams Pipeline Projects
— Transmission Pipeline

Cabot Oil & Gas Corporation

# Planning Team Update



Cabot Oil & Gas Corporation

# Takeaway Considerations





Cabot Oil & Gas Corporation

# Takeaway Considerations





# Planning Scenario



**DATE:** Jul-2018

**Genesis**

*Total Volume (Mcf/d)* 2,387,347

**Pipe Pressure**

| | |
|---|---|
| < 500 psig | (dark green) |
| 500 - 550 | (light green) |
| 550 - 600 | (yellow) |
| 600 - 650 | (pink) |
| 650 - 700 | (red) |
| 700 - 750 | (dark red) |
| > 750 psig | (black) |

**Pad Production**

| | |
|---|---|
| < 50 MMcf/d | (small red dot) |
| 50 - 100 | (green) |
| 100 - 150 | (blue) |
| 150 - 200 | (purple) |
| 200 - 250 | (olive) |
| 250 - 300 | (light blue) |
| > 300 MMcf/d | (dark red) |

Cabot Oil & Gas Corporation

# Planning Scenario





# Planning Scenario >4.0 BCFD





# Planning Scenario >4.3 BCFD



**DATE:** Oct-2021

*Total Volume (Mcf/d)* 4,341,265

### Status Quo 2021 (no expansion beyond Zenith)

**Pipe Pressure**

| | |
|---|---|
| < 500 psig | |
| 500 - 550 | |
| 550 - 600 | |
| 600 - 650 | |
| 650 - 700 | |
| 700 - 750 | |
| > 750 psig | |

**Pad Production**

| | |
|---|---|
| < 50 MMcf/d | |
| 50 - 100 | |
| 100 - 150 | |
| 150 - 200 | |
| 200 - 250 | |
| 250 - 300 | |
| > 300 MMcf/d | |


Cabot Oil & Gas Corporation



where we stand
where we are going

# North Region Production and Gathering

**April 23, 2018**

