# Exhibit 25

**To:**        Scott Schroeder[Scott.Schroeder@cabotog.com]
**From:**    Matt Kerin
**Sent:**     2018-04-06T09:13:03-06:00
**Importance:**        Normal
**Subject:**  PA Production
**Received:**            2018-04-06T09:13:04-06:00

Scott, given that Phil is out currently, how do you want to handle the communication with the North Region regarding our concerns with their updated production forecast? I think they need to start working it sooner than later so ideally we would have a discussion with them no later than Monday. Please let me know how you want to handle this. This quarter-end process is going to be chaotic because of the ERP implementation so I want to make sure we stay ahead of things.

Thanks,
Matt

**Matt Kerin**
Treasurer
Cabot Oil & Gas Corporation
matt.kerin@cabotog.com
Direct: (281) 589-4642

CONFIDENTIAL

CABOT_00399004