UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| DELAWARE COUNTY EMPLOYEES RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | § § § § | Civil Action No. 4:21-cv-02045 |
| | § | CLASS ACTION |
| Plaintiff, | § § | |
| vs. | § § § | |
| CABOT OIL & GAS CORPORATION, et al., | § § | |
| Defendants. | § § § § | |

**DECLARATION OF KEVIN A. LAVELLE IN SUPPORT OF REPLY MEMORANDUM OF LAW IN SUPPORT OF CLASS REPRESENTATIVES' MOTION FOR LEAVE TO AMEND THE COMPLAINT PURSUANT TO FED. R. CIV. P. 15(A)**

4885-0353-2177.v4

I, KEVIN A. LAVELLE, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California and have been admitted pro hac vice to this action. *See* ECF 84. I am a partner of the law firm of Robbins Geller Rudman & Dowd LLP, one of the counsel of record for Plaintiffs in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit 1: July 19, 2019 email from Phil Stalnaker to Dan Dinges RE Chapter 78.89 Investigation Initiated: Powers, M Pad 1 [BEGNO: CABOT_03407786-R] [FILED UNDER SEAL];

Exhibit 2: June 17, 2019 Commonwealth of Pennsylvania Department of Environmental Protection Consent Order and Agreement [BEGNO: CABOT_00118073] [FILED UNDER SEAL];

Exhibit 3: December 15, 2010 Cabot Oil & Gas Corporation Press Release;

Exhibit 4: May 31, 2018 email from Phil Stalnaker to Steve Novakowski and John Smelko RE Kennedy Memo [BEGNO: CABOT_00320529] [FILED UNDER SEAL];

Exhibit 5: July 18, 2019 email from Gordon Ganaway to Terry Jones et al. RE Final (7-18-19) PDF of 7-24-19 BOD S&E Committee Report [BEGNO: CABOT_00060118] [FILED UNDER SEAL];

Exhibit 6: Excerpts from the October 23, 2023 Deposition Transcript of Dan Dinges [FILED UNDER SEAL];

Exhibit 7: July 25, 2017 Cabot Oil & Gas Drilling Update – North Region [BEGNO: CABOT_00542041] [FILED UNDER SEAL];

Exhibit 8: Excerpts from the July 28, 2023 Deposition Transcript of Steve Novakowski;

Exhibit 9: June 11, 2018 letter from The Pennsylvania Department of Environmental Protection to Phil Stalnaker RE December 15, 2010 Consent Order and Settlement Agreement Continuing Compliance Issues [BEGNO: PADEP0000001] [FILED UNDER SEAL];

Exhibit 10: February 25, 2019 DEP Remediation Update by Guy Shirey and Marcus Barnes [BEGNO: CABOT_01457957] [FILED UNDER SEAL];

- 1 -

Exhibit 11:    May 7, 2019 email from Marcus Barnes to John Smelko RE Plan Forward [BEGNO: CABOT_03234609] [FILED UNDER SEAL];

Exhibit 12:    Excerpts from the October 11, 2023 Deposition Transcript of Jennifer Means [FILED UNDER SEAL];

Exhibit 13:    June 20, 2019 email from Cole DeLancey to Phil Stalnaker and John Smelko RE Three Proposed Consent Orders and Agreements [BEGNO: CABOT_00052135] [FILED UNDER SEAL];

Exhibit 14:    Commonwealth of Pennsylvania v Cabot Oil & Gas Corporation Police Criminal Complaint;

Exhibit 15:    March 22, 2016 email from Kenneth Kennedy to John Smelko and Guy Shirey et al. RE Mechanical Integrity Testing (PBUTs) of the Stalter Gas Wells [BEGNO: CABOT_00314949] [FILED UNDER SEAL];

Exhibit 16:    July 21, 2016 email from Phil Stalnaker to Steve Lindeman RE Stalter Gas Well Work and Water Supply Restoration/Replacement Plans [BEGNO: CABOT_00028066] [FILED UNDER SEAL];

Exhibit 17:    April 3, 2019 Disclosure Checklist prepared by Steve Novakowski [BEGNO: CABOT_00326653] [FILED UNDER SEAL];

Exhibit 18:    December 28, 2020 Order in the Matter of Cabot Oil & Gas Corporation Jeffers Farm Pad 2 Gas Migration Harford Township, Susquehanna County: Violations of the 2012 Oil and Gas Act, the Clean Streams Law and §78a of the Department's Regulations [BEGNO: CABOT_00114230] [FILED UNDER SEAL];

Exhibit 19:    December 28, 2020 Order in the Matter of Cabot Oil & Gas Corporation Howell Well Pad Gas Migration Auburn Township, Susquehanna County: Violations of the 2012 Oil and Gas Act, the Clean Streams Law and §78a of the Department's Regulations [BEGNO: CABOT_00085760] [FILED UNDER SEAL];

Exhibit 20:    Excerpts from the October 27, 2023 Deposition Transcript of Emily Mercurio [FILED UNDER SEAL].

I declare under penalty of perjury that the foregoing is true and correct.  Executed on November 20, 2023, at San Diego, California.

                                          *s/ Kevin A. Lavelle*
                                          KEVIN A. LAVELLE

- 2 -