# EXHIBIT 3

HOUSTON, Dec. 15, 2010 /PRNewswire/ -- Cabot Oil & Gas Corporation (NYSE: COG) today announced that it has finalized a settlement agreement and new Consent Order with the Pennsylvania Department of Environmental Protection (PaDEP). This new agreement supersedes all previous orders and modifications.

"This agreement provides a reasonable and pragmatic way forward for all parties," said Dan O. Dinges, Chairman, President and Chief Executive Officer. "The common ground we found to settle provides the right balance of regulations, financial payments, timely execution and operational safeguards that in the end will protect the resources of Pennsylvania, promote economic development of clean-burning natural gas and continue to create good paying jobs in the natural gas industry.

"We have been committed to responsible operations within Susquehanna County, and we have redoubled our efforts with the Pennsylvania Department of Environmental Resources to resolve past issues. Today's announcement signifies a tremendous effort on all sides to move forward with resolution and closure."

The settlement agreement sets out specific obligations regarding claims related to water quality for 19 Pennsylvania households in the Dimock/Carter Road area. The most notable obligation in the settlement agreement is the establishment of escrow accounts for the 19 households and to provide for those that agree to participate, the financial resources to rectify this situation. The total of the escrow funding is approximately $4.1 million. For an established time period, Cabot will offer the whole house water treatment systems for those that accept this application.

Additionally, upon compliance with the terms of this settlement agreement, Cabot is allowed to resume well completion operations in the Dimock/Carter Road area. These operations are expected to commence in the first quarter of 2011 with new drilling in the Dimock/Carter Road area commencing in the second quarter.

Cabot Oil & Gas Corporation, headquartered in Houston, Texas is a leading independent natural gas producer with its entire resource base located in the continental United States. For additional information, visit the Company's Internet homepage at www.cabotog.com.

The statements regarding future financial performance and results and the other statements which are not historical facts contained in this release are forward-looking statements that involve risks and uncertainties, including, but not limited to, market factors, the market price (including regional basis differentials) of natural gas and oil, results of future drilling and marketing activity, future production and costs, and other factors detailed in the Company's Securities and Exchange Commission filings.

SOURCE Cabot Oil & Gas Corporation

EXHIBIT

**289**

Dinges 10/23/2023 G.W.