# EXHIBIT 8

Case 4:21-cv-02045   Document 192-9   Filed 11/20/23 in TXSD   Page 2 of 5
Deposition of Steve Novakowski
Delaware County Employees Retirement System v. Cabot Oil & Gas Corp., et al

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

Civil Action No. 4:21-cv-02045

DELAWARE COUNTY EMPLOYEES RETIREMENT
SYSTEM, Individually and on behalf
of all others similarly situated,

             Plaintiffs,

v.

CABOT OIL & GAS CORPORATION, et al.,

             Defendants.

_____

***********************************

REMOTE VIDEO DEPOSITION OF STEVE NOVAKOWSKI

July 28, 2023

***********************************

        REMOTE VIDEO DEPOSITION OF STEVE NOVAKOWSKI taken
via Zoom in the above-styled and numbered cause on July 28,
2023, commencing at 9:07 a.m. Eastern before Gina Williams,
Registered Professional Reporter, Certified Realtime
Reporter, and Certified Realtime Captioner.

Deposition of Steve Novakowski

anything, but it was just something we noted on the bond log response where we could actually see this, okay.  Because there's a bond log run in every well, when you're looking at it, you can say what's this doing up here, it's supposed to be down here, so to speak, all right.

So this was just something we were trying to get a handle on.

Q    Okay.  Just so I understand, was this an issue for other wells -- yes or no -- outside of the one Howell well that you've described?

A    No.  It's just that the Howell --

The whole Howell investigation for us gave us a playbook because, if you look at my presentation on it and the response and you follow it all the way through from the beginning to the conclusion of the Howell well, we learned a lot during that process about how to go about addressing these types of issues.

I think that's one of the reasons why it got closed out so quickly because we were very diligent in how we went about it, and that -- obviously you've learned based on that.  You've created a playbook.  So it just became something that we looked at in subsequent investigations.

I don't remember it being a big impact in any of those.  I just remember that, because of what we saw in Howell, it was one of the things that we had to address, and

we found out, you know, in that process that it was something to consider.

Q    Okay.  In the next bullet point you wrote, "Changes in practice to improve joint efficiency may have dark side, and well construction design may not have kept pace."

Do you see that?

A    Yes.

Q    Let's talk about this and take it in parts.

So when you write, "Changes in practice to improve drilling efficiency," that refers to the adoption of new drilling techniques and operations aimed at making the drilling process faster, more cost-effective, more productive; right?

A    Yes.  Right.

Q    Okay.  And when you say that they "may have a dark side," that phrase "dark side," that implies that the positive changes made for drilling efficiency may have other unintended negative consequences that were not immediately apparent; right?

A    Yes, that's what it means.

I mean, it's just human -- human adoption of new processes and humans being used to a certain procedure and being able to effectively operate.

Yeah, so the timelines we're getting

foreshortened, and so the operations were getting much more compressed, okay, so I think that's --

That's definitely what I was alluding to is that, are we able to make sure we're checking all of our boxes as we go through this because efficiencies, as you saw in that first graphic from 2011 to 2017, dramatically changed with technology advancements, right.

Q    Right.

A    We're trying to --

We're trying to take the high road and stay ahead of adopting those changes, but at the same time acknowledging that we may need to improve our diligence -- vigilance -- vigilance to stay ahead of that speed that we're gaining.

Q    Right.

Okay.  So when you say --

When you say that those improvements in drilling efficiency may have a dark side, unintended negative consequences, you go on to say, "And well construction design may not have kept pace."

And well construction design, again, that's the planning and engineering of the wellbores; right?

A    Right.

MR. STOKES:  Objection to form.