United States District Court
Southern District of Texas
**ENTERED**
January 08, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DELAWARE COUNTY EMPLOYEES RETIREMENT SYSTEM, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CABOT OIL & GAS CORPORATION, et al.,<br><br>Defendants. | § § § § § § § § § § § § § § | CIVIL ACTION NO. H-21-2045 |

## ORDER

The plaintiffs have moved to file under seal their motion for leave and second amended complaint. (Docket Entry No. 186). The motion is denied because the plaintiffs have not explained why the public's right to access is outweighed by the parties' interest in sealing the documents. *See June Med. Servs., L.L.C. v. Phillips*, 22 F.4th 512, 519–20 (5th Cir. 2022).

For the reasons explained in the court's January 8, 2024 memorandum and opinion, the motion for leave is granted. (Docket Entry No. 185). The plaintiffs must file on the public record unredacted copies of the motion for leave and second amended complaint.

SIGNED on January 8, 2024, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge