UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| DELAWARE COUNTY EMPLOYEES RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, §§§ | Civil Action No. 4:21-cv-02045 |
| Plaintiff, §§§§ | District Judge Lee H. Rosenthal<br><br>CLASS ACTION |
| vs. §§§ | |
| CABOT OIL & GAS CORPORATION, et al., §§§ | |
| Defendants. §§§§ | |

**DECLARATION OF ANDREW L. ZIVITZ IN SUPPORT OF CLASS REPRESENTATIVES' MOTION FOR LEAVE TO AMEND THE COMPLAINT PURSUANT TO FED. R. CIV. P. 15(a)**

1.      I, Andrew L. Zivitz, am a partner of the law firm Kessler Topaz Meltzer & Check, LLP. I am admitted *pro hac vice* to practice before this Court.

2.      I am familiar with the facts set forth below, and submit this declaration in support of Class Representatives' Motion for Leave to Amend the Complaint Pursuant to Fed. R. Civ. P. 15(a).

3.      Attached are true and correct copies of the following exhibits:

Exhibit A:      Proposed Second Amended Consolidated Complaint for Violations of the Federal Securities Laws; and

Exhibit B:      Redline reflecting changes from the operative First Amended Consolidated Complaint for Violations of the Federal Securities Laws.

1

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 20th day of October, 2023.

By:    /s/ Andrew L. Zivitz
Andrew L. Zivitz

2