UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| DELAWARE COUNTY EMPLOYEES RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | § § § § | Civil Action No. 4:21-cv-02045 |
| Plaintiff, | § § § | <u>CLASS ACTION</u> |
| vs. | § § | |
| CABOT OIL & GAS CORPORATION, et al., | § § § | |
| Defendants. | § § § § | |
| | § | |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

4874-7481-8984.v1

Plaintiffs and Defendants (collectively, the "Parties"),[1] pursuant to Federal Rules of Civil Procedure 7(b) and 16(b)(4), as well as Local Rule 7, jointly move the Court to modify certain deadlines set forth in the Court's December 20, 2024 Order Amending Scheduling Order. ECF 195. Specifically, the Parties respectfully request that the Court extend the deadline for the exchange of rebuttal expert reports by three weeks – from February 26, 2024 to March 18, 2024 – and stay the remaining pretrial deadlines to afford the Parties an opportunity to mediate this matter. The Parties are scheduled to attend a mediation session on April 18, 2024 and propose to update the Court on or before May 1, 2024 on the result of the Parties' mediation efforts. If no resolution is anticipated at that time, the Parties will submit a proposed scheduling order setting the remaining pretrial deadlines. Accordingly, the Parties request that the Court enter the following modified schedule:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Rebuttal Experts on Matters Other Than Attorneys' Fees | February 26, 2024 | March 18, 2024 |
| Update Court on Results of Mediation Efforts | N/A | May 1, 2024 |
| Completion of Expert Discovery | March 25, 2024 | TBD following mediation efforts |
| Pretrial Dispositive Motions Deadline | April 29, 2024 | TBD following mediation efforts |
| Joint Pretrial Order and Motion in Limine Deadline | June 28, 2024 | TBD following mediation efforts |
| Docket Call | July 8, 2024 at 2:00 p.m. | TBD following mediation efforts |

---

[1] "Plaintiffs" are Class Representatives Delaware County Employees Retirement System and Iron Workers District Council (Philadelphia and Vicinity) Retirement and Pension Plan. "Defendants" are Cabot Oil & Gas Corporation, Dan O. Dinges, and Scott C. Schroeder.

- 1 -

Submitted herewith is a proposed order adopting the proposed deadlines detailed above.

DATED: February 23, 2024

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARRYL J. ALVARADO
KEVIN A. LAVELLE
FRANCISCO J. MEJIA
JACK ABBEY GEPHART


s/ DARRYL J. ALVARADO
DARRYL J. ALVARADO

655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
dalvarado@rgrdlaw.com
klavelle@rgrdlaw.com
fmejia@rgrdlaw.com
jgephart@rgrdlaw.com

KESSLER TOPAZ MELTZER
  & CHECK, LLP
ANDREW L. ZIVITZ
JAMIE M. MCCALL
JOSHUA E. D'ANCONA
ALEX B. HELLER
MAX JOHNSON
280 King of Prussia Road
Radnor, PA  19087
Telephone:  610/667-7706
610/667-7056 (fax)
azivitz@ktmc.com
jmccall@ktmc.com
jdancona@ktmc.com
aheller@ktmc.com
mjohnson@ktmc.com

Class Counsel

- 2 -

4874-7481-8984.v1

KENDALL LAW GROUP, PLLC
JOE KENDALL (Texas Bar No. 11260700, S.D.
Texas Bar No. 30973, Attorney in Charge)
3811 Turtle Creek Blvd., Suite 825
Dallas, TX  75219
Telephone:  214/744-3000
214/744-3015 (fax)
jkendall@kendalllawgroup.com


Local Counsel

DATED:  February 23, 2024          NORTON ROSE FULBRIGHT US LLP
                                   PETER ANDREW STOKES


                                   s/ PETER ANDREW STOKES
                                   PETER ANDREW STOKES

                                   98 San Jacinto Boulevard, Suite 1100
                                   Austin, TX  78701
                                   Telephone:  512/536-5287
                                   512/536-4598 (fax)
                                   peter.stokes@nortonrosefulbright.com

                                   NORTON ROSE FULBRIGHT US LLP
                                     & DOWD LLP
                                   KELLY A. POTTER
                                   1301 McKinney, Suite 5100
                                   Houston, TX  77010
                                   Telephone:  713/651-5243
                                   713/651-5246 (fax)
                                   kelly.potter@nortonrosefulbright.com

                                   Counsel for Defendants

- 3 -

4874-7481-8984.v1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on February 23, 2024, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ DARRYL J. ALVARADO
DARRYL J. ALVARADO

ROBBINS GELLER RUDMAN
   & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

Email:  dalvarado@rgrdlaw.com

4874-7481-8984.v1

CM/ECF LIVE - U.S. District Court:txs Southern

# Mailing Information for a Case 4:21-cv-02045 Delaware County Employees Retirement System v. Cabot Oil & Gas Corporation et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Darryl J Alvarado**
  dalvarado@rgrdlaw.com,7746777420@filings.docketbird.com

- **Amy L. Barrette**
  amy.barrette@bipc.com,tara.klingensmith@bipc.com,eservice@bipc.com

- **Helen J Bass**
  hbass@ktmc.com,3956293420@filings.docketbird.com

- **Joshua Edward D'Ancona**
  jdancona@ktmc.com

- **Jack Abbey Gephart**
  jgephart@rgrdlaw.com

- **Alex B Heller**
  aheller@ktmc.com

- **Joe Kendall**
  jkendall@kendalllawgroup.com,administrator@kendalllawgroup.com

- **Kevin Lavelle**
  klavelle@rgrdlaw.com

- **Henry W. Longley**
  hlongley@ktmc.com

- **Jamie M McCall**
  jmcc@ktmc.com

- **Francisco J Mejia**
  fmejia@rgrdlaw.com,E_File_SD@rgrdlaw.com,kjohnson@rgrdlaw.com,bengfelt@rgrdlaw.com

- **Gerard G Pecht**
  gerard.pecht@nortonrosefulbright.com,sumera.khan@nortonrosefulbright.com,tanya.lowe@nortonrosefulbright.com

- **Kelly Ann Potter**
  kelly.potter@nortonrosefulbright.com

- **Peter Andrew Stokes**
  peter.stokes@nortonrosefulbright.com,julie.wright@nortonrosefulbright.com

- **Andrew L. Zivitz**
  azivitz@ktmc.com,3949407420@filings.docketbird.com,mswift@ktmc.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Stuart          L. Berman**
Kessler Topaz Meltzer & Check LLP
280 King of Prussia Rd.
Radnor, PA 19087

**Lawrence            F. Stengel**
Saxton & Stump LLC
280 Granite Run Drive
Suite 300
Lancaster, PA 17601