UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| DELAWARE COUNTY EMPLOYEES RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | § § § § | Civil Action No. 4:21-cv-02045 CLASS ACTION |
| Plaintiff, | § § § | |
| vs. | § § | |
| CABOT OIL & GAS CORPORATION, et al., | § § § | |
| Defendants. | § § § § | |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER**

4877-8178-9864.v1

- 1 -

For good cause shown, the Court grants the Joint Motion to Amend Scheduling Order.  The following deadlines shall govern this matter:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Rebuttal Experts on Matters Other Than Attorneys' Fees | February 26, 2024 | March 18, 2024 |
| Update Court on Results of Mediation Efforts | N/A | May 1, 2024 |
| Completion of Expert Discovery | March 25, 2024 | TBD following mediation efforts |
| Pretrial Dispositive Motions Deadline | April 29, 2024 | TBD following mediation efforts |
| Joint Pretrial Order and Motion in Limine Deadline | June 28, 2024 | TBD following mediation efforts |
| Docket Call | July 8, 2024 at 2:00 p.m. | TBD following mediation efforts |

IT IS SO ORDERED.

DATED:  _____      _____

THE HONORABLE LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE

4877-8178-9864.v1