United States District Court
Southern District of Texas
**ENTERED**
March 06, 2024
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| DELAWARE COUNTY EMPLOYEES RETIREMENT SYSTEM, individually and on behalf of all others similarly situated, §§§§§ | |
| Plaintiff, § | CIVIL ACTION NO. H-21-2045 |
| v. §§ | |
| CABOT OIL & GAS CORPORATION, et al., §§§ | |
| Defendants. | |

**AMENDED SCHEDULING ORDER**

The parties have jointly moved to amend the scheduling order to extend the deadline for the exchange of rebuttal expert reports and suspend the remaining pretrial deadlines pending mediation. (Docket Entry No. 203). The motion is granted. The deadline for rebuttal expert reports is reset to March 18, 2024. The parties will notify the court of the results of mediation by May 1, 2024. If the mediation is not successful, the court will reset all pretrial deadlines following a status conference scheduled for **May 7, 2024 at 10:00 a.m. by Zoom.**

SIGNED on March 6, 2024, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge