UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| DELAWARE COUNTY EMPLOYEES RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | § § § § | Civil Action No. 4:21-cv-02045 |
| | | CLASS ACTION |
| Plaintiff, | § § § | |
| vs. | § § § | |
| CABOT OIL & GAS CORPORATION, et al., | § § § | |
| Defendants. | § § § § | |

**JOINT MEDIATION REPORT AND
MOTION TO VACATE MAY 7, 2024 STATUS CONFERENCE**

4874-7481-8984.v1

Plaintiffs and Defendants (collectively, the "Parties")[1] report that, following the April 18 mediation, they have reached an agreement in principle to settle this matter. The settlement is subject to execution of a mutually agreeable written settlement agreement and preliminary and final Court approval. In light of the settlement, the Parties respectfully move for an order vacating the May 7, 2024 status conference and directing Plaintiffs to file a settlement agreement and motion for preliminary approval within 30 days after entry of the order.

DATED: May 1, 2024

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARRYL J. ALVARADO
KEVIN A. LAVELLE
JACK ABBEY GEPHART

                                    /s/ Darryl J. Alvarado
                        DARRYL J. ALVARADO

655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
dalvarado@rgrdlaw.com
klavelle@rgrdlaw.com
jgephart@rgrdlaw.com

---

[1]    "Plaintiffs" are Class Representatives Delaware County Employees Retirement System and Iron Workers District Council (Philadelphia and Vicinity) Retirement and Pension Plan. "Defendants" are Cabot Oil & Gas Corporation, Dan O. Dinges, and Scott C. Schroeder.

4874-7481-8984.v1

KESSLER TOPAZ MELTZER
  & CHECK, LLP
ANDREW L. ZIVITZ
JAMIE M. MCCALL
JOSHUA E. D'ANCONA
ALEX B. HELLER
MAX JOHNSON
280 King of Prussia Road
Radnor, PA  19087
Telephone:  610/667-7706
610/667-7056 (fax)
azivitz@ktmc.com
jmccall@ktmc.com
jdancona@ktmc.com
aheller@ktmc.com
mjohnson@ktmc.com

Class Counsel

KENDALL LAW GROUP, PLLC
JOE KENDALL (Texas Bar No. 11260700, S.D.
Texas Bar No. 30973, Attorney in Charge)
3811 Turtle Creek Blvd., Suite 825
Dallas, TX  75219
Telephone:  214/744-3000
214/744-3015 (fax)
jkendall@kendalllawgroup.com

Local Counsel

DATED:  May 1, 2024           NORTON ROSE FULBRIGHT US LLP
PETER ANDREW STOKES

/s/ Peter A. Stokes
PETER ANDREW STOKES

98 San Jacinto Boulevard, Suite 1100
Austin, TX  78701
Telephone:  512/536-5287
512/536-4598 (fax)
peter.stokes@nortonrosefulbright.com

- 2 -

4874-7481-8984.v1

- 3 -

NORTON ROSE FULBRIGHT US LLP
  & DOWD LLP
KELLY A. POTTER
1301 McKinney, Suite 5100
Houston, TX  77010
Telephone:  713/651-5243
713/651-5246 (fax)
kelly.potter@nortonrosefulbright.com

Counsel for Defendants

- 3 -

4874-7481-8984.v1