UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| DELAWARE COUNTY EMPLOYEES RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | § § § § | Civil Action No. 4:21-cv-02045 <br><br> CLASS ACTION |
| Plaintiff, | § § § | |
| vs. | § § § | |
| CABOT OIL & GAS CORPORATION, et al., | § § § | |
| Defendants. | § § § § | |

**ORDER VACATING MAY 7, 2024 STATUS CONFERENCE AND DIRECTING PLAINTIFFS TO FILE SETTLEMENT DOCUMENTS**

4877-8178-9864.v1

- 1 -

In light of the agreement in principle to settle this matter, the Court vacates the May 7, 2024 status conference previously set for 10 a.m. and directs Plaintiffs to file a written settlement agreement and motion for preliminary approval within 30 days following entry of this order.


IT IS SO ORDERED.

DATED:  _____    _____
                                                                    THE HONORABLE LEE H. ROSENTHAL
                                                                    UNITED STATES DISTRICT JUDGE

4877-8178-9864.v1