United States District Court
Southern District of Texas
**ENTERED**
May 03, 2024
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| DELAWARE COUNTY EMPLOYEES RETIREMENT SYSTEM, individually and on behalf of all others similarly situated, §§§§§ | |
| Plaintiff, § | CIVIL ACTION NO. H-21-2045 |
| v. §§ | |
| CABOT OIL & GAS CORPORATION, et al., §§§ | |
| Defendants. | |

**ORDER**

The parties report that they have reached an agreement in principle to settle this case. (Docket Entry No. 205).  They jointly move for an order vacating the May 7, 2024 status conference and directing the plaintiffs to file a settlement agreement and motion for preliminary approval within 30 days after entry of the order.  (*Id.*).  The motion is granted.  The plaintiffs are directed to file a settlement agreement and motion for preliminary approval no later than June 3, 2024.

The court appreciates the notification of settlement.

SIGNED on May 3, 2024, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge