## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| DELAWARE COUNTY EMPLOYEES RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>CABOT OIL & GAS CORPORATION, et al.,<br><br>　　　　　　　Defendants. | Civil Action 4:21-cv-02045<br><br>District Judge Lee H. Rosenthal<br><br><u>CLASS ACTION</u> |

### DECLARATION OF DARRYL J. ALVARADO IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR AN ORDER PRELIMINARILY APPROVING SETTLEMENT AND PROVIDING FOR NOTICE

I, Darryl J. Alvarado, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a partner of the law firm Robbins Geller Rudman & Dowd LLP. I am admitted *pro hac vice* to practice before this Court. I submit this Declaration in support of Plaintiffs' Unopposed Motion for an Order Preliminarily Approving Settlement and Providing for Notice.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Stipulation of Settlement dated June 3, 2024 ("Stipulation"), and the following exhibits to the Stipulation:

　　Exhibit A:　　[Proposed] Order Preliminarily Approving Settlement and Providing for Notice

　　Exhibit A-1:　Notice of Pendency of Proposed Settlement of Class Action

　　Exhibit A-2:　Proof of Claim and Release

　　Exhibit A-3:　Summary Notice of Pendency of Proposed Settlement of Class Action

　　Exhibit A-4:　Postcard Notice

4857-5703-7765.v1

        Exhibit B:    [Proposed] Final Judgment and Order of Dismissal with Prejudice

3. Attached hereto as Exhibit 2 is a true and correct copy of the resume of JND Legal Administration ("JND"). In connection with their motion, Plaintiffs have requested that the Court approve JND's retention as the Claims Administrator for the Settlement.

4. Attached hereto as Exhibit 3 is a true and correct copy of the [Proposed] Order Preliminarily Approving Settlement and Providing for Notice.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 3rd day of June 2024.

                                                   *s/ Darryl J. Alvarado*
                                                   Darryl J. Alvarado

**CERTIFICATE OF SERVICE**

I certify that on June 3, 2024, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

*s/ Darryl J. Alvarado*
Darryl J. Alvarado