**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| DELAWARE COUNTY EMPLOYEES RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CABOT OIL & GAS CORPORATION, *et al.*,<br><br>Defendants. | Case No: 4:21-CV-02045 |

**DECLARATION OF PETER A. STOKES REGARDING COMPLIANCE WITH**
**CLASS ACTION FAIRNESS ACT**

In accordance with the Federal Rules of Civil Procedure, I, Peter A. Stokes, do hereby declare as follows.

1.	My name is Peter A. Stokes. I am counsel of record for Defendants in this litigation. I am competent to make this Declaration and have knowledge of the facts discussed below.

2.	On June 6, 2024, within ten days after the settlement agreement in this matter was filed with the Court, employees of Norton Rose Fulbright US LLP acting under my direction sent the materials described in 28 U.S.C. § 1715(b) via certified US mail to the appropriate Federal official described in 28 U.S.C. § 1715(a)(1) and to the appropriate State officials described in 28 U.S.C. § 1715(a)(2) for all US states.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

- 1 -

Executed this 18th day of June 2024.

/s/ Peter A. Stokes

Dated: June 18, 2024

Respectfully submitted,

NORTON ROSE FULBRIGHT US LLP

/s/ *Peter A. Stokes*
Kelly Potter
State Bar No. 24119284
1301 McKinney, Suite 5100
Houston, TX 77010-3095
Telephone:  (713) 651-5151
Facsimile:  (713) 651-5246

Peter A. Stokes
State Bar No. 24028017
peter.stokes@nortonrosefulbright.com
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701-4255
Telephone:  (512) 474-5201
Facsimile:  (512) 536-4598

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed with the Court's electronic case filing (ECF) system on June 18, 2024, which caused an electronic copy of this document to be served on all counsel of record in this matter who have registered for ECF service.

*/s/ Peter A. Stokes*

- 2 -