# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| DELAWARE COUNTY EMPLOYEES RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br> vs.<br><br>CABOT OIL & GAS CORPORATION, et al.,<br><br>    Defendants. | Civil Action No. 4:21-cv-02045<br><br><u>CLASS ACTION</u> |

**SUPPLEMENTAL DECLARATION OF LUIGGY SEGURA REGARDING:**
**(A) CONTINUED DISSEMINATION OF NOTICE; (B) UPDATE ON CALL CENTER**
**SERVICES AND WEBSITE; AND (C) REQUESTS FOR EXCLUSION RECEIVED**

I, Luiggy Segura, declare as follows:

1.    I am the Vice President of Securities Operations for JND Legal Administration ("JND"). Pursuant to Paragraph 6 of the Court's June 27, 2024 Order Preliminarily Approving Settlement and Providing for Notice (ECF 211) (the "Preliminary Approval Order"), JND was appointed as the Claims Administrator to supervise and administer the notice procedure as well as the processing of Claims in connection with the Settlement of the above-captioned action (the "Litigation").[1] I submit this Declaration as a supplement to my previously filed declaration, the Declaration of Luiggy Segura Regarding: (A) Dissemination of the Postcard Notice and Notice Packet; (B) Publication/Transmission of the Summary Notice; (C) Establishment of Call Center Services and Website; and (D) Requests for Exclusion Received to Date, dated September 19, 2024 (ECF 214-3) (the "Initial Mailing Declaration"). The following statements are based on my personal knowledge and information provided to me by other experienced JND employees, and, if called as a witness, I could and would testify competently thereto.

**CONTINUED DISSEMINATION OF NOTICE**

2.    Since the initial notice mailing on July 18, 2024 (the "Initial Mailing"), JND has undertaken substantial efforts to ensure that Nominees responded in a timely manner to the Notice either by providing JND with the names and addresses of potential Class Members or by requesting Postcard Notices, in bulk, to forward directly onto their clients. To that end and as set forth in the Initial Mailing Declaration, following the Initial Mailing, JND caused reminder postcards to be mailed to the Nominees who did not respond to the Initial Mailing, advising these entities of their obligation to facilitate notice of the Settlement to their clients who purchased or acquired Cabot

---

[1] Unless otherwise defined herein, all capitalized terms have the meanings set forth in the Stipulation of Settlement, dated June 3, 2024 (ECF 207-2) (the "Stipulation"), the Preliminary Approval Order, or the Initial Mailing Declaration (defined herein).

common stock during the Class Period. JND also reached out via telephone to the top 100 Nominees. *See* Initial Mailing Decl., ¶10.

3. Since the Initial Mailing, JND has continued to disseminate copies of the Postcard Notice and Notice Packet in response to requests from potential Class Members and Nominees. Through October 16, 2024, a total of 200,303 Postcard Notices and 4,077 Notice Packets were sent by First-Class mail to potential Class Members and Nominees. Additionally, 370 Notice Packets were sent by email per request to potential Class Members.[2]

### UPDATE ON CALL CENTER SERVICES AND WEBSITE

4. JND continues to maintain the toll-free telephone number (1-877-495-5094) and Interactive Voice Recording ("IVR") to accommodate inquiries about the Settlement from potential Class Members. Through October 16, 2024, there have been a total of 380 calls to the toll-free telephone number, 349 of which have been handled by a live operator. JND also monitors the case-dedicated e-mail address info@CabotOilSecuritiesLitigation.com. JND has promptly responded to each telephone and e-mail inquiry and will continue to respond to Class Member inquiries via the toll-free telephone number and case dedicated e-mail address until the conclusion of the administration.

5. JND also continues to maintain the website dedicated to the Settlement, www.CabotOilSecuritiesLitigation.com (the "Settlement Website"), to assist potential Class Members. Following Class Counsel's filing of their briefing in support of the Settlement on September 19, 2024, JND posted to the Settlement Website copies of the papers in support of Plaintiffs' Motion for Final Approval of Class Action Settlement and Approval of Plan of

---

[2] JND has also re-mailed a total of 724 Postcard Notices to persons whose original mailings were returned by the United States Postal Service ("USPS") and for whom updated addresses were provided to JND by the USPS or were obtained through other means.

Allocation and Class Counsel's Motion for an Award of Attorneys' Fees and Expenses and Awards to Plaintiffs Pursuant to 15 U.S.C. §78u-4(a)(4). During this administration, the Settlement Website has received a total of 32,399 visitors. JND will continue operating, maintaining and, as appropriate, updating the Settlement Website until the conclusion of the administration of this Settlement.

## REQUESTS FOR EXCLUSION RECEIVED

6.      The notices and Settlement Website informed Class Members that requests for exclusion from the Class were to be sent by First-Class mail to *Cabot Oil Securities Litigation*, Claims Administrator, c/o JND Legal Administration, EXCLUSIONS, P.O. Box 91217, Seattle, Washington 98111, postmarked no later than October 3, 2024. JND has monitored all mail delivered to the P.O. Box for the Settlement.

7.      As of the date of this Declaration, JND has received two (2) requests for exclusion. Copies of the requests for exclusion are attached as Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on October 17th, 2024 at New Hyde Park, New York.

_____
Luiggy Segura

3

# EXHIBIT A

# Exclusion Request - 1

Received
AUG 27 2024
by JNDLA

Dear Sirs or Madams:

I wish to exclude myself from litagation law suit against Cabot Oil. I tried to reach you by phone, but the line was always busy. I do not wish to persue any action against Cabot Oil, In fact I smell something putrid in the case. If you want to get in touch with my lawyer simply, get on your knees, any where, any time. Address Him as Jesus Christ. He will bring your case before the the father God Almighty + They will resolve the issue.

Sincerly yours
C H Jackel

Charles Jackel
[redacted]
Atascosa, TX 78002

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
23 AUG 2024 PM 3 L

FREEDOM
FOREVER

Cabot Oil Securities Litigation
c/o JND Legal Administration
PO Box 91217
Seattle, WA. 98111

JND 08/27/24

98111-931717

# Exclusion Request - 2

How to be excluded from the Cabot Oil Securities Litigation class member?

Albert Wong ██████████████████

Mon 9/2/2024 4:48 AM

To:info@CabotOilSecuritiesLitigation.com <info@CabotOilSecuritiesLitigation.com>

Dear Sir,

I'd like to exclude myself as a class member from the above-mentioned ligation. However, I am unable to identify a form and instruction on how to do so. Could you provide instructions on this? Also, can I do the exclusion over email or online?


Regards,
Albert.