# EXHIBIT D

# DISPUTED CLAIMS

# DISPUTED CLAIM #1

# CLAIM ID

# PNEZQ-7XTA8

**Statement for Account #** ▮▮▮▮

11/01/19 - 11/30/19

## Online Cash Services Summary

| scription | Current | Year To Date |
|---|---|---|
| BITS | | |
| ecks Paid | $ (1,000.00) | $ (62,402.28) |
| *Subtotal* | (1,000.00) | (62,402.28) |
| TAL | (1,000.00) | (62,402.28) |

## Income Summary Detail*

| cription | Current | Year to Date |
|---|---|---|
| ▮▮▮▮ | $ 1.68 | $ 16.94 |
| | 1,000.00 | 8,400.00 |

his section displays current and year to date taxation values for this account. The current totals may not equate to the total payments listed on this statement as corrections to tax reporting may also be included. These corrections n include changes made to previous payments and removal of payments reportable in a previous tax year (spillover dividends). The year to date totals will accurately reflect your cumulative amount for the year.

## Online Cash Services Transaction Detail

| egory | Transaction Date | Description | Amount |
|---|---|---|---|
| BITS | | | |
| ecks Paid | 11/15/2019 | ▮▮▮▮ | $ (1,000.00) |
| *Subtotal* | | | (1,000.00) |
| TAL | | | (1,000.00) |

## Account Activity

| rade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| ening Balance | | | | | | | | | $154,379.71 |
| 20/19 | 11/22/19 | Margin | Sell - Securities Sold | CABOT OIL & GAS CORP COM Regulatory Fee 0.33 | COG | 700- | $ 16.665 | $ 11,665.17 | 166,044.88 |
| 20/19 | 11/22/19 | Margin | Sell - Securities Sold | CABOT OIL & GAS CORP COM Regulatory Fee 0.19 | COG | 400- | 16.6602 | 6,663.89 | 172,708.77 |
| 20/19 | 11/22/19 | Margin | Sell - Securities Sold | CABOT OIL & GAS CORP COM Regulatory Fee 4.12 | COG | 8,900- | 16.66 | 148,269.88 | 320,978.65 |

**Statement for Account #** ███████

07/01/19 - 07/31/19

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| /26/19 | 07/30/19 | Margin | Buy - Securities Purchased | CABOT OIL & GAS CORP COM Commission/Fee 3.95 | COG | 1,000 | 19.9896 | (19,993.55) | 325,044.11 |
| /26/19 | 07/30/19 | Margin | Buy - Securities Purchased | CABOT OIL & GAS CORP COM Commission/Fee 3.95 | COG | 1,000 | 19.75 | (19,753.95) | 305,290.16 |
| /26/19 | 07/30/19 | Margin | Buy - Securities Purchased | CABOT OIL & GAS CORP COM Commission/Fee 3.95 | COG | 1,000 | 19.6699 | (19,673.85) | 285,616.31 |

sing Balance | $285,619.41

Cash Activity totals, refer to the Cash Activity Summary on page one of your statement.

## TD Ameritrade Cash Interest Credit/Expense

| Begin Date | Margin Balance | Credit Balance | Number of Days | Interest Rate | Interest Debited | Interest Credited |
|---|---|---|---|---|---|---|

## Trades Pending Settlement

| estment Description | Account Type | Symbol/ CUSIP | Quantity | Price | Trade Date | Settle Date | Amount |
|---|---|---|---|---|---|---|---|
| Y  CABOT OIL & GAS CORP COM | Margin | COG | 2,000 | $ 19.1699 | 07/31/19 | 08/02/19 | $ (38,343.75) |

**Statement for Account #** ▮▮▮▮▮
08/01/19 - 08/31/19

## Account Activity

| rade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| ening Balance | | | | | | | | | $285,619.41 |
| '31/19 | 08/02/19 | Margin | Buy - Securities Purchased | CABOT OIL & GAS CORP COM Commission/Fee 3.95 | COG | 2,000 | $ 19.1699 | $ (38,343.75) | 247,275.66 |
| '02/19 | 08/06/19 | Margin | Buy - Securities Purchased | CABOT OIL & GAS CORP COM | COG | 5,000 | 18.58 | (92,900.00) | 154,375.66 |
| '22/19 | 08/22/19 | Income | Div/Int - Income | CABOT OIL & GAS CORP COM Payable: 08/22/2019 QUALIFIED DIVIDENDS 900.00 | COG | - | 0.00 | 900.00 | 155,277.11 |
| sing Balance | | | | | | | | | $154,377.11 |

Cash Activity totals, refer to the Cash Activity Summary on page one of your statement.

