# EXHIBIT F

# LATE BUT OTHERWISE ELIGIBLE CLAIMS



## CABOT OIL SECURITIES LITIGATION
## LATE BUT OTHERWISE ELIGIBLE CLAIMS

**TOTAL CLAIMS: 86**
**TOTAL RECOGNIZED CLAIMS: $1,249,817.43**

_____

| CLAIM | RECOGNIZED CLAIM | CLAIM | RECOGNIZED CLAIM |
|---|---|---|---|
| D26TBK3RMY | $ 347,197.00 | DKFQPV7ERB | $ 68.50 |
| D2NPMU87BV | $ 411.00 | DL6K4CH8VX | $ 17,273.70 |
| D2V98UY5KL | $ 411.00 | DLDRMFNKHG | $ 342.50 |
| D3JMZ6EGV8 | $ 342.50 | DLWVSPTE96 | $ 1,909.25 |
| D3QC657VTN | $ 322.15 | DMHCUSLGRX | $ 1,204.50 |
| D3X9NSZ6CU | $ 5,212.15 | DMHWEAXJ7C | $ 411.00 |
| D3XYK2MECF | $ 121,293.30 | DMLVQXKHZP | $ 274.00 |
| D4G78K3BF5 | $ 137.00 | DMP5YJSWKD | $ 2,140.45 |
| D5JZSHEG76 | $ 2,829.85 | DMZG9RNCAL | $ 526.08 |
| D5TD7PUKB9 | $ 137.00 | DNAR5F64LY | $ 274.00 |
| D5ZHKC6QFL | $ 959.00 | DP8ESVQRHN | $ 27,200.00 |
| D6CSZ9LHBV | $ 27,200.00 | DPEAQGZM9N | $ 548.00 |
| D6ED7JBX9R | $ 850.00 | DPRUBVLH4X | $ 68.50 |
| D6LREUACNQ | $ 973.83 | DQ3SNLTRKH | $ 274.00 |
| D6NW5JK3SV | $ 1,386.99 | DQ4MNDRHT5 | $ 88.65 |
| D6RQCFHUNK | $ 850.00 | DQ4MSVGXHW | $ 850.00 |
| D6TPYANBX7 | $ 337.44 | DQAWRDL439 | $ 246,123.00 |
| D735CLUGD6 | $ 274.00 | DRMSNZ2Q6G | $ 6,526.20 |
| D7XKUJ24Z6 | $ 3,160.59 | DSKZXJ35YL | $ 2,975.00 |
| D7Z5HKYAUS | $ 88.65 | DSYJ3B7RMA | $ 411.00 |
| D8APEX5GT3 | $ 425.00 | DT7FSM3ZJQ | $ 16,532.34 |
| D8LXPWNAD2 | $ 68.50 | DTDKU8LRQ4 | $ 4,979.75 |
| D95M8CS3TN | $ 137.00 | DU3RHCANTW | $ 270,964.70 |
| D97L8MBCSZ | $ 850.00 | DUA4FV2PDZ | $ 850.00 |
| D9HBMU2EFC | $ 526.08 | DUKD2J7GMC | $ 5,193.25 |
| D9TEKDV6CR | $ 2,797.20 | DVA23HGYNW | $ 137.00 |
| DA62DYBRWG | $ 411.00 | DVSU5RN6CF | $ 685.00 |
| DBK49CERZA | $ 19,394.94 | DVXG9DCYAW | $ 68.50 |
| DC2JD6G79V | $ 137.00 | DW452RGD8F | $ 274.00 |
| DCQJVSU2YR | $ 342.50 | DW62KQMJ7S | $ 7,239.00 |
| DD4EGK9M6T | $ 274.00 | DWKD8V2JN7 | $ 68.50 |
| DDAVT96J5G | $ 1,360.00 | DWMGBF4HQ2 | $ 274.00 |
| DDU9PLSW65 | $ 850.00 | DWZQJB827D | $ 548.00 |
| DEAQMH9WJ5 | $ 685.00 | DX278AL5V4 | $ 2,380.00 |
| DETCQVHRP7 | $ 137.00 | DY4QBTCJEW | $ 68.50 |

| CLAIM | RECOGNIZED CLAIM | CLAIM | RECOGNIZED CLAIM |
|---|---|---|---|
| DF9PAZNLB5 | $ 274.00 | DY8MQH2RKE | $ 274.00 |
| DFPX8NVSWZ | $ 1,336.75 | DYV2CZ3JGM | $ 88.65 |
| DGE83JYNR9 | $ 2,310.75 | DZDYC2GL67 | $ 68.50 |
| DGNM82UDWL | $ 76,441.00 | DZKBSWJDUG | $ 68.50 |
| DH62SQGXJZ | $ 1,620.60 | DZREHW8AJX | $ 2,192.00 |
| DHCYZA6DP7 | $ 1,370.00 | PRFQTKCPAG | $ 255.00 |
| DJ7XFKRCQZ | $ 88.65 | PST6KJW9EN | $ 412.92 |
| DJWYBKG6RL | $ 274.00 | PSWGV8QYB6 | $ 222.57 |