# EXHIBIT H
# INVOICES



Class Action Administration LLC
1201 2nd Ave., Suite 3400
Seattle, WA  98101
800.207.7160
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 8/30/2024 | 172477 |

**BILL TO**

Kessler Topaz Meltzer & Check LLP
280 King Of Prussia Rd
Radnor, PA  19087

| PROJECT | TERMS |
|---|---|
| CBO - Cabot Oil Securities Litigation | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (Inception - July 31, 2024) | | |
| | | | |
| | FEES | | |
| 1 | Case Set-Up | 7,500.00 | 7,500.00 |
| 1 | Toll-Free Number Setup | 1,900.00 | 1,900.00 |
| 81.5 | Website Setup & Design (including electronic claim filing capacity) | 195.00 | 15,892.50 |
| 3 | Monthly Website Maintenance | 200.00 | 600.00 |
| 7.75 | Class Member Communications (email/letters) | 105.00 | 813.75 |
| 27 | Nominee Files | 101.00 | 2,727.00 |
| 4,073 | Print/Mail 20-page Notice Packet and 12-page Claim Form | 1.49 | 6,068.77 |
| 55,000 | Notice Postcard Printing | 0.11 | 6,050.00 |
| 57.09 | IVR Minutes | 0.32 | 18.27 |
| 9.25 | Call Center Services | 129.00 | 1,193.25 |
| 3 | Monthly Phone System Support | 175.00 | 525.00 |
| 9 | Claims Analyst | 100.00 | 900.00 |
| 41 | Senior Claims Analyst | 135.00 | 5,535.00 |
| 29 | Project Management | 189.00 | 5,481.00 |
| 31.5 | Technical Support | 159.00 | 5,008.50 |
| 24.25 | Senior Management | 285.00 | 6,911.25 |
| 7.5 | Building & Testing Database Calculation Module | 183.00 | 1,372.50 |
| 1 | Publication: US1 National Newsline | 3,620.00 | 3,620.00 |
| 1 | Publication: Wall Street Journal | 22,600.00 | 22,600.00 |
| 11 | Working on Media Releases | 233.00 | 2,563.00 |

| | **Invoice Total** |
|---|---|

***Payment Instructions***
Check: Class Action Administration LLC, 1201 2nd Ave., Suite 3400, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024

**Total Balance Due**



Class Action Administration LLC
1201 2nd Ave., Suite 3400
Seattle, WA  98101
800.207.7160
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 8/30/2024 | 172477 |

**BILL TO**

Kessler Topaz Meltzer & Check LLP
280 King Of Prussia Rd
Radnor, PA  19087

| PROJECT | TERMS |
|---|---|
| CBO - Cabot Oil Securities Litigation | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | EXPENSES | | |
| 3 | PO Box | 175.00 | 525.00 |
| 7,667 | Electronic Storage | 0.006 | 46.00 |
| 696 | Copy Charges | 0.25 | 174.00 |
| | Postage | 6,488.22 | 6,488.22 |
| | FedEx | 48.53 | 48.53 |
| | Broker Reimbursement | 1,033.02 | 1,033.02 |
| | Domain Charges | 692.20 | 692.20 |

| | Invoice Total | $106,286.76 |
|---|---|---|

***Payment Instructions***
Check: Class Action Administration LLC, 1201 2nd Ave., Suite 3400, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024

**Total Balance Due**



Class Action Administration LLC
1201 2nd Ave., Suite 3400
Seattle, WA  98101
800.207.7160
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 9/24/2024 | 172625 |

