UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DELAWARE COUNTY EMPLOYEES RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | Civil Action 4:21-cv-02045 |
| | District Judge Lee H. Rosenthal |
| Plaintiff, | CLASS ACTION |
| vs. | |
| CABOT OIL & GAS CORPORATION, et al., | |
| Defendants. | |

**PLAINTIFFS' REPLY IN SUPPORT OF MOTION
FOR APPROVAL OF DISTRIBUTION PLAN**

Plaintiffs Delaware County Employees Retirement System and Iron Workers District Counsel (Philadelphia and Vicinity) Retirement and Pension Plan filed their Motion for Approval of Distribution Plan and supporting memorandum ("Motion") with the Court on September 16, 2025. ECF 223.[1] By the Motion, Plaintiffs requested the Court's authorization to distribute the Net Settlement Fund to Authorized Claimants.

In the Motion, Plaintiffs advised the Court that there were two Claimants with outstanding requests for Court review of the Court-appointed Claims Administrator JND Legal Administration's determination with respect to their Claims ("Disputing Claimants"). The Motion further advised the Court that upon filing the Motion, Class Counsel would send each Disputing Claimant a copy of the Motion, the Declaration of Luiggy Segura filed on behalf of JND ("Segura Declaration"), Exhibit D to the Segura Declaration along with the supporting documentation relating to the Disputing Claimant's Claim, and the proposed Class Distribution Order.

On September 17, 2025, Class Counsel sent these documents to the Disputing Claimants by email and FedEx Standard Overnight mail. In the accompanying correspondence, Class Counsel informed each Disputing Claimant that they did not need to take any further action to have the Court consider their dispute; however, if they wished to make an additional submission with respect to their Claim, they should direct it to the Court's attention with a copy to Class Counsel postmarked no later than September 30, 2025.

The deadline for the Disputing Claimants to provide an additional submission has passed. To date, Class Counsel have not received any additional submission from the Disputing Claimants. Thus, the Motion is now ripe for the Court's determination. Accordingly, for the reasons set forth

---

[1]    Unless otherwise indicated in this reply, all terms with initial capitalization shall have the meanings ascribed to them in the Motion.

in the Motion, Plaintiffs respectfully request that the Court grant the Motion in its entirety and enter the proposed Order Approving Distribution Plan previously filed with the Court (ECF 223-1) so that the Net Settlement Fund may be distributed promptly to Authorized Claimants.

Dated: October 7, 2025                    Respectfully submitted,


                    /s/ Darryl J. Alvarado
ROBBINS GELLER RUDMAN
   & DOWD LLP
DARRYL J. ALVARADO
ELLEN GUSIKOFF STEWART
KEVIN A. LAVELLE
FRANCISCO J. MEJIA
JACK ABBEY GEPHART
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
dalvarado@rgrdlaw.com
elleng@rgrdlaw.com
klavelle@rgrdlaw.com
fmejia@rgrdlaw.com
jgephart@rgrdlaw.com

*Class Counsel*

KESSLER TOPAZ MELTZER
   & CHECK, LLP
ANDREW L. ZIVITZ
JAMIE M. MCCALL
JOSHUA E. D'ANCONA
MAX JOHNSON
280 King of Prussia Road
Radnor, PA  19087
Telephone:  610/667-7706
610/667-7056 (fax)
azivitz@ktmc.com
jmccall@ktmc.com
jdancona@ktmc.com
mjohnson@ktmc.com

*Class Counsel*

3

KENDALL LAW GROUP, PLLC
JOE KENDALL (Texas Bar No. 11260700, S.D. Texas Bar No. 30973, Attorney in Charge)
3811 Turtle Creek Blvd., Suite 825
Dallas, TX  75219
Telephone:  214/744-3000
214/744-3015 (fax)
jkendall@kendalllawgroup.com

*Local Counsel*

4

## CERTIFICATE OF SERVICE

I certify that on October 7, 2025, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

_/s/ Darryl J. Alvarado_
Darryl J. Alvarado

5