## TD Ameritrade Cash Interest Credit/Expense

| Begin Date | Margin Balance | Credit Balance | Number of Days | Interest Rate | Interest Debited | Interest Credited |
|---|---|---|---|---|---|---|
| | | | | | | |

 LEGAL ADMINISTRATION

Claim ID: PNEZQ7XTA8

**Cabot Oil Securities Litigation**
**Claims Administrator**
**c/o JND Legal Administration**
**P.O. Box 91217**
**Seattle, WA 98111**

**Email: info@CabotOilSecuritiesLitigation.com**
**Toll-Free Number: 877-495-5094**
**Settlement Website: www.CabotOilSecuritiesLitigation.com**



**Mailing Date: January 9, 2025**
**Response Deadline: January 29, 2025**

**Claim ID: PNEZQ7XTA8**

**Eligible Security: Cabot Oil & Gas Corporation**
**("Cabot") common stock**

**Class Period: February 22, 2016 through June 12, 2020, inclusive**

## NOTICE OF DEFICIENT AND/OR INELIGIBLE CLAIM

Dear Claimant:

We received and processed the Proof of Claim and Release Form ("Claim" or "Claim Form") you submitted for the settlement of the above-referenced securities litigation. We have determined, based on our review of your Claim, that the Claim is deficient or ineligible for the reason(s) identified below. In order to resolve the deficiencies, you must submit a written response with any required documentation, as specified below, postmarked no later than the response deadline printed at the top of this notice. Please include a copy of this notice with your response. **If you fail to respond to this notice by the response deadline set forth above, or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that those conditions remain uncured. This is the only notice you will receive with respect to this Claim.**

**Explanation of Claim Deficiency/Ineligibility:**

CLAIM DOES NOT CALCULATE TO A RECOGNIZED CLAIM:

The Claim referenced above does not calculate to a Recognized Claim pursuant to the Plan of Allocation and is, therefore, ineligible to receive a payment from the Settlement.



Claim ID:  PNEZQ7XTA8

**Explanation of How To Fix Claim Deficiency/Ineligibility:**

You can resolve this condition of ineligibility only by submitting additional purchases or acquisitions of Cabot common stock during the Class Period, i.e., from February 22, 2016 through June 12, 2020, inclusive, that were not previously reflected in your Claim and that make your Claim calculate to a Recognized Claim. You must also support any additional transactions with acceptable documentation.

Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements or similar documentation (self-generated documents are not acceptable).



Claim ID:  PNEZQ7XTA8

**Please note, even if you cure the noted deficient/ineligible conditions, your Claim must then calculate to a Recognized Claim pursuant to the Plan of Allocation in order to be included in the list of eligible Claims presented to the Court for approval.** If you disagree with the deficient/ineligible condition(s) identified in this notice, you may contact us for assistance and/or request Court review of our administrative determination regarding your Claim.

To request Court review, you must send a letter to the Claims Administrator at the address indicated above no later than the response deadline set forth above. Your letter, which must be signed, must: (1) specifically state that you "request that the Court review the full or partial rejection of your Claim"; (2) state your argument(s) for why you are contesting the full or partial rejection of your Claim; and (3) include any and all documentation supporting your argument(s). A copy of this letter must be included with your request for Court review. If you request Court review, your Claim and supporting documentation will be submitted to the Court for consideration and will become part of the public record. Your Claim and supporting documentation will be partially redacted to protect your privacy.

**PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM. SPECIFICALLY, COURT REVIEW SHOULD BE REQUESTED ONLY IF YOU BELIEVE THE DETERMINATION OF YOUR CLAIM IS DUE TO THE INCORRECT PROCESSING OR CALCULATION OF YOUR CLAIM. COURT REVIEW SHOULD NOT BE REQUESTED ON THE BASIS THAT YOU DISAGREE WITH THE TERMS OF THE PLAN OF ALLOCATION.**

If you have any questions about this notice or any of the noted deficiencies, or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at the telephone number or email address noted above.