**BILL TO**

Kessler Topaz Meltzer & Check LLP
280 King Of Prussia Rd
Radnor, PA  19087

| PROJECT | TERMS |
|---|---|
| CBO - Cabot Oil Securities Litigation | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (August 1 - 31, 2024) | | |
| | **FEES** | | |
| 1 | Monthly Website Maintenance | 200.00 | 200.00 |
| 44.5 | Nominee Files | 118.00 | 5,251.00 |
| 163,800 | Notice Postcard Printing | 0.11 | 18,018.00 |
| 2,069.02 | IVR Minutes | 0.32 | 662.09 |
| 23.75 | Call Center Services | 69.00 | 1,638.75 |
| 1 | Monthly Phone System Support | 175.00 | 175.00 |
| 26.25 | Data Entry & Clerical Support | 57.00 | 1,496.25 |
| 14 | Claims Analyst | 100.00 | 1,400.00 |
| 17.75 | Senior Claims Analyst | 135.00 | 2,396.25 |
| 46.5 | Project Management | 205.00 | 9,532.50 |
| 27.25 | Technical Support | 156.00 | 4,251.00 |
| 8 | Senior Management | 323.00 | 2,584.00 |
| 3 | Building & Testing Database Calculation Module | 210.00 | 630.00 |
| | **EXPENSES** | | |
| 1 | PO Box | 175.00 | 175.00 |
| 90,384 | Electronic Storage | 0.006 | 542.30 |
| 1,279 | Copy Charges | 0.25 | 319.75 |
| | Postage | 36,962.60 | 36,962.60 |
| | FedEx | 760.77 | 760.77 |
| | Broker Reimbursement | 52,257.33 | 52,257.33 |
| 1,606 | Fraudulent Claim Prevention Tool | 0.0018 | 2.89 |
| | Supplies | 5.12 | 5.12 |

| | **Invoice Total** $139,260.60 |
|---|---|

***Payment Instructions***
Check: Class Action Administration LLC, 1201 2nd Ave., Suite 3400, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024

**Total Balance Due**



Class Action Administration LLC
1201 2nd Ave., Suite 3400
Seattle, WA 98101
800.207.7160
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 10/24/2024 | 172905 |

**BILL TO**

Kessler Topaz Meltzer & Check LLP
280 King Of Prussia Rd
Radnor, PA  19087

| PROJECT | TERMS |
|---|---|
| CBO - Cabot Oil Securities Litigation | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (September 1 - 30, 2024) | | |
| | | | |
| | FEES | | |
| 1 | Monthly Website Maintenance | 200.00 | 200.00 |
| 17.75 | Nominee Files | 141.00 | 2,502.75 |
| 3 | Receive and Enter Returned Mail Into Database | 160.00 | 480.00 |
| 17.5 | Website Setup & Design (including electronic claim filing capacity) | 210.00 | 3,675.00 |
| 3.25 | Other Class Member Communications (email/letters) | 100.00 | 325.00 |
| 970.6 | IVR Minutes | 0.32 | 310.59 |
| 3.25 | Call Center Services | 160.00 | 520.00 |
| 1 | Monthly Phone System Support | 175.00 | 175.00 |
| 57 | Data Entry & Clerical Support | 61.00 | 3,477.00 |
| 53.25 | Claims Analyst | 100.00 | 5,325.00 |
| 14 | Senior Claims Analyst | 135.00 | 1,890.00 |
| 18 | Project Management | 166.00 | 2,988.00 |
| 8 | Technical Support | 140.00 | 1,120.00 |
| 7 | Senior Management | 306.00 | 2,142.00 |
| 893 | Claims (1 - 10,000) | 4.95 | 4,420.35 |
| 2,677 | Address Search Update | 0.20 | 535.40 |
| | | | |
| | EXPENSES | | |
| 1 | PO Box | 175.00 | 175.00 |
| 103,951 | Electronic Storage | 0.006 | 623.71 |
| 2,609 | Copy Charges | 0.25 | 652.25 |
| 2 | Box Storage | 2.50 | 5.00 |

| | **Invoice Total** |
|---|---|
| | **Total Balance Due** |

***Payment Instructions***
Check: Class Action Administration LLC, 1201 2nd Ave., Suite 3400, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024



Class Action Administration LLC
1201 2nd Ave., Suite 3400
Seattle, WA  98101
800.207.7160
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 10/24/2024 | 172905 |