Sincerely,

JND Legal Administration

**Cabot Oil Securities Litigation**
**Claims Administrator**
**c/o JND Legal Administration**
**P.O. Box 91217**
**Seattle, WA 98111**





1-16-25

Gentlemen
I am requesting the court review my claim! I submitted proof of ownership during the periods of the action! I followed the instructions to the letter and would appreciate a look as to why it was denied!

Thank You



Claim ID: PNEZQ7XTA8

**Cabot Oil Securities Litigation**
**Claims Administrator**
**c/o JND Legal Administration**
**P.O. Box 91217**
**Seattle, WA 98111**

JAN 2 3 2025

Email: info@CabotOilSecuritiesLitigation.com
Toll-Free Number: 877-495-5094
Settlement Website: www.CabotOilSecuritiesLitigation.com



Mailing Date: January 9, 2025
Response Deadline: January 29, 2025

Claim ID: PNEZQ7XTA8

Eligible Security: Cabot Oil & Gas Corporation
("Cabot") common stock

Class Period: February 22, 2016 through June
12. 2020. inclusive

## NOTICE OF DEFICIENT AND/OR INELIGIBLE CLAIM

Dear Claimant:

We received and processed the Proof of Claim and Release Form ("Claim" or "Claim Form") you submitted for the settlement of the above-referenced securities litigation. We have determined, based on our review of your Claim, that the Claim is deficient or ineligible for the reason(s) identified below. In order to resolve the deficiencies. you must submit a written response with any required documentation, as specified below, postmarked no later than the response deadline printed at the top of this notice. Please include a copy of this notice with your response. **If you fail to respond to this notice by the response deadline set forth above, or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that those conditions remain uncured. This is the only notice you will receive with respect to this Claim.**

**Explanation of Claim Deficiency/Ineligibility:**

☐ CLAIM DOES NOT CALCULATE TO A RECOGNIZED CLAIM:

The Claim referenced above does not calculate to a Recognized Claim pursuant to the Plan of Allocation and is, therefore, ineligible to receive a payment from the Settlement.



=4

JAN 2 3 2025

Cabot Oil Securities Litigation
Claims Administrator

c/o JND Legal Administration
PO Box 91217
Seattle, WA
98111-931717        98111

 **Outlook**

---

## Re: Claim # PNEZQ7XTA8

---

**From** info@CabotOilSecuritiesLitigation.com <info@CabotOilSecuritiesLitigation.com>

**Date** Tue 2/11/2025 11:09 PM

**To** ███████████████████████████

Dear Claimant,

Thank you for speaking with me today. As discussed, we are the Court appointed Claims Administrator for this Settlement. As discussed, a Court review should not be requested on the basis that you disagree with the terms of the Plan of Allocation, located in the Notice. Please confirm the resolution of your Court review.

Please let me know if you have any questions.

Regards,

Claims Administrator ███
*Cabot Oil Securities Litigation*
1-877-495-5094
www.CabotOilSecuritiesLitigation.com

---

**From:** info@CabotOilSecuritiesLitigation.com <info@CabotOilSecuritiesLitigation.com>
**Sent:** Monday, February 3, 2025 11:56 PM
**To** ███████████████████████
**Subject:** Re: Claim # PNEZQ7XTA8

Dear Claimant,

Please be advised that we have received your request for a Court review. At this time, we would like to confirm if our previous response has satisfied the resolution of your request. Please confirm the resolution of your Court review. If you have further questions or concerns, you can reach my direct line at ████████████

Regards,

Claims Administrator ███
*Cabot Oil Securities Litigation*
1-877-495-5094
www.CabotOilSecuritiesLitigation.com

---

**From:** info@CabotOilSecuritiesLitigation.com <info@CabotOilSecuritiesLitigation.com>
**Sent:** Tuesday, January 21, 2025 11:42 PM
**To:** ████████████████████████
**Subject:** Re: Claim # PNEZQ7XTA8

5/9/25, 3:26 PM
Case 4:21-cv-02045     Document 224-4     Filed 09/16/25 in TXSD     Page 13 of 31
Mail - info@CabotOilSecuritiesLitigation.com - Outlook

Dear Claimant,

Thank you for your inquiry. According to the Notice, for purposes of determining whether a claimant had a market gain, or suffered a market loss, with respect to his, her, or its overall transactions in Cabot common stock during the Class Period, the Claims Administrator will determine the difference between (i) the Total Purchase Amount and (ii) the sum of the Total Sales Proceeds and Holding Value. In this instance, a "Holding Value" equal to $19.40 for each share of Cabot common stock purchased or acquired during the Class Period and still held as of the close of trading on June 12, 2020.