**BILL TO**

Kessler Topaz Meltzer & Check LLP
280 King Of Prussia Rd
Radnor, PA  19087

| PROJECT | TERMS |
|---|---|
| CBO - Cabot Oil Securities Litigation | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Postage | 639.75 | 639.75 |
| | Broker Reimbursement | 467.10 | 467.10 |
| | Supplies | 10.72 | 10.72 |

| | **Invoice Total** | $32,659.62 |
|---|---|---|

***Payment Instructions***
Check: Class Action Administration LLC, 1201 2nd Ave., Suite 3400, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024

**Total Balance Due**



Class Action Administration LLC
1201 2nd Ave., Suite 3400
Seattle, WA  98101
800.207.7160
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 11/26/2024 | 173061 |

**BILL TO**

Kessler Topaz Meltzer & Check LLP
280 King Of Prussia Rd
Radnor, PA  19087

| PROJECT | TERMS |
|---|---|
| CBO - Cabot Oil Securities Litigation | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (October 1 - 31, 2024) | | |
| | | | |
| | FEES | | |
| 1 | Monthly Website Maintenance | 200.00 | 200.00 |
| 8.5 | Nominee Files | 160.00 | 1,360.00 |
| 12.75 | Other Class Member Communications (email/letters) | 101.00 | 1,287.75 |
| 1,113.08 | IVR Minutes | 0.32 | 356.19 |
| 1.25 | Call Center Services | 65.00 | 81.25 |
| 1 | Monthly Phone System Support | 175.00 | 175.00 |
| 51.75 | Claims Audit and Quality Assurance | 104.00 | 5,382.00 |
| 7.5 | Preparation and Distribution of Deficiency/Denial notices | 151.00 | 1,132.50 |
| 49.25 | Data Entry & Clerical Support | 61.00 | 3,004.25 |
| 13.75 | Claims Analyst | 100.00 | 1,375.00 |
| 44.75 | Senior Claims Analyst | 135.00 | 6,041.25 |
| 86.5 | Project Management | 160.00 | 13,840.00 |
| 16.25 | Technical Support | 206.00 | 3,347.50 |
| 9 | Senior Management | 292.00 | 2,628.00 |
| 329 | Claims (1 - 10,000) | 4.95 | 1,628.55 |
| 235 | Acknowledgment Postcards | 0.08 | 18.80 |
| 2,268 | Processing Undeliverables | 0.25 | 567.00 |
| 695 | Remails | 0.25 | 173.75 |
| | | | |
| | EXPENSES | | |
| 1 | PO Box | 195.00 | 195.00 |
| 114,799 | Electronic Storage | 0.006 | 688.79 |
| 572 | Copy Charges | 0.25 | 143.00 |

**Invoice Total**

***Payment Instructions***
Check: Class Action Administration LLC, 1201 2nd Ave., Suite 3400, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024

**Total Balance Due**



Class Action Administration LLC
1201 2nd Ave., Suite 3400
Seattle, WA  98101
800.207.7160
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 11/26/2024 | 173061 |

**BILL TO**

Kessler Topaz Meltzer & Check LLP
280 King Of Prussia Rd
Radnor, PA  19087

| PROJECT | TERMS |
|---------|-------|
| CBO - Cabot Oil Securities Litigation | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|-------------|-------------|------|--------|
| 4 | Box Storage | 2.50 | 10.00 |
|   | Postage | 143.83 | 143.83 |

| | Invoice Total | $43,779.41 |
|--|--|--|

***Payment Instructions***
Check: Class Action Administration LLC, 1201 2nd Ave., Suite 3400, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024

**Total Balance Due**



Class Action Administration LLC
1201 2nd Ave., Suite 3400
Seattle, WA  98101
800.207.7160
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 1/31/2025 | 174065 |