For your claim this is the difference of $190,620 (Total Purchase Amount) and $194,000 (Holding Value) equal to $-3380. If a Recognized Claim Amount calculates to a negative number or zero, the loss is set to zero.

Please let us know if you have any questions.

Claims Administrator ▮
*Cabot Oil Securities Litigation*
1-877-495-5094
[www.CabotOilSecuritiesLitigation.com](http://www.CabotOilSecuritiesLitigation.com)

---

**From:** ▮
**Sent:** Thursday, January 16, 2025 7:43 PM
**To:** info@CabotOilSecuritiesLitigation.com <info@CabotOilSecuritiesLitigation.com>
**Subject:** Claim # PNEZQ7XTA8

I just received a letter notifying me my claim was denied. Please explain why. I followed the format and supplied the information as requested. Please advise me how you came to your conclusion. Thank you for your assistance in this matter.
Sincerely ▮

# DISPUTED CLAIM #2

# CLAIM ID

# PWZQK-VUX9B



Claim ID:  PWZQKVUX9B

**Cabot Oil Securities Litigation**
**Claims Administrator**
**c/o JND Legal Administration**
**P.O. Box 91217**
**Seattle, WA 98111**


**Email: info@CabotOilSecuritiesLitigation.com**
**Toll-Free Number: 877-495-5094**
**Settlement Website: www.CabotOilSecuritiesLitigation.com**



**Mailing Date: January 9, 2025**
**Response Deadline: January 29, 2025**

**Claim ID: PWZQKVUX9B**

**Eligible Security: Cabot Oil & Gas Corporation**
**("Cabot") common stock**

**Class Period: February 22, 2016 through June 12, 2020, inclusive**

## NOTICE OF DEFICIENT AND/OR INELIGIBLE CLAIM


Dear Claimant:

We received and processed the Proof of Claim and Release Form ("Claim" or "Claim Form") you submitted for the settlement of the above-referenced securities litigation. We have determined, based on our review of your Claim, that the Claim is deficient or ineligible for the reason(s) identified below. In order to resolve the deficiencies, you must submit a written response with any required documentation, as specified below, postmarked no later than the response deadline printed at the top of this notice. Please include a copy of this notice with your response. **If you fail to respond to this notice by the response deadline set forth above, or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that those conditions remain uncured. This is the only notice you will receive with respect to this Claim.**


   **Explanation of Claim Deficiency/Ineligibility:**

   NO PURCHASE WAS CLAIMED IN THE CLASS PERIOD:

   This Claim does not contain any purchases or acquisitions of Cabot common stock during the Class Period, i.e., from February 22, 2016 through June 12, 2020, inclusive.



Claim ID:  PWZQKVUX9B

**Explanation of How To Fix Claim Deficiency/Ineligibility:**

You can only resolve this ineligibility by submitting documentation supporting purchases or acquisitions of Cabot common stock during the Class Period, i.e., from February 22, 2016 through June 12, 2020, inclusive.

Please Note: If you have purchases or acquisitions of Cabot common stock during the Class Period, you must also provide this and all other information and supporting documentation called for in the Claim Form with respect to your holdings of and transactions in Cabot common stock.



Claim ID:  PWZQKVUX9B

**Please note, even if you cure the noted deficient/ineligible conditions, your Claim must then calculate to a Recognized Claim pursuant to the Plan of Allocation in order to be included in the list of eligible Claims presented to the Court for approval.** If you disagree with the deficient/ineligible condition(s) identified in this notice, you may contact us for assistance and/or request Court review of our administrative determination regarding your Claim.

To request Court review, you must send a letter to the Claims Administrator at the address indicated above no later than the response deadline set forth above. Your letter, which must be signed, must: (1) specifically state that you "request that the Court review the full or partial rejection of your Claim"; (2) state your argument(s) for why you are contesting the full or partial rejection of your Claim; and (3) include any and all documentation supporting your argument(s). A copy of this letter must be included with your request for Court review. If you request Court review, your Claim and supporting documentation will be submitted to the Court for consideration and will become part of the public record. Your Claim and supporting documentation will be partially redacted to protect your privacy.

**PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM. SPECIFICALLY, COURT REVIEW SHOULD BE REQUESTED ONLY IF YOU BELIEVE THE DETERMINATION OF YOUR CLAIM IS DUE TO THE INCORRECT PROCESSING OR CALCULATION OF YOUR CLAIM. COURT REVIEW SHOULD NOT BE REQUESTED ON THE BASIS THAT YOU DISAGREE WITH THE TERMS OF THE PLAN OF ALLOCATION.**

If you have any questions about this notice or any of the noted deficiencies, or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at the telephone number or email address noted above.

Sincerely,

JND Legal Administration



Claim ID:  PWZQKVUX9B

**Cabot Oil Securities Litigation**
**Claims Administrator**
**c/o JND Legal Administration**
**P.O. Box 91217**
**Seattle, WA 98111**

**Email: info@CabotOilSecuritiesLitigation.com**
**Toll-Free Number: 877-495-5094**
**Settlement Website: www.CabotOilSecuritiesLitigation.com**



*FEB 04 2025*

**Mailing Date: January 9, 2025**
**Response Deadline: January 29, 2025**

**Claim ID: PWZQKVUX9B**

**Eligible Security: Cabot Oil & Gas Corporation**
**("Cabot") common stock**

**Class Period: February 22, 2016 through June**
**12, 2020, inclusive**

## NOTICE OF DEFICIENT AND/OR INELIGIBLE CLAIM

Dear Claimant:

We received and processed the Proof of Claim and Release Form ("Claim" or "Claim Form") you submitted for the settlement of the above-referenced securities litigation. We have determined, based on our review of your Claim, that the Claim is deficient or ineligible for the reason(s) identified below. In order to resolve the deficiencies, you must submit a written response with any required documentation, as specified below, postmarked no later than the response deadline printed at the top of this notice. Please include a copy of this notice with your response. **If you fail to respond to this notice by the response deadline set forth above, or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that those conditions remain uncured. This is the only notice you will receive with respect to this Claim.**

**Explanation of Claim Deficiency/Ineligibility:**

☐ NO PURCHASE WAS CLAIMED IN THE CLASS PERIOD:

This Claim does not contain any purchases or acquisitions of Cabot common stock during the Class Period, i.e., from February 22, 2016 through June 12, 2020, inclusive.



Claim ID: PWZQKVUX9B

**Explanation of How To Fix Claim Deficiency/Ineligibility:**

☐ You can only resolve this ineligibility by submitting documentation supporting purchases or acquisitions of Cabot common stock during the Class Period, i.e., from February 22, 2016 through June 12, 2020, inclusive.

Please Note: If you have purchases or acquisitions of Cabot common stock during the Class Period, you must also provide this and all other information and supporting documentation called for in the Claim Form with respect to your holdings of and transactions in Cabot common stock.



Claim ID:  PWZQKVUX9B

**Please note, even if you cure the noted deficient/ineligible conditions, your Claim must then calculate to a Recognized Claim pursuant to the Plan of Allocation in order to be included in the list of eligible Claims presented to the Court for approval.** If you disagree with the deficient/ineligible condition(s) identified in this notice, you may contact us for assistance and/or request Court review of our administrative determination regarding your Claim.

To request Court review, you must send a letter to the Claims Administrator at the address indicated above no later than the response deadline set forth above. Your letter, which must be signed, must: (1) specifically state that you "request that the Court review the full or partial rejection of your Claim"; (2) state your argument(s) for why you are contesting the full or partial rejection of your Claim; and (3) include any and all documentation supporting your argument(s). A copy of this letter must be included with your request for Court review. If you request Court review, your Claim and supporting documentation will be submitted to the Court for consideration and will become part of the public record. Your Claim and supporting documentation will be partially redacted to protect your privacy.

**PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM. SPECIFICALLY, COURT REVIEW SHOULD BE REQUESTED ONLY IF YOU BELIEVE THE DETERMINATION OF YOUR CLAIM IS DUE TO THE INCORRECT PROCESSING OR CALCULATION OF YOUR CLAIM. COURT REVIEW SHOULD NOT BE REQUESTED ON THE BASIS THAT YOU DISAGREE WITH THE TERMS OF THE PLAN OF ALLOCATION.**

If you have any questions about this notice or any of the noted deficiencies, or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at the telephone number or email address noted above.