**BILL TO**

Kessler Topaz Meltzer & Check LLP
280 King Of Prussia Rd
Radnor, PA  19087

| PROJECT | TERMS |
|---|---|
| CBO - Cabot Oil Securities Litigation | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (November 1 - December 31, 2024) | | |
| | FEES | | |
| 2 | Monthly Website Maintenance | 200.00 | 400.00 |
| 28.25 | Website Updates | 209.00 | 5,904.25 |
| 3 | Nominee Files | 160.00 | 480.00 |
| 18.5 | Other Class Member Communications (email/letters) | 112.00 | 2,072.00 |
| 668.62 | IVR Minutes | 0.32 | 213.96 |
| 4.75 | Call Center Services | 70.00 | 332.50 |
| 2 | Monthly Phone System Support | 175.00 | 350.00 |
| 8.75 | Claims Audit and Quality Assurance | 166.00 | 1,452.50 |
| 2.25 | Preparation and Distribution of Deficiency/Denial notices | 74.00 | 166.50 |
| 23.25 | Process Deficiency/Denial Responses | 160.00 | 3,720.00 |
| 1.5 | Data Entry & Clerical Support | 50.00 | 75.00 |
| 6 | Claims Analyst | 100.00 | 600.00 |
| 20.25 | Senior Claims Analyst | 135.00 | 2,733.75 |
| 8 | Project Management | 160.00 | 1,280.00 |
| 11.75 | Technical Support | 176.00 | 2,068.00 |
| 11.25 | Senior Management | 270.00 | 3,037.50 |
| 8,778 | Claims (1 - 10,000) | 4.95 | 43,451.10 |
| 90,000 | Claims (10,001 - 99,999) | 4.50 | 405,000.00 |
| 105,375 | Claims (100,000 and above) [1] | 3.00 | 316,125.00 |
| 132 | Acknowledgment Postcards | 0.08 | 10.56 |
| | | | |
| | EXPENSES | | |
| 2 | PO Box | 195.00 | 390.00 |
| 474,092 | Electronic Storage | 0.006 | 2,844.55 |

| | **Invoice Total** |
|---|---|
| | **Total Balance Due** |

***Payment Instructions***
Check: Class Action Administration LLC, 1201 2nd Ave., Suite 3400, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024



Class Action Administration LLC
1201 2nd Ave., Suite 3400
Seattle, WA  98101
800.207.7160
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 1/31/2025 | 174065 |

**BILL TO**

Kessler Topaz Meltzer & Check LLP
280 King Of Prussia Rd
Radnor, PA  19087

| PROJECT | TERMS |
|---|---|
| CBO - Cabot Oil Securities Litigation | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 494 | Copy Charges | 0.25 | 123.50 |
| | Box Storage | 36.90 | 36.90 |
| | Postage | 133.76 | 133.76 |
| | FedEx | 86.11 | 86.11 |
| | Broker Reimbursement | 17,288.80 | 17,288.80 |
| | Supplies | 11.56 | 11.56 |
| | | | |
| | [1] This price reflects a volume discount, authorized by Neil Zola. | | |

**Invoice Total** $810,387.80

***Payment Instructions***
Check: Class Action Administration LLC, 1201 2nd Ave., Suite 3400, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024

**Total Balance Due**



Class Action Administration LLC
1201 2nd Ave., Suite 3400
Seattle, WA  98101
800.207.7160
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 2/25/2025 | 174193 |