Sincerely,

JND Legal Administration

**Cabot Oil Securities Litigation**
**Claims Administrator**
**c/o JND Legal Administration**
**P.O. Box 91217**
**Seattle, WA 98111**





FEB 0 4 2025

Dear Claims Administrator/JND Legal Administration,

This response is to formally request a court review of the rejection of my claim. Please refer to included documents. Pertinent information has been highlighted. Non-pertinent information has been redacted. Included documentation shows purchase of 100 shares of Cabot Oil & Gas Corporation (COG) stock on April 9th, 2020, which is within the claim period (February 22, 2016 through June 12, 2020). Settle date for the transaction was April 14th, 2020. Included documentation also shows my name (███████), mailing address and investment account number ████████. This is for Claim ID PWZQKVUX9B.

Sincerely,



 **Ameritrade**

800-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC
PO BOX 2209
OMAHA, NE 68103-2209
*TD Ameritrade Clearing, Inc., Member SIPC*

**Statement Reporting Period:**
04/01/20 - 04/30/20

**Statement for Account #**

## Portfolio Summary

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield |
|---|---|---|---|---|---|---|
| Cash | ▓ | ▓ | ▓ | - | $  - | - |
| Insrd Dep Acct (IDA) | - | - | - | - | - | - |
| Money Market | - | - | - | - | - | - |
| Short Balance | - | - | - | - | - | - |
| Stocks | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ |
| Short Stocks | - | - | - | - | - | - |
| Fixed Income | - | - | - | - | - | - |
| Options | - | - | - | - | - | - |
| Short Options | - | - | - | - | - | - |
| Mutual Funds | - | - | - | - | - | - |
| Other | - | - | - | - | - | - |
| **Total** | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ |

## Cash Activity Summary

| | Current | YTD |
|---|---|---|
| **Opening Balance** | ▓ | $  - |
| Securities Purchased | ▓ | ▓ |
| Securities Sold | ▓ | ▓ |
| Funds Deposited | ▓ | ▓ |
| Funds Disbursed | - | - |
| Income | 0.01 | 0.01 |
| Expense | - | - |
| Other | - | - |
| **Closing Balance** | ▓ | ▓ |

## Income & Expense Summary

| | Reportable | Non Reportable | YTD |
|---|---|---|---|
| **Income** | | | |
| Dividends | $  - | $  - | $  - |
| Interest | 0.01 | - | 0.01 |
| Other | - | - | - |
| **Expense** | | | |
| Interest | - | - | - |
| Fees | - | - | - |
| Other | - | - | - |
| **Net** | $0.01 | $0.00 | $0.01 |

## Performance

Cost Basis As
Unrealized Gai
Unrealized Los:
Funds Deposite
Income/(Expen
Securities Rece

**To view realized
www.tdameritrade

page 1 of 5

Statement for Account # ██████████
04/01/20 - 04/30/20

## Online Cash Services Summary

| Description | Current |
|---|---|
| **CREDITS** | |
| Electronic Transfer | $ ████ |
| *Subtotal* | ████ |
| **TOTAL** | ████ |

## Income Summary Detail*

| Description | Current |
|---|---|
| Interest Income Credit Balance | $ 0.01 |

*This section displays current and year to date totals for this account. The year to date totals will accurately reflect your cumulative amount for the year.  Year-end tax reporting income amounts monthly statements versus your tax documents.  Please reference your official tax document(s) for tax reporting.

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost |
|---|---|---|---|---|---|---|---|
| **Stocks - Cash** | | | | | | | |
| CABOT OIL & GAS CORP COM | COG | 100 | 21.62 | 2,162.00 | 04/09/20 | 1,935.00 | 19.35* |