**BILL TO**

Kessler Topaz Meltzer & Check LLP
280 King Of Prussia Rd
Radnor, PA  19087

| PROJECT | TERMS |
|---|---|
| CBO - Cabot Oil Securities Litigation | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (January 1 - 31, 2025) | | |
| | | | |
| | FEES | | |
| 1 | Monthly Website Maintenance | 200.00 | 200.00 |
| 16.75 | Other Class Member Communications (email/letters) | 120.00 | 2,010.00 |
| 532.19 | IVR Minutes | 0.32 | 170.30 |
| 7.75 | Call Center Services | 65.00 | 503.75 |
| 1 | Monthly Phone System Support | 175.00 | 175.00 |
| 34.5 | Process Deficiency/Denial Responses | 125.00 | 4,312.50 |
| 4 | Project Management | 168.00 | 672.00 |
| 12 | Senior Management | 359.00 | 4,308.00 |
| 3 | Claims (100,000 and above) [1] | 3.00 | 9.00 |
| 6 | Processing Undeliverables | 0.25 | 1.50 |
| | | | |
| | EXPENSES | | |
| 1 | PO Box | 195.00 | 195.00 |
| 321,110 | Electronic Storage | 0.006 | 1,926.66 |
| 9 | Copy Charges | 0.25 | 2.25 |
| 4 | Box Storage | 2.50 | 10.00 |
| | Postage | 563.19 | 563.19 |
| | Supplies | 195.68 | 195.68 |
| | | | |
| | [1] This price reflects a volume discount, authorized by Neil Zola. | | |

**Invoice Total**   $15,254.83

**Total Balance Due**

***Payment Instructions***
Check: Class Action Administration LLC, 1201 2nd Ave., Suite 3400, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024



Class Action Administration LLC
1201 2nd Ave., Suite 3400
Seattle, WA 98101
800.207.7160
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 3/31/2025 | 174518 |

**BILL TO**

Kessler Topaz Meltzer & Check LLP
280 King Of Prussia Rd
Radnor, PA  19087

| PROJECT | TERMS |
|---|---|
| CBO - Cabot Oil Securities Litigation | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (February 1 - 28, 2025) | | |
| | | | |
| | FEES | | |
| 1 | Monthly Website Maintenance | 200.00 | 200.00 |
| 18.5 | Other Class Member Communications (email/letters) | 140.00 | 2,590.00 |
| 54.38 | IVR Minutes | 0.32 | 17.40 |
| 4.25 | Call Center Services | 65.00 | 276.25 |
| 1 | Monthly Phone System Support | 175.00 | 175.00 |
| 1.25 | Claims Analyst | 100.00 | 125.00 |
| 13.25 | Senior Claim Analyst | 131.00 | 1,735.75 |
| 1.75 | Technical Support | 210.00 | 367.50 |
| 1.75 | Project Management | 174.00 | 304.50 |
| 8 | Senior Management | 313.00 | 2,504.00 |
| | | | |
| | EXPENSES | | |
| 1 | PO Box | 195.00 | 195.00 |
| 321,293 | Electronic Storage | 0.006 | 1,927.76 |
| 4 | Box Storage | 2.50 | 10.00 |

| | Invoice Total | $10,428.16 |
|---|---|---|

***Payment Instructions***
Check: Class Action Administration LLC, 1201 2nd Ave., Suite 3400, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024

**Total Balance Due**



Class Action Administration LLC
1201 2nd Ave., Suite 3400
Seattle, WA  98101
800.207.7160
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 4/28/2025 | 174702 |

**BILL TO**

Kessler Topaz Meltzer & Check LLP
280 King Of Prussia Rd
Radnor, PA  19087

| PROJECT | TERMS |
|---|---|
| CBO - Cabot Oil Securities Litigation | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (March 1 - 31, 2025) | | |
| | | | |
| | FEES | | |
| 1 | Monthly Website Maintenance | 200.00 | 200.00 |
| 11 | Other Class Member Communications (email/letters) | 130.00 | 1,430.00 |
| 69.38 | IVR Minutes | 0.32 | 22.20 |
| 21.75 | Claims Audit and Quality Assurance | 147.00 | 3,197.25 |
| 1 | Monthly Phone System Support | 175.00 | 175.00 |
| 4 | Claims Analyst | 100.00 | 400.00 |
| 16.5 | Senior Claim Analyst | 135.00 | 2,227.50 |
| 2.75 | Technical Support | 203.00 | 558.25 |
| 5 | Project Management | 199.00 | 995.00 |
| 11.25 | Senior Management | 307.00 | 3,453.75 |
| 27 | Claims (100,000 and above) [1] | 3.00 | 81.00 |
| | | | |
| | EXPENSES | | |
| 1 | PO Box | 195.00 | 195.00 |
| 322,419 | Electronic Storage | 0.006 | 1,934.51 |
| 4 | Box Storage | 2.50 | 10.00 |
| | FedEx | 69.38 | 69.38 |
| 52 | Copy Charges | 0.25 | 13.00 |
| | | | |
| | [1] This price reflects a volume discount, authorized by Neil Zola. | | |

| | Invoice Total | $14,961.84 |
|---|---|---|

***Payment Instructions***
Check: Class Action Administration LLC, 1201 2nd Ave., Suite 3400, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024