page 2 of 5

**Statement for Account #** ████████
04/01/20 - 04/30/20

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price |
|---|---|---|---|---|---|---|---|
| 04/09/20 | 04/13/20 | Cash | - Funds Deposited | ACH IN | - | - | 0.00 |
| 04/09/20 | 04/14/20 | Cash | Buy - Securities Purchased | CABOT OIL & GAS CORP COM | COG | 100 | 19.35 |
| 04/09/20 | 04/14/20 | Cash | Sell - Securities Sold | ██████████████ | ██████ | ██████ | ██████ |
| 04/09/20 | 04/14/20 | Cash | Buy - Securities Purchased | ██████████████ | ██████ | ██████ | ██████ |
| 04/09/20 | 04/14/20 | Cash | Sell - Securities Sold | ██████████████ | ██████ | ██████ | ██████ |
| 04/13/20 | 04/15/20 | Cash | Buy - Securities Purchased | ██████████████ | ██████ | ██████ | ██████ |
| 04/14/20 | 04/16/20 | Cash | Buy - Securities Purchased | ██████████████ | ██████ | ██████ | ██████ |
| 04/14/20 | 04/16/20 | Cash | Sell - Securities Sold | ██████████████ | ██████ | ██████ | ██████ |
| 04/20/20 | 04/22/20 | Cash | Sell - Securities Sold | ██████████████ | ██████ | ██████ | ██████ |
| 04/21/20 | 04/23/20 | Cash | Sell - Securities Sold | ██████████████ | ██████ | ██████ | ██████ |
| 04/21/20 | 04/23/20 | Cash | Sell - Securities Sold | ██████████████ | ██████ | ██████ | ██████ |
| 04/22/20 | 04/24/20 | Cash | Buy - Securities Purchased | ██████████████ | ██████ | ██████ | ██████ |
| 04/27/20 | 04/29/20 | Cash | Buy - Securities Purchased | ██████████████ | ██████ | ██████ | ██████ |



CERTIFIED MA

7022 2410 0001 48

FEB 0 4 2025

Cabot Oil Securities Litigation
Claims Administrator
C/O JND Legal Administration
P.O. Box 91217
Seattle, WA 98111

Retail

FOREVE

RDC 99

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2022

**Statement for Account #** ███████████

05/01/20 - 05/31/20

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| ████████ | | | | | | | | | | |

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 05/01/20 | 05/05/20 | Cash | Buy - Securities Purchased | CABOT OIL & GAS CORP COM | COG | 100 | 19.7683 | (1,976.83) | 6,358.04 |
| 05/01/20 | 05/05/20 | Cash | Sell - Securities Sold | CABOT OIL & GAS CORP COM Regulatory Fee 0.11 | COG | 200- | 19.8077 | 3,961.43 | 10,319.47 |

 **Outlook**

---

### Re: Cabot Oil Securities Litigation: Additional Information Request Claim ID PWZQKVUX9B

---

**From** info@CabotOilSecuritiesLitigation.com <info@CabotOilSecuritiesLitigation.com>

**Date** Fri 5/16/2025 6:54 PM

**To** ███████████████████████████████

Dear Claimant,

We want to ensure that all questions have been answered and nothing further is outstanding.

Please respond at your earliest convenience.

Regards,

Claims Administrator ███
*Cabot Oil Securities Litigation*
1-877-495-5094
www.CabotOilSecuritiesLitigation.com

---

**From:** info@CabotOilSecuritiesLitigation.com <info@CabotOilSecuritiesLitigation.com>
**Sent:** Tuesday, May 13, 2025 11:26 PM
**To:** ████████████████████████████████
**Subject:** Re: Cabot Oil Securities Litigation: Additional Information Request Claim ID PWZQKVUX9B

Dear Claimant,

We are checking in regarding our previous requests.

Please let us know if you have any questions.

Regards,

Claims Administrator ███
*Cabot Oil Securities Litigation*
1-877-495-5094
www.CabotOilSecuritiesLitigation.com

---

**From:** info@CabotOilSecuritiesLitigation.com <info@CabotOilSecuritiesLitigation.com>
**Sent:** Monday, May 12, 2025 10:17 PM
**To:** ████████████████████████████████
**Subject:** Re: Cabot Oil Securities Litigation: Additional Information Request Claim ID PWZQKVUX9B

Dear Claimant,

We are following up regarding the request below. We have attempted to reach you by telephone, however it appears the number provided is unable to connect. Please provide a current telephone number.

In addition, we want to ensure you understand the calculation of your claim and are able to resolve your Court review request.

Please let us know if you have any questions.