**Total Balance Due**



Class Action Administration LLC
1201 2nd Ave., Suite 3400
Seattle, WA  98101
800.207.7160
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
| --- | --- |
| 5/29/2025 | 174919 |

**BILL TO**

Kessler Topaz Meltzer & Check LLP
280 King Of Prussia Rd
Radnor, PA  19087

| PROJECT | TERMS |
| --- | --- |
| CBO - Cabot Oil Securities Litigation | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
| --- | --- | --- | --- |
| | Billing Period (April 1 - 30, 2025) | | |
| | | | |
| | FEES | | |
| 1 | Monthly Website Maintenance | 200.00 | 200.00 |
| 43.37 | IVR Minutes | 0.32 | 13.88 |
| 1 | Monthly Phone System Support | 175.00 | 175.00 |
| 2.25 | Claims Analyst | 100.00 | 225.00 |
| 16 | Senior Claim Analyst | 135.00 | 2,160.00 |
| 3.5 | Project Management | 171.00 | 598.50 |
| 20 | Senior Management | 296.00 | 5,920.00 |
| | | | |
| | EXPENSES | | |
| 1 | PO Box | 195.00 | 195.00 |
| 322,447 | Electronic Storage | 0.006 | 1,934.68 |
| 4 | Box Storage | 2.50 | 10.00 |
| 569 | Copy Charges | 0.25 | 142.25 |

**Invoice Total**    $11,574.31

***Payment Instructions***
Check: Class Action Administration LLC, 1201 2nd Ave., Suite 3400, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024

**Total Balance Due**



Class Action Administration LLC
1201 2nd Ave., Suite 3400
Seattle, WA  98101
800.207.7160
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 6/24/2025 | 175055 |

**BILL TO**

Kessler Topaz Meltzer & Check LLP
280 King Of Prussia Rd
Radnor, PA  19087

| PROJECT | TERMS |
|---|---|
| CBO - Cabot Oil Securities Litigation | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (May 1 - 31, 2025) | | |
| | | | |
| | FEES | | |
| 1 | Monthly Website Maintenance | 200.00 | 200.00 |
| 31.65 | IVR Minutes | 0.32 | 10.13 |
| 2 | Other Class Member Communications | 124.00 | 248.00 |
| 1 | Monthly Phone System Support | 175.00 | 175.00 |
| 2.5 | Claims Analyst | 100.00 | 250.00 |
| 23.5 | Senior Claim Analyst | 135.00 | 3,172.50 |
| 5.75 | Project Management | 177.00 | 1,017.75 |
| 22 | Senior Management | 292.00 | 6,424.00 |
| 97 | Claims (100,001 and above) | 3.00 | 291.00 |
| | | | |
| | EXPENSES | | |
| 1 | PO Box | 195.00 | 195.00 |
| 322,577 | Electronic Storage | 0.006 | 1,935.46 |
| 4 | Box Storage | 2.50 | 10.00 |
| 30 | Copy Charges | 0.25 | 7.50 |
| | FedEx | 112.28 | 112.28 |
| | Postage | 1.25 | 1.25 |

| | |
|---|---|
| **Invoice Total** | $14,049.87 |

***Payment Instructions***
Check: Class Action Administration LLC, 1201 2nd Ave., Suite 3400, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024

**Total Balance Due**



Class Action Administration LLC
1201 2nd Ave., Suite 3400
Seattle, WA  98101
800.207.7160
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 7/21/2025 | 175201 |