Regards,

Claims Administrator ▮
*Cabot Oil Securities Litigation*
1-877-495-5094
[www.CabotOilSecuritiesLitigation.com](http://www.CabotOilSecuritiesLitigation.com)

---

**From:** info@CabotOilSecuritiesLitigation.com <info@CabotOilSecuritiesLitigation.com>
**Sent:** Friday, February 28, 2025 8:54 PM
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** Re: Cabot Oil Securities Litigation: Additional Information Request Claim ID PWZQKVUX9B

Dear Claimant,

Please be advised we attempted to reach you by telephone, however we were unable to leave a message. Please confirm your current telephone number.

Claim Number PWZQKVUX9B has resulted in no Recognized Loss under the Court approved Plan of Allocation. Based on the formula below, a "Recognized Claim Amount" is calculated for each purchase or acquisition of Cabot common stock during the Class Period that is listed on the Proof of Claim and for which adequate documentation is provided.

For each share of Cabot common stock purchased or otherwise acquired during the period from February 22, 2016, through June 12, 2020, inclusive, and sold from July 26, 2019 through June 12, 2020, inclusive, the Recognized Loss Amount will be the *lesser of*: (i) the decline in inflation during the holding period (as presented in Table 1), or (ii) the purchase price minus the sale price.

Please note the 100 shares purchased as of 04/09/20 and 100 shares purchased as of 05/01/20 align with the sale at 05/01/20 according to a FIFO calculation. These shares have an Inflation Per Share of $0.00 according to Table 1 on page 18 of the attached Notice.

In addition, you had previously requested a Court review. Court review should only be sought if you disagree with the claims administrator's determination regarding your claim. Specifically, court review should be requested only if you believe the determination of your claim is due to the incorrect processing or calculation of your claim. Court review should not be requested on the basis that you disagree with the terms of the Plan of Allocation.

**Please confirm the resolution of your Court review.**

Please let me know if you have any questions, you can reach my direct number at

Regards,

Claims Administrator ███
*Cabot Oil Securities Litigation*
1-877-495-5094
www.CabotOilSecuritiesLitigation.com

---

**From:** ████████████████████████
**Sent:** Thursday, February 20, 2025 3:51 PM
**To:** info@CabotOilSecuritiesLitigation.com <info@CabotOilSecuritiesLitigation.com>
**Subject:** Re: Cabot Oil Securities Litigation: Additional Information Request Claim ID PWZQKVUX9B

I was unable to locate a sale on that date.
Sent from Proton Mail Android


-------- Original Message --------
On 2/18/25 5:29 PM, info@CabotOilSecuritiesLitigation.com wrote:

Dear Claimant,

Thank you for your response, we will update our records accordingly. In addition, the original claim stated there was a sale of 50 shares as of 09/10/20. Please confirm if this is correct and provide adequate documentation if yes.

Regards,

Claims Administrator ███
*Cabot Oil Securities Litigation*
1-877-495-5094
www.CabotOilSecuritiesLitigation.com

---

**From:** ████████████████████████
**Sent:** Saturday, February 15, 2025 4:50 PM
**To:** info@CabotOilSecuritiesLitigation.com <info@CabotOilSecuritiesLitigation.com>
**Subject:** Re: Cabot Oil Securities Litigation: Additional Information Request Claim ID PWZQKVUX9B

There was no purchase in 2016. If I notated that on my form then that is a clerical error on my part. Here is my statement from the following month. I show an additional 100 shares were purchased on 05/01 and then sold along with the 100 shares purchased shown on the statement previously sent.

Sent with Proton Mail secure email.

On Tuesday, February 11th, 2025 at 6:55 PM, info@CabotOilSecuritiesLitigation.com <info@CabotOilSecuritiesLitigation.com> wrote:

Dear Claimant,

Thank you for speaking with me today. The deficiency response received has resolved the previous deficiency of no purchase provided within the Class

Case 4:21-cv-02045     Document 224-4     Filed 09/16/25 in TXSD     Page 31 of 31

period. At this time, we are still missing documentation for the information submitted. Please confirm and provide documentation for the beginning holdings of 50 shares as of 2/16/2016 and a sale of 50 shares on 9/10/2020.

Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements or similar documentation (self-generated documents are not acceptable).

In addition, you had previously requested a Court review. A Court review should not be requested on the basis that you disagree with the terms of the Plan of Allocation, located in the Notice. Please confirm the resolution of your Court review.

Please let me know if you have any questions.

Regards,


Claims Administrator ███
*Cabot Oil Securities Litigation*
1-877-495-5094
www.CabotOilSecuritiesLitigation.com