**BILL TO**

Kessler Topaz Meltzer & Check LLP
280 King Of Prussia Rd
Radnor, PA  19087

| PROJECT | TERMS |
|---|---|
| CBO - Cabot Oil Securities Litigation | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (June 1 - 30, 2025) | | |
| | | | |
| | FEES | | |
| 1 | Monthly Website Maintenance | 200.00 | 200.00 |
| 43.71 | IVR Minutes | 0.32 | 13.99 |
| 3.25 | Other Class Member Communications | 97.00 | 315.25 |
| 1 | Monthly Phone System Support | 175.00 | 175.00 |
| 8.5 | Senior Claim Analyst | 135.00 | 1,147.50 |
| 1.25 | Project Management | 190.00 | 237.50 |
| 8.25 | Senior Management | 330.00 | 2,722.50 |
| 15 | Claims (100,001 and above) | 3.00 | 45.00 |
| | | | |
| | EXPENSES | | |
| 1 | PO Box | 195.00 | 195.00 |
| 328,148 | Electronic Storage | 0.006 | 1,968.89 |
| 4 | Box Storage | 2.50 | 10.00 |

| | Invoice Total | $7,030.63 |
|---|---|---|

***Payment Instructions***
Check: Class Action Administration LLC, 1201 2nd Ave., Suite 3400, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024

**Total Balance Due**



Class Action Administration LLC
1201 2nd Ave., Suite 3400
Seattle, WA 98101
800.207.7160
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 8/6/2025 | 175336 |

**BILL TO**

Kessler Topaz Meltzer & Check LLP
280 King Of Prussia Rd
Radnor, PA  19087

| PROJECT | TERMS |
|---|---|
| CBO - Cabot Oil Securities Litigation | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (July 1 - 31, 2025) | | |
| | | | |
| | FEES | | |
| 1 | Monthly Website Maintenance | 200.00 | 200.00 |
| 42.93 | IVR Minutes | 0.32 | 13.74 |
| 2 | Live Telephone Support | 81.00 | 162.00 |
| 4 | Other Class Member Communications | 138.00 | 552.00 |
| 1 | Monthly Phone System Support | 175.00 | 175.00 |
| 15.75 | Senior Claim Analyst | 135.00 | 2,126.25 |
| 3.5 | Project Management | 179.00 | 626.50 |
| 14 | Senior Management | 294.00 | 4,116.00 |
| 3 | Claims (100,001 and above) | 3.00 | 9.00 |
| 16 | Processing Undeliverables | 0.25 | 4.00 |
| | | | |
| | EXPENSES | | |
| 1 | PO Box | 195.00 | 195.00 |
| 328,168 | Electronic Storage | 0.006 | 1,969.01 |
| 4 | Box Storage | 2.50 | 10.00 |

| | | |
|---|---|---|
| | **Invoice Total** | $10,158.50 |

***Payment Instructions***
Check: Class Action Administration LLC, 1201 2nd Ave., Suite 3400, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024

**Total Balance Due**



Class Action Administration LLC
1201 2nd Ave., Suite 3400
Seattle, WA  98101
800.207.7160
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
| --- | --- |
| 9/9/2025 | 175526 |

**BILL TO**

Kessler Topaz Meltzer & Check LLP
280 King Of Prussia Rd
Radnor, PA  19087

| PROJECT | TERMS |
| --- | --- |
| CBO - Cabot Oil Securities Litigation | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
| --- | --- | --- | --- |
| | Billing Period (August 1 - 31, 2025) | | |
| | FEES | | |
| 1 | Monthly Website Maintenance | 200.00 | 200.00 |
| 3.5 | Other Class Member Communications | 127.00 | 444.50 |
| 1 | Monthly Phone System Support | 175.00 | 175.00 |
| 2.75 | Claims Analyst | 100.00 | 275.00 |
| 18.75 | Senior Claim Analyst | 135.00 | 2,531.25 |
| 2.25 | Project Management | 169.00 | 380.25 |
| 4.5 | Senior Management | 236.00 | 1,062.00 |
| 7 | Claims (100,001 and above) | 3.00 | 21.00 |
| | EXPENSES | | |
| 1 | PO Box | 195.00 | 195.00 |
| 328,175 | Electronic Storage | 0.006 | 1,969.05 |
| 4 | Box Storage | 2.50 | 10.00 |

| | **Invoice Total** | $7,263.05 |
| --- | --- | --- |

***Payment Instructions***
Check: Class Action Administration LLC, 1201 2nd Ave., Suite 3400, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024

**Total Balance Due**



Class Action Administration LLC
1201 2nd Ave., Suite 3400
Seattle, WA  98101
800.207.7160
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
| --- | --- |
| 8/1/2025 | 175329 |

**BILL TO**

Kessler Topaz Meltzer & Check LLP
280 King Of Prussia Rd
Radnor, PA  19087

| PROJECT | TERMS |
| --- | --- |
| CBO - Cabot Oil Securities Litigation | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
| --- | --- | --- | --- |
| | Distribution Estimate (Assumes 6 Months) | | |
| | | | |
| | FEES | | |
| 9,020 | Print/Mail Check & Release | 0.21 | 1,894.20 |
| 35 | Coordinate Wire Disbursement | 150.00 | 5,250.00 |
| 10 | Senior Management | 325.00 | 3,250.00 |
| 40 | Technical Support | 135.00 | 5,400.00 |
| 30 | Account Manager | 160.00 | 4,800.00 |
| 50 | Senior Claims Analyst | 135.00 | 6,750.00 |
| 50 | Claims Analyst | 100.00 | 5,000.00 |
| 35 | Data Entry and Clerical Support | 65.00 | 2,275.00 |
| 30 | Bank Account Reconciliation (Positive Pay Uploads and Check Exception Review) | 160.00 | 4,800.00 |
| 1,000 | Interactive Voice Response per call | 0.32 | 320.00 |
| 60 | Live Telephone Support per call | 65.00 | 3,900.00 |
| 70 | Other Class Member Communications | 80.00 | 5,600.00 |
| 6 | Monthly Phone System Support | 175.00 | 1,050.00 |
| 202 | Postcard Printing (De Minimis) | 0.10 | 20.20 |
| 6 | Monthly website maintenance charge | 200.00 | 1,200.00 |
| 1 | OFAC Search | 5,000.00 | 5,000.00 |
| | | | |
| | EXPENSES | | |
| 9,020 | Postage - Distribution Mailing | 0.74 | 6,674.80 |
| 202 | Postcard Postage (De Minimis) | 0.74 | 149.48 |
| 1,968,900 | Data Storage | 0.006 | 11,813.40 |
| 24 | Box Storage | 2.50 | 60.00 |

| | **Invoice Total** |
| --- | --- |

***Payment Instructions***
Check: Class Action Administration LLC, 1201 2nd Ave., Suite 3400, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024

**Total Balance Due**



Class Action Administration LLC
1201 2nd Ave., Suite 3400
Seattle, WA  98101
800.207.7160
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
| --- | --- |
| 8/1/2025 | 175329 |

**BILL TO**

Kessler Topaz Meltzer & Check LLP
280 King Of Prussia Rd
Radnor, PA  19087

| PROJECT | TERMS |
| --- | --- |
| CBO - Cabot Oil Securities Litigation | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
| --- | --- | --- | --- |
| | Supplies | 500.00 | 500.00 |
| | FedEx | 150.00 | 150.00 |
| | Copy Charges | 50.00 | 50.00 |
| | Document Destruction | 2,500.00 | 2,500.00 |
| 6 | PO Box | 195.00 | 1,170.00 |

| | **Invoice Total** | $79,577.08 |
| --- | --- | --- |

***Payment Instructions***
Check: Class Action Administration LLC, 1201 2nd Ave., Suite 3400, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024

**Total Balance Due**